1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

IN RE: PACKAGED SEAFOOD
PRODUCTS ANTITRUST LITIGATION

Case No.: 15-MD-2670 JLS (MDD)

**ORDER: (1) SETTING STATUS
CONFERENCE, AND
(2) ESTABLISHING FILING AND
DOCKETING PROCEDURE**

16      Pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation

17 ("JPML") has transferred to this Court certain civil actions from multiple districts

18 involving one or more common questions of fact for coordinated and consolidated pretrial

19 proceedings.  (ECF No. 1.)

20      For answers to many of the questions counsel may have, the Court hereby directs

21 counsel to the JPML website at www.jpml.uscourts.gov, where counsel will find general

22 multidistrict ligation ("MDL") information and resources and the Rules of Procedure of

23 the JPML.

24      **PLEASE TAKE NOTICE** that on January 20, 2016 at 9:00 a.m. (Pacific Time

25 Zone) in Courtroom 4A in the Edward J. Schwartz United States Courthouse at 221 West

26 Broadway, San Diego, CA  92101, this Court will conduct a Status Conference in this MDL

27 case.  At the Status Conference, the Court will discuss with counsel the status of these cases

28 in addition to the following issues:

1

A. The proposed organizational structure governing each group of parties whose interests are similarly aligned, including the appointment of lead, liaison, and/or coordinating counsel. In this regard:

(1) Counsel for each Plaintiff should immediately confer to discuss a proposed organizational structure and the selection of a plaintiffs' steering committee ("PSC") and lead, liaison, and/or coordinating counsel. If an agreement can be reached, plaintiffs' counsel must submit a recommended organizational structure and list of the selected lead, liaison, and/or coordinating counsel and the PSC members no later than January 6, 2016. Alternatively, if an agreement cannot be reached, the Court will determine a process and set a timeline for selection of the PSC and lead, liaison, and/or coordinating counsel at the Status Conference.

(2) Each defendant must designate a single law firm and lead counsel with that firm representing the defendant's interests in the MDL. These lead counsel will then become the defendants' steering committee ("DSC"). Each defendant must submit a designation of the selected firm and lead counsel no later than January 6, 2016.

(3) The duties and responsibilities of the steering committees will be set by the Court in a future order.

B. Whether a master consolidated complaint or complaints and/or the designation of bellwether cases will help facilitate or focus this case for dispositive motions and/or for trial.

C. Suggestions on the content and timing for submission of a proposed Case Management Order ("CMO").

D. Counsels' plans for future dispositive motions.

/ / /

/ / /

2

1    In the interim, the Court **HEREBY ORDERS**:

2    1.    Counsel for defendants are to prepare and file a joint list of all related cases

3  pending in state or federal court that have not yet joined this MDL matter and, to the extent

4  known, their respective statuses.  This list must be submitted no later than <u>January 6, 2016</u>.

5  Counsel for the defendants are also ordered to notify plaintiffs' counsel in the cases not

6  joined of this pending Status Conference, and must do so forthwith.

7    2.    If any party wishes to submit proposed agenda item(s) for the January 20,

8  2016 Status Conference, they must do so by filing the proposed agenda items in the above-

9  referenced case no later than <u>January 6, 2016</u>.  The list of proposed agenda items must not

10 exceed two pages, without attachments, and must consist of bullet point items, without

11 argument or legal analysis, reasoning, or justification.

12    3.    All attorneys of record for the parties who appeared in the transferor court

13 prior to transfer of this MDL need not enter an additional appearance before this Court.

14 Counsel who did not appear in a related action prior to the consolidation and who are not

15 a member of the Bar of this Court shall be deemed admitted *pro hac vice* upon the proper

16 filings with the Clerk of the Court as provided by the Local Rules of the Southern District

17 of California.  An attorney need only file one *pro hac vice* motion, and shall be required to

18 pay the *pro hac vice* fee only one time, to appear in all cases in this MDL.  All counsel are

19 expected to familiarize themselves with prior court orders and proceedings from this Court,

20 as well as the Local Rules of the Southern District of California (https://www.casd.

21 uscourts.gov/Rules/Lists/Rules/Attachments/1/Local%20Rules.pdf).

22    4.    All the parties shall comply with the Electronic Case Filing ("ECF")

23 Administrative Policies and Procedures Manual for the Southern District of California

24 (https://www.casd.uscourts.gov/CMECF/Lists/Policies%20and%20Procedures/Attachme

25 nts/2/CASDPolicies_01-15-2015.pdf) for all documents submitted for filing before this

26 Court.  Service through ECF shall be deemed sufficient with no additional service required.

27 Additionally, the Court establishes the following procedure for filing and docketing:

28 / / /

15-MD-2670 JLS (MDD)

(a)   Case No. 15-MD-2670 is designated as the lead case for all antitrust claims against MDL Defendants.

(b)   All filings related to the MDL that are generally applicable to all related cases are to be filed only in the lead case, 15-MD-2670. Non-exhaustive examples include discovery disputes and scheduling motions.

(c)   Filings that are specific to an individual plaintiff and that are not generally applicable to the MDL proceedings are to be filed only in the individual case assigned at filing. Non-exhaustive examples include joint or unopposed motions to file an amended complaint and motions to substitute plaintiff.

(d)   As of the date of this order, all new complaints involving antitrust claims against MDL Defendants must be filed individually and given their own individual case number at the time of filing. Indicate at the time of filing that such complaints are related to 15-MD-2670.

(e)   Minute entries for hearings generally applicable to all proceedings (e.g., motion hearings, status and case management conferences) will be docketed in the lead case, 15-MD-2670.

(f)   Minute entries for hearings that are not generally applicable will only be docketed in the individual case only, and not as part of the lead case.

(g)   Court orders that are generally applicable to all MDL cases **will be docketed in the designated lead case only**. No other generally applicable orders will be docketed in the individual cases following issuance of this order.

(h)   Court orders that are applicable only to an individual plaintiff will be docketed in the individual case only.

(i)   Counsel not already associated with Case No. 15-MD-2670 are instructed to do so by filing a notice of appearance in the individual

1    case and the lead case.

2    5.    All time limits for responsive pleadings are suspended, and all discovery and

3    motion practice is stayed, until after entry of the CMO.  Furthermore, counsel need not file

4    any joint status reports that this Court ordered to be filed following a decision of the JPML.

5    6.    All parties shall take reasonable steps to preserve documents and other

6    records, including electronic documents, containing information potentially relevant to the

7    subject matter of this litigation.

8    7.    Counsel are invited to appear at this Status Conference in person or by

9    telephone.  The parties and party representatives are not ordered to participate.  If counsel

10   wish to participate by telephone, they are directed to confer with other counsel of record

11   and create an agreed-upon plan to set up a conference call to accommodate all interested

12   counsel and circulate that plan among all known counsel.  This plan and a list of all counsel

13   participating by telephone must be submitted to the Court no later than January 6, 2016.

14   **IT IS SO ORDERED.**

15

16   Dated:  December 17, 2015

17   Hon. Janis L. Sammartino
     United States District Judge

18

19

20

21

22

23

24

25

26

27

28

15-MD-2670 JLS (MDD)