FRANCIS O. SCARPULLA (CASB No. 41059)
PATRICK B. CLAYTON (CASB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Counsel for Plaintiffs
SANDRA POWERS, EDY YEE and
KATHY VANGEMERT

DANIEL J. MOGIN (CASB No. 95624)
JODIE M. WILLIAMS (CASB No. 247848)
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA  92101
Telephone:      (619) 687-6611
Facsimile:      (619) 687-6610
dmogin@moginlaw.com

Counsel for Plaintiffs
SANDRA POWERS

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No.:  15-md-2670 JLS (MDD)<br><br>**THE POWERS, YEE, VANGEMERT PLAINTIFFS' RESPONSE TO ORDER: (1) SETTING STATUS CONFERENCE, AND (2) ESTABLISHING FILING AND DOCKETING PROCEDURE**<br><br>Date:     January 20, 2016<br>Time:     9:00 a.m.<br>Court:    4A<br>Judge:   The Hon. Janis L. Sammartino |

In accordance with this Court's Order: (1) Setting Status Conference, and (2) Establishing Filing and Docketing Procedure (Doc. No. 2, Para. 2, p. 3:7-11), Indirect-Purchaser/End-User Consumer Plaintiffs, Sandra Powers, Edy Yee and Kathy Vangemert, respectfully suggest the following additional agenda items for consideration at the January 20, 2016 Status Conference:

- Consideration of establishing separate tracks or groups of plaintiffs and procedures for coordinating common issues and discovery for:
  -- Direct-Purchaser Class Plaintiffs, including Direct-Purchaser Individual Plaintiffs;
  -- Indirect-Purchaser/Reseller Class Plaintiffs: Commercial Food Preparers;
  -- Indirect-Purchaser Class Plaintiffs: End-User/Consumers.

- Structure of Plaintiffs' Counsel, including one or more Interim Lead Counsel, Liaison Counsel, Coordinating Counsel, as well as Steering Committees for each of the various tracks of plaintiffs' class cases;
  -- in the event private ordering is unsuccessful, establishing a schedule for briefing and arguing any motions for leadership.

- Requiring appropriate contemporaneous time-and-expense reports for all Class Counsel who might request fees and the reimbursement of litigation expenses in the future.

- Setting forth the duties and responsibilities of the Plaintiffs' Steering Committees in an appropriate order.

- Consideration of establishing one or more Lead Counsel and/or Coordinating Counsel for the Defendants.

- Discussing Service of Process issues, if any.

- Discussing the content and timing for the submission of a proposed Case Management Order ("CMO").

- Discussing defendants' production of all Grand Jury documents, as well as the Chicken of the Sea and Bumble Bee defendants' production of Hart-Scott-Rodino Antitrust Improvement Act pre-merger notification documents (already produced to the Department of Justice), prior to the date of the filing of any Consolidated Amended Complaints.

- Consideration of a date by which additional defendants may be joined.

- Scheduling the filing of Consolidated Amended Complaints for the various tracks of plaintiffs, including:
  -- scheduling all motions directed to the sufficiency of such complaints;
  -- scheduling any jurisdictional motions to dismiss any complaint.

- Entering appropriate orders on document preservation and ESI exchanges.

- Entering an appropriate Protective Order.

- Scheduling Rule 26(f) exchanges.

■ Modifications to the number of depositions permitted by Federal Rules of Civil Procedure 26 and 30 and the number of interrogatories permitted under Rules 26 and 33.

■ Establishing a Class Certification schedule, including any class and or class expert discovery issues.

■ Establishing a schedule for the parties to meet-and-confer on the following issues:
-- factual and legal issues genuinely in dispute;
-- whether any issues can be narrowed by agreement.

■ Establishing a schedule to complete Merits Discovery, including consideration of any Department of Justice input;
-- establishing a Merits Discovery Cut-off date;
-- establishing an Expert Discovery Cut-off date.

■ Establishing a schedule for dispositive motions.

■ Setting a date for a jury trial, including scheduling one or more pre-trial conferences to deal with trial matters, such as motions *in limine*, jury instructions, witness lists, exhibit lists and other matters pertaining to trial.

■ Consideration of appointing either a Magistrate Judge or a Special Master for discovery disputes.

■ Consideration of appointing either a Magistrate Judge or a Special Master for Alternative Dispute Resolution ("ADR") purposes; and

■ Setting further Pretrial Conferences on a regular basis to keep the Court apprised of the progress of the cases.

Dated:  December 30, 2015                Respectfully submitted,

                                        /s/ Francis O. Scarpulla
                                             Francis O. Scarpulla

                                        FRANCIS O. SCARPULLA (CASB No. 41059)
                                        PATRICK B. CLAYTON (CASB No. 240191)
                                        LAW OFFICES OF FRANCIS O. SCARPULLA
                                        456 Montgomery Street, 17th Floor
                                        San Francisco, CA  94111
                                        Telephone:  (415) 788-7210
                                        Facsimile:   (415) 788-0706
                                        fos@scarpullalaw.com
                                        pbc@scarpullalaw.com

                                        Counsel for Plaintiffs
                                        SANDRA POWERS, EDY LEE and KATHY
                                        VANGEMERT

///

///

DANIEL J. MOGIN (CASB No. 95624)
JODIE M. WILLIAMS (CASB No. 247848)
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:    (619) 687-6611
Facsimile:    (619) 687-6610
dmogin@moginlaw.com

Counsel for Plaintiffs
SANDRA POWERS

GERALD MALTZ (AZSB No. 004908)
HARALSON, MILLER, PITT, FELDMAN
    & McANALLY, P.L.C.
One South Church Avenue, Suite 900
Tucson, AZ 85701-1620
Telephone:    (520) 792-3836
Facsimile:    (520) 624-5080
gmaltz@hmpmlaw.com

Counsel for Plaintiff
EDY YEE

W. TIMOTHY NEEDHAM (CASB No. 96542)
AMELIA F. BURROUGHS (CASB No. 221490)
JANSSEN MALLOY LLP
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95501
Telephone:  (707) 445-2071
Facsimile:  (707) 445-8305
tneedham@janssenlaw.com
aburroughs@janssenlaw.com

Counsel for Plaintiff
KATHY VANGEMERT

1

<u>PROOF OF SERVICE</u>

2

3        On December 30, I caused the following:

4            THE POWERS, YEE, VANGEMERT PLAINTIFFS'
             RESPONSE TO ORDER:  (1) SETTING STATUS
5            CONFERENCE, AND (2) ESTABLISHING FILING
             AND DOCKETING PROCEDURE
6

7  to be electronically filed with the Court's ECF filing system.  All counsel of record associated

8  with this matter shall have been notified of this filing through the Court's ECF filing system.

9        I declare under penalty the foregoing is true and accurate.  Executed in San Francisco,

10 California this 30th day of December, 2015.

11                                        _C. P. Cusick_

12                                        _____
                                          C.P. Cusick
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                    - 1 -        Case No.