

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

IN RE: Packaged Seafood Products

Antitrust Litigation

Civil No. 3:15-md-02670-JLS-MDD

## PRO HAC VICE APPLICATION

Defendant Tri Marine Int'l., Inc.
Party Represented

I, __Shylah R. Alfonso__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Perkins Coie LLP
Street address: 1201 Third Avenue, Suite 4900
City, State, ZIP: Seattle, WA 98101-3099
Phone number: 206-359-3980
Email: SAlfonso@perkinscoie.com

That on __12/09/2002__ (Date) I was admitted to practice before __U.S.D.C. Western Washington__ (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☒ have) ☐ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case Mathews v. Bumble Bee Foods; Olean v. Bumble Bee Foods, et al.
Case Number 15-cv-01878-JLS-MDD; 15-cv-01714-JLS-MDD  Date of Application Dec 22, 2015
Application:  ☐ Granted    ☒ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Catherine S. Simonsen                        (310) 788-3332
(Name)                                       (Telephone)

Perkins Coie LLP
(Firm)

1888 Century Park East, Suite 1700    Los Angeles    CA    90067-1721
(Street)                              (City)              (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)