SUBMITTING COUNSEL ON SIGNATURE LINE

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| | MDL No. 2670 |
| | **AFFILIATED FOODS DIRECT PURCHASER INDIVIDUAL PLAINTIFFS' REPORT ON ORGANIZATION OF COUNSEL AND PROPOSED AGENDA ITEMS FOR STATUS CONFERENCE** |
| | Judge:   Hon. Janis L. Sammartino |
| THIS DOCUMENT RELATES TO: All Actions | |

Response to Court's December 17, 2015 Order

CASE NO. 15-md-02670-JLS-MDD

In response to the Court's Order of December 17, 2015, the undersigned counsel respectfully submit this report on the organization of counsel and proposed agenda items for the January 20, 2016 status conference.

**I.      Organization of Counsel**

Among the actions transferred to this Court from the Northern District of California for coordinated pretrial proceedings are the following seven individual direct purchaser plaintiffs ("Individual DPPs") actions, which have been brought by eleven plaintiffs, including large grocery wholesalers, restaurant supply companies, and a large retail grocery chain:

1. *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC et al.,* 4:15-cv-03815-VC, N.D. Cal., filed Aug. 20, 2015;

2. *Associated Grocers of New England, Inc., North Central Distributors, LLC, Cash-Wa Distributing Co. of Kearney, Inc., and URM Stores, Inc.* v. *Tri-Union Seafoods*, *LLC, et al.,* 3:15-cv-04187- VC, N.D. Cal., filed Sept. 14, 2015;

3. *Western Family Foods, Inc. v. Tri-Union Seafoods, LLC*, et al., 3:15-cv-04312- VC, N.D. Cal., filed Sept. 21, 2015;

4. *Associated Food Stores, Inc. v. Tri-Union Seafoods, LLC, et al.*, 15-cv-04667-VC, N.D. Cal., filed Oct. 8, 2015;

5. *Giant Eagle, Inc. v. Tri-Union Seafoods, LLC, et al.*, 15-cv-04886- VC, N.D. Cal., filed Oct. 23, 2015;

6. *McLane Company, Inc. and Meadowbrook Meat Company, Inc. v. Tri-Union Seafoods, LLC, et al.*, 15-cv-05310- VC, N.D. Cal., filed Nov. 19, 2015; and

7. *Associated Grocers, Inc. v. Tri-Union Seafoods, LLC, et al.*, 15-cv-05371-VC, N.D. Cal., filed Nov. 24, 2015.

These seven individual actions (the "Affiliated Foods Individual DPP Group") will continue to be represented by their counsel, Kaplan Fox & Kilsheimer LLP;

Sprouse Shrader Smith PLLC; and the Coffman Law Firm. Giant Eagle, Inc., a plaintiff in one of the Affiliated Foods Individual DPP Group actions, will also be represented by Marcus & Shapira, LLP.

**II.     Proposed Agenda Items**

In addition to the items enumerated in the Court's Order, the Affiliated Foods DPP Group respectfully request the following items be added to the agenda for the January 20, 2016 status conference.

- Confirmation that the Individual DPPs will (i) litigate their claims as a separate and distinct track, (ii) continue to be represented by their individual counsel, and (iii) coordinate their activities with the leadership structures for the three putative plaintiff classes;

- Scheduling a deadline for Individual DPPs to file amended or consolidated complaints (*i.e.*, the same date as for the three putative plaintiff classes);

- Scheduling a deadline for defendants to file responses to the Individual DPPs' amended or consolidated complaints (*i.e.*, 60 days following the filing of each amended or consolidated complaint);

- Scheduling deadline for Individual DPPs to file oppositions to any motions to dismiss, and defendants' replies, and a hearing on said motions;

- Scheduling deadlines for Rule 26(f) conferences and reports, and submission of a proposed preservation order, ESI protocol and confidentiality order;

- Scheduling the Rule 16 pretrial conference; and

- Early production by defendants of documents produced to the United States Department of Justice.

Dated: January 6, 2016            Respectfully submitted,

Response to Court's December 17, 2015 Order            2            CASE NO. 15-md-02670-JLS-MDD

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Richard J. Kilsheimer
Elana Katcher
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
rkilsheimer@kaplanfox.com
ekatcher@kaplanfox.com
mmcahill@kaplanfox.com

Laurence D. King
Mario Choi
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email: lking@kaplanfox.com
mchoi@kaplanfox.com

**SPROUSE SHRADER SMITH, PLLC**

By: /s/ Johnny K. Merritt
Johnny K. Merritt
701 S. Taylor Street, Suite 500
Amarillo, TX 79101
Telephone: (806) 349-4713
Facsimile: (806) 373-3454
Email: johnny.merritt@sprouselaw.com

**THE COFFMAN LAW FIRM**

Response to Court's December 17, 2015 Order    3    CASE NO. 15-md-02670-JLS-MDD

By: */s/ Richard L. Coffman*
Richard L. Coffman
First City Building
505 Orleans St., Fifth Floor
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

*Counsel for Plaintiffs Affiliated Foods, Inc., Associated Grocers of New England, Inc., North Central Distributors, LLC, Cash-Wa Distributing Co. of Kearney, Inc., URM Stores, Inc., Western Family Foods, Inc., Associated Food Stores, Inc., Giant Eagle, Inc., Associated Grocers, Inc., McLane Company, Inc., and Meadowbrook Meat Company, Inc.*

**MARCUS & SHAPIRA LLP**

By: */s/ Bernard D. Marcus*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
Email:  marcus@marcus-shapira.com
            cain-mannix@marcus-shapira.com
            hill@marcus-shapira.com
            allen@marcus-shapira.com

*Counsel for Plaintiff Giant Eagle, Inc.*

| Response to Court's December 17, 2015 Order | 4 | CASE NO. 15-md-02670-JLS-MDD |
|---|---|---|