1   SUBMITTING COUNSEL FOR
2   PLAINTIFFS ON SIGNATURE LINE

3

4

5

6

7

8

9                 **UNITED STATES DISTRICT COURT**

10           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12   IN RE PACKAGED SEAFOOD<br>ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| 13 | MDL No. 2670 |
| 14 | **PROPOSED AGENDA ITEMS** |
| 15 | **FOR STATUS CONFERENCE**<br>**SUBMITTED BY UNDERSIGNED** |
| 16 | **COUNSEL FOR PLAINTIFFS** |
| 17   THIS DOCUMENT RELATES TO: | Judge:     Hon. Janis L. Sammartino |
| 18 | |
| 19   All Actions | |

20

21

22

23

24

25

26

27

28

PROPOSED AGENDA ITEMS FOR               CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

1  Pursuant to the Court's Order of December 17, 2015 (Dkt. 2), the
2  undersigned plaintiffs in this litigation currently before the Court jointly submit, in
3  addition to those items enumerated by the Court, this list of proposed agenda items
4  for the January 20, 2016 status conference:

- Confirmation of the defendants' steering committee;
- A process and timeline (e.g. schedule for completion of briefing) for the Court's selection of interim lead class counsel for the putative classes of direct purchaser plaintiffs ("DPPs") and indirect purchaser consumer plaintiffs ("IP End Payors"), which groups, despite their respective efforts, have not reached agreement on leadership;
- Confirmation of the Commercial Food Preparer plaintiffs' ("Commercial Food Preparers") agreement that Cuneo Gilbert & LaDuca, LLP shall serve as interim lead class counsel and Del Mar Law Group, LLP shall serve as liaison counsel for the putative classes of Commercial Food Preparers;
- Defendants' production, prior to the date of the filing of any Consolidated Amended Complaints, of all documents produced to the U.S. Department of Justice pursuant to Grand Jury subpoena, or by agreement in connection with an amnesty application, or pursuant to Hart-Scott-Rodino Antitrust Improvement Act pre-merger notification requirements regarding Thai Union Frozen Products' proposed acquisition of Bumble Bee Foods, LLC.
- Date(s) for filing of consolidated complaints by the three, separate groups of putative plaintiff classes, DPPs, IP End Payors and Commercial Food Preparers, following appointment of interim lead class counsel;
- Date(s) for filing of defendants' responses to the three consolidated complaints;
- Date(s) for filing of plaintiffs' respective oppositions to defendants' motions

to dismiss, defendants' reply thereto, and a hearing on said motions;

- Deadline(s) for Rule 26(f) conferences and reports, and submission of a proposed ESI protocol and confidentiality order, following appointment of the defendants' steering committee and lead counsel for all three groups of putative plaintiffs' classes;

- Date for a pretrial conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

- The impact of Judicial Panel Rule on Multi-District Litigation 2.1(c), which provides:

Admission to Practice Before the Panel. Every member in good standing of the Bar of any district court of the United States is entitled to practice before the Panel, provided, however, that he or she has established and maintains a CM/ECF account with any United States federal court. Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties are not required to obtain local counsel. *See* 277 F.R.D. 480 (July 6, 2011).

Dated: January 6, 2016

Respectfully submitted,

***Direct Purchaser Plaintiffs' Counsel***

**HAUSFELD LLP**

By:   /s/ *Christopher L. Lebsock*

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile:  415-358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com

clebsock@hausfeld.com

Michael D. Hausfeld
James J. Pizzirusso
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
mhausfeld@hausfeld.com
jpizzirusso@hausfeld.com

*Attorneys for Plaintiff Olean Wholesale
Grocery Cooperative, Inc.*

By:   /s/ *Barbara Hart*

**LOWEY DANNENBERG COHEN &
HART, P.C.**

Barbara Hart (*pro hac vice* to be submitted)
Sung-Min Lee (*pro hac vice* to be submitted)
One North Broadway, Suite 509
White Plains, NY 10601-2301
Telephone: 914-997-0500
bhart@lowey.com
slee@lowey.com

**ISAACS, FRIEDBERG &
LABATON LLP**

Mark I. Labaton (SBN 159555)
City National Plaza – South Tower
555 South Flower St., Suite 4250
Los Angeles, CA 90071
Telephone: 213-929-5550
mlabaton@iflcounsel.com

*Attorneys for Plaintiff Pacific
Groservice, Inc. d/b/a PITCO Foods*

PROPOSED AGENDA ITEMS FOR          3          CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

1

By:  /s/ *Whitney E. Street*

2

**BLOCK & LEVITON LLP**

3

4
Whitney E. Street
Lesley E. Weaver
5
520 3rd Street, Suite 108
Oakland, CA 94607
6
Telephone: 415-968-8999
Facsimile:  617-507-6020
7
wstreet@blockesq.com
8
lweaver@blockesq.com

9

10
Erica G. Langsen
155 Federal Street, Suite 400
11
Boston, MA 02110
Telephone: 617-398-5600
12
Facsimile:  617-507-6020
13
elangsen@blockesq.com

14

*Attorneys for Plaintiff Beverly Youngblood*
15

16
By:  /s/ *Jason S. Hartley*

17

**STUEVE SIEGEL HANSON LLP**
18

19
Jason S. Hartley
Jason M. Lindner
20
550 West C Street, Suite 610
San Diego, CA 92101
21
Telephone: 619-400-5822
22
hartley@stuevesiegel.com
lindner@stuevesiegel.com
23

24
**KAZEROUNI LAW GROUP, APC**

25
Abbas Kazerounian
26
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
27

PROPOSED AGENDA ITEMS FOR          4          CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
28
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

Telephone: 800-400-6808
Facsimile: 800-520-5523
ak@kazlg.com

**HEINS MILLS & OLSON, P.L.C.**

Vincent J. Esades
Jessica N. Servais
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612-338-4605
Facsimile: 612- 338-4692

**KARON LLC**

Daniel R. Karon
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: 216-622-1851
Facsimile: 216-241-8175

*Attorneys for Plaintiff Trepco Imports
and Distribution LTD*

By:   /s/ *Solomon B. Cera*

**CERA LLP**

Solomon B. Cera
Thomas C. Bright
Louis A. Kessler
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: 415-777-2230
Facsimile: 415-777-5189
scera@cerallp.com
tbright@cerallp.com
lakessler@cerallp.com

PROPOSED AGENDA ITEMS FOR
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

5

CASE NO. 15-md-02670-JLS-MDD

1

2

3

*Attorneys for Plaintiffs Piggly Wiggly*
*Alabama Distributing Co., Inc., Central*
*Grocers, Inc., and Associated Grocers of*
*Florida, Inc.*

4

5

By:   /s/ *Joseph R. Saveri*

6

**JOSEPH SAVERI LAW FIRM, INC.**

7

8

9

10

11

12

13

Joseph R. Saveri
Andrew M. Purdy
Matthew S. Weiler
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
Telephone: 415-500-6800
Facsimile: 415-395-9940
jsaveri@saverilawfirm.com
apurdy@saverilawfirm.com
mweiler@saverilawfirm.com

14

15

*Attorneys for Plaintiff Central Grocers, Inc.*

16

*By:    /s/ Stephen R. Neuwirth*

17

18

**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**

19

20

21

22

23

John Potter (SBN 165843)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700
johnpotter@quinnemanuel.com

24

25

26

27

Stephen R. Neuwirth
Sami H. Rashid
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000

28

PROPOSED AGENDA ITEMS FOR          6          CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

Facsimile: 212-849-7100
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com

**BERNSTEIN LIEBHARD LLP**

Ronald J. Aranoff
Dana Statsky Smith
10 East 40th Street
New York, NY 10016
Telephone: 212-779-1414
Facsimile: 212-779-3218
Aranoff@bernlieb.com
dsmith@bernlieb.com

*Attorneys for Plaintiff Benjamin Foods
LLC*


***Commercial Food Preparer Plaintiffs'
Counsel***

By:   /s/ *Jonathan W. Cuneo*

**CUNEO GILBERT & LADUCA, LLP**

Jonathan W. Cuneo
Joel Davidow
507 C Street, NW
Washington, DC 20002
Telephone: 202-789-3960
Facsimile: 202-589-1813
jonc@cuneolaw.com
joel@cuneolaw.com

Michael J. Flannery
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
Telephone: 314-226-1015

| | | |
|---|---|---|
| PROPOSED AGENDA ITEMS FOR STATUS CONFERENCE SUBMITTED BY UNDERSIGNED COUNSEL FOR PLAINTIFFS | 7 | CASE NO. 15-md-02670-JLS-MDD |

Facsimile: 202-789-1819
mflannery@cuneolaw.com

Taylor Asen
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: 202-789-3960
Facsimile: 202-589-1813
tasen@cuneolaw.com

**DEL MAR LAW GROUP, LLP**

John H. Donboli
Alex M. Outwater
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone: 858-793-6244
Facsimile: 858-793-6005
jdonboli@delmarlawgroup.com
aoutwater@delmarlawgroup.com

**BLECHER COLLINS & PEPPERMAN**

Maxwell M. Blecher
515 South Figueroa Street, Suite 1750
Los Angeles, CA 90071
Telephone: 213-622-4222
Facsimile: 213-622-1656
mblecher@blechercollins.com

*Attorneys for Plaintiffs Capitol Hill
Supermarket, Dutch Village Restaurant, A-1
Diner, and Thyme Café & Market*

By:   /s/ *Dewitt M. Lovelace*

**LOVELACE AND ASSOCIATES, PA**

Dewitt M. Lovelace

PROPOSED AGENDA ITEMS FOR
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

8

CASE NO. 15-md-02670-JLS-MDD

Valerie Lauro Nettles
2870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile: 850-837-4093
dml@lovelacelaw.com

*Attorneys for Plaintiff LesGo Personal Chef,
LLC*

By:  */s/ Don Barrett*

**DON BARRETT, P.A.**

David M. McMullan, Jr. (MSB#8494)
Don Barrett (MSB # 2063)
Katherine Barrett Riley (MSB # 99109)
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: 662-834-2488
Facsimile: 662-834-2628
dmcmullan@barrettlawgroup.com
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

*Attorneys for Plaintiff Harvesters
Enterprises, LLC*

By:  */s/ Thomas P. Thrash*

**THRASH LAW FIRM, P.A.**

Thomas P. Thrash
Marcus N. Bozeman
1101 Garland Street
Little Rock, AR 72201
Telephone: 501-374-1058
Facsimile: 501-374-2222

PROPOSED AGENDA ITEMS FOR           9            CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

*Attorneys for Plaintiff Janet Machin*

***End-Payor Plaintiffs' Counsel***

By:   /s/ Christopher T. Micheletti

**ZELLE HOFMANN VOELBEL & MASON LLP**

Christopher T. Micheletti
Judith A. Zahid
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: 415-693-0700
Facsimile: 415-693-0770
cmicheletti@zelle.com
jzahid@zelle.com

*Attorneys for Plaintiffs James Walnum, Steven M. Colberg, Michael Juettten, Carl Lown, and Scott Caldwell*

By:   /s/ Kimberly A. Kralowec

**THE KRALOWEC LAW GROUP**

Kimberly A. Kralowec
Kathleen Styles Rogers
44 Montgomery St., Suite 1210
San Francisco, CA 94104
Telephone: 415-546-6800
Facsimile: 415-546-6801
kkralowec@kraloweclaw.com
krogers@kraloweclaw.com

By:  /s/ Rachele R. Rickert

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP[1]**

BETSY C. MANIFOLD
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599
manifold@whafh.com
rickert@whafh.com

*Attorneys for Plaintiffs Louise Adams, Paul Berger, Barbara Blumstein, Marc Blumstein, Melissa Bowman, Jessica Breitbach, Jade Canterbury, Laura Childs, Jody Cooper, Sally Crnkovich, Elizabeth Davis-Berg, Jessica Decker, Vivek Dravid, Tina Grant, Mary Hudson, Danielle Johnson, Sterling King, Herbert H. Kliegerman, Joseph A. Langston, Brian Levy, Barbara Lybarger, Kristin Millican, Beth Milliner, Liza Milliner, Jennifer A. Nelson, Evelyn Olive, Elizabeth Pillsbury, Nancy Stiller, John Trent, Elizabeth Twitchell, Thomas E. Willoughby III, and Bonnie VanderLaan*

**LOCKRIDGE GRINDAL NAUEN**

---

[1]    Attorneys from Wolf Haldenstein Adler Freeman & Herz LLP's New York and Chicago offices have also appeared in the case.

*Attorneys for Plaintiffs Louise Ann Davis Mathews, Colin Moore, and Kathy Durand Gore*

By:  */s/ Marvin A. Miller*
.
**MILLER LAW LLC**

Marvin A. Miller
Andrew Szot
Matthew E. Van Tine
115 S. LaSalle St., #2910
Chicago, IL 60035
Telephone: 312-332-3400
Facsimile: 312-676-2676
mmiller@millerlawllc.com
aszot@millerlawllc.com
mvantine@millerllc.com

*Attorneys for Plaintiffs Debra L. Damske, Ken Dunlap, John Peychal, Virginia Rakipi, Barbara E. Olson, Casey Christensen; Scott Dennis, Adam Buehrens, Brian Depperschmidt, Amy Waterman*

By:  */s/ Dennis Stewart*

**HULETT HARPER STEWART LLP**

Dennis Stewart
Kirk B. Hulett
550 West C Street, Suite 1500
San Diego, CA 92101
Telephone: 619-338-1133
Facsimile: 619-338-1139

**PLLP**
HEIDI M. SILTON
KAREN H. RIEBEL
100 Washington Ave. South
Minneapolis, MN 55401
Telephone: 612/339-6900
Facsimile:  612/339-0981
hmsilton@locklaw.com
khriebel@locklaw.com

*Attorneys for Plaintiffs Barbara Blumstein, Melissa Bowman, Jade Canterbury, Jody Cooper, Vivek Dravid, Mary Hudson, Danielle Johnson, Herbert H. Kliegerman, Joseph A. Langston, Beth Milliner, Liza Milliner, and Thomas E. Willoughby III*

**PRITZKER LEVINE LLP**
ELIZABETH PRITZKER
SHIHO YAMAMOTO
180 Grand Ave., Suite 1390
Oakland, CA 94612
Telephone: 415/692-0772
Facsimile: 415/366-6110
ecp@pritzkerlevine.com
sy@pritzkerlevine.com

*Attorneys for Plaintiff Barbara Lybarger*

**POMERANTZ LLP**
JAYNE GOLDSTEIN
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Telephone: 954/315.3454
Facsimile: 954/315.3455
jagoldstein@pomlaw.com

*Attorney for Plaintiffs Melissa Bowman,*

PROPOSED AGENDA ITEMS FOR STATUS CONFERENCE SUBMITTED BY UNDERSIGNED COUNSEL FOR PLAINTIFFS

11

CASE NO. 15-md-02670-JLS-MDD

dennis@hulettharper.com

*Attorneys for Plaintiffs Steven M. Colberg. Michael Juetten. Carla Lown, Dwayne Kennedy, Lisa Burr, Larry Demonaco, Michael Buff, Ellen Pinto, Robby Reed, Blair Hysni, Dennis Yelvington, Nay Alidad, Glyna Andrusyshyn, Robert Benjamin, Barbara Buenning, Danielle Greenberg, Sheryl Haley, Lisa Hall, Tya Hughes, Marissa Jacobus, Gabrielle Kurdt, Erica Pruess, Seth Salenger, Harold Stafford, and Ramon Ruiz*

By:   /s/ Richard B. Brualdi

**THE BRUALDI LAW FIRM, P.C.**

Richard B. Brualdi
Lauren C. Watson
29 Broadway - 24th Floor
New York, New York 10006-3205
Telephone: 212-952-0602
Facsimile: 212-952-0607

*Attorneys for Plaintiff Ramon Ruiz*

By:   /s/ Eric B. Snyder

**BAILEY GLASSER LLP**

Eric B. Snyder
Katherine E. Charonko
209 Capitol St.
Charleston, WV 25301
Telephone: 304-345-6555
Facsimile: 304-342-1110

*Jody Cooper, Vivek Dravid, Danielle Johnson, Herbert H. Kliegerman, Joseph A. Langston, Beth Milliner, and Liza Milliner*

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
GAYLE M. BLATT
JEREMY ROBINSON
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
Facsimile:  619/544-9232
gmb@cglaw.com
jrobinson@cglaw.com

*Attorneys for Plaintiff Amy Joseph*

**LEVI & KORSINSKY LLP**
NANCY KULESA
30 Broad St., 24th Floor
New York, NY 1004
Telephone: 212/363-7500
Facsimile: 212/363-7171
nkulesa@zlk.com

*Attorneys for Plaintiffs Laura Childs, Elizabeth Davis-Berg, Jessica Decker, Kristin Millican, Jennifer A. Nelson, Nancy Stiller, and Bonnie VanderLaan*

**ZOLL & KRANZ LLC**
MICHELLE KRANZ
6620 West Central Ave.
Suite 100
Toledo, OH 43617
Telephone: 419/841-9623
Facsimile: 419/841-9719

PROPOSED AGENDA ITEMS FOR STATUS CONFERENCE SUBMITTED BY UNDERSIGNED COUNSEL FOR PLAINTIFFS
12
CASE NO. 15-md-02670-JLS-MDD

esnyder@baileyglasser.com
kcharonko@baileyglasser.com

*Attorneys for Plaintiff Diana Mey*

By: /s/ *Craig M. Nicholas*

**NICHOLAS & TOMASEVIC, LLP**

Craig M. Nicholas
Alex Tomasevic
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: 619-325-0492
Facsimile: 619-325-0496
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org

*Attorneys for Plaintiffs Truyen "David" Ton-Vuong, Lisa Burr, Larry Demonaco, Michael Buff, Ellen Pinto, Robby Reed, Blair Hysni, and Dennis Yelvington*

By: /s/ *Nathan M. Cihlar*

**STRAUS & BOIES, LLP**

Timothy D. Battin
Nathan M. Cihlar
Christopher V. Le
4041 University Drive, Fifth Floor
Fairfax, VA 22030
Telephone: 703-764-8700
Facsimile: 703-764-8704
tbattin@straus-boies.com
ncihlar@straus-boies.com
cle@straus-boies.com

michelle@toledolaw.com

*Attorneys for Plaintiffs Laura Childs, Elizabeth Davis-Berg, Jessica Decker, Kristin Millican, Jennifer A. Nelson, Nancy Stiller, and Bonnie VanderLaan*

**GAINEY, McKENNA & EGLESTON**
THOMAS J. McKENNA
tjmckenna@gme-law.com
440 Park Avenue South
New York, NY 10016
Telephone: 212/983-1300
Facsimile: 212/983-0383

*Attorneys for Plaintiff Thomas E. Willoughby III*

**RANDALL S. NEWMAN, P.C.**
RANDALL S. NEWMAN
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: 212/797-3737
Facsimile: 212/797-3172
rsn@randallnewman.net

*Attorney for Plaintiffs Barbara Blumstein, Melissa Bowman, Jody Cooper, Vivek Dravid, Danielle Johnson, Herbert H. Kliegerman, Joseph A. Langston, Beth Milliner, and Liza Milliner*

**THE OLIVER LAW GROUP PC**
ALYSON OLIVER
363 W. Big Beaver Rd., Suite 200
Troy, MI 48084
Telephone: 248/327-6556
Facsimile: 248/436-3385
aoliver@oliverlg.com

PROPOSED AGENDA ITEMS FOR STATUS CONFERENCE SUBMITTED BY UNDERSIGNED COUNSEL FOR PLAINTIFFS

13

CASE NO. 15-md-02670-JLS-MDD

1
2   **KIRBY McINERNEY LLP**

3   Robert J. Gralewski, Jr.
    600 B Street, Suite 1900
4   San Diego, CA 92101
5   Telephone: 619-398-4340
    bgralewski@kmllp.com
6
7   **TRUMP, ALIOTO, TRUMP &
    PRESCOTT, LLP**
8
9   Mario N. Alioto
    Lauren C. Capurro
10  2280 Union Street
11  San Francisco, CA 94123
    Telephone: 415-563-7200
12  Facsimile: 415-346-0679
    laurenrussell@tatp.com
13
14
    *Attorneys for Plaintiffs Jinkyoung*
15  *Moon, Corey Norris, Clarissa*
    *Simon, and Nigel Warren*
16
17  By:   /s/ Susan A. Bernstein
18
    **SUSAN A. BERNSTEIN**
19  Attorney At Law
20
    200 Highland Avenue, Suite 306
21  Needham, MA 02494-3035
22  Telephone: 781-290-5858
    Facsimile: 781-247-4266
23  susan@sabernlaw.com
24
    *Attorneys for Plaintiff Amy E.*
25  *Waterman*
26
27  By:   /s/ Shpetim Ademi

*Attorney for Plaintiffs Jade Canterbury,*
*Jody Cooper, Vivek Dravid, Danielle*
*Johnson, Herbert H. Kliegerman, Joseph*
*A. Langston, Beth Milliner, and Liza*
*Milliner*

**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR.
7817 Ivanhoe Ave., Suite 102
La Jolla, CA 92037
Telephone: 858/914.2001
Facsimile: 858/914.2002
fbottini@bottinilaw.com

*Attorney for Plaintiffs Melissa Bowman,*
*Jody Cooper, Vivek Dravid, Danielle*
*Johnson, Herbert H. Kliegerman, Joseph*
*A. Langston, Beth Milliner, and Liza*
*Milliner*

**ZIMMERMAN LAW OFFICES PC**
THOMAS A. ZIMMERMAN, JR.
MATTHEW C. DE RE
77 West Washington Street, Suite 1220
Chicago, IL 60602
Telephone: 312/440-0020
Facsimile: 312/440-4180
tom@attorneyzim.com
matt@attorneyzim.com

*Attorneys for Plaintiff Amy Joseph*

**LAURENCE D. PASKOWITZ, ESQ.**
LAURENCE D. PASKOWITZ
208 East 51st St., Suite 380
New York, NY 10022
Telephone: 212/685.0969
Facsimile: 212/685.2306

28  PROPOSED AGENDA ITEMS FOR          14          CASE NO. 15-md-02670-JLS-MDD
    STATUS CONFERENCE
    SUBMITTED BY UNDERSIGNED
    COUNSEL FOR PLAINTIFFS

1

2    **ADEMI & O'REILLY, LLP**

3    Shpetim Ademi
     John D. Blythin
4    Mark A. Eldridge
     Denise L. Morris
5    3620 East Layton Avenue
6    Cudahy, WI 53110
     Telephone: 414-482-8000
7    Facsimile: 414-482-8001
8    sademi@ademilaw.com
     jblythin@ademilaw.com
9    meldridge@ademilaw.com
     dmorris@ademilaw.com
10

11

12   *Attorneys for Plaintiffs Virginia*
     *Rakipi, Debra L. Damaske,*
13   *Kenneth J. Dunlap, John Peychal,*
     *Adam Buehrens, Barbara E.*
14   *Olson, Scott Dennis, Casey*
15   *Christensen, Brian*
     *Depperschmidt, and  Dwayne*
16   *Kennedy*

17

18   By:   /s/ *Keith S. Dubanevich*

19   **STOLL STOLL BERNE**
20   **LOKTING & SHLACHTER P.C.**

21   Keith S. Dubanevich
     Steve D. Larson
22   Mark A. Friel
23   209 SW Oak Street, Suite 500
     Portland, OR  97204
24   Telephone:  503-227-1600
25   Facsimile: 503-227-6840
     kdubanevich@stollberne.com
26   slarson@stollberne.com
27

28

lpaskowitz@pasklaw.com

*Attorney for Plaintiff Barbara Blumstein*

---

PROPOSED AGENDA ITEMS FOR          15          CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

mfriel@stollberne.com

*Attorneys for Plaintiffs Carl*
*Lesher, Sarah Metivier Schadt,*
*Greg Stearns, and Karren Fabian*

By:   /s/ *Robert Taylor-Manning*

**THE LAW OFFICES OF**
**ROBERT TAYLOR-MANNING**
Robert Taylor-Manning
1800 South Jackson Street, Suite 123
Seattle, WA  98144
Telephone: 206-310-3333
Facsimile:  206-299-4010
rtm@taylor-manning.net

*Attorneys for Plaintiffs Carl*
*Lesher, Sarah Metivier Schadt,*
*Karren Fabian, Greg Stearns, and*
*Kathy Durand Gore*

By:   /s/ *Daniel C. Hedlund*

**GUSTAFSON GLUEK PLLC**

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Daniel J. Nordin
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
Facsimile: 612-339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com

PROPOSED AGENDA ITEMS FOR       16       CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

1

2
**SULLIVAN HILL**

3
Donald G. Rez

4
550 West C Street, 15th Floor
San Diego, CA 92101

5
Telephone: 619-233-4100

6
Facsimile: 619-231-4372
rez@sullivanhill.com

7

8
*Attorneys for Plaintiffs Nay*

9
*Alidad, Galyna Andrusyshyn,*
*Robert Benjamin, Barbara*

10
*Buenning, Danielle Greenberg,*
*Sheryl Haley, Lisa Hall, Tya*

11
*Hughes, Marissa Jacobus,*

12
*Gabrielle Kurdt, Erica Pruess,*
*Seth Salenger, and Harold*

13
*Stafford*

14
By:  */s/ Rosemary M. Rivas*

15

16
**FINKELSTEIN THOMPSON**
**LLP**

17

18
Rosemary M. Rivas
One California Street, Suite 900

19
San Francisco, CA 94111

20
Telephone: 415-398-8700
Facsimile: 415-398-8704

21
rrivas@finkelsteinthompson.com

22

23
Douglas G. Thompson
Michael G. McLellan

24
1077 30th Street NW, Suite 150

25
Washington, DC 20007
Telephone: 202-337-8000

26
Facsimile: 202-337-8090
dthompson@finkelsteinthompson.com

27

28
PROPOSED AGENDA ITEMS FOR          17          CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

mmclellan@finkelsteinthompson.com

*Attorneys for Plaintiff Rick Musgrave*

By:  /s/ *Timothy G. Blood*

**BLOOD HURST & O'REARDON, LLP**

Timothy G. Blood
Thomas J. O'Reardon II
Paula M. Roach
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619-338-1100
Facsimile : 619-338-1101
tblood@bholaw.com
toreardon@bholaw.com
proach@bholaw.com

**MORGAN & MORGAN, P.C.**

Roger Sachar
Domenico Minerva
28 W. 44th Street, Suite 2001
New York, NY 10036
Telephone: 212-564-1637
Facsimile: 212-564-1807
RSachar@MorganSecuritiesLaw.com
DMinerva@MorganSecuritiesLaw.com

*Attorneys for Plaintiffs Robert Fragoso. Jason Wilson, Samuel Seidenberg, Janelle Albarello, Michael Coffey, Jeffrey Potvin, and Stephanie Gipson*

By:  /s/ *Jerald M. Stein*

PROPOSED AGENDA ITEMS FOR        18        CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

1

2 **THE LAW OFFICE OF JERALD M. STEIN**

3

4 Jerald M. Stein, Esq.
PO Box 1011

5 835 Main Street

6 Margaretville, NY 12455-1011
Telephone:  845-586-6111

7 Facsimile: 844-380-9475

8 JMSteinLaw@gmail.com

9 **GROSS & KLEIN LLP**

10

11 Stuart G. Gross
The Embarcadero

12 Pier 9, Suite 100
San Francisco, CA 94111

13 Telephone: 415-671-4628 (x101)

14 Facsimile: 415-480-6688
sgross@grosskleinlaw.com

15

16 *Attorneys for Plaintiffs Carl
Lesher, Sarah Metivier Schadt,*

17 *Karren Fabian, and Greg Stearns*

18

19 **SIGNATURE ATTESTATION**

20 Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I

21 hereby certify that authorization for the filing of this document has been obtained

22 from each of the other signatories shown above and that all signatories have

23 authorized placement of their electronic signature on this document.

24 By:   */s/ Christopher T. Micheletti*

25 Christopher T. Micheletti (136446)

26

27

28

---

PROPOSED AGENDA ITEMS FOR          19          CASE NO. 15-md-02670-JLS-MDD
STATUS CONFERENCE
SUBMITTED BY UNDERSIGNED
COUNSEL FOR PLAINTIFFS

1

**CERTIFICATE OF SERVICE**

2
3
4
5

I certify that on January 6, 2016, I filed the foregoing with the Clerk of the United States District Court for the Southern District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

6

By:  _/s/ Christopher T. Micheletti_

7

Christopher T. Micheletti (136446)

8

3268798v6

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28