JOSHUA SWIGART (CA Bar No. 225557)
HYDE & SWIGART
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Tel:  619-233-7770
Fax:  619-297-1022
*josh@westcoastlitigation.com*

JASON S. HARTLEY (CA Bar No. 192514)
JASON M. LINDNER (CA Bar No. 211451)
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 610
San Diego, CA 92101
Tel: 619-400-5822
Fax: 619-400-5832
*hartley@stuevesiegel.com*
*lindner@stueveseigel.com*

*Attorneys for Plaintiff  Trepco Imports and Distribution Ltd.*

*See Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 JLS MDD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Joshua Swigart, of the law firm of Hyde & Swigart, 2221 Camino del Rio South, Suite 101, San Diego, CA 92108, hereby enters his appearance as counsel for Plaintiff Trepco Imports and Distribution LTD and the Plaintiff Class, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at:  josh@westcoastlitigation.com.

Dated: January 6, 2016

Respectfully submitted,

By: s/Joshua Swigart
Joshua Swigart
HYDE & SWIGART
2221 Camino del Rio South, Ste. 101
San Diego, CA 92108
Tel: 619-2323-7770
Fax: 619-297-1022
*josh@westcoastlitigation.com*

Jason S. Hartley
*hartley@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile: (619) 400-5832

Vincent J. Esades
Jessica N. Servais
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Facsimile: (216) 241-8175

*Attorneys for Plaintiff and the Class*