*In re: Packaged Seafood Products Antitrust Litigation*
*United States District Court, Southern District of California*
*Case No.: 3:15-md-02670-JLS-MDD*

# CERTIFICATE OF SERVICE

I, Eva Dickey, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108.  I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):

- **Notice of Appearance of Joshua Swigart for Plaintiff Trepco Imports and Distribution LTD**

On the interested parties in said case addressed as follows:

| | |
|---|---|
| Edward David Hassi<br>Julia A. Schiller<br>**O'Melveny & Meyers LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001 | Laura C. Abrahamson<br>**O'Melveny & Meyers**<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| Erik Raven-Hansen<br>John Roberti<br>John Terzaken<br>William E. White<br>**Allen & Overy LLP**<br>1101 New York Avenue, NW<br>Washington, DC 20005 | Keith R. Solar<br>Robert J. Parks<br>**Buchanan Ingersoll & Rooney LLP**<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3387 |
| Ashley M. Bauer<br>Belinda S. Lee<br>Daniel M. Wall<br>**Latham & Watkins**<br>505 Montgomer Street, Suite 200<br>San Francisco, CA 94111 | Catherine Susan Simonsen<br>**Perkins Coie LLP**<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 |

[X]   ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

**HYDE & SWIGART**
San Diego, California

1  I declare under penalty under perjury under the laws of the State of California that the foregoing
2  is true and correct.  Executed on January 7, 2016, at San Diego, California.

3
4  _____
5  Eva Dickey
6
7
8
9
10
11
12
**HYDE & SWIGART**
San Diego, California
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28