UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |
|---|---|

On January 20, 2016, the Court held a Status Conference on the record in this action. Counsel representing all the plaintiffs and the defendants appeared in the cases now joined in this MDL matter.

As a result of the discussion, the Court sets the following dates and deadlines:

**Structure and Selection of Lead Counsel**

1. Plaintiffs shall submit briefing <u>on or before February 1, 2016</u>, regarding the structure and organization of the Plaintiffs' litigation effort, including proposals for (1) proceeding as different categories or groups of Plaintiffs, such as direct purchaser individual/direct actions, direct purchaser class actions, indirect purchaser commercial food preparer class actions, and indirect purchaser end user/consumer class actions; (2) the organizational structure of each Plaintiff category or group; (3) the leadership of each plaintiff category or group, including selection and appointment of lead

 counsel, liaison counsel, and a steering committee or committees; and (4) the organizational structure by which the groups will coordinate with one another. Plaintiffs submitting briefing on these matters may use the hearing date of <u>Thursday, March 10, 2016</u>,[1] at 10 a.m. in Courtroom 4A.

2. All parties may submit Opposition Briefs to Plaintiffs' Opening Briefs <u>on or before February 11, 2016</u>.

3. By agreement of all counsel present at this Status Conference, no party shall file Reply Briefs in response to Opposition Briefs without leave of Court.

**Meet and Confer Deadlines**

4. <u>Within 14 days</u> of issuance of the Court's order appointing lead counsel, lead counsel for both Plaintiffs and Defendants shall meet and confer with the United States and shall submit to the Court a notice stating whether the parties have agreed upon the parameters of the limited stay of discovery the United States has indicated it intends to seek, or whether briefing and motion practice is required on that matter.

5. <u>Within 30 days</u> of issuance of the Court's order appointing lead counsel, lead counsel for both Plaintiffs and Defendants shall meet and confer regarding filing of a proposed Case Management Order.

**Complaints and Responses**

6. <u>Within 45 days</u> of issuance of the Court's order appointing lead counsel, Plaintiffs shall file all amended complaints. All amended complaints will be due on the same date.

7. Defendants shall respond to the amended complaints <u>within 60 days</u> of the deadline for filing all amended complaints.

8. Plaintiffs shall file Opposition Briefs to any motions filed in response to their

---

[1] The Court misspoke at the hearing, providing a hearing date of March 11, 2016. The Court intended to place the hearing on March 10, 2016.

amended complaints <u>within 30 days</u> of the date those responsive motions are filed.

9. Defendants shall file Replies, if any, <u>within 15 days</u> of the date on which Plaintiffs' Opposition Briefs are filed.

**IT IS SO ORDERED.**

Dated: January 20, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge