| | |
|---|---|
| 1 | THEODORE B. BELL |
| 2 | bell@whafh.com<br>CARL MALMSTROM |
| 3 | malmstrom@whafh.com<br>WOLF HALDENSTEIN ADLER |
| 4 |  FREEMAN & HERZ LLC<br>One South Dearborn St., Suite 2122 |
| 5 | Chicago, Illinois 60603<br>Telephone:  312/984-0000 |
| 6 | Facsimile:   312/212-4401 |
| 7 | Attorneys for "Wolf Group" Plaintiffs |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-2670-JLS-MDD<br><br>**NOTICE OF APPEARANCE OF PLAINTIFF'S COUNSEL**<br><br>Judge:     Janis L. Sammartino |

Case No. 03:15-md-2670-JLS-MDD

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that Theodore B. Bell and Carl Malmstrom of the
3  law firm Wolf Haldenstein Adler Freeman & Herz LLC hereby enter their
4  appearances as additional counsel for Plaintiffs Evelyn Olive, Sterling King, Paul
5  Berger, Sally Crnkovich, Jessica Breitbach, Marc Blumstein, Louise Adams, Brian
6  Levy, John Trent, Tina Grant, Jennifer A. Nelson, Elizabeth Twitchell, Elizabeth
7  Davis-Berg, Jessica Decker, Laura Childs, Nancy Stiller, Bonnie VanderLaan,
8  Kristin Millican, Mary Hudson, Thomas E. Willoughby III, Jade Canterbury,
9  Melissa Bowman, Vivek Dravid, Barbara Blumstein, Jody Cooper, Danielle
10 Johnson, Herbert H. Kliegerman, Joseph A. Langston, Beth Milliner, Liza Milliner,
11 Barbara Lybarger, Sundé Daniels, and Christopher Todd in the above-captioned
12 action and respectfully request that all related pleadings and documents be served
13 upon Wolf Haldenstein Adler Freeman & Herz LLC as follows:

          Theodore B. Bell
          Carl Malmstrom
          WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
          One South Dearborn St., Suite 2122
          Chicago, IL 60603
          Telephone:  312/984-0000
          Facsimile:   312/212-4401
          tbell@whafh.com
          malmstrom@whafh.com

DATED:  February 1, 2016        WOLF HALDENSTEIN ADLER
                                          FREEMAN & HERZ LLC

                                          /s/ Carl Malmstrom
                                          CARL MALMSTROM

                                          THEODORE B. BELL
                                          One South Dearborn St., Suite 2122
                                          Chicago, IL 60603
                                          Telephone:   312/984-0000
                                          Facsimile:    312/212-4401
                                          malmstrom@whafh.com

                                          Attorney for "Wolf Group" Plaintiffs

PSP:54448

                                                                 Case No. 03:15-md-2670-JLS-MDD

## CERTIFICATE OF SERVICE

    I certify that on February 1, 2016, I filed the foregoing Notice of Appearance with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, which will send notifications of such filings to all counsel of record.

                                <u>/s/ Carl V. Malmstrom</u>
                                Carl V. Malmstrom

Case No. 03:15-md-2670-JLS-MDD