JONATHAN W. CUNEO
jonc@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

TAYLOR ASEN
tasen@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
16 Court Street, Ste. 1012
Brooklyn, NY 11241
Telephone: (202) 789-3960
Facsimile: (202) 589-1813

JOHN H. DONBOLI (SBN: 205218)
jdonboli@delmarlawgroup.com
CAMILLE JOY DECAMP (SBN: 236212)
cdecamp@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

Attorneys for Plaintiffs Capitol Hill Supermarket, Dutch Village Restaurant, A-1 Diner, and Thyme Café & Market, Inc.

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**COMMERCIAL FOOD PREPARERS' NOTICE OF MOTION AND MOTION TO APPOINT CUNEO GILBERT & LaDUCA, LLP AS INTERIM LEAD COUNSEL, AND TO APPOINT DEL MAR LAW GROUP, LLP AS LIAISON COUNSEL, FOR THE INDIRECT PURCHASER COMMERCIAL FOOD PREPARER CLASS**<br><br>DATE:  March 10, 2016<br>TIME:  10:00 a.m.<br>JUDGE:  Hon. Janis L. Sammartino<br>CRTRM:  4A |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on March 10, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Janis L. Sammartino of the United States District Court of the Southern District of California, located at 221 West Broadway, Courtroom 4A, Suite 4135, San Diego, CA, 92101, Plaintiffs Capitol Hill Supermarket, Dutch Village Restaurant, A-1 Diner, Thyme Café & Market, Inc., Harvesters Enterprises, LLC, Janet Machen, and LesGo Personal Chef, LLC ("Commercial Food Preparer Plaintiffs") will, and hereby do, move for an Order appointing Cuneo Gilbert & LaDuca, LLP ("CGL") as Interim Lead Counsel, and Del Mar Law Group, LLC ("DMLG") as Liaison Counsel, for a proposed class of food preparation establishments that indirectly purchased packaged seafood products ("PSPs") for their own use in food preparation, rather than for resale as such. The motion is made in response to topics (2) and (3) in the Court's "Order Following Status Conference." (Dkt. No. 42.)

The motion is made on the grounds that CGL and DMLG are best able to represent the interests of the Commercial Food Preparer Class. CGL is counsel to four of Commercial Food Preparer Plaintiffs, and counsel in the other Commercial Food Preparer actions also support the appointment of CGL as Interim Lead Counsel. Moreover, CGL has significant experience prosecuting complex class actions, including antitrust actions, and its counsel are eminently qualified to represent the class in this case. It also has the financial resources to advance this litigation in a timely manner. Finally, since becoming involved in this litigation, DMLG has assisted CGL in prosecuting this action in a smooth and efficient manner, and it will continue to do so upon appointment as Liaison Counsel.

Commercial Food Preparers' motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Jonathan

1  W. Cuneo, and the Declaration of John H. Donboli.

2  Dated: February 1, 2016            Respectfully submitted,

3

4                                     By:   /s/ *Jonathan W. Cuneo*

5                                     **CUNEO GILBERT & LADUCA, LLP**

6                                     Jonathan W. Cuneo
                                      Joel Davidow
7                                     507 C Street, NW
                                      Washington, DC 20002
8                                     Telephone: 202-789-3960
                                      Facsimile: 202-589-1813
9                                     jonc@cuneolaw.com
                                      joel@cuneolaw.com

10                                    Michael J. Flannery
                                      7733 Forsyth Boulevard, Suite 1675
11                                    St. Louis, MO 63105
                                      Telephone:314-226-1015
12                                    Facsimile: 202-789-1819
                                      mflannery@cuneolaw.com
13
                                      Taylor Asen
14                                    16 Court Street, Suite 1012
                                      Brooklyn, NY 11241
15                                    Telephone: 202-789-3960
                                      Facsimile: 202-589-1813
16                                    tasen@cuneolaw.com

17                                    **DEL MAR LAW GROUP, LLP**

18                                    John H. Donboli
                                      Camille Joy DeCamp
19                                    Alex M. Outwater
                                      12250 El Camino Real, Suite 120
20                                    San Diego, CA 92130
                                      Telephone: 858-793-6244
21                                    Facsimile: 858-793-6005
                                      jdonboli@delmarlawgroup.com
22                                    cdecamp@delmarlawgroup.com
                                      aoutwater@delmarlawgroup.com
23
                                      **BLECHER COLLINS & PEPPERMAN**
24
                                      Maxwell M. Blecher
25                                    515 South Figueroa Street, Suite 1750
                                      Los Angeles, California 90071
26                                    Telephone: 213-622-4222
                                      Facsimile: 213-622-1656
27                                    mblecher@blechercollins.com

28
                                      3
COMMERCIAL FOOD PREPARERS'                    CASE NO. 15-md-02670-JLS-MD
NOTICE OF MOTION AND MOTION
TO APPOINT INTERIM LEAD
COUNSEL AND LIAISON COUNSEL

*Attorneys for Plaintiffs Capitol Hill Supermarket, Dutch Village Restaurant, A-1 Diner, and Thyme Café & Market, Inc.*

By: /s/ *Dewitt M. Lovelace*

**LOVELACE AND ASSOCIATES, PA**

Dewitt M. Lovelace
Valerie Lauro Nettles
2870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile: 850-837-4093
dml@lovelacelaw.com

*Attorneys for Plaintiff LesGo Personal Chef, LLC*

By: /s/ *Don Barrett*

**DON BARRETT, P.A.**

David M. McMullan, Jr. (MSB#8494)
Don Barrett (MSB # 2063)
Katherine Barrett Riley (MSB # 99109)
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: 662-834-2488
Facsimile: 662-834-2628
dmcmullan@barrettlawgroup.com
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

*Attorneys for Plaintiff Harvesters Enterprises, LLC*

By: /s/ *Thomas P. Thrash*

**THRASH LAW FIRM, P.A.**

Thomas P. Thrash
Marcus N. Bozeman
1101 Garland Street
Little Rock, AR 72201
Telephone: 501-374-1058
Facsimile: 501-374-2222
tomthrash@sbcglobal.net
bozemanmarcus@hotmail.com

*Attorneys for Plaintiff Janet Machen*

4

COMMERCIAL FOOD PREPARERS'
NOTICE OF MOTION AND MOTION
TO APPOINT INTERIM LEAD
COUNSEL AND LIAISON COUNSEL

CASE NO. 15-md-02670-JLS-MD

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2016, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

By: /s/ *John H. Donboli*
John H. Donboli

| COMMERCIAL FOOD PREPARERS' NOTICE OF MOTION AND MOTION TO APPOINT INTERIM LEAD COUNSEL AND LIAISON COUNSEL | CASE NO. 15-md-02670-JLS-MD |
|---|---|