BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA  92101
Telephone: (619) 239-4599
Facsimile:  (619) 234-4599

[Proposed] Interim Class Counsel
For the End User Indirect Purchaser Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD ANTITRUST LITIGATION | Case No. 15-MD-2670-JLS (MDD) |
| | **STATEMENT OF WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP ON LEADERSHIP STRUCTURE** |
| This Document Relates to: | JUDGE:  Hon. Janis L. Sammartino |
| All End User Indirect Actions | COURT:  4A (4th Fl.—Schwartz) |

Case No. 15-MD-2670-JLS (MDD)

1    Pursuant to this Court's Minute Order of March 10, 2016, Wolf Haldenstein Adler Freeman & Herz ("Wolf") respectfully submits its statement regarding its final position on leadership structure in the *Indirect End User* action.

To be brief:

(1) Counsel for plaintiffs in the *Indirect End User* action have been unable to agree to a leadership jurisdiction which resolves the three motions before the Court.

(2) Wolf, in order to resolve these motions and provide "peace," offered the Zelle Group a "one each group, three co-leadership" structure to be suggested to the Court. Zelle Group declined the offer.

(3) Scarpulla, on the other hand, while willing to accept a co-lead position wished to add to the structure to provide a place for Mr. Mogin. That was not acceptable for the reasons previously provided this Court in Wolf's papers.

(4) Wolf, accordingly, reiterates its position and requests that its motion be granted. *However*, should the Court wish to appoint *one* firm from each group as Wolf's co-lead, we would have no objection.

(5) We note as the latest development that on Monday, March 14, 2016, the National Law Journal spotlighted Wolf Haldenstein among the 2016 Plaintiffs' Hot List, mentioning that the Firm "tapped their deep bench[s] for high stakes litigation battles in courts across the Country." (A copy is attached hereto as Exhibit A.)

(6) Should the Court seek for us to provide a proposed order, we can do so promptly.

(7) Accordingly, at present, there are no agreements. We ask the Court to grant our motion as filed.

- 1 –

Case No. 15-MD-2670-JLS (MDD)

| | | |
|---|---|---|
| 1 | Dated: March 15, 2016 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |

By:  */s/ Betsy C. Manifold*
         BETSY C. MANIFOLD

BETSY C. MANIFOLD
RACHELE R. RICKERT
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA  92101
Telephone: (619) 239-4599

[Proposed] Interim Class Counsel
For the End User Indirect Purchaser Plaintiffs

Case No. 15-MD-2670-JLS (MDD)

- 2 -