TAI S. MILDER (CSBN 267070)
LESLIE A. WULFF (CSBN 277979)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
tai.milder@usdoj.gov

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD <br><br> MDL No. 2670 <br><br> **JOINT STIPULATION RE: LIMITED STAY OF DISCOVERY** <br><br> Judge: Hon. Janis L. Sammartino |
| This Document Relates To: <br>     ALL ACTIONS | |

WHEREAS these consolidated civil cases allege a conspiracy to fix the prices of packaged seafood products in violation of the Sherman Act, 15 U.S.C. §§ 1 and 3, and various state indirect purchaser and consumer protection statutes;

WHEREAS there is an ongoing criminal grand jury investigation involving packaged seafood products;

WHEREAS the Court granted the United States' Motion to Intervene for the purpose of seeking a limited discovery stay; and

WHEREAS the parties have met and conferred regarding the parameters

1.

and scope of a limited stay of discovery;

NOW THEREFORE, PLAINTIFFS, DEFENDANTS, AND THE UNITED STATES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. This Stipulation and Order shall be in effect in these consolidated cases until December 31, 2016 ("Limited Stay Period"). During the Limited Stay Period, no discovery shall be conducted under the Federal Rules of Civil Procedure, except as set forth herein.

2. During the Limited Stay Period, no discovery shall be conducted under the Federal Rules of Civil Procedure that refers or relates to the criminal grand jury investigation being conducted by the United States concerning packaged seafood, including any party's or witness's communications with the United States or with the grand jury investigating packaged seafood.

3. During the Limited Stay Period, except as provided in paragraph 4 below, no discovery shall be conducted under the Federal Rules of Civil Procedure that refers or relates to any understandings, agreements, meetings, or communications relating to the sale of packaged seafood.

4. Nothing in this Stipulation shall prevent any party from: (i) serving interrogatories, requests for admission, requests for production, or non-party subpoenas on any subject; (ii) responding with written objections to discovery requests on any subject; (iii) preserving documents and electronically stored information ("ESI") requested by a party in discovery; and, (iv) collecting documents and ESI responsive to written discovery during the Limited Stay Period. Further, the parties shall not meet and confer regarding objections to discovery or serve responses to discovery during the Limited Stay Period except on the Permissible Subjects defined in paragraph 5.

/ /
/ /

## Permissible Subjects

5. Subject to paragraphs 2, 3, and 6, full discovery of the following categories will be permitted during the Limited Stay Period ("Permissible Subjects"):

(a) discovery to establish this Court's personal jurisdiction over any Defendant who contests this Court's personal jurisdiction over it;

(b) discovery from any non-party, except for: (i) any former party; (ii) any present or former owner of a current or former Defendant, (iii) any entity presently or formerly owned by a current or former Defendant, and (iv) any former officer or employee of a current or former Defendant;

(c) discovery of centrally-maintained transactional and statistical data (and pre-existing reports summarizing such data); if a party has no such data, discovery of records reflecting purchases of packaged seafood;

(d) discovery of corporate organizational structure, including organizational charts, parents, subsidiaries, affiliates, corporate divisions, management structure, and control;

(e) discovery of the existence and detail regarding the storage, location, retention, destruction, and identification of documents and ESI; and

(f) discovery of antitrust policies and manuals.

## Depositions

6. No depositions may be taken during the Limited Stay Period, except for depositions of non-parties (as defined in paragraph 5(b) above).

## Other Provisions

7. Nothing in this Stipulation shall be construed as an admission that discovery of any Permissible Subject exists or is appropriate or discoverable under the Federal Rules of Civil Procedure.

8. The parties reserve all objections under the Federal Rules of Civil Procedure.

9. Unless otherwise covered by the terms of the Stipulation, all discovery shall proceed in accordance with the Federal Rules of Civil Procedure, this Court's Local Rules, and all other applicable law.

10. All written discovery requests shall be served on the United States at the same time as the receiving party.

11. During the Limited Stay Period, all parties retain the right to move the Court to modify, lift, or extend the stay, and to oppose any such motion.

IT IS SO STIPULATED.


s/ Tai Milder
TAI S. MILDER
LESLIE A. WULFF
Trial Attorneys
U.S. Department of Justice
Antitrust Division


s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com

*Liaison Counsel for Direct Action Plaintiffs*

s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street, NW
Washington, DC 20002
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com

Michael J. Flannery
(Cal. Bar No. 196266)
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
Telephone: 314.226.1015
Facsimile: 202.789.1819
mflannery@cuneolaw.com

| | | |
|---|---|---|
| 1 | Benjamin David Elga | s/ Betsy C. Manifold* |
| 2 | Taylor Asen | BETSY C. MANIFOLD |
| 3 | CUNEO GILBERT & LADUCA, LLP | RACHELE R. RICKERT |
| | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| | 16 Court Street, Suite 1012 | Symphony Towers |
| | Brooklyn, NY 11241 | 750 B Street, Suite 2770 |
| | Telephone: 202.789.3960 | San Diego, CA 92101 |
| | Facsimile: 202.589.1813 | Telephone: (619) 239-4599 |
| | belga@cuneolaw.com | |
| | tasen@cuneolaw.com | *Interim Class Counsel For the End User Indirect Purchaser Plaintiffs* |
| | *Interim Lead Counsel For Commercial Food Preparer Plaintiffs* | |

Benjamin David Elga
Taylor Asen
CUNEO GILBERT & LADUCA, LLP
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: 202.789.3960
Facsimile: 202.589.1813
belga@cuneolaw.com
tasen@cuneolaw.com

*Interim Lead Counsel For Commercial Food Preparer Plaintiffs*

s/ Michael P. Lehmann*
Michael P. Lehmann
(Cal. Bar No. 77152)
Bonny E. Sweeney
(Cal. Bar No. 176174)
Christopher L. Lebsock
(Cal. Bar No. 184546)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com

*Interim Lead Counsel For the Proposed Direct Purchaser Class*

s/ Betsy C. Manifold*
BETSY C. MANIFOLD
RACHELE R. RICKERT
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599

*Interim Class Counsel For the End User Indirect Purchaser Plaintiffs*

s/ Edward D. Hassi*
Edward D. Hassi
*Admitted pro hac vice*
Julia A. Schiller
*Admitted pro hac vice*
Courtney C. Byrd
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5300
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com
Email: cbyrd@omm.com

*Counsel for Defendant Bumble Bee Foods, LLC*

| | | |
|---|---|---|
| 1 | s/ Sylah R. Alfonso*<br>Shylah R. Alfonso<br>(pro hac vice)<br>PERKINS COIE LLP<br>1201 Third Avenue Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.3980<br>Facsimile: 206.359.4980<br>SAlfonso@perkinscoie.com<br><br>*Attorneys for Defendant Tri Marine International* | s/ John Roberti*<br>Robert J. Parks<br>(Cal. Bar No. 103014)<br>Keith R. Solar<br>(Cal. Bar No. 120741)<br>BUCHANAN INGERSOLL & ROONEY LLP<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3387<br>Telephone: 619-239-3898<br>Facsimile: 619-702-3898<br>Email: robert.parks@bipc.com<br>Email: keith.solar@bipc.com |

s/ Niall E. Lynch*
Daniel M. Wall
(Cal. Bar No. 102580)
Belinda S Lee
(Cal. Bar No. 199635)
Niall E. Lynch
(Cal Bar No. 157959)
Ashley M. Bauer
(Cal. Bar No. 231626)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
Daniel.Wall@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Attorneys for Defendant StarKist Co.*

John Roberti
(admitted *pro hac vice*)
Erik Raven-Hansen
(admitted *pro hac vice*)
John Terzaken
(admitted *pro hac vice*)
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
Email: john.roberti@allenovery.com
Email: erik.raven-hansen@allenovery.com
Email: john.terzaken@allenovery.com

*Counsel for Defendants Tri-Union Seafoods LLC and King Oscar, Inc.*

*Signed with permission

6.

STIPULATION RE: LIMITED STAY OF DISCOVERY
3:15-md-02670-JLS-MDD