TAI S. MILDER (CSBN 267070)
LESLIE A. WULFF (CSBN 277979)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
tai.milder@usdoj.gov

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD <br><br> MDL No. 2670 <br><br> **JOINT STIPULATION RE: LIMITED STAY OF DISCOVERY** <br><br> Judge: Hon. Janis L. Sammartino |
| This Document Relates To: <br>   ALL ACTIONS | |

WHEREAS these consolidated civil cases allege a conspiracy to fix the prices of packaged seafood products in violation of the Sherman Act, 15 U.S.C. §§ 1 and 3, and various state indirect purchaser and consumer protection statutes;

WHEREAS there is an ongoing criminal grand jury investigation involving packaged seafood products;

WHEREAS the Court granted the United States' Motion to Intervene for the purpose of seeking a limited discovery stay; and

WHEREAS the parties have met and conferred regarding the parameters

1.

and scope of a limited stay of discovery;

NOW THEREFORE, PLAINTIFFS, DEFENDANTS, AND THE UNITED STATES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  This Stipulation and Order shall be in effect in these consolidated cases until December 31, 2016 ("Limited Stay Period"). During the Limited Stay Period, no discovery shall be conducted under the Federal Rules of Civil Procedure, except as set forth herein.

2.  During the Limited Stay Period, no discovery shall be conducted under the Federal Rules of Civil Procedure that refers or relates to the criminal grand jury investigation being conducted by the United States concerning packaged seafood, including any party's or witness's communications with the United States or with the grand jury investigating packaged seafood.

3.  During the Limited Stay Period, except as provided in paragraph 4 below, no discovery shall be conducted under the Federal Rules of Civil Procedure that refers or relates to any understandings, agreements, meetings, or communications relating to the sale of packaged seafood.

4.  Nothing in this Stipulation shall prevent any party from: (i) serving interrogatories, requests for admission, requests for production, or non-party subpoenas on any subject; (ii) responding with written objections to discovery requests on any subject; (iii) preserving documents and electronically stored information ("ESI") requested by a party in discovery; and, (iv) collecting documents and ESI responsive to written discovery during the Limited Stay Period. Further, the parties shall not meet and confer regarding objections to discovery or serve responses to discovery during the Limited Stay Period except on the Permissible Subjects defined in paragraph 5.

/ /
/ /

2.

STIPULATION RE: LIMITED STAY OF DISCOVERY
3:15-md-02670-JLS-MDD

**Permissible Subjects**

5. Subject to paragraphs 2, 3, and 6, full discovery of the following categories will be permitted during the Limited Stay Period ("Permissible Subjects"):

    (a) discovery to establish this Court's personal jurisdiction over any Defendant who contests this Court's personal jurisdiction over it;

    (b) discovery from any non-party, except for: (i) any former party; (ii) any present or former owner of a current or former Defendant, (iii) any entity presently or formerly owned by a current or former Defendant, and (iv) any former officer or employee of a current or former Defendant;

    (c) discovery of centrally-maintained transactional and statistical data (and pre-existing reports summarizing such data); if a party has no such data, discovery of records reflecting purchases of packaged seafood;

    (d) discovery of corporate organizational structure, including organizational charts, parents, subsidiaries, affiliates, corporate divisions, management structure, and control;

    (e) discovery of the existence and detail regarding the storage, location, retention, destruction, and identification of documents and ESI; and

    (f) discovery of antitrust policies and manuals.

**Depositions**

6. No depositions may be taken during the Limited Stay Period, except for depositions of non-parties (as defined in paragraph 5(b) above).

**Other Provisions**

7. Nothing in this Stipulation shall be construed as an admission that discovery of any Permissible Subject exists or is appropriate or discoverable under the Federal Rules of Civil Procedure.

8. The parties reserve all objections under the Federal Rules of Civil Procedure.

9. Unless otherwise covered by the terms of the Stipulation, all discovery shall proceed in accordance with the Federal Rules of Civil Procedure, this Court's Local Rules, and all other applicable law.

10. All written discovery requests shall be served on the United States at the same time as the receiving party.

11. During the Limited Stay Period, all parties retain the right to move the Court to modify, lift, or extend the stay, and to oppose any such motion.

IT IS SO STIPULATED.

s/ Tai Milder
TAI S. MILDER
LESLIE A. WULFF
Trial Attorneys
U.S. Department of Justice
Antitrust Division


s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail: wblechman@knpa.com

*Liaison Counsel for Direct Action Plaintiffs*

s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
Joel Davidow
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street, NW
Washington, DC 20002
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com
danielc@cuneolaw.com

Michael J. Flannery
(Cal. Bar No. 196266)
CUNEO GILBERT & LADUCA, LLP
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO 63105
Telephone: 314.226.1015
Facsimile: 202.789.1819
mflannery@cuneolaw.com

4.

Case 3:15-md-02670-JLS-MDD   Document 130   Filed 04/21/16   PageID.3009   Page 5 of 6

| | |
|---|---|
| Benjamin David Elga<br>Taylor Asen<br>CUNEO GILBERT & LADUCA, LLP<br>16 Court Street, Suite 1012<br>Brooklyn, NY 11241<br>Telephone: 202.789.3960<br>Facsimile: 202.589.1813<br>belga@cuneolaw.com<br>tasen@cuneolaw.com<br><br>*Interim Lead Counsel For Commercial Food Preparer Plaintiffs* | s/ Betsy C. Manifold*<br>BETSY C. MANIFOLD<br>RACHELE R. RICKERT<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>Symphony Towers<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br><br>*Interim Class Counsel For the End User Indirect Purchaser Plaintiffs* |
| s/ Michael P. Lehmann*<br>Michael P. Lehmann<br>(Cal. Bar No. 77152)<br>Bonny E. Sweeney<br>(Cal. Bar No. 176174)<br>Christopher L. Lebsock<br>(Cal. Bar No. 184546)<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 358-4980<br>Email: mlehmann@hausfeld.com<br>Email: bsweeney@hausfeld.com<br>Email: clebsock@hausfeld.com<br><br>*Interim Lead Counsel For the Proposed Direct Purchaser Class* | s/ Edward D. Hassi*<br>Edward D. Hassi<br>*Admitted pro hac vice*<br>Julia A. Schiller<br>*Admitted pro hac vice*<br>Courtney C. Byrd<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: 202-383-5300<br>Facsimile: 202-383-5414<br>Email: ehassi@omm.com<br>Email: jschiller@omm.com<br>Email: cbyrd@omm.com<br><br>*Counsel for Defendant Bumble Bee Foods, LLC* |

5.

STIPULATION RE: LIMITED STAY OF DISCOVERY
3:15-md-02670-JLS-MDD

| | |
|---|---|
| 1  s/ Sylah R. Alfonso* | s/ John Roberti* |
| 2  Shylah R. Alfonso | Robert J. Parks |
|    (pro hac vice) | (Cal. Bar No. 103014) |
| 3  PERKINS COIE LLP | Keith R. Solar |
| 4  1201 Third Avenue Suite 4900 | (Cal. Bar No. 120741) |
|    Seattle, WA 98101-3099 | BUCHANAN INGERSOLL & |
| 5  Telephone: 206.359.3980 | ROONEY LLP |
| 6  Facsimile: 206.359.4980 | 600 West Broadway, Suite 1100 |
|    SAlfonso@perkinscoie.com | San Diego, CA 92101-3387 |
| 7  | Telephone: 619-239-3898 |
| 8  *Attorneys for Defendant Tri Marine* | Facsimile: 619-702-3898 |
|    *International* | Email: robert.parks@bipc.com |
| 9  | Email: keith.solar@bipc.com |

1   s/ Sylah R. Alfonso*                      s/ John Roberti*
    Shylah R. Alfonso                         Robert J. Parks
2   (pro hac vice)                            (Cal. Bar No. 103014)
3   PERKINS COIE LLP                          Keith R. Solar
    1201 Third Avenue Suite 4900              (Cal. Bar No. 120741)
4   Seattle, WA 98101-3099                    BUCHANAN INGERSOLL &
5   Telephone: 206.359.3980                   ROONEY LLP
    Facsimile: 206.359.4980                   600 West Broadway, Suite 1100
6   SAlfonso@perkinscoie.com                  San Diego, CA 92101-3387
7                                             Telephone: 619-239-3898
8   *Attorneys for Defendant Tri Marine*      Facsimile: 619-702-3898
    *International*                           Email: robert.parks@bipc.com
9                                             Email: keith.solar@bipc.com

10

11  s/ Niall E. Lynch*                        John Roberti
    Daniel M. Wall                            (admitted *pro hac vice*)
12  (Cal. Bar No. 102580)                     Erik Raven-Hansen
13  Belinda S Lee                             (admitted *pro hac vice*)
    (Cal. Bar No. 199635)                     John Terzaken
14  Niall E. Lynch                            (admitted *pro hac vice*)
15  (Cal Bar No. 157959)                      ALLEN & OVERY LLP
    Ashley M. Bauer                           1101 New York Avenue NW
16  (Cal. Bar No. 231626)                     Washington, DC 20005
17  LATHAM & WATKINS LLP                      Telephone: 202-683-3800
    505 Montgomery Street, Suite 2000         Facsimile: 202-683-3999
18  San Francisco, CA 94111-6538              Email: john.roberti@allenovery.com
19  Telephone: 415-391-0600                   Email: erik.raven-
20  Facsimile: 415-395-8095                   hansen@allenovery.com
    Daniel.Wall@lw.com                        Email:
21  Belinda.Lee@lw.com                        john.terzaken@allenovery.com
22  Niall.Lynch@lw.com
23  Ashley.Bauer@lw.com                       *Counsel for Defendants*
                                              *Tri-Union Seafoods LLC and King*
24  *Attorneys for Defendant StarKist Co.*    *Oscar, Inc.*
25

26
                         *Signed with permission
27

28

6.

STIPULATION RE: LIMITED STAY OF DISCOVERY
3:15-md-02670-JLS-MDD