UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) <br><br> **ORDER APPROVING JOINT STIPULATION RE: LIMITED STAY OF DISCOVERY** |
|---|---|

Pursuant to the parties' Joint Stipulation Re: Limited Stay of Discovery, (ECF No. 130), the Court hereby **ORDERS** that discovery in this matter shall proceed as set forth therein.

**IT IS SO ORDERED.**

Dated: May 4, 2016

Hon. Janis L. Sammartino
United States District Judge