UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER (1) CLARIFYING CONSOLIDATED STATUS OF CLASS ACTIONS; (2) EXTENDING TIME FOR FILING AMENDED COMPLAINTS; (3) SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS; (4) SETTING SCHEDULE FOR SUBMISSION OF PROPOSED PROTECTIVE ORDER AND ESI PROTOCOL; AND (5) SETTING HEARING ON MOTIONS TO DISMISS**<br><br>(ECF No. 142) |

Presently before the Court is the parties' Joint Motion regarding several case management matters. (ECF No. 142.) In their Joint Motion, the parties: (1) note that the Court verbally entered an order at the May 4, 2016 Status Conference stating that the related class cases in each of the three class action plaintiff groups or "tracks" in this MDL matter are consolidated within each track; (2) request a two-week extension of time for the plaintiff classes and Direct Action Plaintiffs to file amended complaints; (3) propose a

1

briefing schedule for the anticipated motions to dismiss; (4) submit a schedule for submission of a proposed protective order and ESI protocol, and (5) recommend a hearing date for the anticipated motions to dismiss. (*Id.*)  Good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. The related cases in each of the three class action plaintiff groups or class "tracks" that are part of this MDL matter, namely, Direct Purchaser Plaintiffs (DPPs), Indirect Purchaser Commercial Food Prepare Plaintiffs (CFPs), and Indirect Purchaser End Payer Plaintiffs (EPPs), are consolidated by cases within each class track.

2. Plaintiffs in each of the three class plaintiff tracks, including the DPPs, CFPs, and EPPs, shall serve and file their respective consolidated amended complaints by May 23, 2016.

3. If a Direct Action Plaintiff amends its complaint, then it shall serve and file its amended complaint by May 23, 2016.

4. By August 5, 2016, Defendants shall serve and file responses to each of the Class Plaintiffs' consolidated amended complaints and Direct Action Plaintiffs' complaints or, if amended, then amended complaints.

5. By September 16, 2016, Plaintiffs' responses to Defendants' motions to dismiss shall be served and filed.

6. By October 11, 2016, Defendants' replies to the oppositions to their motions to dismiss, if any, shall be served and filed.

7. Any motions to dismiss shall be heard on November 16, 2016 at 9:30 a.m.[1]

8. The parties shall meet and confer in an attempt to agree upon a Protective Order and an ESI Protocol and shall submit, either jointly or separately if agreement is not reached, their proposed Protective Order(s) and ESI Protocol(s) on or before May 31, 2016.

///

///

---

[1] The parties requested a hearing date of November 2, 2016.  Due to a scheduling conflict, the Court cannot accommodate that date.

9. A further Status Conference shall be set for <u>July 19, 2016 at 9:30 a.m.</u> Parties may submit proposed agenda items for this status conference on or before <u>July 12, 2016</u>.

**IT IS SO ORDERED.**

Dated: May 12, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge