UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD <br><br> MDL No. 2670 <br><br> **JOINT MOTION FOR CASE MANAGEMENT ORDER** <br><br> Date: July 19, 2016 <br> Time: 9:30 a.m. <br> Courtroom: 4A <br> Judge: Hon. Janis Sammartino |

WHEREAS the Judicial Panel on Multidistrict Litigation ("JPML") has transferred to this Court for coordinated pretrial proceedings certain antitrust actions relating to an alleged conspiracy to fix the prices of packaged seafood products, *In re Packaged Seafood Products Antitrust Litigation*, MDL No. 2670;

WHEREAS the parties have met and conferred extensively on a pretrial schedule;

WHEREAS the parties propose the following schedule with the understanding that any party may seek leave of the Court for a modification of the schedule described herein upon a showing of good cause; and

WHEREAS the parties understand that the following schedule assumes the Limited Stay of Discovery is in effect until December 31, 2016 (ECF No. 130), but if the Limited Stay of Discovery is extended, in whole or in part, the schedule described herein shall need to be modified accordingly;

NOW THEREFORE, THE PARTIES BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Per the parties' stipulation and the Court's order (ECF Nos. 130, 132), a Limited Stay of Discovery is in effect until **December 31, 2016**.

2. By **January 30, 2017**, (1) Defendants shall complete production to all Plaintiffs of all documents produced to the United States Department of Justice in connection with the Packaged Seafood Antitrust investigation; and (2) all parties shall serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. By **July 1, 2017**, Plaintiffs shall identify any additional named plaintiff class representatives or defendants. Additional parties, including additional plaintiffs, may be added after this deadline with leave of the Court upon a showing of good cause, in which event Defendants reserve the right to seek discovery of any such plaintiffs, notwithstanding discovery time periods set forth in this agreement.

4. By **August 15, 2017**, the parties shall substantially complete production of documents and information in response to reasonable requests for production served on or before December 31, 2016.

5. By **September 15, 2017**, Plaintiffs shall file and serve any motions for class certification.

6. By **September 22, 2017**, Plaintiffs shall produce and serve all backup data in support of any motions for class certification.

7. By **January 26, 2018**, Defendants shall file and serve any oppositions to motions for class certification.

8. By **March 9, 2018**, Plaintiffs shall file and serve replies to any oppositions to motions for class certification.

9. Plaintiffs' motions for class certification shall be heard on or about **April 13, 2018**, subject to the availability of the Court.

10. By **May 18, 2018**, the parties shall complete fact discovery.

11. By **August 24, 2018**, Plaintiffs shall serve any initial expert reports.

12. Defendants may depose Plaintiffs' expert witness(es) between **September 4, 2018** and **September 21, 2018**.

13. By **November 2, 2018**, Defendants shall serve any opposition expert reports.

14. Plaintiffs may depose Defendants' expert witness(es) between **November 5, 2018** and **November 21, 2018**.

15. By **January 11, 2019**, Plaintiffs shall serve any rebuttal expert reports.

16. Defendants may depose Plaintiffs' expert witness(es) on any rebuttal report between **January 14, 2019** and **January 31, 2019**.

17. By **March 8, 2019**, the parties shall file and serve any dispositive motions.

18. By **April 26, 2019**, the parties shall file and serve any opposition(s) to dispositive motion(s).

19. By **May 31, 2019**, any party having filed and served a dispositive motion shall file and serve any reply to opposition(s).

20. The parties' dispositive motions shall be heard on **July 12, 2019**, subject to the availability of the court.

**IT IS SO STIPULATED.**

///

///

///

DATED: May 25, 2016

| | |
|---|---|
| LATHAM & WATKINS LLP | KENNY NACHWALTER, P.A. |
| By: /s/ Belinda S Lee<br>   Daniel M. Wall<br>   (Cal. Bar No. 102580)<br>   Belinda S Lee<br>   (Cal. Bar No. 199635)<br>   Niall E. Lynch<br>   (Cal Bar No. 157959)<br>   Ashley M. Bauer<br>   (Cal. Bar No. 231626)<br>   505 Montgomery Street, Suite 2000<br>   San Francisco, CA  94111-6538<br>   Tel:  (415) 391-0600<br>   Fax:  (415) 395-8095<br>   E-mail: Daniel.Wall@lw.com<br>             Belinda.Lee@lw.com<br>             Niall.Lynch@lw.com<br>             Ashley.Bauer@lw.com<br><br>***Counsel for Defendant StarKist Co.*** | By: /s/ William J. Blechman<br>   Richard Alan Arnold, Esquire<br>   William J. Blechman, Esquire<br>   Kevin J. Murray, Esquire<br>   Douglas H. Patton, Esquire<br>   Samuel J. Randall, Esquire<br>   Jalaine Garcia, Esquire<br>   1441 Brickell Avenue<br>   Suite 1100<br>   Miami, Florida  33131<br>   Tel:      (305) 373-1000<br>   Fax:      (305) 372-1861<br>   E-mail:  rarnold@knpa.com<br>               wblechman@knpa.com<br>               kmurray@knpa.com<br>               dpatton@knpa.com<br>               srandall@knpa.com<br>               jgarcia@knpa.com<br><br>***Liaison Counsel for Direct Action Plaintiffs*** |
| O'MELVENY & MYERS LLP | HAUSFELD LLP |
| By: /s/ Edward D. Hassi<br>   Edward D. Hassi, Esquire<br>   Julia A. Schiller, Esquire<br>   Courtney C. Byrd, Esquire<br>   1625 Eye Street, NW<br>   Washington, D.C.  20006<br>   Tel:  (202) 383-5300<br>   Fax:  (202) 383-5414<br>   Email: ehassi@omm.com<br>             jschiller@omm.com<br>             cbyrd@omm.com<br><br>***Counsel for Defendant Bumble Bee Foods, LLC*** | By: /s/ Bonny E. Sweeney<br>   Bonny E. Sweeney, Esquire<br>   (Cal. Bar No. 176174)<br>   Michael P. Lehmann, Esquire<br>   (Cal. Bar No. 77152)<br>   Christopher L. Lebsock, Esquire<br>   (Cal. Bar No. 184546)<br>   600 Montgomery Street<br>   Suite 3200<br>   San Francisco, CA  94111<br>   Tel:  (415) 633-1908<br>   Fax:  (415) 358-4980<br>   E-mail: bsweeney@hausfeld.com<br>             mlehmann@hausfeld.com<br>             clebsock@hausfeld.com<br><br>***Interim Lead Counsel for Direct Purchaser Plaintiffs*** |

BUCHANAN INGERSOLL & ROONEY LLP

By: /s/ Robert J. Parks
   Robert J. Parks, Esquire
   (Cal. Bar No. 103014)
   Keith R. Solar, Esquire
   (Cal. Bar No. 120741)
   600 West Broadway, Suite 1100
   San Diego, CA 92101-3387
   Tel: (619) 239-3898
   Fax: (619) 702-3898
   Email: robert.parks@bipc.com
       keith.solar@bipc.com

   John Roberti, Esquire
   (admitted pro hac vice)
   Erik Raven-Hansen, Esquire
   (admitted pro hac vice)
   John Terzaken, Esquire
   (admitted pro hac vice)
   ALLEN & OVERY LLP
   1101 New York Avenue N.W.
   Washington, D.C. 20005
   Tel: (202) 683-3800
   Fax: (202) 683-3999
   Email: john.roberti@allenovery.com
       erik.raven-hansen@allenovery.com
       john.terzaken@allenovery.com

***Counsel for Defendants Tri-Union Seafoods LLC and King Oscar, Inc.***

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: /s/ Betsy C. Manifold
   Betsy C. Manifold
   Rachele R. Rockert
   Symphony Towers
   750 B Street, Suite 2770
   San Diego, CA 92101
   Tel: (619) 239-4599

***Interim Lead Counsel for Indirect Purchaser End Payer Plaintiffs***

By: /s/ Jonathan W. Cuneo
   Jonathan W. Cuneo, Esquire
   Joel Davidow, Esquire
   Daniel M. Cohen, Esquire
   507 C Street, N.W.
   Washington, D.C. 20002
   Tel: (202) 789-3960
   Fax: (202) 589-1813
   E-mail:
       joel@cuneolaw.com
       danielc@cuneolaw.com

Michael J. Flannery, Esquire
(Cal. Bar No. 196266)
7733 Forsyth Boulevard
Suite 1675
St. Louis, MO 63105
Tel: (314) 226-1015
Fax: (202) 789-1819
E-mail:
   mflannery@cuneolaw.com

Benjamin David Elga, Esquire
Taylor Asen, Esquire
16 Court Street, Suite 1012
Brooklyn, NY 11241
Tel: (202) 789-3960
Fax: (202) 589-1813
E-mail:  belga@cuneolaw.com
       tasen@cuneolaw.com

***Interim Lead Counsel for Indirect Purchaser Commercial Food Preparer Plaintiffs***

## ECF CERTIFICATION

I, Belinda S Lee, hereby certify that the content of this joint motion is acceptable to all parties who are required to sign this joint motion. Plaintiffs' counsel has authorized Defendant StarKist Co. to affix its CM/ECF electronic signature to this joint motion.

## CERTIFICATE OF SERVICE

I certify that on May 25, 2016, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

DATED: May 25, 2016                           LATHAM & WATKINS LLP

By: */s/ Belinda S Lee*
BELINDA S LEE
*Counsel for Defendant StarKist Co.*