# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**REVISED JOINT MOTION FOR CASE MANAGEMENT ORDER**<br><br>Date:     July 19, 2016<br>Time:     9:30 a.m.<br>Courtroom:  4A<br>Judge:    Hon. Janis Sammartino |

WHEREAS the Judicial Panel on Multidistrict Litigation ("JPML") has transferred to this Court for coordinated pretrial proceedings certain antitrust actions relating to an alleged conspiracy to fix the prices of packaged seafood products, *In re Packaged Seafood Products Antitrust Litigation*, MDL No. 2670;

WHEREAS the parties have met and conferred extensively on a pretrial schedule;

WHEREAS the Parties filed a Joint Motion for Case Management Order on May 25, 2016 (ECF No. 156) ("the Joint Motion") but, after the filing, Plaintiffs requested a change to certain wording in one of the "Whereas" clauses in the Joint Motion, thus prompting the Parties to confer further;

WHEREAS after conferring, the Parties agreed to withdraw the original Joint Motion, Docket Number 156, and now submit this proposed Revised Joint Motion;

WHEREAS the parties propose the following schedule with the understanding that any party may seek leave of the Court for a modification of the schedule described herein upon a showing of good cause; and

WHEREAS the parties understand that the following schedule assumes the Limited Stay of Discovery is in effect until December 31, 2016 (ECF No. 130), but if the Limited Stay of Discovery is extended, in whole or in part, the schedule described herein may need to be modified accordingly;

NOW THEREFORE, THE PARTIES BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      Per the parties' stipulation and the Court's order (ECF Nos. 130, 132), a Limited Stay of Discovery is in effect until **December 31, 2016**.

2.      By **January 30, 2017**, (1) Defendants shall complete production to all Plaintiffs of all documents produced to the United States Department of Justice in connection with the Packaged Seafood Antitrust investigation; and (2) all parties shall serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3.      By **July 1, 2017**, Plaintiffs shall identify any additional named plaintiff class representatives or defendants. Additional parties, including additional plaintiffs, may be added after this deadline with leave of the Court upon a showing of good cause, in which event Defendants reserve the right to seek discovery of any such plaintiffs, notwithstanding discovery time periods set forth in this agreement.

4.      By **August 15, 2017**, the parties shall substantially complete production of documents and information in response to reasonable requests for production served on or before December 31, 2016.

5.      By **September 15, 2017**, Plaintiffs shall file and serve any motions for class certification.

6.      By **September 22, 2017**, Plaintiffs shall produce and serve all backup data in support of any motions for class certification.

7.      By **January 26, 2018**, Defendants shall file and serve any oppositions to motions for class certification.

8.      By **March 9, 2018**, Plaintiffs shall file and serve replies to any oppositions to motions for class certification.

9.      Plaintiffs' motions for class certification shall be heard on or about **April 13, 2018**, subject to the availability of the Court.

10.     By **May 18, 2018**, the parties shall complete fact discovery.

11.     By **August 24, 2018**, Plaintiffs shall serve any initial expert reports.

12.     Defendants may depose Plaintiffs' expert witness(es) between **September 4, 2018** and **September 21, 2018**.

13.     By **November 2, 2018**, Defendants shall serve any opposition expert reports.

14.     Plaintiffs may depose Defendants' expert witness(es) between **November 5, 2018** and **November 21, 2018**.

15.     By **January 11, 2019**, Plaintiffs shall serve any rebuttal expert reports.

16.     Defendants may depose Plaintiffs' expert witness(es) on any rebuttal report between **January 14, 2019** and **January 31, 2019**.

17.     By **March 8, 2019**, the parties shall file and serve any dispositive motions.

18.     By **April 26, 2019**, the parties shall file and serve any opposition(s) to dispositive motion(s).

19.     By **May 31, 2019**, any party having filed and served a dispositive motion shall file and serve any reply to opposition(s).

1       20.    The parties' dispositive motions shall be heard on **July 12, 2019**,

2   subject to the availability of the court.

3           **IT IS SO STIPULATED.**

4   DATED: May 31, 2016

5   LATHAM & WATKINS LLP                          KENNY NACHWALTER, P.A.

6

7   By:  /s/ Belinda S Lee                        By:  /s/ William J. Blechman
          Daniel M. Wall, Esquire                      William J. Blechman, Esquire
8         (Cal. Bar No. 102580)                        Douglas Patton, Esquire
          Belinda S Lee, Esquire                       Samuel Randall, Esquire
9         (Cal. Bar No. 199635)                        1441 Brickell Avenue
          Niall E. Lynch, Esqure                       Suite 1100
10        (Cal Bar No. 157959)                         Miami, Florida 33131
          Ashley M. Bauer, Esquire                     Tel:  (305) 373-1000
11        (Cal. Bar No. 231626)                        Fax:  (305) 372-1861
          505 Montgomery Street, Suite 2000            E-mail: wblechman@knpa.com
12        San Francisco, CA  94111-6538                        dpatton@knpa.com
          Tel:  (415) 391-0600                                 srandall@knpa.com
13        Fax:  (415) 395-8095
          E-mail: Daniel.Wall@lw.com               ***Liaison Counsel for Direct Action***
14                Belinda.Lee@lw.com               ***Plaintiffs***
                  Niall.Lynch@lw.com
15                Ashley.Bauer@lw.com

16  ***Counsel for Defendant StarKist Co.***

17  O'MELVENY & MYERS LLP                          HAUSFELD LLP

18

19  By:  /s/ Edward D. Hassi                       By:  /s/ Bonny E. Sweeney
          Edward D. Hassi, Esquire                      Bonny E. Sweeney, Esquire
20        Julia A. Schiller, Esquire                    (Cal. Bar No. 176174)
          Courtney C. Byrd, Esquire                     Michael P. Lehmann, Esquire
21        1625 Eye Street, NW                           (Cal. Bar No. 77152)
          Washington, D.C.  20006                       Christopher L. Lebsock, Esquire
22        Tel:  (202) 383-5300                          (Cal. Bar No. 184546)
          Fax:  (202) 383-5414                          600 Montgomery Street
23        Email: ehassi@omm.com                         Suite 3200
                 jschiller@omm.com                      San Francisco, CA  94111
24               cbyrd@omm.com                          Tel:  (415) 633-1908
                                                        Fax:  (415) 358-4980
25  ***Counsel for Defendant Bumble Bee***             E-mail: bsweeney@hausfeld.com
    ***Foods, LLC***                                           mlehmann@hausfeld.com
26                                                             clebsock@hausfeld.com

27                                                 ***Interim Lead Counsel for Direct***
                                                   ***Purchaser Plaintiffs***
28

1

2

3    ALLEN & OVERY LLP

4    By: /s/ John Roberti                    By: /s/ Jonathan W. Cuneo
         John Roberti, Esquire                   Jonathan W. Cuneo, Esquire
5        (admitted pro hac vice)                 Joel Davidow, Esquire
         Erik Raven-Hansen, Esquire              Daniel M. Cohen, Esquire
6        (admitted pro hac vice)                 507 C Street, N.W.
         John Terzaken, Esquire                  Washington, D.C.  20002
7        (admitted pro hac vice)                 Tel:  (202) 789-3960
         ALLEN & OVERY LLP                       Fax:  (202) 589-1813
8        1101 New York Avenue N.W.               E-mail:
         Washington, D.C.  20005                      joel@cuneolaw.com
9        Tel:  (202) 683-3800                        danielc@cuneolaw.com
         Fax:  (202) 683-3999
10       Email:                                  Michael J. Flannery, Esquire
         john.roberti@allenovery.com             (Cal. Bar No. 196266)
11           erik.raven-                          7733 Forsyth Boulevard
         hansen@allenovery.com                   Suite 1675
12           john.terzaken@allenovery.com        St. Louis, MO  63105
                                                 Tel:       (314) 226-1015
13       Robert J. Parks, Esquire                Fax:       (202) 789-1819
         (Cal. Bar No. 103014)                   E-mail:  mflannery@cuneolaw.com
14       Keith R. Solar, Esquire
         (Cal. Bar No. 120741)
15       BUCHANAN INGERSOLL & ROONEY             Benjamin David Elga, Esquire
         LLP                                     Taylor Asen, Esquire
16       600 West Broadway, Suite 1100           16 Court Street, Suite 1012
         San Diego, CA 92101-3387                Brooklyn, NY 11241
17       Tel:  (619) 239-3898                    Tel:  (202) 789-3960
         Fax: (619) 702-3898                     Fax: (202) 589-1813
18       Email:  robert.parks@bipc.com           E-mail:     belga@cuneolaw.com
             keith.solar@bipc.com                            tasen@cuneolaw.com
19
     ***Counsel for Defendants Tri-Union***     ***Interim Lead Counsel for Indirect***
20   ***Seafoods LLC and King Oscar, Inc.***    ***Purchaser Commercial Food Preparer***
                                                 ***Plaintiffs***
21
     WOLF HALDENSTEIN ADLER FREEMAN
22   & HERZ LLP

23
     By: /s/ Betsy C. Manifold
24       Betsy C. Manifold
         Rachele R. Rockert
25       Symphony Towers
         750 B Street, Suite 2770
26       San Diego, CA  92101
         Tel:  (619) 239-4599
27
     ***Interim Lead Counsel for Indirect***
28   ***Purchaser End Payer Plaintiffs***

1

## **ECF CERTIFICATION**

2      I, William J. Blechman, hereby certify that the content of this revised joint

3  motion is acceptable to all parties who are required to sign this joint motion.

4  Counsel for the undersigned parties have authorized William J. Blechman, Liaison

5  Counsel for the Direct Action Plaintiffs, to affix its CM/ECF electronic signature

6  to this joint motion.

7

8

## **CERTIFICATE OF SERVICE**

9      I certify that on May 31, 2016, I filed the foregoing document with the Clerk

10  of the Court for the United States District Court, Southern District of California, by

11  using the Court's CM/ECF system, and also served counsel of record via this

12  Court's CM/ECF system.

13

14  DATED: May 31, 2016

15

16                                      By: */s/William J. Blechman*
                                              William J. Blechman
17

18                                      ***Liaison Counsel for Direct Action***
                                            ***Plaintiffs***
19

20      *543801.v.2*

21

22

23

24

25

26

27

28