# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**ORDER GRANTING REVISED JOINT MOTION FOR CASE MANAGEMENT ORDER** |

Pursuant to the parties' Joint Revised Motion for Case Management Order, Docket Number 161, the Court hereby **ORDERS** that the case shall proceed on the schedule set forth therein.

**IT IS SO ORDERED.**

Dated: June 3, 2016

Hon. Janis L. Sammartino
United States District Judge