UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER (1) GRANTING JOINT MOTION FOR CASE MANAGEMENT ORDER AND (2) SETTING CASE MANAGEMENT SCHEDULE**<br><br>(ECF No. 156) |

Presently before the Court is the parties' Joint Motion for Case Management Order. (ECF No. 156.)  Good cause appearing, the Court hereby **GRANTS** the parties Joint Motion.  As set forth in the parties' stipulated Motion, the Court **ORDERS** as follows:

1. Per the parties' stipulation and the Court's order (ECF Nos. 130, 132), a Limited Stay of Discovery is in effect until **December 31, 2016**.

2. By **January 30, 2017**, (1) Defendants shall complete production to all Plaintiffs of all documents produced to the United States Department of Justice in connection with the Packaged Seafood Antitrust investigation; and (2) all parties shall serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. By **July 1, 2017**, Plaintiffs shall identify any additional named plaintiff class representatives or defendants.  Additional parties, including additional plaintiffs, may be added after this deadline with leave of the Court upon a showing of good cause, in which

event Defendants reserve the right to seek discovery of any such plaintiffs, notwithstanding discovery time periods set forth in this agreement.

4. By **August 15, 2017**, the parties shall substantially complete production of documents and information in response to reasonable requests for production served on or before December 31, 2016.

5. By **September 15, 2017**, Plaintiffs shall file and serve any motions for class certification.

6. By **September 22, 2017**, Plaintiffs shall produce and serve all backup data in support of any motions for class certification.

7. By **January 26, 2018**, Defendants shall file and serve any oppositions to motions for class certification.

8. By **March 9, 2018**, Plaintiffs shall file and serve replies to any oppositions to motions for class certification.

9. Plaintiffs' motions for class certification shall be heard on or about **April 13, 2018**, subject to the availability of the Court.

10. By **May 18, 2018**, the parties shall complete fact discovery.

11. By **August 24, 2018**, Plaintiffs shall serve any initial expert reports.

12. Defendants may depose Plaintiffs' expert witness(es) between **September 4, 2018** and **September 21, 2018**.

13. By **November 2, 2018**, Defendants shall serve any opposition expert reports.

14. Plaintiffs may depose Defendants' expert witness(es) between **November 5, 2018** and **November 21, 2018**.

15. By **January 11, 2019**, Plaintiffs shall serve any rebuttal expert reports.

16. Defendants may depose Plaintiffs' expert witness(es) on any rebuttal report between **January 14, 2019** and **January 31, 2019**.

17. By **March 8, 2019**, the parties shall file and serve any dispositive motions.

18. By **April 26, 2019**, the parties shall file and serve any opposition(s) to dispositive motion(s).

19. By **May 31, 2019**, any party having filed and served a dispositive motion shall file and serve any reply to opposition(s).

20. The parties' dispositive motions shall be heard on **July 12, 2019**, subject to the availability of the court.

**IT IS SO ORDERED.**

Dated:  July 19, 2016

                                                   *Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge