LATHAM & WATKINS LLP
  Daniel M. Wall (CA 102580)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*Dan.Wall@lw.com*
*Belinda.Lee@lw.com*
*Niall.Lynch@lw.com*
*Ashley.Bauer@lw.com*

*Counsel for Defendant StarKist Co. and Dongwon Enterprise Co., Ltd.*

(Additional Counsel on Signature Pages)

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>(1) Commercial Food Preparer Plaintiffs (ECF No. 153)<br>(2) Direct Purchaser Plaintiffs (ECF No. 147)<br>(3) Indirect Purchaser End Payer Plaintiffs (ECF No. 149)<br>(4) Affiliated Foods Plaintiffs (ECF No. 152)<br>(5) Wegmans Food Markets, No. 3:16-cv-00264 (ECF No. 171)<br>(6) Winn-Dixie Stores, Inc., et al., No. 3:16-cv-00017 (ECF No. 151) | Case No.: 15-MD-2670 JLS (MDD)<br><br>**JOINT NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**<br><br>Date:    November 16, 2016<br>Time:    9:30 a.m.<br>Place:   Courtroom 4A<br>Judge:   Hon. Janis L. Sammartino |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 16, 2016 at 9:30 AM, or as soon thereafter as the matter may be heard, Defendants StarKist Co., Dongwon Enterprise Co., Ltd., Bumble Bee Foods, LLC, Tri-Union Seafoods, LLC, Thai Union Group PCL, and Del Monte Foods Company (collectively, "Defendants") move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), for an Order dismissing the Direct Purchaser Plaintiffs' ("DPPs"), Commercial Food Preparers' ("CFPs"), Indirect Purchaser End Payer Plaintiffs' ("EPPs"), Affiliated Foods', Wegmans' and Winn-Dixie Plaintiffs' (collectively, "Plaintiffs") Amended Complaints as to each Defendant, without further leave to amend.

In support of this Motion, Defendants rely on, and file herewith, the: (1) Memorandum of Points and Authorities in Support of Joint Motion to Dismiss All Complaints ("*Twombly* Brief")[1]; (2) Memorandum of Points and Authorities in Support of Defendants' Joint Motion to Dismiss Plaintiffs' Complaints for Lack of Standing ("Standing Brief"); (3) the Memorandum of Points and Authorities in Support of Defendants' Joint Motion to Dismiss the Indirect Purchaser End Payer Plaintiffs' and Indirect Purchaser Commercial Food Preparers' Consolidated Class Action Complaints ("State Law Brief"); and (4) the Memorandum of Points and Authorities in Support of Defendants' Joint Motion to Dismiss Various Claims as Time Barred ("Statute of Limitations Brief").

---

[1] Defendants Tri-Union Seafoods, LLC and Thai Union Group PCL join in § III.D of the *Twombly* brief only.

1  As to each Complaint, the grounds for this Motion to Dismiss are set forth in
2  Exhibit A.
3  This Motion is based upon this Notice of Motion, Exhibit A (attached
4  hereto), the four accompanying Memoranda of Points and Authorities (filed
5  herewith), the complete files and records in these consolidated actions, and such
6  other argument and matters as the Court may consider.

DATED:   August 5, 2016

LATHAM & WATKINS LLP

By: s/ Belinda S Lee
Daniel M. Wall
Belinda S Lee
Niall E. Lynch
Ashley M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Tel:  (415) 391-0600
Fax:  (415) 395-8095
E-mail: Dan.Wall@lw.com
           Belinda.Lee@lw.com
           Niall.Lynch@lw.com
           Ashley.Bauer@lw.com

***Counsel for Defendants StarKist Co. and Dongwon Enterprise Co., Ltd.***
(as to all Plaintiffs for Defendant StarKist Co., and only as to Affiliated Foods for Defendant Dongwon Enterprise Co., Ltd.)

O'MELVENY & MYERS LLP

By: s/ Edward D. Hassi
Edward D. Hassi, Esquire
(*pro hac vice*)
Julia A. Schiller, Esquire
(*pro hac vice*)
Courtney C. Byrd, Esquire
(*pro hac vice*)
1625 Eye Street, NW
Washington, D.C.  20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414
Email:  ehassi@omm.com
          jschiller@omm.com
          cbyrd@omm.com

***Counsel for Defendant Bumble Bee Foods, LLC***

Case 3:15-md-02670-JLS-MDD   Document 207   Filed 08/05/16   Page 4 of 5

ALLEN & OVERY LLP

By: s/ John Roberti
John Roberti, Esquire
(*pro hac vice*)
Erik Raven-Hansen, Esquire
(*pro hac vice*)
John Terzaken, Esquire
(*pro hac vice*)
1101 New York Avenue N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
Email: john.roberti@allenovery.com
   erik.raven-hansen@allenovery.com
   john.terzaken@allenovery.com

Robert J. Parks, Esquire
Keith R. Solar, Esquire
600 West Broadway, Suite 1100
San Diego, CA 92101-3387
Tel: (619) 239-3898
Fax: (619) 702-3898
Email: robert.parks@bipc.com
   keith.solar@bipc.com

***Counsel for Defendants Tri-Union Seafoods LLC and Thai Union Group PCL***

PEPPER HAMILTON LLP

By: s/ Barbara Sicalides
Barbara Sicalides
Barak Bassman
18th and Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
Email: sicalidesb@pepperlaw.com
   bassmanb@pepperlaw.com

***Counsel for Defendant Del Monte Foods Company***
(only as to Affiliated Foods)

3

ATTORNEYS AT LAW
SAN FRANCISCO

JOINT NOTICE OF MOT. AND MOT. TO DISMISS PLS.' COMPLS.
15-MD-2670 JLS (MDD)

## ECF CERTIFICATION

I, Belinda S Lee, hereby certify that the content of this joint motion is acceptable to all parties who are required to sign this joint motion.  Each Defendant's counsel has authorized StarKist to affix his or her CM/ECF electronic signature to this joint motion.

## CERTIFICATE OF SERVICE

I certify that on August 5, 2016, I filed the foregoing notice of joint motion and joint motion with the Clerk of the Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

DATED: August 5, 2016

LATHAM & WATKINS LLP

By: s/ Belinda S Lee
BELINDA S LEE