Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
       mchoi@kaplanfox.com

*Attorneys for Fareway Stores, Inc. and Woodman's Food Market, Inc.*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No: 3:15-md-2670-JLS-MDD<br><br>Judge: Janis L. Sammartino |
| This Document Relates to:<br>THE DIRECT ACTION PLAINTIFF TRACK<br><br>FAREWAY STORES, INC. and WOODMAN'S FOOD MARKET, INC.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TRI-UNION SEAFOODS, LLC, d/b/a CHICKEN OF THE SEA INTERNATIONAL; THAI UNION NORTH AMERICA, INC.; THAI UNION GROUP PUBLIC COMPANY, LTD.; BUMBLE BEE FOODS, LLC, f/k/a BUMBLE BEE SEAFOODS, LLC; STARKIST CO., DEL MONTE FOODS COMPANY; and DONGWON INDUSTRIES CO., LTD.,<br><br>                    Defendants. | **JOINT MOTION BY PLAINTIFFS FAREWAY STORES, INC. AND WOODMAN'S FOOD MARKET INC., AND DEFENDANTS TRI-UNION SEAFOODS, LLC, THAI UNION NORTH AMERICA, INC., THAI UNION GROUP PCL, BUMBLE BEE FOODS, LLC, STARKIST CO., DEL MONTE FOODS COMPANY, and DONGWON INDUSTRIES CO., LTD., FOR APPROVAL OF STIPULATION REGARDING SERVICE OF PROCESS** |

1

Plaintiffs Fareway Stores, Inc. and Woodman's Food Market, Inc. (together, "Plaintiffs") and Defendants Tri-Union Seafoods, LLC, Thai Union North America, Inc., Thai Union Group PCL, Bumble Bee Foods, LLC, StarKist Co., Del Monte Foods Company, and Dongwon Industries Co., Ltd., (collectively, "Defendants"), have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Plaintiffs filed their Complaint on September 29, 2016 ("Fareway Complaint"), in the Northern District of California bearing Case No. 3:16-cv-5555 ("Fareway Case");

WHEREAS, an Amended Complaint for *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC et al.* ("Affiliated Complaint") was filed on May 23, 2016 (Dkt. No. 152), bearing Case No. 3:15-cv-03815 ("Affiliated Case");

WHEREAS, on November 9, 2016, the United States Judicial Panel on Multidistrict Litigation transferred the Fareway Case to this Court for inclusion in MDL No. 2670, *In re: Packaged Seafood Products Antitrust Litigation*;

WHEREAS, Defendants filed several Motions to Dismiss the Affiliated Case on August 5, 2016 (Dkt. Nos. 205, 206, 207), which are pending before the Court;

WHEREAS, Thai Union Group PCL and Dongwon Industries Co., Ltd. are foreign defendants that have not been served to date with the Fareway Complaint, which each of them require Plaintiffs to serve;

WHEREAS, Tri-Union Seafoods, LLC, Thai Union North America, Inc., Bumble Bee Foods, LLC, StarKist Co., and Del Monte Foods Company are domestic defendants that have been served with the Fareway Complaint; and

WHEREAS, to economize both judicial and party resources, the parties believe and agree that the resolution of the pending motions to dismiss with respect to the Affiliated Case should bind the Fareway Case, and that Defendants' deadlines to move to dismiss, answer, or otherwise respond to the Fareway Complaint should be

1  aligned with any future deadline the Court sets for Defendants to move to dismiss,
2  answer, or otherwise respond to the Affiliated Complaint in this MDL;

3        IT IS HEREBY STIPULATED, by and between the parties, through their
4  respective counsel of record, that:

5        1.    Plaintiffs will serve on Thai Union Group PCL and Dongwon Industries
6  Co., Ltd., via electronic mail, the Summons and the Fareway Complaint.

7        2.    Defendants Thai Union Group PCL and Dongwon Industries Co., Ltd.
8  agree to accept service of the Summons and the Fareway Complaint via electronic
9  mail.

10        3.    The parties agree that the Court's rulings concerning the pending motions
11  to dismiss (Dkt. Nos. 205, 206, 207) the Affiliated Case will bind Plaintiffs in the
12  Fareway Case, including any grant of leave to amend.

13        4.    The parties further agree that any resolution of the Affiliated Case with
14  respect to Thai Union Group PCL will likewise bind and resolve Plaintiffs' claims
15  with respect to Thai Union North America, Inc. in the Fareway Case, including any
16  grant of leave to amend.

17        5.    The parties further agree that Defendants' response to the Fareway
18  Complaint will be stayed pending the Court's ruling on the pending motions to
19  dismiss, and any future date the Court sets for Defendants to answer or otherwise
20  respond to the Affiliated Complaint will apply equally to the Fareway Complaint.
21  The parties also agree that all other relevant deadlines contained within the Parties'
22  Revised Joint Motion for Case Management Order (Dkt. No. 161) and the Court's
23  June 3, 2016 Scheduling Order (Dkt. No. 166) will apply to the Fareway Case. Should
24  the Court alter or amend the scheduling order, any such amendments will apply to the
25  Fareway Case.

26        6.    Defendants agree that they will not assert as a defense in this action any
27  objection to the fact or sufficiency of service. This stipulation is not a waiver by
28

1  Defendants of any defenses unrelated to service of process, including, without
2  limitation, any jurisdictional defenses under Federal Rule of Civil Procedure 12(b)(2).

3

4  DATED: November 29, 2016         Respectfully Submitted,

**ALLEN & OVERY LLP**
By: */s/ John Roberti*
John Roberti, Esquire (*pro hac vice*)
Erik Raven-Hansen, Esquire (*pro hac vice*)
John Terzaken, Esquire (*pro hac vice*)
1101 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
Email: john.roberti@allenovery.com
john.terzaken@allenovery.com
erik.raven-hansen@allenovery.com

**BUCHANNAN INGERSOLL & ROONEY LLP**
Robert J. Parks (Cal. Bar No. 103014)
Keith R. Solar (Cal. Bar No. 120741)
600 West Broadway, Suite 1100
San Diego, CA 92101-3387
Tel: (619) 239-3898
Fax: (619) 702-3898
Email: robert.parks@bipc.com
keith.solar@bipc.com

*Counsel for Defendants Tri-Union Seafoods, LLC, Thai Union North America, Inc., and Thai Union Group PCL*

By: */s/ Ashley M. Bauer*
Daniel M. Wall
Belinda S Lee
Niall E. Lynch
Ashley M. Bauer
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
E-mail: Dan.Wall@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

| | |
|---|---|
| 1 | **O'MELVENY & MYERS LLP** |
| 2 | By: */s/ Edward D. Hassi*<br>Edward D. Hassi (*pro hac vice*) |
| 3 | Julia A. Schiller (*pro hac vice*)<br>Courtney C. Byrd (*pro hac vice*) |
| 4 | 1625 Eye Street, NW<br>Washington, DC 20006 |
| 5 | Tel: (202) 383-5300<br>Fax: (202) 383-5414 |
| 6 | Email: ehassi@omm.com<br>jschiller@omm.com |
| 7 | cbyrd@omm.com |
| 8 | *Counsel for Bumble Bee Foods, LLC* |
| 9 | **PEPPER HAMILTON LLP** |
| 10 | By: */s/ Barbara Sicalides*<br>Barbara Sicalides |
| 11 | Barak Bassman<br>18th and Arch Streets |
| 12 | 3000 Two Logan Square<br>Philadelphia, PA 19103-2799 |
| 13 | Tel: (215) 981-4000<br>Fax: (215) 981-4750 |
| 14 | Email: sicalidesb@pepperlaw.com<br>bassmanb@pepperlaw.com |
| 15 | *Counsel for Del Monte Foods Co.* |
| 16 | |
| 17 | **KAPLAN FOX & KILSHEIMER LLP**<br>By: */s/ Laurence D. King* |
| 18 | Laurence D. King (SBN 206423)<br>Mario M. Choi (SBN 243409) |
| 19 | 350 Sansome Street, Suite 400<br>San Francisco, CA 94104 |
| 20 | Telephone: 415-772-4700<br>Facsimile: 415-772-4707 |
| 21 | Email: lking@kaplanfox.com<br>mchoi@kaplanfox.com |
| 22 | **KAPLAN FOX & KILSHEIMER LLP** |
| 23 | Robert N. Kaplan<br>Gregory K. Arenson |
| 24 | Richard J. Kilsheimer<br>Elana Katcher |
| 25 | Matthew P. McCahill<br>850 Third Avenue, 14th Floor |
| 26 | New York, NY 10022<br>Telephone: (212) 687-1980 |
| 27 | Facsimile: (212) 687-7714<br>Email: rkaplan@kaplanfox.com |
| 28 | garenson@kaplanfox.com |

rkilsheimer@kaplanfox.com
ekatcher@kaplanfox.com
mmccahill@kaplanfox.com

**SPROUSE SHRADER SMITH, PLLC**
Johnny K. Merritt
701 S. Taylor Street, Suite 500
Amarillo, TX 79101
Telephone: (806) 349-4713
Facsimile: (806) 373-3454
Email: johnny.merritt@sprouselaw.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
First City Building
505 Orleans St., Fifth Floor
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira C. Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
Email: marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
allen@marcus-shapira.com

**MAURIELLO LAW FIRM, APC**
Thomas D. Mauriello
1181 Puerta Del Sol, #120
San Clemente, CA 92673
Telephone: (949) 542-3555
Facsimile: (949) 606-9690
Email: tomm@maurlaw.com

*Counsel for Plaintiffs Fareway Stores, Inc. and Woodman's Food Market, Inc.*

6

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

## CERTIFICATE OF SERVICE

I certify that on November 29, 2016, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

By: */s/   Laurence D. King*
Laurence D. King