TAI S. MILDER (CSBN 267070)
LESLIE A. WULFF (CSBN 277979)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California  94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
tai.milder@usdoj.gov

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS (MDD)<br><br>**UNITED STATES' STATUS REPORT REGARDING INFORMATION FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

The United States intervened in the above-captioned case on January 13, 2016, and informed the Court that a federal grand jury empanelled in the Northern District of California is investigating the packaged-seafood industry for potential violations of the Sherman Act, 15 U.S.C. § 1.  ECF No. 34.  The United States hereby further informs the Court that the first criminal case in the packaged-seafood investigation has been filed in the Northern District of California.  *See United States v. Walter Scott Cameron*, No. 16-501 EMC (N.D. Cal. Information filed December 7, 2016).

The United States will continue to update the Court of any additional criminal charges that may be filed. At this time, the United States is not seeking to modify the parties' Joint Stipulation re: Second Limited Stay of Discovery as ordered by the Court on November 30, 2016. *See* ECF Nos. 256, 263.

Dated: December 7, 2016                    Respectfully submitted,

                                                s/ Tai Milder
                                                TAI S. MILDER
                                                LESLIE A. WULFF
                                                Trial Attorneys
                                                U.S. Department of Justice
                                                Antitrust Division

## CERTIFICATE OF SERVICE

I certify that on December 7, 2016, I filed the foregoing status report with the Clerk of the United States District Court for the Southern District of California by using the Court's CM/ECF system, which will send notifications of these filings to all counsel of record.

> By: s/ Tai Milder
> Tai S. Milder
> U.S. Department of Justice
> Antitrust Division