# Appendix A

*In re: Packaged Seafood Products Antitrust Litigation*
**Cast of Characters**[1]

| First Name | Last name | Position | Position with Other Defendant |
|---|---|---|---|
| **Don** | **Binotto** | **StarKist** - former President and CEO (2008-10); former President of StarKist Seafood under HJ Heinz and Del Monte (1990s - 2008) | **Del Monte** - former Senior Vice-President of Operations and Supply Chain (2004 - ?) |
| **Robert ("Bob")** | **Blatt** | **Chicken of the Sea ("CotS")** - former CFO/Controller (1999-2013; worked with CotS since 1976) | |
| **Bruce** | **Bollmer** | **StarKist** - former Regional Sales Manager for the Northwest Region | Previously served at CotS (1997-2011) and Bumble Bee (1980-97) |
| **Brett** | **Butler** | **Bumble Bee** - Vice-President of Loin Plant Operations | former Plant Manager of StarKist's plant in American Samoa |

---

[1] Plaintiffs compiled this list of individuals identified in the associated Complaint for the Court's convenience. In doing so, Plaintiffs have endeavored to also identify those individuals by their correct titles and company names, as well as the approximate dates they held those positions; however, Plaintiffs expect additional discovery will provide further clarity as to these individuals' titles, duties, and other aspects of their employment with the various companies and entities referenced.

1

| First Name | Last name | Position | Position with Other Defendant |
|---|---|---|---|
| **Maurice ("Morrie")** | **Callaghan** | **Bumble Bee** - Senior Vice-President | |
| **Walter Scott** | **Cameron** | **Bumble Bee** - Senior Vice-President of Sales | |
| **Shue Wing** | **Chan** | **Thai Union** - President and CEO of Thai Union U.S. Ambient Operations (2016 - now) | **Tri-Union** - former President and CEO of (2007-16); **Thai Union Group ("TUG")** - former CFO |
| **Shue Chung** | **Chan** | **Thai Union** - Executive Director and Head of Group Human Resources (2001 - now) | |
| **Thiraphong** | **Chansiri** | **TUG** - President and CEO; Chairman of Board of Directors (1996 - now) | |
| **Kraisorn** | **Chansiri** | **TUG** - Chairman (1973 - now) | |
| **In Soo** | **Cho** | **StarKist** - former CEO and President (2011-12) | |
| **Andrew** | **Choe** | **StarKist** - President and CEO (2014 - now); former Senior Vice-President of its supply chain and Director of Strategic Planning and Development (2012-14) | **Dongwon** - former Executive |
| **Joseph** | **Clancy** | **CotS** - Vice-President of Retail Sales (2002-10) | **StarKist** - former Vice-President of |

| First Name | Last name | Position | Position with Other Defendant |
|---|---|---|---|
| | | | Sales & Marketing (1985-2002) |
| **James ("Jim")** | **Cox** | **CotS** - Vice-President of Operations and Director of Engineering and Purchasing | |
| **John** | **DeBeer** | **CotS** - Vice-President of Operations and Quality Assurance (2006-09) | **Bumble Bee** - former Vice-President of Technical Services (2000-06) |
| **Christie** | **Fleming** | **CotS** - Senior Vice-President of Marketing and General Manager (2013-16) | **Del Monte** - former General Manager and Brand Manager (2001 - 2011) |
| **Donald** | **Gallagher** | **Bumble Bee** - Vice-President of Seafood Sales | **StarKist** - former Vice-President of Sales |
| **Don** | **George** | **Bumble Bee** - Vice-President of Marketing | **CotS** - former Senior Vice-President of Marketing and Innovation |
| **Daniel** | **Gerlach** | **Bumble Bee** - Vice-President of Sales (1998 - now) | |
| **Sheri** | **Glazebrook** | **Bumble Bee** - Vice-President/General Manager | |

| First Name | Last name | Position | Position with Other Defendant |
|---|---|---|---|
| **Larry** | **Guterman** | **CotS -** Director of Marketing | |
| **Chuck** | **Handford** | **StarKist** - former Vice-President of Trade Marketing (2008-11) | |
| **Mary Anne** | **Hansan** | **National Fisheries Institute ("NFI")** - former Vice-President of Communications | |
| **Douglas** | **Hines** | **Bumble Bee** - Executive Vice-President and COO (2008 - ?) | |
| **Dennis** | **Hixson** | **StarKist** - Retail Operations Manager (2014 - now) | **CotS** - former Vice-President of Sales for Specialty Markets (2005-13) |
| **Steve** | **Hodge** | **StarKist -** former Senior Vice-President of Sales (2010-13) | **Del Monte** – former Director of Field Sales for StarKist (2008-10) |
| **Nam-Jung** | **Kim** | **Dongwon** - Vice-President; StarKist Board of Directors (2014 - now) | **StarKist** - former COO (2012-14); **Dongwon F&B** and **Dongwon Enterprise Co. -** Vice-President of both |
| **Jae-chul** | **Kim** | **Dongwon -** Chairman and President of Dongwon Enterprise; Chairman of Dongwon Group | |

4

| First Name | Last name | Position | Position with Other Defendant |
|---|---|---|---|
| **Hyung-Joo** | **Kim** | **Dongwon** - Managing Director and Head-Management Support of Dongwon Industries Co. Ltd | **StarKist** – former CFO; **Dongwon F&B** - former CFO |
| **Chan Tin** | **King** | **TUG** - former Executive Director and Chief Financial Officer | **Tri-Union** - former Director |
| **Wai Yat Paco** | **Lee** | **Thai Union** - General Manager, Investor Relations, and Corporate Investment / Member of Risk Management Committee (2012 - now); former TUG Financial Controller (2003-12) | |
| **Chris** | **Lischewski** | **Bumble Bee** - President and Chief Executive Officer (1999 - now) | **StarKist** - former Vice President of StarKist Procurement and Business Development (1991-98) |
| **Kevin** | **McClain** | **Bumble Bee** - Vice-President of Resourcing (2009 - now) | **CotS** - former Vice-President of Procurement and Supply Chain (1979 - 2009) |
| **David** | **Melbourne** | **Bumble Bee** - Senior Vice-President of Consumer Marketing (2005 - now) | |

5

| First Name | Last name | Position | Position with Other Defendant |
|---|---|---|---|
| **Barry** | **Mills** | **StarKist** - former Vice-President of StarKist Co. and former General Manager of StarKist Samoa | |
| **Anthony** | **Montoya** | **CotS** - Senior Vice-President of Sales | |
| **Melissa** | **Murphy** | **StarKist** - Senior Vice-President of Corporate Affairs and Human Resources (2008-12) | **Del Monte** -Vice-President of Corporate Communications (2003-08) |
| **Dennis** | **Mussell** | **CotS** - Former President and CEO (1988 - 2005) | |
| **Cheng** | **Niruttinanon** | **TUG** - Executive Chairman (1999 - now) | |
| **Ingu** | **Park** | **Dongwon** - CEO of Dongwon Precision Machinery Company<br><br>**StarKist** - Chairman of Board of Directors (? - now); former acting President from (2010-11) | **Dongwon** - former Vice-Chairman of Dongwon Enterprises |
| **Darren** | **Parsons** | **CotS** - Vice-President Retail Sales and Business Development (2016 - now); Vice-President of Trade Marketing (2008 - now) and former Business Development Director (2006-08) | |

6

| First Name | Last name | Position | Position with Other Defendant |
|---|---|---|---|
| **Frank** | **Pogue** | **StarKist** - former Vice-President of Marketing and Innovation (2012-15); Director of New Business Development (2011-12) | |
| **Bruce** | **Reynolds** | **CotS** - Vice-President of Sales (? - now) | |
| **David** | **Roszmann** | **Tri-Union -** former Chief Operating Officer (2013-15) | |
| **John** | **Sawyer** | **CotS** - former Senior Vice-President of Sales and Marketing (2006-13) | |
| **Keith** | **Schoepflin** | **Del Monte** - Regional Sales Manager (1997 - 2016) | |
| **John** | **Signorino** | **CotS** - former President and CEO (2005-07) | |
| **Donald** | **Stanton** | **Bumble Bee** - former Supply Chain Vice-President (2005-09) | **StarKist** - General Manager of Inventory Control (1985-2001) |
| **Pornchai** | **Tatiyachaitaweesuk** | **TUG -** Deputy General Manager of Marketing | **Thai Union** - former Sales and Marketing Director for Thai Union Manufacturing |

| First Name | Last name | Position | Position with Other Defendant |
|---|---|---|---|
| **Jan** | **Tharp** | **Bumble Bee** - COO and Executive Vice-President (2012 - now); former Senior Vice-President of Operations (2010-12) | **StarKist** - former Supply Chain Vice-President (2008-10) |
| **Hubert** | **Tucker** | **StarKist** - Director of Sales Eastern Zone (2012 - now) | **CotS** - former Southern Regional Sales Manager (1997-2012) |
| **Joe** | **Tuza** | **StarKist** - former Senior Vice-President (2008-11) | **Del Monte** - former Vice-President and Director of Marketing (2006-08) |
| **Champ** | **Wangnitayasuk** | **CotS** - Brand Manager (2003-10) | |
| **Michael** | **White** | **CotS -** former Director of Marketing | |
| **Rick** | **Wolford** | **Del Monte** - former Chairman, President, and CEO (1997 - 2011) | |
| **Pichitchai** | **Wongpiya** | **Thai Union** - General Manager of Thai Union Frozen Products; former Deputy General Manager | |
| **Kenneth** | **Worsham** | **Bumble Bee** - former Senior Vice-President of Trade Marketing | |
| **Robert ("Bob")** | **Worsham** | **StarKist** - former Pricing Consultant | |