Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

*Attorneys for the Affiliated Foods Plaintiffs*

[*Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS  ANTITRUST  LITIGATION | Case No: 3:15-md-2670-JLS-MDD  Judge: Janis L. Sammartino  **PLAINTIFF BIG Y FOODS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| This Document Relates To:  Direct Action Plaintiffs' Cases  *Affiliated Foods, Inc. et al. v. Tri-Union Seafoods LLC et al.* | |

1

1 | Pursuant to Fed. R. Civ. P. 7.1, plaintiff Big Y Foods, Inc., a Massachusetts
2 | corporation, hereby discloses that it has no parent company, and no publicly-held
3 | company owns 10% or more of Big Y Foods, Inc.'s stock.

Dated:  May 12, 2017                Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
          Laurence D. King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan
Gregory K. Arenson
Richard J. Kilsheimer
Elana Katcher
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: rkilsheimer@kaplanfox.com
Email: ekatcher@kaplanfox.com
Email: mmccahill@kaplanfox.com

**HAJJAR PETERS, LLP**
Johnny K. Merritt
3144 Bee Cave Road
Austin, TX 78746
Telephone: (512) 637-4956
Facsimile: (512) 637-4958
Email: jmerritt@legalstrategy.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
First City Building
505 Orleans St., Fifth Floor
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira C. Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: allen@marcus-shapira.com

**MAURIELLO LAW FIRM, APC**
Thomas D. Mauriello
1181 Puerta Del Sol, #120
San Clemente, CA 92673
Telephone: (949) 542-3555
Facsimile: (949) 606-9690
Email: tomm@maurlaw.com

Eric R. Lifvendahl
**WILLIAMS MONTGOMERY & JOHN, LTD.**
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606
Telephone: (312) 443-3230
Facsimile: (312) 630-8530
Email: ERL@willmont.com

Lawrence Kill
Linda Gerstel
**ANDERSON KILL, P.C.**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1722
Facsimile: (212) 278-1733
Email: lkill@andersonkill.com
Email: lgerstel@andersonkill.com

*Attorneys for Plaintiff Big Y Foods, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 12, 2017, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

By: */s/ Laurence D. King*
      Laurence D. King