1
2
3
4
5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

6
7
8
9

IN RE: PACKAGED SEAFOOD
PRODUCTS ANTITRUST LITIGATION

Case No: 3:15-md-2670-JLS-MDD

Judge: Janis L. Sammartino

10
11
12
13
14
15
16
17
18
19
20
21

THIS DOCUMENT RELATES TO:

WAL-MART STORES, INC., WAL-
MART STORES EAST, LP, WAL-MART
STORES EAST, LLC, WAL-MART
STORES TEXAS, LLC, SAM'S WEST,
INC., SAM'S EAST, INC.,

                  Plaintiffs,

    v.

BUMBLE BEE FOODS LLC, TRI-
UNION SEAFOODS LLC, THAI UNION
GROUP PUBLIC COMPANY LIMITED,
STARKIST COMPANY, and
DONGWON INDUSTRIES CO., LTD.

                  Defendants.

**JOINT MOTION BY WAL-
MART STORES, INC., WAL-
MART STORES EAST, LP,
WAL-MART STORES EAST,
LLC, WAL-MART STORES
TEXAS, LLC, SAM'S WEST,
INC., SAM'S EAST, INC. AND
THAI UNION GROUP PUBLIC
CO., LTD. FOR APPROVAL OF
STIPULATION REGARDING
SERVICE OF PROCESS ON
THAI UNION GROUP PCL**

22
23
24
25
26
27

      Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores East, LLC,
Wal-Mart Stores Texas, LLC, Sam's West, Inc., and Sam's East, Inc. (collectively,
"Wal-Mart Plaintiffs") and Defendant Thai Union Group PCL ("Thai Union"), have
conferred by and through their counsel and, subject to the Court's approval, HEREBY
STIPULATE AS FOLLOWS:

28

WHEREAS, Wal-Mart Plaintiffs filed their First Amended Complaint on May 12, 2017 (Dkt. No. 377) ("Amended Complaint");

WHEREAS, Thai Union is a foreign defendant that has not been served to date and Thai Union requires that the Wal-Mart Plaintiffs serve a copy of their Amended Complaint.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

The Wal-Mart Plaintiffs will serve on Thai Union via electronic mail the Summons and the Amended Complaint.

The parties agree that Thai Union will have until June 9, 2017 to answer, move, or otherwise respond to the Amended Complaint and that any related briefing shall follow the schedule ordered by the Court on May 18, 2017.

Should the Court alter or amend the scheduling order with respect to the deadlines for filing responses in these matters, Thai Union's response thereto will be adjusted accordingly, but shall be no earlier than June 9, 2017.

Thai Union agrees to accept service of the Summons and the Amended Complaint via electronic mail. Thai Union further agrees that it will not assert as a defense in this action any objection to the fact or sufficiency of service. This stipulation is not a waiver by Thai Union of any defenses unrelated to service of process, including, without limitation, any jurisdictional defenses under Federal Rule of Civil Procedure 12(b)(2).


DATE:        May 19, 2017


By:  /s John Roberti
ALLEN & OVERY LLP
John Roberti, Esquire (admitted pro hac vice)
Erik Raven-Hansen, Esquire (admitted pro hac vice)

John Terzaken, Esquire (admitted pro hac vice)
1101 New York Avenue N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
Email: john.roberti@allenovery.com
john.terzaken@allenovery.com
erik.raven-hansen@allenovery.com

BUCHANNAN INGERSOLL & ROONEY LLP
Robert J. Parks, Esquire (Cal. Bar No. 103014)
Keith R. Solar, Esquire (Cal. Bar No. 120741)
600 West Broadway, Suite 1100
San Diego, CA 92101-3387
Tel: (619) 239-3898
Fax: (619) 702-3898
Email: robert.parks@bipc.com
keith.solar@bipc.com

*Counsel for Defendant Thai Union Group PCL*

**SUSMAN GODFREY L.L.P.**
By: /s Vineet Bhatia
Vineet Bhatia
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: vbhatia@SusmanGodfrey.com

*Counsel for Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores East, LLC, Wal-Mart Stores Texas, LLC, Sam's West, Inc., and Sam's East, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

## CERTIFICATE OF SERVICE

I certify that on May 19, 2017, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

**ALLEN & OVERY LLP**
By:  /s John Roberti
John Roberti, Esquire (admitted pro hac vice)
Erik Raven-Hansen, Esquire (admitted pro hac vice)
John Terzaken, Esquire (admitted pro hac vice)
1101 New York Avenue N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
Email: john.roberti@allenovery.com
john.terzaken@allenovery.com
erik.raven-hansen@allenovery.com

BUCHANNAN INGERSOLL & ROONEY LLP
Robert J. Parks, Esquire (Cal. Bar No. 103014)
Keith R. Solar, Esquire (Cal. Bar No. 120741)
600 West Broadway, Suite 1100
San Diego, CA 92101-3387
Tel: (619) 239-3898
Fax: (619) 702-3898

1

Email: robert.parks@bipc.com
keith.solar@bipc.com

2

3

*Counsel for Defendant Thai Union Group PCL*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28