LESLIE A. WULFF (CSBN 277979)
MANISH KUMAR (CSBN 269493)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Leslie.Wulff@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD <br><br> **UNITED STATES' STATUS REPORT REGARDING INFORMATION FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

The United States intervened in the above-captioned case on January 13, 2016, and informed the Court that a federal grand jury empaneled in the Northern District of California is investigating the packaged-seafood industry for potential violations of the Sherman Act, 15 U.S.C. § 1. ECF No. 34. The United States hereby further informs the Court that the fourth criminal case in the packaged-seafood investigation has been filed in the Northern District of California. *See United States v. Stephen L. Hodge*, No. 17-CR-0297-SI (N.D. Cal. Information filed May 30, 2017).

The United States will continue to update the Court of any additional criminal charges that may be filed. At this time, the United States is not seeking to

modify the parties' Joint Stipulation re: Second Limited Stay of Discovery as ordered by the Court on November 30, 2016.  *See* ECF Nos. 256, 263.

Dated: June 1, 2017                                      Respectfully submitted,

                                  s/ Leslie A. Wulff
                                  LESLIE A. WULFF
                                  MANISH KUMAR
                                  Trial Attorneys
                                  U.S. Department of Justice
                                  Antitrust Division

# CERTIFICATE OF SERVICE

I certify that on June 1, 2017, I filed the foregoing status report with the Clerk of the United States District Court for the Southern District of California by using the Court's CM/ECF system, which will send notifications of these filings to all counsel of record.

                                        By: s/ Leslie A. Wulff
                                        Leslie A. Wulff
                                        U.S. Department of Justice
                                        Antitrust Division