|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING SERVICE OF PROCESS ON DONGWON INDUSTRIES CO., LTD.** (ECF No. 397) |
|---|---|

Presently before the Court is the End Purchaser Plaintiffs' ("EPPs") and Defendant Dongwon Industries Co., Ltd.'s ("Dongwon") Joint Motion for Approval of Stipulation Regarding Service of Process on Dongwon ("Joint Mot."). (ECF No. 397.) The Parties have conferred and agreed to the following stipulation:

The End Purchaser Plaintiffs will serve on Dongwon via electronic mail to a service address provided by counsel for Dongwon the Summons, the Redacted Second Amended Complaint, and the Un-Redacted Second Amended Complaint by June 8, 2017;

The parties agree that Dongwon will have until June 9, 2017 to answer, move, or otherwise respond to the Second Amended Complaint and that any related briefing shall follow the schedule ordered by the Court on May 18, 2017;

The End Purchaser Plaintiffs will serve on Dongwon via electronic mail to a service address provided by counsel for Dongwon a certified copy of the UnRedacted Second Amended Complaint that has been translated into Korean no later than June 13, 2017;

1

Should the Court alter or amend the scheduling order with respect to the deadlines for filing responses in these matters, Dongwon's response thereto will be adjusted accordingly, but shall be no earlier than June 9, 2017.

Dongwon agrees to accept service of the Summons, the Redacted Second Amended Complaint, the Un-Redacted Second Amended Complaint, and a certified Korean translation of the Un-Redacted Second Amended Complaint via electronic mail to a service address provided by counsel for Dongwon. Dongwon further agrees that it will not assert as a defense in this action any objection to the fact or sufficiency of service. This stipulation is not a waiver by Dongwon of any defenses unrelated to service of process, including, without limitation, any jurisdictional defenses under Federal Rule of Civil Procedure 12(b)(2).

(Joint Mot. 2.) Good cause appearing, the Court **GRANTS** these Parties' Joint Motion and **APPROVES** the stipulation.

**IT IS SO ORDERED.**

Dated: June 8, 2017

Hon. Janis L. Sammartino
United States District Judge