UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING SERVICE OF PROCESS ON DONGWON INDUSTRIES CO., LTD.**<br><br>(ECF No. 399) |
|---|---|

Presently before the Court is Wal-Mart Stores, Inc.'s, Wal-Mart Stores East, LLC's (f/k/a Wal-Mart Stores East, Inc.), Wal-Mart Stores East, LP's, Wal-Mart Stores Texas, LLC's, Sam's West, Inc.'s, and Sam's East, Inc.'s (together, "Walmart Plaintiffs") and Defendant Dongwon Industries Co, Ltd.'s ("Dongwon") Joint Motion for Approval of Stipulation Regarding Service of Process on Dongwon ("Joint Mot."). (ECF No. 399.) The Parties have conferred and agreed to the following stipulation:

> The Wal-Mart Plaintiffs will serve on Dongwon via electronic mail the Summons and the Amended Complaint no later than June 8, 2017. The Wal-Mart Plaintiffs will negotiate in good faith with Dongwon regarding a deadline to serve via electronic mail a certified Korean translation of the Amended Complaint, or portions thereof.
> The parties agree that Dongwon will have until June 9, 2017 to answer, move, or otherwise respond to the Amended Complaint and that any related briefing shall follow the schedule ordered by the Court on May 18, 2017.

Should the Court alter or amend the scheduling order with respect to the deadlines for filing responses in these matters, Dongwon's response thereto will be adjusted accordingly, but shall be no earlier than June 9, 2017.

Dongwon agrees to accept service of the Summons, the Amended Complaint, and a certified Korean translation of the Amended Complaint via electronic mail. Dongwon further agrees that it will not assert as a defense in this action any objection to the fact or sufficiency of service. This stipulation is not a waiver by Dongwon of any defenses unrelated to service of process, including, without limitation, any jurisdictional defenses under Federal Rule of Civil Procedure 12(b)(2).

(Joint Mot. 2.) Good cause appearing, the Court **GRANTS** these Parties' Joint Motion and **APPROVES** the stipulation.

**IT IS SO ORDERED.**

Dated: June 8, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge