| | |
|---|---|
| 1 | Jayne A. Goldstein |
| 2 | **SHEPHERD, FINKELMAN,** |
| | **  MILLER & SHAH LLP** |
| 3 | 1625 N. Commerce Parkway |
| 4 | Suite 320 |
| | Ft. Lauderdale, FL 33326 |
| 5 | Telephone: 954/515-0123 |
| 6 | Facsimile: 866/300-7367 |
| 7 | *Counsel for the End Payer Plaintiffs* |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. No.: 15-MD-2670-JLS-MDD |
|---|---|
| This Document Relates To: All Actions | **NOTICE OF APPEARANCE OF JAYNE A. GOLDSTEIN** |
| | JUDGE:   Hon. Janis L. Sammartino |
| | COURT:   4A (4th Fl. – Schwartz) |

No.: 15-MD-2670-JLS-MDD

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jayne A. Goldstein of the law firm Shepherd, Finkelman, Miller & Shah LLP hereby enters an appearance as additional counsel for the End Payer Plaintiffs in the above-captioned action and respectfully requests that all related pleadings and documents be served upon the undersigned at the address or email provided below:

>Jayne A. Goldstein
>**SHEPHERD, FINKELMAN, MILLER & SHAH LLP**
>1625 N. Commerce Parkway
>Suite 320
>Ft. Lauderdale, FL 33326
>Telephone: 954/515-0123
>Facsimile: 866/300-7367
>jgoldstein@sfmslaw.com

DATED: September 12, 2017

**SHEPHERD, FINKELMAN, MILLER & SHAH LLP**

*/s/ Jayne A. Goldstein*
JAYNE A. GOLDSTEIN
1625 N. Commerce Parkway
Suite 320
Ft. Lauderdale, FL 33326
Telephone: 954/515-0123
Facsimile: 866/300-7367
jgoldstein@sfmslaw.com

*Counsel for the End Payer Plaintiffs*