Hogan Lovells US LLP
J. Robert Robertson (DC # 501873)
Justin W. Bernick (DC # 988245)
Andrew J. Lee (DC # 477781)
555 Thirteenth Street NW
Washington, DC 20004
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910
robby.robertson@hoganlovells.com
justin.bernick@hoganlovells.com
andrew.j.lee@hoganlovells.com

*Counsel for Defendants
StarKist Co. and Dongwon
Industries Co., Ltd.*

(Additional Counsel on Signature Pages)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>　　ALL ACTIONS. | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**JOINT MOTION FOR REVISED CASE MANAGEMENT ORDER**<br><br>Date:<br>Time:<br>Judge: Hon. Janis Sammartino<br>Ctrm: 4D |

1    WHEREAS the Judicial Panel on Multidistrict Litigation ("JPML") has transferred to this Court for coordinated pretrial proceedings certain antitrust actions relating to an alleged conspiracy to fix the prices of packaged seafood products, In re Packaged Seafood Products Antitrust Litigation, MDL No. 2670;

WHEREAS this Court granted the parties' Joint Motion for Case Management Order (ECF No. 156, 195) to set the case management schedule;

WHEREAS the parties have met and conferred extensively on modifications to the case management schedule;

WHEREAS the parties propose the following revised schedule with the understanding that any party may seek leave of the Court for a modification of the schedule described herein upon a showing of good cause;

WHEREAS the parties understand that the following schedule assumes the Limited Stay of Discovery is in effect until March 31, 2018 (ECF Nos. 477, 480), but if the Limited Stay of Discovery is extended, in whole or in part, the schedule described herein shall need to be modified accordingly;

NOW THEREFORE, THE PARTIES BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  This case management schedule shall replace in its entirety the case management schedule ordered by the Court on July 17, 2016 (ECF Nos. 156, 195) for all events scheduled therein on or after September 15, 2017.

2.  Per the parties' stipulation and the Court's order regarding a Second Limited Stay of Discovery (ECF Nos. 256, 263), deposition discovery may begin on October 1, 2017.  Additionally, per the parties' stipulation and the Court's order (ECF Nos. 477, 480), a Limited Stay of Discovery is in effect until March 31, 2018.

-1-

**JOINT MOTION FOR REVISED CASE MANAGEMENT ORDER**                                        CASE NO. 3:15-MD-02670-JLS-MDD

3. By March 30, 2018, Plaintiffs shall file and serve any motions for class certification and expert reports and backup data in support of such motions. Plaintiffs shall make such experts available for deposition.

4. By August 3, 2018, Defendants shall file and serve any oppositions to motions for class certification and expert reports and backup data in support of such motions. Defendants shall make such experts available for deposition.

5. By September 14, 2018, Plaintiffs shall file and serve replies to any oppositions to motions for class certification.

6. Plaintiffs' motions for class certification shall be heard on or about October 18, 2018, subject to the availability of the Court.

7. By September 28, 2018, the parties shall complete fact discovery.

8. By November 23, 2018, Plaintiffs shall serve any initial expert reports.

9. Defendants may depose Plaintiffs' expert witness(es) before December 21, 2018.

10. By February 1, 2019, Defendants shall serve any opposition expert reports.

11. Plaintiffs may depose Defendants' expert witness(es) before March 1, 2019.

12. By April 26, 2019, Plaintiffs shall serve any rebuttal expert reports.

13. Defendants may depose Plaintiffs' expert witness(es) on any rebuttal report before May 24, 2019.

14. By June 21, 2019, the parties shall file and serve any dispositive motions.

15. By August 9, 2019, the parties shall file and serve any opposition(s) to dispositive motion(s).

16. By September 13, 2019, any party having filed and served a dispositive motion shall file and serve any reply to opposition(s).

| | |
|---|---|
| 1 | 17. The parties' dispositive motions shall be heard on October 25, 2019, subject to the availability of the court. |

17. The parties' dispositive motions shall be heard on October 25, 2019, subject to the availability of the court.

IT IS SO STIPULATED

Dated: September 26, 2017      Respectfully submitted,

HOGAN LOVELLS US LLP

By: s/ Justin W. Bernick

    J. Robert Robertson (DC # 501873)
    Justin W. Bernick (DC # 988245)
    Andrew J. Lee (DC # 477781)
    555 Thirteenth Street NW
    Washington, DC 20004
    Telephone: (202) 637-5600
    Facsimile: (202) 637-5910
    robby.robertson@hoganlovells.com
    justin.bernick@hoganlovells.com
    andrew.j.lee@hoganlovells.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

KENNY NACHWALTER, P.A.      HAUSFELD LLP

By: s/ William J. Blechman      By: s/ Michael P. Lehmann

| | |
|---|---|
| Richard Alan Arnold, Esquire<br>William J. Blechman, Esquire<br>Kevin J. Murray, Esquire<br>Douglas H. Patton, Esquire<br>Samuel J. Randall, Esquire<br>Jalaine Garcia, Esquire<br>1441 Brickell Avenue<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>rarnold@knpa.com<br>wblechman@knpa.com<br>kmurray@knpa.com<br>dpatton@knpa.com<br>srandall@knpa.com<br>jgarcia@knpa.com<br><br>*Liaison Counsel for Direct Action Plaintiffs* | Bonny E. Sweeney, Esquire<br>(Cal. Bar No. 176174)<br>Michael P. Lehmann, Esquire<br>(Cal. Bar No. 77152)<br>Christopher L. Lebsock, Esquire<br>(Cal. Bar No. 184546)<br>600 Montgomery Street<br>Suite 3200<br>San Francisco, CA 94111<br>Telephone: (415) 633-1908<br>Facsimile: (415) 358-4980<br>bsweeney@hausfeld.com<br>mlehmann@hausfeld.com<br>clebsock@hausfeld.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |

-3-

| | |
|---|---|
| ALLEN & OVERY LLP | CUNEO GILBERT & LADUCA LLP |
| By: s/ John Roberti | By: s/ Jonathan W. Cuneo |
| John Roberti, Esquire<br>Erik Raven-Hansen, Esquire<br>ALLEN & OVERY LLP<br>1101 New York Avenue N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 683-3800<br>Facsimile: (202) 683-3999<br>john.roberti@allenovery.com<br>erik.raven-hansen@<br>   allenovery.com<br><br>*Counsel for Defendants Tri-Union Seafoods LLC and Thai Union Group PCL* | Jonathan W. Cuneo<br>Joel Davidow<br>Peter Gil-Montllor<br>Blaine Finley<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Ave. NW, Suite 200<br>Washington, DC 20002<br>Telephone: 202.789.3960<br>Facsimile: 202.589.1813<br>jonc@cuneolaw.com<br>joel@cuneolaw.com<br>pgil-montllor@cuneolaw.com<br>bfinley@cuneolaw.com<br><br>John H. Donboli (Cal. Bar No. 196266)<br>DEL MAR LAW GROUP, LLP<br>12250 El Camino Real, Suite 120<br>San Diego, CA 92130<br>Telephone: 858.793.6244<br>Facsimile: 858.793.6005<br>jdonboli@delmarlawgroup.com<br><br>*Interim Lead & Liaison Counsel for Indirect Purchaser Commercial Food Preparer Plaintiffs* |

| | |
|---|---|
| PEPPER HAMILTON LLP | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| By: s/ Barbara Sicalides | By: s/ Betsy C. Manifold |
| Barbara Sicalides, Esquire<br>Barak Bassman, Esquire<br>18th and Arch Streets<br>3000 Two Logan Square<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>sicalidesb@pepperlaw.com<br>bassmanb@pepperlaw.com | Betsy C. Manifold<br>Rachele R. Rickert<br>Marisa C. Livesay<br>Symphony Towers<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>manifold@whafh.com<br>rickert@whafh.com<br>livesay@whafh.com |
| *Counsel for Defendant Del Monte Corporation* | *Interim Lead Counsel for Indirect Purchaser End Payer Plaintiffs* |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | |
| By: s/ Kenneth A. Gallo | |
| Kenneth A. Gallo, Esquire<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7356<br>Facsimile: (202) 204-7356<br>kgallo@paulweiss.com | |
| *Counsel for Defendant Bumble Bee Foods, LLC* | |

-5-

**JOINT MOTION FOR REVISED CASE MANAGEMENT ORDER**   CASE NO. 3:15-MD-02670-JLS-MDD

## ECF CERTIFICATION

I, Justin W. Bernick, hereby certify that the content of the foregoing Joint Motion for Revised Case Management Order is acceptable to all parties who are required to sign this joint statement. Each party's counsel has authorized me to affix his or her CM/ECF electronic signature to this joint submission.

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, I electronically filed the foregoing JOINT MOTION FOR REVISED CASE MANAGEMENT ORDER with the Clerk of Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

s/ Justin W. Bernick

September 26, 2017

*Counsel for Defendants*
*STARKIST CO. and DONGWON*
*INDUSTRIES CO., LTD.*