UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) <br><br> **ORDER (1) GRANTING JOINT MOTION FOR REVISED CASE MANAGEMENT ORDER; (2) GRANTING STIPULATION FOR DEPOSITION DISCOVERY; AND (3) VACATING STATUS CONFERENCE** <br><br> (ECF Nos. 494, 495) |

Presently before the Court is the Parties' Joint Motion for Revised Case Management Order ("Joint MTN," ECF No. 494); Stipulation and Order for Deposition Discovery ("Stip.," ECF No. 495); and Joint Status Conference Statement ("Status Report," ECF No. 493).

The Parties have proposed a revised schedule which will replace the case management schedule ordered by the Court on July 17, 2016. (Joint MTN 2.) The revised schedule recognizes the limited stay of discovery which is in effect until March 31, 2018. (*Id.*; *see* ECF No. 480 (granting approval of joint stipulation re: third limited stay of discovery).)

1    The Parties also stipulate to various aspects of deposition discovery. (*See generally* Stip.)  Finally, the parties stipulate the status conference currently set for October 4, 2017 will no longer be necessary. (Status Report 2.)

The Court commends the parties for working together in an effort to reduce costs and resources in this complex matter. Good cause appearing, the Court **GRANTS** and **APPROVES** the Joint Motion and the Stipulation.  The Court also **VACATES** the status conference set for October 4, 2017.

**IT IS SO ORDERED.**

Dated:  September 28, 2017

Hon. Janis L. Sammartino
United States District Judge