# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

IN RE: PACKAGED SEAFOOD
PRODUCTS ANTITRUST
LITIGATION

FILED

10/10/2017

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: A. Finnell-Yepez , Deputy

**Civil No.** 15-MD-2670-JLS (MDF)

**STRICKEN DOCUMENT:**

Amended Complaint

515