Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha Stein (Cal. Bar. No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
Email:   mlehmann@hausfeld.com
Email:   bsweeney@hausfeld.com
Email:   clebsock@hausfeld.com
Email:   sstein@hausfeld.com

*Interim Lead Counsel for the Proposed Direct Purchaser Class*
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD **DIRECT PURCHASER CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND THE SCHEDULING ORDER TO ADD NEW PARTIES** |
| This filing relates to the Direct Purchaser Plaintiff Class Action Track | DATE:      Nov. 30, 2017 TIME:       1:30 p.m. JUDGE:    Janis L. Sammartino CTRM:     4D |

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 15(a) and 16(b)(4), as well as Civil Local Rules 7.1 and 16.1, the Direct Purchaser Class Plaintiffs ("Plaintiffs") will and hereby do move the Court to amend the Scheduling Order to allow them to add the following new defendants: Capital LLP ("Lion Capital") and Lion Capital (Americas), Inc. ("Lion Americas") (collectively "Lion") and Lion/Big Catch Cayman LP ("Big Catch")—the owners of Defendant Bumble Bee Foods, LLC ("Bumble Bee")—and Bumble Bee's President and Chief Executive Officer, Christopher D. Lischewski ("Lischewski").

The Motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities ("MP&A") in support of this Motion, any Reply filed in support of this Motion, and upon other such evidence and oral argument as may be received by the Court.  As outlined in the contemporaneously filed MP&A, there is good cause to amend the schedule to add these proposed defendants, and none of the factors that might otherwise weigh against amendment apply.  Accordingly, Plaintiffs respectfully request that the Court grant their Motion to amend the Scheduling Order to add these new defendants.

Date:  October 16, 2017

Respectfully Submitted,

By:   /s/ Bonny E. Sweeney
Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Samantha J. Stein
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:   (415) 633-1908
Fax:  (415) 358-4980
E-mail:  mlehmann@hausfeld.com
E-mail:  bsweeney@hausfeld.com

E-mail:  clebsock@hausfeld.com
E-mail:  sstein@hausfeld.com

Michael D. Hausfeld
James J. Pizzirusso
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
E-mail:   mhausfeld@hausfeld.com
E-mail:   jpizzirusso@hausfeld.com

*Counsel for Plaintiff Olean Wholesale
Grocery Cooperative, Inc. and Interim Lead
Counsel for the Direct Purchaser Class*

Arthur N. Bailey
Marco Cercone
RUPP BASE PFALZGRAF CUNNINGHAM
LLC
1600 Liberty Building
424 Main Street
Buffalo, New York 14202
Telephone: (716) 664-2967
Facsimile: (716) 664-2983
E-mail: bailey@ruppbaase.com
E-mail: cercone@ruppbaase.com

Lesley Weaver
BLEICHMAR FONTI & AULD LLP
1999 Harrison Street, Suite 670
Oakland, CA 94612
Tel: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Additional Counsel for Plaintiff Olean
Wholesale Grocery Cooperative, Inc.*

1
2
3
4
5
6
7

Barbara Hart
Sung-Min Lee
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601
(O) 914-733-7227
(F) 914-997-0035
E-Mail: bhart@lowey.com
E-Mail: slee@lowey.com

8
9
10

*Counsel for Plaintiff Pacific Groservice Inc.
d/b/a PITCO Foods and Member of Direct
Purchaser Plaintiffs' Steering Committee*

11
12
13
14
15
16

Solomon B. Cera (Cal. Bar No. 99467)
Thomas C. Bright (Cal. Bar No. 169713)
Louis A. Kessler (Cal. Bar No. 243703)
CERA LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

17
18
19
20

C. Andrew Dirksen (Cal. Bar No. 130064)
CERA LLP
800 Boylston St., 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
Fax: (415) 777-5189

21
22
23
24

*Counsel for Plaintiffs Associated Grocers of
Florida, Inc., Central Grocers, Inc., and
Piggly Wiggly Alabama Distributing Co., Inc.
and Member of Direct Purchaser Plaintiffs'
Steering Committee*

25
26
27

JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri (Cal. Bar No. 130064)
Andrew M. Purdy (Cal. Bar No. 261912)

28

Matthew S. Weiler (Cal. Bar No. 236052)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Additional Counsel for Plaintiff Central
Grocers, Inc.*

Jason S. Hartley (CA Bar No. 192514)
Jason M. Lindner (CA Bar No. 211451)
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Phone: (619) 400-5822
Fax: (619) 400-5832
E-mail:  hartley@stuevesiegel.com
E-mail:  lindner@stuevesiegel.com

*Counsel for Plaintiff Trepco Imports &
Distribution, Ltd. and Member of Direct
Purchaser Plaintiffs' Steering Committee*

Abbas Kazerounian (Cal. Bar No. 249203)
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Tel:  (800) 400-6808
Fax:  (800) 520-5523
E-mail:  ak@kazlg.com

Josh Swigart (Cal. Bar No. 225557)
HYDE & SWIGART
2221 Camino del Rio South, Ste. 101
San Diego, CA 92108
Tel:  619-233-7770
Fax:  619-297-1022
E-mail:  josh@westcoastlitigation.com

Vincent J. Esades
(Admitted *Pro Hac Vice*)
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
E-mail: vesades@heinsmills.com

Robert Eisler
(Admitted *Pro Hac Vice*)
GRANT & EISENHOFER
123 Justison Street
Wilmington, DE 19801
Telephone:  (302) 622-7000
E-mail:  reisler@gelaw.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Avenue
Suite 200
Cleveland, OH 44113
Telephone:  (216) 622-1851
Fax:    (216) 241-8175
E-mail: dkaron@karonllc.com

*Additional Counsel for Plaintiff Trepco*
*Imports & Distribution, Ltd.*

Stephen R. Neuwirth
Sami H. Rashid
Julia Peck
Joseph N. Kiefer
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
E-mail:

stephenneuwirth@quinnemanuel.com
E-mail: samirashid@quinnemanuel.com
E-mail: juliapeck@quinnemanuel.com
E-mail: josephkiefer@quinnemanuel.com

Dana Statsky Smith
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
E-mail: dsmith@bernlieb.com

*Counsel for Plaintiff Benjamin Foods LLC
And Members of Direct Purchaser Plaintiffs'
Steering Committee*

Whitney E. Street (Cal. Bar No. 223870)
BLOCK & LEVITON LLP
520 Third Street, Suite 108
Oakland, CA 94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
E-mail: wstreet@blockesq.com

*Member of Direct Purchaser Plaintiffs'
Steering Committee*

Allan Steyer (Cal. Bar No. 100318)
D. Scott Macrae (Cal. Bar No. 104663)
Jill M. Manning (Cal. Bar No. 178849)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
E-mail: asteyer@steyerlaw.com
E-mail: smacrae@steyerlaw.com
E-mail: jmanning@steyerlaw.com

1

2          *Counsel for Plaintiff John Gross &*
           *Company*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>**CERTIFICATE OF SERVICE**</u>

I certify that on October 16, 2017, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.


By: <u>s/ *Bonny E. Sweeney*</u>