# EXHIBIT A
# Under Seal

# Sealed version filed at ECF No. 529