ALLEN & OVERY LLP
    John Roberti
        D.C. Bar No. 495718
        N.Y. Bar No. 2659118
        john.roberti@allenovery.com
    Erik Raven-Hansen
        D.C. Bar No. 994329
        V.A. Bar No. 77225
        erik.raven-hansen@allenovery.com
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-683-3800

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br>_____<br>This document relates to:<br>Direct Action Plaintiff Track<br>_____ | Case No.: 3:15-md-2670-JLS-MDD<br><br>**ANSWER TO WINN-DIXIE STORES, INC. AND BI-LO HOLDING, LLC THIRD AMENDED COMPLAINT** |

1

## THAI UNION GROUP PUBLIC COMPANY, LTD'S ANSWER AND AFFIRMATIVE DEFENSES TO THE WINN-DIXIE AND BI-LO HOLDING'S THIRD AMENDED COMPLAINT

Defendant Thai Union Group Public Company, LTD ("TUG") hereby responds to the Winn-Dixie Plaintiffs' Third Amended Complaint as follows:

## NATURE OF THE ACTION

1.     Paragraph 1 consists of legal conclusions to which no response is required, but which, to the extent a response is deemed required, TUG denies.

2.     TUG denies Paragraph 2 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

3.     TUG admits that a DOJ investigation is ongoing and that, upon information and belief, a criminal information was filed against Walter Scott Cameron.  It lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 3.

4.     TUG admits that, upon information and belief, a criminal information was filed against Kenneth Worsham.  It lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 4.

5.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 5.  To the extent that Paragraph 5 purports to quote the Worsham and Cameron guilty pleas, they are documents that speak for themselves.

6.     TUG admits, upon information and belief, that Chicken of the Sea confirmed that it is an amnesty applicant with respect to packaged seafood.  The remainder of Paragraph 6 is a legal conclusion to which no response is required.

7.     TUG admits that, upon information and belief, a criminal information was filed against Bumble Bee and that, thereafter, Bumble Bee pled guilty.  To the extent Paragraph 7 purports to reference the criminal information, that document speaks for

itself. TUG lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 7.

## **JURISDICTION AND VENUE**

8.    Paragraph 8 is a legal conclusion to which no response is required, but which, to the extent a response is deemed required, TUG denies.

9.    Paragraph 9 is a legal conclusion to which no response is required, but which, to the extent a response is deemed required, TUG denies.

10.    Paragraph 10 is a legal conclusion to which no response is required, but which, to the extent a response is deemed required, TUG denies.

## **PLAINTIFFS**

11.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 11.

12.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 12.

## **DEFENDANTS**

**BUMBLE BEE**

13.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 13.

**Thai Union and Tri-Union**

14.    TUG denies the allegations of Paragraph 14.

15.    TUG admits Paragraph 15, except insofar as it implies that TUG exports Packed Tuna products to the United States, which it denies.

16.    TUG admits that Tri-Union Seafoods LLC d/b/a Chicken of the Sea ("COSI") has been a wholly-owned subsidiary of TUNAI and that TUNAI is a wholly-owned subsidiary of TUG. It denies the remainder of Paragraph 16.

17.    TUG denies the allegations of Paragraph 17.

18. To the extent Paragraph 18 purports to quote from "Thai Union strategy documents," those documents speak for themselves. TUG denies the remainder of Paragraph 18.

19. To the extent that Paragraph 19 purports to describe the contents of COSI meeting minutes, those documents speak for themselves. TUG denies the remainder of Paragraph 19.

20. TUG denies the allegations of Paragraph 20.

21. TUG denies the allegations of Paragraph 21.

22. TUG denies the allegations of Paragraph 22.

23. TUG denies the allegations of Paragraph 23.

24. TUG denies the allegations of Paragraph 24.

25. TUG denies the allegations of Paragraph 25.

26. TUG denies Paragraph 26 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

27. TUG denies Paragraph 27 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

28. TUG denies the allegations of Paragraph 28.

29. To the extent Paragraph 29 purports to describe TUG's public statements, those statements speak for themselves.

30. Paragraph 30 consists of legal conclusions to which no response is required, but which, to the extent a response is deemed required, TUG denies. TUG denies the remainder of Paragraph 30 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

31. TUG denies the allegations of Paragraph 31.

32. TUG denies Paragraph 32 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

33. Paragraph 33 consists only of a definition of terms in Plaintiffs' Complaint. TUG denies that Plaintiffs may lump two separate and distinct entities together by

4

collectively referring to them as "Chicken of the Sea." TUG will respond to the allegations in Plaintiffs' Complaint by understanding each term consistent with its natural and common usage.

**Dongwon, Del Monte, And StarKist**

34. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 34.

35. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 35.

36. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 36.

37. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 37.

38. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 38.

39. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 39.

40. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 40.

41. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 41.

42. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 42.

43. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 43.

44. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 44.

45. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 45.

46.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 46.

47.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 47.

48.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 48.

49.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 49.

50.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 50.

51.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 51.

52.     Paragraph 52 is a legal conclusion to which no response is required, but to the extent a response is deemed required, TUG lacks knowledge or information sufficient to form a belief about its truth.

53.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 53.

54.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 54.

55.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 55.

56.     Paragraph 56 consists only of a definition of terms in Plaintiffs' Complaint. TUG denies that Plaintiffs may lump separate and distinct entities together by collectively referring to them as "StarKist."  TUG will respond to the allegations in Plaintiffs' Complaint by understanding each term consistent with its natural and common usage.

6

57. **UNNAMED CO-CONSPIRATIORS** TUG denies Paragraph 57 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

58. **AGENTS** TUG denies Paragraph 58 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

## INTERSTATE TRADE AND COMMERCE

59. TUG denies Paragraph 59 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

60. TUG denies Paragraph 60 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

61. TUG denies Paragraph 61 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

## FACTUAL ALLEGATIONS

62. TUG denies Paragraph 62 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

63. TUG denies Paragraph 63 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

64. TUG denies Paragraph 64 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

65. TUG denies Paragraph 65 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

66.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 66.

67.     TUG denies Paragraph 67 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

68.     Paragraph 68 includes economic opinions to which no response is required but which, to the extent a response is deemed required, TUG denies.

69.     TUG denies Paragraph 69 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

70.     TUG denies Paragraph 70 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

**Defendants Had Many Opportunities to Meet and Collude.**

71.     TUG denies Paragraph 71 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

72.     TUG denies Paragraph 72 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about their truth.

73.     TUG denies Paragraph 73 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

74.     TUG denies Paragraph 74 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

75.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 75.

76.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 76.

77.     TUG denies Paragraph 77 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

**Defendants' Executives Communicated Frequently.**

78.     TUG denies Paragraph 78 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

79.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 79.

80.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 80.

81.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 81.

82.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 82, except that it admits, upon information and belief, that Kenneth Worsham recently pled guilty to price-fixing Packaged Tuna.

83.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 83.

84.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 84.

85.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 85.

**Defendants' Overarching Conspiracy.**

86.     TUG denies Paragraph 86 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

**2004 and 2006 Price Increases**

87.     TUG denies Paragraph 87 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

88.     To the extent that Paragraph 88 purports to describe the contents of an email, it speaks for itself.  COSI denies the remainder of Paragraph 88 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about their truth.

89.     TUG denies Paragraph 89 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

90.     TUG denies Paragraph 90 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

91.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 91.

92.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 92

93.     TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 93.

94.     TUG denies Paragraph 94 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.  To the extent Paragraph 94 purports to quote from an email, that email speaks for itself.

95.     To the extent Paragraph 95 purports to quote from an email, that email speaks for itself.  TUG denies the remainder of Paragraph 95 to the extent directed at it, and otherwise for lack of knowledge or information sufficient to form a belief about its truth.

96.　TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 96.  TUG denies the remainder of Paragraph 95 to the extent directed at it, and otherwise for lack of knowledge or information sufficient to form a belief about its truth.

97.　TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 97.

98.　TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 98.

99.　TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 99.

100.　TUG denies Paragraph 100 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

101.　TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 101.

102.　TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 102.

103.　TUG denies Paragraph 103 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

104.　TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 104.

105.　TUG denies Paragraph 105 for lack of knowledge or information sufficient to form a belief about its truth.

106.　TUG denies Paragraph 106 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

107.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 107.

108.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 108.

109.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 109.

110.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 110.

111.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 111.

112.    TUG denies Paragraph 112 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

113.    TUG denies Paragraph 113 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

**2007-2008 Agreement to Downsize Can Size**

114.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 114.

115.    TUG denies Paragraph 115 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

116.    TUG denies Paragraph 116 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

117.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 117.

118. TUG denies Paragraph 118 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

119. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 119.

120. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 120.

121. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 121.

122. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 122.

123. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 123.

124. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 124.

125. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 125.

126. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 126.

127. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 127.

128. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 128.

129. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 129.

130. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 130.

3:15-md-2670-JLS-MDD

131.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 131.

132.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 132.

133.  TUG denies the allegations of Paragraph 133.  To the extent that Paragraph 133 purports to reference COSI documents, those documents speak for themselves.

134.  TUG denies Paragraph 134 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

135.  TUG denies Paragraph 135 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

136.  TUG denies Paragraph 136 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

137.  TUG denies Paragraph 137 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

138.  TUG denies Paragraph 138 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

**2008 Price Increase**

139.  TUG denies Paragraph 139 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

140.  TUG denies Paragraph 140 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

141.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 141.

142.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 142.

143. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 143.

144. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 144.

145. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 145.

146. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 146.

147. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 147.

148. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 148.

**2010 Price Increase**

149. TUG denies Paragraph 149 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

150. TUG denies Paragraph 150 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

151. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 151.

152. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 152.

153. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 153.

154. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 154.

155.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 155.

156.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 156.

157.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 157.

158.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 158.

159.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 159.

160.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 160.

161.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 161.

162.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 162.

163.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 163.

164.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 164.

165.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 165.

**2011-2012 Price Increases**

166.   TUG denies Paragraph 166 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

167.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 167.

168.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 168.

169.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 169.

170.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 170.

171.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 171.

172.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 172.

173.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 173.

174.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 174.

175.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 175.

176.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 176.

177.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 177.

178.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 178.

179.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 179.

180.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 180.

181.    TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 181.

**2011-2012 Price Increases**

182.   TUG denies Paragraph 182 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

183.   TUG denies Paragraph 183 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

184.   TUG denies Paragraph 184 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

185.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 185.

186.   TUG denies Paragraph 186 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

187.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 187.

188.   TUG denies Paragraph 188 to the extent directed at it, and otherwise denies the allegations for lack of knowledge or information sufficient to form a belief about their truth.

189.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 189.

**Defendant Conspired to Not Offer "FAD Free" Tuna Products.**

190.   TUG denies Paragraph 190 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

191.   TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 191.

192.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 192.

193.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 193.

194.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 194.

195.  TUG denies Paragraph 195 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

**Defendants Agreed to Limit Competition Relating to Promotions.**

196.  TUG denies Paragraph 196 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

**The Packaged Tuna Market Is Conducive to Collusion**

197.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 197.

198.  TUG denies Paragraph 198 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

199.  TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 199.

200.  TUG denies Paragraph 200 to the extent directed at it, and otherwise denies for lack of knowledge or information sufficient to form a belief about its truth.

201.  TUG denies Paragraph 201 to the extent directed at it, and otherwise denies the allegations for lack of knowledge or information sufficient to form a belief about their truth.

202.  TUG denies Paragraph 202 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

**PLAINTIFFS SUFFERED ANTITRUST INJURY**

203.  TUG denies Paragraph 203 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

204.  TUG denies Paragraph 204 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

**TOLLING OF THE STATUTE OF LIMITATIONS**

205.  Paragraph 205 is a legal conclusion to which no response is required but which, to the extent a response is deemed required, TUG denies.

206.  TUG denies Paragraph 206 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about its truth.

207.  TUG denies Paragraph 207 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about its truth.

208.  TUG denies Paragraph 208 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about its truth.

209.  TUG denies Paragraph 209 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

210.  TUG denies Paragraph 210 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

211.  TUG denies Paragraph 211 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

212. TUG denies Paragraph 212 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

213. TUG denies Paragraph 213 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

214. TUG denies Paragraph 214 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

215. TUG denies Paragraph 215 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

216. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 216.

217. TUG denies Paragraph 217 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

218. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 218.

219. TUG denies Paragraph 219 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

220. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 220.

221. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 221.

222. TUG denies Paragraph 222 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

223. TUG denies Paragraph 223 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

224. TUG denies Paragraph 224 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

225. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 225.

226. TUG denies Paragraph 226 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

227. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 227.

228. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 228.

229. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 229.

230. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 230.

231. TUG denies Paragraph 231 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

232. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 232.

233. TUG denies Paragraph 233 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

234. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 234.

235. TUG lacks knowledge or information sufficient to form a belief about the truth of Paragraph 235.

236. TUG denies Paragraph 236 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

237. TUG denies Paragraph 237 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

238. TUG denies Paragraph 238 to the extent directed at it, and denies the remainder of the allegations for lack of knowledge or information sufficient to form a belief about their truth.

239. TUG denies Paragraph 239 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

240. To the extent that Paragraph 240 references allegations reproduced elsewhere in the Complaint, TUG incorporates its responses thereto. TUG denies the remainder of Paragraph 240 to the extent directed at it, and otherwise denies it for lack of knowledge or information sufficient to form a belief about its truth.

## COUNT I

**Violation of Sections 1 and 3 of the Sherman Act (15 U.S.C. §§ 1, 3)**

241. To the extent that Paragraph 241 summarizes the paragraphs above, TUG incorporates its responses thereto.

242.  Paragraph 242 is a legal conclusion to which no response is required, but which, to the extent a response is deemed required, TUG denies.

243.  TUG denies Paragraph 243 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

244.  TUG denies Paragraph 244 to the extent directed at it, and denies the remaining allegations for lack of knowledge or information sufficient to form a belief about their truth.

245.  Paragraph 245 is a legal conclusion to which no response is required, but which, to the extent a response is deemed required, TUG denies.

246.  Paragraph 246 is a legal conclusion to which no response is required, but which, to the extent a response is deemed required, TUG denies.

## **PRAYER FOR RELIEF**

TUG denies the allegations in this prayer for relief, and denies that Plaintiffs have stated a claim or are entitled to any relief whatsoever.

## **AFFIRMATIVE DEFENSES**

Without assuming any burden it would not otherwise bear, TUG asserts the following additional and/or affirmative defenses to Plaintiffs' Complaint:

### **FIRST AFFIRMATIVE DEFENSE**
### **(Statute of Limitations)**

The Statute of Limitations bars, in whole or in part, the claims of Plaintiffs set forth in any Plaintiffs' Complaints.

## SECOND AFFIRMATIVE DEFENSE
## (Lack of Subject Matter Jurisdiction)

This Court lacks subject matter jurisdiction, pursuant to the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a, to adjudicate claims involving foreign commerce, and pursuant to state law in states where TUG committed no actionable conduct.

## THIRD AFFIRMATIVE DEFENSE
## (Failure to Mitigate)

Plaintiffs are barred from recovery of any damages because of and to the extent of their failure to mitigate damages.

## FOURTH AFFIRMATIVE DEFENSE
## (Waiver, Estoppel, Unclean Hands, and Laches)

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, unclean hands, and/or laches.

## FIFTH AFFIRMATIVE DEFENSE
## (Ultra Vires)

To the extent that any actionable conduct occurred, Plaintiffs' claims are barred because all such conduct would have been committed by individuals acting ultra vires.

## SIXTH AFFIRMATIVE DEFENSE
## (Ratification, Acquiescence, Agreement or Consent)

Plaintiffs' claims are barred, in whole or in part, by reason of plaintiffs' ratification of, or acquiescence, agreement, or consent to TUG's conduct.

## SEVENTH AFFIRMATIVE DEFENSE
## (Accord And Satisfaction, Release And Settlement)

Plaintiffs' claims are barred, in whole or in part, by the doctrines of accord and satisfaction, release and settlement.

## EIGHTH AFFIRMATIVE DEFENSE
### (Lack of Personal Jurisdiction)

Plaintiffs' remaining claims for relief are barred, in whole or in part, because the Court cannot properly exercise personal jurisdiction over TUG.

## NINTH AFFIRMATIVE DEFENSE
### (Injury or Damages Offset by Benefits Received)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits plaintiffs received with respect to the challenged conduct.

## TENTH AFFIRMATIVE DEFENSE
### (Pass Through)

Plaintiffs' claims for an illegal overcharge are barred, in whole or in part, to the extent that such overcharge, the existence of which TUG expressly denies, was absorbed, in whole or in part, by others, and was not passed through to Plaintiffs or was passed on by Plaintiffs to other parties.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Available Remedy At Law)

Plaintiffs' claims for injunction or other equitable relief are barred, in whole or in part, because plaintiffs have available an adequate remedy at law.

## TWELFTH AFFIRMATIVE DEFENSE
### (Comparative Fault)

Plaintiffs' claims are barred, in whole or in part, to the extent the injuries alleged in the Complaint, the fact and extent of which are expressly denied by TUG, were directly and proximately caused by or contributed to by the statements, acts or omissions of Plaintiffs or third persons or entities unaffiliated with TUG.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Failure to Exhaust Remedies)

Plaintiffs' claims for unjust enrichment are barred, in whole or in part, because plaintiffs failed to exhaust all remedies against the parties with whom each Plaintiff is in privity.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (No Multiple Recoveries)

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs seek damages that are duplicative of damages sought in other actions.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Set-Off)

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TUG avers that it is entitled to set off any amounts paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs' claims against them in this matter.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Waiver of Certain Remedies)

Plaintiffs' claims to certain remedies are barred, in whole or in part, to the extent that Plaintiffs have waived, under any applicable contract or otherwise, their rights to those remedies, including but not limited to treble damages and attorneys' fees.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Incorporation of Defenses of Others)

TUG incorporates by reference and asserts to the extent applicable all other affirmative defenses set forth in the answers to the Complaint of each of the other Defendants.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Voluntary Payment Affirmative Defense)

Plaintiffs' claims are barred in whole or in part due to the Plaintiff's voluntary payment for products at issue.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Reservation of Other Defenses)

TUG reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, TUG prays as follows:

1.      That the Complaint be dismissed with prejudice;

2.      That the Court enter judgment in favor of TUG;

3.      That the Court award TUG its costs and expenses; and

4.      That the Court award further relief as deemed just and proper.

DATE:  November 9, 2017          **ALLEN & OVERY LLP**

By:  *s/ John Roberti*
John Roberti (*pro hac vice*)
Erik Raven-Hansen (*pro hac vice*)
1101 New York Avenue N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
Email: john.roberti@allenovery.com
erik.raven-hansen@allenovery.com

**BUCHANAN INGERSOLL & ROONEY LLP**
Robert J. Parks, Esquire (Cal. Bar No. 103014)
Keith R. Solar, Esquire (Cal. Bar No. 120741)
600 West Broadway, Suite 1100
San Diego, CA 92101-3387

Tel: (619) 239-3898
Fax: (619) 702-3898
Email: robert.parks@bipc.com
keith.solar@bipc.com

*Counsel for Defendant Thai Union Group Public Company Limited*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that on November 9, 2017, I filed the foregoing answer with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

DATE:  November 9, 2017

**ALLEN & OVERY LLP**

By:  *s/ John Roberti*
John Roberti (*pro hac vice*)
Erik Raven-Hansen (*pro hac vice*)
John Terzaken (*pro hac vice*)
1101 New York Avenue N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
Email: john.roberti@allenovery.com
john.terzaken@allenovery.com
erik.raven-hansen@allenovery.com

**BUCHANAN INGERSOLL & ROONEY LLP**
Robert J. Parks, Esquire (Cal. Bar No. 103014)
Keith R. Solar, Esquire (Cal. Bar No. 120741)
600 West Broadway, Suite 1100
San Diego, CA 92101-3387
Tel: (619) 239-3898
Fax: (619) 702-3898
Email: robert.parks@bipc.com
keith.solar@bipc.com

*Counsel for Defendant Thai Union Group Public Company Limited*

3:15-md-2670-JLS-MDD