UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING SERVICE OF PROCESS**<br><br>(ECF No. 793) |

Presently before the Court is a Joint Motion by Plaintiff CVS Pharmacy, Inc. and Defendants Bumble Foods LLC, StarKist Co., Dongwon Industries Co., Ltd., Del Monte Corporation, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, and Thai Union Group PCL, (collectively, "Defendants"), to Amend the Order Granting the Joint Motion for Approval of Stipulation Regarding Service of Process, (ECF No. 764). (*See* ECF No. 793). The Parties stipulate as follows:

1. CVS's deadline to either file an amended complaint or provide notice to Defendants that it will not be filing an amended complaint is extended to February 1, 2018.

2. All deadlines set forth in the Court's Order Granting the Joint Motion for Approval of Stipulation Regarding Service of Process, (ECF No. 764), remain in place and will be triggered by either CVS's filing of an amended complaint

or providing notice that it will not be filing an amended complaint, as described above.

Good cause appearing, the Court **GRANTS** the Parties' Joint Motion

**IT IS SO ORDERED.**

Dated: January 19, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge