# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

The Court held a status conference on February 22, 2018 at 1:30 p.m. Prior to the status conference, the Parties submitted a Joint Agenda, (ECF No. 849). After reviewing the Joint Agenda and hearing argument at the status conference, the Court rules as follows.

As to the request for a centralized procedure for enforcement of subpoenas, the Court declines to establish a procedure at this time for enforcement of subpoenas in this district. As to the issue regarding notice of witnesses invoking the Fifth Amendment, the Parties took this issue off the table and the Court makes no order on this issue. As to the discovery status and future schedule, the Parties have stated they will inform the Court as to whether an extension for the Motions for Class Certification will be requested. The Parties also shall inform the Court of the proposed date of the next status conference.

**IT IS SO ORDERED.**

Dated: February 23, 2018

Hon. Janis L. Sammartino
United States District Judge