1
2
3
4
5
6    UNITED STATES DISTRICT COURT
7    SOUTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) **ORDER GRANTING THE CHEROKEE NATION'S AMENDED MOTION TO ASSIGN THE CHEROKEE NATION'S CLAIMS TO THE INDIRECT PURCHASER END PAYER PLAINTIFF TRACK** (ECF No. 798) |

Plaintiff The Cherokee Nation has filed a Motion to Assign The Cherokee Nation's Claims to the Indirect Purchaser End Payer Plaintiff Track, (ECF No. 798-1). The Cherokee Nation requests its claims be assigned to the Indirect Purchaser End Payer Plaintiff (EPP) track, but also that it be allowed to maintain and pursue its own Complaint. The Cherokee Nation argues its claims are "most closely aligned with those of the EPPs." (*Id.* at 3.)

As explained by The Cherokee Nation: its

suit is brought by the Attorney General of The Cherokee Nation, as *parens patriae*, on behalf of all citizens of the Cherokee Nation, as well as Cherokee Nation-owned businesses. While it is not a class action, and it does set forth claims under the laws of the Cherokee Nation, the claims arise out of the same underlying facts and circumstances as those raised by the EPPs.

(*Id.* at 3.) In order to ensure The Cherokee Nation's interests are fully protected, counsel for The Cherokee Nation and Lead Counsel for the EPPs have reached an agreement where

counsel for The Cherokee Nation may participate in decisions. (*Id.*) And, because The Cherokee Nation states its claims contain "different procedural and substantive issues" than the class claims, it argues it should be allowed to maintain and pursue its own Complaint or Amended Complaint. (*Id.* at 3–4.) The Cherokee Nation submits that Counsel for EPPs consents to its request. (*Id.* at 4.)

Defendants StarKist Co., Dongwon Industries Co. Ltd., Del Monte Corporation Bumble Bee Foods, LLC, Tri-Union Seafoods LLC, and Thai Union Group PCL (together "Defendants") have informed the Court they do not object to The Cherokee Nation's Motion. (ECF No. 828.) Defendants note that The Cherokee Nation's Amended Motion "does not appear to ask for any relief other than what is already contemplated by the Court's prior Order Appointing Interim Lead Counsel." (*Id.* at 2 (citing ECF No. 119).)

The Court agrees that The Cherokee Nation's claims fit most closely with those of EPPs, but permits The Cherokee Nation to maintain its own Complaint. Accordingly, the Court **GRANTS** The Cherokee Nation's Motion.

**IT IS SO ORDERED.**

Dated: February 23, 2018

Hon. Janis L. Sammartino
United States District Judge