# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This filing relates to:<br>ALL ACTIONS | Case No. 3:15-md-02670-JLS-MDD<br><br>**CLASS PLAINTIFFS' AND DEFENDANTS' JOINT SCHEDULING PROPOSAL IN RESPONSE TO THE COURT'S DIRECTIVE AT THE FEBRUARY 22, 2018 STATUS CONFERENCE** |

Pursuant to the Court's directive at the February 22, 2018 Status Conference, the Direct Purchaser Plaintiffs, End Purchaser Plaintiffs, and Commercial Food Preparer Plaintiffs (together, the "Class Plaintiffs") and StarKist Co., Dongwon Industries Co. Ltd., Bumble Bee Foods LLC, Tri-Union Seafoods Inc. d/b/a Chicken of the Sea, and Thai Union Group (collectively "Defendants") file the following joint proposal modifying the schedule to provide additional time by which to submit their motions for class certification. These modifications have a minor impact on the case deadlines. *See* Proposed Schedule below. Nonetheless, the Class Plaintiffs and Defendants understand the Direct Action Plaintiffs do not agree with this proposed schedule.

The joint scheduling proposal is as follows (which, for the Court's convenience in reviewing this proposal, marks out the deadlines in the current schedule, includes in bold the new proposed dates):

***

1. By ~~March 30,~~ **May 25, 2018**, Plaintiffs shall file and serve any motions for class certification and expert reports and backup data in support of such motions. Plaintiffs shall make such experts available for deposition.

2. By ~~August 3,~~ **September 28, 2018**, Defendants shall file and serve any oppositions to motions for class certification and expert reports and backup data in support of such motions. Defendants shall make such experts available for deposition.

3. By ~~September 14,~~ **November 2, 2018**, Plaintiffs shall file and serve replies to any oppositions to motions for class certification.

4. Plaintiffs' motions for class certification shall be heard on or about ~~October 18,~~ **December 6, 2018**, subject to the availability of the Court. Defendants are also available on December 7, subject to the availability of the Court, should the Court deem it appropriate to set a second day of hearings for the class certification motions and status conference.

5. By ~~September 23, 2018,~~ **November 23, 2018**, the parties shall complete fact discovery.

6. By ~~November 23,~~ **January 7, 2019**, Plaintiffs shall serve any initial expert reports.

7. Plaintiffs' experts must be made available for deposition no later than ~~December 21, 2018~~ **February 4, 2019**.

8. By ~~February 1,~~ **March 18, 2019**, Defendants shall serve any opposition expert reports.

9. Defendants' experts must be made available for deposition no later than this date ~~March 1,~~ **April 15, 2019**.

10. By ~~April 26,~~ **May 20, 2019**, Plaintiffs shall serve any rebuttal expert reports.

11. Plaintiffs' experts must be made available for deposition on any rebuttal

1 | report no later than ~~May 24,~~ **June 17, 2019**.

2 | 12. By ~~June 21,~~ **July 22, 2019**, the parties shall file and serve any dispositive motions.

4 | 13. By ~~August 9,~~ **September 10, 2019**, the parties shall file and serve any opposition(s) to dispositive motion(s).

6 | 14. By ~~September 13,~~ **October 15, 2019**, any party having filed and served a dispositive motion shall file and serve any reply to opposition(s).

8 | 15. The parties' dispositive motions shall be heard during the week of ~~October 25, 2019~~ **November 18, 2019**, subject to the availability of the Court.

*** 

The Class Plaintiffs and Defendants are also contemporaneously lodging a proposed order with the Court.

Dated: March 14, 2018

Respectfully submitted,

By: *s/ Bonny E. Sweeney*
Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Samantha J. Stein
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: bsweeney@hausfeld.com
E-mail: clebsock@hausfeld.com
E-mail: sstein@hausfeld.com

Michael D. Hausfeld
James J. Pizzirusso
HAUSFELD LLP
1700 K Street NW, Suite 650

By: *s/ Betsy C. Manifold*\*
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
Brittany N. Dejong
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Fred Taylor Isquith
isquith@whafh.com
Thomas H. Burt

|   |   |   |
|---|---|---|
| 1 | Washington, DC 20006 | burt@whafh.com |
| 2 | Telephone: (202) 540-7200 | 270 Madison Avenue |
|   | Facsimile: (202) 540-7201 | New York, New York 10016 |
| 3 | E-mail: mhausfeld@hausfeld.com | Telephone: 212/545-4600 |
| 4 | E-mail: jpizzirusso@hausfeld.com | Facsimile: 212/545-4653 |

1 Washington, DC 20006
2 Telephone: (202) 540-7200
  Facsimile: (202) 540-7201
3 E-mail: mhausfeld@hausfeld.com
4 E-mail: jpizzirusso@hausfeld.com

burt@whafh.com
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

***Interim Lead Counsel for the Direct Purchaser Class***

By: *s/ Peter Gil-Montllor**
Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO, GILBERT & LADUCA LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

Peter Gil-Montllor
CUNEO, GILBERT & LADUCA LLP
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: 202-789-3960
pgil-montllor@cuneolaw.com

***Interim Lead Counsel for the Commercial Food Preparer Class***

By: */s Kenneth A. Gallo**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kenneth A. Gallo (NY 4484457)
Michelle K. Parikh (NY 4293460)

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
Theodore B. Bell
tbell@qhafh.com
Carl Malmstrom
malmstrom@whafh.com
70 West Madison Street, Suite 1400
Telephone: 312/984-0000
Facsimile: 312/212-4401

***Interim Lead Counsel for the End Payer Plaintiffs***

By: */s Ashley M. Bauer**
LATHAM &WATKINS LLP
Alfred C. Pfeiffer (Cal. Bar No. 120965)
Christopher S. Yates (Cal. Bar No. 161273)
Belinda S Lee (Cal. Bar No. 199635)
Niall E. Lynch (Cal. Bar No. 157959)
Ashley M. Bauer (Cal. Bar No. 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
E-mail: Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

***Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.***

|   |   |
|---|---|
| Joseph J. Bial (NY 4151528)<br>Heather C. Milligan (NY 5460829)<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: 202-223-7356<br>Facsimile: 202-204-7356<br>Email: kgallo@paulweiss.com<br>Email: mparikh@paulweiss.com<br>Email: jbial@paulweiss.com<br>Email: hmilligan@paulweiss.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>William B. Michael (NY 4296356)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: 212-373-3648<br>Facsimile: 212-492-0648<br>Email: wmichael@paulweiss.com<br><br>***Counsel for Defendant Bumble Bee Foods, LLC*** | By: s/ *John Roberti\**<br>ALLEN & OVERY LLP<br>John Roberti, Esquire<br>Erik Raven-Hansen, Esquire<br>1101 New York Avenue N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 683-3800<br>Facsimile: (202) 683-3999<br>john.roberti@allenovery.com<br>erik.ravenhansen@allenovery.com<br><br>***Counsel for Defendants Tri-Union Seafoods LLC and Thai Union Group PCL***<br><br>By: s/ *Barbara Sicalides\**<br>PEPPER HAMILTON LLP<br>Barbara Sicalides, Esquire<br>Barak Bassman, Esquire<br>18th and Arch Streets<br>3000 Two Logan Square<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>sicalidesb@pepperlaw.com<br>bassmanb@pepperlaw.com<br><br>***Counsel for Defendant Del Monte Corporation***<br><br>***\* signed with permission*** |

|   |   |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby |
| 3 | certify that authorization for filing this document has been obtained from the |
| 4 | signatories shown above, and that all signatories have authorized placement of their |
| 5 | electronic signature on this document. |

By: s/ *Bonny E. Sweeney*
Bonny E. Sweeney
*Interim Lead Counsel for the Direct Purchaser Class Plaintiffs Track*
Hausfeld LLP
bsweeney@hausfeld.com

# CERTIFICATE OF SERVICE

I certify that on March 14, 2018, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

By: s/ *Bonny E. Sweeney*
Bonny E. Sweeney
*Interim Lead Counsel for the Direct Purchaser Class Plaintiffs Track*
Hausfeld LLP
bsweeney@hausfeld.com