# Exhibit 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 15-md-2670-JLS-MDD<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULE** |

Good cause appearing, the Court hereby **ORDERS** as follows:

1. By May 4, 2018, Plaintiffs shall file and serve any motions for class certification and expert reports and backup data in support of such motions. Plaintiffs shall make such experts available for deposition.

2. By September 7, 2018, Defendants shall file and serve any oppositions to motions for class certification and expert reports and backup data in support of such motions. Defendants shall make such experts available for deposition.

3. By October 12, 2018, Plaintiffs shall file and serve replies to any oppositions to motions for class certification.

4. Plaintiffs' motions for class certification shall be heard on or about October 26, 2018, subject to the availability of the Court.

|   |   |
|---|---|
| 1 | 5.  By September 28, 2018, the parties shall complete fact discovery. |
| 2 | 6.  By November 23, 2018, Plaintiffs shall serve any initial expert reports. |
| 3 | 7.  Plaintiffs' experts must be made available for deposition no later than December 21, 2018. |
| 5 | 8.  By February 1, 2019, Defendants shall serve any opposition expert reports. |
| 7 | 9.  Defendants' experts must be made available for deposition no later than March 1, 2019. |
| 9 | 10. By April 26, 2019, Plaintiffs shall serve any rebuttal expert reports. |
| 10 | 11. Defendants may depose Plaintiffs' expert witness(es) on any rebuttal report before May 24, 2019. |
| 12 | 12. By June 21, 2019, the parties shall file and serve any dispositive motions. |
| 13 | 13. By August 9, 2019, the parties shall file and serve any opposition(s) to dispositive motion(s). |
| 15 | 14. By September 13, 2019, any party having filed and served a dispositive motion shall file and serve any reply to opposition(s). |
| 17 | 15. The parties' dispositive motions shall be heard on October 25, 2019, subject to the availability of the court. |

**IT IS SO ORDERED**.

Dated: _____

Hon. Janis L. Sammartino
United States District Judge

575461.1

[PROPOSED] ORDER                                      Case No: 15-md-2670-JLS-MDD