# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT SCHEDULING PROPOSAL**<br><br>(ECF No. 876) |

All Parties have proposed a scheduling order for future proceedings, (ECF No. 876). The Court **ADOPTS** the proposed scheduling order.[1] The schedule is as follows:

1. By **May 29, 2018**, Plaintiffs shall file and serve any motions for class certification and expert reports and backup data in support of such motions. Plaintiffs shall make such experts available for deposition.

2. By **October 2, 2018**, Defendants shall file and serve any oppositions to motions for class certification and expert reports and backup data in support of such motions. Defendants shall make such experts available for deposition.

3. By **November 13, 2018**, Plaintiffs shall file and serve replies to any oppositions to motions for class certification.

4. Plaintiffs' motions for class certification shall be heard on or about **December 20, 2018 at 9:00 a.m.**

5. By **November 27, 2018**, the Parties shall complete fact discovery.

6. By **January 22, 2019**, Plaintiffs shall serve any initial expert reports.

---

[1] Accordingly, the Court **DENIES AS MOOT** the previous proposed scheduling order, (ECF No. 871), which has been superseded by the present proposal.

7. Plaintiffs' experts must be made available for deposition no later than **February 19, 2019**.

8. By **April 2, 2019**, Defendants shall serve any opposition expert reports.

9. Defendants' experts must be made available for deposition no later than **April 30, 2019**.

10. By **June 25, 2019**, Plaintiffs shall serve any rebuttal expert reports.

11. Plaintiffs' experts must be made available for deposition on any rebuttal report no later than **July 23, 2019**.

12. By **August 20, 2019**, the Parties shall file and serve any dispositive motions.

13. By **October 8, 2019**, the Parties shall file and serve any opposition(s) to dispositive motion(s).

14. By **November 12, 2019**, any Party having filed and served a dispositive motion shall file and serve any reply to opposition(s).

15. The Parties' dispositive motions shall be heard on **December 19, 2019 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:  March 19, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge