# APPENDIX A

# Appendix A

*In re: Packaged Seafood Products Antitrust Litigation*
**Cast of Characters**

## *Persons Criminally Charged*

| First Name | Last Name | Position | Position with Other Defendant | Status |
|---|---|---|---|---|
| **Walter Scott** | **Cameron** | **Bumble Bee** – Former Senior Vice-President of Sales | | Guilty |
| **Steve** | **Hodge** | **StarKist** - former Senior Vice-President of Sales (2010-13) | | Guilty |
| **Kenneth** | **Worsham** | **Bumble Bee** - former Senior Vice-President of Trade Marketing | | Guilty |
| **Chris** | **Lischewski** | **Bumble Bee** - President and Chief Executive Officer (1999 - 2018) | **StarKist** - former Vice President of **StarKist** Procurement and Business Development (1991-98) | Indicted |

## *Other Persons of Key Interest*

| First Name | Last Name | Position | Position with Other Defendant |
|---|---|---|---|
| **Don** | **Binotto** | **StarKist** - CEO (2008-10) | |
| **Bruce** | **Bollmer** | **StarKist** - former Regional Sales Manager | **COSI** (1997-2011) and **Bumble Bee** (1980-97) |
| **David** | **Burt** | **Bumble Bee** – Senior Vice President of Sales (replaced Cameron) | |
| **Morrie** | **Callaghan** | **Bumble Bee** - Senior Vice-President | |

- 1 -

No. 15-MD-2670 JLS (MDD)

- 2 -

| First Name | Last Name | Position | Position with Other Defendant |
|---|---|---|---|
| Shue Wing | Chan | **COSI** - CEO (2007 - 2016) | |
| Thiraphong | Chansiri | **TUG** - President and CEO; Chairman of Board of Directors (1996 - present) | |
| In Soo | Cho | **StarKist** - former CEO and President (2011-12) | |
| Andrew | Choe | **StarKist** - President and CEO (2014 - now); former Senior Vice- President of its supply chain and Director of Strategic Planning and Development (2012-14) | **Dongwon** - former Executive |
| Joseph | Clancy | **COSI** - Vice-President of Retail Sales (2002-10) | **StarKist** - former Vice-President of Sales & Marketing (1985-2002) |
| James ("Jim") | Cox | **COSI** - Vice-President of Operations and Director of Engineering and Purchasing | |
| John | DeBeer | **COSI** - Vice-President of Operations and Quality Assurance, etc. (2006-present) | **Bumble Bee** - former Vice- President of Technical Services (2000-06) |
| Donald | Gallagher | **Bumble Bee** - Vice-President of Seafood Sales | **StarKist** - former Vice-President of Sales |
| Don | George | **Bumble Bee** - Vice-President of Marketing | **COSI** - former Senior Vice- President of Marketing and Innovation |

| First Name | Last Name | Position | Position with Other Defendant |
|---|---|---|---|
| **Sheri** | **Glazebrook** | **Bumble Bee** - Vice-President/General Manager | |
| **Chuck** | **Handford** | **StarKist** - former Vice- President of Trade Marketing (2008-11) | |
| **Douglas** | **Hines** | **Bumble Bee** - Executive Vice-President and COO | |
| **Kevin** | **McClain** | **Bumble Bee** - Vice-President of Resourcing (2009 - present) | **COSI** - former Vice-President of Procurement and Supply Chain (1979-2009) |
| **David** | **Melbourne** | **Bumble Bee** - Senior Vice-President of Consumer Marketing (2005 - present) | |
| **Barry** | **Mills** | **StarKist** - Former General Manager of **StarKist** Samoa | |
| **Anthony** | **Montoya** | **COSI** - Senior Vice-President of Sales | |
| **Melissa** | **Murphy** | **StarKist** - Senior Vice- President of Corporate Affairs and Human Resources (2008-12) | **Del Monte** -Vice-President of Corporate Communications (2003-08) |
| **Dennis** | **Mussell** | **COSI** - Former President and CEO (1988 - 2005) | |
| **Ingu** | **Park** | **StarKist** - Chairman of Board of Directors; former acting President (2010-11) | **Dongwon** - former Vice-Chairman of **Dongwon** Enterprises |

- 3 -

| First Name | Last Name | Position | Position with Other Defendant |
|---|---|---|---|
| **Darren** | **Parsons** | **COSI** - Vice-President Retail Sales and Business Development (2016 - present); Vice-President of Trade Marketing (2008 - present), etc. | |
| **Bruce** | **Reynolds** | **COSI** – Former Vice-President of Sales (retired 2008) | |
| **John** | **Sawyer** | **COSI** - former Senior Vice-President of Sales and Marketing (2006-13) | |
| **Jan** | **Tharp** | **Bumble Bee** – Acting CEO, former COO and Executive Vice-President (2012 - 2018); former Senior Vice-President of Operations (2010-12) | **StarKist** - former Supply Chain Vice-President (2008-10) |
| **Hubert** | **Tucker** | **StarKist** - Director of Sales Eastern Zone (2012 – present) | **COSI** - former Southern Regional Sales Manager (1997-2012) |
| **Joe** | **Tuza** | **StarKist** - former Senior Vice-President (2008-11) | **Del Monte** - former Vice-President and Director of Marketing (2006-08) |
| **Michael** | **White** | **COSI** - former Director of Marketing | |
| **Robert ("Bob")** | **Worsham** | **StarKist** - former Pricing Consultant | |

799519

- 4 -

No. 15-MD-2670 JLS (MDD)