1  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
2  RACHELE R. RICKERT (190634)
   rickert@whafh.com
3  MARISA C. LIVESAY (223247)
   livesay@whafh.com
4  BRITTANY N. DEJONG (258766)
   dejong@whafh.com
5  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
6  750 B Street, Suite 2770
   San Diego, CA 92101
7  Telephone:  619/239-4599
   Facsimile:   619/234-4599
8
   Interim Lead Counsel
9  for the End Payer Plaintiffs

10            UNITED STATES DISTRICT COURT

11          SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 | Case No.: 15-MD-2670 JLS (MDD) |
| 13  IN RE:  PACKAGED SEAFOOD ANTITRUST LITIGATION | **DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| 14 | |
| 15 | |
| 16 | DATE:          December 20, 2018 |
| 17 | TIME:          9:00 a.m. |
| 18  This Document Relates to: | JUDGE:      Hon. Janis L. Sammartino |
| | COURT:     4D (4th Floor - Schwartz) |
| 19        The Indirect Purchaser End Payer Actions | |
| 20 | |
| 21 | |
| 22 | |

23

24

25

26

27

28

1    I, Betsy C. Manifold, declare as follows:

2    1.    I am an attorney duly licensed to practice before all the courts of the

3    State of California.  I am a member of the law firm Wolf Haldenstein Adler

4    Freeman & Herz LLP ("Wolf Haldenstein"), Interim Lead Counsel for the proposed

5    Class of Indirect End Payer Plaintiffs ("EPPs").  I submit this declaration in support

6    of the EPPs' Motion for Class Certification.  I have personal knowledge of the

7    matters stated herein and, if called upon, I could and would competently testify

8    thereto.

9    2.    On March 24, 2016, this Court appointed Wolf Haldenstein as Interim

10   Lead Counsel to represent the interests of the proposed EPP class.  Dkt. No. 119.

11   3.    Since appointment, Interim Lead Counsel has diligently conducted the

12   litigation for the benefit of the proposed EPP class, including successfully opposing

13   multiple motions to dismiss by the Defendants (January 3, 2017 and March 14, 2017

14   Orders Granting in Part and Denying in Part Defendants' Joint Motions to Dismiss,

15   Dkt. Nos. 283 & 295), and adding as defendants the "Lion" entities Lion Capital

16   LLP, Lion Capital (Americas), Inc., and Big Catch Cayman LP a/k/a Lion/Big Catch

17   Cayman LP, which are the owners of defendant Bumble Bee.  Dkt. No. 884.  In

18   doing so, Interim Lead Counsel has sharpened the focus of the claims of the

19   proposed EPP Class in accordance with this Court's holdings, all while providing

20   counsel to the growing number of proposed EPP Class Representatives.  *Compare*

21   Dkt. No. 149 (EPPs' Consolidated Complaint on behalf of 54 individual consumers

22   who were citizens of 31 different states proposed to serve as named plaintiffs on

23   behalf of a nationwide class and 30 different statewide classes) *with* Dkt. No. 888

24   (EPP's Fourth Consolidated Amended Class Action Complaint with 73 individual

25   consumers proposed to serve as named plaintiffs on behalf of consumers in a

26   Cartwright Act class and 32 individual state classes).

27

28

No. 15-MD-2670 JLS (MDD)

4.      In doing so, Interim Lead Counsel has also negotiated with Defendants as well as the other plaintiff tracks on this MDL to organize and coordinate scheduling and discovery related issues.

5.      Interim Lead Counsel has also attentively marshalled wide ranging and extensive discovery by reviewing the massive production made by Defendants and nonparties, preparing documents for production from the proposed EPP Class Representatives to Defendants, as well as coordinating depositions of both the proposed EPP Class Representatives and representatives of Defendants.

6.      To date, depositions of the following proposed EPP Class Representatives have been taken by Defendants:

| Deposition Date | Name |
| --- | --- |
| January 11, 2018 | Corey Norris |
| January 12, 2018 | Andrew Gorman |
| March 15, 2018 | Jennifer Nelson |
| March 21, 2018 | Laura Childs |
| March 23, 2018 | Lisa Hall |
| April 3, 2018 | Mary Hudson |
| April 5, 2018 | Rick Musgrave |
| April 12, 2018 | Bonnie Vander Laan |
| April 18, 2018 | Barbara Olson |
| April 20, 2018 | Kathy Durand (Gore) |
| April 24, 2018 | Carla Lown |
| May 2, 2018 | Gay Birnbaum |

7.      Each of the proposed EPP Class Representatives has executed a Declaration in support of the Motion for Class Certification.  A true and correct copy of each such declaration is attached hereto as **Exhibits 1-65**.

- 2 -

No. 15-MD-2670 JLS (MDD)

8. My firm is fully committed to continuing to devote the necessary time and resources to vigorously prosecuting the claims of the proposed EPP class. Wolf Haldenstein has a national reputation for excellence and success in complex class and antitrust litigation, as set forth in the Firm Resume, a true and correct copy of which is attached hereto as **Exhibit 66**.

9. For the Court's convenience, attached hereto as **Exhibit 67** is a true and correct copy of Appendix A, a chart outlining on a state by state basis: (1) the transactional data supporting numerosity; and (2) the Declarations provided by each proposed EPP Class Representative demonstrating adequacy in support of certification of the class.

10. Also for the Court's convenience, attached hereto as **Exhibit 68** is a true and correct copy of Appendix B, a chart listing relevant federal and state court decisions certifying indirect purchaser classes under the antitrust or consumer protection laws of the same 32 states applicable to the proposed EPP Class.

11. Attached hereto as **Exhibit 69** is a true and correct copy of *Microsoft I-V Cases,* J.C.C.P. No. 4106, Trade Regulation Reports at 88,560 (S.F. Super. Ct. Aug. 29, 2000).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of May, 2018 at San Diego, California.

_____*s/ Betsy C. Manifold*_____
BETSY C. MANIFOLD

TUNA: 24642

- 3 -

No. 15-MD-2670 JLS (MDD)