# EXHIBIT 1

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 3:15-MD-2670 JLS (MDD) |
| | **DECLARATION OF  LOUISE ADAMS IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| This Document Relates to: | DATE: |
| | TIME: |
| All Indirect Purchaser End Payer Class | JUDGE:    Hon. Janis L. Sammartino |
| | COURT:    4A (4th Floor - Schwartz) |

No. 3:15-MD-2670 JLS (MDD)

I, Louise Adams, declare as follows:

1.      I am a named Plaintiff and proposed Class Representative in the above-entitled class action.  I make this declaration in support of End Payer Plaintiffs' ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.      I live in Sault Ste. Marie, Michigan. I have lived in Michigan for 43 years.  I am a homemaker.  I am seeking to act as a Class Representative on behalf of myself and others who purchased canned tuna from at least one of the Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

3.      During the Class Period, I purchased StarKist tuna on approximately a quarterly basis for household use.

4.      I understand that, if appointed to act as a Class Representative, I would be representing the interests of all persons who purchased canned tuna in Michigan during the Class Period as well as a class of people of numerous other states who overpaid for canned tuna.  I also understand that it is my obligation as a Class Representative to act in the best interests of the entire class and to continue to assist counsel for the class in the case. I am fully prepared to undertake these obligations and there are no impediments to my doing so.

5.      Based on the foregoing, I respectfully request that this Court grant my Motion for Class Certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of March, 2018, in Sault Ste. Marie, Michigan.

_____
Louise Adams

TUNA: whafhch55352

- 1 -

No. 3:15-MD-2670 JLS (MDD)

# EXHIBIT 2

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) |
| | **DECLARATION OF NAY ALIDAD IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| This Document Relates to: | DATE: |
| | TIME: |
| All Indirect Purchaser End Payer Class | JUDGE:   Hon. Janis L. Sammartino |
| | COURT:   4A (4th Floor - Schwartz) |

No. 15-MD-2670 JLS (MDD)

I, Nay Alidad, declare as follows:

1.     I am a named Plaintiff and proposed Class Representative in the above-entitled class action. I make this declaration in support of End Payer Plaintiffs' ("EPP's") Motion for Class Certification. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.     I live in Las Vegas, Nevada. I have lived in Nevada for almost 6 years. I am a stay at home mother. I am seeking to act as a Class Representative on behalf of myself and others who purchased canned tuna from at least one of the Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

3.     During the Class Period, I purchased Bumble Bee tuna approximately every week.

4.     I understand that, if appointed to act as a Class Representative, I would be representing the interests of all persons who purchased canned tuna in Nevada during the Class Period as well as a class of people of numerous other states who overpaid for canned tuna. I also understand that it is my obligation as a Class Representative to act in the best interests of the entire class and to continue to assist counsel for the class in the case. I am fully prepared to undertake these obligations and there are no impediments to my doing so.

5.     Based on the foregoing, I respectfully request that this Court grant my Motion for Class Certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4 day of March , 2018, in Las Vegas, Nevada.

_____
Nay Alidad

47371

- 2 -

No. 15-MD-2670 JLS (MDD)

# EXHIBIT 3

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:   619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) |
| | **DECLARATION OF JESSICA BARTLING IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| | DATE: |
| This Document Relates to: | TIME: |
| | JUDGE: Hon. Janis L. Sammartino |
| All Indirect Purchaser End Payer Class | COURT: 4A (4th Floor - Schwartz) |

No. 15-MD-2670 JLS (MDD)

1    I, Jessica Bartling, declare as follows:

2    1.    I am a named Plaintiff and proposed Class Representative in the above-
3    entitled class action.  I make this declaration in support of End Payer Plaintiffs'
4    ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts
5    stated in this declaration, and, if called as a witness, I could and would competently
6    testify thereto.

7    2.    I live in Milford, New Hampshire. I have lived in New Hampshire for
8    14 years. I am a part-time teacher. I am seeking to act as a Class Representative on
9    behalf of myself and others who purchased canned tuna from at least one of the
10   Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

11   3.    During the Class Period, I purchased Bumble Bee tuna on
12   approximately a monthly basis.

13   4.    I understand that, if appointed to act as a Class Representative, I would
14   be representing the interests of all persons who purchased canned tuna in New
15   Hampshire during the Class Period as well as a class of people of numerous other
16   states who overpaid for canned tuna. I also understand that it is my obligation as a
17   Class Representative to act in the best interests of the entire class and to continue to
18   assist counsel for the class in the case. I am fully prepared to undertake these
19   obligations and there are no impediments to my doing so.

20   5.    Based on the foregoing, I respectfully request that this Court grant my
21   Motion for Class Certification.

22   I declare under penalty of perjury that the foregoing is true and correct.
23   Executed this ____ day of May, 2018, in Milford, New Hampshire.

24

25

26                                                  5/15/18
27                         Jessica Bartling

28   TUNA: 24081

No. 15-MD-2670 JLS (MDD)

- 1 -

# EXHIBIT 4

1  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
2  RACHELE R. RICKERT (190634)
   rickert@whafh.com
3  MARISA C. LIVESAY (223247)
   livesay@whafh.com
4  **WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
5  750 B Street, Suite 2770
   San Diego, CA 92101
6  Telephone:  619/239-4599
   Facsimile:  619/234-4599
7
8  *Interim Lead Counsel for the End Payer Plaintiffs*

9             UNITED STATES DISTRICT COURT
10          SOUTHERN DISTRICT OF CALIFORNIA

11  IN RE: PACKAGED SEAFOOD            ) Case No.: 15-MD-2670 JLS (MDD)
12  PRODUCTS ANTITRUST                 )
    LITIGATION                         ) **DECLARATION OF  GAY S.**
13                                     ) **BIRNBAUM IN SUPPORT OF**
                                       ) **INDIRECT PURCHASER END**
14                                     ) **PAYER PLAINTIFFS ("EPP")**
                                       ) **MOTION FOR CLASS**
15                                     ) **CERTIFICATION**
16  _____   )
                                       ) DATE:
17  This Document Relates to:          ) TIME:
                                       ) JUDGE:    Hon. Janis L. Sammartino
18  All Indirect Purchaser End Payer Class ) COURT:    4A (4th Floor - Schwartz)
19                                     )
20                                     )
21  _____   )
22
23
24
25
26
27
28
                                            No. 15-MD-2670 JLS (MDD)

I, Gay S. Birnbaum, declare as follows:

1.      I am a named Plaintiff and proposed Class Representative in the above-entitled class action.  I make this declaration in support of End Payer Plaintiffs' ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.      I live in Hilton Head, South Carolina. I have lived in South Carolina for more than fifteen years.  I am retired. I am seeking to act as a Class Representative on behalf of myself and others who purchased canned tuna from at least one of the Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

3.      During the Class Period, I purchased Bumble Bee, Chicken of the Sea and Starkist Tuna on approximately a monthly basis.

4.      I understand that, if appointed to act as a Class Representative, I would be representing the interests of all persons who purchased canned tuna in South Carolina during the Class Period as well as a class of people of numerous other states who overpaid for canned tuna.  I also understand that it is my obligation as a Class Representative to act in the best interests of the entire class and to continue to assist counsel for the class in the case. I am fully prepared to undertake these obligations and there are no impediments to my doing so.

5.      Based on the foregoing, I respectfully request that this Court grant my Motion for Class Certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April, 2018, in Hilton Head, South Carolina.

_____
/ Gay S. Birnbaum

TUNA: 24081

No. 15-MD-2670 JLS (MDD)

- 1 -

# EXHIBIT 5

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) |
| | **DECLARATION OF  BARBARA BLUMSTEIN IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| This Document Relates to: | DATE: |
| | TIME: |
| All Indirect Purchaser End Payer Class | JUDGE:   Hon. Janis L. Sammartino |
| | COURT:   4A (4th Floor - Schwartz) |

No. 15-MD-2670 JLS (MDD)

I, Barbara Blumstein, declare as follows:

1.      I am a named Plaintiff and proposed Class Representative in the above-entitled class action.  I make this declaration in support of End Payer Plaintiffs' ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.      I live in Highland Beach, FL.  I have lived in Florida for twenty-five years.  I am retired. I am seeking to act as a Class Representative on behalf of myself and others who purchased canned tuna from at least one of the Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

3.      During the Class Period, I purchased Bumble Bee tuna on a monthly basis.

4.      I understand that, if appointed to act as a Class Representative, I would be representing the interests of all persons who purchased canned tuna in Florida during the Class Period as well as a class of people of numerous other states who overpaid for canned tuna.  I also understand that it is my obligation as a Class Representative to act in the best interests of the entire class and to continue to assist counsel for the class in the case. I am fully prepared to undertake these obligations and there are no impediments to my doing so.

5.      Based on the foregoing, I respectfully request that this Court grant my Motion for Class Certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⟲ day of _March_, 2018, in Highland Beach, Florida

_____
Barbara Blumstein

TUNA: 24081

- 1 -

No. 15-MD-2670 JLS (MDD)

# EXHIBIT 6

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) |
| | **DECLARATION OF  MELISSA BOWMAN IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| | DATE:<br>TIME:<br>JUDGE:   Hon. Janis L. Sammartino<br>COURT:   4A (4th Floor - Schwartz) |
| This Document Relates to:<br><br>All Indirect Purchaser End Payer Class | |

No. 15-MD-2670 JLS (MDD)

1   I, Melissa Bowman, declare as follows:

2    1.  I am a named Plaintiff and proposed Class Representative in the above-

3 entitled class action.  I make this declaration in support of End Payer Plaintiffs'

4 ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts

5 stated in this declaration, and, if called as a witness, I could and would competently

6 testify thereto.

7    2.  I live in Omaha, Nebraska. I have lived in Nebraska for more than five

8 and a half years.  I work as an administrative assistant for Vacanti Real Estate

9 Companies. I am seeking to act as a Class Representative on behalf of myself and

10 others who purchased canned tuna from at least one of the Defendants, Bumble Bee,

11 Chicken of the Sea and StarKist, during the Class Period .

12    3.  During the Class Period, I purchased Starkist Tuna on approximately a

13 monthly basis.

14    4.  I understand that, if appointed to act as a Class Representative, I would

15 be representing the interests of all persons who purchased canned tuna in Nebraska

16 during the Class Period as well as a class of people of numerous other states who

17 overpaid for canned tuna.  I also understand that it is my obligation as a Class

18 Representative to act in the best interests of the entire class and to continue to assist

19 counsel for the class in the case. I am fully prepared to undertake these obligations

20 and there are no impediments to my doing so.

21    5.  Based on the foregoing, I respectfully request that this Court grant my

22 Motion for Class Certification.

23   I declare under penalty of perjury that the foregoing is true and correct.

24 Executed this 9th day of April, 2018, in Omaha, Nebraska.

25

26           Melissa Bowman

27

28 TUNA: 24081

No. 15-MD-2670 JLS (MDD)

- 1 -

# EXHIBIT 7

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) |
| | **DECLARATION OF MICHAEL BUFF IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| | DATE: |
| | TIME: |
| | JUDGE: Hon. Janis L. Sammartino |
| | COURT: 4A (4th Floor - Schwartz) |
| This Document Relates to: | |
| All Indirect Purchaser End Payer Class | |

15-MD-2670 JLS (MDD)

DECLARATION OF MICHAEL BUFF

1   I, Michael Buff, declare as follows:

2   1.   I am a named Plaintiff and proposed Class Representative in the above-
3   entitled class action.  I make this declaration in support of End Payer Plaintiffs'
4   ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts
5   stated in this declaration, and, if called as a witness, I could and would competently
6   testify thereto.

7   2.   I live in Albany, New York. I have lived in New York for 71 years.  I am
8   currently retired.  I am seeking to act as a Class Representative on behalf of myself
9   and others who purchased canned tuna from at least one of the Defendants, Bumble
10   Bee, Chicken of the Sea and StarKist, during the Class Period.

11   3.   During the Class Period, I purchased two cans of tuna of StarKist,
12   Bumble Bee, or Chicken of the Sea tuna approximately twice per month from January
13   2000 to the present.  The brand of tuna I purchased varied depending on the price of
14   each and sales discounts offered.

15   4.   I understand that, if appointed to act as a Class Representative, I would
16   be representing the interests of all persons who purchased canned tuna in New York
17   during the Class Period as well as a class of people of numerous other states who
18   overpaid for canned tuna.  I also understand that it is my obligation as a Class
19   Representative to act in the best interests of the entire class and to continue to assist
20   counsel for the class in the case. I am fully prepared to undertake these obligations
21   and there are no impediments to my doing so.

22   5.   Based on the foregoing, I respectfully request that this Court grant my
23   Motion for Class Certification.

24   I declare under penalty of perjury that the foregoing is true and correct.
25   Executed this/2 day of /3 4 ., 2018, in Albany, New York.

26

27

28   _Michael Buff_

TUNA: 24081

- 1 -                    15-MD-2670 JLS (MDD)
DECLARATION OF MICHAEL BUFF

# EXHIBIT 8

1  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
2  RACHELE R. RICKERT (190634)
   rickert@whafh.com
3  MARISA C. LIVESAY (223247)
   livesay@whafh.com
4  **WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
5  750 B Street, Suite 2770
   San Diego, CA 92101
6  Telephone:   619/239-4599
   Facsimile:   619/234-4599
7

8  *Interim Lead Counsel for the End Payer Plaintiffs*

9

            UNITED STATES DISTRICT COURT
10
           SOUTHERN DISTRICT OF CALIFORNIA
11

12 | IN RE:  PACKAGED SEAFOOD          ) Case No.: 15-MD-2670 JLS (MDD)
   | PRODUCTS ANTITRUST               )
13 | LITIGATION                       ) **DECLARATION OF SCOTT**
   |                                  ) **CALDWELL IN SUPPORT OF**
14 |                                  ) **INDIRECT PURCHASER END**
   |                                  ) **PAYER PLAINTIFFS ("EPP")**
15 |                                  ) **MOTION FOR CLASS**
   |                                  ) **CERTIFICATION**
16 |                                  )
   |                                  ) DATE:
17 |                                  ) TIME:
   | This Document Relates to:        ) JUDGE:     Hon. Janis L. Sammartino
18 |                                  ) COURT:     4A (4th Floor - Schwartz)
   | All Indirect Purchaser End Payer Class )
19 |                                  )
   |                                  )
20 |                                  )
   |                                  )
21 |                                  )
   |                                  )
22 |                                  )

23

24

25

26

27

28

                                      No. 15-MD-2670 JLS (MDD)

I, Scott Caldwell, declare as follows:

1.     I am a named Plaintiff and proposed Class Representative in the above-entitled class action.  I make this declaration in support of End Payer Plaintiffs' ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.     I live in Middleton, Massachusetts.  I have lived in Massachusetts for approximately five to six years.  I am currently the full-time caretaker of my sister.  I am seeking to act as a Class Representative on behalf of myself and others who purchased canned tuna from at least one of the Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

3.     During the Class Period, I purchased Starkist, Bumble Bee and Chicken of the Sea tuna on approximately a monthly basis.

4.     I understand that, if appointed to act as a Class Representative, I would be representing the interests of all persons who purchased canned tuna in Massachusetts during the Class Period as well as a class of people of numerous other states who overpaid for canned tuna.  I also understand that it is my obligation as a Class Representative to act in the best interests of the entire class and to continue to assist counsel for the class in the case.  I am fully prepared to undertake these obligations and there are no impediments to my doing so.

5.     Based on the foregoing, I respectfully request that this Court grant my Motion for Class Certification.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of February 2018, in Middleton, Massachusetts.

_____
Scott Caldwell

TUNA: 24081

- 1 -

No. 15-MD-2670 JLS (MDD)

# EXHIBIT 9

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 3:15-MD-2670 JLS (MDD) |
| | **DECLARATION OF JADE CANTERBURY IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| This Document Relates to: | DATE: |
| | TIME: |
| All Indirect Purchaser End Payer Class | JUDGE:   Hon. Janis L. Sammartino |
| | COURT:   4A (4th Floor - Schwartz) |

No. 3:15-MD-2670 JLS (MDD)

1    I, Jade Canterbury, declare as follows:

2        1.    I am a named Plaintiff and proposed Class Representative in the above-

3  entitled class action.  I make this declaration in support of End Payer Plaintiffs'

4  ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts

5  stated in this declaration, and, if called as a witness, I could and would competently

6  testify thereto.

7        2.    I live in Union, West Virginia.  I have lived in West Virginia for 33

8  years.  I am a stay-at-home mother. I am seeking to act as a Class Representative on

9  behalf of myself and others who purchased canned tuna from at least one of the

10  Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

11        3.    During the Class Period, I purchased Bumble Bee and StarKist tuna on

12  a periodic basis until 2015.

13        4.    I understand that, if appointed to act as a Class Representative, I would

14  be representing the interests of all persons who purchased canned tuna in West

15  Virginia during the Class Period as well as a class of people of numerous other

16  states who overpaid for canned tuna.  I also understand that it is my obligation as a

17  Class Representative to act in the best interests of the entire class and to continue to

18  assist counsel for the class in the case. I am fully prepared to undertake these

19  obligations and there are no impediments to my doing so.

20        5.    Based on the foregoing, I respectfully request that this Court grant my

21  Motion for Class Certification.

22        I declare under penalty of perjury that the foregoing is true and correct.

23  Executed this 2nd day of March, 2018, in Union, West Virginia

24

25                                                    _____
                                                          Jade Canterbury
26

27  TUNA: whafhch55349

28

- 1 -

No. 3:15-MD-2670 JLS (MDD)

# EXHIBIT 10

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:   619/239-4599
Facsimile:   619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 3:15-MD-2670 JLS (MDD) |
| | **DECLARATION OF LAURA CHILDS IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| This Document Relates to: | DATE:<br>TIME:<br>JUDGE:   Hon. Janis L. Sammartino<br>COURT:   4A (4th Floor - Schwartz) |
| All Indirect Purchaser End Payer Class | |

No. 3:15-MD-2670 JLS (MDD)

1   I, Laura Childs, declare as follows:

2   1.   I am a named Plaintiff and proposed Class Representative in the above-
3   entitled class action.  I make this declaration in support of End Payer Plaintiffs'
4   ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts
5   stated in this declaration, and, if called as a witness, I could and would competently
6   testify thereto.

7   2.   I live in St. Paul, Minnesota. I have lived in Minnesota for 12 years.  I
8   am employed part-time. I am seeking to act as a Class Representative on behalf of
9   myself and others who purchased canned tuna from at least one of the Defendants,
10  Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

11  3.   During the Class Period, I purchased StarKist and Chicken of the Sea
12  tuna on approximately a quarterly basis.

13  4.   I understand that, if appointed to act as a Class Representative, I would
14  be representing the interests of all persons who purchased canned tuna in Minnesota
15  during the Class Period as well as a class of people of numerous other  states who
16  overpaid for canned tuna.  I also understand that it is my obligation as a Class
17  Representative to act in the best interests of the entire class and to continue to assist
18  counsel for the class in the case. I am fully prepared to undertake these obligations
19  and there are no impediments to my doing so.

20  5.   Based on the foregoing, I respectfully request that this Court grant my
21  Motion for Class Certification.

22  I declare under penalty of perjury that the foregoing is true and correct.
23  Executed this 10 day of March, 2018, in St. Paul, Minnesota.

24
25                                                    Laura Childs
26
27  TUNA: whafhch55351
28

- 1 -

No. 3:15-MD-2670 JLS (MDD)

# EXHIBIT 11

1   BETSY C. MANIFOLD (182450)
    manifold@whafh.com
2   RACHELE R. RICKERT (190634)
    rickert@whafh.com
3   MARISA C. LIVESAY (223247)
    livesay@whafh.com
4   **WOLF HALDENSTEIN ADLER**
    **FREEMAN & HERZ LLP**
5   750 B Street, Suite 2770
    San Diego, CA 92101
6   Telephone:  619/239-4599
    Facsimile:   619/234-4599
7
    *Interim Lead Counsel for the End Payer Plaintiffs*
8

9                       UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11  IN RE:  PACKAGED SEAFOOD        )   Case No.: 15-MD-2670 JLS (MDD)
    PRODUCTS ANTITRUST              )
12  LITIGATION                      )
                                    )   **DECLARATION OF  CASEY**
13                                  )   **CHRISTENSEN IN SUPPORT OF**
                                    )   **INDIRECT PURCHASER END**
14                                  )   **PAYER PLAINTIFFS ("EPP")**
                                    )   **MOTION FOR CLASS**
15                                  )   **CERTIFICATION**
                                    )
16                                  )   DATE:
                                    )   TIME:
17  _____        )   JUDGE:    Hon. Janis L. Sammartino
                                    )   COURT:    4A (4th Floor - Schwartz)
18  This Document Relates to:       )
                                    )
    All Indirect Purchaser End Payer Class )
19                                  )
                                    )
20                                  )
                                    )
21  _____        )
22
23
24
25
26
27
28

                                        No. 15-MD-2670 JLS (MDD)

1    I, Casey Christensen, declare as follows:

2    1.    I am a named Plaintiff and proposed Class Representative in the above-
3    entitled class action. I make this declaration in support of End Payer Plaintiffs'
4    ("EPP's") Motion for Class Certification. I have personal knowledge of the facts
5    stated in this declaration, and, if called as a witness, I could and would competently
6    testify thereto.

7    2.    I live in Sioux Falls, South Dakota. I have lived in South Dakota for
8    seven years. I am a health care senior account service representative. I am seeking
9    to act as a Class Representative on behalf of myself and others who purchased
10   canned tuna from at least one of the Defendants, Bumble Bee, Chicken of the Sea
11   and StarKist, during the Class Period.

12   3.    During the Class Period, I purchased StarKist tuna on approximately a
13   monthly basis.

14   4.    I understand that, if appointed to act as a Class Representative, I would
15   be representing the interests of all persons who purchased canned tuna in South
16   Dakota during the Class Period as well as a class of people of numerous other states
17   who overpaid for canned tuna. I also understand that it is my obligation as a Class
18   Representative to act in the best interests of the entire class and to continue to assist
19   counsel for the class in the case. I am fully prepared to undertake these obligations
20   and there are no impediments to my doing so.

21   5.    Based on the foregoing, I respectfully request that this Court grant my
22   Motion for Class Certification.

23   I declare under penalty of perjury that the foregoing is true and correct.
24   Executed this 5ᵀᴴ day of MARCH , 2018, in Sioux Falls, South Dakota.

25
26                                          _____
                                            Casey Christensen
27

28   TUNA: 24081

                                    - 1 -

                                          No. 15-MD-2670 JLS (MDD)

# EXHIBIT 12

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) |
| | **DECLARATION OF  KIM CRAIG IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| | DATE: |
| | TIME: |
| | JUDGE:   Hon. Janis L. Sammartino |
| This Document Relates to: | COURT:   4A (4th Floor - Schwartz) |
| All Indirect Purchaser End Payer Class | |

No. 15-MD-2670 JLS (MDD)

1    I, Kim Craig, declare as follows:

2    1.    I am a named Plaintiff and proposed Class Representative in the above-
3    entitled class action. I make this declaration in support of End Payer Plaintiffs'
4    ("EPP's") Motion for Class Certification. I have personal knowledge of the facts
5    stated in this declaration, and, if called as a witness, I could and would competently
6    testify thereto.

7    2.    I live in Hot Springs, Arkansas. I have lived in Arkansas for six years.
8    I am a home health care aid. I am seeking to act as a Class Representative on behalf
9    of myself and others who purchased canned tuna from at least one of the
10    Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

11    3.    During the Class Period, I purchased StarKist tuna on approximately a
12    monthly basis.

13    4.    I understand that, if appointed to act as a Class Representative, I would
14    be representing the interests of all persons who purchased canned tuna in Arkansas
15    during the Class Period as well as a class of people of numerous other states who
16    overpaid for canned tuna. I also understand that it is my obligation as a Class
17    Representative to act in the best interests of the entire class and to continue to assist
18    counsel for the class in the case. I am fully prepared to undertake these obligations
19    and there are no impediments to my doing so.

20    5.    Based on the foregoing, I respectfully request that this Court grant my
21    Motion for Class Certification.

22    I declare under penalty of perjury that the foregoing is true and correct.
23    Executed this 7 day of *March*, 2018, in Hot Springs, Arkansas.


Kim Craig

27    TUNA: 24081

-1-

No. 15-MD-2670 JLS (MDD)

# EXHIBIT 13

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) |
| | **DECLARATION OF  SUNDÉ DANIELS IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| | DATE: |
| | TIME: |
| This Document Relates to: | JUDGE:    Hon. Janis L. Sammartino |
| | COURT:    4A (4th Floor - Schwartz) |
| All Indirect Purchaser End Payer Class | |
| | Case No.: 15-MD-2670 JLS (MDD) |

DATE:

No. 15-MD-2670 JLS (MDD)

1      I, Sundé W. Daniels, declare as follows:

2      1.    I am a named Plaintiff and proposed Class Representative in the above-
3 entitled class action.  I make this declaration in support of End Payer Plaintiffs'
4 ("EPP's") Motion for Class Certification.  I have personal knowledge of the facts
5 stated in this declaration, and, if called as a witness, I could and would competently
6 testify thereto.

7      2.    I live in Brookline, Massachusetts. I have lived in Massachusetts for ten
8 years.  I am the Director of Administration and Development at Tufts Center for the
9 Study of Drug Development. I am seeking to act as a Class Representative on behalf
10 of myself and others who purchased canned tuna from at least one of the
11 Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

12      3.    During the Class Period, I purchased StarKist and Bumble Bee tuna on
13 a bi-weekly basis.

14      4.    I understand that, if appointed to act as a Class Representative, I would
15 be representing the interests of all persons who purchased canned tuna in
16 Massachusetts during the Class Period as well as a class of people of numerous
17 other states who overpaid for canned tuna.  I also understand that it is my obligation
18 as a Class Representative to act in the best interests of the entire class and to
19 continue to assist counsel for the class in the case. I am fully prepared to undertake
20 these obligations and there are no impediments to my doing so.

21      5.    Based on the foregoing, I respectfully request that this Court grant my
22 Motion for Class Certification.

23      I declare under penalty of perjury that the foregoing is true and correct.
24 Executed this 16 day of _____March_____, 2018, in Brookline, Massachusetts.

25

26                              Sundé W. Daniels

27

28  TUNA: 24081

- 1 -

No. 15-MD-2670 JLS (MDD)

# EXHIBIT 14

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 3:15-MD-2670 JLS (MDD) |
| | **DECLARATION OF BRIAN DEPPERSCHMIDT IN SUPPORT OF INDIRECT PURCHASER END PAYER PLAINTIFFS ("EPP") MOTION FOR CLASS CERTIFICATION** |
| | DATE: |
| | TIME: |
| This Document Relates to: | JUDGE:   Hon. Janis L. Sammartino |
| | COURT:   4A (4th Floor - Schwartz) |
| All Indirect Purchaser End Payer Class | |

No. 3:15-MD-2670 JLS (MDD)

I, Brian Depperschmidt, declare as follows:

1.    I am a named Plaintiff and proposed Class Representative in the above-entitled class action. I make this declaration in support of End Payer Plaintiffs' ("EPP's") Motion for Class Certification. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.    I live in Wichita, Kansas. I have lived in Kansas for twelve years. I am a pharmacy manager. I am seeking to act as a Class Representative on behalf of myself and others who purchased canned tuna from at least one of the Defendants, Bumble Bee, Chicken of the Sea and StarKist, during the Class Period.

3.    During the Class Period, I purchased StarKist tuna on approximately a bi-weekly basis.

4.    I understand that, if appointed to act as a Class Representative, I would be representing the interests of all persons who purchased canned tuna in Kansas during the Class Period as well as a class of people of numerous other states who overpaid for canned tuna. I also understand that it is my obligation as a Class Representative to act in the best interests of the entire class and to continue to assist counsel for the class in the case. I am fully prepared to undertake these obligations and there are no impediments to my doing so.

5.    Based on the foregoing, I respectfully request that this Court grant my Motion for Class Certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of March, 2018, in Wichita, Kansas.

_____
Brian Depperschmidt

TUNA: whafhch55373

- 1 -

No. 3:15-MD-2670 JLS (MDD)

# EXHIBIT  15

1 BETSY C. MANIFOLD (182450)
  manifold@whafh.com
2 RACHELE R. RICKERT (190634)
  rickert@whafh.com
3 MARISA C. LIVESAY (223247)
  livesay@whafh.com
4 **WOLF HALDENSTEIN ADLER**
    **FREEMAN & HERZ LLP**
5 750 B Street, Suite 2770
  San Diego, CA 92101
6 Telephone:  619/239-4599
  Facsimile:   619/234-4599
7
  *Interim Lead Counsel for the End Payer Plaintiffs*
8

9            UNITED STATES DISTRICT COURT
10          SOUTHERN DISTRICT OF CALIFORNIA

11
   IN RE: PACKAGED SEAFOOD              )   Case No.: 15-MD-2670 JLS (MDD)
12 PRODUCTS ANTITRUST                   )
   LITIGATION                          )
13                                      )   **DECLARATION OF  VIVEK**
                                        )   **DRAVID IN SUPPORT OF**
14                                      )   **INDIRECT PURCHASER END**
                                        )   **PAYER PLAINTIFFS ("EPP")**
15                                      )   **MOTION FOR CLASS**
                                        )   **CERTIFICATION**
16                                      )
                                        )   DATE:
17                                      )   TIME:
   This Document Relates to:            )   JUDGE:    Hon. Janis L. Sammartino
18                                      )   COURT:    4A (4th Floor - Schwartz)
   All Indirect Purchaser End Payer Class )
19                                      )
                                        )
20                                      )
                                        )
21                                      )

22
23
24
25
26
27
28

                                            No. 15-MD-2670 JLS (MDD)

1      I, Vivek Dravid, declare as follows:

2      1.     I am a named Plaintiff and proposed Class Representative in the above-

3 entitled class action. I make this declaration in support of End Payer Plaintiffs'

4 ("EPP's") Motion for Class Certification. I have personal knowledge of the facts

5 stated in this declaration, and, if called as a witness, I could and would competently

6 testify thereto.

7      2.     I live in North Royalton, Ohio. I have lived in Ohio since June 2016.

8 Prior to moving to North Royalton, Ohio, I lived in Sandy, Utah from February

9 2012 to May 2016. I work as a quality manager for Tempur Sealy Intl. I am seeking

10 to act as a Class Representative on behalf of myself and others who purchased

11 canned tuna from at least one of the Defendants, Bumble Bee, Chicken of the Sea

12 and StarKist, during the Class Period.

13      3.     During the Class Period, I purchased StarKist and Chicken of the Sea

14 Tuna on approximately a monthly basis.

15      4.     I understand that, if appointed to act as a Class Representative, I would

16 be representing the interests of all persons who purchased canned tuna in Utah

17 during the Class Period as well as a class of people of numerous other states who

18 overpaid for canned tuna. I also understand that it is my obligation as a Class

19 Representative to act in the best interests of the entire class and to continue to assist

20 counsel for the class in the case. I am fully prepared to undertake these obligations

21 and there are no impediments to my doing so.

22      5.     Based on the foregoing, I respectfully request that this Court grant my

23 Motion for Class Certification.

24      I declare under penalty of perjury that the foregoing is true and correct.

25 Executed this 11th day of April, 2018, in Cleveland, Ohio.

26

27                                 Vivek Dravid

28

TUNA: 24081

No. 15-MD-2670 JLS (MDD)

- 1 -