1

**FILED UNDER SEAL – HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER OF THE COURT**

2

BETSY C. MANIFOLD (182450)

3

manifold@whafh.com
RACHELE R. RICKERT (190634)

4

rickert@whafh.com
MARISA C. LIVESAY (223247)

5

livesay@whafh.com
BRITTANY N. DEJONG (258766)

6

dejong@whafh.com
WOLF HALDENSTEIN ADLER

7

  FREEMAN & HERZ LLP
750 B Street, Suite 2770

8

San Diego, CA 92101
Telephone:   619/239-4599

9

Facsimile:   619/234-4599

10

*Interim Lead Counsel for the End Payer Plaintiffs*

11

UNITED STATES DISTRICT COURT

12

SOUTHERN DISTRICT OF CALIFORNIA

13

14

IN RE:  PACKAGED SEAFOOD
ANTITRUST LITIGATION

Case No.: 15-MD-2670 JLS (MDD)

15

16

17

18

**[REDACTED] DECLARATION OF THOMAS H. BURT IN SUPPORT OF END PAYER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

19

This Document Relates to:

**(FILED UNDER SEAL)**

20

21

   The Indirect Purchaser End Payer
Actions

DATE:       December 20, 2018
TIME:        9:00 a.m.

22

JUDGE:      Hon. Janis L. Sammartino
COURT:      4D (4th Floor – Schwartz)

23

24

25

26

27

28

No. 15-MD-2670 JLS (MDD)

# EXHIBITS 1-90

# FILED UNDER SEAL