Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO, GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: 202.789.3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*Counsel for Commercial Food Preparer Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>Commercial Food Preparer Class Action Track | Case No.: 15-MD-2670 JLS (MDD)<br><br>**COMMERCIAL FOOD PREPARER PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL**<br><br>JUDGE: Hon. Janis L. Sammartino |

1    **PLEASE TAKE NOTICE** that, pursuant to the Southern District of
2 California's Civil Local Rule 79.2(c) and the Protective Order entered in this action
3 (ECF No. 194, incorporating ECF No. 173), the Commercial Food Preparer Plaintiffs
4 ("CFPs") hereby move this Court for an administrative order to file under seal: the
5 Expert Report of Michael A. Williams, Ph.D., as well as portions of the Declaration
6 of Peter Gil-Montllor in Support of Motion for Class Certification, as identified
7 below.

8    Each of these documents contain or reference information that one or more of
9 the Defendants previously designated as "Confidential" or "Highly-Confidential"
10 under the terms of the Protective Order, and certain of which have already been
11 ordered sealed by this Court. *See* ECF No. 173 at ¶ 37 (requiring that filings
12 incorporating information containing "Confidential" or "Highly Confidential"
13 material be filed under seal).

14    Specifically, CFPs move to seal portions of the following documents:

| Document | Portions to be Sealed |
|---|---|
| Expert Report of Michael A. Williams, Ph.D. | Entire document |
| Declaration of Peter Gil-Montllor in Support of Motion for Class Certification | Paragraphs 4, 8-26, 28-31, 33-36, 38-48; appendix |

21    The CFPs are filing a redacted version of the above documents and an
22 associated "Sealed Lodged Proposed Documents" docket entry with the unredacted
23 versions of those documents. The CFPs are contemporaneously lodging a proposed
24 order with the Court.

25                              **CONCLUSION**
26    For the foregoing reasons, the CFPs respectfully request that this Court enter
27 an order sealing the Expert Report of Michael A. Williams, Ph.D., as well as portions
28 of the Declaration of Peter Gil-Montllor in Support of Motion for Class Certification.

| | |
|---|---|
| DATED: May 29, 2018 | **CUNEO GILBERT & LADUCA, LLP** |
| | By: /s/ *Jonathan W. Cuneo* |
| | Jonathan W. Cuneo |
| | Joel Davidow |
| | Blaine Finley |
| | 4725 Wisconsin Ave NW, Suite 200 |
| | Washington, DC 20016 |
| | Tel: 202-789-3960 |
| | jonc@cuneolaw.com |
| | joel@cuneolaw.com |
| | bfinley@cuneolaw.com |
| | |
| | Peter Gil-Montllor |
| | 16 Court Street, Suite 1012 |
| | Brooklyn, NY 11241 |
| | Tel: 202-789-3960 |
| | pgil-montllor@cuneolaw.com |
| | |
| | *Counsel for Commercial Food Preparer Plaintiffs* |

-3-

## CERTIFICATE OF SERVICE

I certify that on May 29, 2018, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
4725 Wisconsin Ave NW
Suite 200
Washington, DC 20016
Tel: 202-789-3960
jonc@cuneolaw.com

-3-

No. 15-MD-2670 JLS (MDD)