Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar. No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: bsweeney@hausfeld.com
E-mail: clebsock@hausfeld.com
E-mail: sstein@hausfeld.com

*Interim Lead Counsel for the Proposed Direct Purchaser Class*
[Additional Counsel Listed on Motion's Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br><br>**DECLARATION OF SAMANTHA STEIN IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [Redacted]** |
| This document relates to the Direct Purchaser Plaintiff Class Action Track | DATE: Dec. 20, 2018<br>TIME: 9:00 a.m.<br>JUDGE: Janis L. Sammartino<br>CTRM: 4D |

I, Samantha Stein, declare as follows:

1. I am an attorney at Hausfeld LLP, which represents the Direct Purchaser Class Plaintiffs ("DPPs") in the above-captioned action. I submit this declaration in support of the DPPs' Motion to Certify the Direct Purchaser Plaintiff Class. I make this declaration based on my personal knowledge and, if called, could and would testify competently to the following information.

**Publicly-Filed Exhibits**

2. Attached as Exhibit 1 is a true and correct copy of a document filed in *United States of America v. Bumble Bee Foods, LLC*, 17 CR 249-EMC (N.D. Cal.) on August 2, 2017 entitled "Amended Plea Agreement".

3. Attached as Exhibit 2 is a true and correct copy of a document filed in *United States of America v. Walter Scott Cameron*, 16 CR 501-EMC (N.D. Cal.) on January 25, 2017 entitled "Plea Agreement". Mr. Cameron was Bumble Bee's former Senior Vice President of Sales.[1]

4. Attached as Exhibit 3 is a true and correct copy of a document filed in *United States of America v. Kenneth Worsham*, 17 CR 535-EMC (N.D. Cal.) on March 15, 2017 entitled "Plea Agreement". Mr. Worsham was Bumble Bee's former Senior Vice President of Trade Marketing.

5. Attached as Exhibit 4 is a true and correct copy of a document filed in *United States of America v. Stephen L. Hodge*, 17 CR 297-EMC entitled "Plea Agreement". Mr. Hodge was StarKist Company's ("StarKist") former Senior Vice President of Trade Marketing.

6. Attached as Exhibit 5 is a true and correct copy of a document entitled

---

[1] Most of the individuals referenced in this declaration are reflected in a "Cast of Characters" chart in Appendix A to the DPPs' Third Consolidated Amended Complaint, ECF No. 911-1.

"Statement from Thai Union" available at http://www.thaiunion.com/en/newsroom/press-release/523/statement-from-thai-union (accessed May 11, 2018).

7. Attached as Exhibit 6 is a true and correct copy of a document filed in *United States of America v. Christopher Lischewski*, 18 CR 203-EMC (N.D. Cal.) on May 16, 2018 entitled "Indictment". Bumble Bee's CEO.

8. Attached as Exhibit 7 is a true and correct copy of Stuart Elliott, *Time to Eat Tuna? 'Wonder' No More*, New York Times (Mar. 3, 2011), available at https://www.nytimes.com/2011/03/07/business/media/07adnewsletter1.html?pagewanted=all (accessed May 11, 2018).

**<u>Exhibits Filed Under Seal</u>**

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted].
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

68. Attached as Exhibit 75 is a true and correct copy of the firm resume of Hausfeld LLP.

69. The proposed Class Plaintiffs have reviewed pleadings, responded to discovery, searched for, collected, and produced documents in this litigation.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 29th day of May of 2018 in San Francisco, California.

*<u>/s Samantha Stein</u>*
Samantha Stein
HAUSFELD LLP
sstein@hausfeld.com

**CERTIFICATE OF SERVICE**

I certify that on May 29, 2018, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

By: s/ *Bonny E. Sweeney*
HAUSFELD LLP
bsweeney@hausfeld.com