IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | 3:15-md-02670-JLS-MDD<br><br>COMMERCIAL FOOD PREPARER PLAINTIFFS |

EXPERT REPORT OF MICHAEL A. WILLIAMS, PH.D.

# [Filed Under Seal]