UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION TO ADD AND REMOVE NAMED PARTIES**<br><br>(ECF No. 1144) |

Presently before the Court is a Joint Motion by Plaintiffs Capitol Hill Supermarket, Janet Machen, Thyme Café & Market, Simon-Hindi LLC, d/b/a Simon's, LesGo Personal Chef, LLC, Maquoketa Care Center, Inc., A-1 Diner, Francis T. Enterprises d/b/a Erbert & Gerbert's, Gladys, LLC d/b/a Gladys', Harvesters Enterprises, LLC, Dutch Village Restaurant, Painted Plate Catering, GlowFisch Hospitality d/b/a Five Loaves Café, Rushin Gold LLC d/b/a The Gold Rush, and Erbert & Gerbert's, Inc., ("Commercial Food Preparer Plaintiffs" or "CFPs") and Defendants Del Monte Corporation, StarKist Co., Dongwon Industries Co., Ltd., Bumble Bee Foods, LLC, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, and Thai Union Group PCL.  The Parties have stipulated:

1. Named plaintiff Gladys will be withdrawn from the instant litigation, and named plaintiffs Groucho's Deli of Five Points, LLC, Groucho's Deli of Raleigh, Sandee's Catering, and Confetti's Ice Cream Shoppe will be added.

2. The addition of new named plaintiffs will not result in modification of CFPs' outstanding discovery requests to the defendants.

3. CFPs will substantially complete responses to defendants' outstanding discovery requests on behalf of all new named plaintiffs within four weeks of the date on which the Court grants this motion.

4. CFPs will not object to the defendants' introduction as evidence discovery provided by CFP named plaintiffs withdrawn from the case.

5. CFPs will not seek another stipulation to add named plaintiffs from the defendants, but CFPs reserve the right to seek to add named plaintiffs by motion.

Good cause appearing, the Court **GRANTS** the Joint Motion. The Clerk **SHALL** update the docket to reflect the change in named plaintiffs.

**IT IS SO ORDERED.**

Dated: May 31, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge