UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF Nos. 1128, 1131, 1137) |

Presently before the Court are three Motions to File Documents Under Seal, (ECF Nos. 1128, 1131, 1137). End Payer Plaintiffs seek to file under seal the Declaration of Thomas H. Burt in support of their Motion for Class Certification, and all exhibits attached thereto, as well as portions of the Memorandum of Points and Authorities in Support of Class Certification. (ECF No. 1128, at 2.) Direct Purchase Class Plaintiffs seek to file under seal portions of their Memorandum of Points and Authorities in support of their Motion for Class Certification as well as portions of the supporting Declaration of Samantha Stein and certain related Exhibits and the Declaration of their expert, Russell W. Mangum III, Ph.D. (ECF No. 1131, at 2.) Commercial Food Preparer Plaintiffs seek to file under seal the Expert Report of Michael A. Williams, Ph.D., as well as portions of the Declaration of Peter Gil-Montllor in Support of Motion for Class Certification. (ECF No. 1137, at 2.)

1     Plaintiffs claim the exhibits contain or reference information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, at ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) Plaintiffs are filing redacted versions of the documents on the public docket.

    Good cause appearing, the Court **GRANTS** the Motions.

    **IT IS SO ORDERED.**

Dated: May 31, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge