UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-md-2670-JLS-MDD<br><br>**ORDER DENYING AS MOOT DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF DISCOVERY DISPUTE JOINT MOTION DEADLINE**<br><br>**[ECF NO. 1105]** |

## BACKGROUND

In this multi-district litigation, Plaintiffs allege a price-fixing conspiracy conducted by the major manufacturers of packaged seafood products and their parent companies. Before the Court is Defendants' Application for Extension of Discovery Dispute Joint Motion Deadline, filed on May 25, 2018. (ECF No. 1105). According to the Motion, on May 23, 2018, Defendants asked Plaintiffs, to agree to an extension of the deadline to bring a joint motion for determination of discovery dispute, as required by this Court's Chambers Rules, from May 30, 2018, to June 29, 2018. Defendants report that Plaintiffs' counsel demurred to consult with their clients.

Ultimately, when no stipulation was reached by the deadline, Defendants filed an ex parte Motion to Compel on May 30, 2018. (ECF No. 1145).

Plaintiffs filed a Notice of Intent to Respond to the Motion for Extension of Time, and the Motion to Compel, on June 1, 2018. (ECF No. 1156). Plaintiffs assert that the Motion for Extension of Time, and the Motion to Compel, are procedurally defective and lacking merit. No reasons are provided and the Court finds nothing in the Motion for Extension of Time that suggests it is defective. Regardless, the filing of the Motion to Compel renders the Motion for Extension of Time moot.

## DISCUSSION

There is the distinct odor of gamesmanship here. Since Plaintiffs are the producing party, it was in their interest to agree to an extension of time to bring a discovery motion before the Court so that they could continue to meet and confer in an effort to reduce their production obligations. Their refusal to agree to an extension seems designed only to place an additional burden upon the Defendants. Plaintiffs are reminded that Fed. R. Civ. P. 1 requires the parties to employ the Federal Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding."

## CONCLUSION

Defendants' Ex Parte for Extension of Discovery Dispute Joint Motion Deadline is **DENIED AS MOOT** because of the filing of Defendants' Motion to Compel on May 30, 2018. (ECF No. 1145). Plaintiffs are **ORDERED** to respond to the Motion to Compel no later than 7 days from the date of this Order. In their response, Plaintiffs must explain their refusal to stipulate to

//
//
//

1 any extension requested by Defendants and their decision not to participate
2 in a Joint Motion as required by this Court's Chambers Rules.
3     **SO ORDERED.**
4 Dated: June 1, 2018

_Mitchell D. Dembin_
Hon. Mitchell D. Dembin
United States Magistrate Judge