Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
E-mail:   mlehmann@hausfeld.com
E-mail:   bsweeney@hausfeld.com
E-mail:   clebsock@hausfeld.com
E-mail:   sstein@hausfeld.com

*Counsel for Olean Wholesale Grocery Cooperative, Inc.
and Interim Lead Counsel for the Proposed Direct Purchaser Class*
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br>DIRECT PURCHASER CLASS PLAINTIFFS TRACK | Case No. 15-MD-2670 JLS (MDD)<br>MDL No. 2670<br><br>**NOTICE OF ERRATA TO MANGUM DECLARATION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:    Dec. 20, 2018<br>TIME:     9:00 a.m.<br>JUDGE:   Janis L. Sammartino<br>CTRM:    4D |

PLEASE TAKE NOTICE THAT the Direct Purchaser Class Plaintiffs ("DPPs") hereby file with the Court an Errata to the Declaration of their expert, Russell Mangum, Ph.D. dated May 29, 2018 ("Mangum Class Declaration") as well as their Memorandum of Points and Authorities in support of their Motion for Class Certification.

The Errata corrects a small number of spelling, labeling, and citation errors recently discovered in the Mangum Class Declaration as well as a formulaic error in an input file that is used in several calculations and a line of code in a program that caused some statistical output to be omitted.  The corrections have no material impact on any of the conclusions or opinions expressed in the Mangum Class Declaration and have *de minimus* impact on the calculations found therein, with changes largely visible only at the third or fourth decimal place.  Total damages are reduced by approximately 0.01 percent (one one-hundredth of one percent).  Accordingly, the DPPs are also re-filing their Memorandum of Points and Authorities to correct one reference to the Mangum Class Declaration.

The DPPs are filing corrected versions of the Mangum Class Declaration and their Memorandum of Points and Authorities under seal, pursuant to the Court's Order at ECF No. 1148, with coversheets identifying the specific corrections made.  The DPPs are also serving the corrected versions of these filings on the Defendants and other parties.

Dated: June 1, 2018                    Respectfully submitted,

By: /s/ *Samantha J. Stein*
Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
San Francisco, CA 94111
Tel:  (415) 633-1908

Fax:  (415) 358-4980
E-mail:  mlehmann@hausfeld.com
E-mail:  bsweeney@hausfeld.com
E-mail:  clebsock@hausfeld.com
E-mail:  sstein@hausfeld.com

Michael D. Hausfeld
James J. Pizzirusso
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
E-mail:   mhausfeld@hausfeld.com
E-mail:   jpizzirusso@hausfeld.com

*Counsel for Plaintiff Olean Wholesale Grocery Cooperative, Inc. and Interim Lead Counsel for the Direct Purchaser Class*

Arthur N. Bailey
Marco Cercone
RUPP BASE PFALZGRAF CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, New York 14202
Telephone: (716) 664-2967
Facsimile: (716) 664-2983
E-mail: bailey@ruppbaase.com
E-mail: cercone@ruppbaase.com

Lesley E. Weaver
BLEICHMAR FONT & AULD LLP
1901 Harrison St., Suite 1100
Oakland, CA 94612
Telephone:  (510) 844 7759
Facsimile:  (510) 844-7710
E-mail: lweaver@bfalaw.com

*Additional Counsel for Plaintiff Olean Wholesale Grocery Cooperative, Inc.*

Barbara J. Hart
Sung-Min Lee
LOWEY DANNENBERG COHEN
& HART, P.C.

44 South Broadway, Suite 1100
White Plains, NY 10601-2301
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
E-Mail: bhart@lowey.com
E-Mail: slee@lowey.com

*Counsel for Plaintiff Pacific Groservice Inc. d/b/a PITCO Foods and Member of Direct Purchaser Plaintiffs' Steering Committee*

Solomon B. Cera (Cal. Bar No. 99467)
Thomas C. Bright (Cal. Bar No. 169713)
Louis A. Kessler (Cal. Bar No. 243703)
CERA LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

C. Andrew Dirksen (Cal. Bar No. 130064)
CERA LLP
800 Boylston St., 16th Floor
Boston, MA 02199
Tel: (857) 453-6555
Fax: (415) 777-5189

*Counsel for Plaintiffs Central Grocers, Inc. and Piggly Wiggly Alabama Distributing Co., Inc. and Member of Direct Purchaser Plaintiffs' Steering Committee*

Jason S. Hartley (CA Bar No. 192514)
Jason M. Lindner (CA Bar No. 211451)
Hartley LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Phone: (619) 400-5822
Fax: (619) 400-5832
E-mail: hartley@hartleyllp.com
E-mail: lindner@hartleyllp.com

*Counsel for Plaintiff Trepco Imports & Distribution, Ltd.*

Stephen R. Neuwirth
Sami H. Rashid
Joseph N. Kiefer

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
E-mail: stephenneuwirth@quinnemanuel.com
E-mail: samirashid@quinnemanuel.com
E-mail: josephkiefer@quinnemanuel.com

Dana Statsky Smith
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
E-mail: aranoff@bernlieb.com
E-mail: dsmith@bernlieb.com
*Counsel for Plaintiff Benjamin Foods LLC And Members of Direct Purchaser Plaintiffs' Steering Committee*

Whitney E. Street (Cal. Bar No. 223870)
BLOCK & LEVITON LLP
520 Third Street, Suite 108
Oakland, CA 94607
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
E-mail: whitney@blockesq.com

*Member of Direct Purchaser Plaintiffs' Steering Committee*

Allan Steyer (Cal. Bar No. 100318)
D. Scott Macrae (Cal. Bar No. 104663)
Jill M. Manning (Cal. Bar No. 178849)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
E-mail: asteyer@steyerlaw.com
E-mail: smacrae@steyerlaw.com
E-mail: jmanning@steyerlaw.com

*Counsel for Plaintiff John Gross &*

*Company*

## CERTIFICATE OF SERVICE

I certify that on June 1, 2018, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

By: s/ *Samantha J. Stein*
HAUSFELD LLP
sstein@hausfeld.com