UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF Nos. 1191, 1195) |

Presently before the Court are two Motions to File Documents Under Seal, (ECF Nos. 1191, 1195). Direct Purchaser Class Plaintiffs ("DPPs") seek to file under seal "the Errata and corrected Declaration of their expert Russell W. Mangum III, Ph.D (dated May 29, 2018) as well as the Errata and corrected Memorandum of Points and Authorities in support of their Motion for Class Certification." (ECF No. 1191, at 2.) Commercial Food Preparer Plaintiffs ("CFPs") seek to file under seal "the Notice of Errata to the Expert Report of Michael A. Williams, PhD, the Expert Report of Michael A. Williams, PhD - Redline, and the Expert Report of Michael A. Williams, PhD." (ECF No. 1195, at 2.)

Plaintiffs claim the exhibits contain or reference information previously designated

1  as "Confidential" or "Highly-Confidential" under the terms of the Protective Order.  (*See*
2  ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly
3  Confidential" material be filed under seal).)  Plaintiffs are filing redacted versions of the
4  documents on the public docket.

5       Good cause appearing, the Court **GRANTS** the Motions.

6       **IT IS SO ORDERED.**

7  Dated:  June 4, 2018

8                                       Hon. Janis L. Sammartino
9                                       United States District Judge