ALLEN & OVERY LLP
  John Roberti
        D.C. Bar No. 495718
        N.Y. Bar No. 2659118
        john.roberti@allenovery.com
  Erik Raven-Hansen
        D.C. Bar No. 994329
        V.A. Bar No. 77225
        erik.raven-hansen@allenovery.com
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-683-3800

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-2670-JLS-MDD |
| | Judge: Janis L. Sammartino |
| THIS DOCUMENT RELATES TO: | **NOTICE OF VOLUNTARY** |
| *Walmart, Stores, Inc., et al. v. Bumble Bee Foods, LLC, et al.*, No. 16-CV-02821-JLS-MDD | **DISMISSAL** |

   **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Wal-Mart Stores, Inc., Wal-Mart Stores East, LLC, Wal-Mart Stores East LP, Wal-Mart Stores Texas, LLC, Sam's West, Inc., and Sam's East, Inc. (collectively, "the Wal-Mart Plaintiffs") and Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively, "the COSI Defendants"), by and through their counsel of record, hereby stipulate that all claims of the Wal-Mart Plaintiffs against the COSI Defendants shall be dismissed with prejudice. The parties shall bear their respective fees and costs.

Dated: June 5, 2018

Respectfully Submitted,

By: /s/ Vineet Bhatia
**SUSMAN GODFREY LLP**
Neal S. Manne
Vineet Bhatia
Ryan V. Caughey
1000 Louisiana Street, Suite 5100
Houston, TX 77346
Telephone:  713-651-9366
Facsimile:  713-654-6666
nmanne@susmangodfrey.com
vbhatia@susmangodfrey.com
rcaughey@susmangodfrey.com

**SUSMAN GODFREY LLP**
Marc M. Seltzer
Catriona Lavery
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  310-789-3100
Facsimile: 310-789-3150
mseltzer@susmangodfrey.com
clavery@susmangodfrey.com

*Counsel for Plaintiffs Wal-Mart Stores, Inc., Wal-Mart Stores East, LLC, Wal-Mart Stores East LP, Wal-Mart Stores Texas, LLC, Sam's West, Inc., and Sam's East, Inc.*

By: /s/ John Roberti
**ALLEN & OVERY LLP**
John Roberti, Esquire (admitted pro hac vice)
Erik Raven-Hansen, Esquire (admitted pro hac vice)
1101 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999

2

john.roberti@allenovery.com
erik.raven-hansen@allenovery.com

*Counsel for Defendants Tri-Union Seafoods LLC
d/b/a Chicken of the Sea International, Inc. and
Thai Union Group PCL*

3

1

2

**SIGNATURE ATTESTATION**

3        Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby

4    certify that authorization for filing this document has been obtained from each of the

5    other signatories shown above, and that all signatories have authorized placement of their

6    electronic signature on this document.

7

8

9

**CERTIFICATE OF SERVICE**

10        I certify that on June 5, 2018, I filed the foregoing document with the Clerk of the

11    Court for the United States District Court, Southern District of California, by using the

12    Court's CM/ECF System, which sends notifications of such filings to all counsel of

13    record.

14                                        By: /s/ John Roberti

15                                        **ALLEN & OVERY LLP**

16                                        John Roberti, Esquire (admitted pro hac vice)

                                         Erik Raven-Hansen, Esquire (admitted pro hac
17                                        vice)

18                                        1101 New York Avenue, N.W.
                                         Washington, D.C. 20005
19                                        Tel: (202) 683-3800

20                                        Fax: (202) 683-3999
                                         john.roberti@allenovery.com
21                                        erik.raven-hansen@allenovery.com

22                                        *Counsel for Defendants Tri-Union Seafoods LLC*
23                                        *d/b/a Chicken of the Sea International, Inc. and*
                                         *Thai Union Group PCL*
24

25

26

27

28