# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 1155) |

Presently before the Court is Plaintiff The Cherokee Nation and Defendants StarKist Co. and Dongwon Industries Co.'s Joint Motion to Modify the Motion to Dismiss Briefing Schedule, (ECF No. 1155). The parties have stipulated to a briefing schedule for the pending Motion to Dismiss, (ECF No. 983). The Court agrees that the briefing schedule requires modification and **GRANTS IN PART** the Joint Motion, (ECF No. 1155). The Court **SETS** the following briefing schedule. Plaintiff **SHALL** file its Opposition to the Motion to Dismiss <u>on or before July 9, 2018</u>. Defendants **SHALL** file their Reply in Support of the Motion <u>on or before July 16, 2018</u>.

**IT IS SO ORDERED.**

Dated: June 5, 2018

Hon. Janis L. Sammartino
United States District Judge