UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>(ECF No. 1206) |
|---|---|

Presently before the Court is End Payer Plaintiffs ("EPPs") Motion to File Under Seal, (ECF No. 1206). EPPs seek to file under seal portions of their Fifth Amended Consolidated Complaint. EPPs claim the complaint contains or references information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) EPPs are filing redacted versions of the documents on the public docket.

Good cause appearing, the Court **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: June 6, 2018

Hon. Janis L. Sammartino
United States District Judge