# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(ECF No. 1224) |

Presently before the Court is Plaintiffs Bashas' Inc., Marc Glassman, Inc., 99 Cents Only Stores LLC ("Bashas' Plaintiffs") and Plaintiff The Cherokee Nation and Defendants Lion Capital LLP, Lion Capital (Americas), Inc., and Big Catch Cayman LP's Joint Motion to extend time to respond to the pending motions to dismiss, (ECF No. 1224). The parties have stipulated to a briefing schedule for the pending motions to dismiss, (ECF Nos. 997, 999). Good cause appearing, the Court **GRANTS** the Joint Motion, (ECF No. 1224). Bashas' Plaintiffs and The Cherokee Nation **SHALL** file their Oppositions to the Motions to Dismiss on or before June 22, 2018. Defendants **SHALL** file a joint Reply in Support of the Motions on or before July 13, 2018.

**IT IS SO ORDERED.**

Dated: June 12, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge