UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**<br><br>(ECF No. 1225) |

Plaintiffs have filed a Request for Status Conference, (ECF No. 1225). Plaintiffs request a conference on June 20, 2018 and state they "believe the Parties will benefit from the Court's guidance on several issues as this case progresses through discovery." (*Id.* at 2.) It is unclear whether the request is for a status conference in front of this Court or Magistrate Judge Dembin. All discovery issues should be directed to Judge Dembin. Further, if the request is for a status conference in front of this Court, Plaintiffs must clarify why a status conference is needed at this time. The Court is inclined to address any pending issues at the hearing on July 30, 2018, and Plaintiffs have not detailed why a status conference is needed before this date. The Court **DENIES** Plaintiffs' request, and Plaintiffs may file an updated request addressing the Court's questions.

**IT IS SO ORDERED.**

Dated: June 13, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge