UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) <br><br> **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> (ECF No. 1231) |

Presently before the Court is The Cherokee Nation's Motion to File Documents Under Seal, (ECF No. 1231). The Cherokee Nation seeks to file under seal portions of its Opposition to Lion Entities' Motion to Dismiss, as well as Exhibits A and B to the Declaration of Rebecca Anzidei. The Cherokee Nation claim the documents contain or reference information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, at ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) The Cherokee Nation is filing redacted versions of the documents on the public docket.

Good cause appearing, the Court **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: June 21, 2018

Hon. Janis L. Sammartino
United States District Judge