Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

***Counsel for Direct Action Plaintiffs Bashas' Inc.; Marc Glassman, Inc.; and 99 Cents Only Stores LLC***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-2670-JLS-MDD<br><br>Hon. Janis L. Sammartino |
| THIS DOCUMENT RELATES TO:<br><br>*Bashas' Inc., et al. v. Bumble Bee Foods, LLC, et al.*,<br>Case No. 17-cv-2487-JLS-MDD | |

# DECLARATION OF ELANA KATCHER

Elana Katcher declares under penalty of perjury as follows:

1. I am a partner in the law firm of Kaplan Fox & Kilsheimer LLP, and counsel for plaintiffs Bashas' Inc., Marc Glassman, Inc., and 99 Cents Only Stores LLC (the "Bashas' Plaintiffs"). I submit this declaration in support of plaintiffs' opposition motion to the Lion Entities' motion to dismiss the Bashas' Plaintiffs' Complaint.

2. Other than Section XII, entitled "Additional Allegations Against Defendants Lion Capital, Big Catch, and Lischewski," the Bashas' Complaint is substantially identical to the Affiliated Foods Plaintiffs' Second Consolidated Amended Complaint (ECF No. 363), which this Court upheld on September 26, 2017 (ECF No. 492).

3. Attached as Exhibit 1 is a printed version of a webpage that is available in full form at https://www.lioncapital.com/about/#!overview (last visit on June 9, 2018).

4. Attached as Exhibit 2 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00015275-297. **[FILED UNDER SEAL]**

5. Attached as Exhibit 3 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014427-440.

6. Attached as Exhibit 4 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00012617. **[FILED UNDER SEAL]**

7. Attached as Exhibit 5 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00007074-75. **[FILED UNDER SEAL]**

8. Attached as Exhibit 6 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00012609-10. **[FILED**

**UNDER SEAL]**

9. Attached as Exhibit 7 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00012614-15. **[FILED UNDER SEAL]**

10. Attached as Exhibit 8 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00003486-88. **[FILED UNDER SEAL]**

11. Attached as Exhibit 9 is an exhibit created under my supervision on June 11, 2018, which compiles screenshots from the October 19, 2014 version of Lion Capital's website, as captured by www.archive.org ("the Wayback Machine").

12. Attached as Exhibit 10 is a true and complete copy of a document produced by Bumble Bee in this litigation as BB_Civil_000748805-927. **[FILED UNDER SEAL]**

13. Attached as Exhibit 11 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00004334-414. **[FILED UNDER SEAL]**

14. Attached as Exhibit 12 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00004569. **[FILED UNDER SEAL]**

15. Attached as Exhibit 13 is are true and complete selected pages from a document produced by Bumble Bee in this litigation as BB_Civil_000746879-7035. **[FILED UNDER SEAL]**

16. Attached as Exhibit 14 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00007406. **[FILED UNDER SEAL]**

17. Attached as Exhibit 15 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00013110-285. **[FILED**

**UNDER SEAL]**

18. Attached as Exhibit 16 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00013287-435. **[FILED UNDER SEAL]**

19. Attached as Exhibit 17 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00013437-544. **[FILED UNDER SEAL]**

20. Attached as Exhibit 18 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00013546-618. **[FILED UNDER SEAL]**

21. Attached as Exhibit 19 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00008989. **[FILED UNDER SEAL]**

22. Attached as Exhibit 20 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00013697. **[FILED UNDER SEAL]**

23. Attached as Exhibit 21 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00009629-9709. **[FILED UNDER SEAL]**

24. Attached as Exhibit 22 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00003436-37. **[FILED UNDER SEAL]**

25. Attached as Exhibit 23 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00004417. **[FILED UNDER SEAL]**

26. Attached as Exhibit 24 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00003194. **[FILED UNDER SEAL]**

27. Attached as Exhibit 25 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00003203. **[FILED UNDER SEAL]**

28. Attached as Exhibit 26 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00012407-08. **[FILED UNDER SEAL]**

29. Attached as Exhibit 27 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014310-335.

30. Attached as Exhibit 28 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014336-359.

31. Attached as Exhibit 29 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014360-82.

32. Attached as Exhibit 30 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014383-406.

33. Attached as Exhibit 31 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014407-426.

34. Attached as Exhibit 32 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014076-093.

35. Attached as Exhibit 33 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014062.

36. Attached as Exhibit 34 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00006955-68. **[FILED UNDER SEAL]**

37. Attached as Exhibit 35 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00005919.[1] **[FILED UNDER SEAL]**

38. Attached as Exhibit 37 is a true and complete copy of a document

[1] Exhibit 36 has been intentionally omitted.

produced by Lion Capital in this litigation as LION_00001577-78. **[FILED UNDER SEAL]**

39. Attached as Exhibit 38 is a true and complete copy of a document produced by Chicken of the Sea in this litigation as COSI-CIV-000349454. **[FILED UNDER SEAL]**

40. Attached as Exhibit 39 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00002394-96. **[FILED UNDER SEAL]**

41. Attached as Exhibit 40 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00004471. **[FILED UNDER SEAL]**

42. Attached as Exhibit 41 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00009496-97. **[FILED UNDER SEAL]**

43. Attached as Exhibit 42 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014788-960. **[FILED UNDER SEAL]**

44. Attached as Exhibit 43 is a true and complete copy of a document produced by Bumble Bee in this litigation as BB_Civil_000789176-238, and marked as Exhibit 58 at the deposition of Christopher Hughes. **[FILED UNDER SEAL]**

45. Attached as Exhibit 44 are true and corrected selected pages of the transcript of the deposition of Christopher Hughes, a designated corporate representative for Bumble Bee under Federal Rule of Civil Procedure, taken on March 15, 2018. **[FILED UNDER SEAL]**

46. Attached as Exhibit 45 is a true and complete copy of an indictment filed on the public docket and accessible through PACER in the matter *United States v. Lischewski*, 3:18-cr-00203-RS (N.D. Cal. May 16, 2018).

47. Attached as Exhibit 46 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00015040. **[FILED UNDER SEAL]**

48. Attached as Exhibit 47 is a true and complete copy of a document and its attachment produced by Lion Capital in this litigation as LION_00004712-15. **[FILED UNDER SEAL]**

49. Attached as Exhibit 48 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00015170-90. **[FILED UNDER SEAL]**

50. Attached as Exhibit 49 is a true and complete copy of a document entitled "Lion Capital General Partner III LLP, Members' report and financial statements, Year ended 31 December 2012" which is publicly available at https://www.gov.uk/get-information-about-a-company (last visited June 18, 2018).

51. Attached as Exhibit 50 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00014250-68.

52. Attached as Exhibit 51 is a true and complete copy of a document that appears to have been publicly filed by or on behalf of Lion Capital Carry III L.P. on or around May 10, 2013, and which is publicly available ahttps://beta.companieshouse.gov.uk/company/SL008053/filing-history (last visited June 18, 2018).

53. Attached as Exhibit 52 is a true and complete copy of a document that appears to have been publicly filed by or on behalf of Lion Capital Carry III L.P. on or around December 2, 2014, and which is publicly available ahttps://beta.companieshouse.gov.uk/company/SL008053/filing-history (last visited June 18, 2018).

54. Attached as Exhibit 53 is a true and complete copy of a document that appears to have been publicly filed by or on behalf of Lion Capital Carry III L.P. on or around December 4, 2017, and which is publicly available at

https://beta.companieshouse.gov.uk/company/SL008053/filing-history (last visited June 18, 2018).

55. Attached as Exhibit 54 is a true and complete copy of a document entitled "Lion Capital General Partner LLP, Members' report and financial statements, Year ended 31 December 2014" which is publicly available at https://beta.companieshouse.gov.uk/company/OC308260/filing-history?page=1 (last visited June 18, 2018).

56. Attached as Exhibit 55 is a true and complete copy of an amended plea agreement filed on the public docket and accessible through PACER in the matter *United States v. Bumble Bee Food, LLC*, 3:18-cr-00203-RS (N.D. Cal. May 16, 2018).

57. Attached as Exhibit 56 is a true and complete copy of a document produced by StarKist in this litigation as SKC000177780. **[FILED UNDER SEAL]**

58. Attached as Exhibit 57 is a true and complete copy of a document produced by Bumble Bee in this litigation as BB_Civil_001036630-33. **[FILED UNDER SEAL]**

59. Attached as Exhibit 58 is a true and complete copy of a document produced by Lion Capital as LION_00028084. **[FILED UNDER SEAL]**

60. Attached as Exhibit 59 is a true and complete copy of a document produced by Lion Capital as LION_00035350-51. **[FILED UNDER SEAL]**

61. Attached as Exhibit 60 is a true and complete copy of a document produced by Bumble Bee in this litigation as BB_Civil_001189703-04. **[FILED UNDER SEAL]**

62. Attached as Exhibit 61 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00027775-77. **[FILED UNDER SEAL]**

63. Attached as Exhibit 62 is a true and complete copy of selected pages

of a document produced by Bumble Bee in this litigation as BB_Civil_000092771. **[FILED UNDER SEAL]**

64. Attached as Exhibit 63 is a true and complete copy of a document produced by Lion Capital as LION_00027868-931. **[FILED UNDER SEAL]**

65. Attached as Exhibit 64 is a true and complete copy of a document produced by Dongwon in this litigation as DWI_000098641. **[FILED UNDER SEAL]**

66. Attached as Exhibit 65 are true and corrected selected pages of the rough transcript of the deposition of Ingu Park, taken on May 31, 2018. **[FILED UNDER SEAL]**

67. Attached as Exhibit 66 is a true and complete copy of a document produced by Lion Capital as LION_00027488-89. **[FILED UNDER SEAL]**

68. Attached as Exhibit 67 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00002463-64. **[FILED UNDER SEAL]**

69. Attached as Exhibit 68 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00001569-70. **[FILED UNDER SEAL]**

70. Attached as Exhibit 69 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00012605. **[FILED UNDER SEAL]**

71. Attached as Exhibit 70 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00008169-77. **[FILED UNDER SEAL]**

72. Attached as Exhibit 71 is a true and complete copy of a document and its attachment produced by Lion Capital in this litigation as LION_00028216. **[FILED UNDER SEAL]**

73. Attached as Exhibit 72 is a true and complete copy of a document and

its attachment produced by Lion Capital in this litigation as LION_00007078-79. **[FILED UNDER SEAL]**

74. Attached as Exhibit 73 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_000034417. **[FILED UNDER SEAL]**

75. Attached as Exhibit 74 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00003983. **[FILED UNDER SEAL]**

76. Attached as Exhibit 75 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00000339-40. **[FILED UNDER SEAL]**

77. Attached as Exhibit 76 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00004692-93. **[FILED UNDER SEAL]**

78. Attached as Exhibit 77 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00004695-97. **[FILED UNDER SEAL]**

79. Attached as Exhibit 78 is a true and complete copy of a document and its attachment produced by Lion Capital in this litigation as LION_00004717-24. **[FILED UNDER SEAL]**

80. Attached as Exhibit 79 is a true and complete copy of a document produced by Lion Capital in this litigation as LION_00000004-07. **[FILED UNDER SEAL]**

81. Attached as Exhibit 80 is a true and complete copy of a document produced by Lion Capital as LION_00028250. **[FILED UNDER SEAL]**

82. Attached as Exhibit 81 is a true and complete copy of a document produced by Lion Capital as LION_00028150-51. **[FILED UNDER SEAL]**

83. Attached as Exhibit 82 is a true and complete copy of a document

produced by Lion Capital as LION_00028203-05. **[FILED UNDER SEAL]**

84. Attached as Exhibit 83 is a true and complete copy of a document produced by Bumble Bee in this litigation as BB_Civil_000789268-317. **[FILED UNDER SEAL]**

85. Attached as Exhibit 84 is a true and complete copy of a document produced by Lion Capital as LION_00035436. **[FILED UNDER SEAL]**

86. Attached as Exhibit 85 is a true and complete copy of a document and its attachment produced by Lion Capital in this litigation as LION_00012566. **[FILED UNDER SEAL]**

87. Attached as Exhibit 86 is a true and complete copy of an article published by the San Diego Tribune on or around November 13, 2016, and entitled "Bumble Bee: 'Our success is our people,'" which is publicly available at http://www.sandiegouniontribune.com/business/sd-fi-top-workplaces-bumblebee-20161113-story.html (last visited June 20, 2018).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2018

E. Katcher

Elana Katcher