UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>(ECF No. 1241) |

Presently before the Court is a Motion to Withdraw Appearance of Counsel, (ECF No. 1341). Solomon B. Cera seeks to withdraw as counsel for Associated Grocers of Florida, Inc. ("AGFLA"). AGFLA was acquired by direct action plaintiff SuperValu, Inc., which is represented by David P. Germaine, Vanek Vickers & Masini P.C.

Good cause appearing, the Court **GRANTS** the Motion. The Clerk **SHALL** update the docket to reflect the withdrawal of Mr. Cera as counsel for AGFLA. Mr. Cera continues to represent Plaintiffs Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., and Piggly Wiggly Alabama Distributing Co., Inc.

**IT IS SO ORDERED.**

Dated: June 25, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge