UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF No. 1244) |

Presently before the Court is a Motion to File Documents Under Seal, (ECF No. 1244). Lion Capital LLP, Big Catch Cayman LP and Lion Capital (Americas), Inc. (collectively, the "Lion Entities") move for an order to file under seal portions of their Consolidated Motion to Dismiss the Complaints of the Indirect Purchaser End Payer Plaintiffs, Commercial Food Preparer Plaintiffs, Direct Purchaser Plaintiffs and Direct Action Plaintiffs and the Appendix thereto. (*Id.* at 2.) The Lion Entities claim the documents contain or reference information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) The Lion Entities are filing redacted versions of the documents on the public docket.

Good cause appearing, the Court **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: June 26, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge