UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF No. 1245) |
|---|---|

 Presently before the Court is a Motion to File Documents Under Seal, (ECF No. 1245). Bashas' Inc., Marc Glassman, Inc., and 99 Cents Only Stores LLC (the "Bashas' Plaintiffs") move for an order to file under seal their Memorandum of Points and Authorities in Opposition to the Lion Entities' Motion to Dismiss the Bashas' Plaintiffs' Complaint and certain exhibits attached to the Declaration of Elana Katcher in support of the Opposition.

 A party seeking to seal a judicial record bears the burden of overcoming the strong presumption of access. *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). The showing required to meet this burden depends upon whether the documents to be sealed relate to a motion that is "more than tangentially related to the merits of the case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1102 (9th Cir. 2016). When the underlying motion is more than tangentially related to the merits, the "compelling reasons" standard applies. *Id.* at 1096–98. When the underlying motion does not surpass the tangential relevance threshold, the "good cause" standard applies. *Id.*

 Bashas' Plaintiffs seek to file the entirety of their opposition, thus, the scope of the request is very broad. "[G]eneralized information is not likely to meet the compelling

reasons standard of sealing, and [a party] must avoid this general information when applying its redactions to propriety information." *Obesity Research Inst., LLC v. Fiber Research Int'l, LLC*, No. 15-cv-595-BAS (MDD), 2017 WL 5001287, at *5 (S.D. Cal. Nov. 2, 2017) (collecting cases).

The Court finds it is likely there is information in Bashas' Plaintiffs' opposition that warrants sealing, but Bashas' Plaintiffs have failed to present compelling reasons that the <u>entirety</u> of the opposition warrants sealing. Thus, the Court **DENIES WITHOUT PREJUDICE** Bashas' Plaintiffs' Motion and **GRANTS** Bashas' Plaintiffs leave to file a renewed motion to file documents under seal. *See Obesity Research Inst., LLC v. Fiber Research Int'l*, No. 15-cv-595-BAS (MDD), 2017 WL 3269211, at *2 (S.D. Cal. July 31, 2017) (holding the same). Bashas' Plaintiffs' revised motion must specify portions of the documents that present compelling reasons for sealing.

IT IS SO ORDERED.

Dated:  June 26, 2018

Hon. Janis L. Sammartino
United States District Judge