UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING SERVICE OF PROCESS** (ECF No. 1252) |
|---|---|

Presently before the Court is a Joint Motion by Direct Action Plaintiff Associated Wholesale Grocers, Inc. ("AWG"), and Defendants Bumble Bee Foods LLC, Starkist Co., Dongwon Industries Co., Ltd. ("Dongwon Industries"), Del Monte Corporation, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, Inc., and Thai Union Group PCL, ("Defendants"). The Parties have stipulated:

1. AWG will serve its Summons and Complaint on Defendants via electronic mail to the email address or addresses provided by Defendants' counsel.

2. Each Defendant, including Dongwon Industries, agrees to accept service of AWG's Summons and Complaint via electronic mail to the email address or addresses provided by Defendants' counsel. Each Defendant further agrees that it will not assert as a defense in this action any objection to the fact or sufficiency of service. This stipulation is not a waiver by Defendants of any defenses unrelated to service of process, including,

1  without limitation, any jurisdictional defenses under Federal Rule of Civil Procedure
2  12(b)(2).

3      3.    For the avoidance of doubt, Defendants do not by this Stipulation consent to
4  service by any other person or entity other than AWG.  This Stipulation shall lack any legal
5  or evidentiary effect as to any other person or entity.

6      4.    Defendants' time to respond to the AWG Complaint is set forth below:

    (a) Within 45 days following the date the Court grants this Joint Motion for Stipulation, AWG shall either file an amended complaint or provide notice to Defendants that it will not be filing an amended complaint.

    (b) In the event that AWG files an amended complaint, AWG will then serve a certified Korean translation of its amended complaint on Dongwon Industries via electronic mail to the email address or addresses provided by Dongwon Industries' counsel within seven (7) business days of filing its amended complaint.  In the event that AWG does not file an amended complaint, AWG will serve a certified Korean translation of the AWG Complaint on Dongwon Industries via electronic mail to the email address or addresses provided by Dongwon Industries' counsel within thirty-five (35) days of AWG's respective counsel notifying Dongwon Industries' counsel that it will not be filing an amended complaint.

    (c) If AWG files an amended complaint, then Defendants shall respond to AWG's amended complaint on the time frame set by the Court for responding to the other operative complaints filed in this MDL, but not sooner that 45 days after AWG's amended complaint is filed; otherwise, Defendants shall respond to the AWG Complaint within 45 days of receiving notice from AWG's counsel that they will not be filing an amended Complaint.

///
///

1    Good cause appearing, the Court **GRANTS** the Joint Motion.
2    **IT IS SO ORDERED.**
3    Dated:  June 26, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge