UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) **ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMIT** (ECF No. 1258) |

Presently before the Court is a Joint Motion to File an Overlength Brief.  (ECF No. 1258.)   Plaintiff The Cherokee Nation requests leave to file up to thirty pages in its Opposition brief to Defendants' Joint Motion to Dismiss, (ECF No. 983-1).  (ECF No. 1258, at 2.)  Good cause appearing, the Court **GRANTS** the Joint Motion, (ECF No. 1258). The Cherokee Nation **MAY** file an Opposition brief not to exceed <u>thirty (30) pages</u>.

**IT IS SO ORDERED.**

Dated:  June 29, 2018

Hon. Janis L. Sammartino
United States District Judge

1