UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
Jul 06 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ robertc   DEPUTY

IN RE: PACKAGED SEAFOOD PRODUCTS
ANTITRUST LITIGATION

| | | |
|---|---|---|
| Reo v. Bumble Bee Foods, LLC, | ) | |
| N.D. Ohio, C.A. No. 1:18-01416 | ) | MDL No. 2670 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Reo*) on June 28, 2018. In the absence of any opposition, the conditional transfer order was finalized with respect to *Reo* on July 6, 2018. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was yet to be filed in the Southern District of California. The Panel has now been advised that *Reo* was remanded to Painesville Municipal Court, Lake County, Ohio, by the Honorable John R. Adams in an order filed on July 2, 2018.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-12" filed on June 28, 2018, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel