UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXTENSION OF TIME TO FILE RENEWED MOTION TO SEAL**<br><br>(ECF No. 1264) |

Presently before the Court is a Joint Motion by Direct Action Plaintiffs Bashas' Inc., Marc Glassman, Inc., and 99 Cents Only Stores LLC (collectively, the "Bashas' Plaintiffs"), and Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International ("Chicken of the Sea"), StarKist Co. ("StarKist"), and Dongwon Industries Co., Ltd. ("Dongwon") ("Defendants"). The Parties have stipulated that Defendants shall have until July 11, 2018 to file any declarations in support of the Bashas' Plaintiffs renewed motion to seal.

The Court believes Bashas' Plaintiffs have misunderstood the Court's prior order denying without prejudice their motion to file documents under seal, (ECF No. 1255). The Court does not require Plaintiffs to include declarations by all Defendants stating that certain information is confidential.  In its Order, the Court specified: "Bashas' Plaintiffs seek to file the entirety of their opposition, thus, the scope of the request is very broad." (*Id.* at 1.)  The Court found "it is likely there is information in Bashas' Plaintiffs' opposition

that warrants sealing, but Bashas' Plaintiffs have failed to present compelling reasons that the entirety of the opposition warrants sealing." (*Id.* at 2.) Thus, the Court requested Bashas' Plaintiffs file a renewed motion to file documents under seal and simply specify which portions of the opposition it wished to file under seal.

Nonetheless, the Court **GRANTS** the Joint Motion.

**IT IS SO ORDERED.**

Dated: July 10, 2018

Hon. Janis L. Sammartino
United States District Judge