UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING RENEWED MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF No. 1262) |

Presently before the Court is a renewed Motion to File Documents Under Seal, (ECF No. 1262). Bashas' Inc., Marc Glassman, Inc., and 99 Cents Only Stores LLC (the "Bashas' Plaintiffs") move for an order to file under seal portions of their Memorandum of Points and Authorities in Opposition to the Lion Entities' Motion to Dismiss the Bashas' Plaintiffs' Complaint and certain exhibits attached to the Declaration of Elana Katcher in support of the Opposition.

Bashas' Plaintiffs have specified which portions of their Opposition and which exhibits contain or reference information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) Bashas' Plaintiffs have filed redacted versions of the documents on the public docket.

1     Good cause appearing, the Court **GRANTS** the Motion.

2     **IT IS SO ORDERED.**

3 Dated: July 10, 2018

4                               Hon. Janis L. Sammartino

5                               United States District Judge