UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTIONS TO FILE DOCUMENT UNDER SEAL**<br><br>(ECF No. 1271, 1274, 1277, 1280) |

 Presently before the Court are four Motions to File Documents Under Seal. First, Direct Action Plaintiffs seek to file under seal portions of their Response in Opposition to the Lion Defendants' Motion to Dismiss. (ECF No. 1271.) Second, the Lion Entities seek to file under seal portions of their Consolidated Reply Brief in Support of Their Motions to Dismiss the Bashas' and Cherokee Nation Complaints. (ECF No. 1274.) Third, Indirect Plaintiffs seek to file under seal portions of the Memorandum of Points and Authorities in Support of Joint Opposition to the Lion Entities' Motion to Dismiss. (ECF No. 1277.) Fourth, Direct Purchaser Class Plaintiffs seek to file under seal portions of their Opposition to the Lion Entities' Motion to Dismiss and the Declaration of Samantha J. Stein in support of their Opposition. (ECF No. 1280.)

 All moving Parties claim the respective documents contain or reference information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing

1  "Confidential" or "Highly Confidential" material be filed under seal).)  All moving Parties
2  are filing redacted versions of the documents on the public docket.
3      Good cause appearing, the Court **GRANTS** the Motions.
4      **IT IS SO ORDERED.**

Dated:  July 17, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge