UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF No. 1294, 1297) |

      Presently before the Court are two Motions to File Documents Under Seal, (ECF Nos. 1294, 1297). First, specially appearing Defendants the Lion Entities request an order to file under seal portions of their forthcoming Reply in Further Support of Consolidated Motion to Dismiss the Complaints of the Indirect Purchaser End Payer Plaintiffs, Commercial Food Preparer Plaintiffs, Direct Purchaser Class Plaintiffs, and Direct Action Plaintiffs. (ECF No. 1294.) The Lion Entities claim portions of the Reply contain or reference information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) The Lion Entities have filed a redacted version of the document on the public docket. Good cause appearing, the Court **GRANTS** the Motion.

      Second, all Defendants request an order to file under seal portions of their joint status

1 report. (ECF No. 1297.) Defendants claim portions of the document contain or reference information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) Defendants have filed a redacted version of the document on the public docket. Good cause appearing, the Court **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: July 27, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge