UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)  **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING SERVICE OF PROCESS**  (ECF No. 1301) |
|---|---|

Presently before the Court is a Joint Motion by Direct Action Plaintiff Associated Wholesale Grocers, Inc. ("AWG"), and Defendant Christopher D. Lischewski, (ECF No. 1301). The Parties have stipulated:

1. AWG will serve its Complaint on Mr. Lischewski via electronic mail to the email addresses provided by his counsel.
2. Mr. Lischewski agrees to accept service of AWG's Complaint via electronic mail to the email addresses provided by Mr. Lischewski's counsel.  Mr. Lischewski further agrees that he will not assert as a defense in this action any objection to the fact or sufficiency of service.
3. The parties agree that this stipulation is not a waiver by Mr. Lischewski of any defenses unrelated to service of process, including, without limitation, any jurisdictional defenses under Federal Rule of Civil Procedure 12(b)(2).

4. Mr. Lischewski shall respond to the AWG Complaint on or before September 24, 2018.

Good cause appearing, the Court **GRANTS** the Joint Motion.

**IT IS SO ORDERED**

Dated: July 27, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

2

15-MD-2670 JLS (MDD)