UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>(ECF No. 1303) |

Presently before the Court is a Motion to Withdraw Appearance of Counsel, (ECF No. 1303). Robert J. Quigley seeks to withdraw as counsel for the Lion Entities. The Lion Entities will continue to be represented by other counsel who have specially appeared in this matter.

Good cause appearing, the Court **GRANTS** the Motion. The Clerk **SHALL** update the docket to reflect the withdrawal of Mr. Quigley and **SHALL** remove him from CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated: July 27, 2018

Hon. Janis L. Sammartino
United States District Judge