UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER REQUESTING RESPONSE TO OBJECTIONS**<br><br>(ECF No. 1312) |

Plaintiffs Sysco Corp. and US Foods, Inc. ("Plaintiffs") have filed objections to Judge Dembin's July 23, 2018 Order, (ECF No. 1293). (*See* ECF No. 1312.) Defendants **SHALL** file a response to the objections <u>on or before August 21, 2018</u>. Plaintiffs **MAY** file a reply in support of their objections <u>on or before August 31, 2018</u>.

**IT IS SO ORDERED.**

Dated: July 31, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge