UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF No. 1309) |

Presently before the Court is Plaintiffs' Motion to File Documents Under Seal, (ECF No. 1309). Plaintiffs move for an order to file under seal Exhibit 1 to the Declaration of Samantha J. Stein in support of their Notice of Supplementation in support of their Oppositions to the Lion Entities' Motions to Dismiss. Plaintiffs claim the exhibit contains or references information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) Good cause appearing, the Court **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: August 2, 2018

Hon. Janis L. Sammartino
United States District Judge