# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) **ORDER REQUESTING RESPONSE TO MR. LISCHEWSKI'S OPPOSITION** (ECF No. 1322) |
|---|---|

All Parties have filed a Joint Motion for Order, (ECF No. 1320), to which Mr. Christopher Lischewski has filed an opposition, (ECF No. 1322). The Court requests a response to Mr. Lischewski's opposition by the Department of Justice. The DOJ **SHALL** file a response <u>on or before August 17, 2018.</u> Plaintiffs and Defendants may also file a response (one filing per side) by this date should they so choose.

**IT IS SO ORDERED.**

Dated: August 10, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge