UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER DENYING EX PARTE MOTION**<br><br>(ECF No. 1330) |

Plaintiffs Sysco Corp. and US Foods, Inc. ("Plaintiffs") have filed objections to Judge Dembin's July 23, 2018 Order, (ECF No. 1293). (*See* ECF No. 1312.)  The Court ordered any response by Defendants to be filed on or before August 21, 2018 and any reply by Plaintiffs to be filed on or before August 31, 2018. (ECF No. 1314.)  Defendants have filed an unopposed motion to expedite the briefing schedule. (ECF No. 1330.)  Defendants filed their response to the objections on August 10, 2018, (ECF No. 1331).  In light of this early filing, Defendants request the Court move Plaintiffs' deadline for replies from August 31, 2018 to August 23, 2018.  The Court finds it unnecessary to expedite the briefing schedule and **DENIES** the Ex Parte Motion.  Should Plaintiffs file their reply earlier than the deadline, the Court will take the matter under submission at that time.

**IT IS SO ORDERED.**

Dated: August 13, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge