UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF Nos. 1324, 1327) |

Presently before the Court are two Motion to File Documents Under Seal, (ECF Nos. 1324, 1327). First, Direct Action Plaintiff Associated Wholesale Grocers, Inc. ("AWG") seeks to file under seal portions of its First Amended Complaint. AWG claims the complaint contains or references information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) AWG has filed a redacted version of the complaint on the public docket. Good cause appearing, the Court **GRANTS** the Motion, (ECF No. 1324).

Second, Plaintiffs seek to file under seal their objection to Judge Dembin's order. Plaintiffs claim the document contains or references information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) Plaintiffs have filed a redacted version of the

1 document on the public docket. Good cause appearing, the Court **GRANTS** the Motion,
2 (ECF No. 1327).

3     **IT IS SO ORDERED.**

4 Dated: August 13, 2018

5                                             Hon. Janis L. Sammartino
6                                             United States District Judge