UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO STRIKE**<br><br>(ECF No. 1333) |

    Presently before the Court is Plaintiff Associated Wholesale Grocers, Inc. ("AWG")'s Motion to Strike, (ECF No. 1333). AWG seeks to strike the public, redacted version of its own First Amended Complaint. AWG states it inadequately redacted portions of the document. AWG will re-file its redacted first amended complaint correcting the issue. The Court **GRANTS** the Motion. The Clerk **SHALL** strike ECF No. 1326.

    **IT IS SO ORDERED.**

Dated: August 14, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge