UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF No. 1340) |

Presently before the Court is Defendants StarKist Co. and Dongwon Industries Co., Ltd. and Plaintiffs' Motion to File Documents Under Seal, (ECF No. 1340). The Parties move for an order to file under seal portions of their Joint Motion for Determination of Discovery Dispute and the Exhibits to the Declarations of Christopher Yates and Samantha Stein. The Parties claim the documents contain or reference information previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order. (*See* ECF No. 173, ¶ 37 (filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).) The Parties have filed redacted versions of the documents on the public docket. Good cause appearing, the Court **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: August 17, 2018

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge