UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 1365) |

Presently before the Court is the United States' Motion for Stay of Discovery in *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods, LLC et al.* (ECF No. 1365). Plaintiff Associated Wholesale Grocers, Inc. and Defendant Christopher Lischewski **SHALL** file their Oppositions to the Motion <u>on or before October 4, 2018</u>. The United States **SHALL** file a Reply in Support of the Motions <u>on or before October 11, 2018</u>. The Court **HOLDS IN ABEYANCE** all discovery pertaining to the claims by Associated Wholesale Grocers against Mr. Lischewski pending the Courts ruling on the motion.

**IT IS SO ORDERED.**

Dated: September 13, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge