# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(ECF No. 1369) |

Presently before the Court is Plaintiff The Cherokee Nation and Defendants Bumble Foods LLC, StarKist Co., Dongwon Industries Co., Ltd., Del Monte Corporation, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, and Thai Union Group PCL's Joint Motion to Extend Time for The Cherokee Nation to file a Second Amended Complaint, (ECF No. 1369). Good cause appearing, the Court **GRANTS** the Joint Motion. The Cherokee Nation **SHALL** file their Second Amended Complaint on or before October 19, 2018. Defendants will have 30 days to file a responsive pleading after the Plaintiff files their Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: September 20, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

15-MD-2670 JLS (MDD)