1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: PACKAGED SEAFOOD
PRODUCTS ANTITRUST LITIGATION

Case No.: 15-MD-2670 JLS (MDD)

**ORDER GRANTING JOINT
MOTION FOR APPROVAL OF
STIPULATION REGARDING
DISMISSAL OF CLAIM AND
AMENDED SCHEDULE FOR
RESPONDING TO ASSOCIATED
WHOLESALE GROCERS, INC.'S
FIRST AMENDED COMPLAINT**

(ECF No. 1372)

Presently before the Court is a Joint Motion by Direct Action Plaintiff Associated Wholesale Grocers, Inc. ("AWG"), and Defendants Bumble Bee Foods LLC, StarKist Co., Dongwon Industries Co., Ltd. ("Dongwon Industries"), Del Monte Corporation, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, Inc., and Thai Union Group PLC, ("Defendants" and collectively with AWG, the "Parties"). The Parties have stipulated:

1. Defendants' deadline to respond to AWG's First Amended Complaint ("FAC") is suspended until October 19, 2018.

2. AWG will file its Second Amended Complaint ("SAC") on or before October 5, 2018.

3. In its SAC, AWG will remove its claim for injunctive relief under the Kansas Restraint of Trade Act, K.S.A. 50-161.

4. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants will respond to AWG's SAC on or before October 19, 2018.

5. Upon filing their responses to AWG's SAC, Defendants will no longer be required to respond to AWG's FAC.

6. In the event that AWG does not file its SAC, Defendants will respond to AWG's FAC by October 19, 2018.

7. If AWG does file a SAC, it will serve a certified Korean translation of its SAC on Dongwon Industries via electronic mail to the email address or addresses provided by Dongwon Industries' counsel within seven business days of filing its SAC.

Good Cause appearing, the Court **GRANTS** the Joint Motion.  The parties will comply with the amended schedule as stipulated in their Joint Motion.

**IT IS SO ORDERED.**

Dated:  September 21, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

15-MD-2670 JLS (MDD)