UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(ECF No. 1375) |

    Presently before the Court is Plaintiff The Cherokee Nation and Defendants Lion Capital LLP, Lion Capital (Americas), Inc. and Lion/Big Catch Cayman LP, Joint Motion for an Extension of Time for The Cherokee Nation to File a Second Amended Complaint ("SAC"). (ECF No. 1375.) The parties conferred and the Defendants do not oppose The Cherokee Nation's request for a two-week extension of time to file its SAC. Good cause appearing, the Court **GRANTS** the Joint Motion. The Cherokee Nation **SHALL** file their SAC <u>on or before October 19, 2018</u>. Defendants will have 30 days to file a responsive pleading after the Plaintiff files their SAC.

    **IT IS SO ORDERED.**

Dated: September 21, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge