UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING RESPONSE TO PLAINTIFF ASSOCIATED WHOLESALE GROCERS' FIRST AMENDED COMPLAINT** (ECF No. 1376) |
|---|---|

Presently before the Court is a Joint Motion by Direct Action Plaintiff Associated Wholesale Grocers, Inc. ("AWG"), and Defendants Lion Capital LLP, Lion Capital (Americas) Inc., and Big Catch Cayman L.P., (each, a "Lion Capital Defendant" and collectively, the "Lion Capital Defendants"), for approval of a stipulation regarding a schedule for responding to AWG's First Amended Complaint and forthcoming Second Amended Complaint. The Parties stipulate as follows:

1. The Lion Capital Defendants' deadline to respond to the FAC is continued until October 19, 2018.

2. AWG will file and serve the SAC on the Lion Capital Defendants via electronic mail to the email address or addresses provided by the Lion Capital Defendants' counsel, on or before October 5, 2018.

3. Lion Capital LLP and Big Catch Cayman L.P. will be entitled under Rules 12

and 15(a)(3) to move to dismiss the SAC within fourteen (14) days from the date on which the SAC is filed.

4.  If Lion Capital LLP and Big Catch Cayman L.P. move to dismiss the SAC:

(a)  the parties shall work in good faith to achieve a reasonable briefing schedule consistent with AWG having three or more weeks after service of the motion to dismiss to file an Opposition thereto, and Lion Capital LLP and Big Catch Cayman L.P. having two or more weeks after service of the Opposition to file a Reply brief in support of the motion to dismiss;

(b)  the parties shall work in good faith to coordinate filings related to the Lion Capital Defendants' response to AWG's SAC with the filings related to the Lion Capital Defendants' responses to other complaints brought against them in the MDL by the Direct Action Plaintiffs; and

(c)  Lion Capital (Americas), Inc. is not required to file an answer to the SAC until fourteen (14) days following the Court's decision on Lion Capital LLP and Big Catch Cayman L.P.'s motion to dismiss the SAC.

5.  In the event that AWG does not file its SAC, the Lion Capital Defendants will respond to AWG's FAC by October 19, 2018.

Good Cause appearing, the Court **GRANTS** the Joint Motion.  The parties will comply with the amended schedule as stipulated in their Joint Motion.

**IT IS SO ORDERED.**

Dated:  September 24, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge