UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION REGARDING AMENDED SCHEDULE FOR RESPONDING TO PLAINTIFF ASSOCIATED WHOLESALE GROCERS' FIRST AMENDED COMPLAINT**<br><br>(ECF No. 1380) |
|---|---|

Presently before the Court is a Joint Motion by Direct Action Plaintiff Associated Wholesale Grocers, Inc. ("AWG"), and Defendant Christopher D. Lischewski, for approval of a stipulation regarding a schedule for responding to AWG's First Amended Complaint and forthcoming Second Amended Complaint. The Parties stipulate as follows:

1. Mr. Lischewski's deadline to respond to AWG's First Amended Complaint ("FAC") is suspended until October 19, 2018.

2. If AWG files a Second Amended Complaint ("SAC") on or before October 5, 2018, Ms. Lischewski will respond, by October 19, 2018, to AWG's SAC.

3. Upon filing his response to AWG's SAC, Mr. Lischewski will no longer be required to respond to AWG's FAC.

4. In the event that AWG does not file its SAC, Mr. Lischewski will respond to AWG's FAC by October 19, 2018.

5. The parties agree that this stipulation is not a waiver by Mr. Lischewski of any defenses unrelated to service of process, including, without limitation, any jurisdictional defenses under Federal Rule of Civil Procedure 12(b)(2).

Good Cause appearing, the Court **GRANTS** the Joint Motion. The parties will comply with the amended schedule as stipulated in their Joint Motion.

**IT IS SO ORDERED.**

Dated:  September 25, 2018

Hon. Janis L. Sammartino
United States District Judge