UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO FILE OVERLENGTH BRIEF BY DEFENDANTS**<br><br>(ECF No. 1392) |
|---|---|

Presently before the Court is a Joint Motion by Defendants Bumble Bee Foods, LLC, Star Kist Co. and Dongwon Industries Co., Ltd., Del Monte Corporation, and Tri-Union Seafoods LLC d/b/a Chicken of the Sea International (collectively, "Defendants"), and the Indirect Purchaser End Payer Class Plaintiffs, and the Indirect Purchaser Commercial Food Preparer Class Plaintiffs (collectively, "Class Plaintiffs"), for approval of stipulation regarding the length of memoranda in support of the Defendants' Oppositions to Class Plaintiffs' Motions for Class Certification (ECF Nos. 1130 and 1143).

///
///
///
///
///
///

     The parties conferred and agreed that Defendants may file briefs in support of their Opposition to Class Plaintiff's respective Motions for Class Certification not more than fifty (50) pages in length.

     Good cause appearing, the Court **GRANTS** the Joint Motion.

     **IT IS SO ORDERED.**

Dated: September 27, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge