Kenneth A. Gallo (NY 4484457)
Craig A. Benson (DC 473285)
Joseph J. Bial (NY 4151528)
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone: 202-223-7356
Facsimile:  202-204-7356
Email:  kgallo@paulweiss.com
Email:  cbenson@paulweiss.com
Email: jbial@paulweiss.com

William B. Michael (NY 4296356)
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile:  212-492-0648
Email:  wmichael@paulweiss.com

*Counsel for Defendant Bumble Bee Foods, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect Purchaser End Payer Actions | Case No. 3:15-md-02670-JLS-MDD<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO EPPS' MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: Hon. Janis L. Sammartino<br>CTRM: 4D (4th Fl. – Schwartz) |

DECL. IN SUPPORT OF DEFENDANTS' OPP. TO EPPS' MOTION FOR CLASS CERT.

CASE NO. 15-MD-2670-JLS-MDD

I, Craig A. Benson, declare under penalty of perjury as follows:

1. I am a member in good standing of the District of Columbia Bar and a partner in the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Bumble Bee Foods, LLC ("Bumble Bee") in the above-captioned action. I am admitted to practice before this Court pursuant to ECF No. 56, "Order Re: Attorney Admissions," ECF No. 880, "Notice of Appearance of Craig A. Benson." I am submitting this declaration in support of Defendants' Opposition to End Purchaser Plaintiffs' ("EPPs") Motion for Class Certification, solely to put documents before the Court.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Laila Haider, Ph.D, dated October 2, 2018.

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Professor David L. Sunding, Ph.D, dated May 29, 2018.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Professor David L. Sunding, Ph.D., dated September 7, 2018.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of David E. Luttway, the designated representative under Fed. R. Civ. P. 30(b)(6) for PITCO Foods, dated September 7, 2018.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Scott McCann, the designated representative under Fed. R. Civ. P. 30(b)(6) for Olean Wholesale Grocery Cooperative, Inc., dated September 5, 2018.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of EPPs' proposed class representative Laura Childs, dated March 21, 2018.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of EPPs' proposed class representative Lisa Hall, dated March 23, 2018.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of EPPs' proposed class representative, Mary C. Hudson, dated April 3, 2018.

10. Attached hereto as Exhibit 9 is a true and correct copy of an email from Bill Tate to Mike Warren, re "FW: Hot Deal on Tuna for Lent 2016," dated February 10, 2016, which was produced in this action bearing the Bates stamp HEBSEA-ED00059664.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email from Scott Chambers to Raechel Gibbs et al., re "RE: Tuna Fish Question," dated September 16, 2015, which was produced in this action bearing the Bates stamp MEI-SEAFOOD-0023825.

12. Attached hereto as Exhibit 11 is a true and correct copy of an email from Mike Baribeau to Cheryl Jones et al., re "RE: Ad WK 31 – SPAM Hawaii FC?" dated June 26, 2013, which was produced in this action bearing the Bates stamp ALBSEA-ED00854910.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email from Stanley Ewing to Marlena Bond, re "RE: Canned Seafood Weekly Report 201210," dated April 16, 2012, which was produced in this action bearing the Bates stamp WM-TUNA-0052603.

14. Attached hereto as Exhibit 13 is a true and correct copy of an email from Gary Wooten to Russell Boyle, re "Q2 Pricing – Request Input," dated February 4, 2015, which was produced in this action bearing the Bates stamp WM-TUNA-0101805.

15. Attached hereto as Exhibit 14 is a true and correct copy of an email from Tim Carver to Cathy Towle, re "RE: Bumble Bee Foods Form 100 Jan

1  012808," dated January 31, 2008, which was produced in this action bearing the
2  Bates stamp WM-TUNA-0165410.

3  16. Attached hereto as Exhibit 15 is a true and correct copy of an email
4  from Bruce Jones to Bob Goldman et al., re "Re: Chris Lischewski - Bumble Bee
5  President & CEO - Wakefern Market Visit Friday 8/24/12," dated July 25, 2012,
6  which was produced in this action bearing the Bates stamp WAKE-SEAFOOD-
7  0088639.

8  17. Attached hereto as Exhibit 16 is a true and correct copy of an email
9  from Alan White to Steve Lyons, re "FW: CVS," dated March 29, 2010, which
10 was produced in this action bearing the Bates stamp DTD00066360.

11 18. Attached hereto as Exhibit 17 is a true and correct copy of a
12 document titled "2010 National Sales Meeting – Canned Tuna," produced in this
13 action by Bumble Bee Foods, LLC, on March 31, 2017, beginning with Bates
14 stamp BB_Civil_000202111.

15 19. Attached hereto as Exhibit 18 is a true and correct copy of an email
16 from Joseph Berry to Jeffrey Conyers et al, re "CVS Ad Nationally – BBF SW 5-
17 ounce," dated June 2, 2009, which was produced in this action bearing the Bates
18 stamp BB_Civil_000584029.

19 20. Attached hereto as Exhibit 19 is a true and correct copy of an excerpt
20 from a letter from William B. Michael to Samantha Stein et al., enclosing Bumble
21 Bee's responses to Plaintiffs' 30(b)(6) topics, served on Plaintiffs on February 28,
22 2018.

23 21. Attached hereto as Exhibit 20 is a true and correct copy of an excerpt
24 from a letter from Christopher S. Yates to Samantha Stein et al., enclosing StarKist
25 Co.'s responses to Plaintiffs' 30(b)(6) topics, served on Plaintiffs on May 4, 2018.

26 22. Attached hereto as Exhibit 21 is a true and correct copy of an excerpt
27 from a letter from Erik Raven-Hansen to Samantha Stein et al., enclosing Tri-
28

Union Seafoods LLC's ("COSI's") responses to Plaintiffs' 30(b)(6) topics, served on Plaintiffs on March 20, 2018.

23. Attached hereto as Exhibit 22 is a true and correct copy of an article by Daniel L. Rubinfeld, entitled "Antitrust Damages," appearing in RESEARCH HANDBOOK ON THE ECONOMICS OF ANTITRUST (Einer Elhauge, ed., 2012).

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from a publication by the ABA Section of Antitrust Law, entitled PROVING ANTITRUST DAMAGES: LEGAL AND ECONOMIC ISSUES (3d ed. 2017).

25. Attached hereto as Exhibit 24 is a true and correct copy of an article by Justin McCrary & Daniel L. Rubinfeld, entitled "Measuring Benchmark Damages in Antitrust Litigation," appearing in JOURNAL OF ECONOMETRIC METHODS (2014).

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from a publication by the ABA Section of Antitrust Law, entitled ECONOMETRICS: LEGAL, PRACTICAL, AND TECHNICAL ISSUES (2d ed. 2005).

27. Attached hereto as Exhibit 26 is a true and correct copy of an article by Daniel Levy et al., entitled, "Price Points and Price Rigidity," appearing in REVIEW OF ECONOMICS AND STATISTICS, Volume 93, Issue 4 (2011).

28. Attached hereto as Exhibit 27 is a true and correct copy of an article by James D. Hess & Eitan Gerstner, entitled, "Loss Leader Pricing and Rain Check Policy," appearing in MARKETING SCIENCE, Vol. 6, No. 4 (1987).

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from a publication by the ABA Section of Antitrust Law, INDIRECT PURCHASER LITIGATION HANDBOOK (2d ed. 2016).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2018, in Washington, District of Columbia.

CRAIG A. BENSON

5

DECL. IN SUPPORT OF DEFENDANTS' OPP. TO EPPS' MOTION FOR CLASS CERT.

CASE NO. 15-MD-2670-JLS-MDD