UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER VACATING HEARING**<br><br>(ECF Nos. 1365, 1371) |

Presently before the Court is the United States' Motion for Stay of Discovery, (ECF No. 1365), and Defendant Christopher Lischewski's Motion to Stay Discovery and for Protective Order, (ECF No. 1371). The Court **HEREBY VACATES** the hearing scheduled for October 18, 2018, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 10, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge