**NAPOLI SHKOLNIK PLLC**
**Paul B. Maslo**
**360 Lexington Avenue, 11th Floor**
**New York, NY 10017**
**Telephone: (212) 397-1000**
**Email: pmaslo@napolilaw.com**

*Counsel for Grand Supercenter, Inc.*
*(Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THE DIRECT ACTION PLAINTIFF TRACK<br><br>*GRAND SUPERCENTER INC. v. BUMBLE BEE FOODS, et al.*, 3:17-cv-02211-JLS-MDD | Case No: 3:15-md-2670-JLS-MDD<br><br>**RULE 41 STIPULATION DISMISSING ACTION WITHOUT PREJUDICE** |

1

1  Plaintiff Grand Supercenter, Inc. ("Plaintiff") and Defendants Bumble Bee
2  Foods LLC, StarKist Company, Dongwon Industries Co. Ltd., Tri-Union Seafoods
3  LLC d/b/a Chicken of the Sea International, and Thai Union Group PCL
4  (collectively, "Defendants") (Plaintiff and Defendants together, "the Parties") have
5  conferred by and through their counsel and stipulate as follows:

6  WHEREAS, Plaintiff filed its Complaint on September 22, 2017, in the
7  Southern District of New York bearing Case No. 1:17-cv-7244;

8  WHEREAS, the United States Judicial Panel on Multidistrict Litigation
9  transferred the case to this Court for inclusion in the above-captioned MDL;

10 WHEREAS, Defendants each answered Plaintiff's Complaint on January 5,
11 2018;

12 WHEREAS, the Parties have been engaged in discovery; and

13 WHEREAS, Plaintiff no longer wishes to participate in this action;

14 IT IS HEREBY STIPULATED, by and between the parties, through their
15 respective counsel of record, that:

16     1. Plaintiff voluntarily dismisses this lawsuit pursuant to Federal Rule of
17     Civil Procedure 41(a)(1)(A)(ii) and that such dismissal shall be without
18     prejudice, with each side to bear its own costs and fees.

19     2. Plaintiff agrees that it will opt out of any class that may be certified in
20     this case to which it would otherwise be a member, and, in the event that
21     it does not opt out, shall promptly return any compensation received as
22     part of a class action judgment or settlement to the appropriate Defendant
23     or Defendants.

DATED: October 12, 2018

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

*/s/ Paul B. Maslo*
Paul B. Maslo
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: (212) 397-1000
Email: pmaslo@napolilaw.com

*Counsel for Grand Supercenter, Inc.*

By: s/ John Roberti

**ALLEN & OVERY LLP**
John Roberti (DC 495718)
Kelse Moen (DC 1035164)
Jana Steenholdt (DC 1034459)
1101 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 683-3800
Facsimile: (202) 683-3999
john.roberti@allenovery.com
kelse.moen@allenovery.com
jana.steenholdt@allenovery.com

Brian Fitzpatrick (NY 4853040)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
brian.fitzpatrick@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*

By: s/ Kenneth A. Gallo

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth A. Gallo (NY 4484457)
Michelle K. Parikh (NY 4293460)
Joseph J. Bial (NY 4151528)
Craig A. Benson (NY 5049861)
Heather C. Milligan (NY 5460829)
2001 K Street, NW Washington, DC 20006-1047
Telephone: 202-223-7356
Facsimile: 202-204-7356
kgallo@paulweiss.com

4

mparikh@paulweiss.com
jbial@paulweiss.com
cbenson@paulweiss.com
hmilligan@paulweiss.com

William B. Michael (NY 4296356)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile: 212-492-0648
wmichael@paulweiss.com

*Counsel for Defendant Bumble Bee Foods, LLC*

By:  s/ Christopher S. Yates

**LATHAM & WATKINS LLP**
Alfred C. Pfeiffer (Cal. Bar No. 120965)
Christopher S. Yates (Cal. Bar No. 161273)
Belinda S Lee (Cal. Bar No. 199635)
Niall E. Lynch (Cal Bar No. 157959)
Ashley M. Bauer (Cal. Bar No. 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I certify that I obtained authorization to file this document from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

*/s/ Paul B. Maslo*
Paul B. Maslo

## CERTIFICATE OF SERVICE

I certify that on October 12, 2018, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

*/s/ Paul B. Maslo*
Paul B. Maslo