# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION OF VOLUNTARY DISMISSAL**<br><br>(ECF No. 1495) |

Presently before the Court is Plaintiff Grand Supercenter, Inc. and Bumble Bee Foods, LLC, Star Kist Co., Dongwon Industries Co., Ltd., Del Monte Corp., Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, and Thai Union Group PCL's Joint Motion and Stipulation of Plaintiff's voluntary dismissal of this lawsuit. Good cause appearing, the Court **GRANTS** the Joint Motion, and **DISMISSES WITHOUT PREJUDICE** Plaintiff Grand Supercenter, Inc.'s lawsuit. As stipulated, each party will bear its own costs and attorneys' fees. This order does not affect the rights or claims of any other plaintiff against any defendant in the above-captioned litigation.

**IT IS SO ORDERED.**

Dated: October 15, 2018

Hon. Janis L. Sammartino
United States District Judge