LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>The Direct Purchaser Plaintiff Class Action Track | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DECLARATION OF BELINDA S LEE IN SUPPORT OF DEFENDANTS' OPPOSITION TO DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**[FILED UNDER SEAL]**<br><br>**Hearing:**<br>Date: December 20, 2018<br>Time: 9:00 a.m.<br>Court.: Room 4D<br>Judge: Hon. Janis L. Sammartino |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF BELINDA S LEE ISO DEFS.' OPP. TO
DPPS' MOT. FOR CLASS CERTIFICATION
CASE NO. 3:15-MD-2670-JLS-MDD

I, Belinda S Lee, declare under penalty of perjury as follows:

1. I am a member in good standing of the State of California Bar and a partner at the law firm Latham & Watkins LLP, counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd. in the above-captioned action. I am admitted to practice before this Court pursuant to ECF No. 56, "Order Re: Attorney Admissions," ECF No. 819, "Notice of Appearance of Belinda S Lee." I am submitting this declaration in support of Defendants' Opposition to Direct Purchaser Class Plaintiffs' Motion for Class Certification, solely to put documents before the court.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of James Badet, dated February 9, 2018.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of James Cox, dated September 11, 2018.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Cary Gann, dated March 8, 2018.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Kevin Bixler, dated September 7, 2018.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the expert report of Dr. John H. Johnson, IV, dated October 16, 2018.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Dr. Russell Mangum, dated September 11, 2018.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Dr. David Sunding, dated September 7, 2018.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the document Bates labeled COSI-CIV-000424111 produced by Chicken of the Sea International in this litigation and marked as Exhibit 250 during the September 11, 2018, deposition of Dr. Russell Mangum.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the

1  document Bates labeled COSI-CIV-000000598 produced by Chicken of the Sea
2  International in this litigation and marked as Exhibit 251 during the September 11,
3  2018, deposition of Dr. Russell Mangum.
4     I declare under penalty of perjury that the foregoing is true and correct.
5  Executed on October 16, 2018, in San Francisco, California.

7  By: s/ Belinda S Lee
8  Belinda S Lee

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF BELINDA S LEE ISO DEFS.' OPP. TO
DPPS' MOT. FOR CLASS CERTIFICATION
CASE NO. 3:15-MD-2670-JLS-MDD

# INDEX OF EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Excerpts from the deposition transcript of James Badet, dated February 9, 2018 | 4-38 |
| 2 | Excerpts from the deposition transcript of James Cox, dated September 11, 2018 | 39-64 |
| 3 | Excerpts from the deposition transcript of Cary Gann, dated March 8, 2018 | 65-92 |
| 4 | Excerpts from the deposition transcript of Kevin Bixler, dated September 7, 2018 | 93-111 |
| 5 | Expert Report of Dr. John H. Johnson, IV, dated October 16, 2018 | 112-248 |
| 6 | Excerpts from the deposition transcript of Dr. Russell Mangum, dated September 11, 2018 | 249-291 |
| 7 | Excerpts from the deposition transcript of Dr. David Sunding, dated September 7, 2018 | 292-307 |
| 8 | Document Bates labeled COSI-CIV-000424111 and marked as Exhibit 250 during the September 11, 2018, deposition of Dr. Russell Mangum. | 308-313 |
| 9 | Document Bates labeled COSI-CIV-0000005983 and marked as Exhibit 251 during the September 11, 2018, deposition of Dr. Russell Mangum | 314-320 |