UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO THE UNITED STATES' MOTION FOR STAY OF DISCOVERY**<br><br>(ECF No. 1515) |

Presently before the Court is Defendant Christopher Lischewski's Motion for Leave to File a Sur-Reply in Opposition to the United States' Motion for Stay of Discovery, (ECF No. 1515). Mr. Lischewski requests leave to file a sur-reply to respond to arguments by the government and the Direct Action Plaintiffs raised after Mr. Lischewski submitted his opposition brief. Good cause appearing, the Court **GRANTS** the Motion. Mr. Lischewski may file the Sur-Reply attached as Exhibit A to his Motion.

**IT IS SO ORDERED.**

Dated: October 17, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge