LESLIE A. WULFF (CSBN 277979)
MANISH KUMAR (CSBN 269493)
MICAH L. RUBBO (CSBN 267465)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California  94102
Telephone: (415) 934-5300
Leslie.Wulff@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br><br>**UNITED STATES' STATUS REPORT REGARDING INFORMATION FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

The United States intervened in the above-captioned case on January 13, 2016, and informed the Court that a federal grand jury empaneled in the Northern District of California is investigating the packaged-seafood industry for potential violations of the Sherman Act, 15 U.S.C. § 1.  (ECF No. 34.)  The United States hereby further informs the Court that the sixth criminal case in the packaged-seafood investigation has been filed in the Northern District of California.  *See United States v. StarKist Co.*, No. 18-CR-0513-EMC (N.D. Cal. Information filed October 18, 2018).

\\

1

1       The United States will continue to update the Court of any additional

2  criminal charges that may be filed.

3

4  Dated: October 19, 2018         Respectfully submitted,

5

6                         */s/ Leslie A. Wulff*

7                         LESLIE A. WULFF

8                         Trial Attorney

9                         U.S. Department of Justice

10                       Antitrust Division

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' STATUS REPORT                        Case No. 3:15-md-02670-JLS-MDD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2018, I filed the foregoing Status Report with the Clerk of the United States District Court for the Southern District of California by using the Court's CM/ECF system, which will send notifications of these filings to all counsel of record.

By:  */s/ Leslie A. Wulff*
Leslie A. Wulff
U.S. Department of Justice
Antitrust Division

3

UNITED STATES' STATUS REPORT                    Case No. 3:15-md-02670-JLS-MDD