UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 1494) |

Presently before the Court is the United States' Motion for Stay of Discovery, (ECF No. 1494). The Court **HEREBY VACATES** the hearing scheduled for November 1, 2018, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 24, 2018

Hon. Janis L. Sammartino
United States District Judge