UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY** (ECF No. 1526) |
|---|---|

Presently before the Court is the Indirect Purchaser End Payer Plaintiffs' ("EPPs") unopposed ex parte Motion to extend the deadline for the EPPs to file their Reply in further support of their Motion for Class Certification by one week. Good cause appearing, the Court **GRANTS** the Motion, (ECF No. 1526). The EPPs must file their Reply <u>on or before November 20, 2018.</u>

**IT IS SO ORDERED.**

Dated: October 24, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge