ALLEN & OVERY LLP
John Roberti (DC 495718)
1101 New York Avenue N.W.
Washington, D.C., 20005
Telephone:  +1.202.683.3800
Facsimile:  +1.202.683.3999
john.roberti@allenovery.com

Joshua L. Shapiro (NY 4499695)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  +1.212.610.6300
Facsimile:  +1.212.610.6399
joshua.shapiro@allenovery.com

*Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*

(Additional Counsel on Signature Pages)

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>_____<br>This document relates to:<br><br>Commercial Food Preparer Plaintiff Action | Case No.:  3:15-md-2670-JLS-MDD<br><br>**DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: December 20, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4D |

**PLEASE TAKE NOTICE** that, pursuant to Southern District of California Civil Local Rule 79.2 and the Protective Order entered in this action (ECF No. 194, incorporating ECF No. 173), Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, Thai Union Group PCL, Bumble Bee Foods LLC, StarKist Co., Dongwon Industries Co., Ltd., and Del Monte Corporation (together, the "Moving Defendants") move the Court for an order to file under seal their Notice of Errata to the Expert Report of Dr. Laila Haider ("the Haider Report"), which was filed on October 2, 2018 in the Commercial Food Preparer Action .

The Notice of Errata quotes from and references information contained in the Haider Report, which itself incorporated Highly Confidential information and was filed under seal with leave of this Court.  *See* ECF Nos. 1408, 1471.  The Protective Order in this case requires that filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal.  *See* ECF No. 173 at ¶ 37, *incorporated at* ECF No. 194.

Accompanying this Motion is the associated "Sealed Lodged Proposed Documents" docket entry, in which the Parties are filing unredacted versions of the Notice of Errata.  A proposed Order is being lodged separately with the Court.

| | |
|---|---|
| Dated: October 25, 2018 | By: s/ John Roberti |
| | **ALLEN & OVERY LLP** |
| | John Roberti (DC 495718) |
| | Kelse Moen (DC 1035164) |
| | Jana Steenholdt (DC 1034459) |
| | 1101 New York Avenue N.W. |
| | Washington, D.C. 20005 |
| | 1101 New York Avenue N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 683-3800 |
| | Facsimile: (202) 683-3999 |
| | john.roberti@allenovery.com |
| | kelse.moen@allenovery.com |
| | jana.steenholdt@allenovery.com |
| | |
| | Brian Fitzpatrick (NY 4853040) |
| | Joshua L. Shapiro (NY 4499695) |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 610-6300 |
| | Facsimile: (212) 610-6399 |
| | brian.fitzpatrick@allenovery.com |
| | joshua.shapiro@allenovery.com |
| | |
| | *Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL* |
| | |
| | By: /s/ Kenneth A. Gallo |
| | |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | Kenneth A. Gallo (NY 4484457) |
| | Craig A. Benson (DC 473285) |
| | Joseph J. Bial (NY 4151528) |
| | 2001 K Street, NW |
| | Washington, DC 20006-1047 |
| | Telephone: 202-223-7356 |
| | Facsimile: 202-204-7356 |
| | Email: kgallo@paulweiss.com |

Email: cbenson@paulweiss.com
Email: jbial@paulweiss.com

William B. Michael (NY 4296356)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile:  212-492-0648
Email:  wmichael@paulweiss.com

*Counsel for Defendant Bumble Bee Foods, LLC*

By:  s/ Barbara T. Sicalides

**PEPPER HAMILTON LLP**
Barbara T. Sicalides (PA 57535)
Barak A. Bassman (PA 85626)
Megan Morley (PA 321706)
Benjamin J. Eichel (PA 307078)
Alexander L. Harris (PA 311382)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
sicalidesb@pepperlaw.com
bassmanb@pepperlaw.com
morleym@pepperlaw.com
eichelb@pepperlaw.com
harrisa@pepperlaw.com

*Counsel for Defendant Del Monte Corporation*

By:  s/ Belinda S Lee

**LATHAM & WATKINS LLP**
Alfred C. Pfeiffer (Cal. Bar No. 120965)
Christopher S. Yates (Cal. Bar No. 161273)
Belinda S Lee (Cal. Bar No. 199635)
Niall E. Lynch (Cal Bar No. 157959)
Ashley M. Bauer (Cal. Bar No. 231626)

4

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

**SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

/s/  John Roberti
John Roberti

October 25, 2018

*Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I electronically filed the foregoing Defendants' Motion to File Documents Under Seal with the Clerk of Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

/s/  John Roberti
John Roberti

October 25, 2018

*Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*