KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
ELLIOT R. PETERS - #158708
epeters@keker.com
BENEDICT Y. HUR - # 224018
bhur@keker.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Christopher D. Lischewski

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to *The Cherokee Nation v. Bumble Bee Foods LLC, et al.*, Case No. 3:17-cv-2322-JLS-MDD | Case No. 3:15-md-02670-JLS-MDD<br><br>**STIPULATION AND JOINT MOTION TO STRIKE BY PLAINTIFF THE CHEROKEE NATION AND DEFENDANT CHRISTOPHER D. LISCHEWSKI**<br><br>Judge:         Hon. Janis L. Sammartino<br>Date Filed:  December 9, 2015 |

Plaintiff The Cherokee Nation and Defendant Christopher D. Lischewski have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, The Cherokee Nation already dismissed Mr. Lischewski from the above captioned case on April 20, 2018 (ECF No. 951);

WHEREAS, The Cherokee Nation has inadvertently included Mr. Lischewski as a defendant in its Second Amended Complaint (ECF No. 1522);

IT IS HEREBY STIPULATED, by and between The Cherokee Nation and Mr. Lischewski, through their respective counsel of record, that:

1. Mr. Lischewski shall be stricken as a defendant from the Second Amended Complaint.

Respectfully submitted,

Dated: November 6, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ Benedict Y. Hur*
JOHN W. KEKER
ELLIOT R. PETERS
BENEDICT Y. HUR
ELIZABETH K. MCCLOSKEY

Email: jkeker@keker.com
epeters@keker.com
bhur@keker.com
emccloskey@keker.com

Attorneys for Defendant
Christopher D. Lischewski

*/s/ Rebecca R. Anzidei*
Don F. Livornese (SBN 125,934)
**Ruyakcherian LLP**
222 N. Sepulveda Blvd., Suite 2000
El Segundo, CA 90245
Telephone: (310) 586-7689
donl@ruyakcherian.com

Robert F. Ruyak
Rebecca R. Anzidei
**Ruyakcherian LLP**
1700 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 838-1560
Facsimile: (202) 478-1715
robertr@ryuakcherian.com
rebeccaa@ruyakcherian.com

Richard W. Fields*
fields@fieldslawpllc.com
**Fields PLLC**
1700 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (800) 878-1432
Facsimile: (202) 478-1715

M. Todd Hembree
Attorney General
John Young
Chad Harsha
Assistant Attorneys General
**The Cherokee Nation**
P.O. Box 948
Tahlequah, OK 74464

*Counsel for Plaintiff*
*The Cherokee Nation*

*pro hac vice forthcoming

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized

1 | placement of their electronic signature on this document.