UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO STRIKE**<br><br>(ECF No. 1647) |

Presently before the Court is Plaintiff The Cherokee Nation's and Defendant Christopher D. Lischewski's Joint Motion to Strike Mr. Lischewski as a Defendant from The Cherokee Nation's Second Amended Complaint. (ECF No. 1647.) Good cause appearing, the Court **GRANTS** the Motion. Mr. Lischewski will be stricken as a defendant from The Cherokee Nation's Second Amended Complaint.

**IT IS SO ORDERED**

Dated: November 7, 2018

Hon. Janis L. Sammartino
United States District Judge