Jonathan W. Cuneo (N.Y. Bar No. 939389)
CUNEO, GILBERT & LADUCA, LLP
4275 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: 202.789.3960
jonc@cuneolaw.com

*Counsel for Commercial Food
Preparer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 ILS (MDD) |
| This Document Relates To: | **DECLARATION OF JONATHAN W. CUNEO IN SUPPORT OF COMMERCIAL FOOD PREPARER PLAINTIFFS' CLASS CERTIFICATION REPLY MEMORANDUM** |
| The Commercial Food Preparer Actions | |

I, Jonathan W. Cuneo, declare:

1.      I am an attorney with the law firm Cuneo Gilbert & LaDuca LLP, Interim Lead Counsel for the Commercial Food Preparer track in this litigation. I submit this declaration in support of the Commercial Food Preparer Plaintiffs' Class Certification Reply Memorandum. I have conducted research, reviewed documents, interviewed witnesses and experts, and participated in depositions, and therefore have personal knowledge of the matters herein.

2.      I make this Declaration pursuant to 28 U.S.C. § 1746.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Rebuttal Report of Michael A. Williams, Ph. D.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Defendant Tri-Union Seafood LLC d/b/a Chicken of the Sea International's ("COSI's") Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1.

5.      Attached hereto as **Exhibit 3** are true and correct copies of excerpts from the following article: ABA SECTION OF ANTITRUST LAW, PROVING ANTITRUST DAMAGES: LEGAL AND ECONOMIC ISSUES 277-279 (3d ed. 2017) (Co-authored by Dr. Laila Haider, Greg Leonard and Daniel Weick).

6.      Attached hereto as **Exhibit 4** are true and correct copies of excerpts from the deposition transcript of Dr. Laila Haider.

7.      Attached hereto as **Exhibit 5** are true and correct copies of excerpts from the deposition transcript of Maire Byrne.

8.      Attached hereto as **Exhibit 6** are true and correct copies of excerpts from the deposition transcript of Joe Davis.

9.      Attached hereto as **Exhibit 7** are true and correct copies of excerpts from the deposition transcript of Sharon Ehlinger.

10.      Attached hereto as **Exhibit 8** are true and correct copies of excerpts from the deposition transcript of Michael Giberson.

DECLARATION OF JONATHAN W. CUNEO IN SUPPORT OF COMMERCIAL FOOD PREPARER PLAINTIFFS' CLASS CERTIFICATION REPLY MEMORANDUM – CASE NO. 15-MD-2670 ILS (MDD)

11.    Attached hereto as **Exhibit 9** are true and correct copies of excerpts from the deposition transcript of Deric Rosenbaum.

12.    Attached hereto as **Exhibit 10** are true and correct copies of excerpts from the deposition transcript of Kevin Schippers.

13.    Attached hereto as **Exhibit 11** are true and correct copies of excerpts from the deposition transcript of Peter Schippers.


I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 13th day of November 2018, at Washington, District of Columbia.

By:    */s/ Jonathan W. Cuneo*
Jonathan W. Cuneo

Jonathan W. Cuneo (N.Y. Bar No. 939389)
CUNEO, GILBERT & LADUCA, LLP
4275 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: 202.789.3960
jonc@cuneolaw.com

2

DECLARATION OF JONATHAN W. CUNEO IN SUPPORT OF COMMERCIAL FOOD PREPARER PLAINTIFFS' CLASS CERTIFICATION REPLY MEMORANDUM – CASE NO. 15-MD-2670 ILS (MDD)

# TABLE OF CONTENTS

| Exhibit No. | Document Title | Page Nos. |
|---|---|---|
| 1 | Expert Rebuttal Report of Michael A. Williams, Ph. D. | 1–91 |
| 2 | Defendant Tri-Union Seafood LLC d/b/a Chicken of the Sea International's ("COSI's") Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1. | 92–99 |
| 3 | ABA SECTION OF ANTITRUST LAW, PROVING ANTITRUST DAMAGES: LEGAL AND ECONOMIC ISSUES 277-279 (3d ed. 2017) (co-authored by Dr. Laila Haider, Greg Leonard and Daniel Weick). | 100–106 |
| 4 | Deposition transcript of Dr. Laila Haider | 107–118 |
| 5 | Deposition transcript of Maire Byrne | 119–122 |
| 6 | Deposition transcript of Joe Davis | 123–127 |
| 7 | Deposition transcript of Sharon Ehlinger | 128–133 |
| 8 | Deposition transcript of Michael Giberson | 134–137 |
| 9 | Deposition transcript of Deric Rosenbaum | 138–141 |
| 10 | Deposition transcript of Kevin Schippers | 142–147 |
| 11 | Deposition transcript of Peter Schippers | 148–152 |

DECLARATION OF JONATHAN W. CUNEO IN SUPPORT OF COMMERCIAL FOOD PREPARER PLAINTIFFS' CLASS CERTIFICATION REPLY MEMORANDUM – CASE NO. 15-MD-2670 ILS (MDD)