Robert F. Ruyak *(pro hac vice)*
robertr@ruyakcherian.com
Rebecca R. Anzidei *(pro hac vice)*
rebeccaa@ruyakcherian.com
**RUYAKCHERIAN, LLP**
1700 K St. NW, Suite 810
Washington, DC 20006
Telephone: (202) 838-1568

Don F. Livornese (SBN 125,934)
donl@ruyakcherian.com
**RUYAKCHERIAN, LLP**
222 N. Sepulveda Blvd., Suite 2000
El Segundo, CA 90245
Telephone: (310) 586-7689

Attorneys for Plaintiff
*THE CHEROKEE NATION*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD ANTITRUST LITIGATION | Case No. 3:15-md-2670 JLS-MDD |
| | Judge: Janis L. Sammartino |
| This document relates to: *The Cherokee Nation v. Bumble Bee Foods LLC*, *et al*, 3:17-cv-2332-JLS-MDD | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff The Cherokee Nation hereby gives notice of the voluntary dismissal without prejudice of its Second Amended Complaint in the above captioned case, the parties to bear their own fees and costs.

| | |
|---|---|
| Dated: November 16, 2018 | Respectfully submitted, |
| |    /s/ Rebecca Ruby Anzidei |
| | Don F. Livornese (SBN 125934) |
| | donl@ruyakcherian.com |
| | **RUYAKCHERIAN LLP** |
| | 222 N. Sepulveda Blvd., Suite 2000 |
| | El Segundo, CA 90245 |
| | Telephone: (310) 586-7689 |
| | |
| | Robert F. Ruyak *(pro hac vice)* |
| | robertr@ruyakcherian.com |
| | Rebecca R. Anzidei *(pro hac vice)* |
| | rebeccaa@ruyakcherian.com |
| | **RUYAKCHERIAN LLP** |
| | 1700 K Street, NW, Suite 810 |
| | Washington, D.C. 20006 |
| | Telephone: (202) 838-1560 |
| | Facsimile: (202) 478-1715 |
| | |
| | Richard W. Fields* |
| | Fields@fieldslawpllc.com |
| | **Fields PLLC** |
| | 1700 K Street, NW, Suite 810 |
| | Washington, D.C. 20006 |
| | Telephone: (800) 878-1432 |
| | Facsimile: (202) 478-1715 |
| | |
| | M. Todd Hembree |
| | Attorney General |
| | John Young |
| | Chad Harsha |
| | Assistant Attorneys General |

<div style="margin-left: auto;">

**THE CHEROKEE NATION**
P.O. Box 948
Tahlequah, OK 74464

**ATTORNEYS FOR PLAINTIFF**
*THE CHEROKEE NATION*

*pro hac vice forthcoming

</div>

## **CERTIFICATE OF SERVICE**

I certify that on November 16, 2018, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

<div style="margin-left: auto;">

Ruyak Cherian LLP

By:_Rebecca_Ruby_Anzidei_____
Rebecca Ruby Anzidei

Email: rebeccaa@ruyakcherian.com

*Counsel for The Cherokee Nation*

</div>

**RuyakCherian LLP**
**1700 K St. NW, Suite 810**
**Washington, DC 20006**

NOTICE OF RULE 41(a) DISMISSAL　　　　　　　　　　CASE NO.3:15-md-2670