UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT SCHEDULING PROPOSAL**<br><br>(ECF No. 1659) |

Presently before the Court is a Joint Motion to Revise Scheduling Order proposed by all Parties.[1] The Court **ADOPTS** the proposed scheduling order. The new schedule is as follows:

1. By **January 31, 2019**, the parties must complete deposition discovery noticed and served before October 26, 2018, absent leave of the Court or agreement of the parties.[2]

---

[1] All "Parties" does not include Lion Capital LLP and Big Catch Cayman LP. Plaintiffs anticipate that once it is determined whether Lion Capital LLP and Big Catch Cayman LP are parties to this MDL proceeding, and whether the current stay (ECF. Nos. 1361, 1329) as to discovery from Lion Capital LLP, and Big Catch Cayman LP is lifted, Plaintiffs' and Lion's counsel will meet and confer and present a discovery schedule pertaining to these Lion entities.

[2] The October 26, 2018 date will not apply to noticing depositions of Plaintiffs that have not completed their document productions, for issuing subpoenas to third parties, or for issuing Rule 45 subpoenas to parties in this MDL for downstream discovery where that discovery was previously requested through a Rule 30(b)(6) notice that was served before October 26, 2018. However, in the event that a Party notices an additional deposition not previously noticed before October 26, 2018, it must be noticed for a date before January 31, 2019, unless it would be unreasonable to do so in light of the timing of the noticed Party's document productions. In any event, the Parties will promptly meet and confer and absent resolution, will promptly present any dispute to the Court. In addition, in the event a Party agrees to an

2. By **February 15, 2019**, Plaintiffs will serve any initial expert reports and produce within three (3) days their experts' supporting material, including backup materials.

3. Plaintiffs' experts must be made available for deposition no later than **March 29, 2019**.

4. By **May 3, 2019**, Defendants will serve any opposition expert reports and produce within three (3) days their experts' supporting material, including backup materials.

5. Defendants' experts must be made available for deposition no later than **May 30, 2019**.

6. By June 25, 2019, Plaintiffs will serve any rebuttal expert reports.

7. Plaintiffs' experts must be made available for deposition on any rebuttal report no later than July 30, 2019.

8. By August 20, 2019, the Parties will file and serve any dispositive motions.

9. By October 8, 2019, the Parties will file and serve any opposition(s) to dispositive motion(s).

10. By November 12, 2019, any Party having filed and served a dispositive motion will file and serve any reply to opposition(s).

11. The Parties' dispositive motions will be heard on December 19, 2019 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: November 20, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

additional deposition, no Party waives its right to oppose other additional depositions. No party waives its right to object to any pending or forthcoming deposition notice or subpoena on any ground, and no Party waives its right to seek or oppose further modifications to the Scheduling Order, as necessary, from the Court or by agreement among the Parties.