**FILED UNDER SEAL – HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER OF THE COURT**

BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PACKAGED SEAFOOD ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD) <br><br> **[REDACTED] SUPPLEMENTAL DECLARATION OF THOMAS H. BURT IN SUPPORT OF END PAYER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **(FILED UNDER SEAL)** |
| This Document Relates to: <br><br>   The Indirect Purchaser End Payer Actions | DATE:   December 20, 2018 <br> TIME:   9:00 a.m. <br> JUDGE:  Hon. Janis L. Sammartino <br> COURT:  4D (4th Floor – Schwartz) |

No. 15-MD-2670 JLS (MDD)

# EXHIBITS 1-15

# FILED UNDER SEAL