BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>    The Indirect Purchaser End Payer Actions | Case No.: 15-MD-2670 JLS (MDD)<br><br>**SUPPLEMENTAL DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF END PAYER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:     December 20, 2018<br>TIME:     9:00 a.m.<br>JUDGE:   Hon. Janis L. Sammartino<br>COURT:   4D (4th Floor - Schwartz) |
|---|---|

I, Betsy C. Manifold, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Interim Lead Counsel for the proposed Class of Indirect End Payer Plaintiffs ("EPPs"). *See* ECF No. 119 (Appointed Interim Lead Counsel). I submit this declaration in further support of Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

**CRIMINAL CASE AGAINST STARKIST**

2. On October 19, 2018, the United States filed a Status Report Regarding Information Filed in the Northern District of California ("October 19, 2018 U.S. Status Report"). ECF No. 1527. The United States informed the Court that a federal grand jury had been empaneled in the Northern District of California to investigate the packaged seafood industry for potential violations of the Sherman Act. *Id.* at 1:20-23. The United States further informed the Court that a sixth criminal case in the packaged seafood investigation has been filed in the Northern District of California. *See United States v. StarKist Co.*, No. 3:18-cr-00513-EMC (N.D. Cal.). *Id.* at 1:23-27.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Penalty Sheet and Information ("Information") filed on October 18, 2018 (ECF No. 1), in *United States v. Starkist Co.*, Case No. 3:18-cr-00513-EMC (N.D. Cal.). This is the Information referenced above in the October 19, 2018 U.S. Status Report.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Criminal Minutes from a Summary Plea Hearing (ECF No. 23) ("Criminal Minutes") held on November 14, 2018 before the Honorable Edward M. Chen in *United States v. Starkist*, Case No. 3:18-cr-00513-EMC (N.D. Cal.). The Criminal Minutes reflect that defendant Starkist signed a Plea Agreement and entered a plea of guilty to Count I of the Information (referenced above as **Exhibit 1**).

- 1 -

No. 15-MD-2670 JLS (MDD)

1       5.     Attached hereto as **Exhibit 3** is a true and correct copy of a May 26, 2016 letter from Rachele R. Rickert to the Office of the Attorney General of Arizona pursuant to Ariz. Rev. Stat. § 44-1415(A).

      6.     Attached hereto as **Exhibit 4** is a true and correct copy of a May 26, 2016 letter from Rachele R. Rickert to the Office of the Attorney General of Utah pursuant to Utah Code Ann. § 76-10-3109(9).

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of November 2018 at San Diego, California.

                                          *s/ Betsy C. Manifold*
                                          BETSY C. MANIFOLD

TUNA: 25212

- 2 -

No. 15-MD-2670 JLS (MDD)