# Reply Declaration of
# Russell W. Mangum III, Ph.D.

[DOCUMENT FILED UNDER SEAL

IN ITS ENTIRETY]