UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER RE: AGENDA FOR EVIDENTIARY HEARING ON MOTIONS FOR CLASS CERTIFICATION** |

The parties submitted competing agendas and related protocols for the Court's January 14-16, 2019 hearing on Class Plaintiffs' Motion for Class Certification, pursuant to the Court's November 30, 2018 Order Granting Defendants' Motion for Live Testimony (ECF No. 1719) scheduling order. After reviewing the parties' proposals, the Court adopts the following agenda and protocols:

**I.  AGENDA**

  **A.  *January 14, 2019: Direct Purchaser Plaintiffs' Motion***

  1.  Opening Statement from DPPs
  2.  Opening Statement from Defendants
  3.  Testimony of Dr. Russell Mangum
    a.  DPPs' direct examination
    b.  Defendants' cross examination

|    |    |    |                                                                      |
|----|----|----|----------------------------------------------------------------------|
| 1  |    |    | c.   DPPs' redirect examination                                      |
| 2  |    | 4. | Testimony of Dr. John Johnson                                        |
| 3  |    |    | a.   Defendants' direct examination                                  |
| 4  |    |    | b.   DPPs' cross examination                                         |
| 5  |    |    | c.   Defendants' redirect examination                                |
| 6  |    | 5. | Closing Statement from DPPs                                          |
| 7  |    | 6. | Closing Statement from Defendants                                    |
| 8  |    | 7. | Closing Reply Statement from DPPs                                    |
| 9  | B. | *January 15, 2019: Commercial Food Preparer Plaintiffs' Motion*      |
| 10 |    | 1. | Opening Statement from CFPs                                          |
| 11 |    | 2. | Opening Statement from Defendants                                    |
| 12 |    | 3. | Testimony of Dr. Michael Williams                                    |
| 13 |    |    | a.   CFPs' direct examination                                        |
| 14 |    |    | b.   Defendants' cross examination                                   |
| 15 |    |    | c.   CFPs' redirect examination                                      |
| 16 |    | 4. | Testimony of Dr. Laila Haider                                        |
| 17 |    |    | a.   Defendants' direct examination                                  |
| 18 |    |    | b.   CFPs' cross examination                                         |
| 19 |    |    | c.   Defendants' redirect examination                                |
| 20 |    | 5. | Closing Statement from CFPs                                          |
| 21 |    | 6. | Closing Statement from Defendants                                    |
| 22 |    | 7. | Closing Reply Statement from CFPs                                    |
| 23 | C. | *January 16, 2019: End Payer Plaintiffs' Motion*                     |
| 24 |    | 1. | Opening Statement from EPPs                                          |
| 25 |    | 2. | Opening Statement from Defendants                                    |
| 26 |    | 3. | Testimony of Dr. David Sunding                                       |
| 27 |    |    | a.   EPPs' direct examination                                        |
| 28 |    |    | b.   Defendants' cross examination                                   |

   c. EPPs' redirect examination

  4. Testimony of Dr. Laila Haider

   a. Defendants' direct examination

   b. EPPs' cross examination

   c. Defendants' redirect examination

  5. Closing Statement from EPPs

  6. Closing Statement from Defendants

  7. Closing Reply Statement from EPPs

Any Party may waive and choose not to make any argument (opening or closing) in the above-proposed agenda. Any party who elects to waive any argument shall notify the Court and all other parties of this decision two (2) weeks before the hearing, on December 31, 2018.

## II. Allocation of Time

The time allocated for the hearing will be split evenly between each Plaintiff group and Defendants. Each party may allocate its own time between opening and closing arguments and witness testimony at its discretion. The Court will be in session from 9:00 a.m. – 12:00 p.m. and 1:30 p.m. – 4:30 p.m. each day. If the parties complete their testimony early, the Court will adjourn for the day.

## III. Hearing Protocol

A. Each expert who will testify during the hearing may be present for any argument and the testimony of all other experts.

B. The parties will not present wholly new expert opinions during the hearing and will only address the arguments presented in the Parties' briefing and expert reports to-date. Defendants may, however, respond to the new arguments and analysis raised in Class Plaintiffs' reply briefs and reply expert reports, including through the use of demonstratives.

C. The parties will exchange any demonstrative exhibits that they propose to use at the hearing at least two weeks prior to the hearing, on December 31, 2018, so that the

1  parties may meet and confer to resolve any disputes about demonstratives.  The parties will
2  provide the Court with the three copies of any demonstratives they use during the hearing.
3       D.    An objection from one Plaintiff or one Defendant preserves the objection for
4  all other Class Plaintiffs or Defendants, respectively.
5       **IT IS SO ORDERED.**

Dated:  December 17, 2018

Hon. Janis L. Sammartino
United States District Judge