Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile:  415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

*Attorneys for the Affiliated Foods Plaintiffs*

[*Additional Counsel Appear on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| | Judge: Hon. Janis L. Sammartino |
| THIS DOCUMENT RELATES TO: (1) *Affiliated Foods, Inc., et al. v. Tri-Union Seafoods LLC, et al.,* 3:15-md-02670-JLS-MDD  (2) *SpartanNash Company v. Tri-Union Seafoods, LLC, et al.,* 3:18-cv-02366-JLS-MDD | **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Affiliated Foods, Inc.; Affiliated Foods Midwest Cooperative, Inc.; Alex Lee, Inc.; Associated Food Stores, Inc.; Associated Grocers of New England, Inc; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Certco, Inc.; Dollar Tree Distribution, Inc.; Greenbrier International, Inc.; Family Dollar Stores, Inc.; Family Dollar Services, LLC; Fareway Stores, Inc.; the Golub Corporation; Giant Eagle, Inc.; Kmart Corporation; K-VA-T Food Stores, Inc; Marc Glassman, Inc.; McLane Company, Inc; Meadowbrook Meat Company,

Inc.; Merchants Distributors, LLC; Schnuck Markets, Inc.; SpartanNash Company; URM Stores, Inc.; Western Family Foods, Inc.; Woodman's Food Market, Inc.; and 99 Cents Only Stores LLC (collectively, the "Affiliated Foods Plaintiffs") and Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively, the "COSI Defendants"), by and through their counsel of record, hereby stipulate that the COSI Defendants are dismissed from these proceedings with prejudice. This dismissal shall not operate as a dismissal of any person or entity named as a defendant or as a co-conspirator in the above-captioned proceedings other than the COSI Defendants. The parties shall bear their respective fees and costs.

Dated: December 18, 2018

**KAPLAN FOX & KILSHEIMER LLP**

By:   */s/ Laurence D. King*
          Laurence D. King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: ekatcher@kaplanfox.com
Email: mmccahill@kaplanfox.com

**HAJJAR PETERS, LLP**
Johnny K. Merritt
3144 Bee Cave Road
Austin, TX 78746
Telephone: (512) 637-4956
Facsimile: (512) 637-4958
Email: jmerritt@legalstrategy.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
First City Building
505 Orleans St., Fifth Floor
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira C. Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: allen@marcus-shapira.com

**MAURIELLO LAW FIRM, APC**
Thomas D. Mauriello
1181 Puerta Del Sol, #120
San Clemente, CA 92673
Telephone: (949) 542-3555
Facsimile: (949) 606-9690
Email: tomm@maurlaw.com

**WILLIAMS MONTGOMERY & JOHN, LTD.**
Eric R. Lifvendahl
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606
Telephone: (312) 443-3230
Facsimile: (312) 630-8530
Email: ERL@willmont.com

|    |                                                  |
|----|--------------------------------------------------|
| 1  | **ANDERSON KILL, P.C.**                          |
| 2  | Lawrence Kill                                    |
|    | Linda Gerstel                                    |
| 3  | 1251 Avenue of the Americas                      |
|    | New York, NY 10020                               |
| 4  | Telephone: (212) 278-1722                        |
|    | Facsimile: (212) 278-1733                        |
| 5  | Email: lkill@andersonkill.com                    |

*Counsel for the Affiliated Foods Plaintiffs*

By: */s/ John Roberti*

**ALLEN & OVERY LLP**
John Roberti (DC 495718)
Kelse Moen (DC 1035164)
Jana Steenholdt (DC 1034459)
1101 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
john.roberti@allenovery.com
kelse.moen@allenovery.com
jana.steenholdt@allenovery.com

Brian Fitzpatrick (NY 4853040)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
brian.fitzpatrick@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

## CERTIFICATE OF SERVICE

I certify that on December 18, 2018, I caused the foregoing document to be filed with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

Dated: December 18, 2018         **KAPLAN FOX & KILSHEIMER LLP**

By:  */s/ Matthew P. McCahill*
        Matthew P. McCahill

*Attorney for the Affiliated Foods Plaintiffs*