Kenneth A. Gallo (NY 4484457)
Joseph J. Bial (NY 4151528)
Craig A. Benson (NY 5049861)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone: 202-223-7356
Facsimile:  202-204-7356
Email:  kgallo@paulweiss.com
Email: jbial@paulweiss.com
Email: cbenson@paulweiss.com

William B. Michael (NY 4296356)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile:  212-492-0648
Email:  wmichael@paulweiss.com

*Counsel for Defendant Bumble Bee Foods, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ANTHONY REO,<br><br>                    Plaintiff,<br><br>     v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>                    Defendant. | Case No. 3:15-md-2670-JLS-MDD<br><br>Judge: Janis L. Sammartino<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bryan Anthony Reo, and Bumble Bee Foods, LLC, by and through their counsel of record, hereby stipulate that all claims of Bryan Anthony Reo against Bumble Bee Foods, LLC shall be dismissed with prejudice.  The parties shall bear their respective fees and costs.

| | |
|---|---|
| Dated: December 18, 2018 | Respectfully submitted, |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | By: *s/ Craig A. Benson* |
| | Kenneth A. Gallo (NY 4484457)<br>Joseph J. Bial (NY 4151528)<br>Craig A. Benson (NY 5049861)<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: 202-223-7356<br>Facsimile: 202-204-7356<br>Email: kgallo@paulweiss.com<br>Email: jbial@paulweiss.com<br>Email: cbenson@paulweiss.com |
| | William B. Michael (NY 4296356)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: 212-373-3648<br>Facsimile: 212-492-0648<br>Email: wmichael@paulweiss.com |
| | *Counsel for Defendant Bumble Bee Foods, LLC* |
| | By: *s/ Bryan Anthony Reo* |
| | Bryan Anthony Reo (0097470)<br>Reo Law, LLC<br>P.O. Box 5100<br>Mentor, Ohio 44060<br>Telephone: (440) 313-5893<br>Email: Reo@ReoLaw.org |
| | *Counsel for Plaintiff* |

## **SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

# **CERTIFICATE OF SERVICE**

I certify that on December 18, 2018, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

By: *s/ Craig A. Benson*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Kenneth A. Gallo (NY 4484457)
Joseph J. Bial (NY 4151528)
Craig A. Benson (NY 5049861)
2001 K Street, NW
Washington, DC 20006-1047
Telephone: 202-223-7356
Facsimile: 202-204-7356
Email: kgallo@paulweiss.com
Email: jbial@paulweiss.com
Email: cbenson@paulweiss.com

William B. Michael (NY 4296356)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile: 212-492-0648
Email: wmichael@paulweiss.com

*Counsel for Defendant Bumble Bee Foods, LLC*