Kenneth A. Gallo (NY 4484457)
Joseph J. Bial (NY 4151528)
Craig A. Benson (NY 5049861)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone: 202-223-7356
Facsimile:  202-204-7356
Email:  kgallo@paulweiss.com
Email: jbial@paulweiss.com
Email: cbenson@paulweiss.com

William B. Michael (NY 4296356)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile:  212-492-0648
Email:  wmichael@paulweiss.com

*Attorneys for Defendant Bumble Bee Foods, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THE INDIRECT PURCHASER END PAYER ACTIONS | Case No. 3:15-md-02670-JLS-MDD<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR FILING JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE CONCERNING DEFENDANTS' SECOND SET OF INTERROGATORIES**<br><br>Magistrate Judge:  Hon. Mitchell D. Dembin |

|    |    |
|----|----|
| 1  | Defendants Bumble Bee Foods, LLC, StarKist Co., Dongwon Industries |
| 2  | Co., Ltd., Tri-Union Seafoods LLC d/b/a Chicken of the Sea, Inc., and Thai Union |
| 3  | Group PCL ("Defendants"), and End Payer Plaintiffs ("Plaintiffs") (together, "the |
| 4  | Parties"), by and through their respective counsel, hereby jointly move for an order |
| 5  | approving the following stipulation. |

## STIPULATION

WHEREAS on October 26, 2018, Defendants served on Plaintiffs Defendants' Second Set of Interrogatories to End Payer Purchaser Plaintiffs (the "Interrogatories");

WHEREAS on November 26, 2018, Plaintiffs served responses and objections to the Interrogatories;

WHEREAS, the Parties are meeting and conferring in good faith regarding Plaintiffs' responses and objections to the Interrogatories, and the Parties do not wish to burden this Court with discovery disputes that may be avoided via solutions reached through these good faith meet and confers;

WHEREAS, the Parties are committed to working together cooperatively, are cognizant of this Court's Standing Order "30-Day Rule," and do not intend for this request to cause any delays in discovery or other deadlines or in bringing ripe disputes to the Court for adjudication;

WHEREAS, the Parties desire to set the deadline to file any joint motion(s) for determination of discovery dispute(s) regarding the Interrogatories to January 23, 2019.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

If the Parties are unable to resolve their disputes concerning the Interrogatories, the Parties shall file any joint motion(s) for determination of discovery dispute(s) by January 23, 2019.

Dated:  December 24, 2018

Respectfully submitted,

By: <u>s/ Joseph J. Bial</u>

Kenneth A. Gallo (NY 4484457)
Joseph J. Bial (NY 4151528)
Craig A. Benson (NY 5049861)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: 202-223-7356
Facsimile: 202-204-7356
Email: kgallo@paulweiss.com
Email: jbial@paulweiss.com
Email: cbenson@paulweiss.com

William B. Michael (NY 4296356)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile: 212-492-0648
Email: wmichael@paulweiss.com

***Counsel for Defendant Bumble Bee Foods, LLC***

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

LATHAM & WATKINS LLP

By: s/ Christopher S. Yates
Alfred C. Pfeiffer
Christopher S. Yates
Belinda S Lee
Niall E. Lynch
Ashley M. Bauer
505 Montgomery Street
Suite 2000
San Francisco, CA  94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
E-mail: Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

***Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd***

PEPPER HAMILTON LLP

By: s/ Barbara Sicalides
Barbara Sicalides, Esq. (PA 57535)
Barak Bassman, Esq. (PA 85626)
18th and Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
Email: sicalidesb@pepperlaw.com
Email: bassmanb@pepperlaw.com

***Counsel for Defendant Del Monte Corporation***

ALLEN & OVERY LLP

By: s/ John Roberti

John Roberti, Esquire
(*pro hac vice*)
Kelse Moen, Esquire
(*pro hac vice*)
Jana Steenholdt, Esquire
(*pro hac vice*)
1101 New York Avenue, N.W.
Washington, D.C.  20005

Tel:   (202) 683-3800
Fax:   (202) 683-3999
E-mail: john.roberti@allenovery.com
kelse.moen@allenovery.com
jana.steenholdt@allenovery.com

Brian Fitzpatrick
(*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
Email: brian.fitpatrick@allenovery.com

**Counsel for Defendants Tri-Union Seafoods LLC and Thai Union Group PCL**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: *s/ Betsy C. Manifold*

BETSY C. MANIFOLD
MARISA C. LIVESAY
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
livesay@whafh.com

***Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs***

## ECF CERTIFICATION

I, Joseph J. Bial, hereby certify that the content of the foregoing document is acceptable to all parties who are required to sign it.  Each party's counsel has authorized Joseph J. Bial to affix his or her CM/ECF electronic signature to this document.

## **CERTIFICATE OF SERVICE**

I certify that on December 24, 2018, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

/s/ Joseph J. Bial
Joseph J. Bial