UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: PACKAGED SEAFOOD
PRODUCTS ANTITRUST LITIGATION

Case No.: 15-MD-2670 JLS (MDD)

**ORDER RE: EVIDENTIARY
HEARING ON MOTIONS FOR
CLASS CERTIFICATION**

On January 14-16, 2019, the Court will hold a hearing on the Plaintiffs' Motions for Class Certification.  The focus of the hearing will be the expert testimony from Plaintiffs' and Defendants' respective expert witnesses regarding the statistical methodologies and opinions offered in support of the Plaintiffs' Motions.[1]  The Court is strongly inclined to keep the hearing open to the public, *see Leigh v. Salazar*, 677 F.3d 892, 898-99 (9th Cir. 2012), but is aware that the expert reports which are the basis of the hearing are currently filed under seal pursuant to the terms of the Protective Order in this case, ECF No. 173.

---

[1] The Court notes that although the hearing will focus on the expert testimony, the parties should be available to answer questions regarding the remaining legal issues (e.g., choice of law issues) raised in the Motions as well.

The Court, therefore, requests the parties' positions as to whether it is necessary to close the hearing.

**IT IS SO ORDERED.**

Dated:  January 8, 2019

Hon. Janis L. Sammartino
United States District Judge

15-MD-2670 JLS (MDD)