LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

(Additional Counsel on Signature Pages)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| THIS DOCUMENT RELATES TO:<br>*Wal-Mart Stores, Inc., et al. v. Bumble Bee Foods LLC, et al.,*<br>Case No. 16-CV-2821 JLS (MDD) | **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE WAL-MART PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Judge Hon. Janis L. Sammartino |

Defendants StarKist Co. and Dongwon Industries Co., Ltd. (collectively "Defendants") on one hand, and Wal-Mart Stores, Inc., Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.), Wal-Mart Stores East, LP, Wal-Mart Stores Texas, LLC, Sam's West, Inc., and Sam's East, Inc. (collectively "Wal-Mart Plaintiffs") on the other hand, by and through their respective counsel, hereby jointly move for an order approving the following stipulation.

WHEREAS, on October 5, 2018, Wal-Mart Plaintiffs filed their Third Amended Complaint in the above-captioned matter, *see* ECF No. 1455;

WHEREAS, the Court approved a Joint Motion between certain Plaintiffs and Defendants to extend the time to answer the Wal-Mart Third Amended Complaint until November 2, 2018, *see* ECF No. 1528;

WHEREAS, the Court approved a Joint Motion between certain Plaintiffs and Defendants to extend the time to answer the Wal-Mart Third Amended Complaint until November 19, 2018, *see* ECF No. 1583;

WHEREAS, the Court approved a Joint Motion between certain Plaintiffs and Defendants to extend the time to answer the Wal-Mart Third Amended Complaint until January 18, 2019, *see* ECF No. 1663;

WHEREAS, the undersigned counsel are still engaged in good faith negotiations that may affect the Defendants' answers;

WHEREAS, Defendants and Wal-Mart Plaintiffs have met and conferred and agreed that the parties are best served and judicial resources are best conserved by extending the time for Defendants to file their responses to the Wal-Mart Third Amended Complaint until February 18, 2019.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the due date for the moving Defendants to file Answers to the Wal-Mart Plaintiffs' amended complaint (ECF No. 1455) shall be February 18, 2019.

| | | |
|---|---|---|
| 1 | Dated: January 16, 2019 | Respectfully submitted: |
| 2 | | |
| 3 | | LATHAM & WATKINS LLP |
| 4 | | By:  s/ Niall E. Lynch |
| 5 | | Alfred C. Pfeiffer (Cal. Bar No. 120965) |
| 6 | | Christopher S. Yates (Cal. Bar No. 161273) |
| | | Belinda S Lee (Cal. Bar No. 199635) |
| 7 | | Niall E. Lynch (Cal Bar No. 157959) |
| 8 | | Ashley M. Bauer (Cal. Bar No. 231626) |
| | | 505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111-6538 |
| 10 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |
| 11 | | Al.Pfeiffer@lw.com |
| 12 | | Chris.Yates@lw.com |
| | | Belinda.Lee@lw.com |
| 13 | | Niall.Lynch@lw.com |
| 14 | | Ashley.Bauer@lw.com |
| 15 | | *Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.* |
| 16 | | |
| 17 | Dated: January 16, 2019 | SUSMAN GODFREY L.L.P. |
| 18 | | By:  s/ Vineet Bhatia |
| 19 | | Vineet Bhatia (TX 00795976) |
| 20 | | Neal S. Manne (CA 94101) |
| | | Ryan V. Caughey (TX 24080827) |
| 21 | | 1000 Louisiana Street, Suite 5100 |
| 22 | | Houston, TX 77346 |
| | | Tel: (713) 651-9366 |
| 23 | | Fax: (713) 654-6666 |
| 24 | | nmanne@susmangodfrey.com |
| | | vbhatia@susmangodfrey.com |
| 25 | | rcaughey@susmangodfrey.com |
| 26 | | |
| 27 | | SUSMAN GODFREY L.L.P. |
| 28 | | Marc M. Seltzer (CA 54534) |

| | |
|---|---|
| 1 | Catriona Lavery (CA 310546) |
| 2 | 1900 Avenue of the Stars, Suite 1400 |
| 3 | Los Angeles, CA 90067-6029 |
|   | Tel: (310) 789-3100 |
| 4 | Fax: (310) 789-3150 |
| 5 | mseltzer@susmangodfrey.com |
|   | clavery@susmangodfrey.com |
| 6 | |
| 7 | *Counsel for Plaintiffs Wal-Mart Stores,* |
|   | *Inc., Wal-Mart Stores East, LLC, Wal-* |
| 8 | *Mart Stores East, LP, Wal-Mart Stores* |
|   | *Texas, LLC, Sam's West, Inc. and* |
| 9 | *Sam's East, Inc.* |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Date:  January 16, 2019

By:  s/ Niall E. Lynch

*Attorney for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

# CERTIFICATE OF SERVICE

I certify that on January 16, 2019, I filed the foregoing document with the Clerk of Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                     s/ Niall E. Lynch

*Attorney for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*