MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION

Case Number: 15MD2670-JLS(MDD)   WITNESS LIST   Evidentiary Hearing

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 01/14/2019 | X | | RUSSELL W. MANGUM, III |
| 01/14/2019 | | X | JOHN H. JOHNSON |
| 01/15/2019 | X | | DAVID SUNDING |
| 01/15/2019 | | X | LAILA HAIDER |
| 01/16/2019 | X | | MICHAEL A. WILLIAMS |
| 01/16/2019 | | X | LAILA HAIDER (RECALLED) |