Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Brandon Floch, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Fax: (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         dpatton@knpa.com
         srandall@knpa.com
         bfloch@knpa.com

*Counsel for the "Kroger" Direct Action Plaintiffs*

(Additional Counsel on Signature Pages)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-md-2670-JLS-MDD |
| This Document Relates to:<br><br>All Cases | **JOINT MOTION FOR EXTENSION OF TIME FOR FILING JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE CONCERNING THE DEFENDANTS' RESPONSES TO PLAINTIFFS' INTERROGATORIES, REQUESTS FOR ADMISSION, AND REQUESTS FOR PRODUCTION**<br><br>Magistrate Judge: Hon. Mitchell D. Dembin |

The Direct Action Plaintiffs, Direct Purchaser Plaintiffs, End Payer Plaintiffs, and Commercial Food Preparer Plaintiffs ("Plaintiffs"), and Defendants StarKist Co.

1  ("StarKist") and Dongwon Industries Co., Ltd. ("Dongwon Industries") (together,
2  "Defendants") (and together with Plaintiffs, the "Parties"), by and through their
3  respective counsel, hereby jointly move for an order approving the following
4  stipulation.

5  **STIPULATION**

6  WHEREAS, on October 26, 2018, Defendants were each served with
7  Plaintiffs' First Set of Requests for Admission and the Kroger Plaintiffs' First Set of
8  Requests for Production of Documents;

9  WHEREAS on October 26, 2018, Dongwon Industries was served with
10 Plaintiffs' Third Set of Requests for Production;

11 WHEREAS on November 27, 2018, Defendants were each served with
12 Plaintiffs' Amended Third Set of Interrogatories;

13 WHEREAS, on December 10, 2018, December 21, 2018, and December 26,
14 2018, counsel for Defendants timely served Plaintiffs with Objections and Responses
15 to the discovery requests above;

16 WHEREAS, the Parties agreed that any disputes related to the Objections and
17 Responses above, shall be raised with the Court by January 23, 2019, rather than on
18 the Court's 30-day schedule under Judge Dembin's Standing Order, and the Parties
19 further agreed that no party would raise Judge Dembin's 30-day Rule as an objection
20 to any such dispute brought by January 23, 2019;

21 WHEREAS, counsel for the Parties met and conferred on January 9, 2019 and
22 January 18, 2019 to discuss their disagreements about Defendants' Objections and
23 Responses;

24 WHEREAS, counsel for the Parties have agreed to meet and confer again as
25 needed to resolve any further disagreements about Defendants' Objections and
26 Responses without the Court's involvement;

27
28

1  WHEREAS, the Parties are committed to working together cooperatively to determine next steps and are cognizant of this Court's Standing Order "30-Day Rule," and do not intend for this request to cause any delays in discovery or other deadlines, or in bringing ripe disputes to the Court for adjudication;

WHEREAS, the Parties desire to extend the deadline to file any joint motion(s) for determination of discovery dispute(s) regarding Defendants' Objections and Responses to Plaintiffs' discovery requests from January 23, 2019 to February 15, 2019.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

If the Parties are unable to resolve their disputes concerning Defendants' responses to Plaintiffs' discovery requests, the Parties shall file any joint motion(s) for determination of discovery dispute(s) by February 15, 2019.

Dated:  January 23, 2019

Respectfully submitted,

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Brandon Floch, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Fax:  (305) 372-1861
E-mail:  rarnold@knpa.com
         wblechman@knpa.com
         dpatton@knpa.com
         srandall@knpa.com
         bfloch@knpa.com

By: _____
     William J. Blechman

*Counsel for the Kroger Direct Action Plaintiffs*

|   |   |
|---|---|
| 1 | Alfred C. Pfeiffer (CA 120965) |
| 2 | Christopher S. Yates (CA 161273) |
|   | Belinda S Lee (CA 199635) |
| 3 | Niall E. Lynch (CA 157959) |
|   | Ashley M. Bauer (CA 231626) |
| 4 | 505 Montgomery Street |
|   | Suite 2000 |
| 5 | San Francisco, CA  94111-6538 |
|   | Tel:   (415) 391-0600 |
| 6 | Fax:   (415) 395-8095 |
|   | E-mail:  Al.Pfeiffer@lw.com |
| 7 |              Chris.Yates@lw.com |
|   |              Belinda.Lee@lw.com |
| 8 |              Niall.Lynch@lw.com |
|   |              Ashley.Bauer@lw.com |

By: s/ *Christopher S. Yates*
     Christopher S. Yates

***Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.***

### ECF CERTIFICATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: _____
     William J. Blechman

## CERTIFICATE OF SERVICE

I certify that on January 23, 2019, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system.

KENNY NACHWALTER, P.A.

By: /s/ William J. Blechman
William J. Blechman

593621.1