SUSMAN GODFREY L.L.P.
Neal S. Manne (CA 94101)
Vineet Bhatia (TX 00795976)
Ryan V. Caughey (TX 24080827)
1000 Louisiana Street, Suite 5100
Houston, TX 77346
Tel: (713) 651-9366
Fax: (713) 654-6666
nmanne@susmangodfrey.com
vbhatia@susmangodfrey.com
rcaughey@susmangodfrey.com

SUSMAN GODFREY L.L.P.
Marc M. Seltzer (54534)
Catriona Lavery (310546)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com
clavery@susmangodfrey.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD ANTITRUST LITIGATION<br><br>_____<br><br>This document relates to:<br><br>All Tracks | Case No.: 15-MD-2670 JLS (MDD)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR FILING JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE CONCERNING BUMBLE BEE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR ADMISSION**<br><br>**Magistrate Judge:**<br>**Hon. Mitchell D. Dembin** |

Defendant Bumble Bee Foods, LLC, DPPs, EPPs, CFPs, and DAPs (together, "the Parties"), by and through their respective counsel, hereby jointly move for an order approving the following stipulation.

### STIPULATION

WHEREAS, on October 26, 2018, Defendant Bumble Bee was served with Plaintiffs' Amended Third Set of Interrogatories to Bumble Bee and Plaintiffs' First Set of Requests for Admission to Bumble Bee;

WHEREAS, on December 10, 2018, counsel for Bumble Bee timely served Plaintiffs with objections and responses to these requests;

WHEREAS, the parties agreed that any disputes related to the responses and objections served on December 10, 2018, shall be raised with the Court by January 23, 2019, rather than on the Court's 30-day schedule under Judge Dembin's Standing Order, and the parties further agreed that no party would raise Judge Dembin's 30-day Rule as an objection to any such dispute brought by January 23, 2019;

WHEREAS, counsel for the Parties have agreed to meet and confer in an effort to resolve any disagreements about Plaintiff's Objections and Responses without the involvement of the Court;

WHEREAS, the Parties are committed to working together cooperatively to determine next steps following the receipt of Plaintiff's Objections and Responses, are cognizant of this Court's Standing Order "30-Day Rule," and do not intend for this request to cause any delays in discovery or other deadlines, or in bringing ripe disputes to the Court for adjudication;

WHEREAS, the Parties desire to extend the deadline to file any joint motion(s) for determination of discovery dispute(s) regarding Plaintiff's Objections and Responses to Defendant's discovery requests from January 23, 2019 to February 19, 2019.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

If the Parties are unable to resolve their disputes concerning Defendant Bumble Bee's responses to Plaintiffs' discovery requests, the Parties shall file any joint motion(s) for determination of discovery dispute(s) by February 19, 2019.

Dated: January 23, 2019

KENNY NACHWALTER, P.A.

By: */s/ William J. Blechman*
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
kmurray@knpa.com
dpatton@knpa.com
srandall@knpa.com

*Liaison Counsel for Direct Action Plaintiffs*

HAUSFELD LLP

By: */s/ Bonny E. Sweeney*
Bonny E. Sweeney, Esquire
Michael P. Lehmann, Esquire
Christopher L. Lebsock, Esquire
Samantha J. Stein, Esquire
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908

2

```
 1
 2      Fax: (415) 358-4980
        E-mail: bsweeney@hausfeld.com
 3      E-mail: mlehmann@hausfeld.com
        E-mail: clebsock@hausfeld.com
 4      E-mail: sstein@hausfeld.com
 5
        *Interim Lead Counsel for Direct*
 6      *Purchaser Plaintiffs*
 7
        CUNEO GILBERT & LADUCA LLP
 8
        By: */s/ Jonathan W. Cuneo*
 9      Jonathan W. Cuneo
10      Joel Davidow
        Blaine Finley
11      CUNEO GILBERT & LADUCA, LLP
        4275 Wisconsin Ave, NW
12      Suite 200
13      Washington, DC 20016
        Tel: 202.789.3960
14      jonc@cuneolaw.com
        joel@cuneolaw.com
15      bfinley@cuneolaw.com
16
17      Peter Gil-Montllor
        Christian Hudson
18      CUNEO GILBERT & LADUCA, LLP
        16 Court Street
19      Suite 1012
20      Brooklyn, NY 11241
        Tel: 202-789-3960
21      pgil-montllor@cuneolaw.com
        christian@cuneolaw.com
22
23
24      *Interim Lead & Liaison Counsel for*
        *Indirect Purchaser Commercial Food*
25      *Preparer Plaintiffs*
26
27
28
```

3

JOINT MOTION FOR EXTENSION OF TIME                                     15-MD-2670 JLS (MDD)
6323782v1/015152

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: /s/ Betsy C. Manifold
Betsy C. Manifold, Esquire
Fred Isquith, Esquire
Rachele R. Rickert, Esquire
Marisa C. Livesay, Esquire
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599
E-mail: manifold@whafh.com
isquith@whafh.com
rickert@whafh.com
livesay@whafh.com

*Interim Lead Counsel for Indirect Purchaser End Payer Plaintiff*

SUSMAN GODFREY L.L.P.

By: /s/ Neal S. Manne
Neal S. Manne (CA 94101)
Vineet Bhatia (TX 00795976)
Ryan V. Caughey (TX 24080827)
1000 Louisiana Street, Suite 5100
Houston, TX 77346
Tel: (713) 651-9366
Fax: (713) 654-6666
nmanne@susmangodfrey.com
vbhatia@susmangodfrey.com
rcaughey@susmangodfrey.com

*Counsel for Plaintiffs Wal-Mart Stores, Inc., Wal-Mart Stores East, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores Texas, LLC, Sam's West, Inc. and Sam's East, Inc.*

4

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | |
| 3 | By: */s/ Michelle K. Parikh* |
| 4 | Kenneth A. Gallo |
|   | Michelle K. Parikh |
| 5 | Joseph J. Bial |
| 6 | Craig A. Benson |
|   | Heather C. Milligan |
| 7 | 2001 K Street, NW |
| 8 | Washington, DC 20006-1047 |
|   | Tel: (202) 223-7356 |
| 9 | Fax: (202) 204-7356 |
| 10 | kgallo@paulweiss.com |
|    | mparikh@paulweiss.com |
| 11 | jbial@paulweiss.com |
| 12 | cbenson@paulweiss.com |
|    | hmilligan@paulweiss.com |
| 13 | |
| 14 | *Counsel for Defendant Bumble Bee Foods, LLC* |

## ECF CERTIFICATION

I, Neal S. Manne, hereby certify that the content of the foregoing document is acceptable to all parties who are required to sign it. Each party's counsel has authorized Neal S. Manne to affix his or her CM/ECF electronic signature to this document.

*/s/ Neal S. Manne*
Neal S. Manne

## CERTIFICATE OF SERVICE

I, Neal S. Manne, hereby certify that on January 23, 2019, I filed the foregoing with the Clerk of the United States District Court for the Southern District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Neal S. Manne*
Neal S. Manne