LATHAM & WATKINS LLP
   Alfred C. Pfeiffer (CA 120965)
   Christopher S. Yates (CA 161273)
   Belinda S Lee (CA 199635)
   Niall E. Lynch (CA 157959)
   Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
niall.lynch@lw.com
ashley.bauer@lw.com

*Attorneys for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

[Additional counsel listed on signature pages.]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>The Direct Purchaser Plaintiffs, End Payer Plaintiffs, and Commercial Food Preparer Plaintiffs Tracks | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**NOTICE OF RECENT AUTHORITY**<br><br>Court.:   Room 4D<br>Judge:   Hon. Janis L. Sammartino |

The undersigned Defendants respectfully notify the Court of recent authority in the *In re Qualcomm Antitrust Litigation* matter.

Specifically, on January 23, 2019, the United States Court of Appeals for the Ninth Circuit granted Defendant Qualcomm Inc.'s petition, pursuant to Federal Rule of Civil Procedure 23(f), for permission to appeal the district court's order certifying a class of consumers pursuing indirect purchaser claims in the *In re Qualcomm Antitrust Litigation* matter. *Stromberg v. Qualcomm, Inc.*, No. 18-80135, 2019 U.S. App. LEXIS 2230 (9th Cir. Jan. 23, 2019). The *Qualcomm* district court's order, *In re Qualcomm Antitrust Litig.*, No. 17-MD-02773-LHK, 2018 WL 4680214 (N.D. Cal. Sept. 27, 2018), was referenced on the following pages from the parties' briefing and in the following transcripts of the hearings on Class Plaintiffs' motions for class certification: DPPs' Reply Memorandum, ECF No. 1708 at 2, 8; CFPs' Reply Memorandum, ECF No. 1656 at 25, 30; January 14, 2019 transcript at 19-20; and January 16, 2019 transcript at 646, 653.

The Ninth Circuit's order is attached as **Exhibit A**.

Dated: January 24, 2019

Respectfully submitted,

By: s/ Belinda S Lee

**LATHAM & WATKINS LLP**
Alfred C. Pfeiffer
Christopher S. Yates
Belinda S Lee
Niall E. Lynch
Ashley M. Bauer

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

| | | |
|---|---|---|
| 1 | Dated: January 24, 2019 | By:  s/ Kenneth A. Gallo |
| 2 | | |
| 3 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | | Kenneth A. Gallo |
| 4 | | Craig A. Benson |
| | | Joseph J. Bial |
| 5 | | 2001 K Street, NW |
| | | Washington, DC  20006-1047 |
| 6 | | Telephone:  (202) 223-7356 |
| | | Facsimile:   (202) 204-7356 |
| 7 | | Email:    kgallo@paulweiss.com |
| | | cbenson@paulweiss.com |
| 8 | | jbial@paulweiss.com |
| 9 | | William B. Michael (NY 4296356) |
| | | 1285 Avenue of the Americas |
| 10 | | New York, NY 10019-6064 |
| | | Telephone:  (212) 373-3648 |
| 11 | | Facsimile:   (212) 492-0648 |
| | | Email:    wmichael@paulweiss.com |
| 12 | | |
| 13 | | *Counsel for Defendant* |
| | | *Bumble Bee Foods, LLC* |
| 14 | | |
| 15 | Dated: January 24, 2019 | By:  s/ John Roberti |
| 16 | | **ALLEN & OVERY LLP** |
| | | John Roberti |
| 17 | | Kelse Moen |
| | | Jana Steenholdt |
| 18 | | 1101 New York Avenue N.W. |
| | | Washington, D.C. 20005 |
| 19 | | Telephone:  (202) 683-3800 |
| | | Facsimile:   (202) 683-3999 |
| 20 | | Email:    john.roberti@allenovery.com |
| | | kelse.moen@allenovery.com |
| 21 | | jana.steenholdt@allenovery.com |
| 22 | | Brian Fitzpatrick |
| | | Joshua L. Shapiro |
| 23 | | 1221 Avenue of the Americas |
| | | New York, NY 10020 |
| 24 | | Telephone:  (212) 610-6300 |
| | | Facsimile:   (212) 610-6399 |
| 25 | | Email:    brian.fitzpatrick@allenovery.com |
| | | joshua.shapiro@allenovery.com |
| 26 | | |
| 27 | | *Counsel for Defendants Tri-Union Seafoods* |
| | | *LLC d/b/a Chicken of the Sea International* |
| 28 | | *and Thai Union Group PCL* |

# SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: January 24, 2019

s/ Belinda S Lee
Belinda S Lee

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

## CERTIFICATE OF SERVICE

I certify that on January 24, 2019, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

Dated: January 24, 2019                     s/ Belinda S Lee
                                            Belinda S Lee