BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Interim Lead Counsel for the End Payer Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 JLS (MDD) **STIPULATION RE: DISMISSAL OF CLASS ACTION CLAIMS OF INDIRECT PURCHASER END PAYOR PLAINTIFFS AS AGAINST DEFENDANT DEL MONTE CORPORATION** |
| This Document Relates To: The Indirect Purchaser End Payer Actions | |

STIPULATION OF DISMISSAL                             No.15-MD-2670 JLS (MDD)

The Indirect Purchaser End Payer Action Plaintiffs ("EPPs") and Defendant Del Monte Corporation ("Del Monte") (collectively, "the Parties") have conferred by and through their counsel of record and stipulate as follows:

WHEREAS, EPPs filed their second consolidated class action complaint on May 8, 2017, naming Del Monte as a defendant in this action, and alleging a conspiracy among certain producers of packaged tuna commencing in at least July 1, 2004 and extending through at least July 2015 (ECF No. 337);

WHEREAS, the Parties have engaged in discovery and, through their counsel of record, have met and conferred extensively; and

WHEREAS, the EPPs have filed a motion for class certification (ECF No. 1130) which seeks certification of EPPs' state law claims for class damages only for the portion of the alleged conspiracy period that spans June 1, 2011 to July 1, 2015; and

WHEREAS, Del Monte acquired the Starkist-brand packaged tuna business ("Starkist") in 2002; and

WHEREAS Del Monte entered into a purchase agreement with Defendant Dongwon Industries Co., Ltd. ("Dongwon"), Dongwon Enterprise Co., Ltd., Dongwon F&B Co. Starkist Co. and Starkist Samoa Co. on June 29, 2008, and Del Monte consummated the divestiture of the Starkist packaged tuna business on October 5, 2008; and

WHEREAS, the portion of the alleged conduct for which EPPs have moved for class certification of their state law damages claims post-dates the dates on which Del Monte completely divested itself of the Starkist packaged tuna business to Dongwon, on October 5, 2008, respectively;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record that:

1. The Parties agree that EPPs, in their pending motion for class

certification, have not and do not intend to pursue claims for class damages in the action against Del Monte;

2. The Parties agree that the sixth amended EPP complaint, filed on October 5, 2018 (ECF No. 1461), will continue to name Del Monte as a nominal defendant as necessary to continue to toll any applicable statute of limitations to any individual end-user plaintiff claim, and to preserve any end-user plaintiff claim to pursue relief on an individual basis;

3. The Parties agree that Del Monte is not required to respond to EPPs' pending motion for class certification (ECF No. 1130, *et seq*);

4. The Parties further agree that Del Monte is not required to answer the sixth amended EPP complaint filed October 5, 2018 (ECF No. 1461), and that Del Monte's answer (ECF No. 1235) to the EPPs' prior amended complaint (ECF No. 1208) may be deemed responsive to the sixth amended EPP complaint filed on October 5, 2018;

5. The Parties agree that in the event the EPPs succeed on their motion for class certification, that any such class certification order will not be entered as against Del Monte; in other words, the EPPs agree that Del Monte will be expressly excluded from any such class certification order;

6. The Parties agree that Del Monte will have no financial obligation with respect to any notice the Court may order be issued to the class in this action;

7. The Parties agree that, within thirty (30) days of the entry of the Court's order on class certification, EPPs and Del Monte will file a joint motion and dismissal of Del Monte from the action, pursuant to Rule 41(a)(1)(A)(iii). The Parties agree, and said dismissal will state, that each of the Parties shall bear its own attorneys' fees and costs.

```
 1  IT IS SO STIPULATED.
 2
 3  DATED: January 16, 2019           WOLF HALDENSTEIN ADLER
 4                                      FREEMAN & HERZ LLP
 5
                                      By: /s/ Betsy C. Manifold
 6                                           BETSY C. MANIFOLD
 7
                                      Betsy C. Manifold
 8                                    Rachele R. Byrd
 9                                    750 B Street, Suite 2770
                                      San Diego, CA 92101
10                                    Telephone:  619/239-4599
11                                    Facsimile:  619/234-4599
                                      manifold@whafh.com
12                                    byrd@whafh.com
13
14
                                      Interim Lead Counsel for the End Payer
15                                    Plaintiff
16
17                                    By: /s/ Elizabeth C. Pritzker
18                                           ELIZABETH C. PRITZKER
19
                                      Elizabeth C. Pritzker
20                                    PRITZKER LEVINE LLP
                                      180 Grand Ave., Suite 1390
21                                    Oakland, CA 94612
22                                    Telephone: (415) 692-0772
                                      Facsimile:  (415) 366-6110
23                                    ecp@pritzkerlevine.com
24
25
26
27
28
```

By: /s/ Barbara Sicalides
BARBARA SICALIDES

Barbara Sicalides
PEPPER HAMILTON LLP
18th and Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103-2799
Telephone: (215)981-4000
Facsimile: (215) 981-4750
sicalidesb@pepperlaw.com
bassman@pepperlaw.com

*Counsel for Defendant Del Monte Corporation*

- 5 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above.

Date:   January 25, 2019          By:  s/ Barbara Sicalides

*Counsel for Defendant Del Monte Corporation*

## CERTIFICATE OF SERVICE

I certify that on January 25, 2019, I filed the foregoing document with the Clerk of Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

Date:   January 25, 2019

By:  s/ Barbara Sicalides

*Counsel for Defendant Del Monte Corporation*