UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER APPROVING STIPULATION TO DISMISS CLAIMS**<br><br>(ECF No. 1811) |
|---|---|

Presently before the Court is Indirect Purchaser End Payer Plaintiffs ("EPPs") and Defendant Del Monte Corporation's ("Del Monte") (collectively, "the Parties") Stipulation Re: Dismissal of Class Action Claims of Indirect Purchaser End Payer Plaintiffs Against Defendant Del Monte Corporation. Good cause appearing, the Court **GRANTS** the Motion and approves the Parties' Stipulation.

The Parties have stipulated as follows:

1. The Parties agree that EPPs, in their pending motion for class certification, have not and do not intend to pursue claims for class damages in the action against Del Monte;

2. The Parties agree that the Sixth Amended EPP Complaint, filed on October 5, 2018 (ECF No. 1461), will continue to name Del Monte as a nominal defendant as necessary to continue to toll any applicable statute of limitations to any individual end-user

plaintiff claim, and to preserve any end-user plaintiff claim to pursue relief on an individual basis;

3. The Parties agree that Del Monte is not required to respond to EPPs' pending Motion for Class Certification (ECF No. 1130, *et seq*);

4. The Parties further agree that Del Monte is not required to answer the Sixth Amended EPP Complaint filed October 5, 2018 (ECF No. 1461), and that Del Monte's Answer (ECF No. 1235) to the EPPs' prior amended complaint (ECF No. 1208) may be deemed responsive to the Sixth Amended EPP Complaint filed on October 5, 2018;

5. The Parties agree that in the event the EPPs succeed on their Motion for Class Certification, that any such class certification order will not be entered as against Del Monte; in other words, the EPPs agree that Del Monte will be expressly excluded from any such class certification order;

6. The Parties agree that Del Monte will have no financial obligation with respect to any notice the Court may order be issued to the class in this action;

7. The Parties agree that, within thirty days of the entry of the Court's order on class certification, EPPs and Del Monte will file a joint motion and dismissal of Del Monte from the action, pursuant to Rule 41(a)(1)(A)(iii). The Parties agree, and the dismissal will state, that each of the Parties will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 28, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge