1  Patrick J. Stueve (KS 13847)
   STUEVE SIEGEL HANSON LLP
2  460 Nichols Road, Suite 200
3  Kansas City, MO 64112
   Telephone:  816-714-7100
4  Facsimile:  816-714-7101
   stueve@stuevesiegel.com
5

6  *Counsel for Plaintiff Affiliated*
   *Foods Midwest Cooperative Inc.*
7

8  (Additional Counsel on Signature Pages)

9

10           **IN THE UNITED STATES DISTRICT COURT**
11          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12

13
   IN RE: PACKAGED SEAFOOD                Case No. 3:15-md-2670-JLS-MDD
14 PRODUCTS ANTITRUST LITIGATION
15                                         Judge: Janis L. Sammartino

16 THIS DOCUMENT RELATES TO:
17 THE DIRECT ACTION PLAINTIFF             **JOINT MOTION FOR**
18 TRACK                                   **EXTENSION OF TIME FOR**
                                           **PLAINTIFF AFFILIATED**
19 AFFILIATED FOODS MIDWEST                **FOODS MIDWEST**
   COOPERATIVE INC.,                       **COOPERATIVE TO SERVE**
20                                         **INITIAL EXPERT REPORT**
21                        Plaintiff,
22      v.
23 BUMBLE BEE FOODS LLC, *et al.*
24
                         Defendants.
25

26      Direct Action Plaintiff Affiliated Foods Midwest Cooperative Inc.
27 ("AFM"), and Defendants Bumble Bee Foods LLC, StarKist Co., Dongwon
28

Industries Co., Ltd., and Del Monte Corporation ("Defendants")[1] have conferred by and through their undersigned counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, the Court adopted the parties' proposed scheduling order on November 20, 2018 (Dkt. 1699);

WHEREAS, the scheduling order requires plaintiffs, including AFM, to serve any initial expert reports by February 15, 2019, and to serve their experts' supporting material, including backup materials, within three days thereafter;

WHEREAS, the scheduling order requires Defendants to serve any opposition expert reports by May 3, 2019, and to serve their experts' supporting material, including backup materials, within three days thereafter;

WHEREAS, during the course of this litigation, Associated Wholesale Grocers, Inc. ("AWG"), another direct action plaintiff here, made an asset purchase of AFM;

WHEREAS, counsel for AFM represents that this asset purchase created a number of issues, including post-transaction litigation, that caused delays for AFM in pursuing its claims here, including accessing documents responsive to Defendants' document requests;

WHEREAS, on January 28, 2019, AFM assigned its claims in this litigation to AWG;

WHEREAS, AFM now is represented by new counsel, the undersigned;

WHEREAS, for the reasons above, AFM seeks a short extension of time to serve any initial expert reports until March 1, 2019;

WHEREAS, there have been no prior extensions of AFM's deadline to serve any initial expert reports;

---

[1] This motion does not include Defendant Christopher Lischewski. AWG's claims against Mr. Lischewski are stayed pursuant to Dkt. 1632 pending resolution of his criminal trial proceedings.

JOINT MOTION FOR EXTENSION OF TIME

1    WHEREAS, Defendants consent to AFM's requested extension provided

2  that Defendants receive an extension of time to serve any opposition expert

3  reports to AFM's initial expert report(s), from May 3, 2019, to May 24, 2019;

4    WHEREAS, AFM consents to such an extension;

5    WHEREAS, the requested extensions do not affect any other case deadline,

6  and all other scheduling order deadlines will remain in effect.

7    THEREFORE, the parties hereby agree and STIPULATE that:

8    1.    By March 1, 2019, AFM will serve any initial expert reports and

9  produce within three (3) days their experts' supporting material, including backup

10  materials.

11    2.    By May 24, 2019, Defendants will serve any opposition expert

12  reports to AFM's initial expert report(s) and produce within three (3) days their

13  experts' supporting material, including backup materials.

14    3.    The remaining deadlines in the case remain unchanged.

15

16  Dated: February 13, 2019            Respectfully Submitted,

17
                                       **STUEVE SIEGEL HANSON LLP**
18
                                       /s/ Patrick J. Stueve
19                                     Patrick J. Stueve (KS 13847)

20                                     Steve N. Six (KS 16151)
                                       C. Curtis Shank (KS 26306)
21                                     460 Nichols Road, Suite 200

22                                     Kansas City, Missouri 64112
                                       Telephone:  816-714-7100
23                                     Facsimile:  816-714-7101

24                                     stueve@stuevesiegel.com
                                       six@stuevesiegel.com
25                                     shank@stuevesiegel.com

26
                                       *Counsel for Plaintiff Affiliated Foods*
27                                     *Midwest Cooperative Inc.*

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LATHAM & WATKINS LLP**

/s/ Christopher S. Yates
Alfred C. Pfeiffer (CA 120965)
Christopher S. Yates (CA 161273)
Belinda S Lee (CA 199635)
Niall E. Lynch (CA 157959)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  415.391.0600
Facsimile: 415.395.8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com
*Counsel for Defendants StarKist Co. and
Dongwon Industries Co., Ltd.*

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**

/s/ Craig A. Benson
Kenneth A. Gallo
Joseph J. Bial
Craig A. Benson

2001 K Street, NW
Washington, DC  20006-1047
Telephone: 202-223-7300
Facsimile:  202-223-7420
kgallo@paulweiss.com
jbial@paulweiss.com
cbenson@paulweiss.com

JOINT MOTION FOR EXTENSION OF TIME

William B. Michael
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile: 212-492-0648
wmichael@paulweiss.com

*Counsel for Defendant Bumble Bee Foods LLC*

**PEPPER HAMILTON LLP**

/s/ Barbara Sicalides
Barbara T. Sicalides
Barak A. Bassman
Megan Morley
Benjamin J. Eichel
Alexander L. Harris
18th and Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
sicalidesb@pepperlaw.com
bassmanb@pepperlaw.com
morleym@pepperlaw.com
eichelb@pepperlaw.com
harrisa@pepperlaw.com

*Counsel for Del Monte Corporation*

1
2
3
4

**SIGNATURE ATTESTATION**

5        Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I

6    hereby certify that authorization for filing this document has been obtained from

7    each of the other signatories shown above, and that all signatories have authorized

8    placement of their electronic signature on this document.

9
10
11

**CERTIFICATE OF SERVICE**

12        I certify that on February 13, 2019, I filed the foregoing document with the

13    Clerk of the Court for the United States District Court, Southern District of

14    California, by using the Court's CM/ECF System, which sends notifications of

15    such filings to all counsel of record.

16
17                                          /s/ Patrick J. Stueve
18                                          Patrick J. Stueve
                                            **STUEVE SIEGEL HANSON LLP**
19                                          460 Nichols Road, Suite 200
20                                          Kansas City, Missouri 64112
                                            Telephone:  816-714-7100
21                                          Facsimile:  816-714-7101
22                                          stueve@stuevesiegel.com
23
24
25
26
27
28

JOINT MOTION FOR EXTENSION OF TIME