1   LATHAM & WATKINS LLP
      Alfred C. Pfeiffer (CA 120965)
2     Christopher S. Yates (CA 161273)
      Belinda S Lee (CA 199635)
3     Niall E. Lynch (CA 157959)
      Ashley M. Bauer (CA 231626)
4   505 Montgomery Street, Suite 2000
    San Francisco, California 94111-6538
5   Telephone:   +1.415.391.0600
    Facsimile:   +1.415.395.8095
6   *Al.Pfeiffer@lw.com*
    *Chris.Yates@lw.com*
7   *Belinda.Lee@lw.com*
    *Niall.Lynch@lw.com*
8   *Ashley.Bauer@lw.com*

9   *Counsel for Defendant StarKist Co.*

10

11              UNITED STATES DISTRICT COURT

12             SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14   IN RE: PACKAGED SEAFOOD<br>15   PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-MD-2670 JLS<br>(MDD) |
| 16   THIS DOCUMENT RELATES TO: | **NOTICE OF VOLUNTARY<br>DISMISSAL** |
| 17   Bryan Anthony Reo, | Judge:  Hon. Janis L. Sammartino |
| 18              Plaintiff, | |
| 19   v. | |
| 20   StarKist Co., | |
| 21              Defendant. | |
| 22      **No. 18-CV-2412 JLS (MDD)** | |

23

24

25

26

27

28

1    **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of

2  Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bryan Anthony Reo, and StarKist Co., by

3  and through their counsel of record, hereby stipulate that all claims of Bryan

4  Anthony Reo against StarKist Co. shall be dismissed with prejudice.  The parties

5  shall bear their respective fees and costs.

6

7  Date:   February 14, 2019         By:  s/ Christopher S. Yates
                                     **LATHAM & WATKINS LLP**
8                                    Alfred C. Pfeiffer (CA 120965)
                                     Christopher S. Yates (CA 161273)
9                                    Belinda S Lee (CA 199635)
                                     Niall E. Lynch (CA 157959)
10                                   Ashley M. Bauer (CA 231626)
                                     505 Montgomery Street, Suite 2000
11                                   San Francisco, CA 94111-6538
                                     Telephone: (415) 391-0600
12                                   Facsimile: (415) 395-8095
                                     Al.Pfeiffer@lw.com
13                                   Chris.Yates@lw.com
                                     Belinda.Lee@lw.com
14                                   Niall.Lynch@lw.com
                                     Ashley.Bauer@lw.com
15
                                     *Counsel for Defendant StarKist Co.*
16

17                                   By: s/ Bryan Anthony Reo
                                     **Reo Law, LLC**
18                                   Bryan Anthony Reo (0097470)
                                     P.O. Box. 5100
19                                   Mentor, Ohio 44060
                                     Telephone: (440) 313-5893
20                                   Reo@ReoLaw.org

21                                   *Counsel for Plaintiff*

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Date:  February 14, 2019

By:  s/ Christopher S. Yates

**LATHAM &WATKINS LLP**
Alfred C. Pfeiffer (Cal. Bar No. 120965)
Christopher S. Yates (Cal. Bar No. 161273)
Belinda S Lee (Cal. Bar No. 199635)
Niall E. Lynch (Cal Bar No. 157959)
Ashley M. Bauer (Cal. Bar No. 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendant StarKist Co.*

1

## **CERTIFICATE OF SERVICE**

2         I certify that on February 14, 2019, I filed the foregoing document with the

3   Clerk of Court for the United States District Court, Southern District of California

4   by using the Court's CM/ECF system, which will serve electronic notification of

5   this filing to all counsel of record.

6                                             s/ Christopher S. Yates

7                                             Christopher S. Yates

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28