Paul E. Slater
Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
**SPERLING & SLATER, P.C.**
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Tel:   (312) 641-3200
Fax:   (312) 641-6492
pes@sperling-law.com
jvanek@sperling-law.com
dgermaine@sperling-law.com
arodriguez@sperling-law.com

*Counsel for the Direct Action Plaintiffs SuperValu Inc., Associated Grocers of Florida, Inc., and Unified Grocers, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-md-2670-JLS-MDD |
| This Document Relates to:<br><br>*SuperValu Inc. v. Bumble Bee Foods, LLC, et al.*, Case No. 17-cv-0951 (JLS) (MDD) | **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST STARKIST DEFENDANTS** |

Direct Action Plaintiffs SuperValu Inc., Associated Grocers of Florida, Inc., and Unified Grocers, Inc. ("Plaintiffs") and Defendants StarKist Co., and Dongwon Industries Co., Ltd. ("StarKist Defendants") have agreed to resolve Plaintiffs' claims against the StarKist Defendants only. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and jointly move the Court to dismiss Plaintiffs' claims against the StarKist Defendants with prejudice. The parties shall bear their respective fees and costs. This Stipulation has no bearing on Plaintiffs' claims against any other Defendant.

| | | |
|---|---|---|
| 1 | Dated: April 19, 2019 | Respectfully submitted, |
| 2 | | Paul E. Slater |
| 3 | | Joseph M. Vanek |
| | | David P. Germaine |
| 4 | | Alberto Rodriguez |
| | | **SPERLING & SLATER, P.C.** |
| 5 | | 55 West Monroe Street |
| | | Suite 3200 |
| 6 | | Chicago, Illinois 60603 |
| | | Tel:   (312) 641-3200 |
| 7 | | Fax:   (312) 641-6492 |
| | | pes@sperling-law.com |
| 8 | | jvanek@sperling-law.com |
| | | dgermaine@sperling-law.com |
| 9 | | arodriguez@sperling-law.com |
| 10 | | |
| 11 | | By: s/ David P. Germaine |
| 12 | | ***Counsel for the Direct Action Plaintiffs SuperValu Inc., Associated Grocers of Florida, Inc., and Unified Grocers, Inc.*** |
| 13 | | |
| 14 | Dated: April 19, 2019 | Alfred C. Pfeiffer (CA 120965) |
| 15 | | Christopher S. Yates (CA 161273) |
| | | Belinda S Lee (CA 199635) |
| 16 | | Niall E. Lynch (CA 157959) |
| | | Ashley M. Bauer (CA 231626) |
| 17 | | LATHAM & WATKINS LLP |
| | | 505 Montgomery Street, Suite 2000 |
| 18 | | San Francisco, California 94111-6538 |
| | | Telephone: +1.415.391.0600 |
| 19 | | Facsimile: +1.415.395.8095 |
| | | *Al.Pfeiffer@lw.com* |
| 20 | | *Chris.Yates@lw.com* |
| | | *Belinda.Lee@lw.com* |
| 21 | | *Niall.Lynch@lw.com* |
| | | *Ashley.Bauer@lw.com* |
| 22 | | By: s/ Niall E. Lynch |
| 23 | | ***Counsel for StarKist Co. and Dongwon Industries Co., Ltd.*** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## CERTIFICATE OF SERVICE

I certify that on April 19, 2019, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System.

**SPERLING & SLATER, P.C.**

By: s/ David P. Germaine

| | |
|---|---|
| STIPULATION OF DISMISSAL | Case No: 15-md-2670-JLS-MDD |