Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: 202.789.3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*Counsel for Commercial Food Preparer Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>The Commercial Food Preparer Actions | Case No. 15-MD-2670 JLS (MDD)<br><br>**COMMERCIAL FOOD PREPARER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH TRI-UNION SEAFOODS LLC D/B/A CHICKEN OF THE SEA INTERNATIONAL AND THAI UNION GROUP PCL AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS** |

Pursuant to Federal Rule of Civil Procedure 23(c) and (e), Commercial Food Preparer Plaintiffs hereby move the Court for an Order to:

(1) Preliminarily approve the proposed settlement of the above-captioned litigation with Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively, "COSI");

(2) Provisionally approve the proposed Settlement Class;

(3) Stay the proceedings against COSI in accordance with the terms of the Settlement Agreement;

(4) Authorize Commercial Food Preparer Plaintiffs to provide notice of the Settlement Agreement to members of the Settlement Class in a form approved by the Court at a later time; and

(5) Appoint Cuneo Gilbert & LaDuca, LLP as Settlement Class Counsel for purposes of this settlement.

In support of this Motion, Commercial Food Preparer Plaintiffs rely upon and incorporate by reference herein the facts and legal arguments set forth in the accompanying Memorandum of Law.

COSI consents to this motion and to the entry of the proposed order.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2019 | *s/ Jonathan W. Cuneo* |
| 2 | | Jonathan W. Cuneo |
| 3 | | Joel Davidow |
| | | Blaine Finley |
| 4 | | CUNEO GILBERT & LADUCA, LLP |
| 5 | | 4725 Wisconsin Ave. NW, Suite 200 |
| | | Washington, DC 20016 |
| 6 | | Telephone: 202.789.3960 |
| 7 | | Facsimile: 202.589.1813 |
| | | jonc@cuneolaw.com |
| 8 | | joel@cuneolaw.com |
| 9 | | bfinley@cuneolaw.com |
| 10 | | Peter Gil-Montllor |
| 11 | | Christian Hudson |
| | | CUNEO GILBERT & LADUCA, LLP |
| 12 | | 16 Court Street, Suite 1012 |
| 13 | | Brooklyn, NY 11241 |
| | | Tel: 202-789-3960 |
| 14 | | pgil-montllor@cuneolaw.com |
| 15 | | christian@cuneolaw.com |
| 16 | | Joseph R. Saveri (SBN 130064) |
| 17 | | Steven N. Williams |
| | | Joshua P. Davis |
| 18 | | Ryan J. McEwan |
| 19 | | V Prentice |
| | | JOSEPH SAVERI LAW FIRM, INC. |
| 20 | | 601 California Street, Suite 1000 |
| 21 | | San Francisco, California 94108 |
| | | Phone: (415) 500-6800 |
| 22 | | Fax: (415) 395-9940 |
| 23 | | jsaveri@saverilawfirm.com |
| | | swilliams@saverilawfirm.com |
| 24 | | jdavis@saverilawfirm.com |
| 25 | | rmcewan@saverilawfirm.com |
| | | vprentice@saverilawfirm.com |
| 26 | | |
| 27 | | |
| 28 | | |

Armand Derfner
DERFNER & ALTMAN
575 King Street, Suite B
Charleston, SC 29403
Telephone: (843) 723-9804
aderfner@derfneraltman.com

Dewitt Lovelace
LOVELACE & ASSOCIATES, P.A.
12870 US Hwy 98 West Suite 200
Miramar Beach, FL  32550
Telephone: (850) 837-6020
dml@lovelacelaw.com

John H. Donboli (Cal. Bar No. 196266)
DEL MAR LAW GROUP, LLP
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone: 858.793.6244
Facsimile: 858.793.6005
jdonboli@delmarlawgroup.com

Don Barrett
David McMullan
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Thomas P. Thrash
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net

Shawn M. Raiter
LARSON KING LLP
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

Arthur Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West 2nd Street, Suite 1100
Jamestown, NY 14701
Telephone: (716) 664.2967
artlaw@windstream.net

Charles Barrett
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 238-3647
cbarrett@nealharwell.com

Joseph J. DePalma
Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Telephone: (267) 519-8306
sgreenfogel@litedepalma.com

J. Barton Goplerud
SHINDLER, ANDERSON, GOPLERUD & WEESE PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
goplerud@sagwlaw.com

*Counsel for Commercial Food Preparer Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on May 24, 2019, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

*s/ Blaine Finley*
Blaine Finley