ALLEN & OVERY LLP
John Roberti
1101 New York Avenue NW
Washington, DC 20005
Tel: (202)-683-3800
Fax: (202) 683-3999
Email: john.roberti@allenovery.com

*Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*

(Additional Counsel on Signature Pages)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DIRECT ACTION PLAINTIFF TRACK | Case No. 3:15-md-02670-JLS-MDD<br><br>**SECOND JOINT MOTION FOR EXTENSION OF TIME FOR FILING JOINT MOTION(S) FOR DETERMINATION OF DISCOVERY DISPUTE(S) CONCERNING WINN-DIXIE PLAINTIFFS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF CONTENTION INTERROGATORIES**<br><br>Magistrate Judge: Hon. Mitchell D. Dembin |

Defendants Bumble Bee Foods, LLC, StarKist Co., Dongwon Industries Co., Ltd., Del Monte Corporation, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, and Thai Union Group PCL ("Defendants"), and Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC ("Plaintiffs") (together, "the Parties"), by and through their respective counsel, hereby jointly move for an order approving the following stipulation.

## STIPULATION

WHEREAS, on October 26, 2018, Plaintiffs were served with Defendants' First Set of Contention Interrogatories to Direct Action Plaintiffs ("the Contention Interrogatories");

WHEREAS, on December 10, 2018, counsel for Plaintiffs served Defendants with objections and responses to the Contention Interrogatories;

WHEREAS, on May 1, 2019, counsel for Plaintiffs served Defendants with supplemental responses to the Contention Interrogatories ("the Supplemental Responses");

WHEREAS, Defendants raised certain concerns with the Supplemental Responses and the Parties met and conferred about them on May 29, 2019;

WHEREAS, the May 29 meet and confer brought the Parties close to an agreement whereby Plaintiffs would submit additional supplemental responses which are, based on the meet and confer, expected to narrow or eliminate the remaining disagreements;

WHEREAS, because any such agreement to submit additional responses would nonetheless be finalized after this Court's then-existing deadline to file joint motions for the determination of discovery disputes under its "30-Day Rule," the Parties requested, and the Court granted, an extension until June 21, 2019 to file any joint motions for the determination of discovery disputes, *see* Dkt. 1913;

1     WHEREAS, the Parties have corresponded about Plaintiffs' additional responses since the Court issued its Order granting the extension;

    WHEREAS, Plaintiffs have represented that they will serve additional responses to address the issues that Defendants raised with respect to the Supplemental Responses, but that the Plaintiffs will be unable to submit these responses by June 21, 2019;

    WHEREAS, since the additional responses will be received after the existing deadlines to file joint motions for the determination of discovery disputes, the Parties seek a second extension of those deadlines to preserve their rights to file joint motions, out of an abundance of caution;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

    If the Parties are unable to resolve their disputes concerning the Supplemental Responses, the Parties shall file any joint motion(s) for determination of discovery dispute(s) by July 12, 2019.

Dated: June 20, 2019

Respectfully submitted,

ALLEN & OVERY LLP

By: *s/ John Roberti*

John Roberti
Kelse Moen
Jana Steenholdt
1101 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
E-mail: john.roberti@allenovery.com
kelse.moen@allenovery.com
jana.steenholdt@allenovery.com

Brian Fitzpatrick
Joshua L. Shapiro
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

Email: brian.fitpatrick@allenovery.com
joshua.shapiro@allenovery.com

*Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: s/ *Michelle K. Parikh*

Kenneth A. Gallo (NY 4484457)
Joseph J. Bial (NY 4151528)
Craig A. Benson (NY 5049861)
Michelle K. Parikh (NY 4293460)
2001 K Street, NW
Washington, DC 20006-1047
Tel: 202-223-7356
Fax: 202-204-7356
kgallo@paulweiss.com
jbial@paulweiss.com
cbenson@paulweiss.com
mparikh@paulweiss.com

William B. Michael (NY 4296356)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3648
Fax: 212-492-0648
wmichael@paulweiss.com

*Counsel for Defendant Bumble Bee Foods, LLC*

LATHAM & WATKINS LLP

By:  s/ *Christopher S. Yates*

Alfred C. Pfeiffer
Christopher S. Yates
Belinda S Lee
Niall E. Lynch
Ashley M. Bauer
505 Montgomery Street
Suite 2000
San Francisco, CA  94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
E-mail: Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd*

PEPPER HAMILTON LLP

By: s/ *Barbara Sicalides*
Barbara Sicalides
Barak Bassman
18th and Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
sicalidesb@pepperlaw.com
bassmanb@pepperlaw.com

*Counsel for Defendant Del Monte Corporation*

AHERN & ASSOCIATES, P.C.

By: s/ *Patrick Ahern*
Patrick Ahern
Willoughby Tower
8 South Michigan Avenue Suite 3600
Chicago, IL 60603
Telephone: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*

## **ECF CERTIFICATION**

I, John Roberti, hereby certify that the content of the foregoing document is acceptable to all parties who are required to sign it. Each party's counsel has authorized John Roberti to affix his or her CM/ECF electronic signature to this document.

## **CERTIFICATE OF SERVICE**

I certify that on June 20, 2019, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

*/s/  John Roberti*

ALLEN & OVERY LLP
John Roberti (pro hac vice)
1101 New York Avenue NW
Washington, DC 20005
Tel: (202)-683-3800
Fax: (202) 683-3999
Email: john.roberti@allenovery.com

*Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*