ALLEN & OVERY LLP
John Roberti (DC 495718)
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 683-3800
john.roberti@allenovery.com

*Attorney for Defendant Tri-Union Seafoods, LLC
And Thai Union Group PCL*

[Additional Counsel on Signature Pages]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br><br>**JOINT MOTION FOR STIPULATION HOLDING DEADLINES IN ABEYANCE AS TO TRI-UNION SEAFOODS LLC AND THAI UNION GROUP PCL** |
| THIS DOCUMENT RELATES TO:<br>*The Indirect Purchaser End Payer Actions* | |

Plaintiffs[1] and Tri-Union Seafoods LLC and Thai Union Group PCL Defendants ("COSI Defendants"), by their respective attorneys, hereby jointly move for an order approving the following stipulation holding all discovery and pre-trial deadlines in abeyance as to the COSI Defendants:

## STIPULATION

WHEREAS, Plaintiffs and the COSI Defendants have entered into a settlement in principle calling for, inter alia, dismissal of the above-captioned case with respect to the COSI Defendants only (the "Settlement");

WHEREAS, as a result of the Settlement, the COSI Defendants will not be participating in further pretrial or trial proceedings in the above-captioned case;

WHEREAS, the parties expect to enter into a long form settlement agreement after the filing of this stipulation which will be presented to the Court;

WHEREAS, Plaintiffs and the COSI Defendants anticipate that the above-captioned cases will be dismissed with prejudice as to the COSI Defendants should the Court approve the proposed settlement;

WHEREAS, other defendants not party to this stipulation remain in the above-captioned case;

WHEREAS, Plaintiffs and the COSI Defendants agree that it is proper to hold in abeyance all case schedules and deadlines as to the COSI Defendants only, and further agree that, in the event that the above-captioned cases are not dismissed with respect to the COSI Defendants, pretrial proceedings with respect

---

[1] For purposes of this motion, "Plaintiffs" means the Indirect Purchaser End Payer Plaintiffs as defined according to their putative class definition submitted to the Court in class certification motions, to wit: "All persons and entities who resided in Arizona, Arkansas, California, the District of Columbia, Florida, Guam, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Virginia, West Virginia, or Wisconsin, who indirectly purchased Packaged Tuna in cans or pouches smaller than forty ounces for end consumption and not for resale, produced by any Defendant or any current or former subsidiary or affiliate thereof, or any co-conspirator, during the period June 1, 2011 through July 1, 2015."

1  to undersigned Defendants will resume on a revised schedule agreed upon by
2  Plaintiffs and the COSI Defendants and approved by the Court.
3        NOW THEREFORE, IT IS HEREBY STIPULATED by the
4  undersigned counsel on behalf of Plaintiffs and the COSI Defendants that all case
5  schedules and deadlines in the above-captioned actions shall be held in abeyance
6  as to the COSI Defendants only, and shall be revised as specified above in the
7  event that the above-captioned cases are not dismissed as to the COSI Defendants.
8
9      **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 3, 2019 | ALLEN & OVERY LLP |
| 2 | | By: s/ John Roberti |
| 3 | | |
| 4 | | John Roberti (DC 495718) |
| | | Kelse Moen (DC 1035164) |
| 5 | | 1101 New York Avenue N.W. |
| | | Washington, D.C. 20005 |
| 6 | | Telephone: (202) 683-3800 |
| 7 | | Facsimile: (202) 683-3999 |
| | | john.roberti@allenovery.com |
| 8 | | kelse.moen@allenovery.com |
| 9 | | |
| 10 | | Brian Fitzpatrick (NY 4853040) |
| | | 1221 Avenue of the Americas |
| 11 | | New York, NY 10020 |
| 12 | | Telephone: (212) 610-6300 |
| | | Facsimile: (212) 610-6399 |
| 13 | | brian.fitzpatrick@allenovery.com |
| 14 | | |
| 15 | | *Counsel for Defendant Tri-Union Seafoods, LLC and Thai Union Group PCL* |
| 16 | | |
| 17 | | |
| 18 | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 19 | | |
| 20 | | By: _____ |
| 21 | | FRED TAYLOR ISQUITH |
| | | THOMAS H. BURT |
| 22 | | 270 Madison Avenue |
| 23 | | New York, New York 10016 |
| | | Telephone: 212/545-4600 |
| 24 | | Facsimile: 212/545-4653 |
| 25 | | isquith@whafh.com |
| | | burt@whafh.com |
| 26 | | |
| 27 | | BETSY C. MANIFOLD |
| | | RACHELE R. BYRD |
| 28 | | MARISA C. LIVESAY |

| | |
|---|---|
| 1 | BRITTANY N. DEJONG |
| 2 | 750 B Street, Suite 1820 |
| | San Diego, CA 92101 |
| 3 | Telephone: 619/239-4599 |
| 4 | Facsimile: 619/234-4599 |
| | manifold@whafh.com |
| 5 | byrd@whafh.com |
| 6 | livesay@whafh.com |
| | dejong@whafh.com |
| 7 | |
| 8 | CARL MALMSTROM |
| | 111 West Jackson, Suite 1700 |
| 9 | Chicago, IL 60604 |
| 10 | Telephone: 312/984-0000 |
| | Facsimile: 312/212-4401 |
| 11 | malmstrom@whafh.com |
| 12 | |
| 13 | *Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs* |

**SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I Hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated:   July 3, 2019    ALLEN & OVERY LLP

By: s/ Brian Fitzpatrick
   Brian Fitzpatrick

*Counsel for Defendant Tri-Union Seafoods, LLC and Thai Union Group PCL*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2019, the foregoing document JOINT MOTION FOR STIPULATION HOLDING DEADLINES IN ABEYANCE AS TO THE TRI-UNION SEAFOODS LLC AND THAI UNION GROUP PLC DEFENDANTS was served via email on counsel of record.

Dated: July 3, 2019  ALLEN & OVERY LLP

By: s/ Brian Fitzpatrick
Brian Fitzpatrick

*Counsel for Defendant Tri-Union Seafoods, LLC and Thai Union Group PCL*