LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
niall.lynch@lw.com
ashley.bauer@lw.com

*Counsel for Defendant*
*Dongwon Industries Co., Ltd.*

(Additional Parties and Counsel on Signature Pages)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>(1)   Direct Purchaser Plaintiffs | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF DR. GARY HAMILTON**<br><br>Special Briefing Schedule Ordered<br><br>**Hearing**:<br>Date:   February 12, 2020<br>Time:   9:00 a.m.<br>Place:  Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |

## NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 12, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, in San Diego, California, before the Honorable Janis Sammartino, Dongwon Industries Co., Ltd. ("DWI"), Thai Union Group PCL ("Thai Union"), and Tri-Union Seafoods, LLC d/b/a Chicken of the Sea International ("COSI") (collectively, "Defendants") will and hereby do move the Court for an order excluding testimony of Gary G. Hamilton, Ph.D., expert for Direct Purchaser Plaintiffs ("DPPs").

This Motion is based on the Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Elizabeth C. Gettinger (and exhibits), all evidence in the record and the Court's file in this action, the argument of counsel, and such other matters as the Court may consider.

## RELIEF SOUGHT

Defendants respectfully request an order excluding the expert report and testimony of Dr. Gary G. Hamilton for the reasons outlined in the accompanying Memorandum of Points and Authorities. Defendants seek to exclude the entirety of Dr. Hamilton's reports because they are based upon racial and cultural stereotypes regarding Asian businesses in violation of Federal Rules of Evidence 403, 404, 702, and 703. Dr. Hamilton's reports and testimony are not relevant or reliable and are unduly prejudicial and unhelpful to the trier of fact. Defendants therefore respectfully request an order excluding the improper opinions and testimony of Dr. Hamilton, as set forth in the accompanying Memorandum of Points and Authorities.

| | |
|---|---|
| Dated: September 19, 2019 | LATHAM & WATKINS LLP |
| | By: s/ Christopher S. Yates |
| | Alfred C. Pfeiffer |
| | Christopher S. Yates |
| | Belinda S Lee |
| | Niall E. Lynch |
| | Ashley M. Bauer |
| | LATHAM & WATKINS LLP |
| | 505 Montgomery Street |
| | Suite 2000 |
| | San Francisco, CA 94111 |
| | Telephone: 415-391-0600 |
| | Facsimile: 415-395-8095 |
| | Email: al.pfeiffer@lw.com |
| | Email: chris.yates@lw.com |
| | Email: belinda.lee@lw.com |
| | Email: niall.lynch@lw.com |
| | Email: ashley.bauer@lw.com |
| | |
| | *Counsel for Defendant* |
| | *Dongwon Industries Co., Ltd.* |
| | |
| | ALLEN & OVERY LLP |
| | By: s/ John Roberti |
| | John Roberti |
| | Kelse Moen |
| | 1101 New York Avenue N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 683-3800 |
| | Facsimile: (202) 683-3999 |
| | john.roberti@allenovery.com |
| | kelse.moen@allenovery.com |
| | |
| | Joshua Shapiro |
| | Brian Fitzpatrick |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |

| | |
|---|---|
| 1 | Telephone: (212) 610-6300 |
| 2 | Facsimile: (212) 610-6399 |
| 3 | joshua.shapiro@allenovery.com |
|   | brian.fitzpatrick@allenovery.com |
| 4 | |
| 5 | *Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL* |
| 6 | |
| 7 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: September 19, 2019         By: s/ Christopher S. Yates

*Counsel for Defendant
Dongwon Industries Co., Ltd.*