```
LATHAM & WATKINS LLP
    Alfred C. Pfeiffer (CA 120965)
    Christopher S. Yates (CA 161273)
    Belinda S Lee (CA 199635)
    Niall E. Lynch (CA 157959)
    Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415-391-0600
Facsimile:  415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
niall.lynch@lw.com
ashley.bauer@lw.com
```

*Counsel for Defendant
Dongwon Industries Co., Ltd.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>(1)   Direct Purchaser Plaintiffs | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DECLARATION OF ELIZABETH C. GETTINGER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. GARY HAMILTON**<br><br>Special Briefing Schedule Ordered<br><br>**Hearing**:<br>Date:    February 12, 2020<br>Time:    9:00 a.m.<br>Place:   Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |

I, Elizabeth C. Gettinger, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted before this Court. I am an associate at Latham & Watkins LLP. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. I make this declaration in support of Defendants' Motion to Exclude Testimony of Dr. Gary Hamilton. As set forth below, copies of the documents, exhibits, and transcripts cited in the motion are attached to this declaration.

3. Attached as **Exhibit 1** is a true and correct copy of deposition excerpts from the Videotaped Deposition Upon Oral Examination of Gary Hamilton, Ph.D, dated April 30, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of the Declaration and Expert Report of Gary G. Hamilton, Ph.D., dated February 15, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of the Rebuttal Declaration and Expert Report of Gary G. Hamilton, Ph.D., dated July 2, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of the Declaration of Professor Robert M. Daines, dated September 7, 2019, attaching as Exhibit A, the Expert Report of Robert M. Daines, dated May 10, 2019.

7. Attached as **Exhibit 5** is a true and correct copy of deposition excerpts from the 30(b)(6) Deposition of StarKist Co. Corporate Designee, Robert Meece, taken on February 12, 2019.

8. Attached as **Exhibit 6** is a true and correct copy of deposition excerpts from the transcript of Videotaped 30(b)(6) StarKist Co. Corporate Deposition of Linda Gilbert, taken on January 23, 2019.

1     I declare under penalty of perjury that the foregoing is true and correct, and
2 that this Declaration was executed this 18th day of September 2019, in San
3 Francisco, California.
4
5
6                                                         By: _____
7                                                               Elizabeth C. Gettinger
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## INDEX OF EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Excerpts from the deposition transcript of Gary Hamilton, Ph.D., dated April 30, 2019 | 4-101 |
| 2 | Declaration and Expert Report of Gary G. Hamilton, Ph.D., dated February 15, 2019 | 102-202 |
| 3 | Rebuttal Declaration and Expert Report of Gary G. Hamilton, Ph.D., dated July 2, 2019 | 203-264 |
| 4 | Declaration of Professor Robert M. Daines, dated September 7, 2019, attaching as Exhibit A, the Expert Report of Robert M. Daines, dated May 10, 2019 | 265-340 |
| 5 | Excerpts from the 30(b)(6) deposition transcript of StarKist Co. Corporate Designee, Robert Meece, dated February 12, 2019 | 341-354 |
| 6 | Excerpts from the 30(b)(6) deposition transcript of StarKist Co. Corporate Deposition of Linda Gilbert, dated January 23, 2019 | 355-364 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. IN SUPP. OF DEFS.' MOT. TO EXCLUDE
TESTIMONY OF DR. GARY HAMILTON
3:15-md-02670-JLS-MDD