| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Alfred C. Pfeiffer (CA 120965)<br>   Christopher S. Yates (CA 161273) |
| 3 |    Belinda S Lee (CA 199635)<br>   Niall E. Lynch (CA 157959) |
| 4 |    Ashley M. Bauer (CA 231626)<br>505 Montgomery Street, Suite 2000 |

LATHAM & WATKINS LLP
   Alfred C. Pfeiffer (CA 120965)
   Christopher S. Yates (CA 161273)
   Belinda S Lee (CA 199635)
   Niall E. Lynch (CA 157959)
   Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
niall.lynch@lw.com
ashley.bauer@lw.com

*Counsel for Defendant*
*Dongwon Industries Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DONGWON INDUSTRIES CO., LTD.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Special Briefing Schedule Ordered<br><br>**Hearing**:<br>Date:   February 12, 2020<br>Time:   9:00 a.m.<br>Place:   Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |

## **NOTICE OF MOTION AND MOTION**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 12, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, Dongwon Industries Co., Ltd. ("DWI") will and hereby does move the Court, under Federal Rule of Civil Procedure Rule 56(a) for an Order granting summary judgment in its favor as to all Plaintiffs' claims for relief in this action.

This Motion is made on the following grounds:

1.   There is no triable issue of material fact regarding DWI's direct participation in the alleged conspiracy. Plaintiffs cannot present a single piece of evidence demonstrating that DWI, the only "Dongwon" entity named as a Defendant in this case, participated in the alleged conspiracy. Plaintiffs' failure to identify any DWI conduct is a "fundamental flaw" and their claims fail as a matter of law. *See Sun Microsystems Inc. v. Hynix Semiconductor Inc.*, 608 F. Supp. 2d 1166, 1194 (N.D. Cal. 2009).

2.   There is no triable issue of material fact regarding whether DWI can be held vicariously liable for the alleged acts of its subsidiary, StarKist Co. ("StarKist"). Plaintiffs cannot identify facts to overcome the presumption that "a parent corporation . . . is not liable for the acts of its subsidiaries." *United States v. Bestfoods*, 524 U.S. 51, 61 (1998). Plaintiffs fail to demonstrate that (1) there is such a unity of interest that separate corporate personalities no longer exist; and (2) failure to disregard separate corporate identities would result in fraud or injustice, both of which are necessary to prove alter ego liability. *See Williams v. Yamaha Motor Co. Ltd.*, 851 F.3d 1015, 1021 (9th Cir. 2017) (citation omitted). Nor can Plaintiffs prove DWI controlled StarKist to the extent necessary to establish agency liability. *See Sonora Diamond Corp. v. Super Ct. of Tuolumne Cty.*, 83 Cal. App. 4th 523, 541 (2000); *Rodriguez v. JP Morgan Chase & Co.*, 809 F. Supp. 2d 1291, 1299–1300 (S.D. Cal. 2011) (noting that control over general

policy and direction is insufficient to establish agency and a parent company must take over performance of the subsidiary's daily operations).

     This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Separate Statement of Undisputed Material Facts in support thereof, the Declaration of Gabriella Kapp (and exhibits), all evidence in the record and the Court's file in this action, the argument of counsel, and such other matters as the Court may consider.

Dated: September 19, 2019
          LATHAM & WATKINS LLP

          By: s/ Christopher S. Yates

          Alfred C. Pfeiffer
          Christopher S. Yates
          Belinda S Lee
          Niall E. Lynch
          Ashley M. Bauer
          LATHAM & WATKINS LLP
          505 Montgomery Street
          Suite 2000
          San Francisco, CA 94111
          Telephone: 415-391-0600
          Facsimile: 415-395-8095
          Email: al.pfeiffer@lw.com
          Email: chris.yates@lw.com
          Email: belinda.lee@lw.com
          Email: niall.lynch@lw.com
          Email: ashley.bauer@lw.com

          *Counsel for Defendant*
          *Dongwon Industries Co., Ltd.*