
**LATHAM & WATKINS LLP**
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415-391-0600
Facsimile:  415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
niall.lynch@lw.com
ashley.bauer@lw.com

*Counsel for Defendant*
*Dongwon Industries Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DECLARATION OF GABRIELLA KAPP IN SUPPORT OF DONGWON INDUSTRIES CO., LTD.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Special Briefing Schedule Ordered<br><br>**<u>Hearing</u>**:<br>Date:   February 12, 2020<br>Time:   9:00am<br>Place:  Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |

I, Gabriella Kapp, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am an associate at Latham & Watkins LLP. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. I make this declaration in support of Dongwon Industries Co., Ltd.'s Motion for Summary Judgment. As set forth below, copies of the documents, exhibits, and transcripts cited in the motion are attached to this declaration.

3. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Myoung Woo Lee, dated May 9, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of the Declaration of Professor Robert M. Daines, dated September 7, 2019, attaching as Exhibit A, the Expert Report of Robert M. Daines, dated May 10, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of deposition excerpts from the transcript of the 30(b)(6) Videotaped Deposition of Sang-Woo Choi for Dongwon Industries Co. Ltd., dated October 24, 2018.

6. Attached as **Exhibit 4** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Myoung Woo Lee, dated October 25, 2018.

7. Attached as **Exhibit 5** is a true and correct copy of the Declaration of Andrew Choe, dated May 10, 2019.

8. Attached as **Exhibit 6** is a true and correct copy of the Declaration of Robert Scott Meece, dated September 11, 2019, and Exhibits A and B.

9. Attached as **Exhibit 7** is a true and correct copy of a document marked as Exhibit 1742 at the deposition of Moonsu Park, taken on January 30, 2019, produced in the above-captioned matter bearing the beginning bates number STAR000034808.

1    10.    Attached as **Exhibit 8** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Ingu Park, dated May 31, 2018.

11.    Attached as **Exhibit 9** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Moonsu Park, dated January 31, 2019.

12.    Attached as **Exhibit 10** is a true and correct copy of deposition excerpts from the transcript of the Videotaped 30(b)(6) StarKist Co. Corporate Deposition of Linda Gilbert, dated January 23, 2019.

13.    Attached as **Exhibit 11** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052017.

14.    Attached as **Exhibit 12** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052040.

15.    Attached as **Exhibit 13** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052062.

16.    Attached as **Exhibit 14** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052087.

17.    Attached as **Exhibit 15** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052111.

18.    Attached as **Exhibit 16** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052137.

|   |   |
|---|---|
| 1 | 19. Attached as **Exhibit 17** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052163. |

19. Attached as **Exhibit 17** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052163.

20. Attached as **Exhibit 18** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052189.

21. Attached as **Exhibit 19** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052216.

22. Attached as **Exhibit 20** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052244.

23. Attached as **Exhibit 21** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000052272.

24. Attached as **Exhibit 22** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Donald J. Binotto, dated October 10, 2018.

25. Attached as **Exhibit 23** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of In-Soo Cho, dated May 29, 2018.

26. Attached as **Exhibit 24** is a true and correct copy of deposition excerpts from the transcript of the Continued Videotaped 30(b)(6) Deposition of StarKist, Andras Mecs, Jr., Designated Deponent, Volume II, dated March 7, 2018.

27. Attached as **Exhibit 25** is a true and correct copy of the Declaration of Sang-Woo Choi, dated September 4, 2019.

1  28. Attached as **Exhibit 26** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Marianne DeMario, dated April 23, 2019.

4  29. Attached as **Exhibit 27** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Albert Rossi, dated April 9, 2019.

7  30. Attached as **Exhibit 28** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000050431.

10  31. Attached as **Exhibit 29** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000027276.

13  32. Attached as **Exhibit 30** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000050516.

16  33. Attached as **Exhibit 31** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition Upon Oral Examination of Gary Hamilton, Ph.D., dated April 30, 2019.

19  34. Attached as **Exhibit 32** is a true and correct copy of deposition excerpts from the transcript of the Video-Recorded Deposition of Adoria Lim, C.P.A., dated May 1, 2019.

22  35. Attached as **Exhibit 33** is a true and correct copy of deposition excerpts from the transcript of the Video-Recorded Deposition of Adoria Lim, C.P.A., dated July 31, 2019.

25  36. Attached as **Exhibit 34** is a true and correct copy of deposition excerpts from the transcript of the Continued Videotaped 30(b)(6) Deposition of StarKist, Cary Gann, Designated Deponent, Volume III, dated March 8, 2018.

37. Attached as **Exhibit 35** is a true and correct copy of deposition excerpts from the transcript of the 30(b)(6) Deposition of StarKist Co. Corporate Designee, Dennis Adams, dated January 30, 2019.

38. Attached as **Exhibit 36** is a true and correct copy of a document marked as Exhibit 2001 at the deposition of Dennis Adams, taken on January 30, 2019, with relevant excerpts of the transcript attached thereto.

39. Attached as **Exhibit 37** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number DWI_000107689.

40. Attached as **Exhibit 38** is a true and correct copy of a document marked as Exhibit 1382 at the Deposition of Adoria Lim, taken on July 31, 2019, produced in the above-captioned matter bearing the beginning bates number SKC000861183.

41. Attached as **Exhibit 39** is a true and correct copy of Defendant Tri-Union Seafoods LLC d/b/a Chicken of the Sea International's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1, dated October 18, 2018.

42. Attached as **Exhibit 40** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Michael Ray White, dated December 6, 2018.

43. Attached as **Exhibit 41** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of John Sawyer, dated December 4, 2018.

44. Attached as **Exhibit 42** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Shue Wing Chan, dated December 10, 2018.

45. Attached as **Exhibit 43** is a true and correct copy of Defendant Bumble Bee Foods, LLC's Corrected Fifth Supplemental Objections and

Responses to Plaintiffs' Second Set of Interrogatories During the Limited Discovery Stay Perior – Interrogatory No. 1, dated May 18, 2018.

46. Attached as **Exhibit 44** is a true and correct copy of the Plea Agreement entered in the action *United States v. StarKist Co.*, Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 24, on November 14, 2018.

47. Attached as **Exhibit 45** is a true and correct copy of the Amended Plea Agreement entered in the action *United States v. Bumble Bee Foods, LLC*, Case No. 17-cr-00249-EMC (N.D. Cal.), ECF No. 32, on August 2, 2017.

48. Attached as **Exhibit 46** is a true and correct copy of the Plea Agreement entered in the action *United States v. Walter Scott Cameron*, Case No. 16-cr-00501-EMC (N.D. Cal.), ECF No. 18, on January 25, 2017.

49. Attached as **Exhibit 47** is a true and correct copy of the Plea Agreement entered in the action *United States v. Kenneth Worsham*, Case No. 16-cr-00535-EMC (N.D. Cal.), ECF No. 14, on March 15, 2017.

50. Attached as **Exhibit 48** is a true and correct copy of the Plea Agreement entered in the action *United States v. Stephen L. Hodge*, Case No. 17-cr-00297-EMC (N.D. Cal.), ECF No. 13, on June 28, 2017.

51. Attached as **Exhibit 49** is a true and correct copy of a document marked as Exhibit 649 at the deposition of Ingu Park, taken on May 31, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000092771.

52. Attached as **Exhibit 50** is a true and correct copy of a document marked as Exhibit 1340 at the deposition of Myung Woo Lee, taken on October 26, 2018, with relevant excerpts of the transcript attached thereto.

53. Attached as **Exhibit 51** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Andrew Choe, dated March 6, 2018.

54. Attached as **Exhibit 52** is a true and correct copy of deposition excerpts from the transcript of the 30(b)(6) Deposition of StarKist Co. Corporate Designee, Robert Meece, dated February 12, 2018.

55. Attached as **Exhibit 53** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000050426.

56. Attached as **Exhibit 54** is a true and correct copy of a document marked as Exhibit 1321 at the deposition of Sang Woo Choi, taken on October 24, 2018, with relevant excerpts of the transcript attached thereto.

57. Attached as **Exhibit 55** is a true and correct copy of the Fourth Consolidated Direct Purchaser Class Complaint, dated October 5, 2018.

58. Attached as **Exhibit 56** is a true and correct copy of a document marked as Exhibit 16 at the deposition of Andrew Choe, taken on March 6, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000558940.

59. Attached as **Exhibit 57** is a true and correct copy of the Declaration and Expert Report of Marianne DeMario, CPA/ABV, CFF, CFA, ASA, dated February 15, 2019.

60. Attached as **Exhibit 58** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Nam-Jung Kim, dated January 30, 2019.

61. Attached as **Exhibit 59** is a true and correct copy of a document marked as Exhibit 1343 at the deposition of Myung Woo Lee, taken on October 26, 2018, with relevant excerpts of the transcript attached thereto.

62. Attached as **Exhibit 60** is a true and correct copy of the Rebuttal Declaration and Expert Report of Marianne DeMario, CPA/ABV, CFF, CFA, ASA, dated July 2, 2019.

DECL. IN SUPP. OF DWI'S MOT. FOR SUMM. J.
3:15-md-02670-JLS-MDD

63. Attached as **Exhibit 61** is a true and correct copy of the Expert Report of Albert Rossi, CPA, dated February 15, 2019.

64. Attached as **Exhibit 62** is a true and correct copy of the Declaration and Expert Report of Gary G. Hamilton, Ph.D., dated February 15, 2019.

65. Attached as **Exhibit 63** is a true and correct copy of the Expert Report of Adoria Lim, dated February 15, 2019.

66. Attached as **Exhibit 64** is a true and correct copy of the Reply Report of Adoria Lim, dated July 2, 2019.

67. Attached as **Exhibit 65** is a true and correct copy of the Rebuttal Declaration and Expert Report of Gary G. Hamilton, Ph.D., dated July 2, 2019.

68. Attached as **Exhibit 66** is a true and correct copy of excerpts of the Transcript of Proceedings in *United States v. StarKist Co.*, Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 179, dated September 11, 2019.

69. Attached as **Exhibit 67** is a true and correct copy of the Declaration of Linda Gilbert, dated September 18, 2019.

70. Attached as **Exhibit 68** is a true and correct copy of the Declaration of Christopher S. Yates, dated September 19, 2019.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 18th day of September 2019, in San Francisco, California.

By: /s/ Gabriella Kapp
Gabriella Kapp

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Declaration of Myoung Woo Lee, dated May 9, 2019 | 16-18 |
| 2 | Declaration of Professor Robert M. Daines, dated September 7, 2019, attaching as Exhibit A, the Expert Report of Robert M. Daines, dated May 10, 2019 | 19-94 |
| 3 | Deposition excerpts from the transcript of the 30(b)(6) Videotaped Deposition of Sang-Woo Choi for Dongwon Industries Co. Ltd., dated October 24, 2018 | 95-107 |
| 4 | Deposition excerpts from the transcript of the Videotaped Deposition of Myoung Woo Lee, dated October 25, 2018 | 108-121 |
| 5 | Declaration of Andrew Choe, dated May 10, 2019 | 122-127 |
| 6 | Declaration of Robert Scott Meece, dated September 11, 2019, and Exhibits A and B | 128-165 |
| 7 | Document marked as Exhibit 1742 at the deposition of Moonsu Park, taken on January 30, 2019, produced in the above-captioned matter bearing the beginning bates number STAR000052017 | 166-239 |
| 8 | Deposition excerpts from the transcript of the Videotaped Deposition of Ingu Park, dated May 31, 2018 | 240-261 |
| 9 | Deposition excerpts from the transcript of the Videotaped Deposition of Moonsu Park, dated January 31, 2019 | 262-285 |
| 10 | Deposition excerpts from the transcript of the Videotaped 30(b)(6) StarKist Co. Corporate Deposition of Linda Gilbert, dated January 23, 2019 | 286-294 |
| 11 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052017 | 295-318 |
| 12 | Document produced in the above-captioned matter | 319-341 |

| | | | |
|---|---|---|---|
| | | bearing the beginning bates number STAR000052040 | |
| | 13 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052062 | 342-367 |
| | 14 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052087 | 368-392 |
| | 15 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052111 | 393-419 |
| | 16 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052137 | 420-446 |
| | 17 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052163 | 447-473 |
| | 18 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052189 | 474-501 |
| | 19 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052216 | 502-530 |
| | 20 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052244 | 531-559 |
| | 21 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052272 | 560-587 |
| | 22 | Deposition excerpts from the transcript of the Videotaped Deposition of Donald J. Binotto, dated October 10, 2018 | 588-598 |
| | 23 | Deposition excerpts from the transcript of the Videotaped Deposition of In-Soo Cho, dated May 29, 2018 | 599-613 |

| | | |
|---|---|---|
| 24 | Deposition excerpts from the transcript of the Continued Videotaped 30(b)(6) Deposition of StarKist, Andras Mecs, Jr., Designated Deponent, Volume II, dated March 7, 2018 | 614-627 |
| 25 | Declaration of Sang-Woo Choi, dated September 4, 2019 | 628-630 |
| 26 | Deposition excerpts from the transcript of the Videotaped Deposition of Marianne DeMario, dated April 23, 2019 | 631-688 |
| 27 | Deposition excerpts from the transcript of the Videotaped Deposition of Albert Rossi, dated April 9, 2019 | 689-735 |
| 28 | Document produced in the above-captioned matter bearing the beginning bates number STAR000050431 | 736-740 |
| 29 | Document produced in the above-captioned matter bearing the beginning bates number STAR00002726 | 741-742 |
| 30 | Document produced in the above-captioned matter bearing the beginning bates number STAR000050516 | 743-745 |
| 31 | Deposition excerpts from the transcript of the Videotaped Deposition Upon Oral Examination of Gary Hamilton, Ph.D., dated April 30, 2019 | 746-771 |
| 32 | Deposition excerpts from the transcript of the Video-Recorded Deposition of Adoria Lim, C.P.A., dated May 1, 2019 | 772-788 |
| 33 | Deposition excerpts from the transcript of the Video-Recorded Deposition of Adoria Lim, C.P.A., dated July 31, 2019 | 789-821 |
| 34 | Deposition excerpts from the transcript of the Continued Videotaped 30(b)(6) Deposition of StarKist, Cary Gann, Designated Deponent, Volume III, dated March 8, 2018 | 822-835 |
| 35 | Deposition excerpts from the transcript of the | 836-846 |

| | | | |
|---|---|---|---|
| | | 30(b)(6) Deposition of StarKist Co. Corporate Designee, Dennis Adams, dated January 30, 2019 | |
| | 36 | Document marked as Exhibit 2001 at the deposition of Dennis Adams, taken on January 30, 2019, with relevant excerpts of the transcript attached thereto | 847-852 |
| | 37 | Document produced in the above-captioned matter bearing the beginning bates number DWI_000107689 | 853-931 |
| | 38 | Document marked as Exhibit 1382 at the deposition of Adoria Lim, taken on July 31, 2019, produced in the above-captioned matter bearing the beginning bates number SKC000861183 | 932-939 |
| | 39 | Defendant Tri-Union Seafoods LLC d/b/a Chicken of the Sea International's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1, dated October 18, 2018 | 940-947 |
| | 40 | Deposition excerpts from the transcript of the Videotaped Deposition of Michael Ray White, dated December 6, 2018 | 948-959 |
| | 41 | Deposition excerpts from the transcript of the Videotaped Deposition of John Sawyer, dated December 4, 2018 | 960-973 |
| | 42 | Deposition excerpts from the transcript of the Videotaped Deposition of Shue Wing Chan, dated December 10, 2018 | 974-990 |
| | 43 | Defendant Bumble Bee Foods, LLC's Corrected Fifth Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories During the Limited Discovery Stay Period – Interrogatory No. 1, dated May 18, 2018 | 991-1000 |
| | 44 | Plea Agreement entered in the action *United States v. StarKist Co.,* Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 24, on November 14, 2018 | 1001-1020 |
| | 45 | Amended Plea Agreement entered in the action | 1021-1040 |

| | | |
|---|---|---|
| | *United States v. Bumble Bee Foods, LLC*, Case No. 17-cr-00249-EMC (N.D. Cal.), ECF No. 32, on August 2, 2017 | |
| 46 | Plea Agreement entered in the action *United States v. Walter Scott Cameron*, Case No. 16-cr-00501-EMC (N.D. Cal.), ECF No. 18, on January 25, 2017 | 1041-1052 |
| 47 | Plea Agreement entered in the action *United States v. Kenneth Worsham*, Case No. 16-cr-00535-EMC (N.D. Cal.), ECF No. 14, on March 15, 2017 | 1053-1064 |
| 48 | Plea Agreement entered in the action *United States v. Stephen L. Hodge*, Case No. 17-cr-00297-EMC (N.D. Cal.), ECF No. 13, on June 28, 2017 | 1065-1076 |
| 49 | Document marked as Exhibit 649 at the deposition of Ingu Park, taken on May 31, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000092771 | 1077-1078 |
| 50 | Document marked as Exhibit 1340 at the deposition of Myung Woo Lee, taken on October 26, 2018, with relevant excerpts of the transcript attached thereto | 1079-1085 |
| 51 | Deposition excerpts from the transcript of the Videotaped Deposition of Andrew Choe, dated March 6, 2018 | 1086-1102 |
| 52 | Deposition excerpts from the transcript of the 30(b)(6) Deposition of StarKist Co. Corporate Designee, Robert Meece, dated February 12, 2018 | 1103-1110 |
| 53 | Document produced in the above-captioned matter bearing the beginning bates number STAR000050426 | 1111-1116 |
| 54 | Document marked as Exhibit 1321 at the deposition of Sang Woo Choi, taken on October 24, 2018, with relevant excerpts of the transcript attached thereto | 1117-1122 |
| 55 | Fourth Consolidated Direct Purchaser Class Complaint, dated October 5, 2018 | 1123-1214 |
| 56 | Document marked as Exhibit 16 at the deposition of | 1215-1219 |

| | | |
|---|---|---|
| | Andrew Choe, taken on March 6, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000558940 | |
| 57 | Declaration and Expert Report of Marianne DeMario, CPA/ABV, CFF, CFA, ASA, dated February 15, 2019 | 1220-1281 |
| 58 | Deposition excerpts from the transcript of the Videotaped Deposition of Nam-Jung Kim, dated January 30, 2019 | 1282-1294 |
| 59 | Document marked as Exhibit 1343 at the deposition of Myung Woo Lee, taken on October 26, 2018, with relevant excerpts of the transcript attached thereto | 1295-1301 |
| 60 | Rebuttal Declaration and Expert Report of Marianne DeMario, CPA/ABV, CFF, CFA, ASA, dated July 2, 2019 | 1302-1338 |
| 61 | Expert Report of Albert Rossi, CPA, dated February 15, 2019 | 1339-1369 |
| 62 | Declaration and Expert Report of Gary G. Hamilton, Ph.D., dated February 15, 2019 | 1370-1470 |
| 63 | Expert Report of Adoria Lim, dated February 15, 2019 | 1471-1504 |
| 64 | Reply Report of Adoria Lim, dated July 2, 2019 | 1505-1580 |
| 65 | Rebuttal Declaration and Expert Report of Gary G. Hamilton, Ph.D., dated July 2, 2019 | 1581-1642 |
| 66 | Transcript of Proceedings in *United States v. StarKist Co.*, Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 179, dated September 11, 2019 | 1643-1656 |
| 67 | Declaration of Linda Gilbert, dated September 18, 2019 | 1657-1659 |
| 68 | Declaration of Christopher S. Yates, executed on September 19, 2019 in San Francisco, California. | 1660-1675 |