```
LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile:  +1.415.395.8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com
```

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>(1) Direct Purchaser Plaintiffs<br>(2) End Payer Plaintiffs<br>(3) Commercial Food Preparer Plaintiffs<br>(4) *Affiliated Foods, Inc. v. Tri-Union Seafoods LLC, et al.*, 3:15-cv-02787-JLS-MDD<br>(5) *Winn-Dixie Stores, Inc. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00017-JLS-MDD<br>(6) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, 3:18-cv-01014-JLS-MDD | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DECLARATION OF COREY D. ATTAWAY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE FACT-FINDING TESTIMONY AND LEGAL CONCLUSIONS OF PLAINTIFFS' ECONOMISTS**<br><br>Special Briefing Schedule Ordered<br><br><u>Hearing</u>:<br>Date:  March 18, 2020<br>Time:  9:00 a.m.<br>Place: Courtroom 4D<br>Judge: Hon. Janis L. Sammartino |

(7) *CVS Pharmacy, Inc. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-02145-JLS-MDD

(8) *SpartanNash Company v. Tri-Union Seafoods, LLC, et al.*, 3:18-cv-02366-JLS-MDD

(9) *Kroger Co., et al. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00051-JLS-MDD

(10) *Wegmans Food Markets, Inc. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00264-JLS-MDD

(11) *Publix Super Markets, Inc. et al. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00247-JLS-MDD

(12) *SuperValu Inc., et al. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-0951-JLS-MDD

(13) *Krasdale Foods, Inc. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-1748-JLS-MDD

(14) *Meijer, Inc. and Meijer Distribution, Inc. v. Bumble Bee Foods, et al.*, 3:16-cv-0398-JLS-MDD

(15) *Super Store Industries v. Bumble Bee Foods LLC et al.*, 3:17-cv-0950-JLS-MDD

(16) *Moran Foods, LLC v. Bumble Bee Foods LLC, et al.*, 3:17-cv-1745-JLS-MDD

(17) *Dollar General Corporation, et al. v. Bumble Bee Foods LLC et al.*, 3:17-cv-1744-JLS-MDD

I, Corey D. Attaway, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate at Latham & Watkins, LLP, 505 Montgomery St., Suite 2000, San Francisco, CA 94111. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

2. I am submitting this declaration in support of Defendants' Motion to Exclude Fact-Finding Testimony and Legal Conclusions of Plaintiffs' Economists, solely to put documents before the Court.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Colin A. Carter, Ph.D., dated July 30, 2019.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Corrected Expert Report of Gareth Macartney, Ph.D. served in the above-referenced matter on April 9, 2019.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Report of Colin A. Carter served in the above-referenced matter on February 18, 2019.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Professor Keith B. Leffler, Ph.D. served in the above-referenced matter on February 15, 2019, and its associated errata served in the above-referenced matter on March 26, 2019.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Michael R. Baye served in the above-referenced matter on February 15, 2019.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Russell W. Mangum III, Ph.D. served in the above-referenced matter on March 1, 2019.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Merit Report of David Sunding served in the above-referenced matter on February 15, 2019.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Expert Merits Report of Michael A. Williams, Ph.D. served in the above-referenced matter on February 15, 2019.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition transcript of Gareth Macartney, Ph.D., dated April 16, 2019.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition transcript of Colin A. Carter, Ph.D., dated April 2, 2019.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the deposition transcript of Russell W. Mangum III, Ph.D., dated September 11, 2018.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Rebuttal Expert Report of Gareth Macartney, Ph.D. served in the above-referenced matter on July 2, 2019, and its associated errata served in the above-referenced matter on July 30, 2019.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Defendant Tri-Union Seafoods LLC d/b/a Chicken of the Sea International's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1, served in the above-referenced matter on October 18, 2018.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the Expert Rebuttal Report of Colin A. Carter, Ph.D. served in the above-referenced matter on July 12, 2019.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Addendum to February 15, 2019 Report of Colin A. Carter served in the above-referenced matter on March 1, 2019.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Expert Reply Report of Professor Keith B. Leffler, Ph.D. served in the above-referenced matter on July 2, 2019.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the Reply Report of Michael R. Baye served in the above-referenced matter on July 2, 2019.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Expert Report of David Sunding in Support of Plaintiffs' Motion for Class Certification served in the above-referenced matter on May 29, 2018.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Expert Merit Reply Report of David Sunding served in the above-referenced matter on July 2, 2019.

22. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the deposition transcript of David Sunding, Ph.D., dated September 7, 2018.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the Plea Agreement entered in the action United States v. StarKist Co., Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 24, on November 14, 2018.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the Amended Plea Agreement entered in the action United States v. Bumble Bee Foods, LLC, Case No. 17-cr-00249-EMC (N.D. Cal.), ECF No. 32, on August 2, 2017.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Declaration of Russell W. Mangum III, Ph.D in Support of Direct Purchaser Plaintiffs' Motion for Class Certification served in the above-referenced matter on June 1, 2018.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the article George J. Stigler, *What Does an Economist Know?*, 33 J. Legal Educ. 311 (1983).

27. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the deposition transcript of Dr. Keith Leffler, dated April 3, 2019.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the Amended Expert Reply Report of Russell W. Mangum III, Ph.D. served in the above-referenced matter on August 1, 2019.

29. Attached hereto as **Exhibit 27** is a true and correct copy of Winn-Dixie Plaintiffs' Amended Supplemental Responses and Objections to Defendants' First Set of Contention Interrogatories to Direct Action Plaintiffs, served in the above-referenced matter on July 12, 2019.

30. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the deposition transcript of Russell W. Mangum, III, Ph.D., dated March 22, 2019.

31. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the deposition transcript of Michael Williams, Ph.D., dated April 11, 2019.

32. Attached hereto as **Exhibit 30** is a true and correct copy of each errata to the deposition transcripts included as exhibits hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2019, in San Francisco, California.

LATHAM & WATKINS LLP

By: /s/ Corey D. Attaway
Corey D. Attaway

INDEX OF EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Excerpts from the deposition transcript of Colin A. Carter, Ph.D., dated July 30, 2019 | 7-26 |
| 2 | Corrected Expert Report of Gareth Macartney, Ph.D. served in the above-referenced matter on April 9, 2019 | 27-178 |
| 3 | Report of Colin A. Carter served in the above-referenced matter on February 18, 2019 | 179-406 |
| 4 | Expert Report of Professor Keith B. Leffler, Ph.D. served in the above-referenced matter on February 15, 2019, and its associated errata served in the above-referenced matter on March 26, 2019 | 407-473 |
| 5 | Expert Report of Michael R. Baye served in the above-referenced matter on February 15, 2019 | 474-973 |
| 6 | Expert Report of Russell W. Mangum III Ph.D. served in the above-referenced matter on March 1, 2019 | 974-1159 |
| 7 | Expert Merit Report of David Sunding served in the above-referenced matter on February 15, 2019 | 1160-1186 |
| 8 | Expert Merits Report of Michael A. Williams, Ph.D. served in the above-referenced matter on February 15, 2019 | 1187-1341 |
| 9 | Excerpts from the deposition transcript of Gareth Macartney, Ph.D., dated April 16, 2019 | 1342-1356 |
| 10 | Excerpts from the deposition transcript of Colin A. Carter, Ph.D., dated April 2, 2019 | 1357-1370 |
| 11 | Excerpts from the deposition transcript of Russell W. Mangum III, Ph.D., dated September 11, 2018 | 1371-1379 |
| 12 | Rebuttal Expert Report of Gareth Macartney, Ph.D. served in the above-referenced matter on July 2, 2019, and its associated errata served in the above-referenced matter on July 30, 2019 | 1380-1613 |
| 13 | Defendant Tri-Union Seafoods LLC d/b/a Chicken of the Sea International's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1, served in the above-referenced matter on October 18, 2018 | 1614-1621 |
| 14 | Expert Rebuttal Report of Colin A. Carter, Ph.D. served in the above-referenced matter on July 12, 2019 | 1622-1745 |
| 15 | Addendum to February 15, 2019 Report of Colin A. Carter served in the above-referenced matter on March 1, 2019 | 1746-1781 |
| 16 | Expert Reply Report of Professor Keith B. Leffler, Ph.D. | 1782-1813 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

| | | |
|---|---|---|
| | served in the above-referenced matter on July 2, 2019 | |
| 17 | Reply Report of Michael R. Baye served in the above-referenced matter on July 2, 2019 | 1814-1848 |
| 18 | Expert Report of David Sunding in Support of Plaintiffs' Motion for Class Certification served in the above-referenced matter on May 29, 2018 | 1849-2042 |
| 19 | Expert Merit Reply Report of David Sunding served in the above-referenced matter on July 2, 2019 | 2043-2107 |
| 20 | Excerpts from the deposition transcript of David Sunding, Ph.D., dated September 7, 2018 | 2108-2116 |
| 21 | Plea Agreement entered in the action United States v. StarKist Co., Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 24, on November 14, 2018 | 2117-2136 |
| 22 | Amended Plea Agreement entered in the action United States v. Bumble Bee Foods, LLC, Case No. 17-cr-00249-EMC (N.D. Cal.), ECF No. 32, on August 2, 2017 | 2137-2156 |
| 23 | Declaration of Russell W. Mangum III, Ph.D in Support of Direct Purchaser Plaintiffs' Motion for Class Certification served in the above-referenced matter on June 1, 2018 | 2157-2379 |
| 24 | Article George J. Stigler, *What Does an Economist Know?*, 33 J. Legal Educ. 311 (1983) | 2380-2383 |
| 25 | Excerpts from the deposition transcript of Dr. Keith Leffler, dated April 3, 2019 | 2384-2393 |
| 26 | Amended Expert Reply Report of Russell W. Mangum III, Ph.D. served in the above-referenced matter on August 1, 2019 | 2394-2562 |
| 27 | Winn-Dixie Plaintiffs' Amended Supplemental Responses and Objections to Defendants' First Set of Contention Interrogatories to Direct Action Plaintiffs, served in the above-referenced matter on July 12, 2019 | 2563-2640 |
| 28 | Excerpts from the deposition transcript of Russell W. Mangum, III, Ph.D., dated March 22, 2019 | 2641-2648 |
| 29 | Excerpts from the deposition transcript of Michael Williams, Ph.D., dated April 11, 2019 | 2649-2657 |
| 30 | Errata to deposition transcripts | 2658-2668 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO