Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

*Attorneys for The Affiliated Foods Plaintiffs*

[*Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No: 3:15-md-2670-JLS-MDD |
| | Judge: Hon. Janis L. Sammartino |
| This Document Relates To:<br><br>(1) *Affiliated Foods, Inc., et al. v. Tri-Union Seafoods LLC, et al.*, 3:15-md-02670-JLS-MDD<br><br>(2) *CVS Pharmacy, Inc. v. Bumble Bee Foods, LLC, et al.*, 3-17-cv-02154-JLS-MDD<br><br>(3) *SpartanNash Company v. Tri-Union Seafoods, LLC, et al.*, 3:18-cv-02366-JLS-MDD<br><br>(4) *Winn-Dixie Stores, Inc. et al. v. Bumble Bee Foods, LLC, et al.*, 3:16-cv-00017-JLS-MDD | **NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF DENNIS W. CARLTON**<br><br>DATE: [TBD]<br>TIME: [TBD]<br>JUDGE: Janis L. Sammartino<br>CTRM: 4D |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE** that, at a date and time to be set as the Court
3  determines to be appropriate before the Honorable Janis L. Sammartino in Courtroom
4  4D of the United States District Court for the Southern District of California,
5  Affiliated Foods Inc., Alex Lee, Inc., Associated Foods Stores, Inc., Associated
6  Grocers of New England, Inc., Associated Grocers, Inc., Bashas' Inc., Big Y Foods,
7  Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Certco, Inc., CVS
8  Pharmacy, Inc., Dollar Tree Distribution. Inc., Greenbrier International, Inc., Family
9  Dollar Stores, Inc., Family Dollar Services, LLC., Fareway Stores, Inc., The Golub
10 Corporation, Giant Eagle, Inc., Kmart Corporation, K-VA-T Food Stores, Inc., Mark
11 Glassman, Inc., McLane Company, Inc., Meadowbrook Meat Company, Inc.,
12 Merchants Distributors, LLC., Schnuck Markets, Inc., SpartanNash Company, URM
13 Stores, Inc., Western Family Foods, Inc., Woodman's Food Market, Inc., and 99
14 Cents Only Stores LLC (the "Affiliated Foods Plaintiffs"), and Winn-Dixie Stores,
15 Inc. and Bi-Lo Holding, LLC (the "Winn-Dixie Plaintiffs") will move, pursuant to
16 Rules 104(a), 403, and 702 of the Federal Rules of Evidence, to exclude the testimony
17 of Dr. Dennis W. Carlton concerning: (1) the multiple regression models of Dr. Keith
18 B. Leffler as being "measured with error" or having an "errors-in-variables" problem
19 (Carlton Report ¶¶ 63, 120-22), and (2) Dr. Carlton's multiple regression model using
20 certain instrumental variables and quarterly indicator variables (Carlton Report ¶¶
21 131-37, Table 2), because these portions of Dr. Carlton's testimony are unreliable and
22 not helpful to the trier of fact in accordance with *Daubert v. Merrell Dow*
23 *Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and will only confuse the trier of fact.

24 This motion is supported by declarations of Dr. Keith B. Leffler and Gregory
25 K. Arenson and exhibits to them and the accompanying Memorandum of Points and
26 Authorities.

27
28

Dated: September 19, 2019

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Laurence D. King*
       Laurence D. King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
Matthew P. McCahill
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com
Email: ekatcher@kaplanfox.com
Email: mmccahill@kaplanfox.com

**ALSTON & BIRD LLP**
Valarie C. Williams
B. Parker Miller
James B. Cash
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: valarie.williams@alston.com
Email: parker.miller@alston.com
Email: james.cash@alston.com

**ANDERSON KILL, P.C.**
Lawrence Kill
Linda Gerstel
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1722
Facsimile: (212) 278-1733
Email: lkill@andersonkill.com
Email: lgerstel@andersonkill.com

**HAJJAR PETERS, LLP**
Johnny K. Merritt
3144 Bee Cave Road
Austin, TX 78746
Telephone: (512) 637-4956
Facsimile: (512) 637-4958
Email: jmerritt@legalstrategy.com

**MARCUS & SHAPIRA LLP**
Bernard D. Marcus
Moira C. Cain-Mannix
Erin Gibson Allen
One Oxford Center, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
Email: marcus@marcus-shapira.com
Email: cain-mannix@marcus-shapira.com
Email: allen@marcus-shapira.com

**MAURIELLO LAW FIRM, APC**
Thomas D. Mauriello
1181 Puerta Del Sol, #120
San Clemente, CA 92673
Telephone: (949) 542-3555
Facsimile: (949) 606-9690
Email: tomm@maurlaw.com

**THE COFFMAN LAW FIRM**
Richard L. Coffman
First City Building
505 Orleans St., Fifth Floor
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

**WILLIAMS MONTGOMERY & JOHN, LTD.**
Eric R. Lifvendahl
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606
Telephone: (312) 443-3230
Facsimile: (312) 630-8530
Email: ERL@willmont.com

*Attorneys for The Affiliated Foods Plaintiffs*

**AHERN AND ASSOCIATES, P.C.**

By: */s/ Patrick J. Ahern*
         Patrick J. Ahern

Patrick J. Ahern
Mark Hamill
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, IL 60603
Telephone: (312) 404-3760
Email: patrick.ahern@ahernandassociatespc.com

*Attorneys for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC*

**SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from the each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: September 19, 2019                By: /s/ *Lawrence D. King*

*Attorney for The Affiliated Foods Plaintiffs*