# Exhibit 3

# BASIC ECONOMETRICS



Fifth Edition

Damodar N. Gujarati
Dawn C. Porter

# Basic
# Econometrics

### Fifth Edition

## Damodar N. Gujarati

*Professor Emeritus of Economics,*
*United States Military Academy, West Point*

## Dawn C. Porter

*University of Southern California*

 **McGraw-Hill Irwin**

Boston   Burr Ridge, IL   Dubuque, IA   New York   San Francisco   St. Louis
Bangkok   Bogotá   Caracas   Kuala Lumpur   Lisbon   London   Madrid   Mexico City
Milan   Montreal   New Delhi   Santiago   Seoul   Singapore   Sydney   Taipei   Toronto



The McGraw·Hill Companies

**McGraw-Hill Irwin**

BASIC ECONOMETRICS

Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2009, 2003, 1995, 1988, 1978 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

2 3 4 5 6 7 8 9 0 VNH/VNH 0 9

ISBN    978-0-07-337577-9
MHID    0-07-337577-2

Publisher:   *Douglas Reiner*
Developmental editor:   *Anne E. Hilbert*
Editorial coordinator:   *Noelle Fox*
Associate marketing manager:   *Dean Karampelas*
Lead Project manager:   *Christine A. Vaughan*
Full-service project manager:   *Michael Ryder, ICC Macmillan Inc.*
Lead production supervisor:   *Carol A. Bielski*
Design coordinator:   *Joanne Mennemeier*
Media project manager:   *Srikanth Potluri, Hurix Systems Pvt. Ltd.*
Cover design:   *Brittany Skwierczynski*
Typeface:   *10/12 TimesNewRomanPS*
Compositor:   *ICC Macmillan Inc.*
Printer:   *R. R. Donnelley*

**Library of Congress Cataloging-in-Publication Data**

Gujarati, Damodar N.
    Basic econometrics / Damodar N. Gujarati, Dawn C. Porter. — 5th ed.
       p. cm.
    Includes bibliographical references and index.
    ISBN-13: 978-0-07-337577-9 (alk. paper)
    ISBN-10: 0-07-337577-2 (alk. paper)
    1. Econometrics. I. Porter, Dawn C.   II. Title.
HB139.G84 2009
330.01'5195—dc22
                                    2008035934

www.mhhe.com

Case 3:15-md-02670-JLS-MDD   Document 1987-5   Filed 09/19/19   PageID.134813   Page 5 of 8

4. For large-sample size, Engle has shown that $n$ (the sample size) times the $R^2$ estimated from the (auxiliary) regression (13.4.11) follows the chi-square distribution with df equal to the number of restrictions imposed by the restricted regression, two in the present example since the terms $X_i^2$ and $X_i^3$ are dropped from the model.[26] Symbolically, we write

$$n R^2 \underset{\text{asy}}{\sim} \chi^2_{(\text{number of restrictions})} \qquad (13.4.12)$$

where asy means asymptotically, that is, in large samples.

5. If the chi-square value obtained from Eq. (13.4.12) exceeds the critical chi-square value at the chosen level of significance, we reject the restricted regression. Otherwise, we do not reject it.

For our example, the regression results are as follows:

$$\hat{Y}_i = 166.467 + 19.333 X_i \qquad (13.4.13)$$

where $Y$ is total cost and $X$ is output. The standard errors for this regression are already given in Table 13.1.

When the residuals from Eq. (13.4.13) are regressed as just suggested in Step 3, we obtain the following results:

$$\widehat{u}_i = -24.7 \quad + 43.5443 X_i - 12.9615 X_i^2 + \ 0.9396 X_i^3$$

$$\text{se} = \quad (6.375) \quad (4.779) \qquad (0.986) \qquad (0.059) \qquad (13.4.14)$$

$$R^2 = 0.9896$$

Although our sample size of 10 is by no means large, just to illustrate the LM mechanism, we obtain $nR^2 = (10)(0.9896) = 9.896$. From the chi-square table we observe that for 2 df the 1 percent critical chi-square value is about 9.21. Therefore, the observed value of 9.896 is significant at the 1 percent level, and our conclusion would be to reject the restricted regression (i.e., the linear cost function). We reached a similar conclusion on the basis of Ramsey's RESET test.

## 13.5   Errors of Measurement

All along we have assumed implicitly that the dependent variable $Y$ and the explanatory variables, the $X$'s, are measured without any errors. Thus, in the regression of consumption expenditure on income and wealth of households, we assume that the data on these variables are "accurate"; they are not *guess estimates,* extrapolated, interpolated, or rounded off in any systematic manner, such as to the nearest hundredth dollar, and so on. Unfortunately, this ideal is not met in practice for a variety of reasons, such as nonresponse errors, reporting errors, and computing errors. Whatever the reasons, error of measurement is a potentially troublesome problem, for it constitutes yet another example of specification bias with the consequences noted below.

### Errors of Measurement in the Dependent Variable $Y$

Consider the following model:

$$Y_i^* = \alpha + \beta X_i + u_i \qquad (13.5.1)$$

---

[26]R. F. Engle, "A General Approach to Lagrangian Multiplier Model Diagnostics," *Journal of Econometrics,* vol. 20, 1982, pp. 83–104.

where $Y_i^*$ = permanent consumption expenditure[27]
$\quad X_i$ = current income
$\quad u_i$ = stochastic disturbance term

Since $Y_i^*$ is not directly measurable, we may use an observable expenditure variable $Y_i$ such that

$$Y_i = Y_i^* + \varepsilon_i \qquad \textbf{(13.5.2)}$$

where $\varepsilon_i$ denote errors of measurement in $Y_i^*$. Therefore, instead of estimating Eq. (13.5.1), we estimate

$$
\begin{aligned}
Y_i &= (\alpha + \beta X_i + u_i) + \varepsilon_i \\
&= \alpha + \beta X_i + (u_i + \varepsilon_i) \\
&= \alpha + \beta X_i + v_i
\end{aligned}
\qquad \textbf{(13.5.3)}
$$

where $v_i = u_i + \varepsilon_i$ is a composite error term, containing the population disturbance term (which may be called the *equation error term*) and the measurement error term.

For simplicity assume that $E(u_i) = E(\varepsilon_i) = 0$, cov $(X_i, u_i) = 0$ (which is the assumption of the classical linear regression), and cov $(X_i, \varepsilon_i) = 0$; that is, the errors of measurement in $Y_i^*$ are uncorrelated with $X_i$, and cov $(u_i, \varepsilon_i) = 0$; that is, the equation error and the measurement error are uncorrelated. With these assumptions, it can be seen that $\beta$ estimated from either Eq. (13.5.1) or Eq. (13.5.3) will be an unbiased estimator of the true $\beta$ (see Exercise 13.7); that is, the errors of measurement in the dependent variable $Y$ do not destroy the unbiasedness property of the OLS estimators. However, the variances and standard errors of $\beta$ estimated from Eqs. (13.5.1) and (13.5.3) will be different because, employing the usual formulas (see Chapter 3), we obtain

$$\text{Model (13.5.1):} \qquad \text{var}(\hat{\beta}) = \frac{\sigma_u^2}{\sum x_i^2} \qquad \textbf{(13.5.4)}$$

$$\text{Model (13.5.3):} \qquad \text{var}(\hat{\beta}) = \frac{\sigma_v^2}{\sum x_i^2}$$

$$\qquad\qquad\qquad = \frac{\sigma_u^2 + \sigma_\varepsilon^2}{\sum x_i^2} \qquad \textbf{(13.5.5)}$$

Obviously, the latter variance is larger than the former.[28] Therefore, **although the errors of measurement in the dependent variable still give unbiased estimates of the parameters and their variances, the estimated variances are now larger than in the case where there are no such errors of measurement.**

## Errors of Measurement in the Explanatory Variable $X$

Now assume that instead of Eq. (13.5.1), we have the following model:

$$Y_i = \alpha + \beta X_i^* + u_i \qquad \textbf{(13.5.6)}$$

where $\quad Y_i$ = current consumption expenditure
$\quad X_i^*$ = permanent income
$\quad u_i$ = disturbance term (equation error)

---

[27]This phrase is due to Milton Friedman. See also Exercise 13.8.
[28]But note that this variance is still unbiased because under the stated conditions the composite error term $v_i = u_i + \varepsilon_i$ still satisfies the assumptions underlying the method of least squares.

Suppose instead of observing $X_i^*$, we observe

$$X_i = X_i^* + w_i \qquad (13.5.7)$$

where $w_i$ represents errors of measurement in $X_i^*$. Therefore, instead of estimating Eq. (13.5.6), we estimate

$$
\begin{aligned}
Y_i &= \alpha + \beta(X_i - w_i) + u_i \\
&= \alpha + \beta X_i + (u_i - \beta w_i) \qquad (13.5.8) \\
&= \alpha + \beta X_i + z_i
\end{aligned}
$$

where $z_i = u_i - \beta w_i$, a compound of equation and measurement errors.

Now even if we assume that $w_i$ has zero mean, is serially independent, and is uncorrelated with $u_i$, we can no longer assume that the composite error term $z_i$ is independent of the explanatory variable $X_i$ because (assuming $E[z_i] = 0$)

$$
\begin{aligned}
\text{cov}(z_i, X_i) &= E[z_i - E(z_i)][X_i - E(X_i)] \\
&= E(u_i - \beta w_i)(w_i) \qquad \text{using (13.5.7)} \\
&= E(-\beta w_i^2) \qquad\qquad (13.5.9) \\
&= -\beta \sigma_w^2
\end{aligned}
$$

Thus, the explanatory variable and the error term in Eq. (13.5.8) are correlated, which violates the crucial assumption of the classical linear regression model that the explanatory variable is uncorrelated with the stochastic disturbance term. If this assumption is violated, it can be shown that the *OLS estimators are not only biased but also inconsistent, that is, they remain biased even if the sample size n increases indefinitely.*[29]

For model (13.5.8), it is shown in Appendix 13A, Section 13A.3 that

$$\text{plim}\,\hat{\beta} = \beta \left[ \frac{1}{1 + \sigma_w^2/\sigma_{X^*}^2} \right] \qquad (13.5.10)$$

where $\sigma_w^2$ and $\sigma_{X^*}^2$ are variances of $w_i$ and $X^*$, respectively, and where plim $\hat{\beta}$ means the probability limit of $\beta$.

Since the term inside the brackets is expected to be less than 1 (why?), Eq. (13.5.10) shows that even if the sample size increases indefinitely, $\hat{\beta}$ will not converge to $\beta$. Actually, if $\beta$ is assumed positive, $\hat{\beta}$ will underestimate $\beta$, that is, it is biased toward zero. Of course, if there are no measurement errors in $X$ (i.e., $\sigma_w^2 = 0$), $\hat{\beta}$ will provide a consistent estimator of $\beta$.

Therefore, measurement errors pose a serious problem when they are present in the explanatory variable(s) because they make consistent estimation of the parameters impossible. Of course, as we saw, if they are present only in the dependent variable, the estimators remain unbiased and hence they are consistent too. If errors of measurement are present in the explanatory variable(s), what is the solution? The answer is not easy. At one extreme, we can assume that if $\sigma_w^2$ is small compared to $\sigma_{X^*}^2$, for all practical purposes we can "assume away" the problem and proceed with the usual OLS estimation. Of course, the rub

---

[29]As shown in **Appendix A**, $\hat{\beta}$ is a consistent estimator of $\beta$ if, as $n$ increases indefinitely, the sampling distribution of $\hat{\beta}$ will ultimately collapse to the true $\beta$. Technically, this is stated as $\text{plim}_{n \to \infty} \hat{\beta} = \beta$. As noted in **Appendix A**, consistency is a large-sample property and is often used to study the behavior of an estimator when its finite or small-sample properties (e.g., unbiasedness) cannot be determined.

here is that we cannot readily observe or measure $\sigma_w^2$ and $\sigma_{X*}^2$ and therefore there is no way to judge their relative magnitudes.

One other suggested remedy is the use of **instrumental** or **proxy variables** that, although highly correlated with the original $X$ variables, are uncorrelated with the equation and measurement error terms (i.e., $u_i$ and $w_i$). If such proxy variables can be found, then one can obtain a consistent estimate of $\beta$. But this task is much easier said than done. In practice it is not easy to find good proxies; we are often in the situation of complaining about the bad weather without being able to do much about it. Besides, it is not easy to find out if the selected instrumental variable is in fact independent of the error terms $u_i$ and $w_i$.

In the literature there are other suggestions to solve the problem.[30] But most of them are specific to the given situation and are based on restrictive assumptions. There is really no satisfactory answer to the measurement errors problem. That is why it is so crucial to measure the data as accurately as possible.

**EXAMPLE 13.2**
*An Example*

We conclude this section with an example constructed to highlight the preceding points.

Table 13.2 gives hypothetical data on true consumption expenditure $Y^*$, true income $X^*$, measured consumption $Y$, and measured income $X$. The table also explains how these variables were measured.[31]

**Measurement Errors in the Dependent Variable $Y$ Only.** Based on the given data, the true consumption function is

$$\hat{Y}_i^* = 25.00 \; + \; 0.6000 X_i^*$$

$$(10.477) \quad (0.0584)$$

$$t = (2.3861) \; (10.276)$$

$$R^2 = 0.9296$$

(13.5.11)

**TABLE 13.2**
Hypothetical Data on $Y^*$ (True Consumption Expenditure), $X^*$ (True Income), $Y$ (Measured Consumption Expenditure), and $X$ (Measured Income); All Data in Dollars

| $Y^*$ | $X^*$ | $Y$ | $X$ | $\varepsilon$ | $w$ | $u$ |
|---|---|---|---|---|---|---|
| 75.4666 | 80.00 | 67.6011 | 80.0940 | −7.8655 | 0.0940 | 2.4666 |
| 74.9801 | 100.00 | 75.4438 | 91.5721 | 0.4636 | −8.4279 | −10.0199 |
| 102.8242 | 120.00 | 109.6956 | 112.1406 | 6.8714 | 2.1406 | 5.8242 |
| 125.7651 | 140.00 | 129.4159 | 145.5969 | 3.6509 | 5.5969 | 16.7651 |
| 106.5035 | 160.00 | 104.2388 | 168.5579 | −2.2647 | 8.5579 | −14.4965 |
| 131.4318 | 180.00 | 125.8319 | 171.4793 | −5.5999 | −8.5207 | −1.5682 |
| 149.3693 | 200.00 | 153.9926 | 203.5366 | 4.6233 | 3.5366 | 4.3693 |
| 143.8628 | 220.00 | 152.9208 | 222.8533 | 9.0579 | 2.8533 | −13.1372 |
| 177.5218 | 240.00 | 176.3344 | 232.9879 | −1.1874 | −7.0120 | 8.5218 |
| 182.2748 | 260.00 | 174.5252 | 261.1813 | −7.7496 | 1.1813 | 1.2748 |

*Note.* The data on $X^*$ are assumed to be given. In deriving the other variables the assumptions made were as follows:
(1) $E(u_i) = E(\varepsilon_i) = E(w_i) = 0$; (2) cov $(X, u) =$ cov $(X, \varepsilon) =$ cov $(u, \varepsilon) =$ cov $(w, u) =$ cov $(\varepsilon, w) = 0$; (3) $\sigma_u^2 = 100$, $\sigma_\varepsilon^2 = 36$, and $\sigma_w^2 = 36$; and (4) $Y_i^* = 25 + 0.6 X_i^* + u_i$, $Y_i = Y_i^* + \varepsilon_i$, and $X_i = X_i^* + w_i$.

*(Continued)*

[30]See Thomas B. Fomby, R. Carter Hill, and Stanley R. Johnson, *Advanced Econometric Methods,* Springer-Verlag, New York, 1984, pp. 273–277. See also Kennedy, op. cit., pp. 138–140, for a discussion of weighted regression as well as instrumental variables. See also: G. S. Maddala, *Introduction to Econometrics,* 3d ed., John Wiley & Sons, New York, 2001, pp. 437–462, and Quirino Paris, "Robust Estimators of Errors-in-Variables Models: Part I," Working Paper No. 04–007, 200, Department of Agricultural and Resource Economics, University of California at Davis, August 2004.

[31]I am indebted to Kenneth J. White for constructing this example. See his *Computer Handbook Using SHAZAM,* for use with Damodar Gujarati, *Basic Econometrics,* September 1985, pp. 117–121.