# Exhibit 5

# Damodar N. Gujarati

# Basic Econometrics

### fourth edition

# BASIC ECONOMETRICS

**FOURTH EDITION**

## Damodar N. Gujarati

United States Military Academy, West Point



Boston   Burr Ridge, IL   Dubuque, IA   Madison, WI   New York   San Francisco   St. Louis
Bangkok   Bogotá   Caracas   Kuala Lumpur   Lisbon   London   Madrid   Mexico City
Milan   Montreal   New Delhi   Santiago   Seoul   Singapore   Sydney   Taipei   Toronto

# McGraw-Hill Higher Education

*A Division of The McGraw-Hill Companies*

**BASIC ECONOMETRICS**
Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc. 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2003, 1995, 1988, 1978, by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

domestic       3 4 5 6 7 8 9 0 DOC/DOC 0 9 8 7 6 5 4 3
international  2 3 4 5 6 7 8 9 0 DOC/DOC 0 9 8 7 6 5 4 3 2

ISBN  0-07-233542-4

Publisher: *Gary Burke*
Executive sponsoring editor: *Lucille Sutton*
Developmental editor: *Aric Bright*
Marketing manager: *Martin D. Quinn*
Associate project manager: *Catherine R. Schultz*
Senior production supervisor: *Lori Koetters*
Senior designer: *Jenny El-Shamy*
Media producer: *Melissa Kansa*
Supplement producer: *Erin Sauder*
Cover design: *Jamie O'Neal*
Typeface: *10/12 New Aster*
Compositor: *Interactive Composition Corporation*
Printer: *R. R. Donnelley & Sons Company*

Library of Congress Control Number: 2001099577

INTERNATIONAL EDITION ISBN 0-07-112342-3

Copyright © 2003. Exclusive rights by The McGraw-Hill Companies, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is sold by McGraw-Hill. The International Edition is not available in North America.

www.mhhe.com



**FIGURE 3.7**  Linear and nonlinear Phillips curves.

The preceding example is an instance of what is called a **specification bias** or a **specification error;** here the bias consists in choosing the wrong functional form. We will see other types of specification errors in Chapter 13.

Unfortunately, in practice one rarely knows the correct variables to include in the model or the correct functional form of the model or the correct probabilistic assumptions about the variables entering the model for the theory underlying the particular investigation (e.g., the Phillips-type money wage change–unemployment rate tradeoff) may not be strong or robust enough to answer all these questions. Therefore, in practice, the econometrician has to use some judgment in choosing the number of variables entering the model and the functional form of the model and has to make some assumptions about the stochastic nature of the variables included in the model. To some extent, there is some trial and error involved in choosing the "right" model for empirical analysis.[14]

If judgment is required in selecting a model, what is the need for Assumption 9? Without going into details here (see Chapter 13), this assumption is there to remind us that our regression analysis and therefore the results based on that analysis are conditional upon the chosen model and to warn us that we should give very careful thought in formulating econometric

---

[14]But one should avoid what is known as **"data mining,"** that is, trying every possible model with the hope that at least one will fit the data well. That is why it is essential that there be some economic reasoning underlying the chosen model and that any modifications in the model should have some economic justification. A purely ad hoc model may be difficult to justify on theoretical or a priori grounds. In short, theory should be the basis of estimation. But we will have more to say about data mining in Chap. 13, for there are some who argue that in some situations data mining can serve a useful purpose.