# Exhibit 6

# A Guide to ECONOMETRICS

## 6E

### Peter Kennedy

WILEY-BLACKWELL

Case 3:15-md-02670-JLS-MDD   Document 1987-8   Filed 09/19/19   PageID.134830   Page 3 of 11

# A GUIDE TO ECONOMETRICS

## SIXTH EDITION

**PETER KENNEDY**
Simon Fraser University



Blackwell
Publishing

© 2008 by Peter Kennedy

BLACKWELL PUBLISHING
350 Main Street, Malden, MA 02148-5020, USA
9600 Garsington Road, Oxford OX4 2DQ, UK
550 Swanston Street, Carlton, Victoria 3053, Australia

The right of Peter Kennedy to be identified as the Author of this Work has been asserted in accordance with the
UK Copyright, Designs, and Patents Act 1988.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted,
in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, except as permitted by the UK Copyright, Designs and Patents Act 1988, without the prior permission of the publisher.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names
and product names used in this book are trade names, service marks, trademarks, or registered trademarks of
their respective owners. The publisher is not associated with any product or vendor mentioned in this book.

This publication is designed to provide accurate and authoritative information in regard to the subject
matter covered. It is sold on the understanding that the publisher is not engaged in rendering professional
services. If professional advice or other expert assistance is required, the services of a competent
professional should be sought.

First edition published 1979 by Martin Robertson and Company Ltd
Second and Third editions published by Blackwell Publishers Ltd
Fourth edition published 1998
Fifth edition published 2003
Sixth edition published 2008 by Blackwell Publishing Ltd

7   2013

*Library of Congress Cataloging-in-Publication Data*

Kennedy, Peter, 1943–
 A guide to econometrics / Peter Kennedy. — 6th ed.
   p. cm.
 Includes bibliographical references and index.
 ISBN 978-1-4051-8258-4 (hardcover : alk. paper) — ISBN 978-1-4051-8257-7 (pbk. : alk. paper)
 1. Econometrics. I. Title.

HB139.K45 2008
330.01′5195—dc22
2007039113

A catalogue record for this title is available from the British Library.

Set in 10.5/12.5 pt Times
by Newgen Imaging Systems (P) Ltd, Chennai, India
Printed and bound in the United States of America
by Sheridan Books, Inc.

The publisher's policy is to use permanent paper from mills that operate a sustainable forestry policy,
and which has been manufactured from pulp processed using acid-free and elementary chlorine-free
practices. Furthermore, the publisher ensures that the text paper and cover board used have met
acceptable environmental accreditation standards.

For further information on
Blackwell Publishing, visit our website:
www.blackwellpublishing.com

Why is this? There are several reasons. First, teaching applied econometrics is difficult, because doing applied work is difficult, or, in blunter terms, econometrics is much easier without data. Second, because doing quality applied work brings little prestige in the profession, many econometrics instructors have never done any applied work. Third, in common with other specialists, econometricians teach what they enjoy teaching and what they know how to teach, not what students need.

What do students "need" in the context of applied econometrics? Because the "sinning" identified by Leamer is inevitable, students need to learn some standard operating procedures, or rules of behavior, which if applied will bound this sinning, as well as help avoid elementary mistakes. Most econometrics instructors believe their students do not need to be taught such elementary rules of behavior, and in any event they would be uncomfortable teaching them because these rules do not have the intellectual rigor and clean answers so prized by econometric theorists. This is one reason why such rules seldom appear in textbooks or course lectures.

The teaching task is unquestionably difficult. Tukey (1969, p. 90) expresses this difficulty eloquently:

> Divert them from depending upon the "authority" of standard textbook solutions, but without being able to substitute a second religion for the first. Stimulate intelligent problem formulation, without being able to say quite how this is done. Demand high standards of statistical reasoning, but without specifying a simple model of statistics which might serve as a criterion for quality of reasoning.

In keeping with the flavor of this book, the purpose of this chapter is to discuss a variety of practical dimensions of doing applied econometric work that are often missing from applied econometrics courses, such as rules of behavior for bounding sinning and avoiding elementary mistakes. As the Tukey quote suggests, however, readers hoping to find a definitive methodology will be disappointed.

## 22.2   The Ten Commandments of Applied Econometrics

One of the most prevalent sins of applied econometricians is mechanical application of rules and procedures in inappropriate settings. The rules of behavior suggested below have a different flavor, however; they are designed to force practitioners to avoid mechanical application of econometric techniques learned in econometric theory courses, and so escape this sin.

### Rule 1: Use common sense and economic theory

The reason for this rule is that common sense is not all that common. Indeed, sometimes it appears that not much thought has gone into empirical work, let alone good thought. Nor does such thought require complicated econometrics. For example, this thinking should cause researchers to match per capita variables with per capita variables, use real exchange rates to explain real imports/exports, employ nominal interest rates to explain real money demand, select appropriate functional forms for dependent variables

constrained to lie between zero and one, resist trying to explain a trendless variable with a trended variable, avoid cardinalizing ordered qualitative explanatory variables; beware of the regression fallacy, and never infer causation from correlation.

### Rule 2: Avoid type III errors

A type III error occurs when a researcher produces the right answer to the wrong question. A corollary of this rule is that an approximate answer to the right question is worth a great deal more than a precise answer to the wrong question.

The phenomenon at issue here is that the relevant objective/hypothesis/specification may be completely different from what is initially suggested. Econometricians experience this regularly when colleagues or students stop by for advice, prefacing their request with words to the effect that they do not want to take up much of the econometrician's time so they will explain just the technical detail with which they want help. Acquiescing to this is usually a mistake because more often than not asking simple questions about the context of the problem brings to light serious misunderstandings. For example, it may be that it is the cumulative change in a variable that is relevant, not the most recent change, or that the hypothesis under test should be that a coefficient is equal to another coefficient, rather than equal to zero, or that the dependent variable observations are durations, so that a duration model should be used.

The main lesson here is a blunt one: Ask questions, especially seemingly foolish questions, to ensure that you have a full understanding of the context of the "technical detail" being discussed; often it turns out that the research question has not been formulated appropriately.

### Rule 3: Know the context

This rule is a natural extension of the previous rule. It is crucial that one becomes intimately familiar with the phenomenon being investigated – its history, institutions, operating constraints, measurement peculiarities, cultural customs, and so on, going beyond a thorough literature review. Again, questions must be asked: Exactly how were the data gathered? Did government agencies impute the data using unknown formulas? What were the rules governing the auction? How were the interviewees selected? What instructions were given to the participants? What accounting conventions were followed? How were the variables defined? What is the precise wording of the questionnaire? How closely do measured variables match their theoretical counterparts? Another way of viewing this rule is to recognize that you, the researcher, know more than the computer – you know, for example, that water freezes at zero degrees Celsius, that people tend to round their incomes to the nearest five thousand, and that some weekends are 3-day weekends.

### Rule 4: Inspect the data

Even if a researcher knows the context, he or she needs to become intimately familiar with the specific data with which he or she is working. Economists are particularly prone to the complaint that researchers do not know their data very well, a phenomenon made worse by the computer revolution, allowing researchers to obtain and work with data electronically by pushing buttons.

Case 3:15-md-02670-JLS-MDD   Document 1987-8   Filed 09/19/19   PageID.134834   Page 7 of 11

Inspecting the data involves summary statistics, graphs, and data cleaning, to both check and "get a feel for" the data. Summary statistics can be very simple, such as calculating means, standard errors, maximums, minimums, and correlation matrices, or more complicated, such as computing condition indices and influential observation diagnostics.

The advantage of graphing is that a picture can force us to notice what we never expected to see. Researchers should supplement their summary statistics with simple graphs: histograms, residual plots, scatterplots of residualized data, and graphs against time. It is important to graph the data in several different ways.

Data cleaning looks for inconsistencies in the data – are any observations impossible, unrealistic, or suspicious? The questions here are mostly simple, but could become more complicated in a particular context. Do you know how missing data were coded? Are dummies all coded zero or one? Are all observations consistent with applicable minimum or maximum values? Do all observations obey logical constraints they must satisfy?

The main message of this rule is that instead of beginning by asking "what technique should I use here?," practitioners should ask "how can I summarize and understand the main features of these data?"

### Rule 5: Keep it sensibly simple

This KISS rule should not be confused with the commercial "keep it simple, stupid" rule, because some simple models are stupid, containing logical errors or being at variance with facts. As in science, progress in economics results from beginning with simple models, seeing how they work in applications, and then modifying them if necessary. Examples are the functional form specifications of some Nobel Laureates – Tinbergen's social welfare functions, Arrow's and Solow's work on the CES production function, Friedman's, Becker's, Tobin's, and Modigliani's consumer models, and Lucas's rational expectations model.

Beginning with a simple model is referred to as following the bottom-up, or specific-to-general, approach to developing an econometric specification. Its main drawback is that testing is biased if the simple model does not nest the real-world process generating the data. But no such true model can ever be found, so this disadvantage is shared by the competing top-down, or general-to-specific, approach, albeit to a different degree. The main problem with the top-down approach is that it is not realistic to think that we can begin by estimating a general model incorporating all conceivable explanatory variables and functional forms. Because of this, applications of this method require that the researcher be able to think of the "right" general model from the start.

The top-down approach nonetheless has an attractive feature – testing is likely to be less biased. In light of this, a compromise methodology has evolved. Practitioners begin with simple models which are expanded whenever they fail. Failures are identified through misspecification tests such as evaluation of out-of-sample forecasts. Expansions are on the one hand modest in that they introduce one extra layer of complexity (a new variable, for example), but on the other hand quite general in that they cover a range of possible roles for the new element (generous lags, for example), as

degrees of freedom allow. Testing down is undertaken to create a new simple model which is subjected to misspecification tests, and this process of discovery is repeated. In this way simplicity is combined with the general-to-specific methodology, producing a compromise process which, judged by its wide application, is viewed as an acceptable rule of behavior.

### Rule 6: Use the interocular trauma test

Output from modern empirical work typically fills many pages, as researchers try a variety of functional forms and sets of explanatory variables. This rule cautions researchers to look long and hard at this plethora of results: Look at the results until the answer hits you between the eyes! Part of this rule is to check that the results make sense. Are the signs of coefficients as expected? Are important variables statistically significant? Are coefficient magnitudes reasonable? Are the implications of the results consistent with theory? Are there any anomalies? Are any obvious restrictions evident? Apply the "laugh" test – if the findings were explained to a layperson, could that person avoid laughing?

But another part of this rule is more subtle, and subjective. By looking long and hard at reams of computer output, a researcher should eventually, through both conscious and subconscious means, recognize the message they are conveying (which could be a negative message) and become comfortable with it. This subjective procedure should be viewed as separate from and complementary to formal statistical testing procedures used to investigate what is going on. Indeed, the results of such testing procedures form part of the mass of statistical output one is trying to interpret.

### Rule 7: Understand the costs and benefits of data mining

As discussed in chapter 5, there are two variants of "data mining," one classified as the greatest of the basement sins, but the other viewed as an important ingredient in data analysis. Unfortunately, these two variants usually are not mutually exclusive and so frequently conflict in the sense that to gain the benefits of the latter, one runs the risk of incurring the costs of the former.

The undesirable version of data mining occurs when one tailors one's specification to the data, resulting in a specification that is misleading because it embodies the peculiarities of the particular data at hand. Furthermore, traditional testing procedures used to "sanctify" the specification are no longer legitimate, because these data, since they have been used to generate the specification, cannot be judged impartial if used to test that specification. The alternative version of "data mining" refers to experimenting with the data to discover empirical regularities that can inform economic theory. Its greatest virtue is that it can uncover empirical regularities that point to errors/omissions in theoretical specifications.

The process by which a specification is developed, blending economic theory, common sense, and a judicious mixture of both bottom-up and top-down, clearly incorporates elements of "data mining," a terminology with strong emotive content. Data mining is inevitable; the art of the applied econometrician is to allow for data-driven theory while avoiding the considerable dangers inherent in data mining.

### Rule 8: Be prepared to compromise

In virtually every econometric analysis there is a gap, usually a vast gulf, between the problem at hand and the closest scenario to which standard econometric theory is applicable. Very seldom does one's problem even come close to satisfying the assumptions under which econometric theory delivers an optimal solution. A consequence of this is that practitioners are always forced to compromise and adopt suboptimal solutions, the characteristics of which are unknown. Leamer (1997, p. 552) lends this special emphasis when listing his choices for the three most important aspects of real data analyses: "compromise, compromise, compromise."

The issue here is that in their econometric theory courses students are taught standard solutions to standard problems, but in practice there are no standard problems, only standard solutions. Applied econometricians are continually faced with awkward compromises, and must be willing to make *ad hoc* modifications to standard solutions. Should a proxy be used? Can sample attrition be ignored? Should these unit root tests be believed? Is aggregation legitimate here?

### Rule 9: Do not confuse statistical significance with meaningful magnitude

Very large sample sizes, such as those that have become common in cross-sectional data, thanks to the computer revolution, can give rise to estimated coefficients with very small standard errors. A consequence of this is that coefficients of trivial magnitude may test significantly different from zero, creating a misleading impression of what is important. Because of this, researchers must always look at the magnitude of coefficient estimates as well as their significance.

An even more serious problem associated with significance testing is that there is a tendency to conclude that finding significant coefficients "sanctifies" a theory, with a resulting tendency for researchers to stop looking for further insights. Sanctification via significance testing should be replaced by continual searches for additional evidence, both corroborating evidence and, especially, disconfirming evidence. If your theory is correct, are there testable implications? Can you explain a range of interconnected findings? Can you find a bundle of evidence consistent with your hypothesis but inconsistent with alternative hypotheses? Can your theory "encompass" its rivals in the sense that it can explain other models' results?

### Rule 10: Report a sensitivity analysis

Econometricians base their analyses on an imaginary assumed "data-generating process" (DGP) which is viewed as having produced the data being used for estimation. More likely than not, this fictitious DGP does not correspond even closely to the way in which the data actually were generated. Because of this, it is important to check if the empirical results are sensitive to the assumptions upon which the estimation has been based. This is the purpose of a "sensitivity analysis," indicating to what extent the substantive results of the research are affected by adopting different specifications about which reasonable people might disagree. For example, are the results sensitive to the sample period, the functional form, the set of explanatory variables, or measurement of or proxies for the variables? Are robust estimation results markedly different? The context of the problem should indicate what issues are most important to

check, but in general such decisions are never easy. In this respect the problem is similar to that described earlier in rule #8 when compromising.

There exists a second dimension to sensitivity analyses. Published research papers are typically notoriously misleading accounts of how the research was actually conducted. Because of this it is very difficult for readers of research papers to judge the extent to which data mining may have unduly influenced the results. Indeed, results tainted by subjective specification decisions undertaken during the heat of econometric battle should be considered the rule rather than the exception. When reporting a sensitivity analysis, researchers should explain fully their specification search so that readers can judge for themselves how the results may have been affected. This is basically an "honesty is the best policy" approach, advocated by Leamer (1978, p. vi): "Sinners are not expected to avoid sins; they need only confess their errors openly."

These rules have given rise to the ten commandments of applied econometrics.

1. **Thou shalt use common sense and economic theory.**
   Corollary: Thou shalt not do thy econometrics as thou sayest thy prayers.
2. **Thou shalt ask the right questions.**
   Corollary: Thou shalt place relevance before mathematical elegance.
3. **Thou shalt know the context.**
   Corollary: Thou shalt not perform ignorant statistical analyses.
4. **Thou shalt inspect the data.**
   Corollary: Thou shalt place data cleanliness ahead of econometric godliness.
5. **Thou shalt not worship complexity.**
   Corollary: Thou shalt not apply asymptotic approximations in vain.
   Corollary: Thou shalt not talk Greek without knowing the English translation.
6. **Thou shalt look long and hard at thy results.**
   Corollary: Thou shalt apply the laugh test.
7. **Thou shalt beware the costs of data mining.**
   Corollary: Thou shalt not worship $R^2$.
   Corollary: Thou shalt not hunt statistical significance with a shotgun.
   Corollary: Thou shalt not worship the 5% significance level.
8. **Thou shalt be willing to compromise.**
   Corollary: Thou shalt not worship textbook prescriptions.
9. **Thou shalt not confuse significance with substance.**
   Corollary: Thou shalt not ignore power.
   Corollary: Thou shalt not test sharp hypotheses.
   Corollary: Thou shalt seek additional evidence.
10. **Thou shalt confess in the presence of sensitivity.**
    Corollary: Thou shalt anticipate criticism.

Knowing these ten commandments is not enough to guarantee quality applied work – inspecting the data requires knowing how to inspect, what to look for, and how to interpret what is found, not to mention remembering to look; the interocular trauma test seems trivial, but is hard to perform; knowing that it is necessary to compromise does not mean that a researcher knows how to compromise. Much of the skill of the applied

econometrician is judgmental and subjective, characterized in the literature as "lore" or "tacit knowledge." This "lore" can only be learned by experience and by watching the masters, too much to expect this chapter or a course in applied econometrics to accomplish.

Accordingly, the remainder of this chapter will not try to instill in readers this lore, but instead will attempt the much more modest task of alerting readers to common technical errors made by practitioners, surveying a broad range of techniques and applications of which all researchers should be aware, and discussing what for many is a major trauma – getting the wrong sign.

## 22.3   Getting the Wrong Sign

A remarkably common occurrence when doing applied work is to run an *a priori* favorite specification and discover a "wrong" sign. Rather than considering this a disaster, a researcher should consider it a blessing – this result is a friendly message that some detective work needs to be done – there is undoubtedly some shortcoming in one's theory, data, specification, or estimation procedure. If the "correct" signs had been obtained, odds are that the analysis would not be double-checked. What should be checked?

The first step is always to check economic theory. It is amazing how after the fact economists can conjure up rationales for incorrect signs. But one should never stop here. If there was good reason *a priori* to expect a different sign, there is a moral obligation to check econometric reasons for why the "wrong" sign was obtained, before changing the theory. Here is a top ten list of econometric reasons for "wrong" signs.

1. *Omitted variable* Suppose you are running a hedonic regression of automobile prices on a variety of auto characteristics such as horsepower, automatic transmission, and fuel economy, but keep discovering that the estimated sign on fuel economy is negative. *Ceteris paribus*, people should be willing to pay more, not less, for a car that has higher fuel economy, so this is a "wrong" sign. An omitted explanatory variable may be the culprit. In this case, we should look for an omitted characteristic that is likely to have a positive coefficient in the hedonic regression, but which is negatively correlated with fuel economy. Curbweight is a possibility, for example. Alternatively, we could look for an omitted characteristic which has a negative coefficient in the hedonic regression and is positively correlated with fuel economy.

   Suppose you are using a sample of females who have been asked whether they smoke, and then are resampled 20 years later. You run a probit on whether they are still alive after 20 years, using the smoking dummy as the explanatory variable, and find to your surprise that the smokers are more likely to be alive! This could happen if the nonsmokers in the sample were mostly older, and the smokers mostly younger. Adding age as an explanatory variable solves this problem.
2. *High variances* Suppose you are estimating a demand curve by regressing quantity of coffee on the price of coffee and the price of tea, using time series data, and to your surprise find that the estimated coefficient on the price of coffee is positive.