LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

(Additional Parties and Counsel on Signature Pages)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON CERTAIN STATE LAW CLAIMS**<br><br>Special Briefing Schedule Ordered<br><br>**Hearing**:<br>Date:   March 18, 2020<br>Time:   9:00 a.m.<br>Place:  Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |
| This Document Relates to: | |
| (1) Commercial Food Preparer Plaintiffs | |
| (2) End Payer Plaintiffs | |
| (3) *W. Lee Flowers & Co, Inc. v. Bumble Bee Foods, LLC, et al.*, Case No. 3:16-cv-01226-JLS-MDD | |
| (4) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:18-cv-01014-JLS-MDD | |
| (5) *Affiliated Foods, Inc., et al. v. Bumble Bee Foods LLC, et al.* (re: claims by Affiliated Foods Midwest Cooperative, Inc. only), Case No. 3:15-cv-02787-JLS-MDD | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' NOTICE OF MOT. AND MOT. FOR
PARTIAL SUMM. J. (STATE LAW CLAIMS)
3:15-md-02670-JLS-MDD

**NOTICE OF MOTION AND MOTION**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, StarKist Co., Dongwon Industries Co., Ltd., Bumble Bee Foods, LLC, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, Thai Union Group PCL, Del Monte Corporation, Lion Capital (Americas), Inc., Lion Capital LLP (specially appearing), and Big Catch Cayman LP (specially appearing) (collectively, "Defendants"), will move the Court, under Federal Rule of Civil Procedure Rule 56(a) for an Order granting partial summary judgment in their favor as to claims for relief in this action brought under certain state laws by Commercial Food Preparer Plaintiffs ("CFPs"), End Purchaser Plaintiffs ("EPPs"), Direct Action Purchaser ("DAP") W. Lee Flowers & Co., Inc. ("Flowers"), DAP Associated Wholesale Grocers, Inc. ("AWG"), and DAP Affiliated Foods Midwest Cooperative, Inc. ("AFMC").

This Motion is made on the following grounds:

1. CFPs' and EPPs' South Carolina Unfair Trade Practices Act ("SCUTPA") claims fail because SCUTPA expressly bars class action claims. *See* S.C. Code Ann. § 39-5-140(a); *Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co.*, 559 U.S. 393 (2010). Under the controlling rule of *Shady Grove*, interpreting SCUTPA to allow class action recovery violates the Rules Enabling Act. 28 U.S.C. § 2072(b).

2. CFPs' and EPPs' South Carolina unjust enrichment claims are also precluded because a claim for unjust enrichment cannot exist where a state bars indirect purchaser recovery, as this Court has previously held. *See In re Packaged Seafood Prods. Antitrust Litig. ("PSP II")*, 242 F. Supp. 3d 1033, 1088-89 (S.D. Cal. 2017).

3. CFPs' and EPPs' class claims brought pursuant to California's Cartwright Act (Cal. Bus. & Prof. Code Sections 16720-16728) fail as a matter of

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS.' NOTICE OF MOT. AND MOT. FOR
PARTIAL SUMM. J. (STATE LAW CLAIMS)
3:15-md-02670-JLS-MDD

law because they include purchasers from South Carolina, which bars class actions of the very sort advanced in this matter. This conflict offends California's choice of law principles. Under *Mazza v. America Honda Motor Company*, 666 F.3d 581 (9th Cir. 2012), the inclusion of South Carolina in the classes presents a material, fatal conflict of law.

4. Flowers's South Carolina Antitrust Act ("SCAA") claim (S.C. Code Ann. §§ 39-3-10—39-3-40) fails because the SCAA applies only to *intrastate* commerce. *See State v. Virginia-Carolina Chem. Co.*, 51 S.E. 455, 461 (S.C. 1905) (holding that South Carolina antitrust law cannot regulate imported goods). Because Defendants' operations are "primarily interstate in nature," Flowers's SCAA claim should be dismissed.

5. AFMC is not entitled to prejudgment interest. AFMC may not recover prejudgment interest under Kansas law because AFMC asserts no violation of Kansas state law, and has only asserted a claim under federal law. The Clayton Act—under which AFMC asserts its claim—precludes an award of prejudgment interest unless counsel engaged in opportunistic or dilatory behavior. *See* 15 U.S.C. § 15(a).

6. AWG is not entitled to prejudgment interest. AWG may not recover prejudgment interest under Kansas law because in Kansas, prejudgment interest is limited to liquidated claims only, which AWG's Kansas state antitrust law claim is not. *See Green Constr. Co. v. Kan. Power & Light Co.*, 1 F.3d 1005, 1010 (10th Cir. 1993); Kan. Stat. Ann. § 16-201.

The Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof; the Declaration of Keith L. Williams in Support of Defendants' Motion for Partial Summary Judgment on Certain State Law Claims (with exhibits); the Separate Statement of Undisputed Material Facts in Support of Defendants' Motion for Partial Summary Judgment on Certain State Law Claims; and all evidence in the record and the

Court's file in this action, the argument of counsel, and such other matters as the Court may consider.

Dated: September 19, 2019

LATHAM & WATKINS LLP

By: s/ Ashley M. Bauer

Alfred C. Pfeiffer
Christopher S. Yates
Belinda S Lee
Niall E. Lynch
Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: al.pfeiffer@lw.com
Email: chris.yates@lw.com
Email: belinda.lee@lw.com
Email: niall.lynch@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | |
| 3 | By: s/ Joseph J. Bial |
| | Kenneth A. Gallo |
| 4 | Joseph J. Bial |
| 5 | Craig A. Benson |
| | 2001 K Street, NW |
| 6 | Washington, DC 20006-1047 |
| 7 | Telephone:  (202) 223-7356 |
| | Facsimile:  (202) 204-7356 |
| 8 | kgallo@paulweiss.com |
| 9 | jbial@paulweiss.com |
| | cbenson@paulweiss.com |
| 10 | |
| 11 | |
| 12 | William B. Michael |
| 13 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| 14 | Telephone: 212-373-3648 |
| 15 | Facsimile:  212-492-0648 |
| | wmichael@paulweiss.com |
| 16 | |
| 17 | *Counsel for Defendant Bumble Bee Foods, LLC* |

ALLEN & OVERY LLP

By: s/ John Roberti
John Roberti
Kelse Moen
1101 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 683-3800
Facsimile: (202) 683-3999
john.roberti@allenovery.com
kelse.moen@allenovery.com

Joshua Shapiro
Brian Fitzpatrick
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
joshua.shapiro@allenovery.com
brian.fitzpatrick@allenovery.com

*Counsel for Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEFS.' NOTICE OF MOT. AND MOT. FOR
PARTIAL SUMM. J. (STATE LAW CLAIMS)
3:15-md-02670-JLS-MDD

| | |
|---|---|
| 1 | PEPPER HAMILTON LLP |
| 2 | By: s/ Barbara T. Sicalides |
| 3 | Barbara T. Sicalides |
| | Barak A. Bassman |
| 4 | Megan Morley |
| 5 | 3000 Two Logan Square |
| | Eighteenth & Arch Streets |
| 6 | Philadelphia, PA 19103-2799 |
| 7 | Telephone: 215-981-4783 |
| | Facsimile: 215-981-4750 |
| 8 | sicalidesb@pepperlaw.com |
| 9 | bassmanb@pepperlaw.com |
| 10 | morleym@pepperlaw.com |
| 11 | *Counsel for Defendant Del Monte Corporation* |
| 12 | |
| 13 | |
| 14 | SULLIVAN & CROMWELL LLP |
| 15 | By: s/ Adam S. Paris |
| | Adam S. Paris (Cal. Bar No. 190693) |
| 16 | 1888 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| 17 | Tel: (310) 712-6600 |
| | Fax: (310) 712-8800 |
| 18 | parisa@sullcrom.com |
| 19 | *Counsel for Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendants Lion Capital LLP and Big Catch Cayman LP* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DEFS.' NOTICE OF MOT. AND MOT. FOR
PARTIAL SUMM. J. (STATE LAW CLAIMS)
3:15-md-02670-JLS-MDD

**SIGNATURE ATTESTATION**

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: September 19, 2019                    By: s/ Ashley M. Bauer

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEFS.' NOTICE OF MOT. AND MOT. FOR
PARTIAL SUMM. J. (STATE LAW CLAIMS)
3:15-md-02670-JLS-MDD