1  LATHAM & WATKINS LLP
     Alfred C. Pfeiffer (CA 120965)
2    Christopher S. Yates (CA 161273)
     Belinda S Lee (CA 199635)
3    Niall E. Lynch (CA 157959)
     Ashley M. Bauer (CA 231626)
4  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
5  Telephone:  +1.415.391.0600
   Facsimile:   +1.415.395.8095
6  *Al.Pfeiffer@lw.com*
   *Chris.Yates@lw.com*
7  *Belinda.Lee@lw.com*
   *Niall.Lynch@lw.com*
8  *Ashley.Bauer@lw.com*

9  *Counsel for Defendants StarKist Co. and
   Dongwon Industries Co., Ltd.*

10

11              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
12

13 | IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| --- | --- |
14 | | MDL No. 2670 |
15 | | **DECLARATION OF KEITH L. WILLIAMS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CERTAIN STATE LAW CLAIMS** |
16 | This Document Relates to: | |
17 | (1)  Commercial Food Preparer Plaintiffs | |
18 | | |
19 | (2)  End Payer Plaintiffs | Special Briefing Schedule Ordered |
20 | (3)  *W. Lee Flowers & Co, Inc. v. Bumble Bee Foods, LLC, et al.*, Case No. 3:16-cv-01226-JLS-MDD | **Hearing**: |
21 | | Date:      March 18, 2020 |
22 | (4)  *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:18-cv-01014-JLS-MDD | Time:      9:00 a.m. |
23 | | Place:     Courtroom 4D |
   | | Judge:     Hon. Janis L. Sammartino |
24 | (5)  *Affiliated Foods, Inc., et al. v. Bumble Bee Foods LLC, et al.* (re: claims by Affiliated Foods Midwest Cooperative, Inc. only), Case No. 3:15-cv-02787-JLS-MDD | |
25 | | |
26 | | |
27 | | |

28

1    I, Keith L. Williams, hereby declare:

2    1.    I am an attorney licensed to practice law in the State of California.  I

3  am an associate at Latham & Watkins, LLP, 505 Montgomery St., Suite 2000, San

4  Francisco, CA 94111.  I have personal knowledge of the facts set forth herein and,

5  if called upon to do so, I could and would testify competently thereto.

6    2.    I am submitting this declaration in support of Defendants' Motion for

7  Partial Summary Judgment on Certain State Law Claims, solely to put documents

8  before the Court.

9    3.    Attached hereto as **Exhibit 1** is a true and correct copy of the Report

10  of Colin A. Carter, Ph.D. served in the above-referenced matter on February 18,

11  2019.

12    4.    Attached hereto as **Exhibit 2** is a true and correct copy of the

13  Addendum to February 15, 2019 Report of Colin A. Carter, Ph.D. served in the

14  above-referenced matter on March 1, 2019.

15    5.    Attached hereto as **Exhibit 3** is a true and correct copy of the

16  Declaration of Andras Mecs in Support of Defendants' Motions for Partial

17  Summary Judgment: (1) Pre-2011 Claims, (2) Private Label Claims, (3) State Law

18  Claims, executed on September 18, 2019 in Pittsburgh, Pennsylvania.

19    6.    Attached hereto as **Exhibit 4** is a true and correct copy of the

20  Declaration of Andrew Choe, executed on May 10, 2019 in Pittsburgh,

21  Pennsylvania.

22    7.    Attached hereto as **Exhibit 5** is a true and correct copy of the

23  Declaration of Daniel Hofmeister in support of Defendants' Motions for Partial

24  Summary Judgment, executed on September 19, 2019 in San Diego, California.

25    8.    Attached hereto as **Exhibit 6** is a true and correct copy of the Expert

26  Report of Randal Heeb, Ph.D. served in the above-referenced matter on May 10,

27  2019.

28

1    9.    Attached hereto as **Exhibit 7** is a true and correct copy of Tri-Union

2   Seafoods LLC's (COSI's) Narrative Responses to Plaintiffs' Rule 30(b)(6) Topics

3   2(a), 2(c)-(e), 6, 7, 8(e)-(f), 9(a)-(b), 10(b), 11, 12, and 13, dated March 20, 2018.

4    10.    Attached hereto as **Exhibit 8** is a true and correct copy of StarKist

5   Co.'s Narrative Responses to Plaintiffs' Rule 30(b)(6) Topics 2(a), 2(c)-(e), 5(e), 6,

6   7, 8(e)-(f), 9(a)-(b), 10(b), 11, 12, and 13, dated May 4, 2018.

7    I declare under penalty of perjury that the foregoing is true and correct, and

8   that this Declaration was executed this 19th day of September 2019, in San

9   Francisco, California.

10

11   LATHAM & WATKINS LLP

12

By: _____

13   Keith L. Williams

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INDEX OF EXHIBITS**

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Report of Colin A. Carter, Ph.D. served in the above-referenced matter on February 18, 2019 | 4-231 |
| 2 | Addendum to February 15, 2019 Report of Colin A. Carter, Ph.D. served in the above-referenced matter on March 1, 2019 | 232-266 |
| 3 | Declaration of Andras Mecs in Support of Defendants' Motions for Partial Summary Judgment: (1) Pre-2011 Claims, (2) Private Label Claims, (3) State Law Claims, executed on September 18, 2019 | 267-289 |
| 4 | Declaration of Andrew Choe, executed on May 10, 2019 | 290-295 |
| 5 | Declaration of Daniel Hofmeister in support of Defendants' Motions for Partial Summary Judgment, executed on September 19, 2019 | 296-303 |
| 6 | Expert Report of Randal Heeb, Ph.D. served on the above-referenced matter on May 10, 2019 | 304-411 |
| 7 | Tri-Union Seafoods LLC's (COSI's) Narrative Responses to Plaintiffs' Rule 30(b)(6) Topics 2(a), 2(c)-(e), 6, 7, 8(e)-(f), 9(a)-(b), 10(b), 11, 12, and 13, dated March 20, 2018 | 412-421 |
| 8 | Star Kist Co.'s Narrative Responses to Plaintiffs' Rule 30(b)(6) Topics 2(a), 2(c)-(e), 5(e), 6, 7, 8(e)-(f), 9(a)-(b), IO(b), 11, 12, and 13, dated May 4, 2018. | 422-445 |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

WILLIAMS DECL. IN SUPP. OF. DEFS.' MOT.
FOR PARTIAL SUMM. J. (STATE LAW CLAIMS)
3:15-md-02670-JLS-MDD