1  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
2  RACHELE R. BYRD (190634)
   byrd@whafh.com
3  MARISA C. LIVESAY (223247)
   livesay @whafh.com
4  BRITTANY N. DEJONG (258766)
5  dejong@whafh.com
   **WOLF HALDENSTEIN ADLER**
6  **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
7  San Diego, CA 92101
   Telephone: 619/239-4599
8  Facsimile: 619/234-4599

*Class Counsel for the End Payer Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>Indirect Purchaser End Payer Actions<br><br>_____ | Case No.: 15-MD-2670 JLS (MDD)<br><br>**END PAYER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: TBD<br>TIME: TBD<br>JUDGE: Hon. Janis L. Sammartino<br>COURT: 4D (4th Floor—Schwartz) |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at a date and time to be determined by the Court in Courtroom 4D of the United Stated District Court, Southern District of California, located at 221 West Broadway, San Diego, CA 92101, the End Payer Class Plaintiffs ("EPPs"), will and hereby do move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for partial summary judgment against defendants Bumble Bee Foods, LLC and StarKist Company as to liability. The EPPs' motion is made on the grounds that the undisputed evidence shows there is no triable issue as to any material fact regarding the liability of these two defendants, and that the EPPs are entitled to judgment as a matter of law.

This motion is based on this Notice of Motion and Motion, the concurrently filed EPPs' Memorandum of Points and Authorities in support hereof, Plaintiffs' Joint Statement of Undisputed Facts in Support of Rule 56 Motions and all exhibits thereto, relevant portions of Plaintiffs' Motion to Exclude Certain Testimony of Defendants' Proposed Experts (ECF No. 1970), as well as any additional evidence submitted at or before the hearing on this motion, the complete file in this action, and such other evidence and argument as the Court may properly consider.[1]

DATED: September 19, 2019  **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: _s/ Betsy C. Manifold_
BETSY C. MANIFOLD

---

[1] EPPs hereby represent to the Court that the total number of pages in EPPs' Memorandum of Points and Authorities in support of Motion for Partial Summary Judgment and EPPs' share of the consolidated briefing in support of Plaintiffs' Motion to Exclude Certain Testimony of Defendants' Proposed Experts as set forth in the chart therein (ECF No. 1970), remains within the 25-page limit set by Civ. L.R. 7.1(h) and in accordance with the parties' stipulation as entered by the Court on September 12, 2019 (ECF No. 1959).

-1-

No. 15-MD-2670 JLS (MDD)

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG

750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
FRED TAYLOR ISQUITH
THOMAS H. BURT
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653
isquith@whafh.com
burt@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
CARL MALMSTROM
111 West Jackson, Suite 1700
Chicago, IL 60604
Telephone: 312/984-0000
Facsimile: 312/212-4401
malmstrom@whafh.com

*Class Counsel for the Indirect Purchaser End Payer Plaintiffs*

TUNA:25872

-2-

No. 15-MD-2670 JLS (MDD)