Kenneth A. Gallo (NY 4484457)
Craig A. Benson (DC 473285)
Joseph J. Bial (NY 4151528)
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone: 202-223-7356
Facsimile:  202-204-7356
Email:  kgallo@paulweiss.com
Email: cbenson@paulweiss.com
Email: jbial@paulweiss.com

William B. Michael (NY 4296356)
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile:  212-492-0648
Email:  wmichael@paulweiss.com

*Attorneys for Defendant Bumble Bee Foods, LLC*

(Additional Counsel on Signature Pages)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>(1)    End Payer Plaintiffs<br><br>(2)    Commercial Food Preparer Plaintiffs<br><br>(3)    *Affiliated Foods, Inc. v. Tri-Union Seafoods LLC, et al.*, 3:15-cv-02787-JLS-MDD<br><br>(4)    *Associated Food Stores, Inc. v. Tri-Union Seafoods, LLC, et al.*, 3:15-cv-04667 | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' GEAR-TYPE CLAIMS**<br><br>Special Briefing Schedule Ordered<br><br>Date:     March 18, 2020<br>Time:     9:00 a.m.<br>Place:    Courtroom 4D<br>Judge:   Hon. Janis L. Sammartino |

(5)     *Associated Grocers of New England, Inc., et al v. Tri-Union Seafoods, LLC et al.*, 3:15-cv-04187

(6)     *Associated Grocers, Inc. v. Tri-Union Seafoods, LLC et al.*, 3:15-cv-05371

(7)     *Bashas' Inc., et al. v. Tri-Union Seafoods, LLC, et al.*, 3:17-cv-02487

(8)     *Fareway Stores Inc. et al v. Tri-Union Seafoods, LLC et al.*, 3:16-cv-02765

(9)     *Giant Eagle, Inc. v. Tri-Union Seafoods, LLC, et al.*, 3:16-cv-00046

(10)    *McLane Company, Inc. et al v. Tri-Union Seafoods, LLC et al.*, 3:16-cv-00047

(11)    *Western Family Foods, Inc. v. Tri-Union Seafoods, LLC et al.*, 3:16-cv-00025

(12)    *Winn-Dixie Stores, Inc. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00017-JLS-MDD

(13)    *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, 3:18-cv-01014-JLS-MDD

(14)    *CVS Pharmacy, Inc. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-02145-JLS-MDD

(15)    *SpartanNash Company v. Tri-Union Seafoods, LLC, et al.*, 3:18-cv-02366-JLS-MDD

(16)    *Kroger Co., et al. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-

1      00051-JLS-MDD

2

3     (17)   *Wegmans Food Markets, Inc. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00264-JLS-MDD

4

5     (18)   *Publix Super Markets, Inc. et al. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00247-JLS-MDD

6

7     (19)   *SuperValu Inc., et al. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-0951-JLS-MDD

8

9

10     (20)   *Krasdale Foods, Inc. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-1748-JLS-MDD

11

12     (21)   *Meijer, Inc. and Meijer Distribution, Inc. v. Bumble Bee Foods, et al.*, 13:6-cv-0398-JLS-MDD

13

14

15     (22)   *Super Store Industries v. Bumble Bee Foods LLC et al.*, 3:17-cv-0950-JLS-MDD

16

17     (23)   *Moran Foods, LLC v. Bumble Bee Foods LLC, et al.*, 3:17-cv-1745-JLS-MDD

18

19     (24)   *Dollar General Corporation, et al. v. Bumble Bee Foods LLC et al.*, 3:17-cv-1744-JLS-MDD

20

21     (25)   *W. Lee Flowers & Co., Inc. v. Bumble Bee Foods, LLC; et al*, 3:16-cv-01226 (JLS)

22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2019 at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendants StarKist Co. ("StarKist"), Dongwon Industries Co., Ltd., Bumble Bee Foods, LLC ("Bumble Bee"), Thai Union Group PCL, and Tri-Union Seafoods, LLC d/b/a Chicken of the Sea International ("COSI") (collectively, "Defendants") will and hereby do move the Court, pursuant to Federal Rules of Civil Procedure 56, for an order granting partial summary judgment in Defendants' favor on the question of whether Defendants violated the antitrust laws in deciding not to market branded products referring to gear type.  This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Statement of Undisputed Facts, the Declaration of Craig A. Benson (with exhibits), all evidence in the record and the Court's file in this action, the argument of counsel, and such other materials as the Court may consider.

Dated:  September 19, 2019

By:    /s/ Kenneth A. Gallo

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
Kenneth A. Gallo (NY 4484457)
Craig A. Benson (DC 473285)
Joseph J. Bial (NY 4151528)
2001 K Street, NW
Washington, DC  20006-1047
Telephone: 202-223-7356
Facsimile:  202-204-7356
Email:  kgallo@paulweiss.com
Email: cbenson@paulweiss.com
Email: jbial@paulweiss.com

William B. Michael (NY 4296356)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3648
Facsimile:  212-492-0648
Email:  wmichael@paulweiss.com

*Counsel for Defendant Bumble Bee Foods,
LLC*

Dated: September 19, 2019

By:   /s/ Christopher S. Yates

**LATHAM & WATKINS LLP**
Alfred C. Pfeiffer (Cal. Bar No. 120965)
Christopher S. Yates (Cal. Bar No. 161273)
Belinda S. Lee (Cal. Bar No. 199635)
Niall E. Lynch (Cal Bar No. 157959)
Ashley M. Bauer (Cal. Bar No. 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and
Dongwon Industries Co., Ltd.*

2

Dated:  September 19, 2019

By:   /s/   John Roberti

**ALLEN & OVERY LLP**
John Roberti (DC 495718)
Kelse Moen (DC 1035164)
1101 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 683-3800
Facsimile: (202) 683-3999
john.roberti@allenovery.com
kelse.moen@allenovery.com

Brian Fitzpatrick (NY 4853040)
Joshua L. Shapiro (NY 4499695)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 610-6300
Facsimile:  (212) 610-6399
brian.fitpatrick@allenovery.com
joshua.shapiro@allenovery.com

*Counsel for Defendant Tri-Union Seafoods*
*LLC d/b/a Chicken of the Sea International*
*and Thai Union Group PLC*

## <u>SIGNATURE ATTESTATION</u>

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated:  September 19, 2019

By:   /s/  Kenneth A. Gallo
Kenneth A. Gallo

*Counsel for Defendant Bumble Bee Foods, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I electronically filed the foregoing Defendants' Notice of Motion and Motion for Partial Summary Judgment with the Clerk of Court for the United States District Court, Southern District of California by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

Dated:  September 19, 2019

By:   /s/  Kenneth A. Gallo
Kenneth A. Gallo

*Counsel for Defendant Bumble Bee Foods, LLC*