ALLEN & OVERY LLP
John Roberti
Kelse Moen
1101 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 683-3800
Facsimile: (202) 683-3999
john.roberti@allenovery.com
kelse.moen@allenovery.com

*Counsel for Defendant Thai Union Group*
(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>1. Direct Purchaser Plaintiff Track<br>2. *Winn-Dixie Stores, Inc., et al. v. Bumble Bee Foods, LLC, et al.*, 3:16-cv-00017-JLS-MDD<br>3. *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, 3:18-cv-0104-JLS-MDD | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br><br>**DEFENDANT THAI UNION GROUP PCL'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing**:<br>Date:  February 12, 2020<br>Time:  9:00 a.m.<br>Court: Room 4D<br>Judge: Hon. Janis L. Sammartino |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 12, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4D of the United States District Court for the Southern District of California, Defendant Thai Union Group PCL will and hereby does move this Court for an Order granting its motion for summary judgment.

Thus Motion is based on this Notice of Motion, Memorandum of Points and Authorities, Statement of Undisputed Material Fact, and all Exhibits and Declarations accompanying the same.

Dated: September 19, 2019

ALLEN & OVERY LLP

By: s/ John Roberti
John Roberti
Kelse Moen
1101 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 683-3800
Facsimile: (202) 683-3999
john.roberti@allenovery.com
kelse.moen@allenovery.com

Joshua Shapiro
Brian Fitzpatrick
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
joshua.shapiro@allenovery.com
brian.fitzpatrick@allenovery.com

*Counsel for Defendant Thai Union Group PCL*