LATHAM & WATKINS LLP
    Alfred C. Pfeiffer (CA 120965)
    Christopher S. Yates (CA 161273)
    Belinda S Lee (CA 199635)
    Niall E. Lynch (CA 157959)
    Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415-391-0600
Facsimile:  415-395-8095
*al.pfeiffer@lw.com*
*chris.yates@lw.com*
*belinda.lee@lw.com*
*niall.lynch@lw.com*
*ashley.bauer@lw.com*

*Counsel for Defendant StarKist Co.*

(Additional Party and Counsel on
Signature Pages)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| | MDL No. 2670 |
| This Document Relates To: | **STARKIST CO. AND BUMBLE BEE FOODS, LLC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS (CLASS PLAINTIFFS)** |
| (1)  Indirect Purchaser End Payer Plaintiffs | |
| (2)  Commercial Food Preparer Plaintiffs | Special Briefing Schedule Ordered |
| (3)  Direct Purchaser Plaintiffs | **Hearing**: |
| | Date:    March 18, 2020 |
| | Time:    9:00 a.m. |
| | Place:    Courtroom 4D |
| | Judge:   Hon. Janis L. Sammartino |

## NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, StarKist Co. and Bumble Bee Foods, LLC (together "Defendants") will and hereby do move the Court, under Federal Rule of Civil Procedure Rule 56(a) for an Order granting partial summary judgment in their favor as to Direct Purchaser Plaintiffs ("DPPs"), Indirect Purchaser End-Payer Plaintiffs ("EPPs"), and Commercial Food Preparer Plaintiffs' ("CFPs," collectively "Class Plaintiffs") time-barred claims for relief in this action.

This Motion is made on the following grounds:

1.      Absent some exception to the relevant statutes of limitations, Class Plaintiffs' claims are facially time-barred.  Because DPPs filed their earliest putative class complaint on August 3, 2015, DPPs' federal antitrust claims for purchases made from June 1, 2011 to August 3, 2011 are time-barred by the Clayton Act's four-year statute of limitations.  15 U.S.C. § 15b.  Because CFPs and EPPs filed their earliest putative class complaints on August 24, 2015, CFPs' and EPPs' state-law antitrust and consumer protection claims for purchases made from June 1, 2011 to August 24, 2014 are time-barred for causes of action with a *one-year* statute of limitations; claims for purchases made from June 1, 2011 to August 24, 2013 are time-barred for causes of action with a *two-year* statute of limitations; claims for purchases made from June 1, 2011 to August 24, 2012 are time-barred for causes of action with a *three-year* statute of limitations; and claims for purchases made from June 1, 2011 to August 24, 2011 are time-barred for causes of action with a *four-year* statute of limitations.

2.      Class Plaintiffs cannot raise a genuine issue of material fact regarding fraudulent concealment.  The fraudulent concealment doctrine only applies when the "defendant fraudulently concealed the existence of a cause of action in such a way that the plaintiff, acting as a reasonable person, did not know of its existence."

1  *Hexcel Corp. v. Ineos Polymers, Inc.*, 681 F.3d 1055, 1060 (9th Cir. 2012) (citing

2  *Hennegan v. Pacifico Creative Serv., Inc.*, 787 F.2d 1299, 1302 (9th Cir. 1986)).

3  Class Plaintiffs had knowledge of their potential claims as early as July 2008.

4  DPPs cannot show that they conducted reasonably diligent investigation into the

5  facts underlying their claims.  *Id.*  CFPs and EPPs cannot show that their "failure to

6  have notice . . . was the result of affirmative conduct *by the defendant*."  *Thorman*

7  *v. Am. Seafoods Co.*, 421 F.3d 1090, 1095 (9th Cir. 2005).  Accordingly, Class

8  Plaintiffs cannot establish a genuine issue of material fact as to an essential

9  element of their claims.  *See City of Vernon v. Southern Cal. Edison*, 955 F.2d

10  1365 (9th Cir. 1992).

11      This Motion is based on this Notice of Motion, the accompanying

12  Memorandum of Points and Authorities in support thereof, the Separate Statement

13  of Undisputed Material Facts in support thereof, the Declaration of Elizabeth C.

14  Gettinger (and exhibits), all evidence in the record and the Court's file in this

15  action, the argument of counsel, and such other matters as the Court may consider.

16

17  Dated: September 19, 2019              LATHAM & WATKINS LLP

18                                        By: s/ Ashley M. Bauer

19

20                                        Alfred C. Pfeiffer
                                          Christopher S. Yates
21                                        Belinda S Lee
                                          Niall E. Lynch
22                                        Ashley M. Bauer
23                                        LATHAM & WATKINS LLP
                                          505 Montgomery Street
24                                        Suite 2000
25                                        San Francisco, CA 94111
                                          Telephone: 415-391-0600
26                                        Facsimile: 415-395-8095
27                                        Email: al.pfeiffer@lw.com
                                          Email: chris.yates@lw.com
28                                        Email: belinda.lee@lw.com

1    Email: niall.lynch@lw.com
2    Email: ashley.bauer@lw.com

3    *Counsel for Defendant StarKist Co.*

4    By: s/ Kenneth A. Gallo
5    _____

6    PAUL, WEISS, RIFKIND, WHARTON
     & GARRISON LLP
7    Kenneth A. Gallo (NY 4484457)
8    Craig A. Benson (DC 473285)
     Joseph J. Bial (NY 4151528)
9    2001 K Street, NW
10   Washington, DC  20006-1047
     Telephone: 202-223-7356
11   Facsimile:  202-204-7356
12   Email:  kgallo@paulweiss.com
     Email: cbenson@paulweiss.com
13   Email: jbial@paulweiss.com

14
15   William B. Michael (NY 4296356)
     1285 Avenue of the Americas
16   New York, NY 10019-6064
     Telephone: 212-373-3648
17   Facsimile:  212-492-0648
18   Email:  wmichael@paulweiss.com

19   *Counsel for Defendant Bumble Bee*
20   *Foods, LLC*

21

22

23

24

25

26

27

28

1  **<u>SIGNATURE ATTESTATION</u>**

2         Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I

3  hereby certify that authorization for filing this document has been obtained from

4  each of the other signatories shown above, and that all signatories have authorized

5  placement of their electronic signature on this document.

6

7  Dated: September 19, 2019             By: <u>s/ Ashley M. Bauer</u>

8

9                                        *Counsel for Defendants StarKist Co.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SEP. STATEMENT OF FACTS IN SUPP. OF DEFS.'
PARTIAL MOT. FOR SUMM. J. (SOL) (CLASS)
3:15-md-02670-JLS-MDD