LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendant StarKist Co.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DECLARATION OF ELIZABETH C. GETTINGER IN SUPPORT OF STARKIST CO. & BUMBLE BEE FOODS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS (CLASS PLAINTIFFS)**<br><br>Special Briefing Schedule Ordered<br><br>**Hearing**:<br>Date:   March 18, 2020<br>Time:   9:00 a.m.<br>Place:   Courtroom 4D<br>Judge:   Hon. Janis L. Sammartino |
| This Document Relates To:<br><br>(1) Indirect Purchaser End Payer Plaintiffs<br><br>(2) Commercial Food Preparer Plaintiffs<br><br>(3) Direct Purchaser Plaintiffs | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF DEFS.' MOT. FOR PARTIAL
SUMM. J. (SOL) (CLASS)
3:15-md-2670-JLS-MDD

I, Elizabeth C. Gettinger, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted before this Court. I am an associate at Latham & Watkins, LLP, 505 Montgomery St., Suite 2000, San Francisco, CA 94111. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

2. I am submitting this declaration in support of StarKist Co. and Bumble Bee Foods, LLC's Motion for Partial Summary Judgment on Statute of Limitations Grounds (Class Plaintiffs), solely to put documents before the Court. As set forth below, copies of the transcripts cited in the motion are attached to this declaration.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Videotaped Deposition of Andrew Gorman, dated January 12, 2018.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Deposition of Gay Birnbaum, dated May 2, 2018.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Videotaped Deposition of Kim Craig, dated September 19, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2019, in San Francisco, California.

LATHAM & WATKINS LLP

By: *[signature]*
Elizabeth C. Gettinger

# INDEX OF EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Excerpts from the deposition transcript of Andrew Gorman, dated January 12, 2018 | 3-8 |
| 2 | Excerpts from the deposition transcript of Gary Birnbaum, dated May 2, 2018 | 9-13 |
| 3 | Excerpts from the deposition transcript of Kim Craig, dated September 19, 2018 | 14-17 |