LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  415-391-0600
Facsimile:  415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
niall.lynch@lw.com
ashley.bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

(Additional Parties and Counsel on Signature Pages)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' PRIVATE LABEL CLAIMS**<br><br>Special Briefing Schedule Ordered<br><br><u>**Hearing**</u>:<br>Date:     March 18, 2020<br>Time:     9:00 a.m.<br>Place:    Courtroom 4D<br>Judge:   Hon. Janis L. Sammartino |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' NOTICE OF MOT. AND MOT. FOR PARTIAL
SUMM. J. (PRIVATE LABEL CLAIMS)
3:15-md-02670-JLS-MDD

## NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2020 at 9:00 a.m. or as soon thereafter as the matter may be heard, StarKist Co., Dongwon Industries Co., Ltd., Bumble Bee Foods, LLC, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, and Del Monte Corporation (together, "Defendants") will move the Court, under Federal Rule of Civil Procedure Rule 56(a) for an Order granting partial summary judgment in their favor as to claims for relief in this action that seek damages for purchases of Private Label packaged tuna products.

This Motion is made on the following grounds:

1. There is no evidence—direct or circumstantial—that Defendants colluded on Private Label. Without such evidence, Plaintiffs cannot show, as they are required to prove a violation under Section 1 of the Sherman Act, that an unlawful agreement exists. *In re Citric Acid Litig.*, 191 F.3d 1090, 1093 (9th Cir. 1999) (citing *Monsanto Co. v. Spray–Rite Serv. Corp.*, 465 U.S. 752, 763 (1984)).

2. Plaintiffs do not put forth any evidence suggesting that collusion in 2011-2013 on Defendant's branded tuna products caused an increase in Private Label prices, and therefore do not have constitutional standing to assert claims for Private Label because they fail to demonstrate that any purported injury was "fairly traceable" the challenged conduct. *Hollingsworth v. Perry*, 570 U.S. 693, 704 (2013) (citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992)).

3. Plaintiffs do not have prudential antitrust standing to assert claims for Private Label because there is no evidence that Private Label was part of a conspiracy. Under the antitrust standing test articulated in *Associated General Contractors of California, Inc. v. California State Council of Carpenters* ("*AGC*") 459 U.S. 519, 535 (1983), Plaintiffs fail to meet the antitrust injury, remoteness, and speculative harm requirements of *AGC*. *See Am. Ad Mgmt, Inc. v. Gen. Tel. Co. of Cal.*, 190 F.3d 1051, 1054-55 (9th Cir. 1999) (citing *AGC*, 459 U.S. at 535).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS.' NOTICE OF MOT. AND MOT. FOR PARTIAL
SUMM. J. (PRIVATE LABEL CLAIMS)
3:15-md-02670-JLS-MDD

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Belinda S Lee in Support of Defendants' Motion for Partial Summary Judgment on Plaintiffs' Private Label claims (with exhibits), Defendants' Separate Statement of Undisputed Material Facts in Support of Defendants' Motion for Partial Summary Judgment on Plaintiffs' Private Label Claims, all evidence in the record and the Court's file in this action, the argument of counsel, and such other matters as the Court may consider.

Dated: September 19, 2019

LATHAM & WATKINS LLP

By: s/ Christopher S. Yates
Alfred C. Pfeiffer
Christopher S. Yates
Belinda S Lee
Niall E. Lynch
Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: al.pfeiffer@lw.com
Email: chris.yates@lw.com
Email: belinda.lee@lw.com
Email: niall.lynch@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, |
| 2 | WHARTON & GARRISON LLP |
| 3 | By: s/ Joseph J. Bial |
|   | Kenneth A. Gallo |
| 4 | Joseph J. Bial |
| 5 | Craig A. Benson |
|   | 2001 K Street, NW |
| 6 | Washington, DC 20006-1047 |
| 7 | Telephone:  (202) 223-7356 |
|   | Facsimile:  (202) 204-7356 |
| 8 | kgallo@paulweiss.com |
| 9 | jbial@paulweiss.com |
|   | cbenson@paulweiss.com |
| 10 | |
| 11 | William B. Michael |
|   | 1285 Avenue of the Americas |
| 12 | New York, NY 10019-6064 |
| 13 | Telephone: 212-373-3648 |
|   | Facsimile:  212-492-0648 |
| 14 | wmichael@paulweiss.com |
| 15 | |
|   | *Counsel for Defendant Bumble Bee* |
| 16 | *Foods, LLC* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEFS.' NOTICE OF MOT. AND MOT. FOR PARTIAL
SUMM. J. (PRIVATE LABEL CLAIMS)
3:15-md-02670-JLS-MDD

| | |
|---|---|
| 1 | ALLEN & OVERY LLP |
| 2 | |
| | By: s/ John Roberti |
| 3 | John Roberti |
| | Kelse Moen |
| 4 | 1101 New York Avenue N.W. |
| 5 | Washington, D.C. 20005 |
| | Telephone: (202) 683-3800 |
| 6 | Facsimile: (202) 683-3999 |
| 7 | john.roberti@allenovery.com |
| | kelse.moen@allenovery.com |
| 8 | |
| 9 | Joshua Shapiro |
| | Brian Fitzpatrick |
| 10 | 1221 Avenue of the Americas |
| 11 | New York, NY 10020 |
| | Telephone: (212) 610-6300 |
| 12 | Facsimile: (212) 610-6399 |
| 13 | joshua.shapiro@allenovery.com |
| | brian.fitzpatrick@allenovery.com |
| 14 | |
| 15 | *Counsel for Defendants Tri-Union* |
| | *Seafoods LLC d/b/a Chicken of the Sea* |
| 16 | *International* |
| 17 | |
| | PEPPER HAMILTON LLP |
| 18 | |
| 19 | By: s/ Barbara T. Sicalides |
| | Barbara T. Sicalides |
| 20 | Barak A. Bassman |
| 21 | Megan Morley |
| | 3000 Two Logan Square |
| 22 | Eighteenth & Arch Streets |
| 23 | Philadelphia, PA 19103-2799 |
| | Telephone:  215-981-4783 |
| 24 | Facsimile:  215-981-4750 |
| 25 | sicalidesb@pepperlaw.com |
| | bassmanb@pepperlaw.com |
| 26 | morleym@pepperlaw.com |
| 27 | |
| 28 | *Counsel for Defendant Del Monte Corporation* |

**SIGNATURE ATTESTATION**

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: September 19, 2019                     By: s/ Christopher S. Yates

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*