**LATHAM & WATKINS LLP**
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*Al.Pfeiffer@lw.com*
*Chris.Yates@lw.com*
*Belinda.Lee@lw.com*
*Niall.Lynch@lw.com*
*Ashley.Bauer@lw.com*

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

(Additional Counsel on Signature Pages)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**DECLARATION OF BELINDA S LEE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' PRIVATE LABEL CLAIMS**<br><br>**[UNDER SEAL]**<br><br>Special Briefing Schedule Ordered<br><br>**Hearing**:<br>Date:   March 18, 2020<br>Time:   9:00 a.m.<br>Place:  Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |

I, Belinda S Lee, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted before this Court. I am a partner at Latham & Watkins LLP, counsel of record for Defendants StarKist Co. and Dongwon Industries Co., Ltd. in the above-captioned action. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. I make this declaration in support of Defendants' Motion for Partial Summary Judgment on Plaintiffs' Private Label Claims. As set forth below, copies of the documents, exhibits, and transcripts cited in the motions are attached to this declaration.

3. Attached as **Exhibit 1** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Donald M. Gallagher, taken on April 19, 2018.

4. Attached as **Exhibit 2** is a true and correct copy of the Declaration of Dr. Andres V. Lerner, dated September 9, 2019 and attaching the Expert Report of Dr. Andres V. Lerner, dated May 10, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of the Expert Report of Russell W. Mangum III, Ph.D, dated February 15, 2019, marked as Exhibit 1315 at the deposition of Russell Mangum, taken on March 22, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the Class Cert Hearing, taken on January 14, 2019.

7. Attached as **Exhibit 5** is a true and correct copy of the Expert Report of David Sunding, dated May 29, 2018, marked as Exhibit 240 at the deposition of David Sunding, taken on September 7, 2018.

8. Attached as **Exhibit 6** is a true and correct copy of the Report of Colin A. Carter, dated February 18, 2019, marked as Exhibit 1322 at the deposition of Colin Carter, taken on April 2, 2019.

9. Attached as **Exhibit 7** is a true and correct copy of Defendant StarKist Co.'s Second Supplemental Objections & Responses to Plaintiffs' First Set of Interrogatories, Nos. 1 , 4, 6-8, and 10, dated September 29, 2017, marked as Exhibit 1736 at the deposition of Nam Jung Kim, taken on January 30, 2019.

10. Attached as **Exhibit 8** is a true and correct copy of the Expert Report of Dennis W. Carlton, dated May 10, 2019, marked as Exhibit 2067 at the deposition of Dennis Carlton, taken on June 4, 2019.

11. Attached as **Exhibit 9** is a true and correct copy of the Expert Report of Randal Heeb, PhD, dated May 10, 2019.

12. Attached as **Exhibit 10** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000827997.

13. Attached as **Exhibit 11** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000810060.

14. Attached as **Exhibit 12** is a true and correct copy of a document marked as Exhibit 1445 at the deposition of John Sawyer, taken on December 4, 2018 produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000059510.

15. Attached as **Exhibit 13** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC001243094.

16. Attached as **Exhibit 14** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000154970.

17. Attached as **Exhibit 15** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000154975.

| | |
|---|---|
| 1 | 18.     Attached as **Exhibit 16** is a true and correct copy of a document |
| 2 | produced in the above-captioned matter bearing the beginning bates number |
| 3 | SKC000447307. |
| 4 | 19.     Attached as **Exhibit 17** is a true and correct copy of a document |
| 5 | produced in the above-captioned matter bearing the beginning bates number |
| 6 | BB_Civil_000862993. |
| 7 | 20.     Attached as **Exhibit 18** is a true and correct copy of a document |
| 8 | produced in the above-captioned matter bearing the beginning bates number COSI- |
| 9 | CIV-000158162. |
| 10 | 21.     Attached as **Exhibit 19** is a true and correct copy of a document |
| 11 | produced in the above-captioned matter bearing the beginning bates number COSI- |
| 12 | CIV-000165160. |
| 13 | 22.     Attached as **Exhibit 20** is a true and correct copy of a document |
| 14 | produced in the above-captioned matter bearing the beginning bates number |
| 15 | SKC000760375. |
| 16 | 23.     Attached as **Exhibit 21** is a true and correct copy of a document |
| 17 | produced in the above-captioned matter bearing the beginning bates number |
| 18 | BB_Civil_001049305. |
| 19 | 24.     Attached as **Exhibit 22** is a true and correct copy of a document |
| 20 | produced in the above-captioned matter bearing the beginning bates number COSI- |
| 21 | CIV-000296661. |
| 22 | 25.     Attached as **Exhibit 23** is a true and correct copy of a document |
| 23 | produced in the above-captioned matter bearing the beginning bates number |
| 24 | BB_Civil_000871967. |
| 25 | 26.     Attached as **Exhibit 24** is a true and correct copy of a document |
| 26 | produced in the above-captioned matter bearing the beginning bates number |
| 27 | SKC000834753. |
| 28 | |

27. Attached as **Exhibit 25** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000355225.

28. Attached as **Exhibit 26** is a true and correct copy of StarKist Co.'s Third Supplemental Objections & Responses to Plaintiffs' Second Set of Interrogatories, No. 1, dated January 30, 2019.

29. Attached as **Exhibit 27** is a true and correct copy of Bumble Bee's Corrected Fifth Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories, dated May 18, 2018, marked as Exhibit 500 at the deposition of Kenneth Worsham, taken on May 21, 2018.

30. Attached as **Exhibit 28** is a true and correct copy of Chicken of the Sea's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, No. 1, marked as Exhibit 23 at the deposition of Pamela Cervenka, taken on November 1, 2018.

31. Attached as **Exhibit 29** is a true and correct copy of Direct Purchaser Plaintiffs' Fourth Consolidated Direct Purchaser class Complaint (sealed), dated October 5, 2018.

32. Attached as **Exhibit 30** is a true and correct copy of Commercial Food Preparer Plaintiffs' Fourth Amended Complaint (sealed), dated October 5, 2018.

33. Attached as **Exhibit 31** is a true and correct copy of the Sixth Amended Consolidated Class Action Complaint of End Payer Plaintiffs' (sealed), dated October 5, 2018.

34. Attached as **Exhibit 32** is a true and correct copy of Associated Wholesale Grocers, Inc.'s Second Amended Complaint (sealed), dated October 5, 2018.

35. Attached as **Exhibit 33** is a true and correct copy of Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC's Fifth Amended Complaint (sealed), dated October 5, 2018.

36. Attached as **Exhibit 34** is a true and correct copy of W. Lee Flowers & Co., Inc. Third Amended Complaint (seal), dated October 5, 2018, marked as Exhibit 637 at the deposition of James Johnson, taken on December 7, 2018.

37. Attached as **Exhibit 35** is a true and correct copy of Direct Purchaser Plaintiffs' Supplemental Omnibus Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019.

38. Attached as **Exhibit 36** is a true and correct copy of Commercial Food Preparer Plaintiffs' Supplemental Omnibus Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019.

39. Attached as **Exhibit 37** is a true and correct copy of End Payer Plaintiffs' Supplemental Omnibus Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019.

40. Attached as **Exhibit 38** is a true and correct copy of Associated Wholesale Grocers, Inc.'s Plaintiffs' Supplemental Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019.

41. Attached as **Exhibit 39** is a true and correct copy of Winn-Dixie Plaintiffs' Amended Supplemental Responses and Objections to Defendants' First Set of Contention Interrogatories, dated July 12, 2019.

42. Attached as **Exhibit 40** is a true and correct copy of W. Lee Flowers & Co., Inc.'s Second Supplemental Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019.

43. Attached as **Exhibit 41** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Laura Childs, taken on March 21, 2018.

44. Attached as **Exhibit 42** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Barbara Olson, taken on April 18, 2018.

45. Attached as **Exhibit 43** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Timothy Tackett, taken on November 16, 2018.

46. Attached as **Exhibit 44** is a true and correct copy of Bumble Bee's Narrative 30(b)(6) Responses, dated February 28, 2018.

47. Attached as **Exhibit 45** is a true and correct copy of deposition excerpts from the Videotaped Deposition of Russell Boyle, taken on November 9, 2018.

48. Attached as **Exhibit 46** is a true and correct copy of deposition excerpts from the Videotaped deposition of David L. Burt, taken on May 11, 2018.

49. Attached as **Exhibit 47** is a true and correct copy of the COSI's Narrative Responses to Plaintiffs' 30(b)(6) Topics, dated March 20, 2018.

50. Attached as **Exhibit 48** is a true and correct copy of StarKist Co.'s Narrative 30(b)(6) Responses, dated May 4, 2018.

51. Attached as **Exhibit 49** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Melissa L. Hopper, taken on December 13, 2018.

52. Attached as **Exhibit 50** is a true and correct copy of deposition excerpts from the Videotaped Deposition of Monica Amiri, taken on December 21, 2018.

53. Attached as **Exhibit 51** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Isaac Wiese, taken on December 11, 2018.

54. Attached as **Exhibit 52** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Russell Vincent Thompson, Jr., taken on February 13, 2019.

6

LEE DECL. IN SUPP. OF DEFS.' MOT. FOR
PARTIAL SUMM. J. (PRIVATE LABEL CLAIMS)
3:15-md-02670-JLS-MDD

55. Attached as **Exhibit 53** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Brian Hartshorn, taken on January 24, 2019.

56. Attached as **Exhibit 54** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Charlie Rotta, taken on November 27, 2018.

57. Attached as **Exhibit 55** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Daniel Gelhaye, taken on February 12, 2019.

58. Attached as **Exhibit 56** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000355865.

59. Attached as **Exhibit 57** is a true and correct copy of Corrected Mangum Declaration in Support of Direct Purchaser Plaintiffs' Motion for Class Certification with Errata dated May 29, 2018, marked as Exhibit 249 at the deposition of Russell Mangum, taken on September 11, 2018.

60. Attached as **Exhibit 58** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of David Sunding, taken on September 7, 2018.

61. Attached as **Exhibit 59** is a true and correct copy of the Expert Merit Report of David Sunding, dated February 15, 2019, marked as Exhibit 1333 at the deposition of David Sunding, taken on April 12, 2019.

62. Attached as **Exhibit 60** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Mark Harvey, taken on February 7, 2019.

63. Attached as **Exhibit 61** is a true and correct copy of deposition excerpts from the Videotaped Deposition of Michelle Castinado, taken on January 18, 2019.

64. Attached as **Exhibit 62** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Steven Salerno, taken on January 16, 2019.

65. Attached as **Exhibit 63** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Lynda Echelberger, taken on January 4, 2019.

66. Attached as **Exhibit 64** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Summer Monnett, taken on November 14, 2018.

67. Attached as **Exhibit 65** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Nathan Laver, taken on January 31, 2019.

68. Attached as **Exhibit 66** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of James Johnson, taken on December 7, 2018.

69. Attached as **Exhibit 67** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Andras Mecs, taken on January 31, 2019.

70. Attached as **Exhibit 68** is a true and correct copy of the Declaration of John Terzaken, Esq., executed on September 18, 2019 in Washington, D.C.

71. Attached as **Exhibit 69** is a true and correct copy of Corrected Expert Report of Gareth Macartney, dated April 9, 2019, marked as Exhibit 1344 at the deposition of Gareth Macartney, taken on April 16, 2019.

72. Attached as **Exhibit 70** is a true and correct copy of the Expert Merits Report of Michael A. Williams, Ph.D., dated February 15, 2019, marked as Exhibit 1328 at the deposition of Michael Williams, taken on April 11, 2019.

73. Attached as **Exhibit 71** is a true and correct copy of the Rebuttal Expert Report of Gareth Macartney, Ph.D., dated July 2, 2019.

74. Attached as **Exhibit 72** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Michael Williams, Ph.D., taken on April 11, 2019.

75. Attached as **Exhibit 73** is a true and correct copy of deposition excerpts from the Videotaped Deposition transcript of Russell W. Mangum, III, Ph.D., taken on August 5, 2019.

76. Attached as **Exhibit 74** is a true and correct copy of the Amended Expert Reply Report of Russell W. Mangum III, Ph.D., dated August 1, 2019.

77. Attached as **Exhibit 75** is a true and correct copy of deposition excerpts from the Videotaped Deposition of Colin Carter, Ph.D., taken on April 2, 2019.

78. Attached as **Exhibit 76** is a true and correct copy of the Expert Report of Michael R. Baye, dated February 15, 2019, marked as Exhibit 1345 at the deposition of Michael Baye, taken on April 17, 2019.

79. Attached as **Exhibit 77** is a true and correct copy of the United States' Amended Plea Agreement, *United States of America v. Bumble Bee Foods, LLC*, 16-CR-501-EMC, dated August 2, 2017.

80. Attached as **Exhibit 78** is a true and correct copy of the United States' Plea Agreement, *United States of America v. Stephen L. Hodge*, 17-CR-297-EMC, dated June 28, 2017.

81. Attached as **Exhibit 79** is a true and correct copy of the United States' Plea Agreement, *United States of America v. Kenneth Worsham*, 16-CR-535-EMC, dated March 15, 2017.

82. Attached as **Exhibit 80** is a true and correct copy of the United States' Plea Agreement, *United States of America v. StarKist Co.*, 18-CR-513-EMC, dated November 14, 2018.

83. Attached as **Exhibit 81** is a true and correct copy of the United States' Plea Agreement, *United States of America v. Walter Scott Cameron*, 16-CR-501-EMC, dated January 25, 2017.

84. Attached as **Exhibit 82** is a true and correct copy of the Declaration of Christopher S. Yates, executed on September 19, 2019 in San Francisco, California.

85. Attached as **Exhibit 83** is a true and correct copy of the Declaration of Andras Mecs in Support of Defendants' Motions for Partial Summary Judgment, executed on September 18, 2019 in Pittsburgh, Pennsylvania.

86. Attached as **Exhibit 84** is a true and correct copy of the Declaration of Darren Parsons in Support of Defendants' Motions for Partial Summary Judgment of Plaintiffs' Private Label Claims, executed on September 19, 2019 in El Segundo, California.

87. Attached as **Exhibit 85** is a true and correct copy of the Declaration of Daniel Hofmeister in Support of Defendants' Motions for Partial Summary Judgment, executed on September 19, 2019 in San Diego, California.

88. Attached as **Exhibit 86** is a true and correct copy of all the erratas regarding depositions cited in Product Scope Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 19th day of September 2019, in San Francisco, California.

By: _____
Belinda S. Lee

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Deposition excerpts from the Videotaped Deposition transcript of Donald M. Gallagher, taken on April 19, 2018 | 19 |
| 2 | Declaration of Dr. Andres V. Lerner, dated September 9, 2019 and attaching the Expert Report of Dr. Andres V. Lerner, dated May 10, 2019 | 31 |
| 3 | Expert Report of Russell W. Mangum III, Ph.D, dated February 15, 2019, marked as Exhibit 1315 at the deposition of Russell Mangum, taken on March 22, 2019 | 263 |
| 4 | Excerpts from the Class Cert Hearing, taken on January 14, 2019 | 449 |
| 5 | Expert Report of David Sunding, dated May 29, 2018, marked as Exhibit 240 at the deposition of David Sunding, taken on September 7, 2018 | 457 |
| 6 | Report of Colin A. Carter, dated February 18, 2019, marked as Exhibit 1322 at the deposition of Colin Carter, taken on April 2, 2019 | 651 |
| 7 | Defendant StarKist Co.'s Second Supplemental Objections & Responses to Plaintiffs' First Set of Interrogatories, Nos. 1 , 4, 6-8, and 10, dated September 29, 2017, marked as Exhibit 1736 at the deposition of Nam Jung Kim, taken on January 30, 2019 | 879 |
| 8 | Expert Report of Dennis W. Carlton, dated May 10, 2019, marked as Exhibit 2067 at the deposition of Dennis Carlton, taken on June 4, 2019 | 891 |
| 9 | Expert Report of Randal Heeb, PhD, dated May 10, 2019 | 1002 |
| 10 | Document produced in the above-captioned matter bearing the beginning bates number SKC000827997 | 1110 |
| 11 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000810060 | 1185 |

| | | | |
|---|---|---|---|
| | 12 | Document marked as Exhibit 1445 at the deposition of John Sawyer, taken on December 4, 2018 produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000059510 | 1269 |
| | 13 | Document produced in the above-captioned matter bearing the beginning bates number SKC001243094 | 1282 |
| | 14 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000154970 | 1365 |
| | 15 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000154975 | 1394 |
| | 16 | Document produced in the above-captioned matter bearing the beginning bates number SKC000447307 | 1400 |
| | 17 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000862993 | 1417 |
| | 18 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000158162 | 1439 |
| | 19 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000165160 | 1469 |
| | 20 | Document produced in the above-captioned matter bearing the beginning bates number SKC000760375. | 1525 |
| | 21 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_001049305 | 1620 |
| | 22 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000296661 | 1641 |
| | 23 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000871967 | 1657 |

| 24 | Document produced in the above-captioned matter bearing the beginning bates number SKC000834753 | 1671 |
|---|---|---|
| 25 | Document produced in the above-captioned matter bearing the beginning bates number SKC000355225 | 1683 |
| 26 | StarKist Co.'s Third Supplemental Objections & Responses to Plaintiffs' Second Set of Interrogatories, No. 1, dated January 30, 2019 | 1701 |
| 27 | Bumble Bee's Corrected Fifth Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories, dated May 18, 2018, marked as Exhibit 500 at the deposition of Kenneth Worsham, taken on May 21, 2018 | 1707 |
| 28 | Chicken of the Sea's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, No. 1, marked as Exhibit 23 at the deposition of Pamela Cervenka, taken on November 1, 2018 | 1718 |
| 29 | Direct Purchaser Plaintiffs' Fourth Consolidated Direct Purchaser class Complaint (sealed), dated October 5, 2018. | 1727 |
| 30 | Commercial Food Preparer Plaintiffs' Fourth Amended Complaint (sealed), dated October 5, 2018 | 1819 |
| 31 | Sixth Amended Consolidated Class Action Complaint of End Payer Plaintiffs' (sealed), dated October 5, 2018 | 1912 |
| 32 | Associated Wholesale Grocers, Inc.'s Second Amended Complaint (sealed), dated October 5, 2018 | 2145 |
| 33 | Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC's Fifth Amended Complaint (sealed), dated October 5, 2018 | 2285 |
| 34 | W. Lee Flowers & Co., Inc. Third Amended Complaint (seal), dated October 5, 2018, marked as Exhibit 637 at the deposition of James Johnson, | 2421 |

| | | |
|---|---|---|
| | taken on December 7, 2018 | |
| 35 | Direct Purchaser Plaintiffs' Supplemental Omnibus Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019 | 2541 |
| 36 | Commercial Food Preparer Plaintiffs' Supplemental Omnibus Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019 | 2596 |
| 37 | End Payer Plaintiffs' Supplemental Omnibus Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019 | 2815 |
| 38 | Associated Wholesale Grocers, Inc.'s Plaintiffs' Supplemental Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019 | 2902 |
| 39 | Winn-Dixie Plaintiffs' Amended Supplemental Responses and Objections to Defendants' First Set of Contention Interrogatories, dated July 12, 2019 | 2973 |
| 40 | W. Lee Flowers & Co., Inc.'s Second Supplemental Objections and Responses to Defendants' First Set of Contention Interrogatories, dated May 1, 2019 | 3051 |
| 41 | Deposition excerpts from the Videotaped Deposition transcript of Laura Childs, taken on March 21, 2018 | 3105 |
| 42 | Deposition excerpts from the Videotaped Deposition transcript of Barbara Olson, taken on April 18, 2018 | 3118 |
| 43 | Deposition excerpts from the Videotaped Deposition transcript of Timothy Tackett, taken on November 16, 2018 | 3127 |
| 44 | Bumble Bee's Narrative 30(b)(6) Responses, dated February 28, 2018 | 3151 |
| 45 | Deposition excerpts from the Videotaped Deposition of Russell Boyle, taken on November 9, 2018 | 3176 |

| 46 | Deposition excerpts from the Videotaped deposition of David L. Burt, taken on May 11, 2018 | 3184 |
|---|---|---|
| 47 | COSI's Narrative Responses to Plaintiffs' 30(b)(6) Topics, dated March 20, 2018 | 3192 |
| 48 | StarKist Co.'s Narrative 30(b)(6) Responses, dated May 4, 2018 | 3202 |
| 49 | Deposition excerpts from the Videotaped Deposition transcript of Melissa L. Hopper, taken on December 13, 2018 | 3226 |
| 50 | Deposition excerpts from the Videotaped Deposition of Monica Amiri, taken on December 21, 2018 | 3235 |
| 51 | Deposition excerpts from the Videotaped Deposition transcript of Isaac Wiese, taken on December 11, 2018 | 3245 |
| 52 | Deposition excerpts from the Videotaped Deposition transcript of Russell Vincent Thompson, Jr., taken on February 13, 2019 | 3270 |
| 53 | Deposition excerpts from the Videotaped Deposition transcript of Brian Hartshorn, taken on January 24, 2019 | 3279 |
| 54 | Deposition excerpts from the Videotaped Deposition transcript of Charlie Rotta, taken on November 27, 2018 | 3289 |
| 55 | Deposition excerpts from the Videotaped Deposition transcript of Daniel Gelhaye, taken on February 12, 2019 | 3297 |
| 56 | Document produced in the above-captioned matter bearing the beginning bates number SKC000355865 | 3306 |
| 57 | Corrected Mangum Declaration in Support of Direct Purchaser Plaintiffs' Motion for Class Certification with Errata dated May 29, 2018, marked as Exhibit 249 at the deposition of Russell Mangum, taken on September 11, 2018. | 3323 |
| 58 | Deposition excerpts from the Videotaped | 3546 |

| | | |
|---|---|---|
| | Deposition transcript of David Sunding, taken on September 7, 2018 | |
| 59 | Expert Merit Report of David Sunding, dated February 15, 2019, marked as Exhibit 1333 at the deposition of David Sunding, taken on April 12, 2019 | 3555 |
| 60 | Deposition excerpts from the Videotaped Deposition transcript of Mark Harvey, taken on February 7, 2019 | 3582 |
| 61 | Deposition excerpts from the Videotaped Deposition of Michelle Castinado, taken on January 18, 2019 | 3592 |
| 62 | Deposition excerpts from the Videotaped Deposition transcript of Steven Salerno, taken on January 16, 2019 | 3601 |
| 63 | Deposition excerpts from the Videotaped Deposition transcript of Lynda Echelberger, taken on January 4, 2019 | 3609 |
| 64 | Deposition excerpts from the Videotaped Deposition transcript of Summer Monnett, taken on November 14, 2018 | 3627 |
| 65 | Deposition excerpts from the Videotaped Deposition transcript of Nathan Laver, taken on January 31, 2019 | 3635 |
| 66 | Deposition excerpts from the Videotaped Deposition transcript of James Johnson, taken on December 7, 2018 | 3645 |
| 67 | Deposition excerpts from the Videotaped Deposition transcript of Andras Mecs, taken on January 31, 2019 | 3654 |
| 68 | Declaration of John Terzaken, Esq., executed on September 18, 2019 in Washington, D.C. | 3665 |
| 69 | Corrected Expert Report of Gareth Macartney, dated April 9, 2019, marked as Exhibit 1344 at the deposition of Gareth Macartney, taken on April 16, | 3671 |

16

LEE DECL. IN SUPP. OF DEFS.' MOT. FOR
PARTIAL SUMM. J. (PRIVATE LABEL CLAIMS)
3:15-md-02670-JLS-MDD

| | | |
|---|---|---|
| | 2019 | |
| 70 | Expert Merits Report of Michael A. Williams, Ph.D., dated February 15, 2019, marked as Exhibit 1328 at the deposition of Michael Williams, taken on April 11, 2019 | 3823 |
| 71 | Rebuttal Expert Report of Gareth Macartney, Ph.D., dated July 2, 2019 | 3978 |
| 72 | Deposition excerpts from the Videotaped Deposition transcript of Michael Williams, Ph.D., taken on April 11, 2019 | 4210 |
| 73 | Deposition excerpts from the Videotaped Deposition transcript of Russell W. Mangum, III, Ph.D., taken on August 5, 2019 | 4224 |
| 74 | Amended Expert Reply Report of Russell W. Mangum III, Ph.D., dated August 1, 2019 | 4237 |
| 75 | Deposition excerpts from the Videotaped Deposition of Colin Carter, Ph.D., taken on April 2, 2019. | 4406 |
| 76 | Expert Report of Michael R. Baye, dated February 15, 2019, marked as Exhibit 1345 at the deposition of Michael Baye, taken on April 17, 2019 | 4414 |
| 77 | United States' Amended Plea Agreement, *United States of America v. Bumble Bee Foods, LLC*, 16-CR-501-EMC, dated August 2, 2017 | 4914 |
| 78 | United States' Plea Agreement, *United States of America v. Stephen L. Hodge*, 17-CR-297-EMC, dated June 28, 2017 | 4934 |
| 79 | United States' Plea Agreement, *United States of America v. Kenneth Worsham*, 16-CR-535-EMC, dated March 15, 2017 | 4946 |
| 80 | United States' Plea Agreement, *United States of America v. StarKist Co.*, 18-CR-513-EMC, dated November 14, 2018. | 4958 |
| 81 | United States' Plea Agreement, *United States of America v. Walter Scott Cameron*, 16-CR-501- | 4978 |

| | | EMC, dated January 25, 2017 | |
|---|---|---|---|
| | 82 | Declaration of Christopher S. Yates, executed on September 19, 2019 in San Francisco, California | 4990 |
| | 83 | Declaration of Andras Mecs in Support of Defendants' Motions for Partial Summary Judgment, executed on September 18, 2019 in Pittsburgh, Pennsylvania | 5006 |
| | 84 | Declaration of Darren Parsons in Support of Defendants' Motions for Partial Summary Judgment of Plaintiffs' Private Label Claims, executed on September 19, 2019 in El Segundo, California | 5029 |
| | 85 | Declaration of Daniel Hofmeister in Support of Defendants' Motions for Partial Summary Judgment, executed on September 19, 2019 in San Diego, California | 5035 |
| | 86 | Erratas regarding depositions cited in Product Scope Motion for Summary Judgment | 5043 |