# EXHIBITS 83 - 86

# Under Seal

Exhibits 83 thru 86
Pages 5006 - 5052