Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: 202.789.3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*Counsel for Commercial Food
Preparer Plaintiffs and Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Commercial Food Preparer Plaintiff Actions | Case No. 15-MD-2670 JLS (MDD)<br><br>**COMMERCIAL FOOD PREPARER PLAINTIFFS' NOTICE OF JOINDER TO MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANTS' PROPOSED EXPERTS (DKT. 1970)** |
|---|---|

# FILED UNDER SEAL