LATHAM & WATKINS LLP
　Alfred C. Pfeiffer (CA 120965)
　Christopher S. Yates (CA 161273)
　Belinda S Lee (CA 199635)
　Niall E. Lynch (CA 157959)
　Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
niall.lynch@lw.com
ashley.bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

(Additional Party and Counsel on Signature Pages)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>(1) *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC et al.*, Case No. 3:15-cv-02787<br><br>(2) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:18-cv-01014<br><br>(3) *Winn-Dixie Stores, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:16-cv-00017<br><br>(4) *W. Lee Flowers & Co., Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:16-cv-01226 | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**STARKIST CO., DEL MONTE CORPORATION, AND DONGWON INDUSTRIES CO., LTD.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING ALL CLAIMS FOR PURCHASES MADE PRIOR TO MAY 30, 2011**<br><br>Special Briefing Schedule Ordered<br><br>**Hearing**:<br>Date:　March 18, 2020<br>Time:　9:00 a.m.<br>Place:　Courtroom 4D<br>Judge:　Hon. Janis L. Sammartino |

# NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, StarKist Co. ("StarKist"), Del Monte Corporation ("Del Monte"), and Dongwon Industries Co., Ltd. ("DWI") will move the Court, under Federal Rule of Civil Procedure Rule 56(a) for an Order granting partial summary judgment in their favor as to Direct Action Plaintiffs' ("DAPs")[1] claims seeking damages for purchases made prior to May 30, 2011.

This Motion is made on the grounds that:

1. DAPs have no direct evidence that Del Monte or StarKist was involved in a conspiracy prior to 2011. The admissions and direct evidence from prior to 2011 that do exist exonerates Del Monte and StarKist.

2. DAPs also have no circumstantial evidence to support their claims. More specifically, Del Monte's and StarKist's pre-2011 conduct can be explained by legitimate business justifications, and DAPs have failed to set forth specific facts that tend to exclude the possibility that Del Monte and StarKist acted independently. To the contrary, the undisputed evidence establishes that 2007 decision to downsize the StarKist can, and the 2008 and 2010 decisions to increase StarKist's prices were unilateral responses to traditional market pressures. *See In re Citric Acid Litig.*, 191 F.3d 1090, 1106 (9th Cir. 1999).

This Motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities in support thereof; the corresponding Separate Statement of Undisputed Material Facts; the Declaration of Belinda S Lee (and exhibits); all evidence in the record and the Court's file in this action; the argument of counsel; and such other matters as the Court may consider.

---

[1] StarKist, Del Monte, and DWI move against all DAPs that continue to assert claims against them: (1) Associated Wholesale Grocers, Inc.; (2) Affiliated Foods Midwest Cooperative, Inc.; (3) Winn-Dixie Stores, Inc.; (4) Bi-Lo Holdings, LLC; and (5) W. Lee Flowers & Co., Inc.

Dated: September 19, 2019

LATHAM & WATKINS LLP

By: s/ Belinda S Lee

Alfred C. Pfeiffer
Christopher S. Yates
Belinda S Lee
Niall E. Lynch
Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: al.pfeiffer@lw.com
Email: chris.yates@lw.com
Email: belinda.lee@lw.com
Email: niall.lynch@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

PEPPER HAMILTON LLP

By: s/ Barbara T. Sicalides
Barbara T. Sicalides
Barak A. Bassman
Megan Morley
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone:  215-981-4783
Facsimile:  215-981-4750
sicalidesb@pepperlaw.com
bassmanb@pepperlaw.com
morleym@pepperlaw.com

*Counsel for Defendant Del Monte Corporation*

**SIGNATURE ATTESTATION**

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: September 19, 2019         By: s/ Belinda S Lee

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*