LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:   +1.415.395.8095
*Al.Pfeiffer@lw.com*
*Chris.Yates@lw.com*
*Belinda.Lee@lw.com*
*Niall.Lynch@lw.com*
*Ashley.Bauer@lw.com*

*Counsel for Defendants StarKist Co. and
Dongwon Industries Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| | MDL No. 2670 |
| This Document Relates To: | **DECLARATION OF BELINDA S LEE IN SUPPORT OF STARKIST DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING ALL CLAIMS FOR PURCHASES MADE PRIOR TO MAY 30, 2011** |
| (1) *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC et al.*, Case No. 3:15-cv-02787 | |
| (2) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:18-cv-01014 | Special Briefing Schedule Ordered |
| (3) *Winn-Dixie Stores, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:16-cv-00017 | **Hearing**: |
| (4) *W. Lee Flowers & Co., Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:16-cv-01226 | Date:      March 18, 2020 Time:      9:00 a.m. Court:     Courtroom 4D Judge:    Hon. Janis L. Sammartino |

1    I, Belinda S Lee, hereby declare:

2    1.    I am an attorney licensed to practice law in the State of California and

3    am admitted before this Court.  I am a partner at Latham & Watkins LLP, counsel

4    of record for Defendants StarKist Co. and Dongwon Industries Co., Ltd. in the

5    above-captioned action.  I have personal knowledge of the matters recited herein,

6    and if called upon to testify concerning them under oath, I could and would testify

7    competently thereto.

8    2.    I make this declaration in support of StarKist Co.'s Motion for Partial

9    Summary Judgment Dismissing All Claims for Purchases Made Prior to May 30,

10   2011.  As set forth below, copies of the documents, exhibits, and transcripts cited

11   in the motions are attached to this declaration.

12   3.    Attached as **Exhibit 1** is a true and correct copy of Defendant Tri-

13   Union Seafoods LLC d/b/a Check of the Sea International's Second Supplemental

14   Responses and Objections to Plaintiffs' Second Set of Interrogatories –

15   Interrogatory No. 1.

16   4.    Attached as **Exhibit 2** is a true and correct copy of deposition excerpts

17   from the transcript of the Videotaped Deposition of Shue Wing Chang, dated

18   December 10, 2018.

19   5.    Attached as **Exhibit 3** is a true and correct copy of deposition excerpts

20   from the transcript of the Videotaped Deposition of Michael Ray White, dated

21   December 6, 2018.

22   6.    Attached as **Exhibit 4** is a true and correct copy of the Plea

23   Agreement entered in the action *United States v. StarKist Co.*, Case No. 18-cr-

24   00513-EMC (N.D. Cal.), ECF No. 24, on November 14, 2018.

25   7.    Attached as **Exhibit 5** is a true and correct copy of the Plea

26   Agreement entered in the action *United States v. Hodge*, Case No. 17-cr-00297-

27   EMC (N.D. Cal.), ECF No. 24, on June 28, 2017.

28

8.      Attached as **Exhibit 6** is a true and correct copy of Defendant StarKist Co.'s Third Supplemental Objections & Responses to Plaintiffs' Second Set of Interrogatories, Interrogatory No. 1, dated January 30, 2019.

9.      Attached as **Exhibit 7** is a true and correct copy of the Declaration of Dr. Andres V. Lerner dated September 9, 2019, attaching as Exhibit A, the Expert Report of Dr. Andres Lerner, dated May 21, 2019.

10.      Attached as **Exhibit 8** is a true and correct copy of the Expert Report of Colin A. Carter, dated February 18, 2019.

11.      Attached as **Exhibit 9** is a true and correct copy of the Expert Report of Russell W. Mangum, III, Ph.D., dated March 1, 2019.

12.      Attached as **Exhibit 10** is a true and correct copy of a document marked as Exhibit 29 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00062.

13.      Attached as **Exhibit 11** is a true and correct copy of a document marked as Exhibit 30 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00072.

14.      Attached as **Exhibit 12** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000048685.

15.      Attached as **Exhibit 13** are true and correct copies of is a true and correct copy of a document marked as Exhibit 46 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH–00085.

16.      Attached as **Exhibit 14** is a true and correct copy of the Expert Rebuttal Report of Colin A. Carter, Ph.D., dated July 12, 2019.

17.     Attached as **Exhibit 15** are true and correct copies of is a true and correct copy of the Corrected Expert Report of Garath Macartney, Ph.D., dated April 9, 2019.

18.     Attached as **Exhibit 16** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000329177.

19.     Attached as **Exhibit 17** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of John Sawyer, dated December 4, 2018.

20.     Attached as **Exhibit 18** is a true and correct copy of a document marked as Exhibit 51 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00396.

21.     Attached as **Exhibit 19** is a true and correct copy of a document marked as Exhibit 18 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000350326.

22.     Attached as **Exhibit 20** is a true and correct copy of a document marked as Exhibit 52 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00997.

23.     Attached as **Exhibit 21** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Michelle Suggs, dated March 27, 2018.

24.     Attached as **Exhibit 22** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00097.

25.     Attached as **Exhibit 23** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000055352.

26.     Attached as **Exhibit 24** is a true and correct copy of a document marked as Exhibit 14 at the deposition of Michelle Suggs, taken on March 27, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00389.

27.     Attached as **Exhibit 25** is a true and correct copy of a document marked as Exhibit 48 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00377.

28.     Attached as **Exhibit 26** is a true and correct copy of the Expert Report of Kevin M. Murphy, dated May 10, 2019.

29.     Attached as **Exhibit 27** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of James Willich, dated April 4, 2018.

30.     Attached as **Exhibit 28** is a true and correct copy of the Affidavit of John Debeer, dated August 19, 2019.

31.     Attached as **Exhibit 29** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Marty Belleville, dated March 29, 2018.

32.     Attached as **Exhibit 30** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC001009736.

33.     Attached as **Exhibit 31** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000540181.

34.     Attached as **Exhibit 32** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000827997.

35.     Attached as **Exhibit 33** is a true and correct copy of a document marked as Exhibit 1465 at the deposition of Mike White, taken on December 6, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094504.

36.     Attached as **Exhibit 34** is a true and correct copy of a document marked as Exhibit 1432 at the deposition of John Sawyer, taken on December 4, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000001924.

37.     Attached as **Exhibit 35** is a true and correct copy of a document marked as Exhibit 508 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000188880.

38.     Attached as **Exhibit 36** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000137048.

39.     Attached as **Exhibit 37** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000595481.

40.     Attached as **Exhibit 38** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000710670.

41.     Attached as **Exhibit 39** is a true and correct copy of a document marked as Exhibit 812 at the deposition of Bruce Reynolds, taken on August 28, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000089708.

42.     Attached as **Exhibit 40** is a true and correct copy of a document marked as Exhibit 811 at the deposition of Bruce Reynolds, taken on August 28, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000095079.

43.     Attached as **Exhibit 41** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000099147.

44.     Attached as **Exhibit 42** is a true and correct copy of a document marked as Exhibit 1470 at the deposition of Mike White, taken on December 6, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000036934.

45.     Attached as **Exhibit 43** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000154970.

46.     Attached as **Exhibit 44** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000154975.

47.     Attached as **Exhibit 45** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000041451.

48.     Attached as **Exhibit 46** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000308816.

49.     Attached as **Exhibit 47** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000462374.

50.     Attached as **Exhibit 48** is a true and correct copy of a document marked as Exhibit 1466 at the deposition of Mike White, taken on December 6,

2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094425.

51.     Attached as **Exhibit 49** is a true and correct copy of a document marked as Exhibit 402 at the deposition of Walter Scott Cameron, taken on May 9, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000032282.

52.     Attached as **Exhibit 50** is a true and correct copy of a document marked as Exhibit 717 at the deposition of Donald George, taken on July 26, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000033515.

53.     Attached as **Exhibit 51** is a true and correct copy of a document marked as Exhibit 1477 at the deposition of Mike White, taken on December 6, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000001787.

54.     Attached as **Exhibit 52** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000810060.

55.     Attached as **Exhibit 53** is a true and correct copy of the Amended Plea Agreement entered in the action *United States v. Bumble Bee Foods, LLC*, Case No. 17-cr-00249-EMC (N.D. Cal.), ECF No. 32, on August 2, 2017.

56.     Attached as **Exhibit 54** is a true and correct copy of the Plea Agreement entered in the action *United States v. Walter Scott Cameron*, Case No. 16-cr-00501-EMC (N.D. Cal.), ECF No. 18, on January 25, 2017.

57.     Attached as **Exhibit 55** is a true and correct copy of the Plea Agreement entered in the action *United States v. Kenneth Worsham*, Case No. 16-cr-00535-EMC (N.D. Cal.), ECF No. 14, on March 15, 2017.

58.     Attached as **Exhibit 56** is a true and correct copy of Defendant Bumble Bee Foods, LLC's Corrected Fifth Supplemental Objections and

Responses to Plaintiffs' Second Set of Interrogatories During The Limited Discovery Stay Period – Interrogatory No. 1., dated May 18, 2018.

59.     Attached as **Exhibit 57** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Robert Scott Meece, dated February 12, 2019.

60.      Attached as **Exhibit 58** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000828887.

61.     Attached as **Exhibit 59** is a true and correct copy of a document marked as Exhibit 587 at the deposition of Geoff Tanner, taken on May 25, 2018, with relevant excerpts of the transcript attached thereto.

62.     Attached as **Exhibit 60** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Geoff Tanner, dated May 25, 2018.

63.     Attached as **Exhibit 61** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000817995.

64.     Attached as **Exhibit 62** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number DM0001340.

65.     Attached as **Exhibit 63** is a true and correct copy of a document marked as Exhibit 2061 at the deposition of Andres Lerner, taken on May 30, 2019, produced in the above-captioned matter bearing the beginning bates number SKC000949186.

66.     Attached as **Exhibit 64** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000522642.

67.     Attached as **Exhibit 65** is a true and correct copy of the Affidavit of Barry Mills, dated February 25, 2019.

68.     Attached as **Exhibit 66** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00348.

69.     Attached as **Exhibit 67** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000093684.

70.     Attached as **Exhibit 68** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC00048892.

71.     Attached as **Exhibit 69** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00120.

72.     Attached as **Exhibit 70** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00497.

73.     Attached as **Exhibit 71** is a true and correct copy of a document marked as Exhibit 1518 at the deposition of Shue Wing Chan, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000102178.

74.     Attached as **Exhibit 72** is a true and correct copy of a document marked as Exhibit 59 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00994.

75.     Attached as **Exhibit 73** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Andras Mecs, dated January 31, 2019.

76.     Attached as **Exhibit 74** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Monica Amiri, dated December 21, 2018.

77.     Attached as **Exhibit 75** is a true and correct copy of the Declaration of Andrew Choe, dated May 10, 2019.

78.     Attached as **Exhibit 76** is a true and correct copy of StarKist's 30(b)(6) Narrative Responses, dated May 4, 2018.

79.     Attached as **Exhibit 77** is a true and correct copy of COSI's 30(b)(6) Narrative Responses, dated August 14, 2018.

80.     Attached as **Exhibit 78** is a true and correct copy of Del Monte's 30(b)(6) Narrative Responses, dated May 4, 2018.

81.     Attached as **Exhibit 79** is a true and correct copy of a document marked as Exhibit 1445 at the deposition of John Sawyer, taken on December 4, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000059510.

82.     Attached as **Exhibit 80** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000304029.

83.     Attached as **Exhibit 81** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000823563.

84.     Attached as **Exhibit 82** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000445110.

85.     Attached as **Exhibit 83** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094541.

86.     Attached as **Exhibit 84** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000577477.

87.     Attached as **Exhibit 85** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000156168.

88.     Attached as **Exhibit 86** is a true and correct copy of the Expert Merits Report of Michael A. Williams, Ph.D., dated February 15, 2019.

89.     Attached as **Exhibit 87** is a true and correct copy of a document marked as Exhibit 1632 at the deposition of Christopher Lischewski, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates numberNFI-SDC_0005163.

90.     Attached as **Exhibit 88** is a true and correct copy of a document marked as Exhibit 1017 at the deposition of Douglas Hines, taken on September 27, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000572626.

91.     Attached as **Exhibit 89** is a true and correct copy of a document marked as Exhibit 4 at the deposition of Michelle Suggs, taken on March 27, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000102150.

92.     Attached as **Exhibit 90** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number DM0000153.

93.     Attached as **Exhibit 91** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000145142.

94.     Attached as **Exhibit 92** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000217368.

95.     Attached as **Exhibit 93** is a true and correct copy of a document marked as Exhibit 28 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00098.

96.     Attached as **Exhibit 94** is a true and correct copy of a document marked as Exhibit 29 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000350329.

97.     Attached as **Exhibit 95** is a true and correct copy of a document marked as Exhibit 30 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000350330.

98.     Attached as **Exhibit 96** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000196076.

99.     Attached as **Exhibit 97** is a true and correct copy of a document marked as Exhibit 503 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000572608.

100.     Attached as **Exhibit 98** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Russell Mangum, dated March 22, 2019.

101.     Attached as **Exhibit 99** is a true and correct copy Corrected Expert Report of Janusz A. Ordover, Ph.D., dated June 10, 2019.

102.   Attached as **Exhibit 100** is a true and correct copy of a document marked as Exhibit 1633 at the deposition of Christopher Lischewski, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000546235.

103.   Attached as **Exhibit 101** is a true and correct copy of a document marked as Exhibit 1519 at the deposition of Shue Wing Chan, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000149177.

104.   Attached as **Exhibit 102** is a true and correct copy of a document marked as Exhibit 1523 at the deposition of Shue Wing Chan, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094924.

105.   Attached as **Exhibit 103** is a true and correct copy of the Affidavit of John Debeer, dated August 19, 2019.

106.   Attached as **Exhibit 104** is a true and correct copy of a document marked as Exhibit 19 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094916.

107.   Attached as **Exhibit 105** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000137084.

108.   Attached as **Exhibit 106** is a true and correct copy of a document marked as Exhibit 23 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000350328.

109.   Attached as **Exhibit 107** is a true and correct copy of a document marked as Exhibit 393 at the deposition of Walter Scott Cameron, taken on May 9,

2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000572679.

110.   Attached as **Exhibit 108** is a true and correct copy of a document marked as Exhibit 506 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000711112.

111.   Attached as **Exhibit 109** is a true and correct copy of a document marked as Exhibit 569 at the deposition of Daniel Nestojko, taken on May 23, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000136346.

112.   Attached as **Exhibit 110** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Kevin Murphy, dated June 25, 2019.

113.   Attached as **Exhibit 111** is a true and correct copy of a document marked as Exhibit 4003 at the deposition of Kevin Murphy, taken on June 25, 2019, produced in the above-captioned matter bearing the beginning bates number SKC001010048.

114.   Attached as **Exhibit 112** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Daniel Nestojko, dated May 23, 2018.

115.   Attached as **Exhibit 113** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000137048.

116.   Attached as **Exhibit 114** is a true and correct copy of Direct Action Plaintiffs Associated Wholesale Grocers, Inc.'s and Affiliated Foods Midwest Cooperative, Inc.'s Supplemental Objections and Responses to Defendants' First Set of Contention Interrogatories to Direct Action Plaintiffs, dated May 1, 2019.

117.   Attached as **Exhibit 115** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000828951.

118.   Attached as **Exhibit 116** is a true and correct copy of the Declaration of Linda Gilbert dated September 18, 2019.

119.   Attached as **Exhibit 117** is a true and correct copy of the Rebuttal Expert Report of Gareth Macartney, Ph.D., dated July 2, 2019.

120.   Attached as **Exhibit 118** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Colin Carter, dated April 2, 2019.

121.   Attached as **Exhibit 119** is a true and correct copy of a StarKist Co. and its Subsidiaries Consolidated Financial Statements as of December 21, 2018 and for the period from October 7, 2008 to December 21, 2008, bearing the beginning bates number STAR000052017.

122.   Attached as **Exhibit 120** is a true and correct copy the Expert Merit Reply Report of David Sunding, dated July 2, 2019.

123.   Attached as **Exhibit 121** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000260796.

124.   Attached as **Exhibit 122** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number ARDAGH-00348.

125.   Attached as **Exhibit 123** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000048892.

126.   Attached as **Exhibit 124** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number ARDAGH-00085.

127. Attached as **Exhibit 125** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number ARDAGH-00120.

128. Attached as **Exhibit 126** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number ARDAGH-00497.

129. Attached as **Exhibit 127** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Donald Gallagher, dated April 19, 2018.

130. Attached as **Exhibit 128** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000101842.

131. Attached as **Exhibit 129** is a true and correct copy of a document marked as Exhibit 590 at the deposition of Geoff Tanner, taken on May 25, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000588265.

132. Attached as **Exhibit 130** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of James Johnson, dated December 7, 2018.

133. Attached as **Exhibit 131** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Melissa Hopper, dated December 13, 2018.

134. Attached as **Exhibit 132** is a true and correct copy of a document marked as Exhibit 504 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000324999.

135. Attached as **Exhibit 133** is a true and correct copy of a document marked as Exhibit 505 at the deposition of Kenneth Worsham, taken on May 21,

2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000352996.

136.    Attached as **Exhibit 134** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Kevin McClain, dated March 2, 2018.

137.    Attached as **Exhibit 135**  is a true and correct copy of a document marked as Exhibit 263 at the deposition of Donald Gallagher, taken on April 19, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000692383.

138.    Attached as **Exhibit 136**  is a true and correct copy of the Expert Merit Report of David Sunding, dated February 15, 2019.

139.    Attached as **Exhibit 137**  is a true and correct copy of the all erratas depositions cited in Pre-2011 Claims Motion for Summary Judgment.

140.    Attached as **Exhibit 138**  is a true and correct copy of the Declaration of Rodolfo Spielmann in Support of Del Monte Corporation's Motion for Summary Judgment, dated September 19, 2019.

141.    Attached as **Exhibit 139** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number STAR000014512.

142.    Attached as **Exhibit 140** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC001010046.

143.    Attached as **Exhibit 141** is a true and correct copy of Geoff Tanner in Support of Del Monte Corporations' Motion for Summary Judgment, dated September 19, 2019.

144.    Attached as **Exhibit 142** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number DWI_000100080.

145.   Attached as **Exhibit 143** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC001105694.

146.   Attached as **Exhibit 144** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000808853.

147.   Attached as **Exhibit 145** is a true and correct copy of the Declaration of Andras Mecs in Support of Defendants' Motions for Partial Summary Judgment, dated September 18, 2019.

148.   Attached as **Exhibit 146** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000048703.

149.   Attached as **Exhibit 147** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000116936.

150.   Attached as **Exhibit 148** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000827022.

151.   Attached as **Exhibit 149** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number 149 SKC000530749.

152.   Attached as **Exhibit 150** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000312645.

153.   Attached as **Exhibit 151** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number DM0000302.

1   154.   Attached as **Exhibit 152** is a true and correct copy of deposition

2   excerpts from the transcript of the Videotaped Deposition of Kelly Mitchell, dated

3   November 28, 2018.

4   155.   Attached as **Exhibit 153** is a true and correct copy of the Declaration

5   of Christopher S. Yates, dated October 12, 2018.

6

7   I declare under penalty of perjury that the foregoing is true and correct, and

8   that this Declaration was executed this 19th day of September 2019, in San

9   Francisco, California.

10

11                          LATHAM & WATKINS LLP

12                          By: s/ Belinda S Lee

13

14                          Alfred C. Pfeiffer
                            Christopher S. Yates
15                          Belinda S Lee
                            Niall E. Lynch
16                          Ashley M. Bauer
17                          LATHAM & WATKINS LLP
                            505 Montgomery Street
18                          Suite 2000
19                          San Francisco, CA 94111
                            Telephone: 415-391-0600
20                          Facsimile: 415-395-8095
21                          Email: al.pfeiffer@lw.com
                            Email: chris.yates@lw.com
22                          Email: belinda.lee@lw.com
23                          Email: niall.lynch@lw.com
                            Email: ashley.bauer@lw.com
24

25                          *Counsel for Defendants StarKist Co. and*
                            *Dongwon Industries Co., Ltd.*
26                          PEPPER HAMILTON LLP

27

28

DECL. ISO STARKIST'S MOT. FOR SUMMARY
JUDGMENT DISMISSING PRE-2011 CLAIMS
3:15-md-02670-JLS-MDD

| Exhibit | Description |
|---|---|
| 1 | Defendant Tri-Union Seafoods LLC d/b/a Check of the Sea International's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1 |
| 2 | Deposition excerpts from the transcript of the Videotaped Deposition of Shue Wing Chang, dated December 10, 2018 |
| 3 | Deposition excerpts from the transcript of the Videotaped Deposition of Michael Ray White, dated December 6, 2018 |
| 4 | Plea Agreement entered in the action *United States v. StarKist Co.*, Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 24, on November 14, 2018 |
| 5 | Plea Agreement entered in the action *United States v. Hodge*, Case No. 17-cr-00297-EMC (N.D. Cal.), ECF No. 24, on June 28, 2017 |
| 6 | Defendant StarKist Co.'s Third Supplemental Objections & Responses to Plaintiffs' Second Set of Interrogatories, Interrogatory No. 1, dated January 30, 2019 |
| 7 | Declaration of Dr. Andres V. Lerner dated September 9, 2019, attaching as Exhibit A, the Expert Report of Dr. Andres Lerner, dated May 21, 2019 |
| 8 | Expert Report of Colin A. Carter, dated February 18, 2019 |
| 9 | Expert Report of Russell W. Mangum, III, Ph.D., dated March 1, 2019 |
| 10 | Document marked as Exhibit 29 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00062 |
| 11 | Document marked as Exhibit 30 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00072 |
| 12 | Document produced in the above-captioned matter bearing the beginning bates number SKC000048685. |

DECL. ISO STARKIST'S MOT. FOR SUMMARY
JUDGMENT DISMISSING PRE-2011 CLAIMS
3:15-md-02670-JLS-MDD

| 13 | Document marked as Exhibit 46 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH–00085 |
| 14 | Expert Rebuttal Report of Colin A. Carter, Ph.D., dated July 12, 2019 |
| 15 | Corrected Expert Report of Garath Macartney, Ph.D., dated April 9, 2019 |
| 16 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000329177 |
| 17 | Deposition excerpts from the transcript of the Videotaped Deposition of John Sawyer, dated December 4, 2018 |
| 18 | Document marked as Exhibit 51 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00396 |
| 19 | Document marked as Exhibit 18 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000350326 |
| 20 | Document marked as Exhibit 52 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00997 |
| 21 | Deposition excerpts from the transcript of the Videotaped Deposition of Michelle Suggs, dated March 27, 2018 |
| 22 | Document produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00097 |
| 23 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000055352 |
| 24 | Document marked as Exhibit 14 at the deposition of Michelle Suggs, taken on March 27, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00389 |
| 25 | Document marked as Exhibit 48 at the deposition of James |

| | | |
|---|---|---|
| | | Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00377 |
| | 26 | Expert Report of Kevin M. Murphy, dated May 10, 2019 |
| | 27 | Deposition excerpts from the transcript of the Videotaped Deposition of James Willich, dated April 4, 2018 |
| | 28 | Affidavit of John Debeer, dated August 19, 2019. |
| | 29 | Deposition excerpts from the transcript of the Videotaped Deposition of Marty Belleville, dated March 29, 2018 |
| | 30 | Document produced in the above-captioned matter bearing the beginning bates number SKC001009736 |
| | 31 | Document produced in the above-captioned matter bearing the beginning bates number SKC000540181 |
| | 32 | Document produced in the above-captioned matter bearing the beginning bates number SKC000827997 |
| | 33 | Document marked as Exhibit 1465 at the deposition of Mike White, taken on December 6, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094504 |
| | 34 | Document marked as Exhibit 1432 at the deposition of John Sawyer, taken on December 4, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000001924 |
| | 35 | Document marked as Exhibit 508 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000188880 |
| | 36 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000137048 |
| | 37 | Document produced in the above-captioned matter bearing the beginning bates number SKC000595481 |
| | 38 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000710670 |
| | 39 | Document marked as Exhibit 812 at the deposition of Bruce Reynolds, taken on August 28, 2018, produced in the above- |

| | | |
|---|---|---|
| | | captioned matter bearing the beginning bates number BB_Civil_000089708 |
| | 40 | Document marked as Exhibit 811 at the deposition of Bruce Reynolds, taken on August 28, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000095079 |
| | 41 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000099147 |
| | 42 | Document marked as Exhibit 1470 at the deposition of Mike White, taken on December 6, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000036934 |
| | 43 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000154970 |
| | 44 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000154975 |
| | 45 | Document produced in the above-captioned matter bearing the beginning bates number SKC000041451 |
| | 46 | Document produced in the above-captioned matter bearing the beginning bates number SKC000308816 |
| | 47 | Document produced in the above-captioned matter bearing the beginning bates number SKC000462374 |
| | 48 | Document marked as Exhibit 1466 at the deposition of Mike White, taken on December 6, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094425 |
| | 49 | Document marked as Exhibit 402 at the deposition of Walter Scott Cameron, taken on May 9, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000032282 |
| | 50 | Document marked as Exhibit 717 at the deposition of Donald George, taken on July 26, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000033515 |
| | 51 | Document marked as Exhibit 1477 at the deposition of Mike |

| | | |
|---|---|---|
| | | White, taken on December 6, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000001787 |
| | 52 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000810060 |
| | 53 | Amended Plea Agreement entered in the action *United States v. Bumble Bee Foods, LLC*, Case No. 17-cr-00249-EMC (N.D. Cal.), ECF No. 32, on August 2, 2017 |
| | 54 | Plea Agreement entered in the action *United States v. Walter Scott Cameron*, Case No. 16-cr-00501-EMC (N.D. Cal.), ECF No. 18, on January 25, 2017 |
| | 55 | Plea Agreement entered in the action *United States v. Kenneth Worsham*, Case No. 16-cr-00535-EMC (N.D. Cal.), ECF No. 14, on March 15, 2017 |
| | 56 | Defendant Bumble Bee Foods, LLC's Corrected Fifth Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories During The Limited Discovery Stay Period – Interrogatory No. 1., dated May 18, 2018 |
| | 57 | Deposition excerpts from the transcript of the Videotaped Deposition of Robert Scott Meece, dated February 12, 2019 |
| | 58 | Document produced in the above-captioned matter bearing the beginning bates number SKC000828887 |
| | 59 | Document marked as Exhibit 587 at the deposition of Geoff Tanner, taken on May 25, 2018, with relevant excerpts of the transcript attached thereto |
| | 60 | Deposition excerpts from the transcript of the Videotaped Deposition of Geoff Tanner, dated May 25, 2018 |
| | 61 | Document produced in the above-captioned matter bearing the beginning bates number SKC000817995 |
| | 62 | Document produced in the above-captioned matter bearing the beginning bates number DM0001340 |
| | 63 | Document marked as Exhibit 2061 at the deposition of Andres Lerner, taken on May 30, 2019, produced in the above-captioned matter bearing the beginning bates number |

DECL. ISO STARKIST'S MOT. FOR SUMMARY
JUDGMENT DISMISSING PRE-2011 CLAIMS
3:15-md-02670-JLS-MDD

| | | SKC000949186 |
|---|---|---|
| | 64 | Document produced in the above-captioned matter bearing the beginning bates number SKC000522642 |
| | 65 | Affidavit of Barry Mills, dated February 25, 2019 |
| | 66 | Document produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00348 |
| | 67 | Document produced in the above-captioned matter bearing the beginning bates number SKC000093684 |
| | 68 | Document produced in the above-captioned matter bearing the beginning bates number SKC00048892 |
| | 69 | Document produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00120 |
| | 70 | Document produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00497 |
| | 71 | Document marked as Exhibit 1518 at the deposition of Shue Wing Chan, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000102178 |
| | 72 | Document marked as Exhibit 59 at the deposition of James Willich, taken on April 4, 2018,  produced in the above-captioned matter bearing the beginning bates number ARDAGH – 00994 |
| | 73 | Deposition excerpts from the transcript of the Videotaped Deposition of Andras Mecs, dated January 31, 2019 |
| | 74 | Deposition excerpts from the transcript of the Videotaped Deposition of Monica Amiri, dated December 21, 2018 |
| | 75 | Declaration of Andrew Choe, dated May 10, 2019 |
| | 76 | StarKist's 30(b)(6) Narrative Responses, dated May 4, 2018 |
| | 77 | COSI's 30(b)(6) Narrative Responses, dated August 14, 2018 |
| | 78 | Del Monte's 30(b)(6) Narrative Responses, dated May 4, 2018 |
| | 79 | Document marked as Exhibit 1445 at the deposition of John Sawyer, taken on December 4, 2018, produced in the above-captioned matter bearing the beginning bates number COSI- |

| | | CIV-000059510 |
|---|---|---|
| | 80 | Document produced in the above-captioned matter bearing the beginning bates number SKC000304029 |
| | 81 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000823563 |
| | 82 | Document produced in the above-captioned matter bearing the beginning bates number SKC000445110 |
| | 83 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094541 |
| | 84 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000577477 |
| | 85 | Document produced in the above-captioned matter bearing the beginning bates number SKC000156168 |
| | 86 | Expert Merits Report of Michael A. Williams, Ph.D., dated February 15, 2019 |
| | 87 | Document marked as Exhibit 1632 at the deposition of Christopher Lischewski, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates numberNFI-SDC_0005163 |
| | 88 | Document marked as Exhibit 1017 at the deposition of Douglas Hines, taken on September 27, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000572626 |
| | 89 | Document marked as Exhibit 4 at the deposition of Michelle Suggs, taken on March 27, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000102150 |
| | 90 | Document produced in the above-captioned matter bearing the beginning bates number DM0000153 |
| | 91 | Document produced in the above-captioned matter bearing the beginning bates number SKC000145142 |
| | 92 | Document produced in the above-captioned matter bearing the beginning bates number SKC000217368 |
| | 93 | Document marked as Exhibit 28 at the deposition of James Willich, taken on April 4, 2018, produced in the above- |

| | | |
|---|---|---|
| | | captioned matter bearing the beginning bates number ARDAGH – 00098 |
| | 94 | Document marked as Exhibit 29 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000350329 |
| | 95 | Document marked as Exhibit 30 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000350330 |
| | 96 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000196076 |
| | 97 | Document marked as Exhibit 503 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000572608 |
| | 98 | Deposition excerpts from the transcript of the Videotaped Deposition of Russell Mangum, dated March 22, 2019. |
| | 99 | Corrected Expert Report of Janusz A. Ordover, Ph.D., dated June 10, 2019. |
| | 100 | Document marked as Exhibit 1633 at the deposition of Christopher Lischewski, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000546235 |
| | 101 | Document marked as Exhibit 1519 at the deposition of Shue Wing Chan, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000149177 |
| | 102 | Document marked as Exhibit 1523 at the deposition of Shue Wing Chan, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094924 |
| | 103 | Affidavit of John Debeer, dated August 19, 2019 |
| | 104 | Document marked as Exhibit 19 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above- |

| | | captioned matter bearing the beginning bates number COSI-CIV-000094916 |
|---|---|---|
| | 105 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000137084 |
| | 106 | Document marked as Exhibit 23 at the deposition of Kevin McClain, taken on March 2, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000350328 |
| | 107 | Document marked as Exhibit 393 at the deposition of Walter Scott Cameron, taken on May 9, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000572679 |
| | 108 | Document marked as Exhibit 506 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000711112 |
| | 109 | Document marked as Exhibit 569 at the deposition of Daniel Nestojko, taken on May 23, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000136346 |
| | 110 | Deposition excerpts from the transcript of the Videotaped Deposition of Kevin Murphy, dated June 25, 2019 |
| | 111 | Document marked as Exhibit 4003 at the deposition of Kevin Murphy, taken on June 25, 2019, produced in the above-captioned matter bearing the beginning bates number SKC001010048 |
| | 112 | Deposition excerpts from the transcript of the Videotaped Deposition of Daniel Nestojko, dated May 23, 2018 |
| | 113 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000137048 |
| | 114 | Direct Action Plaintiffs Associated Wholesale Grocers, Inc.'s and Affiliated Foods Midwest Cooperative, Inc.'s Supplemental Objections and Responses to Defendants' First Set of Contention Interrogatories to Direct Action Plaintiffs, dated May 1, 2019 |

| 115 | Document produced in the above-captioned matter bearing the beginning bates number SKC000828951 |
| 116 | Declaration of Linda Gilbert dated September 18, 2019 |
| 117 | Rebuttal Expert Report of Gareth Macartney, Ph.D., dated July 2, 2019. |
| 118 | Deposition excerpts from the transcript of the Videotaped Deposition of Colin Carter, dated April 2, 2019 |
| 119 | StarKist Co. and its Subsidiaries Consolidated Financial Statements as of December 21, 2018 and for the period from October 7, 2008 to December 21, 2008, bearing the beginning bates number STAR000052017 |
| 120 | Expert Merit Reply Report of David Sunding, dated July 2, 2019. |
| 121 | Document produced in the above-captioned matter bearing the beginning bates number SKC000260796 |
| 122 | Document produced in the above-captioned matter bearing the beginning bates number ARDAGH-00348 |
| 123 | Document produced in the above-captioned matter bearing the beginning bates number SKC000048892 |
| 124 | Document produced in the above-captioned matter bearing the beginning bates number ARDAGH-00085 |
| 125 | Document produced in the above-captioned matter bearing the beginning bates number ARDAGH-00120 |
| 126 | Document produced in the above-captioned matter bearing the beginning bates number ARDAGH-00497 |
| 127 | Deposition excerpts from the transcript of the Videotaped Deposition of Donald Gallagher, dated April 19, 2018 |
| 128 | Document produced in the above-captioned matter bearing the beginning bates number SKC000101842 |
| 129 | Document marked as Exhibit 590 at the deposition of Geoff Tanner, taken on May 25, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000588265 |
| 130 | Deposition excerpts from the transcript of the Videotaped Deposition of James Johnson, dated December 7, 2018 |

| 131 | deposition excerpts from the transcript of the Videotaped Deposition of Melissa Hopper, dated December 13, 2018 |
| 132 | Document marked as Exhibit 504 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000324999 |
| 133 | Document marked as Exhibit 505 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000352996 |
| 134 | Deposition excerpts from the transcript of the Videotaped Deposition of Kevin McClain, dated March 2, 2018 |
| 135 | Document marked as Exhibit 263 at the deposition of Donald Gallagher, taken on April 19, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000692383 |
| 136 | Expert Merit Report of David Sunding, dated February 15, 2019 |
| 137 | Erratas depositions cited in Pre-2011 Claims Motion for Summary Judgment |
| 138 | Declaration of Rodolfo Spielmann in Support of Del Monte Corporation's Motion for Summary Judgment, dated September 19, 2019 |
| 139 | Document produced in the above-captioned matter bearing the beginning bates number STAR000014512 |
| 140 | Document produced in the above-captioned matter bearing the beginning bates number SKC001010046 |
| 141 | Geoff Tanner in Support of Del Monte Corporations' Motion for Summary Judgment, dated September 19, 2019 |
| 142 | Document produced in the above-captioned matter bearing the beginning bates number DWI_000100080 |
| 143 | Document produced in the above-captioned matter bearing the beginning bates number SKC001105694 |
| 144 | Document produced in the above-captioned matter bearing the beginning bates number SKC000808853 |

| 145 | Declaration of Andras Mecs in Support of Defendants' Motions for Partial Summary Judgment, dated September 18, 2019 |
|-----|-----|
| 146 | Document produced in the above-captioned matter bearing the beginning bates number SKC000048703 |
| 147 | Document produced in the above-captioned matter bearing the beginning bates number SKC000116936 |
| 148 | Document produced in the above-captioned matter bearing the beginning bates number SKC000827022 |
| 149 | Document produced in the above-captioned matter bearing the beginning bates number 149 SKC000530749 |
| 150 | Document produced in the above-captioned matter bearing the beginning bates number SKC000312645 |
| 151 | Document produced in the above-captioned matter bearing the beginning bates number DM0000302 |
| 152 | Deposition excerpts from the transcript of the Videotaped Deposition of Kelly Mitchell, dated November 28, 2018 |
| 153 | Declaration of Christopher S. Yates, dated October 12, 2018 |