Case 3:15-md-02670-JLS-MDD   Document 2026   Filed 09/19/19   PageID.155529   Page 1 of 6

*s/ Patrick Ahern*
Ahern and Associates, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PACKAGED SEAFOOD ANTITRUST LITIGATION, | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670 |
|---|---|
| | **DIRECT ACTION PLAINTIFFS' MOTION TO SEAL (RE: MOTION TO EXCLUDE THE OPINIONS OF DR. KEVIN MURPHY)** |
| This document relates to:<br><br>ALL ACTIONS. | DATE:   [TBD]<br>TIME:   [TBD]<br>JUDGE: Janis L. Sammartino<br>CTRM:  4D |

PLAINTIFFS' MOTION TO SEAL                    CASE NO. 15-MD-2670-JLS-MDD

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Southern District of California Civil Local Rule 79.2 and the Protective Order entered in this action (ECF No. 194, incorporating ECF No. 173), Plaintiffs move the Court for an order sealing their Motion to Exclude the Opinions of Dr. Kevin Murphy.

Dated: September 19, 2019            Respectfully submitted,

<p style="margin-left:3em"><u>s/ Patrick Ahern</u><br>
Ahern and Associates, P.C.<br>
8 South Michigan Ave., Suite 3600<br>
Chicago, IL 60603<br>
(312) 404-3760<br>
Patrick.j.ahern@ahernandassociatespc.com</p>

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

## MOTION

Pursuant to the Southern District of California's Civil Local Rule 79.2(c) and the Protective Order in this action (ECF No. 194, incorporating the parties' Joint Motion for Entry of Protective Order (ECF No. 173)), Plaintiffs seek to seal their Motion to Exclude the Opinions of Dr. Kevin Murphy that contains or references information that one or more of the Defendants previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order, or (2) reference non-public litigation matters.  *See* ECF No. 173 at ¶ 37 (requiring that filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).

Plaintiffs are filing a redacted version of their Motion to Exclude the Opinions of Dr. Kevin Murphy in the public docket.  Additionally, accompanying this Motion, is the associated "Sealed Lodged Proposed Documents" docket entry, in which Plaintiffs are filing an unredacted version of the Motion to Exclude the Opinions of Dr. Kevin Murphy.  Plaintiffs are contemporaneously lodging a proposed order with the Court.

Date: September 19, 2019              Respectfully Submitted,


                                      s/ Patrick Ahern
                                      Ahern and Associates, P.C.
                                      8 South Michigan Ave., Suite 3600
                                      Chicago, IL 60603
                                      (312) 404-3760
                                      Patrick.j.ahern@ahernandassociatespc.com

                                      *Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

**SIGNATURE ATTESTATION**

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: September 19, 2019         By: s/ *Patrick J. Ahern*
Ahern and Associates, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.j.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 19, 2019, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

By: *s/ Patrick Ahern*
Ahern and Associates, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.j.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

PLAINTIFFS' MOTION TO SEAL     CASE NO. 15-MD-2670-JLS-MDD

5