# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br><br>**ORDER GRANTING DIRECT ACTION PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DR. KEVIN MURPHY** |
| This document relates to:<br>• Direct Action Plaintiff Winn-Dixie Stores, Inc.<br>• Direct Action Plaintiff Associated Wholesale Grocers, Inc.<br>• Direct Action Plaintiff W. Lee Flowers & Co. | Re: ECF No. |

1  On September 19, 2019, Direct Action Plaintiffs filed a motion asking to seal their Motion to Exclude the Opinions of Dr. Kevin Murphy pursuant to the Southern District of California's Civil Local Rule 79.2(c) and the Protective Order in this action (ECF No. 194, incorporating the parties' Joint Motion for Entry of Protective Order (ECF No. 173)).  Plaintiffs explained that these materials contain or reference information that one or more of the Defendants previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order, or (2) reference non-public litigation matters.  *See* ECF No. 173 at ¶ 37 (requiring that filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).

Based on the motion and related materials, the Court hereby orders that the Motion to Exclude the Opinions of Dr. Kevin Murphy be sealed.

**IT IS SO ORDERED**.


Date: _____

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE