1  *s/ Patrick Ahern*
2  Ahern and Associates, P.C.
   8 South Michigan Ave., Suite 3600
3  Chicago, IL 60603
   (312) 404-3760
4  Patrick.j.ahern@ahernandassociatespc.com

5
   *Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*
6  [Additional Counsel Listed on Signature Page]

7

8

9  **UNITED STATES DISTRICT COURT**

10  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11  | IN RE: PACKAGED SEAFOOD | Case No. 3:15-md-02670-JLS-MDD |
12  | PRODUCTS ANTITRUST | MDL No. 2670 |
13  | LITIGATION | **PLAINTIFFS' MOTION TO SEAL (RE: MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST STARKIST CO.)** |

14

15

16  This document relates to:
   • Direct Action Plaintiff Winn-Dixie Stores, Inc.
17  • Direct Action Plaintiff Associated Wholesale Grocers, Inc.
18  • Direct Action Plaintiff W. Lee Flowers & Co.

   DATE:     [TBD]
   TIME:     [TBD]
   JUDGE:    Janis L. Sammartino
   CTRM:     4D

19

20

21

22

23

24

25

26

27

28

# **NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, pursuant to Southern District of California Civil Local Rule 79.2 and the Protective Order entered in this action (ECF No. 194, incorporating ECF No. 173), Plaintiffs move the Court for an order sealing their Motion for Partial Summary Judgment Against Defendant StarKist Co.


Dated: September 19, 2019             Respectfully submitted,


                                     *s/ Patrick Ahern*
                                     Ahern and Associates, P.C.
                                     8 South Michigan Ave., Suite 3600
                                     Chicago, IL 60603
                                     (312) 404-3760
                                     Patrick.j.ahern@ahernandassociatespc.com

                                     *Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

                                     *s/ Patrick J. Stueve*
                                     Patrick J. Stueve (KS 13847)
                                     Steve N. Six (KS 16151)
                                     C. Curtis Shank (KS 26306)
                                     STUEVE SIEGEL HANSON LLP
                                     460 Nichols Road, Suite 200
                                     Kansas City, Missouri 64112
                                     Telephone:  816-714-7100
                                     Facsimile:  816-714-7101
                                     stueve@stuevesiegel.com
                                     six@stuevesiegel.com
                                     shank@stuevesiegel.com

                                     *Counsel for Direct Action Plaintiff Associated Wholesale Grocers, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: s/ *Manton M. Grier*
Manton M. Grier (D.S.C. No. 2461)
Robert Y. Knowlton (D.S.C. No. 2380)
Elizabeth H. Black (D.S.C. No. 10088)
Mary C. Eldridge (D.S.C. No. 12540)
HAYNSWORTH SINKLER BOYD, P.A.
1201 Main Street
Suite 2200
P.O. Box 11889 (29211)
Columbia, South Carolina
Telephone: (803) 779-3080
Facsimile: (803) 765-1243
mgrier@hsblawfirm.com
bknowlton@hsblawfirm.com
eblack@hsblawfirm.com
meldridge@hsblawfirm.com

*Counsel for Direct Action Plaintiff W. Lee
Flowers & Co.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MOTION**

Pursuant to the Southern District of California's Civil Local Rule 79.2(c) and the Protective Order in this action (ECF No. 194, incorporating the parties' Joint Motion for Entry of Protective Order (ECF No. 173)), Plaintiffs seek to seal their Motion for Partial Summary Judgment Against Defendant StarKist Co. ("Motion for Summary Judgment") and the supporting Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment Against Defendant StarKist Co. (the "Memorandum of Points and Authorities") that contains or references information that one or more of the Defendants previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order, or (2) reference non-public litigation matters. *See* ECF No. 173 at ¶ 37 (requiring that filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).

Plaintiffs are filing a redacted version of their Motion for Summary Judgment in the public docket. Additionally, accompanying this Motion, is the associated "Sealed Lodged Proposed Documents" docket entry, in which Plaintiffs are filing the following documents: (1) an unredacted version of the Motion for Summary Judgment; and (2) an unredacted version of the Memorandum of Points and Authorities. Plaintiffs are contemporaneously lodging a proposed order with the Court.

Date: September 19, 2019                    Respectfully Submitted,


                                            *s/ Patrick Ahern*
                                            Ahern and Associates, P.C.
                                            8 South Michigan Ave., Suite 3600
                                            Chicago, IL 60603
                                            (312) 404-3760

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Patrick.j.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

*s/ Patrick J. Stueve*
Patrick J. Stueve (KS 13847)
Steve N. Six (KS 16151)
C. Curtis Shank (KS 26306)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:  816-714-7100
Facsimile:  816-714-7101
stueve@stuevesiegel.com
six@stuevesiegel.com
shank@stuevesiegel.com

*Counsel for Direct Action Plaintiff Associated Wholesale Grocers, Inc.*

By: *s/ Manton M. Grier*
Manton M. Grier (D.S.C. No. 2461)
Robert Y. Knowlton (D.S.C. No. 2380)
Elizabeth H. Black (D.S.C. No. 10088)
Mary C. Eldridge (D.S.C. No. 12540)
HAYNSWORTH SINKLER BOYD, P.A.
1201 Main Street
Suite 2200
P.O. Box 11889 (29211)
Columbia, South Carolina
Telephone: (803) 779-3080
Facsimile: (803) 765-1243
mgrier@hsblawfirm.com
bknowlton@hsblawfirm.com
eblack@hsblawfirm.com
meldridge@hsblawfirm.com

*Counsel for Direct Action Plaintiff W. Lee Flowers & Co.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: September 19, 2019          By: s/ *Patrick J. Ahern*

Ahern and Associates, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.j.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2019, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

By:   *s/ Patrick Ahern*
Ahern and Associates, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.j.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*