1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL (RE: MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST STARKIST CO.)**<br><br>Re: ECF No. |
|---|---|
| This document relates to:<br>• Direct Action Plaintiff Winn-Dixie Stores, Inc.<br>• Direct Action Plaintiff Associated Wholesale Grocers, Inc.<br>• Direct Action Plaintiff W. Lee Flowers & Co. | |

ORDER GRANTING PLS.' MOT. TO SEAL　　　　　　　　　　　CASE NO. 15-MD-2670-JLS-MDD

1    On September 19, 2019, Plaintiffs filed a motion asking to seal their Motion for Partial Summary Judgment Against Defendant StarKist Co. ("Motion for Summary Judgment") and the supporting Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment Against Defendant StarKist Co. (the "Memorandum of Points and Authorities") pursuant to the Southern District of California's Civil Local Rule 79.2(c) and the Protective Order in this action (ECF No. 194, incorporating the parties' Joint Motion for Entry of Protective Order (ECF No. 173)).  Plaintiffs explained that these materials contain or reference information that one or more of the Defendants previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order, or (2) reference non-public litigation matters. *See* ECF No. 173 at ¶ 37 (requiring that filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).

Based on the motion and related materials, the Court hereby orders that the Motion for Summary Judgment and supporting Memorandum of Points and Authorities be sealed.

**IT IS SO ORDERED**.

Date: _____

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE