1  *s/ Patrick Ahern*
   Ahern and Associates, P.C.
2  8 South Michigan Ave., Suite 3600
3  Chicago, IL 60603
   (312) 404-3760
4  Patrick.j.ahern@ahernandassociatespc.com
5
   *Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*
6  [Additional Counsel Listed on Signature Page]
7
8
9            **UNITED STATES DISTRICT COURT**
10       **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
11

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br><br>**PLAINTIFFS' MOTION TO SEAL (RE: STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST STARKIST CO.)**<br><br>DATE:  [TBD]<br>TIME:  [TBD]<br>JUDGE: Janis L. Sammartino<br>CTRM:  4D |
|---|---|
| This document relates to:<br>• Direct Action Plaintiff Winn-Dixie Stores, Inc.<br>• Direct Action Plaintiff Associated Wholesale Grocers, Inc.<br>• Direct Action Plaintiff W. Lee Flowers & Co. | |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Southern District of California Civil Local Rule 79.2 and the Protective Order entered in this action (ECF No. 194, incorporating ECF No. 173), Plaintiffs move the Court for an order sealing their Statement of Undisputed Facts in Support of Their Motion for Summary Judgment Against Defendant StarKist Co., as well as various exhibits filed with the Statement of Undisputed Facts.

Dated: September 19, 2019   Respectfully submitted,

*s/ Patrick Ahern*
Ahern and Associates, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.j.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

*s/ Patrick J. Stueve*
Patrick J. Stueve (KS 13847)
Steve N. Six (KS 16151)
C. Curtis Shank (KS 26306)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
stueve@stuevesiegel.com
six@stuevesiegel.com
shank@stuevesiegel.com

*Counsel for Direct Action Plaintiff*

*Associated Wholesale Grocers, Inc.*

By: s/ *Manton M. Grier*
Manton M. Grier (D.S.C. No. 2461)
Robert Y. Knowlton (D.S.C. No. 2380)
Elizabeth H. Black (D.S.C. No. 10088)
Mary C. Eldridge (D.S.C. No. 12540)
HAYNSWORTH SINKLER BOYD, P.A.
1201 Main Street
Suite 2200
P.O. Box 11889 (29211)
Columbia, South Carolina
Telephone: (803) 779-3080
Facsimile: (803) 765-1243
mgrier@hsblawfirm.com
bknowlton@hsblawfirm.com
eblack@hsblawfirm.com
meldridge@hsblawfirm.com

*Counsel for Direct Action Plaintiff W. Lee Flowers & Co.*

**MOTION**

Pursuant to the Southern District of California's Civil Local Rule 79.2(c) and the Protective Order in this action (ECF No. 194, incorporating the parties' Joint Motion for Entry of Protective Order (ECF No. 173)), Plaintiffs seek to seal their Statement of Undisputed Facts in Support of Their Motion for Summary Judgment Against Defendant StarKist Co. ("Statement of Facts") and supporting documents that contain or reference information that one or more of the Defendants previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order, or (2) reference non-public litigation matters. *See* ECF No. 173 at ¶ 37 (requiring that filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).

Plaintiffs are filing a redacted version of their Motion to Exclude in the public docket. Additionally, accompanying this Motion, is the associated "Sealed Lodged Proposed Documents" docket entry, in which Plaintiffs are filing the following documents: (1) an unredacted version of the Statement of Facts; and (2) unredacted versions of the exhibits referenced therein. Plaintiffs are contemporaneously lodging a proposed order with the Court.

Date: September 19, 2019                    Respectfully Submitted,

*s/ Patrick Ahern*
Ahern and Associates, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.j.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

| | |
|---|---|
| 1 | s/ *Patrick J. Stueve* |
| 2 | Patrick J. Stueve (KS 13847) |
|   | Steve N. Six (KS 16151) |
| 3 | C. Curtis Shank (KS 26306) |
| 4 | STUEVE SIEGEL HANSON LLP |
|   | 460 Nichols Road, Suite 200 |
| 5 | Kansas City, Missouri 64112 |
| 6 | Telephone: 816-714-7100 |
|   | Facsimile: 816-714-7101 |
| 7 | stueve@stuevesiegel.com |
| 8 | six@stuevesiegel.com |
|   | shank@stuevesiegel.com |

1   s/ *Patrick J. Stueve*
    Patrick J. Stueve (KS 13847)
2   Steve N. Six (KS 16151)
3   C. Curtis Shank (KS 26306)
    STUEVE SIEGEL HANSON LLP
4   460 Nichols Road, Suite 200
5   Kansas City, Missouri 64112
    Telephone: 816-714-7100
6   Facsimile: 816-714-7101
7   stueve@stuevesiegel.com
    six@stuevesiegel.com
8   shank@stuevesiegel.com

9
10  *Counsel for Direct Action Plaintiff Associated Wholesale Grocers, Inc.*

11
12  By: s/ *Manton M. Grier*
    Manton M. Grier (D.S.C. No. 2461)
13  Robert Y. Knowlton (D.S.C. No. 2380)
14  Elizabeth H. Black (D.S.C. No. 10088)
    Mary C. Eldridge (D.S.C. No. 12540)
15  HAYNSWORTH SINKLER BOYD, P.A.
    1201 Main Street
16  Suite 2200
17  P.O. Box 11889 (29211)
    Columbia, South Carolina
18  Telephone: (803) 779-3080
19  Facsimile: (803) 765-1243
    mgrier@hsblawfirm.com
20  bknowlton@hsblawfirm.com
21  eblack@hsblawfirm.com
    meldridge@hsblawfirm.com
22
23  *Counsel for Direct Action Plaintiff W. Lee Flowers & Co.*

24

25

26

27

28

**SIGNATURE ATTESTATION**

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: September 19, 2019           BY: s/ *Patrick Ahern*
                                    Ahern and Associates, P.C.
                                    8 South Michigan Ave., Suite 3600
                                    Chicago, IL 60603
                                    (312) 404-3760
                                    Patrick.j.ahern@ahernandassociatespc.com

                                    *Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2019, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

BY: *s/ Patrick Ahern*
Ahern and Associates, P.C.
8 South Michigan Ave., Suite 3600
Chicago, IL 60603
(312) 404-3760
Patrick.j.ahern@ahernandassociatespc.com

*Counsel for Direct Action Plaintiff Winn-Dixie Stores, Inc.*