# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br>• Direct Action Plaintiff Winn-Dixie Stores, Inc.<br>• Direct Action Plaintiff Associated Wholesale Grocers, Inc.<br>• Direct Action Plaintiff W. Lee Flowers & Co. | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL (RE: STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST STARKIST CO.)**<br><br>Re: ECF No. |

On September 19, 2019, Plaintiffs filed a motion asking to seal their Statement of Undisputed Facts in Support of Their Motion for Summary Judgment Against Defendant StarKist Co. ("Statement of Facts") and supporting documents pursuant to the Southern District of California's Civil Local Rule 79.2(c) and the Protective Order in this action (ECF No. 194, incorporating the parties' Joint Motion for Entry of Protective Order (ECF No. 173)). Plaintiffs explained that these materials contain or reference information that one or more of the Defendants previously designated as "Confidential" or "Highly-Confidential" under the terms of the Protective Order, or (2) reference non-public litigation matters. *See* ECF No. 173 at ¶ 37 (requiring that filings incorporating information containing "Confidential" or "Highly Confidential" material be filed under seal).

Based on the motion and related materials, the Court hereby orders that the Statement of Facts and exhibits referenced therein be sealed.

**IT IS SO ORDERED**.

Date: _____

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE