Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: 202.789.3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*Counsel for Commercial Food Preparer Plaintiffs and Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 JLS (MDD) |
|---|---|
| This Document Relates To:<br><br>All Commercial Food Preparer Plaintiff Actions | **COMMERCIAL FOOD PREPARER PLAINTIFFS' MOTION TO APPROVE NOTICE PLAN** |

Commercial Food Preparer Plaintiffs ("CFPs") respectfully move for the Court to approve the Notice Plan submitted by CFPs, Heffler Claims Group ("Heffler"), and Heffler legal notice expert Jeanne C. Finegan (attached hereto in the form of the Declaration of Jeanne C. Finegan, APR Concerning Class Member Notification and associated exhibits).

The Notice Plan describes the manner in which notice would be provided to class members, and the forms of notice that would be disseminated are attached thereto as exhibits. As required by Rule 23, Heffler's recommendations constitute the best notice practicable, and the notice documents are written in plain language. In summary, the Notice Plan includes the following components:

- Individual direct notice to be mailed to all known class members via U.S. First Class Mail;
- E-Newsletter display banner ad notice in specifically targeted e-magazines selected to reach Class Members;
- A press release across PR Newswires US1 Newslines;
- A dedicated informational website will be established on which the notices and other important Court documents will be posted, along with answers to frequently asked questions and updates on the status of the case; and
- A toll-free information line will be established by which Class Members can call 24/7 for more information about the Settlement, including, but not limited to, requesting copies of the Long Form Notice or Claim Form.

Accordingly, CFPs request that this Court approve the attached Notice Plan.

| | | |
|---|---|---|
| 1 | DATED: September 30, 2019 | Respectfully submitted, |
| 2 | | **CUNEO GILBERT & LADUCA, LLP** |
| 3 | | By: /s/ *Jonathan W. Cuneo* |
| 4 | | Jonathan W. Cuneo |
| | | Joel Davidow |
| 5 | | Blaine Finley |
| | | 4725 Wisconsin Ave. NW |
| 6 | | Suite 200 |
| | | Washington, DC 20016 |
| 7 | | Telephone: 202.789.3960 |
| | | Facsimile: 202.589.1813 |
| 8 | | jonc@cuneolaw.com |
| | | joel@cuneolaw.com |
| 9 | | bfinley@cuneolaw.com |

*Counsel for Commercial Food Preparer Plaintiffs and Class*

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2019, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

                                               */s/ Blaine Finley*
                                               Blaine Finley