Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha Stein (Cal. Bar. No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
Email:   mlehmann@hausfeld.com
Email:   bsweeney@hausfeld.com
Email:   clebsock@hausfeld.com
Email:   sstein@hausfeld.com

*Lead Counsel for the Direct Purchaser Plaintiffs Class*

[Other counsel listed on relevant Opposition briefs]

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br><br>**DECLARATION OF SAMANTHA J. STEIN (DATED NOV. 7, 2019) IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO VARIOUS SUMMARY JUDGMENT MOTIONS AND MOTIONS TO EXCLUDE** |
| This document relates to:<br>ALL TRACKS | JUDGE:   Janis L. Sammartino<br>CTRM:   4D |

I, Samantha J. Stein, declare as follows:

1.    I am an attorney at Hausfeld LLP, which represents the Direct Purchaser Plaintiffs class ("DPPs") in the above-captioned action. I submit this declaration in support of the Plaintiffs' Oppositions to:

- Motions for Summary Judgment filed by the "Parent Defendants" or "Parent Companies/Entities" in this case: Defendants Dongwon Industries ("DWI"), Thai Union Group ("TUG"), and Lion Capital, Lion (Americas), Inc., and Big Catch Cayman LP (together, the "Lion") (ECF Nos. 1973, 1998, and 2001);

- Defendants' Motion for Summary Judgment as to Plaintiffs' Private Label Claims (ECF No. 2015);

- Defendants' Motion for Summary Judgment on Statute of Limitation Grounds (Class Plaintiffs) (ECF No. 2007);

- Defendants' Motions to Exclude Testimony by Plaintiffs' Expert Economists (ECF No. 1981);

- Defendants' Motions to Exclude Testimony by the DPPs' expert, Gary Hamilton, Ph.D. (ECF No. 1967).

I make this declaration based on my personal knowledge and, if called, could testify hereto the following information.

2.    After Magistrate Judge Dembin ruled that Plaintiffs could not depose Dongwon's "apex" executive, Chairman Kim (ECF No. 1355), TUG's counsel (who is also counsel for Chicken of the Sea ("COSI")) told Plaintiffs that they would similarly file an "apex" letter if Plaintiffs sought to depose Cheng Niruttinanon.

3.    Below, I separate the relevant evidence into sections: (a) criminal case filings; (2) discovery responses; (3) documents produced in discovery or used in depositions; (4) deposition testimony; (5) expert reports; (6) miscellaneous

documents.  Where possible, I have highlighted the relevant portions of the exhibits for the Court's convenience.

## CRIMINAL CASE FILINGS

4.    Attached as Exhibit 1 is a true and correct copy of Bumble Bee Foods LLC's ("Bumble Bee") Plea Agreement with the United States Department of Justice ("DOJ").

5.    Attached as Exhibit 2 is a true and correct copy of StarKist Company's ("StarKist") Plea Agreement with the United States Department of Justice ("DOJ").

6.    Attached as Exhibit 3 is a true and correct copy of Walter Scott Cameron's Plea Agreement with the DOJ.  Mr. Cameron was Bumble Bee's former Senior Vice President of Sales.

7.    Attached as Exhibit 4 is a true and correct copy of Kenneth Worsham's Plea Agreement with the DOJ.  Mr. Worsham was Bumble Bee's former Senior Vice President of Trade Marketing.

8.    Attached as Exhibit 5 is a true and correct copy of Steve Hodge's Plea Agreement with the DOJ.  Mr. Hodge was StarKist's former Senior Vice President of Trade Marketing.

9.    Attached as Exhibit 6 is a true and correct copy of the Indictment issued by the Federal Grand Jury against Defendant Christopher Lischewski, Bumble Bee's CEO.

10.    Attached as Exhibit 7 is a true and correct copy of the Judgment entered against Bumble Bee in *United States v. Bumble Bee Foods, LLC*, No. 17-cr-0249-EMC, ECF No. 42 (N.D. Cal. Aug. 2, 2017).

11.    Attached as Exhibit 8 is a true and correct copy of the Department of Justice's Sentencing Memorandum in *United States v. Bumble Bee Foods, LLC*, No. 17-cr-0249-EMC, ECF No. 25 (N.D. Cal. July 31, 2017).

12.    Attached as Exhibit 9 is a true and correct copy of the Sentencing Hearing Transcript in *United States v. StarKist Co.*, No. 18-cr-00513-EMC (N.D. Cal. June 12, 2019).

## DISCOVERY RESPONSES

13.    Attached as Exhibit 10 is a true and correct copy of Bumble Bee's Fifth Supplemental Responses to Plaintiffs' Second Set of Interrogatories, Interrogatory No. 1, produced to Plaintiffs following the Court's Ruling on Bumble Bee's Objections to Magistrate Judge Dembin's Discovery Order. [FILED UNDER SEAL]

14.    Attached as Exhibit 11 is a true and correct copy of Defendant COSI's Second Supplemental Responses to Plaintiffs' Second Set of Interrogatories, Interrogatory No. 1. [FILED UNDER SEAL]

15.    Attached as Exhibit 12 is Defendant StarKist Co.'s Third Supplemental Objections and Responses To Plaintiffs' Second Set Of Interrogatories, Interrogatory No. 1. [FILED UNDER SEAL]

16.    Attached as Exhibit 13 is a true and correct copy of Lion Capital (Americas), Inc.'s Responses and Objections To Plaintiffs' First Set Of Requests For Admission. [FILED UNDER SEAL]

17.    Attached as Exhibit 14 is a true and correct copy of relevant excerpts of Defendant StarKist Co.'s Supplemental Objections and Responses to Plaintiffs' Amended Third Set of Interrogatories To StarKist Company. [FILED UNDER SEAL]

18.    Attached as Exhibit 15 is a consolidated exhibit containing true and correct copies of DWI's Rule 26(a)(1) Initial Disclosures served on Plaintiffs on September 29, 2017 and March 7, 2019, respectively. [FILED UNDER SEAL]

//

//

## DOCUMENTS PRODUCED IN DISCOVERY
## AND/OR USED AT DEPOSITION
### Relevant to Private Label Opposition

19.    Attached as Exhibit 16 is a true and correct copy of a document produced by StarKist in this litigation as SKC000177780. [FILED UNDER SEAL]

20.    Attached as Exhibit 17 is a true and correct copy of a document produced by StarKist in this litigation as SKC000177778. [FILED UNDER SEAL]

21.    Attached as Exhibit 18 is a true and correct copy of a document produced by Lion in this litigation as LION_00028159. [FILED UNDER SEAL]

22.    Attached as Exhibit 19 is a true and correct copy of a document produced by StarKist in this litigation as SKC001113176. [FILED UNDER SEAL]

23.    Attached as Exhibit 20 is a true and correct copy of excerpts of a presentation produced by Bumble Bee in this litigation as BB_Civil_001233703. [FILED UNDER SEAL]

24.    Attached as Exhibit 21 is a true and correct copy of excerpts of a presentation produced by Bumble Bee in this litigation as BB_Civil_000041353. [FILED UNDER SEAL]

25.    Attached as Exhibit 22 is a true and correct copy of a document produced by StarKist in this litigation as SKC000534929. [FILED UNDER SEAL]

26.    Attached as Exhibit 23 is a true and correct copy of a document produced by StarKist in this litigation as SKC000189763. [FILED UNDER SEAL]

27.    Attached as Exhibit 24 is a true and correct copy of document

1    produced by StarKist in this litigation SKC000020655. [FILED UNDER SEAL]

2          28.    Attached as Exhibit 25 is a true and correct copy of the metadata

3    associated with SKC000020655. [FILED UNDER SEAL]

4          29.    Attached as Exhibit 26 is a true and correct copy of a document

5    produced by StarKist in this litigation as SKC000447307, marked as Plaintiffs'

6    Exhibit 1060. [FILED UNDER SEAL]

7          30.    Attached as Exhibit 27 is a true and correct copy of a document

8    produced by StarKist in this litigation as SKC000726030. [FILED UNDER

9    SEAL]

10         31.    Attached as Exhibit 28 is a true and correct copy of a document

11   produced by StarKist in this litigation as SKC000834067. [FILED UNDER

12   SEAL]

13         32.    Attached as Exhibit 29 is a true and correct copy of a document

14   produced by StarKist in this litigation as SKC001235899 marked as Plaintiffs'

15   Exhibit 645. [FILED UNDER SEAL]

16         33.    Attached as Exhibit 30 is a true and correct copy of a document

17   produced by Bumble Bee in this litigation as BB_Civil_000181629. [FILED

18   UNDER SEAL]

19         34.    Attached as Exhibit 31 is a true and correct copy of a document

20   produced by Bumble Bee in this litigation as BB_Civil_000355406. [FILED

21   UNDER SEAL]

22         35.    Attached as Exhibit 32 is a true and correct copy of a document

23   produced by Bumble Bee in this litigation as BB_Civil_000579684. [FILED

24   UNDER SEAL]

25         36.    Attached as Exhibit 33 is a true and correct copy of a document

26   produced by Bumble Bee in this litigation as BB_Civil_000578777. [FILED

27   UNDER SEAL]

28

37.     Attached as Exhibit 34 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000581763. [FILED UNDER SEAL]

38.     Attached as Exhibit 35 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000353289. [FILED UNDER SEAL]

39.     Attached as Exhibit 36 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000353925. [FILED UNDER SEAL]

40.     Attached as Exhibit 37 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000465424. [FILED UNDER SEAL]

41.     Attached as Exhibit 38 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000163997. [FILED UNDER SEAL]

42.     Attached as Exhibit 39 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000145777. [FILED UNDER SEAL]

43.     Attached as Exhibit 40 is a true and correct copy of a document produced by StarKist in this litigation as SKC000977460. [FILED UNDER SEAL]

44.     Attached as Exhibit 41 is a true and correct copy of a document produced by StarKist in this litigation as SKC000101842. [FILED UNDER SEAL]

**Relevant to Parent Entities' MSJ Opposition**

45.     Attached as Exhibit 42 is a true and correct copy of a document produced by DWI in this litigation as DWI_000011469. [FILED UNDER

SEAL]

46.     Attached as Exhibit 43 is a true and correct copy of a page on Dongwon's website, marked as Exhibit 1351E. [FILED UNDER SEAL]

47.     Attached as Exhibit 44 is a true and correct copy of a document produced by DWI in this litigation as DWI_000010211, marked as Exhibit 1348. [FILED UNDER SEAL]

48.     Attached as Exhibit 45 is a true and correct copy of a document provided by DWI during its 30(b)(6), marked as Exhibit 1343. [FILED UNDER SEAL]

49.     Attached as Exhibit 46 is a true and correct copy a document produced by DWI in this litigation as DWI_000099337. [FILED UNDER SEAL]

50.     Attached as Exhibit 47 is a true and correct copy of relevant excerpts of a document produced by DWI in this litigation as DWI_000099350. [FILED UNDER SEAL]

51.     Attached as Exhibit 48 is a true and correct copy of a document produced by StarKist in this litigation as STAR000034808 and marked as Exhibit 1742. [FILED UNDER SEAL]

52.     Attached as Exhibit 49 is a true and correct copy a document produced by DWI in this litigation as DWI_000105158. [FILED UNDER SEAL]

53.     Attached as Exhibit 50 is a true and correct copy of a document produced by StarKist in this litigation as SKC000130868. [FILED UNDER SEAL]

54.     Attached as Exhibit 51 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000359006. [FILED UNDER SEAL]

55.     Attached as Exhibit 52 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000282206. [FILED UNDER SEAL]

56.     Attached as Exhibit 53 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000018083. [FILED UNDER SEAL]

57.     Attached as Exhibit 54 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000157400. [FILED UNDER SEAL]

58.     Attached as Exhibit 55 is a true and correct copy of excerpts of a document produced by COSI in this litigation as COSI-CIV-000037373. [FILED UNDER SEAL]

59.     Attached as Exhibit 56 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000008356. [FILED UNDER SEAL]

60.     Attached as Exhibit 57 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000008707. [FILED UNDER SEAL]

61.     Attached as Exhibit 58 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000004237. [FILED UNDER SEAL]

62.     Attached as Exhibit 59 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-00035147. [FILED UNDER SEAL]

63.     Attached as Exhibit 60 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-00035676. [FILED UNDER SEAL]

64.     Attached as Exhibit 61 is a true and correct copy of excerpts of a document produced by TUG in this litigation as TUG_CIV-000046108. [FILED UNDER SEAL]

65.     Attached as Exhibit 62 is a true and correct copy of excerpts of a document produced by Eric Lindberg in this litigation as LINDBERG_0007, marked as Exhibit 1690. [FILED UNDER SEAL]

66.     Attached as Exhibit 63 is a true and correct copy of a document produced by Lion in this litigation as LION_00064767. [FILED UNDER SEAL]

67.     Attached as Exhibit 64 is a true and correct copy of a document produced by Lion in this litigation as LION_00064766. [FILED UNDER SEAL]

68.     Attached as Exhibit 65 is a true and correct copy of a document produced by Lion in this litigation as LION_00039903. [FILED UNDER SEAL]

69.     Attached as Exhibit 66 is a true and correct copy of a document produced by Lion in this litigation as LION_00040180. [FILED UNDER SEAL]

70.     Attached as Exhibit 67 is a true and correct copy of a document produced by Lion in this litigation as LION_00060041. [FILED UNDER SEAL]

71.     Attached as Exhibit 68 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000346150. [FILED UNDER SEAL]

72.     Attached as Exhibit 69 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_001006147. [FILED UNDER SEAL]

73.

74.     Attached as Exhibit 70 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_001238303. [FILED UNDER SEAL]

75.     Attached as Exhibit 71 is a true and correct copy of a document

produced by Bumble Bee in this litigation as BB_Civil_00832876. [FILED UNDER SEAL]

76.   Attached as Exhibit 72 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000832878. [FILED UNDER SEAL]

77.   Attached as Exhibit 73 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000838840. [FILED UNDER SEAL]

78.   Attached as Exhibit 74 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000840314. [FILED UNDER SEAL]

79.   Attached as Exhibit 75 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_001382952. [FILED UNDER SEAL]

80.   Attached as Exhibit 76 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000543115. [FILED UNDER SEAL]

81.   Attached as Exhibit 77 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_001017191. [FILED UNDER SEAL]

82.   Attached as Exhibit 78 is a true and correct copy of a document produced by Lion in this litigation as LION_00014788. [FILED UNDER SEAL]

83.   Attached as Exhibit 79 is a true and correct copy of a document produced by Lion in this litigation as LION_00017460. [FILED UNDER SEAL]

84.   Attached as Exhibit 80 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_001023830. [FILED UNDER SEAL]

85.    Attached as Exhibit 81 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000913684. [FILED UNDER SEAL]

86.    Attached as Exhibit 82 is a true and correct copy of a document produced by DWI in this litigation as DWI_000001717. [FILED UNDER SEAL]

87.    Attached as Exhibit 83 is a true and correct copy of relevant excerpts of a document produced by Bumble Bee in this litigation as BB_Civil_000021857. [FILED UNDER SEAL]

88.    Attached as Exhibit 84 is a true and correct copy of a document produced by Lion in this litigation as LION_00028067. [FILED UNDER SEAL]

89.    Attached as Exhibit 85 is a true and correct copy of a document produced by DWI in this litigation as DWI_000074946. [FILED UNDER SEAL]

90.    Attached as Exhibit 86 is a true and correct copy of a document produced by Lion in this litigation as LION_00028076. [FILED UNDER SEAL]

91.    Attached as Exhibit 87 is a true and correct copy of a document produced by Lion in this litigation as LION_00043697. [FILED UNDER SEAL]

92.    Attached as Exhibit 88 is a true and correct copy of a document produced by Lion in this litigation as LION_00006953. [FILED UNDER SEAL]

93.    Attached as Exhibit 89 is a true and correct copy of a document produced by DWI in this litigation as DWI_000027408 with a certified translation from Korean into English. [FILED UNDER SEAL]

94.    Attached as Exhibit 90 is a true and correct copy of a document produced by Lion in this litigation as LION_00027495. [FILED UNDER SEAL]

95.    Attached as Exhibit 91 is a true and correct copy of a document produced by Lion in this litigation as LION_00049319. [FILED UNDER SEAL]

96.   Attached as Exhibit 92 is a true and correct copy of a document produced by Lion in this litigation as LION_00027491. [FILED UNDER SEAL]

97.   Attached as Exhibit 93 is a true and correct copy of a document produced by DWI in this litigation as DWI_000127528 with a certified translation from Korean into English. [FILED UNDER SEAL]

98.   Attached as Exhibit 94 is a true and correct copy of a document produced by Lion in this litigation as LION_00039010. [FILED UNDER SEAL]

99.   Attached as Exhibit 95 is a true and correct copy of a document produced by Lion in this litigation as LION_00028099. [FILED UNDER SEAL]

100.  Attached as Exhibit 96 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000025786. [FILED UNDER SEAL]

101.  Attached as Exhibit 97 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000354168. [FILED UNDER SEAL]

102.  Attached as Exhibit 98 is a true and correct copy of a document produced by DWI in this litigation as DWI_000013573. [FILED UNDER SEAL]

103.  Attached as Exhibit 99 is a true and correct copy of a document produced by DWI in this litigation as DWI_000001066 with a certified translation from Korean into English. [FILED UNDER SEAL]

104.  Attached as Exhibit 100 is a true and correct copy of a document produced by DWI in this litigation as DWI_000068834 with a certified translation from Korean into English. [FILED UNDER SEAL]

105.  Attached as Exhibit 101 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000155044. [FILED UNDER SEAL]

106.   Attached as Exhibit 102 is a true and correct copy of relevant excerpts of a document produced by COSI in this litigation as COSI-CIV-0001655160. [FILED UNDER SEAL]

107.   Attached as Exhibit 103 is a true and correct copy of a document produced by StarKist in this litigation as SKC000270832. [FILED UNDER SEAL]

108.   Attached as Exhibit 104 is a true and correct copy of a document produced by StarKist in this litigation as SKC000047979. [FILED UNDER SEAL]

109.   Attached as Exhibit 105 is a true and correct copy of a document produced by StarKist in this litigation as SKC000183530. [FILED UNDER SEAL]

110.   Attached as Exhibit 106 is a true and correct copy of a document produced by StarKist in this litigation as SKC000532280. [FILED UNDER SEAL]

111.   Attached as Exhibit 107 is a true and correct copy of a document produced by StarKist in this litigation as SKC000183634. [FILED UNDER SEAL]

112.   Attached as Exhibit 108 is a true and correct copy of a document produced by Lion in this litigation as LION_00037736. [FILED UNDER SEAL]

113.   Attached as Exhibit 109 is a true and correct copy of a document produced by Lion in this litigation as LION_00035624. [FILED UNDER SEAL]

114.   Attached as Exhibit 110 is a true and correct copy of a document produced by Lion in this litigation as LION_00049327. [FILED UNDER SEAL]

115.   Attached as Exhibit 111 is a true and correct copy of a document produced by produced by Lion in this litigation as LION_00045614. [FILED UNDER SEAL]

116.   Attached as Exhibit 112 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_001189703. [FILED UNDER SEAL]

117.   Attached as Exhibit 113 is a true and correct copy of a document produced by StarKist in this litigation as SKC000094655. [FILED UNDER SEAL]

118.   Attached as Exhibit 114 is a true and correct copy of a document produced by Lion in this litigation as LION_00049495. [FILED UNDER SEAL]

119.   Attached as Exhibit 115 is a true and correct copy of relevant excerpts of a document produced by StarKist in this litigation as SKC000924814. [FILED UNDER SEAL]

120.   Attached as Exhibit 116 is a true and correct copy of a document produced by StarKist in this litigation as SKC000715897. [FILED UNDER SEAL]

121.   Attached as Exhibit 117 is a true and correct copy of relevant excerpts of a document produced by Lion in this litigation as LION_00035738. [FILED UNDER SEAL]

122.   Attached as Exhibit 118 is a true and correct copy of a document produced by Lion in this litigation as LION_00002422. [FILED UNDER SEAL]

123.   Attached as Exhibit 119 is a true and correct copy of relevant excerpts of a document produced by StarKist in this litigation as SKC0000594811. [FILED UNDER SEAL]

124.   Attached as Exhibit 120 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000155081. [FILED UNDER SEAL]

125.   Attached as Exhibit 121 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000001547. [FILED UNDER

SEAL]

126.   Attached as Exhibit 122 is a true and correct copy of a document produced by Lion in this litigation as LION_00012609. [FILED UNDER SEAL]

127.   Attached as Exhibit 123 is a true and correct copy of a document produced by Lion in this litigation as LION_00003484. [FILED UNDER SEAL]

128.   Attached as Exhibit 124 is a true and correct copy of a document produced by Lion in this litigation as LION_00037884. [FILED UNDER SEAL]

129.   Attached as Exhibit 125 is a true and correct copy of a document produced by Lion in this litigation as LION_00003886. [FILED UNDER SEAL]

130.   Attached as Exhibit 126 is a true and correct copy of a document produced by StarKist in this litigation as SKC000197306. [FILED UNDER SEAL]

131.   Attached as Exhibit 127 is a true and correct copy of a document produced by Lion in this litigation as LION_00025952. [FILED UNDER SEAL]

132.   Attached as Exhibit 128 is a true and correct copy of a document produced by Lion in this litigation as LION_00012614. [FILED UNDER SEAL]

133.   Attached as Exhibit 129 is a true and correct copy of a document produced by Lion in this litigation as LION_00046509. [FILED UNDER SEAL]

134.   Attached as Exhibit 130 is a true and correct copy of a document produced by Lion in this litigation as LION_00046511. [FILED UNDER SEAL]

135.   Attached as Exhibit 131 is a true and correct copy of a document produced by Lion in this litigation as LION_00001670. [FILED UNDER SEAL]

136.   Attached as Exhibit 132 is a true and correct copy of a document produced by DWI in this litigation as DWI_000099603 with a certified translation from Korean into English. [FILED UNDER SEAL]

137.   Attached as Exhibit 133 is a true and correct copy of a document produced by Lion in this litigation as LION_00001617. [FILED UNDER SEAL]

138.   Attached as Exhibit 134 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000155096. [FILED UNDER SEAL]

139.   Attached as Exhibit 135 is a true and correct copy of a document produced by StarKist in this litigation as SKC000253374. [FILED UNDER SEAL]

140.   Attached as Exhibit 136 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000155104. [FILED UNDER SEAL]

141.   Attached as Exhibit 137 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV000002587. [FILED UNDER SEAL]

142.   Attached as Exhibit 138 is a true and correct copy of a document produced by Lion in this litigation as LION_00000341. [FILED UNDER SEAL]

143.   Attached as Exhibit 139 is a true and correct copy of a document produced by Lion in this litigation as LION_00049863. [FILED UNDER SEAL]

144.   Attached as Exhibit 140 is a true and correct copy of a document produced by DWI in this litigation as DWI_000001002 with a certified translation from Korean into English. [FILED UNDER SEAL]

145.   Attached as Exhibit 141 is a true and correct copy of a document produced by Lion in this litigation as LION_00002564. [FILED UNDER SEAL]

146.   Attached as Exhibit 142 is a true and correct copy of a document produced by DWI in this litigation as DWI_000009778 with a certified translation from Korean into English. [FILED UNDER SEAL]

147.   Attached as Exhibit 143 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000253604. [FILED UNDER SEAL]

148.   Attached as Exhibit 144 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000014687. [FILED UNDER SEAL]

149.   Attached as Exhibit 145 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000349602. [FILED UNDER SEAL]

150.   Attached as Exhibit 146 is a true and correct copy of a document produced by DWI in this litigation as DWI_000066645 with a certified translation from Korean into English. [FILED UNDER SEAL]

151.   Attached as Exhibit 147 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000149177. [FILED UNDER SEAL]

152.   Attached as Exhibit 148 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000350330. [FILED UNDER SEAL]

153.   Attached as Exhibit 149 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_000092771. [FILED UNDER SEAL]

154.   Attached as Exhibit 150 is a true and correct copy of a document produced by DWI in this litigation as DWI_000005709 with a certified translation from Korean into English. [FILED UNDER SEAL]

155.   Attached as Exhibit 151 is a true and correct copy of a document produced by StarKist in this litigation as SKC000340261. [FILED UNDER SEAL]

156.   Attached as Exhibit 152 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000176981. [FILED UNDER SEAL]

157.  Attached as Exhibit 153 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000028430. [FILED UNDER SEAL]

158.  Attached as Exhibit 154 is a true and correct copy of a page on Dongwon's website, marked as Exhibit 1350. [FILED UNDER SEAL]

159.  Attached as Exhibit 155 is a true and correct copy of a document produced by DWI in this litigation as DWI_000077081. [FILED UNDER SEAL]

160.  Attached as Exhibit 156 is a true and correct copy of a document produced by StarKist in this litigation as STAR000050454. [FILED UNDER SEAL]

161.  Attached as Exhibit 157 is a true and correct copy of a document produced by DWI in this litigation as DWI_000072844. [FILED UNDER SEAL]

162.  Attached as Exhibit 158 is a true and correct copy of a document produced by StarKist in this litigation as STAR000015892. [FILED UNDER SEAL]

163.  Attached as Exhibit 159 is a true and correct copy of a document produced by StarKist in this litigation as STAR000020310. [FILED UNDER SEAL]

164.  Attached as Exhibit 160 is a true and correct copy of a document produced by StarKist in this litigation as SKC001173226. [FILED UNDER SEAL]

165.  Attached as Exhibit 161 is a true and correct copy of a document produced by StarKist in this litigation as SKC000715664. [FILED UNDER SEAL]

166.  Attached as Exhibit 162 is a true and correct copy of a document produced by DWI in this litigation as DWI_000010173. [FILED UNDER SEAL]

167.   Attached as Exhibit 163 is a true and correct copy of a document produced by StarKist in this litigation as SKC000408111. [FILED UNDER SEAL]

168.   Attached as Exhibit 164 is a true and correct copy of a document produced by StarKist in this litigation as SKC000370009. [FILED UNDER SEAL]

169.   Attached as Exhibit 165 is a true and correct copy of a document produced by StarKist in this litigation as SKC000559101. [FILED UNDER SEAL]

170.   Attached as Exhibit 166 is a true and correct copy of a document produced by StarKist in this litigation as SKC000991681. [FILED UNDER SEAL]

171.   Attached as Exhibit 167 is a true and correct copy of a document produced by DWI in this litigation as DWI_000014276E. [FILED UNDER SEAL]

172.   Attached as Exhibit 168 is a true and correct copy of a document produced by DWI in this litigation as SKC000623391. [FILED UNDER SEAL]

173.   Attached as Exhibit 169 is a true and correct copy of a document produced by DWI in this litigation as DWI_000064741. [FILED UNDER SEAL]

174.   Attached as Exhibit 170 is a true and correct copy of a document produced by DWI in this litigation as DWI_000038968. [FILED UNDER SEAL]

175.   Attached as Exhibit 171 is a true and correct copy of a document produced by StarKist in this litigation as SKC000794925. [FILED UNDER SEAL]

176.   Attached as Exhibit 172 is a true and correct copy of a document

1  produced by DWI in this litigation as DWI_000037129. [FILED UNDER
2  SEAL]

3      177.   Attached as Exhibit 173 is a true and correct copy of a document
4  produced by StarKist in this litigation as STAR000050555. [FILED UNDER
5  SEAL]

6      178.   Attached as Exhibit 174 is a true and correct copy of a document
7  produced by StarKist in this litigation as SKC000532280. [FILED UNDER
8  SEAL]

9      179.   Attached as Exhibit 175 is a true and correct copy of a document
10  produced by StarKist in this litigation as SKC000272632. [FILED UNDER
11  SEAL]

12      180.   Attached as Exhibit 176 is a true and correct copy of a document
13  produced by StarKist in this litigation as SKC001134237. [FILED UNDER
14  SEAL]

15      181.   Attached as Exhibit 177 is a true and correct copy of a document
16  produced by DWI in this litigation as DWI_000006804. [FILED UNDER
17  SEAL]

18      182.   Attached as Exhibit 178 is a true and correct copy of a document
19  produced by DWI in this litigation as DWI_000119322 with a certified
20  translation from Korean into English. [FILED UNDER SEAL]

21      183.   Attached as Exhibit 179 is a true and correct copy of relevant excerpts
22  of a document produced by COSI this litigation as COSI-CIV-000145777.
23  [FILED UNDER SEAL]

24      184.   Attached as Exhibit 180 is a true and correct copy of relevant excerpts
25  of a document produced by COSI this litigation as COSI-CIV-000144724.
26  [FILED UNDER SEAL]

27      185.   Attached as Exhibit 181 is a true and correct copy of relevant excerpts
28

of a document produced by COSI in this litigation as COSI-CIV-000637397. [FILED UNDER SEAL]

186.   Attached as Exhibit 182 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000006125. [FILED UNDER SEAL]

187.   Attached as Exhibit 183 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000022469. [FILED UNDER SEAL]

188.   Attached as Exhibit 184 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000022415. [FILED UNDER SEAL]

189.   Attached as Exhibit 185 is a true and correct copy of a document produced by TUG in this litigation as TUG_CIV-000006132. [FILED UNDER SEAL]

190.   Attached as Exhibit 186 is a true and correct copy of a document marked as Exhibit 842 during depositions. [FILED UNDER SEAL]

191.   Attached as Exhibit 187 is a true and correct copy of a document produced by Lion in this litigation as LION_00015274. [FILED UNDER SEAL]

192.   Attached as Exhibit 188 is a true and correct copy of a document produced by Lion in this litigation as LION_00055114. [FILED UNDER SEAL]

193.   Attached as Exhibit 189 is a true and correct copy of relevant excerpts of a document produced by Bumble Bee in this litigation as BB_Civil_000043907. [FILED UNDER SEAL]

194.   Attached as Exhibit 190 is a true and correct copy of a document produced by Lion in this litigation as LION_00002904. [FILED UNDER SEAL]

195.   Attached as Exhibit 191 is a true and correct copy of a document produced by Lion in this litigation as LION_00040095. [FILED UNDER SEAL]

196.  Attached as Exhibit 192 is a true and correct copy of a document produced by COSI in this litigation as COSI-CIV-000353383. [FILED UNDER SEAL]

197.  Attached as Exhibit 193 is a true and correct copy of a document produced by Lion in this litigation as LION_00066239. [FILED UNDER SEAL]

198.  Attached as Exhibit 194 is a true and correct copy of a document produced by Lion in this litigation as LION_00003933. [FILED UNDER SEAL]

199.  Attached as Exhibit 195 is a true and correct copy of a document produced by Lion in this litigation as LION_00049861. [FILED UNDER SEAL]

200.  Attached as Exhibit 196 is a true and correct copy of a document produced by Bumble Bee in this litigation as BB_Civil_001030929. [FILED UNDER SEAL]

201.  Attached as Exhibit 197 is a true and correct copy of a document produced by StarKist in this litigation as SKC000024684. [FILED UNDER SEAL]

## DEPOSITION TRANSCRIPTS

### Relevant to Private Label Opposition

202.  Attached as Exhibit 198 is a true and correct copy of excerpts of the deposition of Daniel Nestojko (Bumble Bee). [FILED UNDER SEAL]

203.  Attached as Exhibit 199 is a true and correct copy of excerpts of the deposition of Don Binotto (StarKist). [FILED UNDER SEAL]

204.  Attached as Exhibit 200 is a true and correct copy of excerpts of the deposition of Kevin Bixler (COSI). [FILED UNDER SEAL]

205.  Attached as Exhibit 201 is a true and correct copy of excerpts of the deposition of Jan Tharp (BB/SK). [FILED UNDER SEAL]

206.  Attached as Exhibit 202 is a true and correct copy of excerpts of the deposition of Chris Lischewski (3/17/15). [FILED UNDER SEAL]

207.   Attached as Exhibit 203 is a true and correct copy of the excerpts of the deposition of Andras Mecs (StarKist 30(b)(6)). [FILED UNDER SEAL]

208.   Attached as Exhibit 204 is a true and correct copy of the excerpts of the deposition of Deb Mastny (Bumble Bee). [FILED UNDER SEAL]

209.   Attached as Exhibit 205 is a true and correct copy of the excerpts of the deposition of Steve Hodge (StarKist). [FILED UNDER SEAL]

210.   Attached as Exhibit 206 is a true and correct copy of the excerpts of the deposition of Don Gallagher [FILED UNDER SEAL]

211.   Attached as Exhibit 207 is a true and correct copy of the excerpts of the deposition of Bruce Reynolds (COSI). [FILED UNDER SEAL]

212.   Attached as Exhibit 208 is a true and correct copy of the excerpts of the deposition of Darren Parsons (COSI 30(b)(6)). [FILED UNDER SEAL]

213.   Attached as Exhibit 209 is a true and correct copy of the excerpts of the deposition of Joerg Ayrle (TUG 30(b)(6)). [FILED UNDER SEAL]

214.   Attached as Exhibit 210 is a true and correct copy of the excerpts of the deposition of Andrew Choe (StarKist). [FILED UNDER SEAL]

215.   Attached as Exhibit 211 is a true and correct copy of the excerpts of the deposition of Moonsu Park. [FILED UNDER SEAL]

216.   Attached as Exhibit 212 is a true and correct copy of the excerpts of the deposition of DWI 30(b)(6) Myoung Woo Lee.  [FILED UNDER SEAL]

217.   Attached as Exhibit 213 is a true and correct copy of the excerpts of the deposition of Pil Kyu Shin. [FILED UNDER SEAL]

218.   Attached as Exhibit 214 is a true and correct copy of the excerpts of the deposition of Bob Blatt. [FILED UNDER SEAL]

219.   Attached as Exhibit 215 is a true and correct copy of the excerpts of the deposition of Shue Wing Chan (COSI). [FILED UNDER SEAL]

220.   Attached as Exhibit 216 is a true and correct copy of the excerpts of

1    the deposition of Eric Lindberg (Lion). [FILED UNDER SEAL]

2        221.   Attached as Exhibit 217 is a true and correct copy of the excerpts of

3    the deposition of Jeff Chang (Lion). [FILED UNDER SEAL]

4        222.   Attached as Exhibit 218 is a true and correct copy of the excerpts of

5    the deposition of Jacob Capps (Lion). [FILED UNDER SEAL]

6        223.   Attached as Exhibit 219 is a true and correct copy of the excerpts of

7    the deposition of Christopher Lischewski (BB). [FILED UNDER SEAL]

8        224.   Attached as Exhibit 220 is a true and correct copy of the excerpts of

9    the deposition of Walter Scott Cameron (BB). [FILED UNDER SEAL]

10       225.   Attached as Exhibit 221 is a true and correct copy of the excerpts of

11   the deposition of Ingu Park. [FILED UNDER SEAL]

12       226.   Attached as Exhibit 222 is a true and correct copy of the excerpts of

13   the deposition of Thiraphong Chansiri (TUG). [FILED UNDER SEAL]

14       227.   Attached as Exhibit 223 is a true and correct copy of the excerpts of

15   the deposition of Ken Worsham (BB). [FILED UNDER SEAL]

16       228.   Attached as Exhibit 224 is a true and correct copy of the excerpts of

17   the deposition of BB 30(b)(6) (Hofmeister). [FILED UNDER SEAL]

18       229.   Attached as Exhibit 225 is a true and correct copy of the excerpts of

19   the deposition of In-Soo Cho (SK). [FILED UNDER SEAL]

20       230.   Attached as Exhibit 226 is a true and correct copy of the excerpts of

21   the deposition of TUG (30(b)(6) (Wongpiya). [FILED UNDER SEAL]

22       231.   Attached as Exhibit 227 is a true and correct copy of the excerpts of

23   the deposition of Michael Moore Ph.D. [FILED UNDER SEAL]

24       232.   Attached as Exhibit 228 is a true and correct copy of the excerpts of

25   the deposition of Randal Heeb Ph.D. [FILED UNDER SEAL]

26       233.   Attached as Exhibit 229 is a true and correct copy of the excerpts of

27   the deposition of Nam-jung Kim. [FILED UNDER SEAL]

28

234.   Attached as Exhibit 230 is a true and correct copy of the excerpts of the deposition of Bob Roberts (SK). [FILED UNDER SEAL]

235.   Attached as Exhibit 231 is a true and correct copy of the excerpts of the deposition of (BB (30(b)(6) (Hughes). [FILED UNDER SEAL]

236.   Attached as Exhibit 232 is a true and correct copy of the excerpts of the deposition of (DWI 30(b)(6) (Sang-Woo Choi) Dep.) [FILED UNDER SEAL]

### Relevant to Opposition to Motion to Exclude Dr. Hamilton

237.   Attached as Exhibit 233 is a true and correct copy of the excerpted deposition of Gary Hamilton Ph.D. [FILED UNDER SEAL]

### Relevant to Opposition to Motion to Exclude Plaintiffs' Economists

238.   Attached as Exhibit 234 is a true and correct copy of the excerpts of the deposition of Dennis Carlton Ph.D. [FILED UNDER SEAL]

239.   Attached as Exhibit 235 is Deposition of Gareth Macartney (4/16/2019)). [FILED UNDER SEAL]

240.   Attached as Exhibit 236 is Deposition of Gareth Macartney (8/1/2019)). [FILED UNDER SEAL]

241.   Attached as Exhibit 237 is a true and correct copy of the excerpted deposition of Janusz Ordover Ph.D. [FILED UNDER SEAL]

242.   Attached as Exhibit 238 is a true and correct copy of the excerpted deposition of David Sunding Ph.D (Class Cert Dep.). [FILED UNDER SEAL]

243.   Attached as Exhibit 239 is a true and correct copy of the excerpted deposition of David Sunding Ph.D (Merits Dep.). [FILED UNDER SEAL]

### EXPERT REPORTS

244.   Attached as Exhibit 240 is a true and correct copy of the Supplemental Declaration of Russell Mangum, Ph.D. in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Private Label

1 Claims. [FILED UNDER SEAL]

2 245. Attached as Exhibit 241 is a true and correct copy of Dr. Russell

3 Mangum's Merits Report (MMR). [FILED UNDER SEAL]

4 246. Attached as Exhibit 242 is a true and correct copy of Dr. Russell

5 Mangum's Merits Reply Report - Amended (MMRR). [FILED UNDER SEAL]

6 247. Attached as Exhibit 243 is a true and correct copy of the Report of

7 Dr. Randal Heeb (Chicken of the Sea). [FILED UNDER SEAL]

8 248. Attached as Exhibit 244 is a true and correct copy of the Opening

9 Report of Gary Hamilton Ph.D. [FILED UNDER SEAL]

10 249. Attached as Exhibit 245 is a true and correct copy of the Rebuttal

11 Report of Gary Hamilton Ph.D. [FILED UNDER SEAL]

12 250. Attached as Exhibit 246 is a true and correct copy of the Opening

13 Report of Marianne DeMario. [FILED UNDER SEAL]

14 251. Attached as Exhibit 247 is a true and correct copy of the Rebuttal

15 Report of Marianne DeMario. [FILED UNDER SEAL]

16 252. Attached as Exhibit 248 is a true and correct copy of the Report of

17 Arthur Laby. [FILED UNDER SEAL]

18 253. Attached as Exhibit 249 is a true and correct copy of the Corrected

19 Expert Report of Gareth Macartney (4/19/19). [FILED UNDER SEAL]

20 254. Attached as Exhibit 250 a true and correct copy of the Rebuttal

21 Expert Report of Gareth Macartney (7/2/19)) [FILED UNDER SEAL]

22 255. Attached as Exhibit 251 is a true and correct copy of relevant excerpts

23 of the Report of Janusz Ordover Ph.D. - corrected [FILED UNDER SEAL]

24 256. Attached as Exhibit 252 is a true and correct copy of relevant excerpts

25 of the Report of Michael Moore, Ph.D. [FILED UNDER SEAL]

26 **MISCELLANEOUS**

27 257. Attached as Exhibit 253 is a true and correct copy of excerpts of

28

Daniel L. Rubinfeld, "Quantitative Methods in Antitrust," Issues in Competition Law and Policy 723, 742 (ABA Section of Antitrust Law, 2008).

258.   Attached as Exhibit 254 is a true and correct copy of a compilation of economic texts and articles including Dennis Carlton and Jeffrey Perloff, *Modern Industrial Organization* (4th Ed. 2005); David Genesove and Wallace P. Mullin, "Rules, Communication, and Collusion: Narrative Evidence from the Sugar Institute Case," *American Economic Review*, Vol. 91 No. 3, at 379-98; Perloff, Jeffrey M. (2006) "Cartels," *Journal of Industrial Organization Education*: 1(1), Article 6; Pepall, Lynne, and Daniel Jay Richards. *Industrial Organization: Contemporary Theory and Empirical Applications*. 4th ed. Malden, MA, Blackwell Pub., 2008, Section 15.3; Waldman, Don E., and Elizabeth Jane Jensen. *Industrial Organization: Theory and Practice*. 2nd ed. Boston, Addison Wesley Longman, 2001.

259.   Attached as Exhibit 255 is a true and correct copy of a page on formerly on Lion Capital's website as of July 18, 2012, which was located on the WayBack Machine.

260.   Attached as Exhibit 256 is a true and correct copy a true and correct copy of Stuart Elliott, *Time to Eat Tuna? 'Wonder' No More*, New York Times (Mar. 3, 2011), available at https://www.nytimes.com/2011/03/07/business/media/07adnewsletter1.html?pagewanted=all (accessed May 11, 2018)

261.   Attached as Exhibit 257 is a true and correct copy of the Declaration of Jill Irvin, produced to Plaintiffs in this case. [FILED UNDER SEAL]

262.   Attached as Exhibit 258 is a true and correct copy of a letter from Bumble Bee's counsel Michelle Parikh dated Feb. 19, 2019.

263.   Attached as Exhibit 259 is a true and correct copy of a webpage on Dongwon's website, Dongwon.com, last accessed on Nov. 4, 2019.

264.   Attached as Exhibit 260 is a true and correct copy of a press release dated November 6, 2006, available at https://www.businesswire.com/news/home/20071106006668/en/Thai-Union-Frozen-Products-Veteran-Takes-Helm.

265.   Attached as Exhibit 261 is a true and correct copy of a page on COSI's website, available at https://chickenofthesea.com/company/careers.

266.   Attached as Exhibit 262 is a true and correct copy of the ADV form filed by Lion Capital (Americas) Inc. [FILED UNDER SEAL]

267.   Attached as Exhibit 263 is a true and correct copy of the ADV form instructions from the United States Securities and Exchange Commission ("SEC") website, https://www.sec.gov/about/forms/formadv-instructions.pdf (last accessed July 12, 2018).

268.   Attached as Exhibit 264 is a true and correct copy of Bumble Bee's Corporate Disclosure Statement, filed in this litigation as ECF No. 18.

269.   Attached as Exhibit 265 is a true and correct copy of a document produced by StarKist in this litigation as STAR000019663. [FILED UNDER SEAL]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of November 2019 in San Francisco, California.

        /s    Samantha J. Stein
        SAMANTHA J. STEIN

1

## **CERTIFICATE OF SERVICE**

2

I certify that on November 7, 2019, I filed the foregoing document and

3

supporting papers with the Clerk of the Court for the United States District Court,

4

Southern District of California, by using the Court's CM/ECF system. I also

5

served counsel of record via this Court's CM/ECF system.

6

7

8

By: *s/ Christopher L. Lebsock*

9

Christopher L. Lebsock

HAUSFELD LLP

10

clebsock@hausfeld.com

*Lead Counsel for the Direct Purchaser*

11

*Plaintiff Class*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28