BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Class Counsel for the End Payer Plaintiffs*

[Additional Parties and Counsel on Signature Pages]

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*End Payer Plaintiffs Action* | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**[REDACTED] END PAYER PLAINTIFFS' RESPONSE TO SEPARATE STATEMENT OF DISPUTED MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' PRIVATE LABEL CLAIMS**<br><br>Date:   March 18, 2020<br>Time:   9:00 a.m.<br>Place:  Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |
|---|---|

Plaintiffs respectfully refer to the Memorandum of Points and Authorities, and to the Declarations of Samantha Stein and Betsy Manifold, in satisfaction of Federal Rules of Civil Procedure Rule 56(c), refuting the factual assertions supporting Defendants' motions. In addition, and for the convenience of the Court, Plaintiffs in addition specifically respond that the following factual assertions put forth by Defendants in support of their motions are contested and refuted by evidence.

| Fact No. | Defendants' Material Fact and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 7 | ██████████████████<br>• Lee Decl. Ex. 83 (Mecs Decl.), at ¶ 29 | Disputed. ████<br>██████████████<br>• *See* Plaintiffs' statement of disputed fact below at No. 18. |
| 8 | ██████████████████<br>• Lee Decl. Ex. 83 (Mecs Decl.), at ¶ 29 | Disputed. ████<br>██████████████<br>• *See* Plaintiffs' statement of disputed fact below at No. 18. |
| 9 | ██████████████████<br>• Lee Decl. Ex. 85 (Hofmeister Decl.), at ¶ 17 | Disputed. ████<br>██████████████<br>• *See* Plaintiffs' statement of disputed fact below at No. 19. |

- 1 -

| Fact No. | Defendants' Material Fact and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 10 | ▮▮▮<br>• Lee Decl. Ex. 85 (Hofmeister Decl.), at ¶ 17 | Disputed. ▮▮▮<br>• *See* Plaintiffs' statement of disputed fact below at No. 19. |
| 11 | ▮▮▮<br>• Lee Decl. Ex. 84 (Parsons Decl.), at ¶ 13 | Disputed. ▮▮▮<br>• *See* Plaintiffs' statement of disputed fact below at No. 20. |
| 12 | ▮▮▮<br>• Lee Decl. Ex. 84 (Parsons Decl.), at ¶ 13 | Disputed. ▮▮▮<br>• *See* Plaintiffs' statement of disputed fact below at No. 20. |
| 13 | ▮▮▮<br>• Lee Decl. Ex. 10 | Disputed. ▮▮▮<br>• *See* Plaintiffs' statement of disputed fact below at No. 18. |

| Fact No. | Defendants' Material Fact and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 14 | ■■■<br>• Lee Decl. Ex. 11 | Disputed. ■■■<br>• *See* Plaintiffs' statement of disputed fact below at No. 19. |
| 15 | ■■■<br>• Lee Decl. Ex. 12 | Disputed. ■■■<br>• *See* Plaintiffs' statement of disputed fact below at No. 20. |
| 16 | ■■■<br>• Lee Decl. Ex. 13 | Disputed. ■■■<br>• *See* Plaintiffs' statement of disputed fact below at No. 18. |
| 17 | ■■■<br>• Lee Decl. Ex. 14 | Disputed. ■■■<br>• *See* Plaintiffs' statement of disputed fact below at No. 19. |

- 3 -

| Fact No. | Defendants' Material Fact and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 18 | ███████████████<br><br>• Lee Decl. Ex. 16 | Disputed. ███████████████<br><br>• Declaration of Samantha J. Stein in Support of Plaintiffs' Joint Opposition to Defendants' Partial Motion for Summary Judgment on Private Label Claims ("Stein Decl."), Ex. 21 (BB_Civil_000041353); Ex. 22 (SKC000534929); Ex. 23 (SKC000189763); Ex. 24 (SKC000020655); Ex. 26 (SKC000447307 marked as Plaintiffs' Exhibit 1060); Ex. 27 (SKC000726030); Ex. 28 (SKC000834067); Ex. 29 (SKC001235899 marked as Plaintiffs' Exhibit 645); Ex. 203(Mecs Depo (StarKist 30(b)(6)) 113:24-114:1); Ex. 202 (Lischewski testimony dated March 17, 2015 at 198:11-200:14) |
| 19 | ███████████████<br><br>• Lee Decl. Ex. 17 | Disputed. ███████████████<br><br>• Stein Decl. Ex. 33 (BB_Civil_000578777); Ex. |

| Fact No. | Defendants' Material Fact and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| | | 34 (BB_Civil_000581763); Ex. 36 (BB_Civil_000353925); Ex. 202 (Lischewski testimony dated March 17, 2015 at 198:11-200:14) |
| 20 | ■■■ <br>• Lee Decl. Ex. 18 | Disputed. ■■■ <br>• Stein Decl. Ex. 37 (COSI-CIV-000465424); Ex. 207 (Reynolds Depo. at 215:24-216:23) |
| 21 | ■■■ <br>• Lee Decl. Ex. 20 | Disputed. ■■■ <br>• *See* Plaintiffs' statement of disputed fact above at No. 18. |
| 22 | ■■■ <br>• Lee Decl. Ex. 21 | Disputed. ■■■ <br>• *See* Plaintiffs' statement of disputed fact above at No. 19. |

| Fact No. | Defendants' Material Fact and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 23 | ■■■<br>• Lee Decl. Ex. 22 | Disputed. ■■■<br>• *See* Plaintiffs' statement of disputed fact above at No. 20. |
| 24 | ■■■<br>• Lee Decl. Ex. 24 | Disputed. ■■■<br>• *See* Plaintiffs' statement of disputed fact above at No. 18. |
| 25 | ■■■<br>• Lee Decl. Ex. 84 | Disputed. ■■■<br>• *See* Plaintiffs' statement of disputed fact above at No. 19. |

I attest that the evidence cited herein fairly and accurately supports the facts as asserted.

DATED: November 7, 2019           **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: ___*s/ Betsy C. Manifold*___
BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG

| | |
|---|---|
| 1 | 750 B Street, Suite 1820 |
| 2 | San Diego, CA 92101<br>Telephone: 619/239-4599 |
| 3 | Facsimile: 619/234-4599<br>manifold@whafh.com |
| 4 | byrd@whafh.com<br>livesay@whafh.com |
| 5 | dejong@whafh.com |
| 6 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 7 | FRED TAYLOR ISQUITH<br>THOMAS H. BURT |
| 8 | 270 Madison Avenue<br>New York, New York 10016 |
| 9 | Telephone: 212/545-4600<br>Facsimile: 212/545-4653 |
| 10 | isquith@whafh.com<br>burt@whafh.com |
| 11 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 12 | CARL MALMSTROM |
| 13 | 111 West Jackson, Suite 1700<br>Chicago, IL 60604 |
| 14 | Telephone: 312/984-0000<br>Facsimile: 312/212-4401 |
| 15 | malmstrom@whafh.com |
| 16 | *Class Counsel for the Indirect Purchaser End Payer Plaintiffs* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | 26088 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |