Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
Email:  mlehmann@hausfeld.com
Email:  bsweeney@hausfeld.com
Email:  clebsock@hausfeld.com
Email:  sstein@hausfeld.com

*Lead Counsel for the Direct Purchaser Plaintiffs Class*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD<br>MDL No. 2670<br>**DIRECT PURCHASER PLAINTIFFS' JOINDER TO PLAINTIFFS' REPLIES IN SUPPORT OF THEIR SUMMARY JUDGMENT MOTIONS**<br>DATE:   [TBD]<br>TIME:    [TBD]<br>JUDGE:  Janis L. Sammartino<br>CTRM:   4D |
| This document relates to:<br>Direct Purchaser Plaintiffs Class Track | |

The Direct Purchaser Plaintiffs ("DPPs") file this joinder to the following replies in support of Plaintiffs' motions for summary judgment against Defendants:

- End Payer Plaintiffs' Reply in Support of their Motion for Partial Summary Judgment (ECF No. 2221) (relating to the violations of the Sherman Act only)

- Plaintiffs' Reply in Support of their Motion for Partial Summary Judgment Against Defendant Tri-Union Seafoods LLC (ECF No. 2197) (relating to the 2011 though 2015 agreements to increase and maintain prices in violation of the Sherman Antitrust Act only)

- Plaintiffs' Reply in Support of their Motion for Summary Judgment Against StarKist Company (ECF No. 2193) (relating to the 2011 though 2015 agreements to increase and maintain prices in violation of the Sherman Antitrust Act only)

As indicated, the DPPs join these replies only to the extent that they relate to the 2011-2015 time period and the Defendants' agreements to fix and raise prices in violation of the Sherman Antitrust Act.

Date: December 16, 2019

Respectfully Submitted,

By: s/ Christopher L. Lebsock
Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Samantha J. Stein
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
E-mail:  mlehmann@hausfeld.com
E-mail:  bsweeney@hausfeld.com
E-mail:  clebsock@hausfeld.com
E-mail:  sstein@hausfeld.com

Michael D. Hausfeld
James J. Pizzirusso
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
E-mail:  mhausfeld@hausfeld.com
E-mail:  jpizzirusso@hausfeld.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

**CERTIFICATE OF SERVICE**

I certify that on December 16, 2019, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

By: *s/ Christopher L. Lebsock*
    Christopher L. Lebsock
    HAUSFELD LLP
    clebsock@hausfeld.com
    *Lead Counsel for the Direct Purchaser Plaintiff Class*