UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>The Indirect Purchaser End Payer Actions | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER DENYING WITHOUT PREJUDICE END PAYER PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED PLAN FOR DISSEMINATION OF CLASS NOTICE**<br><br>(ECF No. 1941) |

Pending before the Court in this class action alleging conspiracy to fix prices of packaged seafood is an unopposed motion filed by the End Payer Plaintiffs for approval of their proposed plan for dissemination of class notice.  Given the pending appeal, the Court **DENIES WITHOUT PREJUDICE** the Motion as premature.

**IT IS SO ORDERED.**

Dated:  January 28, 2020

Hon. Janis L. Sammartino
United States District Judge