1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: PACKAGED SEAFOOD              Case No.:  15-MD-2670 JLS (MDD)
     PRODUCTS ANTITRUST LITIGATION
12                                        CLASS ACTION

13   This Document Relates To:
                                          ORDER DENYING WITHOUT
14   ALL ACTIONS                          PREJUDICE (1) MOTION TO
                                          EXCLUDE TESTIMONY OF DENNIS
15                                        W. CARLTON; (2) MOTION FOR
                                          PARTIAL SUMMARY JUDGMENT
16                                        AGAINST BUMBLE BEE ON
                                          LIABILITY; AND (3) RELATED
17                                        MOTIONS TO SEAL
18
19                                        (ECF Nos. 1977, 1983, 1987, 2009)
20

21        Pending before the Court in this class action alleging conspiracy to fix prices of

22   packaged seafood are four motions related to the claims against Defendant Bumble Bee

23   Foods LLC ("Bumble Bee"):  (1) Motion to Exclude Testimony of Dennis W. Carlton

24   (ECF No. 1987); (2) Affiliated Foods and Winn-Dixie Plaintiffs' Motion to File

25   Documents Under Seal (ECF No. 1983); (3) Plaintiffs' Motion for Partial Summary

26   Judgment Against Bumble Bee on Liability (ECF No. 2009); and (4) Direct Action

27   ///

28   ///

                                          1

Plaintiffs' Unopposed Motion to File Documents Under Seal (ECF No. 1977) (together, the "Bumble Bee Motions").

On November 21, 2019, Bumble Bee filed for bankruptcy protection. *See In re: Bumble Bee Parent, Inc. et al.,* Case No. 19-12502-LSS (Bankr. D. Del.). Proceedings against Bumble Bee in this Court are stayed pursuant to 11 U.S.C. § 362. Plaintiffs do not intend at this time to move for relief from stay to prosecute their claims against Bumble Bee in this Court. (Pls' Joint Status Report Re: Bumble Bee Bankr. 2, ECF No. 2278.)

Accordingly, the Bumble Bee Motions are **DENIED WITHOUT PREJUDICE** to renewing them, if necessary and appropriate, upon the lifting or expiration of the automatic bankruptcy stay.

**IT IS SO ORDERED.**

Dated: March 2, 2020

Hon. Janis L. Sammartino
United States District Judge

15-MD-2670 JLS (MDD)