UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 JLS (MDD)<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT MOTION<br>[ECF NO. 2336] |
|---|---|

Pending before the Court is a joint motion filed by the parties and a non-party purchaser of Defendant Bumble Bee Foods LLC. (ECF No. 2336 ("Joint Motion").) Pursuant to Civil Local Rule 7.2, the stipulation contained in the Joint Motion is approved. For good cause shown, it is hereby ordered as follows:

1. Bumble Bee Foods, LLC, a non-party purchaser of Defendant Bumble Bee Foods LLC (hereinafter "New Bumble Bee"), may participate in these proceedings for purposes of the Order Granting Joint Motion for Approval of Stipulation Regarding Renewed Motions to Seal (ECF No. 2325 ("Order")).

///

1      2.     No later than September 10, 2020, New Bumble Bee shall file and serve its
2 motion to seal, if any, according to the procedure established in the Order.
3      **IT IS SO ORDERED.**
4 Dated:  August 28, 2020

Hon. Janis L. Sammartino
United States District Judge