UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Kroger Co., et al v. Bumble Bee Foods LLC, et al*; Case No. 16-cv-0051-JLS | Case No.: 15-md-2670-JLS-MDD<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST COSI DEFENDANTS**<br><br>**[ECF No. 2445]** |

Presently before the Court is the Kroger Plaintiffs' and Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL's Joint Motion and Stipulation (ECF No. 2445) to dismiss claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing and in the absence of any objection, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** all claims by the Kroger Plaintiffs against Tri-Union Seafoods LLC d/b/a Chicken of the

/ / /

1  Sea International and Thai Union Group PCL.  As stipulated, the parties shall bear their
2  respective fees and costs.
3       **IT IS SO ORDERED.**
4
5  Dated:  January 4, 2021

              Hon. Janis L. Sammartino
              United States District Judge