UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>(1) *Meijer, Inc. et al v. Bumble Bee Foods, LLC, et al.*, 16-cv-0398<br><br>(2) *Publix Super Markets, Inc. et al. v. Bumble Bee Foods, LLC, et al.*, 16-cv-0247<br><br>(3) *SuperValu Inc. v. Bumble Bee Foods, LLC, et al.*, 17-cv-0951<br><br>(4) *Super Stores Indus. v. Bumble Bee Foods, LLC et al.*, 17-cv-0950<br><br>(5) *Dollar General Corporation, et al. v. Bumble Bee Foods, LLC, et al.* 17-cv-1744<br><br>(6) *Moran Foods, LLC v. Bumble Bee Foods, LLC, et al.* 17-cv-1744 | Case No.: 15-md-2670-JLS-MDD<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST COSI DEFENDANTS**<br><br>**[ECF No. 2447]** |

Presently before the Court is a Joint Motion and Stipulation to dismiss claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Meijer Inc.,

Meijer Distribution, Inc., Publix Super Markets, Inc., Wakefern Food Corp., SuperValu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc., Super Store Industries, Dollar General Corporation, Dolgencorp, LLC, and Moran Foods, LLC's (collectively, "**Meijer Plaintiffs**") and Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL. Good cause appearing, and in the absence of any objections, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** all claims by the Meijer Plaintiffs against Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL.

As stipulated, the parties shall bear their respective fees and costs.

**IT IS SO ORDERED**.

Dated:  January 8, 2021

Hon. Janis L. Sammartino
United States District Judge