# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to the End Payer Actions | Case No. 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL**<br><br>(ECF No. 2451) |

Presently before the Court is a Motion to Withdraw Appearance of Counsel (ECF No. 2451, "Motion to Withdraw.") Michael S. Christian and Jiangxiao Athena Hou, formerly of the law firm Zelle LLP, seek to withdraw as counsel for End Payer Plaintiffs Scott Caldwell, Michael Juetten, and Carla Lown. Those Plaintiffs will continue to be represented by other Zelle LLP counsel who have appeared in this action.

Accordingly, pursuant to Civil Local Rule 83.3(f), the Motion to Withdraw is **GRANTED**. The Clerk of Court will update the docket to reflect the withdrawal of Michael S. Christian and Jiangxiao Athena Hou, and remove their names from the CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated: January 11, 2021

Hon. Janis L. Sammartino
United States District Judge