# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Kroger Co., et al v. Bumble Bee Foods LLC, et al*; Case No. 16-cv-0051-JLS | Case No. 15-md-2670-JLS-MDD<br><br>Judge: Hon. Janis L. Sammartino<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL**<br><br>**(ECF No. 2452)** |

Presently before the Court is a Motion to Withdrawal Appearance of Counsel (ECF No. 2452, "Motion to Withdraw.") Brandon S. Floch, attorney for Plaintiffs The Kroger Co., Albertsons Companies, LLC, Hy-Vee, Inc., and H.E. Butt Grocery Company (the "Kroger Plaintiffs"), seeks to withdraw as counsel. Kroger Plaintiffs will continue to be represented by their designated lead counsel William J. Blechman with Kenny Nachwalter, P.A.

///

1    Accordingly, pursuant to Civil Local Rule 83.3(f), the Motion to Withdraw is
2 **GRANTED**.  The Clerk of Court will update the docket to reflect the withdrawal of
3 Brandon S. Floch and remove his name from the CM/ECF electronic service list.
4    **IT IS SO ORDERED**.
5 Dated:  January 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge