UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.: 15-MD-2670 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING RENEWED MOTIONS TO SEAL**<br><br>**(ECF No. 2453)** |

Pending before the Court is Joint Motion for Approval of Stipulation Regarding Renewed Motions to Seal. (ECF No. 2453, "Joint Motion.") The Joint Motion seeks to extend the time set in the Order Denying Lion Capital LLP and Big Catch Cayman LP's Motion to File Documents Under Seal (ECF No. 2448), and Order Denying Plaintiffs' Motions to File Documents Under Seal (ECF No. 2449). Pursuant to Civil Local Rule 7.2 and for good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion is granted as follows:

1. No later than January 14, 2021, the Parties shall meet and confer to exchange lists of all documents which they intend to move to maintain under seal, and those that they will no longer seek to maintain under seal, in connection with Plaintiffs' Motion for Reconsideration and/or Motion for Certification of Rule 54(b) Judgment.

/ / /

2. No later than January 21, 2021, the Parties shall submit a Joint Motion to Seal, if any, which will identify any materials the Parties seek to keep under seal, including the compelling reasons for sealing those documents.

3. The Court will issue a scheduling order to refile all of their motion papers and supporting exhibits in accordance with the Court's ruling on the Joint Motion to Seal. Prior to such re-filing, the Parties shall meet and confer to ensure that the filings are re-filed in the proper sequence in order to avoid confusion on the case docket.

**IT IS SO ORDERED.**

Dated: January 11, 2021

Hon. Janis L. Sammartino
United States District Judge