UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-md-2670-JLS-MDD |
|---|---|
| This Document Relates to: *W. Lee Flowers & Co. v. Bumble Bee Foods, LLC, et al.*, 16-cv-1226 | **ORDER OF DISMISSAL** |

Presently before the Court is a Notice of Voluntary Dismissal (ECF No. 2455) of claims against Defendants StarKist Co., Dongwon Industries Co., Ltd, and Del Monte Corporation (collectively, "StarKist Defendants") only. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7.2, and in the absence of any objections, the stipulation of the parties is approved. The claims alleged in case no. 16cv1226 against the StarKist Defendants are **dismissed with prejudice**. Each party to the Notice of Voluntary Dismissal shall bear its own fees and costs.

/ / /

1
2   No later than **January 27, 2021**, the parties to the Notice of Dismissal shall jointly
3   file a notice listing any pending motions which are affected by this dismissal.
4       **IT IS SO ORDERED**.
5
6   Dated:  January 19, 2021
7                                     Hon. Janis L. Sammartino
8                                     United States District Judge