UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER CLASS ACTION | Case No.: 15-MD-2670 JLS (MDD)<br><br>CLASS ACTION<br><br>ORDER VACATING HEARING<br><br>(ECF No. 2446) |

Pending before the Court is a motion for a set aside order (ECF No. 2446) filed by Direct Purchaser Plaintiff class. The motion has been fully briefed. On its own motion, the Court **HEREBY VACATES** the hearing scheduled for January 28, 2021, and deems the matter submitted without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge