# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
|---|---|
| This document relates to: DIRECT PURCHASER CLASS ACTION | **ORDER DENYING MOTION TO FILE SUR-REPLY AND ORDER REGARDING BRIEFING**<br><br>[ECF No. 2478] |

Pending before the Court is a Motion for Leave to File Surreply in Further Opposition to DPPs' Motion for Set Aside (ECF No. 2478, "Sur-reply Motion") filed by non-parties Great Atlantic & Pacific Tea Company, Inc., and C&S Wholesale Grocers, Inc.  The Motion is based on the contention that the Direct Purchaser Class ("DPPs") made new arguments and alleged "factual misstatements" in the reply brief filed in support of the motion for a set-aside order.  (ECF Nos. 2476 and 2446, respectively).  The Court is informed that Defendants StarKist Co., Dongwon Industries Co. Ltd., and Lion Capital (Americas), Inc. also intend to file a similar motion.

1  The Court will not consider any matters raised for the first time in a reply brief. It is inappropriate to raise new matters in the reply because it deprives the opposing party of an opportunity to respond. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.")

Accordingly, the pending Sur-reply Motion is denied. The Court will not entertain any other motions for leave to file a sur-reply relative to DPPs' motion for a set-aside order.

**IT IS SO ORDERED.**

Dated: January 22, 2021

Hon. Janis L. Sammartino
United States District Judge