# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br>DIRECT PURCHASER CLASS ACTION | Case No. 3:15-md-02670-JLS-MDD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR APPROVAL OF STIPULATION**<br><br>[ECF No. 2475] |

Pending before the Court is a joint motion filed by Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (together "COSI Defendants") and the Direct Purchaser Class ("DPPs"). (Joint Mtn for Approval of Stip. for Stay of Proceedings Against Tri-Union Seafoods LLC and Thai Union Group PCL and Extension of Time to File Renewed Mtn to Seal, ECF No. 2475 ("Joint Mtn").) For the reasons stated below, the Joint Motion is **GRANTED IN PART AND DENIED IN PART**.

COSI Defendants and DPPs have reached a settlement in principle. Pending the completion of a long-form settlement agreement, which will be presented to the Court for approval, they request a stay of essentially all proceedings as to COSI Defendants,

and approval of a stipulation to enter a set-aside order as requested by DPPs in their pending motion (DPP Mtn for a Set Aside Order, ECF No. 2446 ("Set Aside Mtn")).

Although the parties have shown good cause for a stay of limited scope and duration, the relief they request is presented in vague and open-ended terms. Accordingly, the Joint Motion is **GRANTED** insofar as the Court grants a fourteen day stay as specified in more detail below. In all other respects, the Joint Motion is **DENIED** without prejudice to applying for an extension upon the expiration of fourteen days, provided the parties comply with the terms of this Order.

1. <u>Stay of Discovery and Pre-Trial Deadlines, Except Deadlines Concerning Effectuation of the Settlement</u>

This Order stays for fourteen days all discovery and pre-trial deadlines as they relate to COSI Defendants. If the parties wish to extend the stay, they must identify the pending deadlines, including the most recent scheduling order setting them.

2. <u>Pending Summary Judgment and *Daubert* Motions and Related Hearings</u>

The parties seek a stay of seven summary judgment and *Daubert* motions listed in the Joint Motion "but only to the extent that they concern the COSI Defendants and not any other defendant or party to this litigation." (Joint Mtn 3.) As many parties in this proceeding have acknowledged at one time or another, the pending summary judgment and *Daubert* motions present an overlapping interlocking block, and reasonable minds differ as to how to divide it into discrete portions. (*See, e.g.*, ECF Nos. 2251-2253 and 2255, all relating to the January 7, 2020 status conference.) While the Court is not inclined to decide issues that are no longer relevant, it is equally disinclined from considering the already-briefed, interrelated motions in a piecemeal fashion. Accordingly, a stay beyond fourteen days is denied, unless COSI Defendants and DPPs can carve out and justify discrete, logical portions by identifying specific filings by docket and page numbers. If they can, those filings or portions of filings

/ / /

will not be considered. The Court will also not consider those filings or portions of filings at a later time, unless they are wholly independent of the other summary judgment and *Daubert* issues.

The parties further request an order that "[t]he COSI Defendants are excused from participating in any hearings on summary judgment and/or *Daubert* motions." (Joint Mtn 2.) No party has been ordered to participate in hearings. This request is denied as premature.

### 3. Renewed Motion to Seal

The parties request a stay of "[a]ny motion concerning the sealing of documents associated with the [seven listed summary judgment and *Daubert*] motions . . . as to the COSI Defendants only until the COSI Defendants have an additional opportunity to file a renewed motion to seal documents. Any such renewed motion shall be filed not later than February 4, 2021." COSI Defendants have already filed two renewed motions to seal. (*See* Defs Tri-Union Seafoods LLC d/b/a Chicken of the Sea Int'l and Thai Union Group PCL's Second Renewed Mtn to Seal, ECF No. 2429.) They are granted leave to file a third renewed motion to seal no later than February 4, 2021, on condition that they file a notice withdrawing their second renewed motion to seal.

### 4. DPPs' Proposed Set-Aside Order

The parties request Court approval of their stipulation for "the entry of the order proposed by DPPs in their Set Aside Motion as to the COSI Defendants (ECF No. 2446), with the right to move to vacate the Order if the settlement is not finally approved." (Joint Mtn 2.) COSI Defendants have not filed an opposition to DPPs' Set Aside Motion. They have therefore consented to granting the relief requested in the motion. *See* Civ. Loc. R. 7.1(f)(3)(c). Accordingly, on the present record, the

///

Court is not inclined to consider any motion filed by COSI Defendants to vacate an order on DPPs' Set Aside Motion.

**IT IS SO ORDERED.**

Dated: January 29, 2021

Hon. Janis L. Sammartino
United States District Judge