**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Winn-Dixie Stores, Inc. et al. v. Bumble Bee Foods, LLC, et al.*, 3:16-cv-00017-JLS-MDD | Case No. 15-md-2670-JLS-MDD<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE AGAINST COSI DEFENDANTS**<br><br>[ECF No. 2486] |

Presently before the Court is Joint Motion and Stipulation for Dismissal with Prejudice Against COSI Defendants. (ECF No. 2486.) In the absence of any objections and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the joint motion is granted. Accordingly, all claims asserted by Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC against Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL are **DISMISSED WITH PREJUDICE.** The parties shall bear their respective fees and costs.

**IT IS SO ORDERED**.

Dated: February 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge