1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| | **ORDER DENYING WITHOUT PREJUDICE AMENDED JOINT MOTION TO STAY CERTAIN SUMMARY JUDGMENT AND** *DAUBERT* **MOTIONS** |
| This document relates to: | [ECF No. 2493] |
| DIRECT PURCHASER CLASS ACTION | |

Pending before the Court is a joint motion filed by Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (together "COSI Defendants") and the Direct Purchaser Plaintiff Class ("DPPs"). (Am. Joint Mtn to Stay Certain Summ. J. and *Daubert* Mtns, ECF No. 2493 ("Joint Mtn").)  For the reasons stated below, the Joint Motion is **DENIED WITHOUT PREJUDICE**.

COSI Defendants and DPPs have reached a settlement in principle.  While they finalize the settlement, and until it receives Court approval, they request to stay, *i.e.,* "hold[] in abeyance, and not decid[e]" (Joint Mtn 2) three pending motions.

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The first motion COSI Defendants and DPPs request to stay is motion for partial summary judgment against Defendant Tri-Union Seafoods LLC (ECF No. 1976) filed by Associated Wholesale Grocers, Inc. ("AWG"), Winn-Dixie Stores, Inc., and Bi-Lo Holdings, LLC (Winn-Dixie Stores, Inc., and Bi-Lo Holdings, LLC are referred to collectively as the "Winn-Dixie Plaintiffs").  The request is denied because none of the moving parties is a party to the pending Joint Motion.[1]  Although DPPs filed a notice of joinder (ECF No. 2043), the Court declines to stay a motion without consent of the moving parties.

Second is motion to exclude the testimony of seven defense experts (ECF No. 1970) filed by DPPs, Indirect Purchaser End Payer Plaintiff Class ("EPPs"), Commercial Food Preparer Plaintiff Class, AWG, W. Lee Flowers & Co., and Winn-Dixie Plaintiffs.  The request to stay applies only to COSI Defendants' experts Michael Moore, Randal Heeb, and Arthur Laby.  DPPs, along with AWG and Winn-Dixie Plaintiffs, requested the exclusion of these experts.  (*See* Pls' Mtn and Notice of Mtn to Exclude Certain Testimony of Defs' Proposed Experts, ECF No. 1970, 2-3.) The Court declines to stay this motion as requested because the relevant portions of the motion were filed jointly with AWG and Winn-Dixie Plaintiffs who are not represented in the pending Joint Motion.

Third is Thai Union PCL's ("TUG") summary judgment motion (ECF No. 2001) relating to its vicarious liability for Chicken of the Sea International's actions.  In addition to DPPs, many other plaintiffs opposed the motion, including EPPs, AWG, W. Lee Flowers & Co., Winn-Dixie Plaintiffs, Publix Plaintiffs, Affiliated Foods Plaintiffs, and other direct-action plaintiffs.  Although TUG could withdraw its own motion, the Court declines to stay it without consent of all opposing parties.

///

---

[1]     Although the Winn-Dixie Plaintiffs recently dismissed their claims against the COSI Defendants (*see* ECF No. 2494), AWG has not.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

For the foregoing reasons, the request to stay the above motions is denied.  The request to stay the related motion to seal (ECF No. 2429) is therefore also denied.

The Joint Motion is denied without prejudice to renewing with the consent of all relevant parties as discussed above.  The Court notes that a footnote in the Joint Motion states that the "COSI Defendants have agreed to settle with all plaintiffs that have filed suits in this MDL."  (Joint Mtn 2 n.1.)  Accordingly, it appears possible to obtain the necessary consents to renew the pending Joint Motion.

**IT IS SO ORDERED.**

Dated:  February 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge