**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>1. Direct Purchaser Plaintiff Track<br><br>2. *Winn-Dixie Stores, Inc., et al. v. Bumble Bee Foods, LLC, et al.*, 3:16-cv-00017-JLS-MDD<br><br>3. *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, 3:18-cv-0104-JLS-MDD | Case No. 3:15-md-02670-JLS-MDD<br><br>MDL No. 2670<br><br>**ORDER GRANTING AMENDED JOINT MOTION TO STAY CERTAIN SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**<br><br>**[ECF No. 2512]** |

Pending before the Court is Amended Joint Motion to Stay Certain Summary Judgment and *Daubert* Motions (ECF No. 2512, the "Joint Motion")) filed by Plaintiffs Direct Purchaser Plaintiffs ("DPPs"), Associated Wholesale Grocers, Inc. ("AWG"), Winn-Dixie Stores, Inc. ("Winn-Dixie"), Bi-Lo Holdings, LLC ("Bi-Lo") (together, the "Moving Plaintiffs") and Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International ("COSI") and Thai Union Group PCL ("TUG") (together, the "COSI Defendants"). The parties request the Court to stay (*i.e.*, hold in abeyance, and not decide) the motions listed below (the "Stayed Motions") until the Court decides whether to approve a settlement between the COSI Defendants and the DPPs:

1. Plaintiffs' Motion and Notice of Motion for Partial Summary Judgment Against Defendant Tri-Union Seafoods LLC (ECF No. 1976) ("the Plaintiff Summary Judgment Motion");

2. Plaintiffs' Motion and Notice of Motion to Exclude Certain Testimony of Defendants' Experts (ECF No. 1970) (only with respect to Sections III.B. (on COSI's expert Michael Moore), III.C. (on COSI's expert Randal Heeb), and III.F. (on COSI's expert Arthur Laby)); and

3. Defendant Thai Union Group PCL's Notice and Motion for Summary Judgment (ECF No. 2001) (the "TUG Motion").

Additionally, the Parties request that, during the pendency of this stay, the Court defer deciding whether to seal any materials identified in the COSI Defendants' Second Renewed Motion to Seal (ECF No. 2429), which were originally filed solely in relation to the Stayed Motions. Specifically, six of the

///

sixteen exhibits found in Appendices A to C in the COSI Defendants' Second Renewed Motion to Seal at ECF No. 2429 relate only to the Stayed Motions:

| Exhibit No.[1] | Document Title | Docket Entry Where Exhibit Was Originally Filed |
|---|---|---|
| 2 | COSI's Responses & Objections to Plaintiffs' First Set of Requests for Admission | The Plaintiff Summary Judgment Motion (ECF No. 1976, Ex. 31) |
| 10 | Kelly Stirling (COSI 30(b)(6)) Deposition Excerpts as excerpted in the TUG Motion only | The TUG Motion (ECF No. 2001, Ex. 21) |
| 11 | Marianne DeMario Deposition as excerpted in the TUG Motion only | The TUG Motion (ECF No. 2001, Ex. 76) |
| 12 | Darren Parsons Deposition as excerpted in COSI's Opposition to the Plaintiff Summary Judgment Motion only | COSI Opposition to the Plaintiff Summary Judgment Motion (ECF No. 2122, Ex. 24) |
| 14 | Expert Report of Gary Kleinrichert | The TUG Motion (ECF No. 2001, Ex. 59) |
| 16 | TUG's Statement of Material Facts in Support of Its Motion for Summary Judgment | The TUG Motion (ECF No. 2001-2) |

The parties represent that the COSI Defendants have agreed to settle with all plaintiffs that have filed suits in this MDL. (Joint Mot. 2.) While all other agreements have been reached and many suits dismissed, the settlement between the COSI Defendants and DPPs is being finalized. (*Id.*)

---

[1] As filed at ECF No. 2429.

The Joint Motion being responsive to the Court's prior Orders on this matter (ECF Nos. 2491, 2495), and based on the representations made in the Joint Motion, the Court finds good cause to GRANT relief as follows:

1. The Stayed Motions listed above are stayed, and resolution on the COSI Defendants' Second Renewed Motion to Seal (ECF No. 2429) as to the six documents listed above, is deferred until the stay of the Stayed Motions is lifted.

2. The stay shall remain in effect until March 31, 2021. If by that date DPPs and COSI Defendants have not filed a motion for preliminary approval of their settlement, they shall file a status report showing good cause why the stay should remain in effect and for how long.

IT IS SO ORDERED.

Dated: March 5, 2021

Hon. Janis L. Sammartino
United States District Judge