# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>ALL ACTIONS | MDL Case No. 15-md-2670-JLS-MDD<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL**<br><br>[ECF No. 2520] |

Pursuant to Civil Local Rule 83.3(f)(3), the Motion to Withdraw Appearance of Counsel (ECF no. 2520) is granted. Appearance of attorney Megan Morley on behalf of Del Monte Corporation is withdrawn. The Clerk of Court is directed to update the docket to reflect the withdrawal of Ms. Morley and remove her name from the CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated: March 19, 2021

Hon. Janis L. Sammartino
United States District Judge