# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>ALL ACTIONS | MDL Case No. 15-md-2670-JLS-MDD<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL**<br><br>[ECF No. 2521] |

Pursuant to Civil Local Rule 83.3(f)(3), the Motion to Withdraw Appearance of Counsel (ECF no. 2521) is granted. Appearance of attorney Brian Fitzpatrick on behalf of Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL is withdrawn. The Clerk of Court is directed to update the docket to reflect the withdrawal of Mr. Fitzpatrick and remove his name from the CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated: March 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge