UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No.: 15-md-2670 JLS (MDD)<br><br>ORDER FOR STATUS REPORT REGARDING BANKRUPTCY PROCEEDING |

In light of Defendant Bumble Bee Foods LLC ("Bumble Bee") bankruptcy filing on November 21, 2019, the proceedings in this action have been stayed as to Bumble Bee due to the automatic stay imposed by 11. U.S.C. § 362.  No later than **April 23, 2021**, Bumble Bee must file a status report concerning the bankruptcy proceeding.  The status report shall include: the court and case number or of the bankruptcy proceeding; whether any party to this multidistrict proceeding has sought relief from the automatic stay; and the projected termination date of the automatic stay, if known.

**IT IS SO ORDERED.**

Dated: April 9, 2021

Hon. Janis L. Sammartino
United States District Judge