# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br>End Payer Plaintiffs | Case No. 15-md-2670-JLS-MDD<br><br>CLASS ACTION<br><br>ORDER DENYING JOINT MOTION AS MOOT<br><br>[ECF No. 2541] |

Pending before the Court is a joint motion seeking leave for End Payer Plaintiffs ("EPPs") to file an overlength brief in support of their motion for preliminary approval of partial class action settlement. (ECF No. 2541, "Joint Motion.") Because EPPs have already filed a brief in compliance with the page limitations of Civil Local Rule 7.1 (*see* ECF no. 2552-1), the Joint Motion is denied as moot.

**IT IS SO ORDERED.**

Dated: April 16, 2021

Hon. Janis L. Sammartino
United States District Judge

1