UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION <br><br> ──────────────────────── <br><br> THIS DOCUMENT RELATES TO: <br><br> *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods, LLC et al.,* 18cv1014-JLS-MDD | Case No.: 3:15-MD-02670-JLS-MDD <br><br> **ORDER GRANTING JOINT MOTION AND APPROVING STIPULATION** <br><br> [ECF Nos. 2570, 2577] |

Presently before the Court are a joint motion and a stipulation (ECF Nos. 2570 ("Joint Motion"), 2577 ("Stipulation")) filed by Plaintiff Associated Wholesale Grocers, Inc. and Defendant Christopher Lischewski ("Lischewski") to preserve Lischewski's objection to personal jurisdiction. For good cause shown and pursuant to Civil Local Rule 7.2, the Joint Motion is granted, and the Stipulation is approved.

**IT IS SO ORDERED.**

Dated: April 30, 2021

*/s/ Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge