UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:15-MD-02670-JLS-MDD<br><br>ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL<br><br>[ECF No. 2605] |

Pursuant to Civil Local Rule 83.3(f)(3), the Motion to Withdraw Appearance of Counsel (ECF No. 2605) is granted. Appearance of attorney Kelse Moen on behalf of Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International ("COSI") and Thai Union Group PCL ("TUG") is withdrawn. The Clerk of Court is directed to update the docket to reflect the withdrawal of Ms. Moen and remove her name from the CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated: July 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge