UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Associated Wholesale Grocers, Inc. v. Bumble Bee Foods, LLC, et al.*,<br>18cv1014-JLS-MDD | Case No.:  15md2670-JLS-MDD<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br><br>[ECF No. 2616] |

Subject to Judge Sammartino's Order at docket entry number 2594, signed May 17, 2021, a Case Management Conference was held on **June 3, 2021**.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, a Scheduling Order was issued on June 3, 2021.  (*See* ECF No. 2601).  On August 24, 2021, the parties jointly moved the Court to amend the June 3, 2021 Scheduling Order.  (ECF No. 2616).  The parties request the existing deadlines be continued by approximately 30 days because additional time is needed for Defendant Lischewski's expert to prepare a report.  (*Id.*).  Upon due consideration, and good cause appearing, the Court **GRANTS** the parties' joint motion.  However, the Court declines to add a deadline for data and modeling supporting expert disclosures.  **IT IS HEREBY**

**ORDERED**:

1.      All discovery, including expert discovery, shall be completed by all parties by **December 3, 2021**.  Completed means that interrogatories, requests for production, and other discovery requests must be served at least thirty (30) days prior to the established cutoff date so that responses thereto will be due on or before the cutoff date.  All subpoenas issued for discovery must be returnable on or before the discovery cutoff date.  <u>All disputes concerning discovery shall be brought to the attention of the Magistrate Judge no later than thirty (30) days following the date upon which the event giving rise to the dispute occurred.  The parties are required to meet and confer regarding all discovery disputes pursuant to the requirements of Local Rule 26.1(a).  The parties are to comply with the chambers rules of the Magistrate Judge in bringing discovery before the court.</u>

2.      All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **September 27, 2021**.  Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **November 5, 2021**.  Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B).  If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(C).

3.      Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

4.      All other pretrial motions must be filed by **January 4, 2022**.  Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  The period of time between the date you request a motion date and the hearing date may vary from one district judge to another.  Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard. Motions in limine are to be filed as directed in the Local Rules, or as otherwise set by the district judge.

5. A Mandatory Settlement Conference will be conducted upon joint request of the parties.

**IT IS SO ORDERED.**

Dated: August 25, 2021

*/s/ Mitchell D. Dembin*

Hon. Mitchell D. Dembin
United States Magistrate Judge