# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.391.0600
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

November 30, 2021

**FILED VIA ECF**

John Morrill, Clerk of Court
United States District Court, Southern District of California
James M. Carter and Judith N. Keep
United States Courthouse
Office of the Clerk of Court
333 West Broadway, Suite 420
San Diego, California 92101-3806

Re:  *In re Packaged Seafood Products Antitrust Litigation*,
Case No. 15-md-02670, and member cases
(1) *Target Corporation v. Bumble Bee Foods LLC et al.*, 17-cv-01348;
(2) *Sysco Corporation v. Bumble Bee Foods LLC et al.*, 18-cv-00387;
(3) *CVS Pharmacy, Inc. v. Bumble Bee Foods LLC et al.*, 17-cv-02154;
(4) *Wal-Mart Stores, Inc., et al. v. Bumble Bee Foods LLC, et al.*, 16-cv-02821; and
(5) *The Kroger Co., et al. v. Bumble Bee Foods, LLC, et al.*, 16-cv-00051

Dear Mr. Morrill:

We write to follow up on our September 30, 2021 response (ECF No. 2634[1]) to the August 31, 2021 notifications from the Office of the Clerk of Court stating that Judge Sammartino has a family member who owned stock in Target Corporation and Sysco Corporation at the time those companies' cases were pending against our clients StarKist Co. ("StarKist") and Dongwon Industries Co., Ltd. ("DWI").

Since our September 30, 2021 letter, we have learned that Judge Sammartino filed Financial Disclosure Reports indicating that either she or her spouse or dependent children held financial interests in additional Plaintiffs and absent putative class members, including Walmart, Costco, Amazon, and Kroger Co., during the period in which the Judge presided over this

---

[1] Our September 30, 2021 response was also filed on the dockets for the member cases, *Sysco Corp. v. Bumble Bee Foods LLC*, 18-cv-00387-DMS-MDD (ECF No. 31), *Target Corp. v. Bumble Bee Foods LLC*, 17-cv-01348-DMS-MDD (ECF No. 17), and *CVS Pharmacy, Inc. v. Bumble Bee Foods LLC*, 17-cv-02154-DMS-MDD (ECF No. 12).

**LATHAM&WATKINS**LLP

litigation.  As is the case with CVS Health Corp., which we mentioned in our September 30 letter, we have not received a notification of Judge Sammartino's or her family member's financial interests in these companies.  We respectfully repeat our request for additional information in order to confirm that all relevant financial interests have been disclosed, determine what effect, if any, Judge Sammartino's (or her family member's) financial interests may have had on the MDL and its member cases, and assess whether our clients' interests may have been compromised.

We also write to advise that, earlier today, StarKist and DWI filed a motion in the Ninth Circuit to alert that court to Judge Sammartino's violations of 28 U.S.C. § 455, which provide an additional and independent reason why Judge Sammartino's class certification decision (ECF No. 1931)—currently on appeal—cannot stand.  *See Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, No. 19-56514, Dkt. No. 175-1 (Nov. 30, 2021).  StarKist and DWI are reviewing other orders issued by Judge Sammartino to determine whether to seek additional relief in this Court.

Please do not hesitate to contact us should you have any questions.

Very truly yours,

*s/ Belinda S Lee*

Belinda S Lee
of LATHAM & WATKINS LLP
*Counsel for Defendants StarKist Co. and Dongwon Industries, Co., Ltd.*