**FILED**

**DEC 1 2021**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OLEAN WHOLESALE GROCERY COOPERATIVE, INC., BEVERLY YOUNGBLOOD, PACIFIC GROSERVICE, INC., DBA Pitco Foods, CAPITOL HILL SUPERMARKET, LOUISE ANN DAVIS MATTHEWS, JAMES WALNUM, COLIN MOORE, JENNIFER A. NELSON, ELIZABETH DAVIS-BERG, LAURA CHILDS; et al., Plaintiffs-Appellees, and JESSICA DECKER, JOSEPH A. LANGSTON, SANDRA POWERS, GRAND SUPERCENTER, INC., THE CHEROKEE NATION, US FOODS, INC., SYSCO CORPORATION, GLADYS, LLC, SPARTANNASH COMPANY, BRYAN ANTHONY REO, Plaintiffs, v. BUMBLE BEE FOODS LLC; et al., Defendants-Appellants, and KING OSCAR, INC.; et al., | No.   19-56514 D.C. No. 3:15-md-02670-JLS-MDD Southern District of California, San Diego ORDER |

|                    |
| ------------------ |
| Defendants.        |

Before: THOMAS, KLEINFELD, GRABER, W. FLETCHER, GOULD, PAEZ, CALLAHAN, IKUTA, WATFORD, FRIEDLAND and LEE, Circuit Judges.

The en banc panel has received Defendants/Appellants' Motion to Vacate Order Granting Motions for Class Certification (Dkt. No. 175). Plaintiffs/Appellees are ordered to respond to the motion by December 10, 2021. *See* Fed. R. App. P. 27(a)(3). The response shall not exceed 15 pages or 4,200 words. The optional reply is due December 17, 2021. *See* Fed. R. App. P. 27(a)(4). The reply, if filed, shall not exceed 15 pages or 4,200 words.