**UNITED STATES D**
SOUTHERN DISTRIC

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





Maxwell M Blecher
Blecher and Collins
515 South Figueroa Street
Suite 1750
Los Angeles, CA 90017-3334

NIXIE          910   5E 1          7211/30 21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD