# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC et al.*, case no. 18cv1014-JLS-MDD<br><br>*Winn-Dixie Stores, Inc. et al. v. Bumble Bee Foods LLC et al.*, case no. 16cv17-JLS-MDD<br><br>End Payer Class Actions<br><br>Commercial Food Preparer Class Actions<br><br>Direct Purchaser Class Actions | Case No.: 15-MD-2670 DMS (MDD)<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING COMPLIANCE WITH PRIOR ORDER** |

On November 16, 2021, the moving and opposing parties on Direct Action Plaintiffs' ("DAPs") and End Payer Plaintiffs' (EPPs') motions for partial summary judgment (ECF nos. 2035 and 1993, respectively), were ordered to file unredacted versions of their briefs, filed at ECF nos. 1993-1, 2035, 2129, 2193, 2221, and related statements of undisputed facts, oppositions, as well as their response thereto, filed at ECF nos. 2008,

2036, 2129-1, 2129-2, 2193- 1. (Order Granting in Part and Denying Part DAPs' and EPPs' Mots. for Partial Summ. J. against StarKist Co. Based on Guilty Pleas and Admissions in Parallel Crim. Proceedings, ECF No. 2654 ("Order"), at 33 ¶ 4). To date the parties have not complied with the Order. Accordingly, the parties are ordered no later than **December 31, 2021**, at **9:30 a.m**. to comply with Paragraph 4 of the Order. As provided in the Order, the parties shall identify the documents on the docket as "unredacted" versions of their prior filings and in each instance reference the docket number of the previous "redacted" version.

**IT IS SO ORDERED**.

Dated: December 3, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court