Patrick J. Stueve (KS 13847)
Steve Six (KS 16151)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
stueve@stuevesiegel.com
six@stuevesiegel.com

*Counsel for Direct Action Plaintiff*
*Associated Wholesale Grocers, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED WHOLESALE GROCERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUMBLE BEE FOODS LLC, et. al, <br><br> Defendants. | Case No. 15-md-2670-DMS-MDD <br> Case No. 2:18-cv-02212 (D. Kan.) <br><br> JOINT MOTION FOR ENTRY OF STIPULATION ON A DISPOSITIVE MOTION BRIEFING SCHEDULE AS TO PLAINTIFF AWG AND DEFENDANT CHRISTOPHER LISCHEWSKI <br><br> Judge: Hon. MITCHELL D. DEMBIN |

1.     Plaintiff Associated Wholesale Grocers, Inc. ("AWG") and Defendant Christopher D. Lischewski jointly move the Court for entry of a stipulation for a dispositive motion briefing schedule.

## I.     BACKGROUND

2.     The parties completed fact and expert discovery on December 3, 2021, as provided in the Amended Scheduling Order (ECF No. 2617). The parties have recently received the transcripts of depositions and written discovery responses and

are in the process of reviewing that information.

3.      The Court's scheduling order provides that pretrial motions by AWG and Christopher Lischewski must be filed by January 4, 2022. ECF No. 2616 at 2.

4.      Both AWG and Mr. Lischewski plan to file dispositive motions.

5.      To organize the filing of the motions, the oppositions, and reply briefing, the parties request that the Court enter a stipulated briefing schedule. The requested briefing schedule does not extend the current filing deadline, rather it moves the filing deadline up slightly and sets organized deadlines for filing opposition and reply briefing. The parties request a briefing schedule as follows:

      a. December 30, 2021 – Dispositive motions;
      b. February 4, 2022 – Opposition to dispositive motions;
      c. March 4, 2022 – Replies in support of dispositive motions.

## II.    ARGUMENT

6.      Good cause exists for granting the parties' Joint Motion. The parties conferred by telephone on December 13, 2021. The parties reached an agreed briefing schedule that organizes but does not extend the filing deadline in the current Amended Scheduling Order. ECF No. 2617.

7.      A stipulated briefing schedule allows the parties to complete briefing and avoid overlapping briefing of affirmative motions, oppositions, and replies. Further, a briefing schedule allows counsel and staff to plan for briefing that involves document intensive filings, to meet and confer on protective order issues, and seek to minimize the supporting materials required to be filed under seal.

8.      The requested briefing schedule does not extend the current filing deadline. There are not any pending deadlines in the MDL. Judge Sabraw recently ruled on a summary judgment on StarKist liability (ECF No. 2654) and StarKist filed a motion for reconsideration (ECF No. 2681). Other summary judgment motions are pending. Therefore, the request for a briefing schedule will not interfere with the MDL proceedings.

9.      The prior dispositive motion briefing in the MDL was similarly organized with a schedule for motions, opposition, and reply briefing. ECF No. 1934.

10.     The only prior request to amend the initial Schedule Order (ECF No. 2601) was Mr. Lischewski's request for a 30-day extension which was unopposed and granted by the Court resulting in the Amended Scheduling Order (ECF No. 2617).

## III.   CONCLUSION

For the reasons provided above, the parties respectfully request that the Court enter their proposed Joint Stipulation for a dispositive motion briefing schedule as set forth in ¶ 5.


Dated: December 15, 2021

Respectfully Submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ Patrick J. Stueve
Patrick J. Stueve (KS 13847)
Steve N. Six (KS 16151)
460 Nichols Road., Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
stueve@stuevesiegel.com
six@stuevesiegel.com

*Counsel for Direct Action Plaintiff*
*Associated Wholesale Grocers, Inc.*

**ANGELI LAW GROUP LLC**

s/ *Peter D. Hawkes*

Ursula M. Lalović (Cal. Bar No. 215551)
Peter D. Hawkes, pro hac vice
Neal S. Shechter, pro hac vice
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880
ursula@angelilaw.com
peter@angelilaw.com
neal@angelilaw.com

*Counsel for Defendant*
*Christopher D. Lischewski*

## SIGNATURE ATTESTATION

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: December 15, 2021

/s/ Patrick J. Stueve
Patrick J. Stueve

1

## **CERTIFICATE OF SERVICE**

2      I certify that on December 15, 2021, I filed the foregoing document with the

3 Clerk of the Court for the United States District Court, Southern District of

4 California, by using the Court's CM/ECF System, which sends notifications of such

5 filings to all counsel of record.

6

7                                          /s/ Patrick J. Stueve
                                           Patrick J. Stueve
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27