1  LATHAM & WATKINS LLP
   Alfred C. Pfeiffer (CA 120965)
2   Christopher S. Yates (CA 161273)
   Belinda S Lee (CA 199635)
3   Niall E. Lynch (CA 157959)
   Ashley M. Bauer (CA 231626)
4  505 Montgomery Street, Suite 2000
  San Francisco, California 94111-6538
5  Telephone:  +1.415.391.0600
  Facsimile:   +1.415.395.8095
6  *Al.Pfeiffer@lw.com*
  *Chris.Yates@lw.com*
7  *Belinda.Lee@lw.com*
  *Niall.Lynch@lw.com*
8  *Ashley.Bauer@lw.com*

9  *Counsel for Defendant StarKist Co.*

10

**UNITED STATES DISTRICT COURT**
11  **SOUTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-JLS-MDD |
| | MDL No. 2670 |
| This Document Relates To: | **DECLARATION OF BELINDA S LEE IN SUPPORT OF DEFENDANT STARKIST CO.'S OMNIBUS OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST STARKIST CO. (ECF NO. 2707, ORIGINALLY ECF NO. 2035) AND END PAYER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 2701, ORIGINALLY ECF NO. 1993)** |
| (1)  End Payer Plaintiffs | |
| (2)  Commercial Food Preparer Plaintiffs | |
| (3)  Direct Purchaser Plaintiffs | |
| (4)  *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC et al.*, Case No. 3:15-cv-02787 | |
| (5)  *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:18-cv-01014 | **REFILED PURSUANT TO ECF NO. 2654 (ORIGINALLY FILED AT ECF NO. 2129-3)** |
| (6)  *Winn-Dixie Stores, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:16-cv-00017 | Special Briefing Schedule Ordered |
| (7)  *W. Lee Flowers & Co., Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:16-cv-01226 | **Hearing**:<br>Date:       TBD*<br>Time:       TBD<br>Court:      Courtroom 4D<br>Judge:     Hon. Janis L. Sammartino |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

1    I, Belinda S Lee, hereby declare:

2        1.     I am an attorney licensed to practice law in the State of California and

3    am admitted before this Court.  I am a partner at Latham & Watkins LLP, counsel

4    of record for Defendant StarKist Co. in the above-captioned action.  I have

5    personal knowledge of the matters recited herein, and if called upon to testify

6    concerning them under oath, I could and would testify competently thereto.

7        2.     I make this declaration in support of StarKist Co.'s Opposition to

8    Plaintiffs' Motion for Partial Summary Judgment Against StarKist Co. (ECF No.

9    2035) and End Payer Plaintiffs' Motion for Partial Summary Judgment (ECF No.

10   1993).  As set forth below, copies of the documents, exhibits, and transcripts cited

11   in the motions are attached to this declaration.

12       3.     Attached as **Exhibit 1** is a true and correct copy of the [Proposed]

13   Order Granting Plaintiffs' Motions for Partial Summary Judgment Against StarKist

14   on Liability, filed in the above-captioned matter on September 20, 2019.

15       4.     Attached as **Exhibit 2** is a true and correct copy of the [Proposed]

16   Order Granting End Payer Plaintiffs' Motion for Summary Judgment Against

17   Bumble Bee and StarKist on Liability.

18       5.     Attached as **Exhibit 3** is a true and correct copy of the Declaration of

19   Dr. Andres V. Lerner dated September 9, 2019, attaching as Exhibit A, the Expert

20   Report of Dr. Andres V. Lerner, served in the above-referenced matter on May 21,

21   2019.

22       6.     Attached as **Exhibit 4** is a true and correct copy of deposition excerpts

23   from the transcript of the Videotaped Deposition of Shue Wing Chang, dated

24   December 10, 2018.

25       7.     Attached as **Exhibit 5** is a true and correct copy of deposition excerpts

26   from the transcript of the Videotaped Deposition of Daniel Hofmeister, dated

27   February 13, 2019.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

8.     Attached as **Exhibit 6** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of StarKist 30(b)(6) witness Robert Scott Meece, dated February 12, 2019.

9.     Attached as **Exhibit 7** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of John Sawyer, dated December 4, 2018.

10.    Attached as **Exhibit 8** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Hubert Tucker, dated January 23, 2019.

11.    Attached as **Exhibit 9** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Michael Ray White, dated December 6, 2018.

12.    Attached as **Exhibit 10** is a true and correct copy of Defendant Bumble Bee Foods, LLC's Corrected Fifth Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories During The Limited Discovery Stay Period – Interrogatory No. 1, dated May 18, 2018.

13.    Attached as **Exhibit 11** is a true and correct copy of Defendant Tri-Union Seafoods LLC d/b/a Check of the Sea International's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1.

14.    Attached as **Exhibit 12** is a true and correct copy of the Declaration of Andras Mecs in Support of Defendants' Motions for Partial Summary Judgment, dated September 18, 2019.

15.    Attached as **Exhibit 13** are true and correct copy of the Transcript of Proceedings, in the action *United States v. StarKist Co*., Case No. 18-cr-00513-EMC (N.D. Cal.), dated November 14, 2018.

16.    Attached as **Exhibit 14** is a true and correct copy of a document marked as Exhibit 512 at the deposition of Kenneth Worsham, taken on May 21,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

1 | 2018, produced in the above-captioned matter bearing the beginning bates number
2 | BB_Civil_001118188.

3 | 17. Attached as **Exhibit 15** are true and correct copy of a document
4 | marked as Exhibit 355 at the deposition of Walter Scott Cameron, taken on May 9,
5 | 2018, produced in the above-captioned matter bearing the beginning bates number
6 | BB_Civil_000103338.

7 | 18. Attached as **Exhibit 16** is a true and correct copy of a document
8 | produced in the above-captioned matter bearing the beginning bates number
9 | BB_Civil_000005927.

10 | 19. Attached as **Exhibit 17** is a true and correct copy of a document
11 | produced in the above-captioned matter bearing the beginning bates number
12 | BB_Civil_001049373.

13 | 20. Attached as **Exhibit 18** is a true and correct copy of a document
14 | produced in the above-captioned matter bearing the beginning bates number COSI-
15 | CIV-000296661.

16 | 21. Attached as **Exhibit 19** is a true and correct copy of Defendant
17 | StarKist Co.'s Third Supplemental Objections & Responses to Plaintiffs' Second
18 | Set of Interrogatories, Interrogatory No. 1, dated January 30, 2019.

19 | 22. Attached as **Exhibit 20** is a true and correct copy of excerpts of the
20 | Transcript of Proceedings, dated November 4, 2019, in the action *United States of*
21 | *America v. Christopher Lischewski*, Case No. CR 18-00203.

22 | 23. Attached as **Exhibit 21** is a true and correct copy of a document
23 | marked as Exhibit 1418 at the deposition of Jan Tharp, taken on November 30,
24 | 2018, produced in the above-captioned matter bearing the beginning bates number
25 | BB_Civil_000041006.

26 | 24. Attached as **Exhibit 22** is a true and correct copy of a document
27 | marked as Exhibit 1740 at the deposition of Nam Jung Kim, taken on January 30,

28 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

1 | 2019, produced in the above-captioned matter bearing the beginning bates number
2 | DWI_000066645.

3 | 25.     Attached as **Exhibit 23** is a true and correct copy of a document
4 | produced in the above-captioned matter bearing the beginning bates number
5 | STAR000052017.

6 | 26.     Attached as **Exhibit 24** is a true and correct copy of a document
7 | produced in the above-captioned matter bearing the beginning bates number
8 | DWI_000100080.

9 | 27.     Attached as **Exhibit 25** is a true and correct copy of a document
10 | marked as Exhibit 1517 at the deposition of Shue-Wing Chan, taken on December
11 | 10, 2018, produced in the above-captioned matter bearing the beginning bates
12 | number COSI-CIV-000094950.

13 | 28.     Attached as **Exhibit 26** is a true and correct copy of the Affidavit of
14 | John DeBeer, dated August 19, 2019.

15 | 29.     Attached as **Exhibit 27** is a true and correct copy of the Affidavit of
16 | Barry Mills, dated February 25, 2019.

17 | 30.     Attached as **Exhibit 28** is a true and correct copy of a document
18 | marked as Exhibit 4002 at the deposition of Kevin Murphy, Ph.D. taken on June
19 | 25, 2019, produced in the above-captioned matter bearing the beginning bates
20 | number SKC000333274.

21 | 31.     Attached as **Exhibit 29** is a true and correct copy of a document
22 | marked as Exhibit 29 at the deposition of James Willich, taken on April 4, 2018,
23 | produced in the above-captioned matter bearing the beginning bates ARDAGH-
24 | 00062.

25 | 32.     Attached as **Exhibit 30** is a true and correct copy of deposition
26 | excerpts from the transcript of the Videotaped Deposition of Stephen L. Hodge,
27 | dated October 16, 2018.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

4

33.     Attached as **Exhibit 31** is a true and correct copy of a document marked as Exhibit 1228 at the deposition of Stephen Hodge, taken on October 17, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000310501.

34.     Attached as **Exhibit 32** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000595481.

35.     Attached as **Exhibit 33** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Robert Worsham, dated May 8, 2018.

36.     Attached as **Exhibit 34** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Donald J. Binotto, dated October 10, 2018.

37.     Attached as **Exhibit 35** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC001009736.

38.     Attached as **Exhibit 36** is a true and correct copy of the Plea Agreement entered in the action *United States v. StarKist Co.*, Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 24, on November 14, 2018.

39.     Attached as **Exhibit 37** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Andras Mecs, dated January 31, 2019.

40.     Attached as **Exhibit 38** is a true and correct copy of the Declaration of Linda Gilbert, dated September 18, 2019.

41.     Attached as **Exhibit 39** is a true and correct copy of the Second Amended Complaint of Associated Wholesale Grocers, Inc., ECF No. 1437, dated October 5, 2018.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

42.     Attached as **Exhibit 40** is a true and correct copy of the Third Amended Complaint of W. Lee Flowers & Co., Inc., ECF No. 1432, dated October 5, 2018.

43.     Attached as **Exhibit 41** is a true and correct copy of the Fifth Amended Complaint and Demand for Jury Trial of Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC, ECF No. 1454, dated October 5, 2018.

44.     Attached as **Exhibit 42** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000041451.

45.     Attached as **Exhibit 43** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000308816.

46.     Attached as **Exhibit 44** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000462374.

47.     Attached as **Exhibit 45** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Charles Handford, dated September 28, 2018.

48.     Attached as **Exhibit 46** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Daniel Nestojko, dated May 23, 2018.

49.     Attached as **Exhibit 47** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Donald M. Gallagher, dated April 19, 2019.

50.     Attached as **Exhibit 48** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000447307.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

1      51.    Attached as **Exhibit 49** is a true and correct copy of a document

2  produced in the above-captioned matter bearing the beginning bates number

3  SKC000530399.

4      52.    Attached as **Exhibit 50** is a true and correct copy of a document

5  produced in the above-captioned matter bearing the beginning bates number

6  SKC000022262.

7      53.    Attached as **Exhibit 51** is a true and correct copy of a document

8  produced in the above-captioned matter bearing the beginning bates number

9  SKC000057145.

10      54.    Attached as **Exhibit 52** is a true and correct copy of a document

11  marked as Exhibit 357 at the deposition of Walter Scott Cameron, taken on May 9,

12  2018, produced in the above-captioned matter bearing the beginning bates number

13  BB_Civil_000000330.

14      55.    Attached as **Exhibit 53** is a true and correct copy of a document

15  marked as Exhibit 1057 at the deposition of Charles Handford, taken on September

16  28, 2018, produced in the above-captioned matter bearing the beginning bates

17  number SKC000181644.

18      56.    Attached as **Exhibit 54** is a true and correct copy of a document

19  marked as Exhibit 1059 at the deposition of Charles Handford, taken on September

20  28, 2018, produced in the above-captioned matter bearing the beginning bates

21  number SKC000264718.

22      57.    Attached as **Exhibit 55** is a true and correct copy of a document

23  marked as Exhibit 1060 at the deposition of Charles Handford, taken on September

24  28, 2018, produced in the above-captioned matter bearing the beginning bates

25  number SKC000447307.

26      58.    Attached as **Exhibit 56** is a true and correct copy of the Transcript of

27  Proceedings, dated June 28, 2017, filed in the action *United States of America v.*

28  *Stephen L. Hodge*, Case No. 3:17-cr-00297, ECF No. 18, on July 30, 2017.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

59.     Attached as **Exhibit 57** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000220034.

60.     Attached as **Exhibit 58** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000291097.

61.     Attached as **Exhibit 59** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000162207.

62.     Attached as **Exhibit 60** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000034044.

63.     Attached as **Exhibit 61** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000015820.

64.     Attached as **Exhibit 62** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000091199.

65.     Attached as **Exhibit 63** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000400410.

66.     Attached as **Exhibit 64** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000760375.

67.     Attached as **Exhibit 65** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000834753.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

68.     Attached as **Exhibit 66** is a true and correct copy of the Amended Plea Agreement entered in the action *United States v. Bumble Bee Foods, LLC*, Case No. 17-cr-00249-EMC (N.D. Cal.), ECF No. 32, on August 2, 2017.

69.     Attached as **Exhibit 67** is a true and correct copy of the Plea Agreement entered in the action *United States v. Hodge*, Case No. 17-cr-00297-EMC (N.D. Cal.), ECF No. 13, on June 28, 2017.

70.     Attached as **Exhibit 68** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000297927.

71.     Attached as **Exhibit 69** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000862993.

72.     Attached as **Exhibit 70** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000481258.

73.     Attached as **Exhibit 71** is a true and correct copy of deposition excerpts from the transcript of the Deposition of Michael Barron, dated September 28, 2018.

74.     Attached as **Exhibit 72** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of David Bruce Bollmer, dated August 29, 2018.

75.     Attached as **Exhibit 73** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of In-Soo Cho, dated May 29, 2018.

76.     Attached as **Exhibit 74** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Robert Roberts, dated November 2, 2018.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

9

77.     Attached as **Exhibit 75** is a true and correct copy of deposition excerpts from the transcript of the Videotaped Deposition of Joseph Tuza, dated May 10, 2018.

78.     Attached as **Exhibit 76** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000192680.

79.     Attached as **Exhibit 77** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000192693.

80.     Attached as **Exhibit 78** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000128188.

81.     Attached as **Exhibit 79** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000696723.

82.     Attached as **Exhibit 80** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000075655.

83.     Attached as **Exhibit 81** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000129490.

84.     Attached as **Exhibit 82** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000327475.

85.     Attached as **Exhibit 83** is a true and correct copy of a document marked as Exhibit 1235 at the deposition of Stephen Hodge, taken on October 17, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000445406.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

10

86.     Attached as **Exhibit 84** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SKC000853571.

87.     Attached as **Exhibit 85** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000158162.

88.     Attached as **Exhibit 86** is a true and correct copy of deposition excerpts from the transcript of the Continued Videotaped Deposition of Andras Mecs, dated April 9, 2018.

89.     Attached as **Exhibit 87** is a true and correct copy of StarKist's 30(b)(6) Narrative Responses, dated May 5, 2018.

90.     Attached as **Exhibit 88** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_001049305.

91.     Attached as **Exhibit 89** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000871967.

92.     Attached as **Exhibit 90** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number SCK000253374.

93.     Attached as **Exhibit 91** is a true and correct copy of a document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000001432.

94.     Attached as **Exhibit 92** is a true and correct copy of the Declaration of Christopher S. Yates, dated November 6, 2019.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

11

1        I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct, and that this Declaration was

3   executed this 7th day of November 2019, in San Francisco, California.

4                             By: s/ Belinda S Lee

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

| Exhibit | Description | Pages |
|---|---|---|
| 1 | [Proposed] Order Granting Plaintiffs' Motions for Partial Summary Judgment Against StarKist on Liability, filed in the above-captioned matter on September 20, 2019. | 22-27 |
| 2 | [Proposed] Order Granting End Payer Plaintiffs' Motion for Summary Judgment Against Bumble Bee and StarKist on Liability. | 28-32 |
| 3 | Declaration of Dr. Andres V. Lerner, dated September 9, 2019, attaching as Exhibit A, the Expert Report of Dr. Andres Lerner, dated May 10, 2019. | 33-264 |
| 4 | Deposition excerpts from the transcript of the Videotaped Deposition of Shue Wing Chang, dated December 10, 2018. | 265-282 |
| 5 | Deposition excerpts from the transcript of the Videotaped Deposition of Daniel Hofmeister, dated February 13, 2019. | 283-291 |
| 6 | Deposition excerpts from the transcript of the Videotaped Deposition of Robert Scott Meece, dated February 12, 2019. | 292-314 |
| 7 | Deposition excerpts from the transcript of the Videotaped Deposition of John Sawyer, dated December 4, 2018. | 315-335 |
| 8 | Deposition excerpts from the transcript of the Videotaped Deposition of Hubert Tucker, dated January 23, 2019. | 336-368 |
| 9 | Deposition excerpts from the transcript of the Videotaped Deposition of Michael Ray White, dated December 6, 2018. | 369-416 |
| 10 | Defendant Bumble Bee Foods, LLC's Corrected Fifth Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories During The Limited Discovery Stay Period – Interrogatory No. | 417-426 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

| | | 1., dated May 18, 2018. | |
|---|---|---|---|
| | 11 | Defendant Tri-Union Seafoods LLC d/b/a Check of the Sea International's Second Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories – Interrogatory No. 1. | 427-434 |
| | 12 | Declaration of Andras Mecs in Support of Defendants' Motions for Partial Summary Judgment, dated September 18, 2019. | 435-457 |
| | 13 | Transcript of Proceedings, in the action *United States v. StarKist Co.*, Case No. 18-cr-00513-EMC (N.D. Cal.), dated November 14, 2018. | 458-480 |
| | 14 | Document marked as Exhibit 512 at the deposition of Kenneth Worsham, taken on May 21, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_001118188. | 481-482 |
| | 15 | Document marked as Exhibit 355 at the deposition of Walter Scott Cameron, taken on May 9, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000103338. | 483-484 |
| | 16 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000005927. | 485-510 |
| | 17 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_001049373. | 511-536 |
| | 18 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000296661. | 537-552 |
| | 19 | Defendant StarKist Co.'s Third Supplemental Objections & Responses to Plaintiffs' Second Set of Interrogatories, Interrogatory No. 1, dated January 30, 2019. | 553-558 |
| | 20 | Excerpts of the Transcript of Proceedings, dated November 4, 2019, in the action *United States of America v. Christopher Lischewski*, Case No. CR | 559-566 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

| | 18-00203. | |
|---|---|---|
| 21 | Document marked as Exhibit 1418 at the deposition of Jan Tharp, taken on November 30, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000041006. | 567-568 |
| 22 | Document marked as Exhibit 1740 at the deposition of Nam Jun Kim, taken on January 30, 2019, produced in the above-captioned matter bearing the beginning bates number DWI_000066645. | 569-590 |
| 23 | Document produced in the above-captioned matter bearing the beginning bates number STAR000052017. | 591-614 |
| 24 | Document produced in the above-captioned matter bearing the beginning bates number DWI_000100080. | 615-688 |
| 25 | Document marked as Exhibit 1517 at the deposition of Shue-Wing Chan, taken on December 10, 2018, produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000094950. | 689-762 |
| 26 | Affidavit of John DeBeer, dated August 19, 2019. | 763-765 |
| 27 | Affidavit of Barry Mills, dated February 25, 2019. | 766-772 |
| 28 | Document marked as Exhibit 4002 at the deposition of Kevin Murphy, taken on June 25, 2019, produced in the above-captioned matter bearing the beginning bates number SKC000333274. | 773-781 |
| 29 | Document marked as Exhibit 29 at the deposition of James Willich, taken on April 4, 2018, produced in the above-captioned matter bearing the beginning bates ARDAGH-00062. | 782-792 |
| 30 | Deposition excerpts from the transcript of the Videotaped Deposition of Stephen L. Hodge, dated October 16, 2018. | 793-807 |
| 31 | Document marked as Exhibit 1228 at the deposition of Stephen Hodge, taken on October 17, 2018, produced in the above-captioned matter bearing the | 808-810 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

15

| | | beginning bates number SKC000310501. | |
|---|---|---|---|
| 32 | Document produced in the above-captioned matter bearing the beginning bates number SKC000595481. | 811-866 | |
| 33 | Deposition excerpts from the transcript of the Videotaped Deposition of Robert Worsham, dated May 8, 2018. | 867-883 | |
| 34 | Deposition excerpts from the transcript of the Videotaped Deposition of Donald J. Binotto, dated October 10, 2018. | 884-901 | |
| 35 | Document produced in the above-captioned matter bearing the beginning bates number SKC001009736. | 902-953 | |
| 36 | Plea Agreement entered in the action *United States v. StarKist Co.*, Case No. 18-cr-00513-EMC (N.D. Cal.), ECF No. 24, on November 14, 2018. | 954-973 | |
| 37 | Deposition excerpts from the transcript of the Videotaped Deposition of Andras Mecs, dated January 31, 2019. | 974-989 | |
| 38 | Declaration of Linda Gilbert, dated September 18, 2019. | 990-992 | |
| 39 | Second Amended Complaint of Associated Wholesale Grocers, Inc., dated October 5, 2018. | 993-1132 | |
| 40 | Third Amended Complaint of W. Lee Flowers & Co., Inc., dated October 5, 2018. | 1133-1252 | |
| 41 | Fifth Amended Complaint and Demand for Jury Trial of Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC, dated October 5, 2018. | 1253-1388 | |
| 42 | Document produced in the above-captioned matter bearing the beginning bates number SKC000041451. | 1389-1404 | |
| 43 | Document produced in the above-captioned matter bearing the beginning bates number SKC000308816. | 1405-1413 | |
| 44 | Document produced in the above-captioned matter | 1414-1422 | |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

| | | | |
|---|---|---|---|
| | | bearing the beginning bates number SKC000462374. | |
| 3 | 45 | Deposition excerpts from the transcript of the Videotaped Deposition of Charles Handford, dated September 28, 2018. | 1423-1440 |
| | 46 | Deposition excerpts from the transcript of the Videotaped Deposition of Daniel Nestojko, dated May 23, 2018. | 1441-1448 |
| | 47 | Deposition excerpts from the transcript of the Videotaped Deposition of Donald M. Gallagher, dated April 19, 2019. | 1449-1456 |
| | 48 | Document produced in the above-captioned matter bearing the beginning bates number SKC000447307. | 1457-1473 |
| | 49 | Document produced in the above-captioned matter bearing the beginning bates number SKC000530399. | 1474-1480 |
| | 50 | Document produced in the above-captioned matter bearing the beginning bates number SKC000022262. | 1481-1484 |
| | 51 | Document produced in the above-captioned matter bearing the beginning bates number SKC000057145. | 1485-1488 |
| | 52 | Document marked as Exhibit 357 at the deposition of Walter Scott Cameron, taken on May 9, 2018, produced in the above-captioned matter bearing the beginning bates number BB_Civil_000000330. | 1489-1494 |
| | 53 | Document marked as Exhibit 1057 at the deposition of Charles Handford, taken on September 28, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000181644. | 1495-1496 |
| | 54 | Document marked as Exhibit 1059 at the deposition of Charles Handford, taken on September 28, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000264718. | 1497-1498 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

17

| 55 | Document marked as Exhibit 1060 at the deposition of Charles Handford, taken on September 28, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000447307. | 1499-1515 |
|---|---|---|
| 56 | Transcript of Proceedings, dated June 28, 2017, filed in the action *United States of America v. Stephen L. Hodge*, Case No. 3:17-cr-00297, ECF No. 18, on July 30, 2017. | 1516-1530 |
| 57 | Document produced in the above-captioned matter bearing the beginning bates number SKC000220034. | 1531-1538 |
| 58 | Document produced in the above-captioned matter bearing the beginning bates number SKC000291097. | 1539-1541 |
| 59 | Document produced in the above-captioned matter bearing the beginning bates number SKC000162207. | 1542-1544 |
| 60 | Document produced in the above-captioned matter bearing the beginning bates number SKC000034044. | 1545-1589 |
| 61 | Document produced in the above-captioned matter bearing the beginning bates number SKC000015820. | 1590-1596 |
| 62 | Document produced in the above-captioned matter bearing the beginning bates number SKC000091199. | 1597-1601 |
| 63 | Document produced in the above-captioned matter bearing the beginning bates number SKC000400410. | 1602-1604 |
| 64 | Document produced in the above-captioned matter bearing the beginning bates number SKC000760375. | 1605-1702 |
| 65 | Document produced in the above-captioned matter bearing the beginning bates number SKC000834753. | 1703-1714 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

| 66 | Amended Plea Agreement entered in the action *United States v. Bumble Bee Foods, LLC*, Case No. 17-cr-00249-EMC (N.D. Cal.), ECF No. 32, on August 2, 2017. | 1715-1734 |
|---|---|---|
| 67 | Plea Agreement entered in the action *United States v. Hodge*, Case No. 17-cr-00297-EMC (N.D. Cal.), ECF No. 13, on June 28, 2017. | 1735-1746 |
| 68 | Document produced in the above-captioned matter bearing the beginning bates number SKC000297927. | 1747-1751 |
| 69 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000862993. | 1752-1779 |
| 70 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000481258. | 1780-1788 |
| 71 | Deposition excerpts from the transcript of the Deposition of Michael Barron, dated September 28, 2018. | 1789-1809 |
| 72 | Deposition excerpts from the transcript of the Videotaped Deposition of David Bruce Bollmer, dated August 29, 2018. | 1810-1817 |
| 73 | Deposition excerpts from the transcript of the Videotaped Deposition of In-Soo Cho, dated May 29, 2018. | 1818-1829 |
| 74 | Deposition excerpts from the transcript of the Videotaped Deposition of Robert Roberts, dated November 2, 2018. | 1830-1840 |
| 75 | Deposition excerpts from the transcript of the Videotaped Deposition of Joseph Tuza, dated May 10, 2018. | 1841-1850 |
| 76 | Document produced in the above-captioned matter bearing the beginning bates number SKC000192680. | 1851-1853 |
| 77 | Document produced in the above-captioned matter | 1854-1855 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

19

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

| | | bearing the beginning bates number SKC000192693. | |
|---|---|---|---|
| | 78 | Document produced in the above-captioned matter bearing the beginning bates number SKC000128188. | 1856-1857 |
| | 79 | Document produced in the above-captioned matter bearing the beginning bates number SKC000696723. | 1858-1861 |
| | 80 | Document produced in the above-captioned matter bearing the beginning bates number SKC000075655. | 1862-1864 |
| | 81 | Document produced in the above-captioned matter bearing the beginning bates number SKC000129490. | 1865-1868 |
| | 82 | Document produced in the above-captioned matter bearing the beginning bates number SKC000327475. | 1869-1874 |
| | 83 | Document marked as Exhibit 1235 at the deposition of Stephen Hodge, taken on October 17, 2018, produced in the above-captioned matter bearing the beginning bates number SKC000445406. | 1875-1876 |
| | 84 | Document produced in the above-captioned matter bearing the beginning bates number SKC000853571. | 1877-1882 |
| | 85 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000158162. | 1883-1912 |
| | 86 | Deposition excerpts from the transcript of the Continued Videotaped Deposition of Andras Mecs, dated April 9, 2018. | 1913-1922 |
| | 87 | StarKist's 30(b)(6) Narrative Responses, dated May 5, 2018. | 1923-1946 |
| | 88 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_001049305. | 1947-1973 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD

| 89 | Document produced in the above-captioned matter bearing the beginning bates number BB_Civil_000871967. | 1974-1993 |
|----|----|----|
| 90 | Document produced in the above-captioned matter bearing the beginning bates number SCK000253374. | 1994-2012 |
| 91 | Document produced in the above-captioned matter bearing the beginning bates number COSI-CIV-000001432. | 2013-2018 |
| 92 | Declaration of Christopher S. Yates, dated November 6, 2019. | 2019-2022 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21

DECL. IN SUPP. OF STARKIST'S OPP'N TO PLS.'
MOTS. FOR PARTIAL SUMM. J.
3:15-md-02670-JLS-MDD