URSULA M. LALOVIĆ (Cal. Bar No. 215551)
PETER D. HAWKES (Oregon State Bar No. 071986)
NEAL S. SHECHTER (Oregon State Bar No. 185119)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
ursula@angelilaw.com
peter@angelilaw.com
neal@angelilaw.com

*Attorneys for Defendant Christopher D. Lischewski*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>The Direct Action Plaintiff Track<br><br>Associated Wholesale Grocers, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Bumble Bee Foods LLC, *et al.*<br><br>Defendants. | Case No. 3:15-md-2670-JLS-MDD<br><br>MDL No. 2670<br><br>**DECLARATION OF PETER D. HAWKES IN SUPPORT OF DEFENDANT CHRISTOPHER D. LISCHEWSKI'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Dana M. Sabraw |

I, Peter D. Hawkes, declare as follows:

1. I am an attorney at Angeli Law Group in Portland, Oregon. I am one of the attorneys of record for Defendant Christopher D. Lischewski in this litigation. I make this declaration in support of Defendant Christopher

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

DECLARATION OF PETER D. HAWKES IN SUPPORT OF DEFENDANT LISCHEWSKI'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:15-md-2670-JLS-MDD

1

Lischewski's Response to Plaintiff's Motion for Partial Summary Judgment. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of a document produced in this case bearing Bates number beginning BB_Civil_000572629 and marked as Exhibit 563 at the deposition of Daniel Nestojko on May 23, 2018.

3. Attached as Exhibit 2 is a true and correct copy of a document produced in this case bearing Bates number BB_Civil_000257207 and marked as Exhibit 567 at the deposition of Daniel Nestojko on May 23, 2018.

4. Attached as Exhibit 3 is a true and correct copy of a document produced in this case bearing Bates number beginning BB_Civil_000546235 and marked as Exhibit 1633 at the deposition of Christopher Lischewski on December 10, 2018.

5. Attached as Exhibit 4 are true and correct copies of excerpts from the deposition of Daniel Nestojko on May 23, 2018.

6. Attached as Exhibit 5 are true and correct copies of excerpts from the deposition of Donald Gallagher on April 19, 2018.

7. Attached as Exhibit 6 is a true and correct copy of a document produced in this case bearing Bates number beginning ARDAGH-00994 and marked as Exhibit 59 at the deposition of James Willich on April 4, 2018.

8. Attached as Exhibit 7 is a true and correct copy of a document produced in this case bearing Bates number beginning COSI-CIV-000102178 and marked as Exhibit 1518 at the deposition of Shue Wing Chan on December 10, 2018.

9. Attached as Exhibit 8 are true and correct copies of excerpts from the deposition of Kevin McClain on March 2, 2018.

10. Attached as Exhibit 9 are true and correct copies of excerpts from the deposition of Shue Wing Chan on December 10, 2018.

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

DECLARATION OF PETER D. HAWKES IN SUPPORT OF DEFENDANT LISCHEWSKI'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:15-md-2670-JLS-MDD

2

11.     Attached as <u>Exhibit 10</u> are true and correct copies of excerpts from a document produced in this case bearing Bates number beginning SKC001009736.

12.     Attached as <u>Exhibit 11</u> is a true and correct copy of a document produced in this case bearing Bates number beginning SKC000540181.

13.     Attached as <u>Exhibit 12</u> are true and correct copies of excerpts from the deposition of Michael White on December 6, 2018.

14.     Attached as <u>Exhibit 13</u> is a true and correct copy of a document bearing Bates number BB_Civil_000012574 and marked as Exhibit 270 at the deposition of Donald Gallagher on April 19, 2018.

15.     Attached as <u>Exhibit 14</u> is a true and correct copy of a document bearing Bates number BB_Civil_000256199 and marked as Exhibit 573 at the deposition of Daniel Nestojko on May 28, 2018.

16.     Attached as <u>Exhibit 15</u> are true and correct copies of excerpts from the trial transcript in *U.S. v. Lischewski*, Case No. 18-cr-00203-EMC-1 (N.D. Cal.).

17.     Attached as <u>Exhibit 16</u> is a true and correct copy of a summary chart depicting net pricing for Bumble Bee chunk light halves between 2002 and 2016, which was admitted as Trial Exhibit 2664 in *U.S. v. Lischewski*, Case No. 18-cr-00203-EMC-1 (N.D. Cal.).

18.     Attached as <u>Exhibit 17</u> is a true and correct copy of a summary chart depicting net pricing for Bumble Bee solid white halves between 2002 and 2016, which was admitted as Trial Exhibit 2663 in *U.S. v. Lischewski*, Case No. 18-cr-00203-EMC-1 (N.D. Cal.).

//
//
//
//
//

ANGELI LAW GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

DECLARATION OF PETER D. HAWKES IN SUPPORT OF DEFENDANT LISCHEWSKI'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:15-md-2670-JLS-MDD

3

19. Attached as <u>Exhibit 18</u> is a true and correct copy of a document produced in this case bearing Bates number beginning SKC000192680.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on February 4, 2022, in Portland, Oregon.

s/ *Peter D. Hawkes*
Peter D. Hawkes

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

DECLARATION OF PETER D. HAWKES IN SUPPORT OF DEFENDANT LISCHEWSKI'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:15-md-2670-JLS-MDD

4

## CERTIFICATE OF SERVICE

I certify that on February 4, 2022, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record, including counsel for the government in the related criminal cases: Leslie A. Wulff (leslie.wulff@usdoj.gov) and Manish Kumar (manish.kumar@usdoj.gov).

*/s/ Peter D. Hawkes*
Peter D. Hawkes

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

DECLARATION OF PETER D. HAWKES IN SUPPORT OF DEFENDANT LISCHEWSKI'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:15-md-2670-JLS-MDD

5