**From:** Worsham, Kenneth
**Sent:** Thursday, November 29, 2007 9:02 PM
**To:** Nestojko, Dan
**Subject:** FW: SK Rumor

Dan – would you take a UCS on SWH and CLH and give me comps at current fills on LM at 2.95 vs 2.5, and SW 3.8 vs 3.2. Lets look at the scenarios all the way down to retail price points and retailer margins.

---

**From:** Hines, Douglas
**Sent:** Thursday, November 29, 2007 12:38 PM
**To:** Lischewski, Chris; Worsham, Kenneth; Callaghan, Morrie; 'Melbourne, Dave (BB)'; Progar, Mel
**Cc:** Nestojko, Dan; Cameron, Scott; Callaghan, Morrie; Schindler, Ron; Stoner, Courtney
**Subject:** RE: SK Rumor

Our can supplier is working on the cost of converting our seamers to handle a 105 height.

They are not looking at downsizing 12oz or 3oz at this time.

Chris, Canada is not sourced from our factory so no real synergy

---

**From:** Lischewski, Chris
**Sent:** Thursday, November 29, 2007 12:33 PM
**To:** Hines, Douglas; Worsham, Kenneth; Callaghan, Morrie; 'Melbourne, Dave (BB)'; Progar, Mel
**Cc:** Nestojko, Dan; Cameron, Scott; Hines, Douglas; Callaghan, Morrie; Schindler, Ron; Stoner, Courtney
**Subject:** RE: SK Rumor

Scott, Dave, Ken and Ron, let's have a conference call on this on Monday to see what we want to do. If SK is going to downsize to 5oz – 142 grams – we need to decide if we follow or not (both U.S. and Canada). Our evaluation needs to be quick and should also include a review of cost / pricing impact at various fish price levels and customer response.

Morrie, can you evaluate impact on SFS and PR as I am concerned that our fillers / seamers may not be able to handle a 105 can.

If we move this direction, the positive is that it makes our tuna can consistent with our chicken can. We should also evaluate downsizing canned clams from 6.5oz to 5oz. There would be great procurement and operations synergies if we can consolidate our 5, 6 and 6.5oz can volume to one size.

Would we also look at downsizing 12oz to 10oz?'

Courtney, please set up a time and call in number

---

**From:** Hines, Douglas
**Sent:** Thursday, November 29, 2007 12:23 PM
**To:** Lischewski, Chris; Worsham, Kenneth; Callaghan, Morrie; 'Melbourne, Dave (BB)'; Progar, Mel
**Cc:** Nestojko, Dan; Cameron, Scott
**Subject:** RE: SK Rumor

Confirmed

5 oz fill weight with a minor improvement to quality. 307x105

We are getting a complete profile together of converting PR and SFS.



EXHIBIT
563
Nestojko 5/23/18

BB_Civil_000572629
Highly Confidential

Hawkes Decl., Ex. 1
(Page 1 of 3)

**From:** Lischewski, Chris
**Sent:** Wednesday, November 28, 2007 4:02 PM
**To:** Worsham, Kenneth; Callaghan, Morrie; Hines, Douglas; 'Melbourne, Dave (BB)'
**Cc:** Nestojko, Dan; Cameron, Scott
**Subject:** RE: SK Rumor

See my comments below

---

**From:** Worsham, Kenneth
**Sent:** Wednesday, November 28, 2007 3:38 PM
**To:** Lischewski, Chris; Callaghan, Morrie; Hines, Douglas; 'Melbourne, Dave (BB)'
**Cc:** Nestojko, Dan; Cameron, Scott
**Subject:** RE: SK Rumor

Tough question to answer as there are a couple of different approaches we could take.

1 – Quality Improvement –
    LM & WM downsize the can and keep fish fills at or close to current fills. No savings beyond minimal steel savings but improved quality. You know this is BS. If SK is downsizing the can, they will downsize fill to try to get to a 2 for $1 price point

2 – Cost Reduction
    LM – downsizing from 6 to 5 oz represents approx a 16% reduction. Reducing fish fill from 2.95 to 2.75 (16%) represents $2 – 2.40 a case in fish savings. This is $0.04- 0.05 cents a can. Basis todays fish costs the fish savings does not allow us to hit 2/$1. But fish cost should drop down to a more reasonable level next year.
    WM – downsizing from 6 to 5oz represents approx $4.00 a case in fish savings (3.8 to 3.2 fill). With albacore price heading up in the future $0.99 will be tougher to hit from a frequency standpoint and 4/$5 won't drive the category volume that we have today. In my opinion a downsize on SWH would be more impactful to BB as we would be able to hit $0.99 into the foreseeable future. True

Remember when COS tried this on CLH a year or two ago the trade crucified them and threatened to discontinue the line. Before we make any decisions I feel that we need to discuss the concept with a couple of key customers. I remember. That is why I put this question to you, Scotty and Dave

---

**From:** Lischewski, Chris
**Sent:** Wednesday, November 28, 2007 1:18 PM
**To:** Callaghan, Morrie; Worsham, Kenneth; Hines, Douglas; 'Melbourne, Dave (BB)'
**Cc:** Nestojko, Dan; Cameron, Scott
**Subject:** RE: SK Rumor

Dave, Ken and Scott – if they do downsize, how do you guys want to react? Stay at 6oz or downsize with them? If we downsize, we are consistent with our 5oz chicken product

---

**From:** Callaghan, Morrie
**Sent:** Wednesday, November 28, 2007 10:54 AM
**To:** Worsham, Kenneth; Lischewski, Chris; Hines, Douglas; 'Melbourne, Dave (BB)'
**Cc:** Nestojko, Dan; Cameron, Scott
**Subject:** RE: SK Rumor

Doug, any word from Impress. They would know.

---

**From:** Worsham, Kenneth

BB_Civil_000572630
Highly Confidential

Hawkes Decl., Ex. 1
(Page 2 of 3)

**Sent:** Wednesday, November 28, 2007 9:34 AM
**To:** Lischewski, Chris; Callaghan, Morrie; Hines, Douglas; 'Melbourne, Dave (BB)'
**Cc:** Nestojko, Dan; Cameron, Scott
**Subject:** SK Rumor

It has been reported that SK is working on a complete canned line down size. Complete details are not available at this point but they are supposedly down sizing 6oz to 5oz. Word has it that they are attempting to improve appearance which feels like higher fish fill fish but I also hear they are trying to reverse engineer a 2/$1 CL 5oz product.

Morrie - can you check with your sources to see what you can learn?

BB_Civil_000572631
Highly Confidential

Hawkes Decl., Ex. 1
(Page 3 of 3)