1  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
2  RACHELE R. BYRD (190634)
   byrd@whafh.com
3  ALEX J. TRAMONTANO (276666)
   tramontano@whafh.com
4  **WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
5  750 B Street, Suite 1820
   San Diego, CA 92101
6  Telephone: 619/239-4599
   Facsimile:  619/234-4599
7
8  *Interim Lead Counsel for the End Payer Plaintiffs*

9  [Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670-DMS-MDD<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS FOR PETER G. SAFIRSTEIN**<br><br>JUDGE: Hon. Dana M. Sabraw<br><br>CTRM: 13A (13th Floor) Suite #1310 |
| This Document Relates To:<br><br>The Indirect Purchaser End Payer Actions | |

No. 15-MD-2670-DMS-MDD

PLEASE TAKE NOTICE THAT Peter G. Safirstein, an attorney of record for End Payer Plaintiff Stephanie Gipson in the above-captioned action, has changed law firms. The change in contact information is as follows:

FORMER CONTACT INFORMATION:
SAFIRSTEIN METCALF LLP
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105
Phone: 212-201-2845
Email: psafirstein@safirsteinmetcalf.com

NEW CONTACT INFORMATION:
SAFIRSTEIN LAW LLC
45 N. Broad Street, Suite 100
Ridgewood, NJ. 07450
Phone: 917-952-9458
Email: psafirstein@safirsteinlaw.com

.

DATED: March 30, 2022

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: *Betsy C Manifold*
BETSY C. MANIFOLD

BETSY C. MANIFOLD
RACHELE R. BYRD
ALEX J. TRAMONTANO
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
FRED TAYLOR ISQUITH
THOMAS H. BURT
270 Madison Avenue
New York, NY 10016
Telephone:  212/545-4600
Facsimile:  212/545-4653
isquith@whafh.com
burt@whafh.com

- 1 -

No. 15-MD-2670-DMS-MDD

| | |
|---|---|
| 1 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 2 | CARL MALMSTROM |
| 3 | 111 West Jackson, Suite 1700 |
| | Chicago, IL 60604 |
| 4 | Telephone: 312/984-0000 |
| | Facsimile:   312/212-4401 |
| 5 | malmstrom@whafh.com |
| 6 | *Interim Lead Counsel for the Indirect Purchaser End Payer Plaintiffs* |

28230

- 2 -

No. 15-MD-2670-DMS-MDD