Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
E-mail:   mlehmann@hausfeld.com
E-mail:   bsweeney@hausfeld.com
E-mail:   clebsock@hausfeld.com
E-mail:   sstein@hausfeld.com

*Class Counsel for the Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This filing relates to the Direct Purchaser Plaintiff Class Action Track | Case No. 3:15-md-02670-DMS (MDD)<br><br>MDL No. 2670<br><br>**MOTION BY DIRECT PURCHASER PLAINTIFFS TO EXTEND TIME TO FILE MOTION FOR FINAL APPROVAL** |

The Direct Purchaser Plaintiffs ("DPPs") respectfully request that the Court extend the deadline by which they must file their Motion for Final Approval of the Settlement with Chicken of the Sea International and its parent company, Thai Union Group PCL, to May 24, 2022. Currently, the deadline to file the Motion is May 10, 2022, and the hearing date is set for June 17, 2022. *See* ECF No. 2733 (Order Granting Preliminary Approval and setting schedule). This minor extension request is made to accommodate delays in the mail and to give the Settlement Administrator and the settling parties adequate time to review incoming claim forms, opt-out requests, and other materials that may have been timely-postmarked but are still arriving. Under the circumstances, the Settlement Administration has recommended this proposed two-week extension. At this time, no objections to the Settlement have been received. Chicken of the Sea and Thai Union do not oppose this Motion.

Accordingly, the DPPs request the Court grant the accompanying Proposed Order to extend the deadline to file their Motion for Final Approval until May 24, 2022 and make any other changes the Court deems appropriate to the related hearing date. Counsel for the DPPs will promptly post of a copy of any Order modifying the deadlines on the DPPs' settlement website.

Dated: May 4, 2022

Respectfully submitted,

By: s/ *Samantha J. Stein*
Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Samantha J. Stein
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
E-mail:  mlehmann@hausfeld.com

|   |   |
|---|---|
| 1 | E-mail:  bsweeney@hausfeld.com |
| 2 | E-mail:  clebsock@hausfeld.com |
|   | E-mail:  sstein@hausfeld.com |
| 3 |   |
| 4 | Michael D. Hausfeld |
|   | James J. Pizzirusso |
| 5 | HAUSFELD LLP |
| 6 | 888 16th Street, N.W., Suite 300 |
|   | Washington, DC 20006 |
| 7 | Telephone: (202) 540-7200 |
|   | Facsimile: (202) 540-7201 |
| 8 | E-mail:  mhausfeld@hausfeld.com |
| 9 | E-mail:  jpizzirusso@hausfeld.com |
| 10 | *Class Counsel for the Direct Purchaser* |
| 11 | *Class* |

| MOT. TO EXTEND TIME | 2 | CASE NO. 15-MD-2670-DMS (MDD) |