Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:  (415) 633-1908
Fax:  (415) 358-4980
E-mail:   mlehmann@hausfeld.com
E-mail:   bsweeney@hausfeld.com
E-mail:   clebsock@hausfeld.com
E-mail:   sstein@hausfeld.com

*Class Counsel for the Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS (MDD)<br><br>MDL No. 2670<br><br>**ORDER GRANTING MOTION BY DIRECT PURCHASER PLAINTIFFS TO EXTEND TIME TO FILE MOTION FOR FINAL APPROVAL** |
| This filing relates to the Direct Purchaser Plaintiff Class Action Track | |

1
2
3
4
5
6
7
8
9
10

On May 4, 2022, the Direct Purchaser Plaintiffs ("DPPs") filed an unopposed motion for the Court to extend the deadline by which they must file their Motion for Final Approval of the Settlement with Chicken of the Sea International and its parent company, Thai Union Group PCL from May 10, 2022 to May 24, 2022. *See* ECF No. 2733 (Order Granting Preliminary Approval and setting schedule). The extension request was made to accommodate delays in the mail and to give the Settlement Administrator and the settling parties adequate time to review incoming claim forms, opt-out requests, and other materials that may have been timely-postmarked but are still arriving. At the time of the DPPs' Motion, no objections to the Settlement had been received. Chicken of the Sea and Thai Union did not oppose the Motion.

11
12
13
14

Accordingly, the Court hereby GRANTS the DPPs' request and extends the deadline to file their Motion for Final Approval to May 24, 2022. Counsel for the DPPs are ORDERED to promptly post of a copy of this Order modifying the deadlines on the DPPs' settlement website.

15

**IT IS SO ORDERED.**

16

Dated:  May 6, 2022

17
18
19

Hon. Dana M. Sabraw, Chief Judge
United States District Court

20
21
22
23
24
25
26
27
28