Michael P. Lehmann (Cal. Bar No. 77152)
Bonny E. Sweeney (Cal. Bar No. 176174)
Christopher L. Lebsock (Cal. Bar No. 184546)
Samantha J. Stein (Cal. Bar No. 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: bsweeney@hausfeld.com
E-mail: clebsock@hausfeld.com
E-mail: sstein@hausfeld.com

*Class Counsel for the Direct Purchaser Class*
*Additional counsel listed below*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>THE CLASS CASES | Case No. 3:15-md-02670-DMS-MDD<br>MDL No. 2670<br><br>**NOTICE OF ERRATA REGARDING CLASS PLAINTIFFS' JOINT OPPOSITION TO LION DEFENDANTS' MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(B)**<br><br>Re: ECF No. 2826 |

TO THE COURT AND ALL PARTIES OF RECORD:

The Class Plaintiffs file this notice to correct a line in their Opposition to the Lion Defendants' Motion for Certification, ECF No. 2826. The Class Plaintiffs previously wrote: "As the Court will recall, the DAPs have settled with all of the Defendants, except the Lion Entities; and the Class Plaintiffs have resolved their claims with COSI and TUG, while claims remain against the Lion Entities, StarKist, and Dongwon." *Id.* at 4:5-8. They now correct that statement and replace it as follows: "As the Court will recall, the majority of DAPs have settled with all of the Defendants, except for the Lion Entities. However, the Class Plaintiffs have resolved their claims with COSI and TUG, while claims remain against the Lion Entities, StarKist, and Dongwon. Meanwhile, DAP Associated Wholesale Grocers, Inc. has not yet settled with StarKist, Dongwon, Del Monte, or Christopher Lischewski, and DAPs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC have not yet settled with StarKist, Dongwon, or Del Monte."

Dated: May 18, 2022

Respectfully submitted,

HAUSFELD LLP

By: s/ *Samantha J. Stein*
Bonny E. Sweeney, Esquire
(Cal. Bar No. 176174)
Michael P. Lehmann, Esquire
(Cal. Bar No. 77152)
Christopher L. Lebsock, Esquire
(Cal. Bar No. 184546)
Samantha J. Stein, Esquire
(Cal. Bar No. 302034)
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel:     (415) 633-1908

```
Fax:      (415) 358-4980
E-mail:   bsweeney@hausfeld.com
          mlehmann@hausfeld.com
          clebsock@hausfeld.com
          sstein@hausfeld.com
```

**Class Counsel for Direct Purchaser Plaintiffs**

CUNEO GILBERT & LADUCA LLP

By: s/ *Jonathan W. Cuneo*
Jonathan W. Cuneo, Esquire
Joel Davidow, Esquire
Blaine Finley, Esquire
4725 Wisconsin Avenue, N.W.
Suite 200
Washington, D.C. 20016
Tel:      (202) 789-3960
Fax:      (202) 589-1813
E-mail:   jonc@cuneolaw.com
          joel@cuneolaw.com
          bfinley@cuneolaw.com

**Class Counsel for the Indirect Purchaser Commercial Food Preparer Plaintiffs**

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: /s/    *Betsy C. Manifold*
Betsy C. Manifold, Esquire
(Cal. Bar No. 182450)
Rachele R. Byrd, Esquire
(Cal. Bar No. 190634)
Alex J. Tramontano, Esquire
(Cal. Bar No. 276666)
Symphony Towers
750 B Street, Suite 1820

San Diego, CA 92101
Tel:       (619) 239-4599
Fax:      (619) 234-4599
E-mail:   manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

Thomas H. Burt, Esquire
270 Madison Avenue
New York, NY 10016
Tel:       (212) 545-4600
Fax:      (212) 686-0114
E-mail:   burt@whafh.com

***Class Counsel for Indirect Purchaser End Payer Plaintiffs***

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2022, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

By: s/ *Samantha J. Stein*
Samantha J. Stein
HAUSFELD LLP
sstein@hausfeld.com
*Class Counsel for the Direct Purchaser Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories show above, and that all signatories have authorized placement of their electronic signature on this document.

By: s/ *Samantha J. Stein*
Samantha J. Stein
HAUSFELD LLP
sstein@hausfeld.com
*Class Counsel for the Direct Purchaser Class*