Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: 202.789.3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*Counsel for Commercial Food Preparer Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 DMS (MDD) |
| This Document Relates To:<br><br>All Commercial Food Preparer Plaintiff Actions | **UNOPPOSED MOTION BY COMMERCIAL FOOD PREPARER PLAINTIFFS TO EXTEND TIME TO FILE MOTION FOR FINAL APPROVAL** |

The Commercial Food Preparer Plaintiffs ("CFPs") respectfully request that the Court extend the deadline by which they must file their Motion for Final Approval of the Settlement with Chicken of the Sea International and its parent company, Thai Union Group PCL, to June 22, 2022. Currently, the deadline to file the Motion is May 25, 2022, and the hearing date is set for August 12, 2022. *See* ECF No. 2735 (Order Granting Preliminary Approval and setting schedule). This extension request is made to accommodate delays in the mail and to give the Settlement Administrator and the settling parties adequate time to review potential incoming opt-out requests and other materials that may have been timely-postmarked, but yet to arrive due to mailing delays since the exclusion deadline occurred just last week on May 13. Under these circumstances, the Settlement Administration has recommended this proposed four-week extension. Postponing the deadline for CFPs to move for final approval until June 22 would still leave over one month between the date of filing of the motion and the scheduled hearing on August 12. At this time, no objections to the Settlement have been received. Chicken of the Sea and Thai Union do not oppose this Motion.

Accordingly, the CFPs request the Court grant the accompanying Proposed Order to extend the deadline to file their Motion for Final Approval until June 22, 2022 and make any other changes the Court deems appropriate to the related hearing date. Counsel for the CFPs will promptly post of a copy of any Order modifying the deadlines on the CFPs' settlement website.

| | |
|---|---|
| Dated: May 20, 2022 | Respectfully submitted, |
| | By: *s/ Jonathan W. Cuneo* |
| | Jonathan W. Cuneo |
| | Joel Davidow |
| | Blaine Finley |
| | CUNEO GILBERT & LADUCA, LLP |
| | 4725 Wisconsin Ave. NW, Suite 200 |
| | Washington, DC 20016 |
| | Telephone: 202.789.3960 |
| | Facsimile: 202.589.1813 |
| | jonc@cuneolaw.com |
| | joel@cuneolaw.com |
| | bfinley@cuneolaw.com |
| | |
| | *Lead Counsel for Commercial Food Preparer Plaintiff Class* |

**CERTIFICATE OF SERVICE**

I certify that on May 20, 2022, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

*s/ Jonathan W. Cuneo*
Jonathan W. Cuneo

Mot. to Extend Time　　　　　　　　　　　　　Case No. 15-md-2670-DMS (MDD)

3