# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This filing relates to the Direct Purchaser Plaintiff Class Action Track | Case No. 3:15-md-02670-DMS (MDD)<br><br>MDL No. 2670<br><br>**ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION TO EXTEND TIME TO FILE MOTION FOR FINAL APPROVAL AND MOVE RELATED DEADLINES** |

1        The Direct Purchaser Plaintiffs ("DPPs") previously moved for a brief extension to file their Motion for Final Approval of the Settlement with Chicken of the Sea International ("Chicken of the Sea") and its parent company, Thai Union Group PCL ("Thai Union"), to accommodate delays in the mail and to give the Settlement Administrator and the settling parties adequate time to review incoming claim forms, opt-out requests, and other materials that were still arriving. The Court granted that request and moved the deadline from May 10, 2022 until May 24, 2022. ECF No. 2822. Now, in light of new issues that have arisen following the Settlement Administrator's audit of those materials, as described in the declaration submitted by the Settlement Administrator, the DPPs request that the Court again extend that deadline and the related Fairness Hearing date, which is presently set for June 17, 2022. *See* ECF No. 2733 (Order Granting Preliminary Approval and setting schedule). No objections to the Settlement have been received, and Chicken of the Sea and Thai Union do not oppose this Motion.

       As articulated in the accompanying declaration of Jennifer Keough of JND Legal Administration, the Settlement Administrator has recommended this extension of 90 days to address a variety of issues uncovered during the auditing process. In light of these issues and to provide sufficient time to do this due diligence as described in Ms. Keough's declaration, the Court finds that such extension is warranted.

       Accordingly, the Court hereby GRANTS the DPPs' request and extends the deadline to file the Motion for Final Approval to **September 6, 2022**. The Final Approval and Fairness Hearing date, as well as the hearing for the DPPs' Motion for Attorneys' Fees, ECF No. 2785, are now set for **October 7, 2022**, at **1:30 p.m.**.

/ / /

/ / /

/ / /

/ / /

1  Counsel for the DPPs are ORDERED to promptly post a copy of this Order
2  modifying the deadlines on the DPPs' settlement website.
3  **IT IS SO ORDERED.**
4  DATED: May 23, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court