Jonathan W. Cuneo
Joel Davidow
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: 202.789.3960
jonc@cuneolaw.com
joel@cuneolaw.com
bfinley@cuneolaw.com

*Counsel for Commercial Food
Preparer Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 DMS (MDD) |
| This Document Relates To:<br><br>All Commercial Food Preparer Plaintiff Actions | **NOTICE REGARDING DISSEMINATION OF SETTLEMENT NOTICE WITH ACCOMPANYING DECLARATION OF JEANNE FINEGAN** |

TO THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Commercial Food Preparer Plaintiffs are hereby filing the accompanying Declaration of Jeanne Finegan regarding the dissemination of notice to the settlement class pursuant to the Court's Order at ECF No. 2735.

Dated: May 23, 2022                                       Respectfully submitted,

                                                  By:   *s/ Blaine Finley*
                                                        Jonathan W. Cuneo
                                                        Joel Davidow
                                                        Blaine Finley
                                                        CUNEO GILBERT & LADUCA, LLP
                                                        4725 Wisconsin Ave. NW, Suite 200
                                                        Washington, DC 20016
                                                        Telephone: 202.789.3960
                                                        Facsimile: 202.589.1813
                                                        jonc@cuneolaw.com
                                                        joel@cuneolaw.com
                                                        bfinley@cuneolaw.com

                                                        *Lead Counsel for Commercial Food
                                                        Preparer Plaintiff Class*

---

NOTICE                                                   CASE NO. 15-MD-2670-DMS (MDD)

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 23, 2022, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

*s/ Blaine Finley*
Blaine Finley
