# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This filing relates to the Commercial Food Preparer Plaintiff Class Action Track | Case No. 3:15-md-02670-DMS (MDD)<br><br>MDL No. 2670<br><br>**ORDER GRANTING MOTION BY COMMERCIAL FOOD PREPARER PLAINTIFFS TO EXTEND TIME TO FILE MOTION FOR FINAL APPROVAL** |

|   |   |
|---|---|
| 1 | On May 20, 2022, the Commercial Food Preparer Plaintiffs ("CFPs") filed an unopposed motion for the Court to extend the deadline by which they must file their Motion for Final Approval of the Settlement with Chicken of the Sea International and its parent company, Thai Union Group PCL, from May 25, 2022 to June 22, 2022. *See* ECF No. 2735 (Order Granting Preliminary Approval and setting schedule). The extension request was made to accommodate delays in the mail and to give the Settlement Administrator and the settling parties adequate time to review opt-out requests and other materials that may have been timely-postmarked, but yet to arrive. At the time of the CFPs' Motion, no objections to the Settlement had been received. Chicken of the Sea and Thai Union did not oppose the Motion. |

Accordingly, the Court hereby GRANTS the CFPs' request and extends the deadline to file their Motion for Final Approval to June 22, 2022. The Fairness Hearing and Final Approval Hearing Date continues to be set for August 12, 2022. Counsel for the CFPs are ORDERED to promptly post of a copy of this Order modifying the deadlines on the CFPs' settlement website.

**IT IS SO ORDERED.**

Dated: May 24, 2022

HON. DANA M. SABRAW, CHIEF JUDGE
UNITED STATES DISTRICT COURT