# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br><br>*Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC*, et al., 3:18-cv-01014-DMS-MDD | Case No.: 15-MD-2670 DMS (MDD)<br><br>**ORDER RE: ORAL ARGUMENT** |

Associated Wholesale Grocers, Inc.'s motion for reconsideration, transfer, or certification of Rule 54(b) judgment is currently scheduled for hearing on June 3, 2022. The Court has reviewed the parties' briefs, and finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the June 3, 2022 hearing is vacated.

**IT IS SO ORDERED**.

Dated: May 31, 2022

_____
Hon. Dana M. Sabraw
United States District Judge