# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This filing related to the Commercial Food Preparer Plaintiff Class Action Track | Case No.: 15-MD-2670 DMS (MDD)<br><br>**ORDER CONTINUING FINAL APPROVAL HEARING FOR CFP CLASS** |

Due to a conflict on the Court's calendar, the August 12, 2022 Final Approval Hearing for the CFP Class is reset to August 19, 2022, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: June 8, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court