| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Alfred C. Pfeiffer (CA 120965)<br>  Christopher S. Yates (CA 161273) |
| 3 |   Belinda S Lee (CA 199635)<br>  Niall E. Lynch (CA 157959) |
| 4 |   Ashley M. Bauer (CA 231626)<br>505 Montgomery Street, Suite 2000 |
| 5 | San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600 |
| 6 | Facsimile: +1.415.395.8095<br>*Al.Pfeiffer@lw.com* |
| 7 | *Chris.Yates@lw.com*<br>*Belinda.Lee@lw.com* |
| 8 | *Niall.Lynch@lw.com*<br>*Ashley.Bauer@lw.com* |
| 9 | *Counsel for Defendants StarKist Co.* |
| 10 | *and Dongwon Industries Co., Ltd.* |
| 11 | (Additional Counsel on Signature Pages) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MDD<br><br>MDL No. 2670 |
| THIS DOCUMENT RELATES TO:<br><br>(1) *Affiliated Foods, Inc. v. Tri-Union Seafoods LLC, et al.*, 3:15-cv-02787<br><br>(2) *Associated Food Stores, Inc. v. Tri-Union Seafoods, LLC, et al.*, 3:15-cv-04667<br><br>(3) *Associated Grocers of New England, Inc., et al v. Tri-Union Seafoods, LLC et al.*, 3:15-cv-04187<br><br>(4) *Associated Grocers, Inc. v. Tri-Union Seafoods*, LLC et al., 3:15-cv-05371<br><br>(5) *Bashas' Inc., et al. v. Tri-Union Seafoods, LLC*, et al., 3:17-cv-02487<br><br>(6) *Fareway Stores Inc. et al v. Tri-Union Seafoods, LLC et al.*, 3:16-cv-02765 | **JOINT MOTION FOR EXTENSION OF TIME REGARDING SETTLEMENT CONFERENCE SCHEDULING**<br><br>Judge: Hon. Dana M. Sabraw |

(7) *Giant Eagle, Inc. v. Tri-Union Seafoods, LLC, et al.*, 3:16-cv-00046

(8) *McLane Company, Inc. et al v. Tri-Union Seafoods, LLC et al.*, 3:16-cv-00047

(9) *Western Family Foods, Inc. v. Tri-Union Seafoods, LLC et al.*, 3:16-cv-00025

(10) *Winn-Dixie Stores, Inc. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00017

(11) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, 3:18-cv-01014

(12) *CVS Pharmacy, Inc. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-02145

(13) *SpartanNash Company v. Tri-Union Seafoods, LLC, et al.*, 3:18-cv-02366

(14) *Kroger Co., et al. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00051-

(15) *Wegmans Food Markets, Inc. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00264

(16) *Publix Super Markets, Inc. et al. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00247

(17) *SuperValu Inc., et al. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-0951

(18) *Krasdale Foods, Inc. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-1748-

(19) *Meijer, Inc. and Meijer Distribution, Inc. v. Bumble Bee Foods, et al.*, 13:6-cv-0398

(20) *Super Store Industries v. Bumble Bee Foods LLC et al.*, 3:17-cv-0950

(21) *Moran Foods, LLC v. Bumble Bee Foods LLC, et al.*, 3:17-cv-1745

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(22) *Dollar General Corporation, et al. v. Bumble Bee Foods LLC et al.*, 3:17-cv-1744

(23) *W. Lee Flowers & Co., Inc. v. Bumble Bee Foods, LLC; et al*, 3:16-cv-01226

Defendants StarKist Co., Dongwon Industries Co., Ltd., Lion Capital (Americas), Inc., Lion Capital LLP, Big Catch Cayman LP, and Del Monte Corporation ("Defendants") and all remaining Direct Action Plaintiffs ("DAPs") (collectively, "the Parties"), by and through their respective counsel, hereby jointly move for an order extending the deadlines set forth in the Court's Order Following Hearing dated May 24, 2022 (ECF No. 2843).

## STIPULATION

WHEREAS, on May 24, 2022, the Court entered its Order Following Hearing, which ordered that: (1) counsel for the Parties contact Magistrate Judge Dembin's chambers to schedule a settlement conference to occur within thirty (30) days; and (2) within two weeks of the settlement conference, counsel shall meet and confer on trial dates for the remaining DAP cases and submit a joint status report to the Court with a list of DAP cases that remain to be tried, proposed trial dates, and DAPs' respective positions on *Lexecon* issues (*i.e.*, whether their cases should be remanded to their home districts), and the timing of any such remands (ECF No. 2843 ¶¶ 1, 2);

WHEREAS, Judge Dembin held a "preliminary settlement conference" with counsel for the Parties on June 16, 2022 to work on a structure for addressing settlement expeditiously (ECF No. 2857);

WHEREAS, at the preliminary settlement conference, Judge Dembin ordered the Parties to meet and confer and submit a short statement of proposed settlement procedures on or before the close of business on June 24, 2022 (*id.*);

WHEREAS, due to scheduling conflicts for defense counsel and their clients (including a 3-week jury trial and previously scheduled depositions in other cases), and so that all Parties can meaningfully participate in the settlement process, the Parties respectfully seek an extension to August 31, 2022 to hold settlement conferences with Judge Dembin;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The Parties shall have until August 31, 2022 to hold settlement conferences with Magistrate Judge Dembin.

2. Within two weeks of the last settlement conference, counsel shall meet and confer on trial dates for the remaining DAP cases, and submit a joint status report to the Court with a list of DAP cases that remain to be tried along with proposed trial dates. Counsel for DAPs shall also advise the Court of their respective positions on *Lexecon* issues, *i.e.*, whether their cases should be remanded to their home districts, and the timing of any such remands.

DATED: June 21, 2022                     Respectfully submitted,

LATHAM & WATKINS LLP

By: s/ Belinda S Lee

Alfred C. Pfeiffer (Cal. Bar No. 120965)
Christopher S. Yates (Cal. Bar No. 161273)
Belinda S Lee (Cal. Bar No. 199635)
Niall E. Lynch (Cal Bar No. 157959)
Ashley M. Bauer (Cal. Bar No. 231626)

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Al.Pfeiffer@lw.com
Chris.Yates@lw.com
Belinda.Lee@lw.com
Niall.Lynch@lw.com
Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

SULLIVAN & CROMWELL LLP

By: s/ Adam S. Paris

Adam S. Paris (Cal Bar No. 190693)

1888 Century Park East
Los Angeles, CA 90067
Tel: (310) 712-6600
Fax: (310) 712-8800
parisa@sullcrom.com

*Counsel for Defendants Lion Capital (Americas), Inc., Lion Capital LLP, and Big Catch Cayman LP*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: s/ Barbara T. Sicalides

Barbara T. Sicalides

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215-981-4000
Fax: 215-981-4750
barbara.sicalides@troutman.com

*Counsel for Defendant Del Monte Corporation*

KENNY NACHWALTER, P.A.

By: s/ William J. Blechman

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Brandon Floch, Esquire

1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com

1  wblechman@knpa.com
2  dpatton@knpa.com
   srandall@knpa.com

3  *Counsel for the Kroger Direct Action*
4  *Plaintiffs and Liaison Counsel for Direct Action Plaintiffs*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF CERTIFICATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: June 21, 2022                                            s/ Belinda S Lee
                                                                               Belinda S Lee