1    LATHAM & WATKINS LLP
       Alfred C. Pfeiffer (CA 120965)
2      Christopher S. Yates (CA 161273)
       Belinda S Lee (CA 199635)
3      Niall E. Lynch (CA 157959)
       Ashley M. Bauer (CA 231626)
4    505 Montgomery Street, Suite 2000
     San Francisco, California 94111-6538
5    Telephone:   +1.415.391.0600
     Facsimile:   +1.415.395.8095
6    *Al.Pfeiffer@lw.com*
     *Chris.Yates@lw.com*
7    *Belinda.Lee@lw.com*
     *Niall.Lynch@lw.com*
8    *Ashley.Bauer@lw.com*

9    *Counsel for Defendants StarKist Co.*
     *and Dongwon Industries Co., Ltd.*
10
     (Additional Counsel on Signature Pages)
11

12              **UNITED STATES DISTRICT COURT**
13              **SOUTHERN DISTRICT OF CALIFORNIA**

14   IN RE: PACKAGED SEAFOOD          Case No. 3:15-md-02670-DMS-MDD
     PRODUCTS ANTITRUST
15   LITIGATION                       MDL No. 2670

16   THIS DOCUMENT RELATES TO:        **JOINT MOTION FOR LIMITED**
                                      **RELIEF FROM THE COURT'S**
17   (1) *Affiliated Foods, Inc. v. Tri-*   **ORDER REGARDING**
     *Union Seafoods LLC, et al.*, 3:15-cv-  **SETTLEMENT CONFERENCE**
18   02787                            **SCHEDULING**

19   (2) *Associated Food Stores, Inc. v.*   Judge:  Hon. Dana M. Sabraw
     *Tri-Union Seafoods, LLC, et al.*,
20   3:15-cv-04667

21   (3) *Associated Grocers of New*
     *England, Inc., et al v. Tri-Union*
22   *Seafoods, LLC et al.*, 3:15-cv-04187

23   (4) *Associated Grocers, Inc. v. Tri-*
     *Union Seafoods*, LLC et al., 3:15-cv-
24   05371

25   (5) *Bashas' Inc., et al. v. Tri-Union*
     *Seafoods, LLC*, et al., 3:17-cv-02487
26
     (6) *Fareway Stores Inc. et al v. Tri-*
27   *Union Seafoods, LLC et al.*, 3:16-cv-
     02765
28

1   (7) *Giant Eagle, Inc. v. Tri-Union Seafoods, LLC, et al.*, 3:16-cv-00046

2

3   (8) *McLane Company, Inc. et al v. Tri-Union Seafoods, LLC et al.*, 3:16-cv-00047

4

5   (9) *Western Family Foods, Inc. v. Tri-Union Seafoods, LLC et al.*, 3:16-cv-00025

6

7   (10) *Winn-Dixie Stores, Inc. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00017

8

9   (11) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, 3:18-cv-01014

10

11   (12) *CVS Pharmacy, Inc. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-02145

12

13   (13) *SpartanNash Company v. Tri-Union Seafoods, LLC, et al.*, 3:18-cv-02366

14

15   (14) *Kroger Co., et al. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00051-

16   (15) *Wegmans Food Markets, Inc. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00264

17

18   (16) *Publix Super Markets, Inc. et al. v. Bumble Bee Foods LLC, et al.*, 3:16-cv-00247

19

20   (17) *SuperValu Inc., et al. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-0951

21

22   (18) *Krasdale Foods, Inc. v. Bumble Bee Foods LLC, et al.*, 3:17-cv-1748-

23   (19) *Meijer, Inc. and Meijer Distribution, Inc. v. Bumble Bee Foods, et al.*, 13:6-cv-0398

24

25   (20) *Super Store Industries v. Bumble Bee Foods LLC et al.*, 3:17-cv-0950

26

27   (21) *Moran Foods, LLC v. Bumble Bee Foods LLC, et al.*, 3:17-cv-1745

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(22) *Dollar General Corporation, et al. v. Bumble Bee Foods LLC et al.*, 3:17-cv-1744

(23) *W. Lee Flowers & Co., Inc. v. Bumble Bee Foods, LLC; et al*, 3:16-cv-01226

1      Defendants StarKist Co., Dongwon Industries Co., Ltd., Lion Capital

2  (Americas), Inc., Lion Capital LLP, Big Catch Cayman LP, and Del Monte

3  Corporation ("Defendants") and all remaining Direct Action Plaintiffs ("DAPs")

4  (collectively, "the Parties"), by and through their respective counsel, hereby jointly

5  move for an order granting the Parties limited relief so that the Parties may hold

6  three settlement conferences with Magistrate Judge Dembin after the current

7  August 31, 2022 deadline for settlement conferences.  *See* Order Granting Parties'

8  Joint Motion for Extension of Time dated June 22, 2022 (ECF No. 2860).

9                            **STIPULATION**

10      WHEREAS, on May 24, 2022, the Court entered its Order Following

11  Hearing, which ordered that:  (1) counsel for the Parties contact Magistrate Judge

12  Dembin's chambers to schedule a settlement conference to occur within thirty (30)

13  days; and (2) within two weeks of the settlement conference, counsel shall meet

14  and confer on trial dates for the remaining DAP cases and submit a joint status

15  report to the Court with a list of DAP cases that remain to be tried, proposed trial

16  dates, and DAPs' respective positions on *Lexecon* issues (*i.e.*, whether their cases

17  should be remanded to their home districts), and the timing of any such remands

18  (ECF No. 2843 ¶¶ 1, 2);

19      WHEREAS, Judge Dembin held a "preliminary settlement conference" with

20  counsel for the Parties on June 16, 2022 to work on a structure for addressing

21  settlement expeditiously (ECF No. 2857);

22      WHEREAS, at the preliminary settlement conference, Judge Dembin

23  ordered the Parties to meet and confer and submit a short statement of proposed

24  settlement procedures on or before the close of business on June 24, 2022 (*id.*);

25      WHEREAS, due to scheduling conflicts for defense counsel and their clients

26  (including a 3-week jury trial and previously scheduled depositions in other cases),

27  and so that all Parties could meaningfully participate in the settlement process, the

28  Parties requested an extension to August 31, 2022 to hold settlement conferences

1   with Judge Dembin (ECF No. 2859), which the Court granted on June 22, 2022

2   (ECF No. 2860 ¶ 1);

3        WHEREAS, through the meet-and-confer process ordered by Judge

4   Dembin, the Parties agreed upon a structure and order for the Court to hold six

5   different settlement conferences based on the different DAP plaintiff groups;

6        WHEREAS, the Parties have scheduled three of the six different settlement

7   conferences for August 22, August 26, and August 29, 2022; however, due to

8   scheduling conflicts and the large number of groups involved, the Parties have

9   been unable to schedule all six settlement conferences before the August 31, 2022

10  deadline;

11       WHEREAS, the Parties have confirmed their availability (as applicable) for

12  three different settlement conferences on September 1, September 7, and

13  September 9, 2022 and these dates are currently available on Judge Dembin's

14  calendar;

15       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as

16  follows:

17       1.    The Parties shall have until September 9, 2022 to hold settlement

18  conferences with Magistrate Judge Dembin.

19       2.    By September 23, 2022, counsel shall meet and confer on trial dates

20  for the remaining DAP cases, and submit a joint status report to the Court with a

21  list of DAP cases that remain to be tried along with proposed trial dates.  Counsel

22  for DAPs shall also advise the Court of their respective positions on *Lexecon*

23  issues, *i.e.*, whether their cases should be remanded to their home districts, and the

24  timing of any such remands.

25       /

26       /

27       /

28       /

1    DATED: July 13, 2022                          Respectfully submitted,

2

3                                                  LATHAM & WATKINS LLP

4
                                                   By: s/ Belinda S Lee
5                                                  _____

6                                                  Alfred C. Pfeiffer (Cal. Bar No. 120965)
                                                   Christopher S. Yates (Cal. Bar No. 161273)
7                                                  Belinda S Lee (Cal. Bar No. 199635)
                                                   Niall E. Lynch (Cal Bar No. 157959)
8                                                  Ashley M. Bauer (Cal. Bar No. 231626)

9                                                  505 Montgomery Street, Suite 2000
                                                   San Francisco, CA 94111-6538
10                                                 Telephone: (415) 391-0600
                                                   Facsimile: (415) 395-8095
11                                                 Al.Pfeiffer@lw.com
                                                   Chris.Yates@lw.com
12                                                 Belinda.Lee@lw.com
                                                   Niall.Lynch@lw.com
13                                                 Ashley.Bauer@lw.com

14                                                 *Counsel for Defendants StarKist Co. and
                                                   Dongwon Industries Co., Ltd.*
15

16                                                 SULLIVAN & CROMWELL LLP

17
                                                   By: s/ Adam S. Paris
18                                                 _____

19                                                 Adam S. Paris (Cal Bar No. 190693)

20                                                 1888 Century Park East
                                                   Los Angeles, CA 90067
21                                                 Tel: (310) 712-6600
                                                   Fax: (310) 712-8800
22                                                 parisa@sullcrom.com

23                                                 *Counsel for Defendants Lion Capital
                                                   (Americas), Inc., Lion Capital LLP, and Big
24                                                 Catch Cayman LP*

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN PEPPER HAMILTON
SANDERS LLP

By: s/ Barbara T. Sicalides

Barbara T. Sicalides

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215-981-4000
Fax: 215-981-4750
barbara.sicalides@troutman.com

*Counsel for Defendant Del Monte
Corporation*

KENNY NACHWALTER, P.A.

By: s/ William J. Blechman

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Brandon Floch, Esquire

1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
wblechman@knpa.com
dpatton@knpa.com
srandall@knpa.com

*Counsel for the Kroger Direct Action
Plaintiffs and Liaison Counsel for Direct
Action Plaintiffs*

## ECF CERTIFICATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.


Dated: July 13, 2022                                                    s/ Belinda S Lee
                                                                        Belinda S Lee