UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.:  15md2670-JLS-MDD<br><br>MDL No. 2670<br><br>**ORDER SETTING SETTLEMENT CONFERENCES** |
| THIS DOCUMENT RELATES TO:<br><br>(1) *Affiliated Foods, Inc. v. Tri-Union Seafoods LLC, et al.,* 3:15-cv-02787<br><br>(2) *Associated Food Stores, Inc. v. Tri-Union Seafoods, LLC, et al.,* 3:15-cv-04667<br><br>(3) *Associated Grocers of New England, Inc., et al. v. Tri-Union Seafoods, LLC et al.,* 3:15-cv-04187<br><br>(4) *Associated Grocers, Inc. v. Tri-Union Seafoods, LLC et al.,* 3:15-cv-05371<br><br>(5) *Bashas' Inc., et al. v. Tri-Union Seafoods, LLC, et al.,* 3:17-cv-02487 | |

(6) *Fareway Stores Inc. et al. v. Tri-Union Seafoods, LLC et al.,* 3:16-cv-02765

(7) *Giant Eagle, Inc. v. Tri-Union Seafoods, LLC, et al.,* 3:16-cv-00046

(8) *McLane Company, Inc. et al. v. Tri-Union Seafoods, LLC et al.,* 3:16-cv-00047

(9) *Western Family Foods, Inc. v. Tri-Union Seafoods, LLC et al.,* 3:16-cv-00025

(10) *Winn-Dixie Stores, Inc. v. Bumble Bee Foods LLC, et al.,* 3:16-cv-00017

(11) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.,* 3:18-cv-01014

(12) *CVS Pharmacy, Inc. v. Bumble Bee Foods LLC, et al.,* 3:17-cv-02145

(13) *SpartanNash Company v. Tri-Union Seafoods, LLC, et al.,* 3:18-cv-02366

(14) *Kroger Co., et al. v. Bumble Bee Foods LLC, et al.,* 3:16-cv-00051

(15) *Wegmans Food Markets, Inc. v. Bumble Bee Foods LLC, et al.,* 3:16-cv-00264

(16) *Publix Super Markets, Inc. et al. v. Bumble Bee Foods LLC, et al.,* 3:16-cv-00247

(17) *SuperValu Inc., et al. v. Bumble Bee Foods LLC, et al.,* 3:17-cv-0951

(18) *Krasdale Foods, Inc. v. Bumble Bee Foods LLC, et al.,* 3:17-cv-1748

(19) *Meijer, Inc. and Meijer Distribution, Inc. v. Bumble Bee Foods, et al.,* 13:6-cv-0398

(20) *Super Store Industries v. Bumble Bee Foods LLC et al.,* 3:17-cv-0950

(21) *Moran Foods, LLC v. Bumble Bee Foods LLC, et al.,* 3:17-cv-1745

(22) *Dollar General Corporation, et al. v. Bumble Bee Foods LLC et al.,* 3:17-cv-1744

(23) *W. Lee Flowers & Co., Inc. v. Bumble Bee Foods, LLC; et al.,* 3:16-cv-01226

After conferring with counsel for the relevant parties, **IT IS HEREBY ORDERED** that **Settlement VIDEOCONFERENCES** in this case will be held before the Honorable Mitchell D. Dembin, U.S. Magistrate Judge, as follows:

    1. Monday, **August 22, 2022**, at **9:30 a.m.**
        a. Direct Action Plaintiffs ("DAPs"): Winn Dixie and Bi-Lo
        b. Remaining Defendants: StarKist, DWI, Del Monte, Lion Capital, Lion Americas, and Big Catch Cayman

///

///

2. Friday, **August 26, 2022**, at **9:30 a.m.**
    a. DAPs: Associated Wholesale Grocers, Inc. and Affiliated Foods Midwest
    b. Remaining Defendants: StarKist, DWI, Del Monte, Lion Capital, Lion Americas, Big Catch Cayman, and Christopher Lischewski
3. Monday, **August 29, 2022**, at **9:30 a.m.**
    a. DAPs: Kroger, Albertsons, Ahold, Delhaize, HEB, Hy-Vee, Publix, Meijer, SuperValu, Associated Grocers of FL, Unified Grocers, Dollar General, Moran Foods, Wakefern, and Super Stores Industries
    b. Remaining Defendants: Lion Capital, Lion Americas, and Big Catch Cayman
4. Thursday, **September 1, 2022**, at **9:30 a.m.**
    a. DAPs: 99 Cents Only Stores, LLC; Affiliated Foods, Inc.; Alex Lee, Inc. and Merchants Distributors, LLC Associated Food Stores, Inc.; Associated Grocers of New England, Inc.; Associated Grocers, Inc.; Bashas' Inc.; Big Y Foods, Inc.; Brookshire Brothers, Inc.; Brookshire Grocery Company; Certco, Inc.; CVS; Dollar Tree Distribution, Inc.; Family Dollar Services, LLC, f/k/a Family Dollar Services, Inc.; Family Dollar Stores, Inc.; Fareway Stores, Inc.; Giant Eagle, Inc.; Greenbrier International, Inc.; Kmart Corporation; K-VA-T Food Stores, Inc.; Marc Glassman, Inc.; McLane Company, Inc.; Meadowbrook Meat Company, Inc.; Schnuck Markets, Inc.; SpartanNash Company; The Golub Corporation; URM Stores, Inc.; Western Family

|  |  |
|---|---|
| 1 | Foods, Inc.; and Woodman's Food Market, Inc. |
| 2 | b. Remaining Defendants: Lion Capital, Lion Americas, Big Catch Cayman |

5. Wednesday, **September 7, 2022**, at **9:30 a.m.**
    a. DAP: W. Lee Flowers & Co.
    b. Remaining Defendants: Lion Capital, Lion Americas, and Big Catch Cayman

6. Friday, **September 9, 2022**, at **9:30 a.m.**
    a. DAPs: Wegmans Food Markets, Inc. and Krasdale Foods, Inc.
    b. Remaining Defendants: Lion Capital, Lion Americas, and Big Catch Cayman

The parties are **ORDERED** to meet and confer and exchange settlement offers prior to submitting settlement briefs. Counsel shall submit confidential settlement briefs to chambers at efile_Dembin@casd.uscourts.gov **at least five days prior to the relevant Settlement Conference.** The Court recommends the parties choose to share their briefs prior to the conference.

The Court will use its official Zoom videoconferencing account to hold the Conferences. On or before the briefing due date, counsel for each party must email to the Court at efile_Dembin@casd.uscourts.gov the name and title of each participant and an e-mail address for each participant to receive the Zoom videoconference invitation. Prior to the Conference, the Court will email each participant an invitation to join the Zoom conference.

///
///
///

1  Questions regarding this Order may be directed to the Magistrate
2 Judge's law clerks at (619) 446-3972.
3  **IT IS SO ORDERED.**
4 Dated: July 15, 2022

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge