BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
ALEX J. TRAMONTANO (276666)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Class Counsel for the End Payer Plaintiffs*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 DMS (MDD) <br><br> **END PAYER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF CLASS NOTICE PLAN** |
| This Document Relates To: <br><br> End Payer Plaintiff Class Track | DATE: August 26, 2022 <br> TIME: 1:30 p.m. <br> JUDGE: Hon. Dana M. Sabraw <br> COURT: 13A (13th Floor) |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on August 26, 2022 pursuant to the Federal Rule of Civil Procedure 23(c)(2), the End Payer Plaintiffs ("EPPs") hereby move for an order approving the EPPs' class notice plan. Specifically, the EPPs respectfully request that the Court:

(1) Appoint JND Legal Administration LLC ("JND") as the notice administrator; and

(2) Approve the Class Notice Plan as the "best notice that is practicable under the circumstances"; and

(3) Set a deadline (the "Opt Out Deadline") for persons to seek exclusion from the Class; and

(4) Approve the form and content of the proposed class notice(s).

This Motion is based on the accompanying Memorandum of Points and Authorities, the supporting declarations, the record, and any further briefing in this matter, and the arguments at the hearing of this Motion.

Dated: July 29, 2022

By: /s/ Betsy C. Manifold
BETSY C. MANIFOLD

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
BETSY C. MANIFOLD
RACHELE R. BYRD
ALEX J. TRAMONTANO
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

| | |
|---|---|
| 1 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 2 | THOMAS H. BURT |
| 3 | 270 Madison Avenue<br>New York, New York 10016 |
| 4 | Telephone: 212/545-4600<br>Facsimile: 212/545-4653 |
| 5 | burt@whafh.com |
| 6 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC** |
| 7 | CARL MALMSTROM |
| 8 | 111 West Jackson, Suite 1700<br>Chicago, IL 60604 |
| 9 | Telephone: 312/984-0000<br>Facsimile: 312/212-4401 |
| 10 | malmstrom@whafh.com |

*Class Counsel for the End Payer Plaintiffs*

TUNA:28556