BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
ALEX J. TRAMONTANO (276666)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Class Counsel for the End Payer Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 DMS (MDD) <br><br> **DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF END PAYER PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN** |
| This Document Relates to: <br><br> End Payer Plaintiffs Class Track | DATE: August 26, 2022 <br> TIME: 1:30pm <br> JUDGE: Hon. Dana M. Sabraw <br> COURT: 13A (13th floor) |

No. 15-MD-2670 DMS (MDD)

I, Betsy C. Manifold, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Class Counsel for End Payer Plaintiffs ("EPPs"). I submit this declaration in support of End Payer Plaintiffs' Motion for Approval of Class Notice Plan. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

## PROPOSED CLASS NOTICE PLAN

2. Pursuant to the Court's July 15, 2022 Order Granting Motion for Costs in Conjunction with Final Settlement (ECF No. 2872 at 8) ("Final Approval Order (Costs)", EPPs now submit a proposed plan for dissemination of class notice to the EPP Class ("Class Notice Plan"). Under Rule 23 of the Federal Rules of Civil Procedure, EPPs seek an Order: (i) appointing EPPs' JND Legal Administration LLC ("JND") as the notice administrator; (ii) approving the Class Notice Plan as the "best notice that is practicable under the circumstances"; (iii) setting a deadline (the "Opt Out Deadline") for persons to seek exclusion from the Class; and (iv) approving the form and content of the proposed class notice(s).

## RELEVANT BACKGROUND

*COSI Settlement and Class Certification*

3. All three Classes filed motions for class certification in May of 2018. The parties participated in a three-day class certification hearing on January 14-16, 2019. Almost immediately after the January 2019 class certification hearings, Class Counsel and counsel for COSI began informal settlement discussions. After multiple exchanges over several months including an all-day informal mediation, on April 25, 2019, COSI signed a memorandum of understanding ("MOU") agreeing to settle the EPPs' claims.

4. On August 13, 2019, Defendants filed a Rule 23(f) petition with the

-1-

No. 15-MD-2670 DMS (MDD)

United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") seeking permission to appeal this Court's Class Order (ECF No. 1931). *See Olean Wholesale Grocery Coop v. Bumble Bee Foods LLC*, No. 19-80108 (9th Cir. Aug. 13, 2019), ECF No. 1-3. On December 20, 20219, the Ninth Circuit granted the petition. *See* ECF No. 2248 ("Notice of Appeal").

5. Although the EPPs finalized the COSI settlement, ***just before*** the District Court issued its decision certifying the Class, preliminary approval of the partial COSI settlement was delayed until January 26, 2022. ECF No. 2734. The delay was due, in part, to the Defendants' appeal of the Court's Class Order (ECF No. 1931). The appellate journey of the Class Order in the Ninth Circuit ended with an April 8, 2022 *en banc* decision upholding the order. *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, 31 F.4th 651 (9th Cir. 2022); ECF No. 2828 ("Order re: Mandate").

6. At the recent Mandate Hearing, the Non-settling Defendants expressed an intention to appeal the Ninth Circuit opinion to the Supreme Court. By letter dated June 27, 2022, the Supreme Court granted an application for an extension of time within which to file a petition for a writ of certiorari to and including August 8, 2022. *See Olean Wholesale Grocery Coop v. Bumble Bee Foods LLC*, No. 19-56514 (9th Cir. July 6, 2022).

***Reasons for the Delay of Class Notice***

7. While the aforementioned appellate process was on going, the EPPs anticipated disseminating a notice that jointly notifies the Class of the Court's Class Order and of the COSI Settlement. *See* Joint Motion for Stipulation Holding Deadlines in Abeyance as to Tri-Union Seafoods LLC and Thai Union Group PCL (ECF No. 1921). However, based on the status of the appeal, the Non-Settling Defendants objected to the Class Notice. ECF No. 2581, 2588. On May 11, 2021, the Court denied the EPPs' motion for preliminary approval of the COSI Settlement (ECF No. 2552), including Class Notice, as premature given the pending appeal.

ECF No. 2593.

8. After the Ninth Circuit granted *en banc* review of the Class Order, on November 10, 2021, the Court agreed to rule on the pending motions for preliminary approval. The Court denied the motions without prejudice to re-file and address concerns raised by the Court. *See* ECF No. 2651 ("November 10, 2021 Order"). On December 1, 2021, the EPPs filed a supplemental memorandum in support of their renewed motion and asked the Court to certify a Settlement Class. ECF No. 2673. On January 26, 2022, the Court granted EPPs' renewed motion for preliminary approval of the partial settlement. ECF No. 2734 ("Preliminary Approval Order").

***Robust and Effective Settlement Notice Plan***

9. For the Settlement Class Notice, EPPs retained JND, an experienced and well-respected claims administrator. JND administered a comprehensive and robust settlement notice plan from February 17, 2022 through April 13, 2022 to alert Settlement Class Members of the COSI Settlement and will continue to handle class notice and claims administration.

10. The settlement notice plan exceeded expectations and reached over 85% of potential settlement class members. ECF No. 2827, ¶ 30. Based on a July 15, 2022 administration summary, the settlement notice plan delivered 761 million digital media impressions. The success of this plan is clear based on the over 703,000 unique visitors to the settlement website and 2.6 million page views. The response of the Settlement Class is overwhelmingly positive, with 436,650 claims received, only one request for exclusion (107 known Direct Action Plaintiff entities).

***Best Practicable Settlement Notice Was Provided***

11. On July 15, 2022, the Court granted final approval of the COSI Settlement. *See* ECF No. 2871, 2872. As part of the final approval process, the Court also approved a further distribution of $97,870 to cover a reminder media

1  campaign as provided under the settlement notice plan. ECF No. 2872 at 4. The
2  Court also approved Class Counsel's request and delayed the COSI Settlement
3  follow up campaign. The delay permits Class Counsel to submit this Proposed Class
4  Notice in order to combine media efforts.

5      12.    Combining the follow up media campaign under the Court-approved settlement notice plan and the proposed Class Notice Plan permits a more cost effective notice program and allows the EPPs to build upon the successful media campaign undertaken to date.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of July 2022 at San Diego, California.

                                        *s/ Betsy C. Manifold*
                                        BETSY C. MANIFOLD

TUNA: 28421

-4-

No. 15-MD-2670 DMS (MDD)