# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 DMS (MDD) |
|---|---|
| This document relates to: The Indirect Purchaser End Payer Actions | **DECLARATION OF GINA M. INTREPIDO-BOWDEN RE: AUDIENCE DATA DEADLINE** |

I, Gina M. Intrepido-Bowden, declare and state as follows:

1. I am a Vice President at JND Legal Administration LLC ("JND"). I previously submitted a Declaration regarding a Proposed Plan for Class Notice on Behalf of End Payer Plaintiffs ("EPPs"), dated July 29, 2022 (the "Class Notice Plan Declaration"); a Declaration regarding COSI Settlement Costs on Behalf of EPPs, dated May 24, 2022; a Declaration regarding the Implementation of COSI Settlement Notice on Behalf of EPPs, dated May 9, 2022 (the "COSI Settlement Implementation Declaration"); and a Declaration regarding the Claim Process, dated December 1, 2021. ECF No. 2881, 2845-2, 2827 and 2673-9, respectively. JND's Chief Executive Officer ("CEO"), Jennifer M. Keough, previously submitted a Declaration regarding the Proposed Plan for COSI Settlement Notice on Behalf of EPPs, dated April 9, 2021. ECF No. 2552-6. JND's background and experience was included in the Keough Declaration.

2. I submit this Declaration to notify the Court of an October 10, 2022 audience data deadline for the proposed re-targeting effort outlined in ¶17(d) of the Class Notice Plan Declaration.

3. The proposed re-targeting effort is based on audience data collected during the COSI Settlement notice effort. As outlined in ¶6 of the COSI Settlement Implementation Declaration, from February 17, 2022 through April 13, 2022, JND successfully implemented a digital effort with Google Display Network ("GDN") and Facebook, delivering 574,188,323 impressions.

4. Prior to the implementation of that effort, JND placed a container tag on each page of the case website (www.TunaEndPurchaserSsettlement.com) and set up conversion tracking in Google Tag Manager for the purpose of collecting audience data. Through the placement of the container tag, we were able to collect data for the following audiences: website visitors, website visitors who filed a

1  claim, website visitors who did not file a claim. That audience data is to be used
2  for a re-targeting effort outlined in ¶17(d) of the Class Notice Plan Declaration.

3      5.    Each digital platform has rules regarding the collection of their
4  audience data. Facebook/Instagram has the shortest time frame (i.e., a 180-day
5  period) in which collected data may be used. Given that the COSI Settlement
6  digital effort ended on April 13, 2022, we are permitted to use
7  Facebook/Instagram's collected audience data up until October 10, 2022. After
8  October 10, 2022, we are unable to use the Facebook/Instagram audience data for
9  the proposed re-targeting effort.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 17th day of August 2022, at Philadelphia, Pennsylvania.

*Gina Intrepido-Bowden*

Gina M. Intrepido-Bowden