BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
ALEX J. TRAMONTANO (276666)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:    619/234-4599

*Class Counsel for the End Payer Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.:  15-MD-2670 DMS (MDD) |
| | **DECLARATION OF BETSY C. MANIFOLD IN FURTHER SUPPORT OF END PAYER PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN** |
| This Document Relates to: | |
| End Payer Plaintiffs Class Track | DATE:        August 26, 2022 <br> TIME:          1:30pm <br> JUDGE:      Hon. Dana M. Sabraw <br> COURT:      13A (13th floor) |

No. 15-MD-2670 DMS (MDD)

I, Betsy C. Manifold, declare as follows:

1.      I am an attorney duly licensed to practice before all the courts of the State of California.  I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Class Counsel for End Payer Plaintiffs ("EPPs").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

## PROPOSED CLASS NOTICE PLAN

2.      Pursuant to the Court's July 15, 2022 Order Granting End Payer Plaintiffs' Motion for Costs in Conjunction with the COSI Settlement (ECF 2872 at 8) ("Final Approval Order Costs"), EPPs submitted a proposed plan for dissemination of class notice to the EPP Class ("Class Notice Plan").  Defendants Starkist Co. and Dongwon Co., Ltd. ("Defendants" or "StarKist") filed an opposition to the proposed Class Notice Plan.  ECF 2890.  I submit this declaration in further support of End Payer Plaintiffs' Motion for Approval of Class Notice Plan and in response to StarKist's opposition.

## RELEVANT BACKGROUND

*Dissemination of Class Notice is Appropriate*

3.      On July 30, 2019, the Court certified EPPs' and the other Plaintiffs' classes and directed Class Counsel for each tract "to submit a proposed plan for dissemination to the Classes within thirty days of the electronic docketing of this Order."  ECF 1931 ("Class Order") at 59.  On August 29, 2019, in accordance with the Class Order, the EPPs' filed a Proposed Plan for Dissemination of Class Notice.  ECF 1941.  In the Proposed Plan, the EPPs requested that the Court "order the abeyance of EPPs' notice to the Class until the Court considers the motion for preliminary approval of EPPs' settlement with the COSI Defendants."  ECF 1941 at 8.  On January 20, 2020, in a two-line order, the Court noted that an unopposed motion (ECF 1941) filed by the EPPs for approval of their proposed notice plan for

dissemination of class was pending and "[g]iven the pending appeal, the Court DENIES WITHOUT PREJUDICE the Motion as premature." ECF 2272 at 1.

4.     Preliminary approval of the partial COSI Settlement was delayed until January 26, 2022 because of the procedural posture of Non-Settling Defendants' appeal of the Class Order. On May 11, 2021, the Court vacated the then pending Preliminary Approval Motions (ECF 2533, 2552, 2561) because the Court of Appeals vacated the Class Order which left the issue of class certification with the Court of Appeals until it issues a mandate. ECF 2593 at 3.

5.     Following its April 8, 2022, *en banc* decision upholding the Class Order, the Ninth Circuit issued a mandate on May 2, 2022. *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, 31 F.4th 651 (9th Cir. 2022); ECF 2840. On May 20, 2022, this Court held a Mandate Hearing and spread the mandate. ECF 2828 ("Order re: Mandate"). *Defendants did not request any stay of the mandate under Rule 41(d) of the Federal Rules of Appellate Procedure ("FRAP").*

6.     Throughout the class certification and COSI Settlement approval process, the EPPs were clear that they intended to disseminate Class Notice once the COSI Settlement was approved. StarKist cannot be confused or surprised by the relief sought. The EPPs' Motion for Costs in conjuction with the COSI Settlement clearly requested this relief in order combine the efficiencies of the follow up campaign for the COSI Settlement with a robust Class Notice Plan.[1] The July 15, 2022 Order approved this request. ECF 2872 at 8.

/ / /

/ / /

---

[1]     *See* EPPs' Memorandum of Points and Authorities in Further Support of EPPs' Motion for Costs in Conjunction with the COSI Settlement clearly requested this relief "in order to conserve resources" by combining the COSI Settlement follow-up campaign with robust Class Notice Plan. ECF 2845-1 at 8, 17.

-2-

*Further Delay in Dissemination of the Class Notice is Harmful to the Class*

7.     Disseminating Class Notice now as part of the follow up COSI Settlement campaign is both cost-effective and more efficient for Class Members. The costs of Class Notice will be offset by the $97,870 media costs set aside from the COSI Settlement and further benefits from the substantial re-targeting data already gathered during the robust COSI Settlement Notice Plan.  I was advised by JND, the COSI Settlement Claims Administrator, that the substantial re-targeting data acquired from Facebook and Instagram can only be held and used for 180 days and will expire by no later than October 2022.  Any further delay, even for a few weeks, means that notice costs will be substantially more.

8.     As of April 2022, the costs of developing the robust COSI Settlement Plan from the ground up were over $1 million.  The savings in providing Class Notice now is substantial for the Class.  Based on input from JND, Class Counsel estimates notice costs to be approximately $300,000 if provided as part of COSI Settlement follow up campaign and the re-targeting data is available for use.

9.     Any additional expense if the notice needs to be revised in the event of decertification would be nominal and include updates to the Case Website and direct e-mail notice to the COSI Settlement Claimants.  The COSI Settlement Claimants can be advised by email at an approximate cost of $20,000.  There is substantial harm to the Class if Notice is further delayed.

*Acceptance of Defendants' Proposed Changes to the Class Notice*

10.     As part of the EPPs' on-going efforts to resolve StarKist's objections to the proposed Class Notice, Class Counsel has reviewed and accepted most (but not all) of the Defendants' proposed revisions to the Class Notice.

11.     Attached hereto as **Exhibit A** is a clean version of the final Class Notice after accepting the agreed upon changes.  For the sake of completeness, this final version contains non-substantive formatting corrections needed to properly

-3-

incorporate Defendants' proposed changes and adds "2022" after a date on the first page to correct a scriveners' error in the proposed draft.

12.     For the convenience of the Court and the parties, attached hereto as **Exhibit B** is redline reflecting the proposed changes which the EPPs found to be confusing, lacking clarity or objectivity in Defendants' proposed Class Notice draft and were *not* accepted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 19th day of August 2022 at San Diego, California.

_____*/s/ Betsy C. Manifold*_____
BETSY C. MANIFOLD

TUNA: 28644

-4-

No. 15-MD-2670 DMS (MDD)

1

## <u>TABLE OF EXHIBITS</u>

2

3    Exhibit A: Final Class Notice.………………………………………….....6

4    Exhibit B: Final Class Notice Rejected Proposed Changes………………………...15

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 15-MD-2670 DMS (MDD)

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
CASE NO. 15-MD-2670 DMS (MDD)

# If you bought Canned or Pouched Tuna between June 1, 2011 and July 1, 2015, your rights are affected by a class action lawsuit and settlement

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

*Para una notificación en espanol, visite www.TunaEndPurchaserSettlement.com o llame 1-866-615-0977.*

> **This notice provides an update about the pending class action lawsuit and the COSI Settlement.  The deadline to act is Month x, 2022.**

- A lawsuit is pending in the United States District Court for the Southern District of California.  The lawsuit is known as *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 DMS (MDD).

- The lawsuit claims that from June 1, 2011 to July 1, 2015, Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively "COSI"), StarKist Co. and its parent company, Dongwon Industries Co. Ltd (collectively "StarKist") and Bumble Bee Foods, LLC ("Bumble Bee") and Lion Capital (Americas), Inc. ("Lion America") participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Packaged Tuna products at an artificially high level in violation of antitrust and unfair competition laws.

- On July 30, 2019, the District Court certified a class of all persons and entities who reside in the states of Arizona, Arkansas, California, the District of Columbia, Florida, Guam, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Virginia, West Virginia, and Wisconsin (referred  to as the End Payer Plaintiffs or EPPs) who *indirectly* purchased Chicken of the Sea, StarKist, or Bumble Bee tuna in cans or pouches smaller than 40 ounces ("Packaged Tuna") from June 1, 2011 through July 1, 2015 for their own consumption (the "Class").  On April 8, 2022, the Ninth Circuit Court of Appeals affirmed the District Court's order certifying the Class.  On August 8, 2022,  StarKist filed a petition to the United States Supreme Court to appeal the Ninth Circuit's decision.  The United States Supreme Court may or may not grant StarKist's petition.  If the United States Supreme Court agrees to hear StarKist's appeal, then it may impact  the  Class  Order.  **Please  check  www.TunaEndPurchaserSettlement.com  for  further developments.**

- The Court has not decided whether Defendants' alleged wrongdoing had any impact on the EPPs. Defendants deny the EPPs' allegations and have asserted defenses to the EPPs' claims.  COSI settled with the EPPs to avoid litigation risks, costs, and inconvenience.  Notice about the COSI Settlement was already issued; however, **the COSI Settlement claims deadline has been extended until Month x, 2022**.  The litigation is continuing with StarKist and Lion America (the "Non-Settling Defendants").  No trial date has been set.

- Your legal rights are affected whether you act or don't act.  Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE PENDING CLASS ACTION LITIGATION | | |
|---|---|---|
| **DO NOTHING** | • Stay in the Class and await the outcome <br> • Give up your right to sue or continue to sue the Defendants for the claims in this case <br> • Receive no payment from the COSI Settlement | |
| **ASK TO BE EXCLUDED ("OPT OUT")** | • Remove yourself from the Class <br> • Keep your right to sue or continue to sue the Defendants for the claims in this case <br> • Receive no payment <br> • **Please contact the Claims Administrator if you would like to withdraw your COSI Settlement claim so that you may opt out of the Class** | Postmarked by **Month x, 2022** |
| **CLAIMS FILING EXTENSION FOR THE COSI SETTLEMENT** | | |
| **FILE A CLAIM IN THE COSI SETTLEMENT** | • File a claim for payment in the COSI Settlement online or by mail <br> • Be bound by the COSI Settlement only <br> • Give up your right to sue or continue to sue COSI for the claims in this case <br> • You will remain in the Litigation Class with respect to the Non-Settling Defendants if the Litigation Class is upheld on appeal <br> • **Payments will be made AFTER the litigation with the Non-Settling Defendants is resolved. Please be patient.** | **EXTENDED DEADLINE**: <br> Submit online or postmark by **Month x, 2022** |
| | | |

- If you have already opted out of the COSI Settlement Class or submitted a claim with respect to the COSI Settlement, you do not need to do anything else at this time to make a claim or exclusion with respect to the COSI Settlement Class.  You do, however, now have an opportunity to change your mind regarding your participation in the COSI Settlement Class.

- Your rights and options—**and the deadlines to exercise them**—are explained in this notice.  The deadlines may be moved, canceled, or otherwise modified, so please check the Case Website, www.TunaEndPurchaserSettlement.com regularly for updates and further details.

2

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-7-

Exhibit A

# <u>What this Notice Contains</u>

**Basic Information** ..................................................................................................................... **4**
    1.  Why is there a notice?................................................................................................ 4
    2.  What is a class action and who is involved? ............................................................ 4
    3.  Why is this lawsuit a class action? ......................................................................... 4

**Who is Affected?** .................................................................................................................... **5**
    4.  Am I part of the Class?............................................................................................. 5
    5.  What if I am still not sure if I'm included ............................................................... 5

**The Claims in the Lawsuit** ................................................................................................... **5**
    6.  What is the lawsuit about?........................................................................................ 5
    7.  How do Defendants respond?................................................................................... 5
    8.  Has the Court decided who is right?........................................................................ 6
    9.  What are the EPPs asking for? ................................................................................ 6
    10.  Is there money available now? ................................................................................ 6

**Excluding Yourself from the Class** ...................................................................................... **7**
    11.  What does it mean if I exclude myself from the Class? .......................................... 7
    12.  If I don't exclude myself from the Class, can I sue Defendants for the same  thing later?...................... 7
    13.  What am I giving up by staying in the Class? ......................................................... 7
    14.  How do I exclude myself from the Class? ............................................................... 7
    15.  What if I already filed a claim in the COSI Settlement? ........................................ 8

**The Lawyers Representing You** ........................................................................................... **8**
    16.  Do I have a lawyer in this case?.............................................................................. 8
    17.  How will the lawyers be paid? ................................................................................ 8

**The Trial** ............................................................................................................................... **8**
    18.  How and when will the Court decide who is right?................................................. 8
    19.  Do I have to come to the trial? ................................................................................ 8
    20.  Will I get money after the trial? .............................................................................. 9

**If You Do Nothing** ................................................................................................................ **9**
    21.  What happens if I do nothing at all?........................................................................ 9
    22.  Will I receive money from the COSI Settlement if I do nothing at all?` ................. 9
    **<u>Getting More Information</u>** ...............................................................................................9

3

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977
-8-
Exhibit A

# Basic Information

## 1. Why is there a notice?

This notice is to inform you that the District Court has allowed (or "certified") a class action lawsuit that may affect you. You may be part of a class action lawsuit if you purchased Canned or Pouched Packaged Tuna between June 1, 2011 and July 1, 2015. If you are a Class Member, you have legal rights and options you may exercise before the Court holds a trial on Month x, 2022. At the trial, the Court will decide whether the allegations against Defendants on your behalf (as a member of a certified class) are proven to be true. The trial will be held in the United States District Court for the Southern District of California. The lawsuit is known as *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 DMS (MDD).

Those who sued are called the End Payer Plaintiffs or EPPs. The companies they sued are called the Defendants. The Defendants include Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively "COSI"), StarKist Company and its parent company, Dongwon Industries Co. Ltd (collectively "StarKist") and Bumble Bee Foods, LLC ("Bumble Bee") and its parent companies Lion Capital (Americas), Inc. ("Lion America").

The EPPs have already reached a settlement with COSI (the "Settling Defendants") and notice has already been issued (the "COSI Settlement"). **The claims deadline for the COSI Settlement has been extended until Month x, 2022**. The class action against StarKist and Lion America ("Non-Settling Defendants") will continue. Bumble Bee is in bankruptcy.

This notice explains the lawsuit, certification of a Class by the Court, and your legal rights and options.

## 2. What is a class action and who is involved?

In a class action lawsuit, one or more people or businesses called class representatives sue on behalf of others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action, or be bound by the judgment in the class action. One court resolves the issues for everyone in the class, except for those who exclude themselves from the class ("opt out").

## 3. Why is this lawsuit a class action?

The District Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Defendants are appealing the District Court's decision. Specifically, the District Court found that:

- There are factual and legal questions that are common to each of the members of the Class;

- The EPPs' claims are typical of the claims of the rest of the Class;

- The EPPs and the lawyers representing the Class will fairly and adequately represent the Class interests;

- The common legal questions and facts predominate over questions that affect only individuals; and

- This class action will be more efficient than having many individual lawsuits.

4

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-9-

Exhibit A

## Who is Affected?

### 4.  Am I part of the Class?

The Class includes all persons and entities who *resided* in Arizona, Arkansas, California, the District of Columbia, Florida, Guam, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Virginia, West Virginia, and Wisconsin, who indirectly purchased Packaged Tuna in cans or pouches smaller than forty ounces for end consumption and not for resale, produced by any Defendant or any current or former subsidiary or affiliate thereof, or any co-conspirator during the period from June 1, 2011 to July 1, 2015 (the "Class Period").

The Class excludes purchases of meal kits.  Also excluded from the Class is the Court.

### 5.  What if I am still not sure if I am included?

If you are still not sure whether you are included, you can get help at www.TunaEndPurchaserSettlement.com, or by calling toll-free at 1-866-615-0977.

## The Claims in the Lawsuit

### 6    What is this lawsuit about?

End Payer Plaintiffs allege that from June 2011 to July 2015 Defendants participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Packaged Tuna products at an artificially high level in violation of antitrust and unfair competition laws.

On July 30, 2019, the District Court certified the Class and selected Wolf Haldenstein Adler Freeman & Herz LLP to act as Class Counsel; however, on April 6, 2021, a three-judge panel of the Ninth Circuit Court of Appeals vacated the District Court's order and remanded to the District Court for further consideration.  On August 3, 2021, following a vote of non-recused active judges, the Court of Appeals vacated the April 6, 2021 decision, ordering that an eleven-judge panel rehear the case.  On April 8, 2022, the Ninth Circuit Court of Appeals upheld the District Court's decision to certify the Class.  On August 8, 2022, StarKist filed a petition with the United States Supreme Court to appeal the Ninth Circuit's decision.  The United States Supreme Court may or may not grant StarKist's petition.  If the United States Supreme Court agrees to hear StarKist's appeal, then it may impact the Class Order.  **Please check www.TunaEndPurchaserSettlement.com for further updates.**

On November 10, 2021, the Court issued an order granting in part and denying in part EPPs' motion for summary judgment.

The EPPs agreed to settle with COSI.  On January 26, 2022, the Court preliminarily approved the COSI Settlement and notice was disseminated.  On July 15, 2022, the Court granted final approval of the COSI Settlement and certified the Settlement Class.  No trial date for the claims against the Non-Settling Defendants is set.

### 7.  How do Defendants respond?

Defendants deny the EPPs' allegations and have asserted defenses to the EPPs' claims.  As noted above, StarKist filed a petition to the United States Supreme Court to appeal the Class Order on August 8, 2022.  Defendants argue that certification is inappropriate in this case.

5

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-10-

Exhibit A

COSI settled with the EPPs to avoid litigation risks, costs, and inconvenience.  No trial date for the litigation with Non-Settling Defendants has been set.

## 8.  Has the Court decided who is right?

The Court has not decided whether the EPPs or Defendants are correct as to the extent of Defendants' conduct, or the impact of that conduct, if any, on the EPPs.  By establishing the Class and issuing this Notice, the Court is not suggesting that the EPPs will win or lose this case.  The EPPs must prove their claims at trial.

## 9.  What are the EPPs asking for?

The EPPs are asking that the Non-Settling Defendants provide monetary damages to Class Members.  Plaintiffs will also seek attorneys' fees and costs incurred in connection with the prosecution of this action.

As part of the COSI Settlement, COSI agreed to pay a maximum of $20 million to a Settlement Fund.  A portion of the Settlement Fund (up to $5 million) is being used by the Claims Administrator to administer notice and claims in the COSI Settlement.  Any monies remaining after the costs of notice and claims administration in the COSI Settlement are complete will revert to COSI.  The remainder of the Settlement Fund ($15 million) is being used for distribution to qualifying Class Members and to pay certain litigation expenses. Settlement Class Counsel requested and the Court awarded a distribution to cover litigation costs in the amount of $4,155,027.67. Settlement Class Counsel did not seek reimbursement for attorneys' fees from the COSI Settlement, but Counsel reserves the right to seek an award of attorney fees and expenses from any monies recovered from the Non-Settling Defendants through settlement, trial or judgment based in part on the benefit provided by the COSI Settlement.  COSI is also supporting the EPPs with their litigation against Non-Settling Defendants.

## 10. Is there money available now?

No money or benefits are available from Non-Settling Defendants because the Court has not yet decided on the impact of Defendants' wrongdoing or whether Class Members are entitled to money or other benefits.  There is no guarantee that additional money or benefits will be obtained.  If they are, you will be notified about how to seek money or other benefits from the Non-Settling Defendants lawsuit.

Money is available to Class Members who file a claim in the COSI Settlement.  COSI Settlement Class Members who timely submit a valid approved claim are entitled to be treated equally and receive Settlement compensation on a *pro rata* basis such that the Settlement Fund is exhausted.  The Claims Administrator will not distribute any money until all remaining claims against Non-Settling Defendants are resolved.  Please be patient.

**The COSI Settlement claims deadline was extended until Month x, 2022.**  The Claim Form can be obtained online at www.TunaEndPurchaserSettlement.com or by writing or emailing the Claims Administrator at the address listed below.

Tuna End Purchaser Settlement
c/o JND Legal Administration
P.O. Box 91442
Seattle, WA 98111

info@TunaEndPurchaserSettlement.com

If you already filed a claim, you do not need to file another one now.  If your address has changed since the time you filed your claim, please email the Claims Administrator at info@TunaEndPurchaserSettlement.com to ensure any communications about your claim are sent to your current address.

# Excluding Yourself from the Class

**11. What does it mean if I exclude myself from the Class?**

If you exclude yourself from the Class–which also means to remove yourself from the Class, and is sometimes called "opting out" of the Class– you will not get any money or benefits from this lawsuit, even if the EPPs obtain them as a result of the trial, or from the COSI Settlement.  However, you may then be able to sue or continue to sue Defendants on your own regarding the claims in this matter.  If you exclude yourself, you will not be legally bound by the Court's judgments in this class action or the COSI Settlement.

If you start your own lawsuit against Defendants regarding the same claims in this matter after you exclude yourself, you will have to hire and pay your own lawyer for that lawsuit, and you will have to prove your claims.

If you already filed a claim in the COSI Settlement, but you would prefer to exclude yourself from the Class, please contact the Claims Administrator by mail or email to withdraw your COSI Settlement claim.

**12. If I don't exclude myself from the Class, can I sue Defendants for the same thing later?**

No.  Unless you exclude yourself from the Class, you give up the right to sue Defendants for the legal claims in this case.  All Court orders relating to legal claims against Defendants will apply to you and legally bind you. If you have your own pending lawsuit against any of the Defendants, speak to your lawyer in that lawsuit immediately to determine whether you must exclude yourself from the Class in order to continue your own lawsuit against Defendants.

**13. What am I giving up by staying in the Class?**

Unless you exclude yourself from the Class, you remain a Class Member.  By staying in the Class, all Court orders relating to legal claims against Defendants will apply to you and legally bind you.

**14. How do I exclude myself from the Class?**

To exclude yourself or opt out from the Class, you must complete and mail to the Claims Administrator a written request for exclusion.

The request to opt out of the Class must include:

- Your full name, current address, and telephone number;
- A statement saying that you want to be excluded from the **EPP CLASS** in the *In Re: Packaged Seafood Products Antitrust Litigation,* No. 15-MD-2670 DMS (MDD); and
- Your signature.

You must mail your exclusion request, postmarked by **Month x, 2022** to:

Tuna End Purchaser Settlement – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91442
Seattle, WA 98111

If you do not include the required information or timely submit your request for exclusion, you will remain a Class Member and you will be bound by the orders of the Court.

7

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-12-

Exhibit A

### 15. What if I already filed a claim in the COSI Settlement?

If you already filed a claim in the COSI Settlement, but you would prefer to exclude yourself from the Class, please contact the Claims Administrator with a written request to withdraw your COSI Settlement claim. If you opt out of the Class, you will no longer receive a payment from the COSI Settlement and you will not get any money or benefits that may result from the EPPs' trial with Non-Settling Defendants. However, you will keep your right to sue or continue to sue Defendants on your own regarding the claims in this matter. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action or the COSI Settlement.

## The Lawyers Representing You

### 16. Do I have a lawyer in this case?

The Court has appointed the law firm of Wolf Haldenstein Adler Freeman & Herz LLP as Class Counsel on behalf of the End Payer Plaintiffs and Class Members. Contact information for Class Counsel is below:

Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 1820
San Diego, CA 92101
619-239-4599

Attn: Betsy C. Manifold

If you wish to remain a Class Member, you do not need to hire your own lawyer because Class Counsel is working on your behalf.

If you wish to pursue your own case separate from this one, or if you exclude yourself from the Class, Class Counsel will no longer represent you. You may need to hire your own lawyer if you wish to pursue your own lawsuit against any of the Defendants.

### 17. How will the lawyers be paid?

You will not have to pay any fees or costs out-of-pocket. Class Counsel reserve the right to seek an award of additional litigation costs and attorney fees, subject to Court approval, from any funds recovered from the Non-Settling Defendants through settlement, trial, or judgment. Class Counsel further reserves the right to base, in part, any such request on the benefit obtained in the COSI Settlement.

## The Trial

### 18. How and when will the Court decide who is right?

Class Counsel will have to prove the EPPs' allegations at a trial. No trial date has been set at this time. At the trial, a jury and the Judge will hear all of the evidence to help them reach a decision about whether the EPPs or Non-Settling Defendants are right. There is no guarantee the EPPs will win, or that they will get any money for all or some members of the Class.

### 19. Do I have to come to the trial?

No. You do not need to attend the trial. Class Counsel will present the case for the EPPs, and lawyers for the Non-Settling Defendants will present on their behalf. However, you or your own lawyer are welcome to come at your own expense.

8

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-13-

Exhibit A

**20. Will I get money after the trial?**

If you did not exclude yourself from the Class and if the EPPs obtain money or benefits as a result of the lawsuit, you will be notified about how to participate.  In addition, if you filed a valid and timely claim in the COSI Settlement, you will receive your payment after the trial is resolved.  We do not know how long this will take, so please be patient.

## If You Do Nothing

**21. What happens if I do nothing at all?**

You do not have to do anything now if you want to remain in the Class and keep the possibility of getting money or benefits from the lawsuit with the Non-Settling Defendants.  By doing nothing, you are staying in the Class.  If you stay in the Class and the EPPs win, you will be notified about how to seek money or other benefits from the lawsuit with Non-Settling Defendants.  If the EPPs lose the lawsuit, you will not receive any compensation.  Keep in mind that if you do nothing now, regardless of whether the EPPs win or lose the trial, you will not be able to sue, or continue to sue Defendants as part of any other lawsuit about the same legal claims that are the subject of this lawsuit.  You will also be legally bound by the Orders the Court issues and judgments the Court makes in this class action.

If you would like to receive a payment from the COSI Settlement, you must file a claim by Month x, 2022.  If you file a claim in the COSI Settlement, you will give up your right to sue or continue to sue COSI for the claims in this case.

## Getting More Information

**22. How do I get more information about the case?**

This notice summarizes the case.  Visit www.TunaEndPurchaserSettlement.com for more detailed information.  You can also contact the Claims Administrator:

Tuna End Purchaser Settlement
c/o JND Legal Administration
P.O. Box 91442
Seattle, WA 98111

info@TunaEndPurchaserSettlement.com
1-866-615-0977

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
CASE NO. 15-MD-2670 DMS (MDD)

# If you bought Canned or Pouched Tuna between June 1, 2011 and July 1, 2015, your rights ~~are~~ **may be** affected by a class action lawsuit and settlement

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

*Para una notificación en espanol, visite www.TunaEndPurchaserSettlement.com o llame 1-866-615-0977.*

> **This notice provides an update about the pending class action lawsuit and the COSI Settlement.  The deadline to act is Month x, 2022.**

- A lawsuit is pending in the United States District Court for the Southern District of California.  The lawsuit is known as *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 DMS (MDD).

- The lawsuit claims that from June 1, 2011 to July 1, 2015, Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively "COSI"), StarKist Co. and its parent company, Dongwon Industries Co. Ltd (collectively "StarKist") and Bumble Bee Foods, LLC ("Bumble Bee") and Lion Capital (Americas), Inc. ("Lion America") participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Packaged Tuna products at an artificially high level in violation of antitrust and unfair competition laws.

- On July 30, 2019, the District Court certified a class of all persons and entities who reside in the states of Arizona, Arkansas, California, the District of Columbia, Florida, Guam, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Virginia, West Virginia, and Wisconsin (referred  to as the End Payer Plaintiffs or EPPs) who *indirectly* purchased Chicken of the Sea, StarKist, or Bumble Bee tuna in cans or pouches smaller than 40 ounces ("Packaged Tuna") from June 1, 2011 through July 1, 2015 for their own consumption (the "Class").  On April 8, 2022, the Ninth Circuit Court of Appeals affirmed the District Court's order certifying the Class.  On ~~June 27, 2022, the~~August 8, StarKist filed a petition to the United States Supreme Court ~~extended StarKist's deadline to file a petition~~to appeal the Ninth Circuit's decision ~~to August 8, 2022~~.  The United States Supreme Court may or may not grant StarKist's petition.  If the United States Supreme Court agrees to hear StarKist's appeal, then it may impact the Class Order.  **Please check www.TunaEndPurchaserSettlement.com for further developments.**

- The Court has not decided whether Defendants' alleged wrongdoing had any impact on the EPPs.  Defendants deny the EPPs' allegations and have asserted defenses to the EPPs' claims.  COSI settled with the EPPs to avoid litigation risks, costs, and inconvenience.  Notice about the COSI Settlement was already issued; however, **the COSI Settlement claims deadline has been extended until Month x, 2022**.  The litigation is continuing with StarKist and Lion America (the "Non-Settling Defendants").  No trial date has been set.

- Your legal rights are affected whether you act or don't act.  Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE PENDING CLASS ACTION LITIGATION | | |
|---|---|---|
| **DO NOTHING** | • ~~Stay in the Class and await the outcome~~<br>• You cannot sue COSI for the claims in this case<br>• You will remain in the Litigation Class only with respect to the Non-Settling Defendants if the Litigation Class is upheld on appeal<br>• ~~Give up your right to sue or continue to sue the Defendants for the claims in this case~~<br>• Receive no payment from the COSI Settlement | |
| **ASK TO BE EXCLUDED ("OPT OUT")** | • Remove yourself from the Class<br>• Keep your right to sue or continue to sue the Defendants for the claims in this case<br>• Receive no payment<br>• **Please contact the Claims Administrator if you would like to withdraw your COSI Settlement claim so that you may opt out of the Class** | Postmarked by **Month x, 2022** |
| CLAIMS FILING EXTENSION FOR THE COSI SETTLEMENT | | |
| **FILE A CLAIM IN THE COSI SETTLEMENT** | • File a claim for payment in the COSI Settlement online or by mail<br>• Be bound by the COSI Settlement only<br>• Give up your right to sue or continue to sue COSI for the claims in this case<br>• You will remain in the Litigation Class with respect to the Non-Settling Defendants if the Litigation Class is upheld on appeal.<br>• **Payments will be made AFTER the litigation with the Non-Settling Defendants is resolved. Please be patient.** | **EXTENDED DEADLINE**:<br><br>Submit online or postmark by **Month x, 2022** |
| | | |

- If you have already opted out of the COSI Settlement Class or submitted a claim with respect to the COSI Settlement, you do not need to do anything else at this time to make a claim or exclusion with respect to the COSI Settlement Class.  You do, however, now have an opportunity to change your mind regarding your participation in the COSI Settlement Class.

- Your rights and options—**and the deadlines to exercise them**—are explained in this notice.  The deadlines may be moved, canceled, or otherwise modified, so please check the Case Website, www.TunaEndPurchaserSettlement.com regularly for updates and further details.

2

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-16-

Exhibit B

# <u>What this Notice Contains</u>

**Basic Information** ................................................................................................. **4**

   1.  Why is there a notice? ................................................................................. 4

   2.  What is a class action and who is involved? ............................................. 4

   3.  Why is this lawsuit a class action? ........................................................... 4

**Who is Affected?** ................................................................................................ **5**

   4.  Am I part of the Class? ............................................................................. 5

   5.  What if I am still not sure if I'm included ............................................... 5

**The Claims in the Lawsuit** ............................................................................... **5**

   6.  What is the lawsuit about? ......................................................................... 5

   7.  How do Defendants respond? .................................................................... 5

   8.  Has the Court decided who is right? .......................................................... 6

   9.  What are the EPPs asking for? ................................................................... 6

  10.  Is there money available now? .................................................................. 6

**Excluding Yourself from the Class** ................................................................. **7**

  11.  What does it mean if I exclude myself from the Class? ............................ 7

  12.  If I don't exclude myself from the Class, can I sue Defendants for the same thing later? ...................... 7

  13.  What am I giving up by staying in the Class? ........................................... 7

  14.  How do I exclude myself from the Class? ................................................ 7

  15.  What if I already filed a claim in the COSI Settlement? .......................... 8

**The Lawyers Representing You** ....................................................................... **8**

  16.  Do I have a lawyer in this case? ............................................................... 8

  17.  How will the lawyers be paid? .................................................................. 8

**The Trial** ........................................................................................................... **8**

  18.  How and when will the Court decide who is right? .................................. 8

  19.  Do I have to come to the trial? ................................................................. 8

  20.  Will I get money after the trial? ............................................................... 9

**If You Do Nothing** ............................................................................................ **9**

  21.  What happens if I do nothing at all? ......................................................... 9

  22.  Will I receive money from the COSI Settlement if I do nothing at all?` ... 9

**Getting More Information** .............................................................................. **10**

  23.  How do I get more information about the case? ...................................... 10

3

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-17-

Exhibit B

# Basic Information

### 1. Why is there a notice?

This notice is to inform you that the District Court has allowed (or "certified") a class action lawsuit that may affect you.  You may be part of a class action lawsuit if you purchased Canned or Pouched Packaged Tuna between June 1, 2011 and July 1, 2015.  If you are a Class Member, you have legal rights and options you may exercise before the Court holds a trial on Month x, 2022.  At the trial, the Court will decide whether the allegations against Defendants on your behalf (as a member of a certified class) are proven to be true.  The trial will be held in the United States District Court for the Southern District of California. The lawsuit is known as *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 DMS (MDD).

Those who sued are called the End Payer Plaintiffs or EPPs.  The companies they sued are called the Defendants.  The Defendants include Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively "COSI"), StarKist Company and its parent company, Dongwon Industries Co. Ltd (collectively "StarKist") and Bumble Bee Foods, LLC ("Bumble Bee") and its parent companies Lion Capital (Americas), Inc. ("Lion America").

The EPPs have already reached a settlement with COSI (the "Settling Defendants") and notice has already been issued (the "COSI Settlement").  **The claims deadline for the COSI Settlement has been extended until Month x, 2022**.  The class action against StarKist and Lion America ("Non-Settling Defendants") will continue.  Bumble Bee is in bankruptcy.

This notice explains the lawsuit, certification of a Class by the Court, and your legal rights and options.

### 2. What is a class action and who is involved?

In a class action lawsuit, one or more people or businesses called class representatives sue on behalf of others who have similar claims, all of whom together are a "class."  Individual class members do not have to file a lawsuit to participate in the class action, or be bound by the judgment in the class action.  One court resolves the issues for everyone in the class, except for those who exclude themselves from the class ("opt out").

### 3. Why is this lawsuit a class action?

The District Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts.  Defendants are appealing the District Court's decision.   Specifically, the District Court found that:

- There are factual and legal questions that are common to each of the members of the Class;
- The EPPs' claims are typical of the claims of the rest of the Class;
- The EPPs and the lawyers representing the Class will fairly and adequately represent the Class interests;
- The common legal questions and facts predominate over questions that affect only individuals; and
- This class action will be more efficient than having many individual lawsuits.
- Defendants dispute the District Court's findings and are appealing the District Court's decision.  There is no guarantee that the certification of the Litigation Class will be upheld on appeal.

4

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-18-

Exhibit B

## Who is Affected?

| 4.   Am I part of the Class? |
|---|

The Class includes all persons and entities who *resided* in Arizona, Arkansas, California, the District of Columbia, Florida, Guam, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Virginia, West Virginia, and Wisconsin, who indirectly purchased Packaged Tuna in cans or pouches smaller than forty ounces for end consumption and not for resale, produced by any Defendant or any current or former subsidiary or affiliate thereof, or any co-conspirator during the period from June 1, 2011 to July 1, 2015 (the "Class Period").

The Class excludes purchases of meal kits.  Also excluded from the Class is the Court.

| 5.   What if I am still not sure if I am included? |
|---|

If you are still not sure whether you are included, you can get help at www.TunaEndPurchaserSettlement.com, or by calling toll-free at 1-866-615-0977.

## The Claims in the Lawsuit

| 6     What is this lawsuit about? |
|---|

End Payer Plaintiffs allege that from June 2011 to July 2015 Defendants participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Packaged Tuna products at an artificially high level in violation of antitrust and unfair competition laws.

On July 30, 2019, the District Court certified the Class and selected Wolf Haldenstein Adler Freeman & Herz LLP to act as Class Counsel; however, on April 6, 2021, a three-judge panel of the Ninth Circuit Court of Appeals vacated the District Court's order and remanded to the District Court for further consideration.  On August 3, 2021, following a vote of non-recused active judges, the Court of Appeals vacated the April 6, 2021 decision, ordering that an eleven-judge panel rehear the case.  On April 8, 2022, the Ninth Circuit Court of Appeals upheld the District Court's decision to certify the Class.  On ~~June 27, 2022, the~~August 8, 2022, StarKist filed a petition with the United States Supreme Court ~~extended StarKist's deadline to file a petition~~ to appeal the Ninth Circuit's decision ~~to August 8, 2022~~.  The United States Supreme Court may or may not grant StarKist's petition.  If the United States Supreme Court agrees to hear StarKist's appeal, then it may impact the Class Order. **Please check www.TunaEndPurchaserSettlement.com for further updates.**

On November 10, 2021, the Court issued an order granting in part and denying in part EPPs' motion for summary judgment.

The EPPs agreed to settle with COSI.  On January 26, 2022, the Court preliminarily approved the COSI Settlement and notice was disseminated.  On July 15, 2022, the Court granted final approval of the COSI Settlement and certified the Settlement Class.  No trial date for the claims against the Non-Settling Defendants is set.

| 7.   How do Defendants respond? |
|---|

Defendants deny the EPPs' allegations and have asserted defenses to the EPPs' claims.  As noted above, StarKist ~~intends to file~~filed a petition to the United States Supreme Court to appeal the Class Order on August 8, 2022. Defendants argue that certification is inappropriate in this case.

5

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977
-19-
Exhibit B

COSI settled with the EPPs to avoid litigation risks, costs, and inconvenience.  No trial date for the litigation with Non-Settling Defendants has been set.

## 8.   Has the Court decided who is right?

The Court has not decided whether the EPPs or Defendants are correct as to the extent of Defendants' conduct, or the impact of that conduct, if any, on the EPPs.  ~~By establishing the Class and~~If the District Court's Litigation Class is upheld on appeal, by issuing this Notice, the Court is not suggesting that the EPPs will win or lose this case.  The EPPs must prove their claims at trial.

## 9.   What are the EPPs asking for?

The EPPs are asking that the Non-Settling Defendants provide monetary damages to Class Members.  Plaintiffs will also seek attorneys' fees and costs incurred in connection with the prosecution of this action.

As part of the COSI Settlement, COSI agreed to pay a maximum of $20 million to a Settlement Fund.  A portion of the Settlement Fund (up to $5 million) is being used by the Claims Administrator to administer notice and claims in the COSI Settlement.  Any monies remaining after the costs of notice and claims administration in the COSI Settlement are complete will revert to COSI.  The remainder of the Settlement Fund ($15 million) is being used for distribution to qualifying Class Members and to pay certain litigation expenses. Settlement Class Counsel requested and the Court awarded a distribution to cover litigation costs in the amount of $4,155,027.67. Settlement Class Counsel did not seek reimbursement for attorneys' fees from the COSI Settlement, but Counsel reserves the right to seek an award of attorney fees and expenses from any monies recovered from the Non-Settling Defendants through settlement, trial or judgment based in part on the benefit provided by the COSI Settlement.  COSI is also supporting the EPPs with their litigation against Non-Settling Defendants.

## 10. Is there money available now?

No money or benefits are available from Non-Settling Defendants because the Court has not yet decided on the impact of Defendants' ~~wrongdoing~~ conduct or whether Class Members are entitled to money or other benefits. There is no guarantee that additional money or benefits will be obtained.  If they are, you will be notified about how to seek money or other benefits from the Non-Settling Defendants lawsuit.

Money is available to Class Members who file a claim in the COSI Settlement.  COSI Settlement Class Members who timely submit a valid approved claim are entitled to be treated equally and receive Settlement compensation on a *pro rata* basis such that the Settlement Fund is exhausted.  The Claims Administrator will not distribute any money until all remaining claims against Non-Settling Defendants are resolved.  Please be patient.

**The COSI Settlement claims deadline was extended until Month x, 2022.**  The Claim Form can be obtained online at www.TunaEndPurchaserSettlement.com or by writing or emailing the Claims Administrator at the address listed below.

Tuna End Purchaser Settlement
c/o JND Legal Administration
P.O. Box 91442
Seattle, WA 98111

info@TunaEndPurchaserSettlement.com

If you already filed a claim, you do not need to file another one now.  If your address has changed since the time you filed your claim, please email the Claims Administrator at info@TunaEndPurchaserSettlement.com to ensure any communications about your claim are sent to your current address.

6

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-20-

Exhibit B

# Excluding Yourself from the Class

## 11. What does it mean if I exclude myself from the Class?

If you exclude yourself from the Class–which also means to remove yourself from the Class, and is sometimes called "opting out" of the Class– you will not get any money or benefits from this lawsuit, even if the EPPs obtain them as a result of the trial, or from the COSI Settlement.  However, you may then be able to sue or continue to sue Defendants on your own regarding the claims in this matter.  If you exclude yourself, you will not be legally bound by the Court's judgments in this class action or the COSI Settlement.

If you start your own lawsuit against Defendants regarding the same claims in this matter after you exclude yourself, you will have to hire and pay your own lawyer for that lawsuit, and you will have to prove your claims.

If you already filed a claim in the COSI Settlement, but you would prefer to exclude yourself from the Class, please contact the Claims Administrator by mail or email to withdraw your COSI Settlement claim.

## 12. If I don't exclude myself from the Class, can I sue Defendants for the same thing later?

No.  Unless you exclude yourself from the Class, you give up the right to sue Defendants for the legal claims in this case.  All Court orders relating to legal claims against Defendants will apply to you and legally bind you. If you have your own pending lawsuit against any of the Defendants, speak to your lawyer in that lawsuit immediately to determine whether you must exclude yourself from the Class in order to continue your own lawsuit against Defendants.

## 13. What am I giving up by staying in the Class?

Unless you exclude yourself from the Class, you remain a Class Member.  By staying in the Class, all Court orders relating to legal claims against Defendants will apply to you and legally bind you.

## 14. How do I exclude myself from the Class?

To exclude yourself or opt out from the Class, you must complete and mail to the Claims Administrator a written request for exclusion.

The request to opt out of the Class must include:

- Your full name, current address, and telephone number;
- A statement saying that you want to be excluded from the **EPP CLASS** in the *In Re: Packaged Seafood Products Antitrust Litigation,* No. 15-MD-2670 DMS (MDD); and
- Your signature.

You must mail your exclusion request, postmarked by **Month x, 2022** to:

Tuna End Purchaser Settlement – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91442
Seattle, WA 98111

If you do not include the required information or timely submit your request for exclusion, you will remain a Class Member and you will be bound by the orders of the Court.

7

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-21-

Exhibit B

### 15. What if I already filed a claim in the COSI Settlement?

If you already filed a claim in the COSI Settlement, but you would prefer to exclude yourself from the Class, please contact the Claims Administrator with a written request to withdraw your COSI Settlement claim. If you opt out of the Class, you will no longer receive a payment from the COSI Settlement and you will not get any money or benefits that may result from the EPPs' trial with Non-Settling Defendants. However, you will keep your right to sue or continue to sue Defendants on your own regarding the claims in this matter. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action or the COSI Settlement.

## __The Lawyers Representing You__

### 16. Do I have a lawyer in this case?

The Court has appointed the law firm of Wolf Haldenstein Adler Freeman & Herz LLP as Class Counsel on behalf of the End Payer Plaintiffs and Class Members. Contact information for Class Counsel is below:

Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 1820
San Diego, CA 92101
619-239-4599

Attn: Betsy C. Manifold

If you wish to remain a Class Member, you do not need to hire your own lawyer because Class Counsel is working on your behalf.

If you wish to pursue your own case separate from this one, or if you exclude yourself from the Class, Class Counsel will no longer represent you. You may need to hire your own lawyer if you wish to pursue your own lawsuit against any of the Defendants.

### 17. How will the lawyers be paid?

You will not have to pay any fees or costs out-of-pocket. Class Counsel reserve the right to seek an award of additional litigation costs and attorney fees, subject to Court approval, from any funds recovered from the Non-Settling Defendants through settlement, trial, or judgment. Class Counsel further reserves the right to base, in part, any such request on the benefit obtained in the COSI Settlement.

## __The Trial__

### 18. How and when will the Court decide who is right?

Class Counsel will have to prove the EPPs' allegations at a trial if the Litigation Class certification is upheld on appeal. There is no guarantee that the certification of the Litigation Class will be upheld on appeal. No trial date has been set at this time. At the trial, a jury and the Judge will hear all of the evidence to help them reach a decision about whether the EPPs or Non-Settling Defendants are right. There is no guarantee the EPPs will win, or that they will get any money for all or some members of the Class.

### 19. Do I have to come to the trial?

No. You do not need to attend the trial. Class Counsel will present the case for the EPPs, and lawyers for the Non-Settling Defendants will present on their behalf. However, you or your own lawyer are welcome to come at your own expense.

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

**20. Will I get money after the trial?**

If you did not exclude yourself from the Class and if the EPPs obtain money or benefits as a result of the lawsuit, you will be notified about how to participate.  In addition, if you filed a valid and timely claim in the COSI Settlement, you will receive your payment after the trial is resolved.  We do not know how long this will take, so please be patient.

# If You Do Nothing

**21. What happens if I do nothing at all?**

You do not have to do anything now if you want to remain in the Class and keep the possibility of getting money or benefits from the lawsuit with the Non-Settling Defendants in the event that the certification of the Class is upheld on appeal.  By doing nothing, you are staying in the Class. If you stay in the Class and the EPPs win, you will be notified about how to seek money or other benefits from the lawsuit with Non-Settling Defendants.  If the EPPs lose the lawsuit, you will not receive any compensation. Keep in mind that if you do nothing now, regardless of whether the EPPs win or lose the trial, you will not be able to sue, or continue to sue Defendants as part of any other lawsuit about the same legal claims that are the subject of this lawsuit.  You will also be legally bound by the Orders the Court issues and judgments the Court makes in this class action.

If you would like to receive a payment from the COSI Settlement, you must file a claim by Month x, 2022.  If you file a claim in the COSI Settlement, you will give up your right to sue or continue to sue COSI for the claims in this case.

**22. Will I receive money from the COSI Settlement if I do nothing at all?**

If you have not already submitted a claim in connection with the COSI Settlement and you wish to participate you must file a claim now.  Your deadline to submit the claim is MONTH DAY, 2022.  If you do not submit a claim by that deadline, you will not receive any money from the COSI Settlement and you will not be able to recover from COSI in this lawsuit.  If you have already submitted a claim, you do not need to do anything else at this time, unless you have changed your mind and no longer wish to participate (see above for instructions on filing an exclusion).

# MAKING A CLAIM

If you would like to receive a payment from the COSI Settlement, and you have not already filed a claim, you must file a claim by Month x, 2022.  If you file a claim in the COSI Settlement, you will give up your right to sue or continue to sue COSI for the claims in this case.

9

Questions? Visit www.TunaEndPurchaserSettlement.com or call toll-free at 1-866-615-0977

-23-

Exhibit B

# Getting More Information

| **23. How do I get more information about the case?** |
| --- |

This notice summarizes the case.  Visit www.TunaEndPurchaserSettlement.com for more detailed information. You can also contact the Claims Administrator:

Tuna End Purchaser Settlement
c/o JND Legal Administration
P.O. Box 91442
Seattle, WA 98111

info@TunaEndPurchaserSettlement.com
1-866-615-0977

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**