# Exhibit A

| Exclusion Number | Parent Company | Subsidiary Name |
|---|---|---|
| 1 | Super Store Industries ("SSI") | |
| 2 | Supervalu, Inc. ("Supervalu") | Supervalu, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Unified Grocers, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Associated Grocers of Florida, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Acme Markets, Inc. (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | Albertson's, Inc. (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | Advantage Logistics - Southeast, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Advantage Logistics - Southwest, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Advantage Logistics USA East L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Advantage Logistics USA West L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | American Commerce Centers, Inc |
| 2 | Supervalu, Inc. ("Supervalu") | American Drug Sores, Inc. (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | American Drug Sores, LLC (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | American Procurement and Logistics Company LLC (Until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | American Sores Company (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | Arden Hills 2003 LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Associated Grocers Acquisition Company |
| 2 | Supervalu, Inc. ("Supervalu") | Billings Distribution Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Billings Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Billings Operation Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Bismarck Distribution Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Bismarck Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Bismarck Operations Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Blaine North 1996 LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Bloomington 1998 LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Blue Nile Advertising, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Bristol Farms (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | Burnsville 1998 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Butson Enterprises of Vermont, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Butson's Enterprises of Massachusetts, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Butson's Enterprises, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Cambridge 2006 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Centralia Holdings, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Champaign Distribution Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Champaign Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Champaign Operations Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Champlin 2005 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Coon Rapids 2002 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Crown Grocers, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Cub Foods, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Cub Stores, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Eagan 2008 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Eagan 2014 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Eastern Beverages, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Eastern Region Management, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Fargo Distribution Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Fargo Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Fargo Operations Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | FF Acquisition, L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Foodarama LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Forest Lake 2000 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Fridley 1998 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Grocers Capital Company |
| 2 | Supervalu, Inc. ("Supervalu") | Hastings 2002 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Hazelwood Distribution Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Hazelwood Distribution Holdings, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Hopkins Distribution Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Hopkins Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Hopkins Operations Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Hombacher's, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | International Distributors Grand Bahama Limited |
| 2 | Supervalu, Inc. ("Supervalu") | Inver Grove Heights 2001 L L C |
| 2 | Supervalu, Inc. ("Supervalu") | Jewel Foods, Inc. (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | Jewel Food Stores (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | Keatherly, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Keltsch Bros., Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Lakeville 2014 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Lithia Springs Holdings, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Maplewood East 1996 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Market Company, Ltd. |
| 2 | Supervalu, Inc. ("Supervalu") | Market Improvement Company |
| 2 | Supervalu, Inc. ("Supervalu") | Monticello 1998 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | NAFTA Industries Consolidated, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | NAFTA Industries, Ltd. |
| 2 | Supervalu, Inc. ("Supervalu") | NC&T Supermarkets, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Nevada Bond Investment Corp. |
| 2 | Supervalu, Inc. ("Supervalu") | New Albertson's, Inc. (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | Northfield 2002 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Oglesby Distribution Company, LLC |

| Exclusion Number | Parent Company | Subsidiary Name |
|---|---|---|
| 2 | Supervalu, Inc. ("Supervalu") | Oglesby Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Oglesby Operations Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Plymouth 1998 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Preferred Productls, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Richfood, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Savage 2002 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | SFW Holding Corp. |
| 2 | Supervalu, Inc. ("Supervalu") | Shakopee 1997 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Shaws Supermarkets, Inc. (until March 21, 2013) |
| 2 | Supervalu, Inc. ("Supervalu") | Shop 'N Save East! Prop, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Shop 'N Save Eas, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Shop 'N Save Prop, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Shop 'N Save St. Louis, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Shop 'N Save Warehouse Foods, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Shoppers Food Warehouse Corp. |
| 2 | Supervalu, Inc. ("Supervalu") | Shorewood 2001 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Silver Lake 1996 L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | Southstar LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Stevens Point Distribution Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Stevens Point Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Stevens Point Operations Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Sunflower Markets, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | SuperMarket Operators of America, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Super Rite Foods Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Super Rite Foods Operations Comp., LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Super Rite Foods, inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU ASSIST, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Enterprise Services, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Enterprises, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU FouirTdation |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Gold, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Holdco, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Holdings Equip. Comp., Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Holdings Company, LLC Operations |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Holdings PA Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Holdings PA Operations Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Holdings, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Holdings-PA LLC |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU India, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Licensing, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Merger Sub, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Penn Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Penn Operations Company, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Penn, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Pharmacies, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Receivables Funding Corp. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Services USA, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Transportation, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU TTSJ, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU WA, L.L.C. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Wholesale Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Wholesale Holdings, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Wholesale Operations, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SUPERVALU Wholesale, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SV Markets, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | SVU Legacy, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | TC TTSJ Aviation, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | TC Michigan LLC |
| 2 | Supervalu, Inc. ("Supervalu") | TTSJ Aviation, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Ultra Foods, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Unified International, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Unified Natural Foods West, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | Unified Natural Trading, LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Valu Ventures 2, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | W. Newell & Co. |
| 2 | Supervalu, Inc. ("Supervalu") | W. Newell & Co. Equipment Company, Inc. |
| 2 | Supervalu, Inc. ("Supervalu") | W. Newell & Co., LLC |
| 2 | Supervalu, Inc. ("Supervalu") | Wetterau Insurance Co. Ltd. |
| 2 | Supervalu, Inc. ("Supervalu") | Woodford Square Assoc. Ltd. Partnership |
| 2 | Supervalu, Inc. ("Supervalu") | WSI Satellite, Inc. |
| 3 | The Kroger Co. ("Kroger") | Kroger |
| 3 | The Kroger Co. ("Kroger") | The Kroger Co. |
| 3 | The Kroger Co. ("Kroger") | Kroger Limited Partnership I |
| 3 | The Kroger Co. ("Kroger") | KRGP Inc. |
| 3 | The Kroger Co. ("Kroger") | Kroger Texas L.P. |
| 3 | The Kroger Co. ("Kroger") | The Kroger Co. of Michigan |
| 3 | The Kroger Co. ("Kroger") | Baker's |
| 3 | The Kroger Co. ("Kroger") | City Market |
| 3 | The Kroger Co. ("Kroger") | Copps Food Center |

| Exclusion Number | Parent Company | Subsidiary Name |
|---|---|---|
| 3 | The Kroger Co. ("Kroger") | Dillon |
| 3 | The Kroger Co. ("Kroger") | Dillon Companies, Inc. |
| 3 | The Kroger Co. ("Kroger") | FMJ, Inc. |
| 3 | The Kroger Co. ("Kroger") | Food 4 Less |
| 3 | The Kroger Co. ("Kroger") | Food 4 Less Holdings, Inc. |
| 3 | The Kroger Co. ("Kroger") | Fred Meyer |
| 3 | The Kroger Co. ("Kroger") | Fed Meyer, Inc. |
| 3 | The Kroger Co. ("Kroger") | Fed Meyer Jewlers, Inc. |
| 3 | The Kroger Co. ("Kroger") | Fred Meyer Stores, Inc. |
| 3 | The Kroger Co. ("Kroger") | Fry's |
| 3 | The Kroger Co. ("Kroger") | Gerbes |
| 3 | The Kroger Co. ("Kroger") | Harris Teeter |
| 3 | The Kroger Co. ("Kroger") | Harris Teeter, Inc. |
| 3 | The Kroger Co. ("Kroger") | Harris Teeter, LLC |
| 3 | The Kroger Co. ("Kroger") | Healthy Options, Inc. |
| 3 | The Kroger Co. ("Kroger") | Jay C Food Stores |
| 3 | The Kroger Co. ("Kroger") | Junior Food Stores of West Florida, Inc. |
| 3 | The Kroger Co. ("Kroger") | Kessel |
| 3 | The Kroger Co. ("Kroger") | Kessel Food Markest, Inc. |
| 3 | The Kroger Co. ("Kroger") | King Soopers |
| 3 | The Kroger Co. ("Kroger") | Marioano's Fresh Market |
| 3 | The Kroger Co. ("Kroger") | Metro Market |
| 3 | The Kroger Co. ("Kroger") | Owen's |
| 3 | The Kroger Co. ("Kroger") | Pick 'n Save |
| 3 | The Kroger Co. ("Kroger") | Pay Less Super Markets |
| 3 | The Kroger Co. ("Kroger") | QFC |
| 3 | The Kroger Co. ("Kroger") | Ralphs |
| 3 | The Kroger Co. ("Kroger") | Ralphs Grocery Company |
| 3 | The Kroger Co. ("Kroger") | Roundy's Inc. |
| 3 | The Kroger Co. ("Kroger") | Ruler Foolds |
| 3 | The Kroger Co. ("Kroger") | Smith's |
| 3 | The Kroger Co. ("Kroger") | Smith's Food & Drug Centers, Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Albertsons |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Albertson's Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Albertsons LLC |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Albertsons Companies LLC |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Albertsons Companies, Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Acme Markets, Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | American Stores Company |
| 3 | Albertsons Companies, Inc. ("Albertsons") | American Drug Stores Company |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Jewel Foods |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Jewel Foods, Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Jewel Foods Stores |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Lucerne Foods, Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | New Albertson's, Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Shaw's Supermarkets, Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Star Market |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Safeway |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Safeway Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Safeway Food & Drug |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Carr-Gottstein Foods Co. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Dominick's |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Dominick's Finer Foods, LLC |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Extreme Value |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Extreme Value Centers |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Genuardi' |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Genuardi's Family Markets LP |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Jerseymaid Milk Products |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Pak 'N Save Foods |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Pailions |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Pavilions Place |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Randall's |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Randall's Food & Drugs LP |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Simone David |
| 3 | Albertsons Companies, Inc. ("Albertsons") | The Vons Companies, Inc. |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Tom Thumb Food & Drugs |
| 3 | Albertsons Companies, Inc. ("Albertsons") | United Supermarkets, LLC |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Vons |
| 3 | Albertsons Companies, Inc. ("Albertsons") | Vons Grocery Company |
| 3 | Hy-Vee Inc. ("Hy-Vee") | Hy-Vee |
| 3 | Hy-Vee Inc. ("Hy-Vee") | Hy-Vee, Inc. |
| 3 | Hy-Vee Inc. ("Hy-Vee") | Perishable Distributers of Iowa, Ltd. |
| 3 | H.E. Butt Grocery Compay ("HEB") | H-E-B |
| 3 | H.E. Butt Grocery Compay ("HEB") | H.E. Butt Grocery Company |
| 3 | H.E. Butt Grocery Compay ("HEB") | H.E. Butt Grocery Company L.P. |
| 3 | H.E. Butt Grocery Compay ("HEB") | Central Market |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Ahold |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Delhaize |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Ahold Delhaize |

| Exclusion Number | Parent Company | Subsidiary Name |
|---|---|---|
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Ahold Delhaize |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Ahold Delhaize |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Ahold USA, Inc. |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Bottom Dollar Food Northeast, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Delhaize America, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Delhaize America Distribution, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Food Lion, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Giant Brands, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Giant Food, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Giant Food Stores, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Retail Business Services, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Retained Subsidiary One, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | FreshDirect LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | FreshDirect LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Giant Martin's |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Hannaford Brothers Co. |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Hannaford Supermarkets |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Peapod, LLC |
| 3 | Ahold U.S.A., Inc. ("Ahold")Delhaize America, LLC ("Delhaize") | Stop & Shop Supermarket Co. LLC |
| 4 | Wakenfern Food Corp. ("Wakenfern") | |
| 4 | Wakenfern Food Corp. ("Wakenfern") | Price Rite |
| 4 | Wakenfern Food Corp. ("Wakenfern") | ShopRite |
| 4 | Wakenfern Food Corp. ("Wakenfern") | The Fresh Grocer |
| 4 | Wakenfern Food Corp. ("Wakenfern") | Dearborn Market |
| 5 | Moran Foods, LLC d/b/a Save-A-Lot, Ltd. ("SAL") | |
| 6 | Dollar General Corporation and Dolgencorp, LLC ("Dollar General") | |
| 7 | Meijer, Inc. and Mijer Distribution, Inc. ("Meijer") | |
| 8 | Publix Supermarkets, Inc. | |
| 8 | Publix Supermarkets, Inc. | Morning Song LLC |
| 8 | Publix Supermarkets, Inc. | Green Wise Market |