# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br><br>*Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC*, et al., 3:18-cv-01014-DMS-MDD | Case No.: 15-MD-2670 DMS (MDD)<br><br>**ORDER RE: ORAL ARGUMENT** |

Lion Capital LLP and Big Catch Cayman LP's motion for scheduling order is currently scheduled for hearing on September 2, 2022. The Court has reviewed the parties' briefs, and finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the September 2, 2022 hearing is vacated.

**IT IS SO ORDERED**.

Dated: August 29, 2022

Hon. Dana M. Sabraw
United States District Judge