# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br><br>*Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC*, et al., 3:18-cv-01014-DMS-MDD | Case No.: 15-MD-2670 DMS (MDD)<br><br>**ORDER GRANTING LION CAPITAL LLP AND BIG CATCH CAYMAN LP'S MOTION FOR SCHEDULING ORDER** |

This case comes before the Court on Defendants Lion Capital LLP and Big Catch Cayman LP's motion for scheduling order. In the motion, Lion LLP and Big Catch request that the Court issue a scheduling order allowing them to (1) take limited fact and expert discovery, (2) serve additional expert reports, and (3) file additional dispositive motions. Defendants StarKist Co., Dongwon Industries Co., Ltd., and Del Monte Corporation ("the StarKist Defendants") join in the request to participate in any additional fact discovery, but do not wish to submit any additional dispositive motions or engage in further expert discovery. The End Payer Plaintiffs ("EPPs"), Commercial Food Preparer Plaintiffs ("CFPs"), Direct Purchaser Plaintiffs ("DPPs"), and certain Direct Action Plaintiffs ("DAPs") filed a joint opposition to the motion, and the Affiliated Foods Plaintiffs, the Kroger Plaintiffs, and the Publix Plaintiffs filed a partial joinder in that opposition.

Specifically, those Plaintiffs also oppose the motion, but do not object to Lion LLP and Big Catch's request to depose certain Bumble Bee witnesses who previously invoked their Fifth Amendment rights, but have since testified publicly.

After reviewing the parties' briefs and the record on file in this case, the Court grants the motion. With respect to all pending actions in which Lion LLP and Big Catch are named as Defendants, IT IS HEREBY ORDERED as follows:

1. Lion LLP and Big Catch shall make their initial disclosures pursuant to Rule 26(a)(1) on or before **September 23, 2022**.

2. Each party shall substantially complete its production of documents on or before **October 7, 2022**.

3. By **November 18, 2022**, the parties must complete all fact discovery, including depositions of non-experts. As part of this fact discovery, the parties may notice the depositions of Scott Cameron, Kenneth Worsham, and Stephen Hodge.

4. By **December 9, 2022**, the parties will serve any initial expert reports and produce within three days their experts' supporting material, including backup materials.

5. By **January 6, 2023**, the parties will serve any rebuttal expert reports.

6. The parties' respective experts must be made available for deposition no later than **February 3, 2023**.

7. Any and all disputes surrounding fact and expert discovery and disclosures shall be brought to the attention of Magistrate Judge Dembin in accordance with his Chambers Rules.

8. By **March 3, 2023**, Lion LLP, Big Catch and Lion Capital (Americas), Inc. ("the Lion Entities") may file jointly one (1) dispositive motion that addresses any and all remaining issues and one (1) related Daubert motion. Each of those motions shall be no more than twenty-five (25) pages. Statements of undisputed facts are not necessary and will not be accepted for filing. When counsel are ready to file those motions, they shall contact Chief Judge Sabraw's Chambers for a hearing date. Unless the Court orders otherwise, briefing on those motions will be in accordance with Civil Local Rule 7.1(e).

9. In light of this Order, the Lion Entities' pending motion for summary judgment (ECF No. 1998) is denied as moot.

**IT IS SO ORDERED**.

Dated: September 8, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court