LATHAM & WATKINS LLP
    Christopher S. Yates (CA 161273)
    Belinda S Lee (CA 199635)
    Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
*chris.yates@lw.com*
*belinda.lee@lw.com*
*ashley.bauer@lw.com*

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>1) *Affiliated Foods, Inc. v. Tri-Union Seafoods, LLC et al.*, Case No. 3:15-cv-02787<br><br>2) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC et al.*, Case No. 3:18-cv-01014<br><br>3) *Winn-Dixie Stores, Inc. et al. v. Bumble Bee Foods LLC et al.*, Case No. 3:16-cv-00017 | Case No. 3:15-md-02670-DMS-MDD<br><br>MDL No. 2670<br><br>**JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING CONTINUANCE OF HEARING ON STARKIST CO., DEL MONTE CORPORATION, AND DONGWON INDUSTRIES CO., LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOTION FOR
APPROVAL OF STIPULATION
3:15-md-02670-DMS-MDD

Defendants StarKist Co. ("StarKist"), Dongwon Industries Co., Ltd. ("DWI"), and Del Monte Corporation ("Del Monte") (collectively, "Defendants") and Plaintiffs Associated Wholesale Grocers, Inc. ("AWG"), Affiliated Foods Midwest Cooperative ("AFMC"), Winn-Dixie Stores, Inc. ("Winn-Dixie") and Bi-Lo Holding, LLC ("Bi-Lo") (collectively, "DAPs") have conferred by and through their counsel, and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on October 17, 2022, the Court set StarKist, Del Monte, and DWI's Motion for Partial Summary Judgment Dismissing All Claims for Purchases Made Prior to May 30, 2011 (ECF No. 2023) for hearing on October 26, 2022 at 2:00 p.m.

WHEREAS, counsel for Winn-Dixie and Bi-Lo informed counsel for AWG and AFMC and counsel for Defendants that he will be in a deposition in another matter, **In re Turkey Antitrust Litigation**, Case No. 1:19-cv-08318 (N.D. Ill.), on October 26, 2022.

WHEREAS, counsel for Defendants and counsel for DAPs have met and conferred regarding a new, mutually convenient hearing date.

WHEREAS, counsel for Defendants and counsel for DAPs are all available on November 7, 2022.

Accordingly, IT IS HEREBY STIPULATED, by and between Defendants and DAPs, through their respective counsel of record, that:

1. Subject to the Court's approval and availability, the hearing on StarKist, Del Monte, and DWI's Motion for Partial Summary Judgment Dismissing All Claims for Purchases Made Prior to May 30, 2011 (ECF No. 2023) be continued to November 7, 2022 or the next earliest date that the Court is available.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT MOTION FOR
APPROVAL OF STIPULATION
3:15-md-02670-DMS-MDD

1   2.   If the Court is not available on November 7, 2022, the Parties agree to
2  meet and confer to submit multiple alternative hearing dates for the Court to
3  choose from.

Dated: October 24, 2022

LATHAM & WATKINS LLP

By: s/ Christopher S. Yates
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: chris.yates@lw.com
Email: belinda.lee@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*


TROUTMAN PEPPER HAMILTON SANDERS LLP

By: s/ Barbara T. Sicalides
Barbara T. Sicalides
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215-981-4000
Facsimile: 215-981-4750
sicalidesb@pepperlaw.com

*Counsel for Defendant Del Monte Corporation*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT MOTION FOR
APPROVAL OF STIPULATION
3:15-md-02670-DMS-MDD

AHERN AND ASSOCIATES, P.C.

By: s/ Patrick J. Ahern
Patrick J. Ahern, Esquire
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, IL 60602
Tel: 312-404-3760
E-mail:
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs Bi-Lo Holding, LLC and Winn-Dixie Stores, Inc.*


STUEVE SIEGEL HANSON LLP

By: s/ Steve Six
Patrick J. Stueve, Esquire
Steve Six, Esquire
460 Nichols Road
Suite 200
Kansas City, MO 64112
(816) 714-7110
stueve@stuevesiegel.com
six@stuevesiegel.com

*Counsel for Plaintiffs Affiliated Foods Midwest Cooperative, Inc. and Associated Wholesale Grocers, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT MOTION FOR
APPROVAL OF STIPULATION
3:15-md-02670-DMS-MDD

## **SIGNATURE ATTESTATION**

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

| | |
|---|---|
| Dated: October 24, 2022 | By: s/ Christopher S. Yates |
| | *Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT MOTION FOR
APPROVAL OF STIPULATION
3:15-md-02670-DMS-MDD