1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MDD<br><br>MDL No. 2670<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF STARKIST CO., DONGWON INDUSTRIES CO., LTD., AND DEL MONTE CORPORATION** |
| This Document Relates To:<br><br>*Winn-Dixie Stores, Inc. et al. v. Bumble Bee Foods LLC et al.*, Case No. 3:16-cv-00017 | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC and Defendants StarKist Co. ("StarKist"), Dongwon Industries Co., Ltd. ("DWI"), and Del Monte Corporation ("Del Monte"), by and through their counsel of record, hereby stipulate that StarKist, DWI, and Del Monte are dismissed from these proceedings with prejudice. This dismissal shall not operate as a dismissal of any person or entity named as a defendant or as a co-conspirator in the above-captioned proceedings other than StarKist, DWI, and Del Monte. The parties shall bear their respective fees and costs.

Dated: November 3, 2022

AHERN AND ASSOCIATES, P.C.

By: ___/s/ Patrick J. Ahern___
Patrick J. Ahern, Esquire
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, IL 60602
Tel: 312-404-3760
E-mail:
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs Bi-Lo Holding, LLC and Winn-Dixie Stores, Inc.*

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | By: /s/ Christopher S. Yates |
| 3 | Christopher S. Yates (CA 161273) |
| | Belinda S Lee (CA 199635) |
| 4 | Ashley M. Bauer (CA 231626) |
| 5 | 505 Montgomery Street |
| | Suite 2000 |
| 6 | San Francisco, CA 94111 |
| 7 | Telephone: 415-391-0600 |
| | Facsimile: 415-395-8095 |
| 8 | Email: chris.yates@lw.com |
| 9 | Email: belinda.lee@lw.com |
| | Email: ashley.bauer@lw.com |
| 10 | |
| 11 | *Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.* |
| 12 | |
| 13 | |
| 14 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 15 | |
| 16 | By: /s/ Barbara T. Sicalides |
| | Barbara T. Sicalides |
| 17 | 3000 Two Logan Square |
| 18 | Eighteenth & Arch Streets |
| | Philadelphia, PA 19103-2799 |
| 19 | Telephone: 215-981-4000 |
| 20 | Facsimile: 215-981-4750 |
| | sicalidesb@pepperlaw.com |
| 21 | |
| 22 | *Counsel for Defendant Del Monte Corporation* |

## SIGNATURE ATTESTATION

Under Section 2.F.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: November 3, 2022                    By: s/ Patrick J. Ahern

*Counsel for Plaintiffs Bi-Lo Holding, LLC and Winn-Dixie Stores, Inc.*