1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9
10  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MDD |
|---|---|
| This filing relates to the Direct Purchaser Plaintiff Class Action Track | **ORDER AUTHORIZING SUPPLEMENTAL NOTICE OF COSI/TUG SETTLEMENT TO CERTAIN CLASS MEMBERS** |

1 | WHEREAS, the Court, having considered Direct Purchaser Class Plaintiffs' supplemental brief in support of final approval of the COSI/TUG settlement and all other papers, having held a final approval hearing on the same, and otherwise being fully informed in the premises and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1) Within 14 days, JND shall issue the supplemental notice set forth in Exhibit A of the Bronyn Decl. to class members that were not excluded from the class and that did not make a claim during the initial claims period.

2) During the supplemental notice period, JND shall make a reasonable effort to reach eligible class members with commerce in excess of $10 million dollars by telephone to encourage them to file a claim.

3) Once the supplemental notice has been issued, eligible class members shall have 45 days to file a claim.

4) Within 75 days of the issuance of the proposed order, JND shall file a declaration verifying that notice issued in conformity with the Court's order and further describing the results of the additional notice campaign.

The Court will reserve on Plaintiffs' motion for final approval of the settlement and motion for attorneys' fees and costs and service awards pending the update on the results of the supplemental notice campaign.

**IT IS SO ORDERED.**

Dated: November 8, 2022

Hon. Dana M. Sabraw
United States District Judge

[PROPOSED] ORDER   CASE NO. 15-MD-2670-DMS-MDD

1