UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOODS PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.:  15md2670-DMS-MDD<br>MDL No. 2670<br><br>**ORDER DIRECTING SERVICE AND SETTING BRIEFING SCHEDULE ON PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE LIMITED DEPOSITIONS OF W.H. LEE, ERIC LINDBERG, AND JAE CHUL KIM**<br><br>[ECF No. 2945] |

Plaintiffs have moved *ex parte* (the "Motion," ECF No. 2945) for an order permitting them to depose non-parties W.H. Lee, Eric Lindberg, and Jae Chul Kim (collectively, the "Proposed Deponents"). The Court **ORDERS** Plaintiffs to serve the Motion and this Order on each of the Proposed Deponents and file proof of service on or before **December 12, 2022**. Any Proposed Deponent may file a brief in opposition to the Motion within fourteen days after that Proposed Deponent is served.

Plaintiffs may not file a reply brief absent further order of the Court.

**IT IS SO ORDERED**.

Dated:   December 1, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge