UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:18-cv-01014 | Case No.: 15md2670 DMS(MDD)<br><br>**ORDER STAYING DECISION ON PENDING MOTION** |

In light of the upcoming depositions of Messrs. Hodge, Cameron and Worsham, the Court will stay issuance of its ruling on Plaintiff's Motion for Partial Summary Judgment Against Defendant Christopher Lischewski. Counsel and Mr. Lischewski should be prepared to address during the February 1, 2023 status conference whether any additional briefing on that motion is warranted in light of those depositions.

**IT IS SO ORDERED**.

Dated:  December 2, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28