BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
ALEX J. TRAMONTANO (276666)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Class Counsel for the End Payer Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 DMS (MDD) |
| This Document Relates To:<br><br>End Payer Plaintiffs Class Track | **NOTICE OF RENEWED MOTION FOR APPROVAL OF CLASS NOTICE PLAN AND MOTION TO SHIFT NOTICE COSTS TO NON-SETTLING DEFENDANT STARKIST**<br><br>DATE:    February 24, 2023<br>TIME:    1:30 P.M.<br>JUDGE:  Hon. Dana M. Sabraw<br>CTRM:   13A (13th floor) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that End Payer Plaintiffs ("EPPs"), on behalf of themselves and all members of the certified EPP Class, by and through their undersigned counsel, hereby move the Court for an order : (i) Appointing JND Legal Administration LLC ("JND") as the notice administrator; (ii) Approving the Class Notice Plan as the "best notice that is practicable under the circumstances"; (iii) Setting a deadline (the "Opt Out Deadline") for persons to seek exclusion from the Class; and (iv) Approving the form and content of the proposed class notice(s).

The EPPs have previously requested permission to disseminate Class Notice. Based on Defendants' objections, the Court denied permission to disseminate notice to the EPP Class as premature or confusing. *See* ECF Nos. 2272, 2552, 2906. On November 16, 2022, the Court received Notice from the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") that the petition for writ of certiorari re certification of the Classes was denied in the United States Supreme Court. ECF No. 2936. After the United States Supreme Court's denial of certiorari, the Non-Settling Defendants no longer object to the dissemination of Class Notice on the grounds that notice is premature.

Based on the totality of circumstances, the EPPs further request that the costs of notice in the amount of $410,625 be shifted to Defendant StarKist Company ("StarKist"). This request is based on: (i) the finding of Defendant StarKist's liability through summary judgment; and (ii) its objection to the dissemination of Class Notice especially after the Ninth Circuit *en banc* decision upholding certification was issued. The delay due to StarKist's objection doubled the costs of notice.

The EPPs propose the following schedule:

| Deadline to Launch Media Campaign | 15 Days After Approval Order (March 11, 2023)* |
|---|---|

- 1 -

| Deadline for Completion of Class Notice Plan | 85 Days After Approval Order (May 20, 2023) |
|---|---|
| Deadline for Filing Affidavit Attesting that Class Notice was Disseminated as Ordered | 115 Days After Approval Order (June 19, 2023) |
| Deadline for Class Members to Opt Out | 125 Days After Approval Order (June 29, 2023) |
| Deadline for Plaintiffs to Submit Proposed Order re: Exclusions | 130 Days After Approval Order (July 5, 2023) |

*Assumes for the sake of calculation that the Approval Order is granted on the hearing date.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declarations of Gina Intrepido-Bowden and Betsy C. Manifold in support thereof, and the complete file in this action and such other matters as may be presented to the Court at or before the time of the hearing.

Dated: January 17, 2023

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/Betsy C. Manifold
BETSY C. MANIFOLD

BETSY C. MANIFOLD
RACHELE R. BYRD
ALEX J. TRAMONTANO
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
THOMAS H. BURT
270 Madison Avenue

- 2 -

Case No. 15-MD-2670 DMS (MDD)

New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653
burt@whafh.com

**WOLF HALDENSTEIN ADLER**
**  FREEMAN & HERZ LLC**
CARL MALMSTROM
111 West Jackson, Suite 1700
Chicago, IL 60604
Telephone: 312/984-0000
Facsimile:  312/212-4401
malmstrom@whafh.com

*Class Counsel for the End Payer Plaintiffs*

DOC# 29076

- 3 -

Case No. 15-MD-2670 DMS (MDD)