# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:15-md-2670-DMS-MDD<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCOVERY AND MODIFY THE SCHEDULING ORDER DATED SEPTEMBER 8, 2022** |

This case comes before the Court on the parties' Joint Motion to Extend Expert Discovery and Modify the Scheduling Order dated September 8, 2022.

In the joint motion, the moving parties describe the depositions of fact witnesses have completed, and expert depositions are ongoing as contemplated by the September 8, 2022 Scheduling Order (ECF No. 2914). The EPPs and CFPs recently learned their designated expert, Dr. Adoria Lim, Ph.D. is testing positive for severe acute respiratory syndrome coronavirus 2 ("SARS-CoV-2").

The parties promptly met and conferred regarding the additional discovery beyond the deadline set by the Court within the discovery period, and reached a stipulated resolution to extend the cutoff date to February 23, 2023 to accommodate Dr. Lim's deposition.

Based on the diligence of counsel and the parties' joint motion, the parties demonstrate good cause to modify the September 8, 2022 Scheduling Order (ECF No. 2914). Thus, after reviewing the parties' briefs and the record on file in this case, the Court grants the motion.

IT IS HEREBY ORDERED as follows:

1. The Scheduling Order dated September 8, 2022 is modified to extend the expert discovery cutoff date to February 23, 2023.

**IT IS SO ORDERED.**

Dated: February 3, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court