# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 JLS (MDD) |
| | **DECLARATION OF JEANNE C. FINEGAN, APR IN CONNECTION WITH RENEWED MOTION FOR APPROVAL OF LITIGATION CLASS NOTICE PLAN** |
| This Document Relates To: | |
| All Commercial Food Preparer Plaintiff Actions | |

I, JEANNE C. FINEGAN declare as follows:

## INTRODUCTION

1.      I am the Managing Director and Head of Kroll Notice Media Solutions ("Kroll Media"),[1] a business unit of Kroll Settlement Administration LLC ("Kroll"), the administrator in the above-captioned case. This declaration (the "Declaration") is based upon my personal knowledge as well as information provided to me by my associates and staff, including information reasonably relied upon in the fields of advertising media and communications.

2.      Kroll has been designated by the Parties as the administrator, to among other tasks, develop and implement the Class Notice Plan in connection with the above captioned case as well as administer the claim process for the COSI Settlements.

3.      This Class Notice Plan, detailed below, includes the same elements as previously approved in the Settlement Notice Plan and will be accomplished through direct mail, trade magazines, e-newsletters, online media and a press release.   The Class Notice Plan will detail class member rights as they relate to the Litigation Class being certified as well as notify the COSI Settlement Class that the claim process is commencing.

## CERTIFIED LITIGATION CLASS

4.      We understand that the class members in this action include:

All persons and entities in 27 named states including Arizona, Arkansas, California, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, Wisconsin and D.C., that indirectly purchased packaged tuna products

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the *Commercial Food Preparer Plaintiffs' Memorandum of Points and Authorities in Support of Their Renewed Motion for Approval of Class Notice Plan and Motion to Shift Notice Costs Onto Defendant Starkist*, filed contemporaneously herewith.

produced in packages of 40 ounces or more that were manufactured by any Defendant ( or any current or former subsidiary or any Affiliate thereof) and that were purchased directly from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco (other than inter-company purchases among these distributors) from June 2011 through December 2016.

## CLASS NOTICE PLAN

5.     The Class Notice Plan includes the following components:

- Direct notice to all known class members  via U.S. First Class Mail;

- Print publication once time in two trade publications targeted to reach class members;

- E-Newsletter display banner ad notice targeted to reach class members;

- Online display banner advertising targeted to class members;

- Keyword Search targeted to reach class members ;

- Social media advertising on Facebook, Instagram and Twitter targeted to reach class members ;

- A press release across PR Newswire's US1 Newslines with additional targeting to industry influencers;

- A dedicated informational website will be established where notices and other important Court documents will be posted, along with answers to frequently asked questions, and updates on the status of the case; and

- A toll-free information line will be established where class members can call 24/7 for more information about the litigation.

## DIRECT NOTICE

6.     As previously described in my prior declarations, Kroll has received data and contact information from the six intermediaries DOT Foods, Sysco, US Foods, Sam's Club, Walmart, or Costco. However, specific transaction purchase data was not available from all intermediaries and some intermediaries did not provide address information. Therefore, as part of the Class Notice Plan, Kroll will send two different postcards to known class members to detail

the Litigation Class certification and the beginning of the claim process.  Samples of the postcard notices are attached hereto as **Exhibits** A-1 and A-2.

7. The first postcard will be mailed to persons or entities identified in the intermediary's records that include transaction information of purchases of Packaged Tuna Products (i.e., those products 40 ounces or larger).  The notice will provide details about the certification of the Litigation Class and that the claim form process is beginning.  This group does not need to do anything to receive payment unless they want to dispute the intermediary records Kroll has been given and then they can dispute the transaction total and provide proof of purchase for their claimed amount.  This group can also opt out of the Litigation Class by sending a written opt out to the administrator.

8. The second group will receive direct notice regarding the certification of the Litigation Class but will need to act to participate as the transaction data is not available for their purchases.  These class members will need to file a claim in order to participate in the COSI Settlements or can opt out of the Litigation Class.

9. Kroll will update all address information by running addresses through the National Change of Address database maintained by the U.S. Postal Service.  This database is a compilation of all address changes of which the U.S. Postal Service is notified and is kept for four years.  It will allow Kroll to update addresses to the most current address known by the U.S. Postal service before sending notice.

10. Additionally, if mail is returned as undeliverable with no further forwarding address, Kroll will run these records through an advanced address locator database to obtain additional contact information and remail notice.  Likewise, if mail is returned with a forwarding address, Kroll will remail the notice to the newly provided address.

### INTERNET NOTICE

11. **Online Notice Banner Advertising.** To focus on the target audience, we are applying a programmatic approach to digital advertising. Programmatic is a computerized approach to buying ads online, which uses an algorithm to show a specific ad to a specific visitor

in a specific context, where class members are visiting.  These ads are device agnostic and will appear across desktop, laptop, or mobile device.

12.     Kroll will use custom website list of over 100 contextually relevant restaurant and food service industry websites. Among others, the whitelist of websites will include *Restaurant Business, Total Food Service, Food Management, Foodservice Director, Nation's Restaurant News, Deli Market News, School Nutrition*, and the *Association for Healthcare Foodservice.*

13.     The targeted impressions are strategically designed to notify and drive class members to the dedicated website, where class members can find detailed information about the litigation and their rights and obligations.

14.     The online ads will provide information for visitors to self-identify as class members, where they may "click" on the banner and then link directly to the litigation website for more information regarding the litigation and important deadlines and documents, including downloadable copies of the full notice and claim form, and where they may submit a claim form.

15.     **Search.** Kroll will employ keyword search on Google Ads.  When identified target phrases and keywords are used in a user's search on Google's search engine, links will appear on the search result pages.  Representative key terms will include, but are not limited to seafood litigation, tuna class action, foodservice jobs, restaurant owner, foodservice director, among others.

16.     **Facebook, Instagram and Twitter**. The notice program will also include the social media platforms Facebook, Instagram and Twitter. Kroll will apply the outreach on social media in layers.  The first layer will target people who have liked, followed or interacted with foodservice groups or pages including School Nutrition Association, Food Management, Total Food Service, Association of Nutrition and Foodservice Professionals, National Restaurant Association, and the Society for Hospitality and Foodservice Management.

17.     The second layer will target people on Facebook and Instagram who are the 'page owner' of restaurant pages or who list their job title as Restaurant Owner, Restaurant Manager, Foodservice Manager, Foodservice Director, or similar.

- People who are 'page owners' of restaurant pages: 2,290,000 people

- People with job title 'Restaurant Owner': 139,000 people
- People with job title 'Food and Restaurant': 4,136,33 people
- People with job title 'Restaurant Manager': 64,193 people

18.     On Twitter, advertising will be targeted to people who follow handles such as @WeRRestaurants, @foodedge, @fsdeditor, @foodmanagement and similar.

### PRINT TRADE PUBLICATIONS

19.     Notice will be published in two trade publications targeted to further reach this specific group of class members.

20.     *FSR* publishes 12 times per year and has a circulation of 27,000. The summary notice will be published once as a half-page, black and white ad.

21.     *Nation's Restaurant News* publishes 12 times per year and has a circulation of 60,000. The summary notice will be published once as a half-page, black and white ad.

### TRADE E-NEWSLETTERS

22.     Notice will be published in five trade e-newsletters targeted to further reach this specific group of class members. These include *Food Service Director Update*, *Food Management Today*, *Restaurant Business's RB Daily, FSR Insiders* and *Nation's Restaurant News*.

23.      These e-newsletters were chosen as they are commonly read by class members.

24.     *Foodservice Director Update ("FSD Update")* serves the foodservice market and reports on issues impacting foodservice professionals. *FSD Update* has a circulation of 33,000 and is circulated 3 times per week.

25.     *Food Management Today* ("*FM Today*") provides ideas for foodservice directors and managers through coverage of industry issues. *FM Today* has a circulation of 32,000.  This e-newsletter is circulated 5 times per week.

26.     Further, Kroll will publish in *Restaurant Business's RB Daily*, which is edited for executives of commercial foodservice who have responsibility for operating decisions.  *RB Daily* has a circulation of 100,000 and is circulated 5 times per week.

27.     Additionally, notice will be published in *FSR* ("*FS Insider*") provides ideas and

---

DECL. OF JEANNE C. FINEGAN                    CASE NO. 15-md-2670-JLS (MDD)

insights for chefs, owners, executives, and decision-makers in the full-service restaurant industry. It has a circulation of 40,000. *FS Insiders* is circulated five times per week.

28.     *Nation's Restaurant News* ("*NRM*") covers the news of the foodservice industry and features in-depth analysis of what it means for restaurant operators and executives. *NRM* has a circulation of 95,000 and is circulated five times per week.

## PRESS RELEASE

29.     A press release will be distributed over PR Newswire's US1 Newslines with additional outreach to influencers and bloggers who cover the food industry.  PR Newswire distributes to thousands of print and broadcast newsrooms nationwide, as well as websites, databases and online services. Attached as **Exhibit B** is the press release.

## MEDIA MONITORING

30.     Kroll intends to monitor various media channels for subsequent news articles and various social mentions as a result of the press release efforts.  A complete report on the results will be filed with the Court upon completion of the notice program.

## OFFICIAL LITIGATION CLASS WEBSITE

31.     A dedicated website, www.PackagedSeafoodAntitrustCFPClass.com, has been established and maintained by Kroll. The website will serve as a "landing page for the banner advertising," where class members may get information about the class and obtain other information including information about the class action, how to exclude themselves from the class, other class members rights, key notices and documents, and related information. The website will be available 24 hours a day and 7 days a week.  It will be optimized for visitors using mobile devices and is also designed to maximize search engine optimization.  It will be updated with current information and status of the action as appropriate with direction from Counsel or the Court.

32.     Attached as **Exhibit C** is the Long Form Notice.

## TOLL FREE INFORMATION LINE

33.     Additionally, Kroll maintains a 24-hour toll-free Interactive Voice Response

("IVR") telephone line, where callers may obtain information about the class action.  Kroll will also have available live operator support to answer questions during normal business hours.  These operators will be trained to answer questions on the litigation and help people with any questions on filing a claim.

### DEDICATED POST OFFICE BOX

34.     Kroll has secured and monitors a dedicated post office box for all mail and written communications from class members.  Mail will be scanned and uploaded into Kroll's dedicated database for this class action so that it can be tracked.  All written correspondence will be monitored and responded to promptly.

### CONCLUSION

35.     In my opinion, the outreach efforts described above reflect a particularly appropriate, highly targeted, and contemporary way to employ notice to this class. Notice in this case is consistent with notice provided for the previously approved Settlement Notice Plan, which was calculated to reach over 85% of class members.  In my opinion, the efforts to be used in this proposed notice program are consistent with best practicable court-approved notice programs in similar matters and the Federal Judicial Center's guidelines concerning appropriate reach.

36.     I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed on January 17, 2023 in Tigard, Oregon.

Respectfully submitted,

Jeanne C. Finegan

# Exhibit A-1



Packaged Seafood Products Antitrust Litigation
c/o Kroll Settlement Administrator
P.O. Box 5324
New York, NY 10150-5324

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**Deadline to Submit Claim: Month Day, 2023**

Personalized Claim Form Enclosed

Did You Purchase Packaged Tuna Products in containers 40 oz or more from Costco, DOT Foods, Sysco, US Foods, Sam's Club, or Wal-Mart between June 2011 through December 2016?

You may be Eligible for Payment

www.PackagedSeafoodAntitrustCFPClass.com

<<Barcode>> Class Member ID:

<<Refnum>>

<<FirstName>> <<LastName>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>

[BARCODE AREA]

**We have records showing that you or your company purchased Foodservice-Size Packaged Tuna Products (40 ounces or larger) from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco and may be affected by a litigation class action and settlement.**

**What is this about?** The lawsuit, known *as In re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 (S.D. Cal.), alleges that Defendants Tri-Union Seafoods, LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively, "COSI" Defendants") along with defendants Bumble Bee Foods, LLC, StarKist Co., and certain related parent entities of Bumble Bee and StarKist (collectively "Defendants") conspired to fix, raise, and maintain the prices of Packaged Tuna Products and that this resulted in purchasers paying more than they otherwise would have. While denying liability, the COSI Defendants have collectively agreed to a Settlement with the CFP Class and the Court has given final approval to the Settlement. Additionally, the Court has certified a litigation class in the lawsuit ("Litigation Class"). You have been identified as a Commercial Food Preparer ("CFP") COSI Settlement Class Member and Litigation Class Member.

**Who is a Class Member?** You have been identified as both a Settlement Class Member and as a Litigation Class Member as a purchaser of Foodservice-Size Packaged Tuna Products from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco from June 2011 through December 2016.

**What are my rights? Do Nothing:** You will receive a pro rata share of the Net Settlement Funds based on purchases noted below and your claims will be resolved through this action and Settlement. However, you will lose your right to sue Bumble Bee Foods, LLC, StarKist Co., and certain related parent entities of Bumble Bee and StarKist for these claims in a separate action.

**File a Claim:** To receive payment from this Settlement, you do not need to do anything if you agree with the below purchase values. These purchases values are from DOT and US Foods and will be used to determine your pro rata percentage of the Net Settlement Fund. If you do not agree with your purchase values, you must file a claim online or by mail postmarked by MONTH DAY 2023 and include support to validate your claim.

**Exclude from the Litigation Class:** Receive no benefits from future recoveries in this litigation by excluding yourself from the Litigation Class, but you keep your right to sue any non-settling defendants about these same claims. All exclusions must be postmarked by MONTH DAY 2023.

**Further information about Filing a Claim, Excluding, and Objecting are on the website.**

Call 1-833-927-0821 or write: Packaged Seafood Products Antitrust Litigation – CFP Class, c/o Settlement Administrator, P.O. Box 5324, New York, NY, 10150-5324 for more information.

---

**This is only a summary.**     **Visit:** www.PackagedSeafoodAntitrustCFPClass.com     or **Call:** 1-833-927-0821

*Packaged Seafood Products Antitrust Litigation*
c/o Kroll Settlement Administrator
P.O. Box 5324
New York, NY 10150-5324

**CLAIM FORM**

<<Barcode>>

Class Member Id: <<RefNum>>

| Entity / Name: |
|---|

Phone Number: (_____)_____-_____Email Address_____@_____._____

☐ Check Box if you have a new address and provide: _____

_____

**Instructions: To receive payment, you do not need to do anything if you agree with the purchase values below that were obtained from DOT and US Foods. If you do not, then you must fill out the dispute option below, provide proof of purchase for the amount you claim, sign and return this card with your documentation.**

**Purchase amounts from DOT and US Foods**: $_____

☐ **I dispute the purchase values above:** I do not agree with the above amount being used for my pro rata determination and am submitting documentation which includes proof of purchases to support my claim of purchases totaling:

$_____

**By checking the box above, I am disputing the above purchase value and providing documentation. Should I fail to support my asserted claim value, my purchase value will revert to the amount listed above.**

Signature:_____Date:_____/_____/_____

Printed Name:_____Title:_____

# Exhibit A-2

*Packaged Seafood Products Antitrust Litigation*
c/o Kroll Settlement Administration
P.O. Box 5324
New York, NY 10150-5324

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

Did You Purchase Packaged Tuna Products in
containers 40 oz or more from Costco, DOT
Foods, Sysco, US Foods, Sam's Club, or
Wal-Mart between June 2011
through December 2016?

You may be a Settlement Class Member and
eligible for payment
www.PackagedSeafoodAntitrustCFPClass.com

<<Barcode>> Class Member ID: <<Refnum>>

<<FirstName>> <<LastName>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>

[BARCODE AREA]

**We have records showing that you or your company purchased Foodservice-Size Packaged Tuna Products (40-oz or larger) from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco and may be affected by a litigation class action.**

**What is this about?** The lawsuit, known *as In re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 (S.D. Cal.), alleges that Defendants Tri-Union Seafoods, LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively, "COSI Defendants") along with defendants Bumble Bee Foods, LLC, StarKist Co., and certain related parent entities of Bumble Bee and StarKist (collectively "Defendants") conspired to fix, raise, and maintain the prices of Packaged Tuna Products and that this resulted in purchasers paying more than they otherwise would have. While denying liability, the COSI Defendants have collectively agreed to a Settlement with the CFP Class and the Court has given final approval to the Settlement. Additionally, the Court has certified a litigation class in the lawsuit ("Litigation Class"). You have been identified as a Commercial Food Preparer ("CFP") COSI Settlement Class Member and Litigation Class Member.

**Who is a Class Member?** You may have been identified as both a Settlement Class Member and as a Litigation Class Member as a purchaser of Foodservice-Size Packaged Tuna Products from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco from June 2011 through December 2016.

**What are my rights? Do Nothing:** You will lose your right to sue Bumble Bee Foods, LLC, StarKist Co., and certain related parent entities of Bumble Bee and StarKist for these claims in a separate action.

**Exclude yourself from the Litigation Class:** Receive no benefits from any future litigation or settlements in this action by excluding yourself from the Litigation Class. You will keep your right to sue Bumble Bee Foods, LLC, StarKist Co., and certain related parent entities of Bumble Bee and StarKist for these claims in a separate action; however, you will not be part of any further Settlements or recoveries in this matter.

If you want to be excluded from all future recovery (including potential future settlements) in this matter, you must exclude yourself from the Litigation Class. All exclusions must be postmarked by MONTH DAY 2023.

**File a claim:** To receive payment from the COSI Settlement, you must file a claim and include proof of the purchases you claim. You can file a claim online or by mail postmarked by MONTH DAY 2023.

**Further information and instructions about excluding yourself from the litigation class can be found on the website, www.PackagedSeafoodAntitrustCFPClass.com.**

Call 1-833-927-0821 or write: Packaged Seafood Products Antitrust Litigation – CFP Class, c/o Kroll Settlement Administration, P.O. Box 5324, New York, NY 10150-5324 for more information.

**This is only a summary.**          **Visit:** www.PackagedSeafoodAntitrustCFPClass.com          **Call:**1-833-927-0821

*Packaged Seafood Products Antitrust Litigation*
c/o Kroll Settlement
Administration
P.O. Box 5324
New York, NY 10150-5324

**CLAIM FORM**

<<Barcode>>

Class Member Id: <<RefNum>>

---

Entity / Name: _____

Phone Number: (_____)_____-_____Email Address_____@_____._____

☐ Check Box if you have a new address and provide: _____

_____

---

**Instructions: To receive payment, you must file a claim. If you file a validated claim and it is approved, you will receive a pro rata share of the net settlement fund based on your validated purchases of Foodservice-Size Packaged Tuna Products (40-ounces or larger) from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco.**

**Claimed purchase amounts**: $_____

I am submitting, along with this card, business records to validate the claim amount above. Such records may include purchase orders, receipts, business records, or the like.

Signature:_____Date:_____/_____/_____

Printed Name:_____Title: _____

Exhibit B

# PRESS RELEASE

**If you or your company purchased Foodservice-Size Packaged Tuna products (40-oz or larger) from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco between June 1, 2011 and December 31, 2016, you may be affected by a Class Action**

CITY, ST, Month 00, 2023 /PR Newswire/ -- The following statement is being issued by Cuneo Gilbert & LaDuca, LLP regarding a class action litigation and settlement in the Packaged Seafood Products Antitrust Litigation.

**What is this about?**
The lawsuit, known *as In re: Packaged Seafood Products Antitrust Litigation,* No. 15-2670 (S.D. Cal.), alleges that Defendants Tri-Union Seafoods, LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively, "COSI" Defendants") along with Defendants Bumble Bee Foods, LLC, StarKist Co., and certain related parent entities of Bumble Bee and StarKist (collectively "Defendants") conspired to fix, raise, and maintain the prices of Packaged Tuna Products and that this resulted in purchasers paying more than they otherwise would have. While denying liability, the COSI Defendants have collectively agreed to a Settlement with the CFP Class and the Court has given Final Approval to the Settlement.  Additionally, the Court has certified a Litigation Class in the lawsuit.

On July 30, 2019, the District Court certified a class of all persons and entities who *reside* in the states of Arizona, Arkansas, California, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin (referred to as the "Commercial Food Preparer Plaintiffs" or "CFPs") who indirectly purchased packaged tuna products produced in packages of 40 ounces or more that were manufactured by any Defendant (or any current or former subsidiary or any affiliate thereof) and that were purchased directly from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco (other than inter-company purchases among these distributors) from June 2011 through December 2016 (the "Class Period").

**Who is a Class Member?**
You are a Class Member if you are a purchaser of Foodservice-Size Packaged Tuna Products manufactured by any Defendant (or any current or former subsidiary or any affiliate thereof) from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco from June 1, 2011 through December 31, 2016 and resided in one of the states listed above.

**What happens next?**
The Court has not decided whether Defendants' alleged wrongdoing had any impact on the CFPs. Defendants deny the CFPs' allegations and have asserted defenses to the CFPs' claims. COSI settled with the CFPs to avoid litigation risks, costs, and inconvenience. Notice about the COSI Settlement was already issued.  This notice update has a dual purpose: to inform CFP Class members about the certification of the litigation class and of their opportunity to opt out of that class, if they choose to do so, and also to inform CFP Settlement Class members that the claims process for the COSI Settlement is beginning now. Bumble Bee filed for bankruptcy protection. The litigation is continuing with StarKist, DWI, Lion Capital, Lion America, and Big Catch (the "Non-Settling Defendants"). The Court has indicated that it intends to set dates for the trial in the near future. Payments for the COSI Settlement will be distributed *after* the trial with Non-Settling Defendants.

**What are my rights?**
- **Do Nothing**: You will lose your right to sue Bumble Bee Foods, LLC, StarKist Company, and certain related parent entities of Bumble Bee and StarKist for these claims in a separate action.  You also will not receive payment from the COSI Settlement, if you do not file a claim and are not in the data received from DOT or US Foods.

# PRESS RELEASE

- **Exclude Yourself from the Litigation Class**: Receive no benefits from any future litigation or settlements in this Action by excluding yourself from the Litigation Class.  You will keep your right to sue Bumble Bee Foods, LLC, StarKist Co., and certain related parent entities of Bumble Bee and StarKist for these claims in a separate action; however, you will not be part of any further Settlements or recoveries in this matter.  If you excluded yourself from the COSI Settlement and want to be excluded from all future Settlements and recoveries in this matter, you must exclude yourself from the Litigation Class.  All exclusions must be postmarked by **MONTH DAY 2023**.

- **File a Claim**: To receive payment from the COSI Settlement, you must file a Claim and include proof of the purchases you claim, unless you receive a postcard that notes your purchase values from DOT or US Foods. If you receive a postcard that notes your purchases from DOT or US Foods, you do not need to file a claim if you agree with the purchase values.  If you do not agree with the purchase values, then you must file a claim with documentation to substantiate your claimed amount of purchases.  You can file a claim online or by mail postmarked by **MONTH DAY 2023**.   If you file a valid and timely claim in the COSI Settlement, your payment will be distributed AFTER the litigation with the Non-Settling Defendants is resolved. Please be patient.

Further information about Excluding yourself from the Litigation Class and filing a Claim can be found on the website, **www.PackagedSeafoodAntitrustCFPClass.com**. Call **1-833-927-0821** or write: Packaged Seafood Products Antitrust Litigation – CFP Class, c/o Settlement Administrator, P.O. Box 5324, New York, NY 10150-5324.

###

**Source:** Kroll Settlement Administration
**Media Contact:** TBD

Exhibit C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
CASE NO. 15-MD-2670 DMS (MDD)

# <u>NOTICE UPDATE</u>

# If you bought Foodservice-Size Packaged Tuna Products (40 oz or greater) from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco from June 2011 through December 2016, your rights may be affected by an ongoing class action litigation.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

A lawsuit is pending in the United States District Court for the Southern District of California. The lawsuit is known as *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 DMS (MDD).

- The lawsuit claims that from June 2011 to December 2016, Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (collectively "COSI"), StarKist Co. ("StarKist") and its parent company, Dongwon Industries Co. Ltd ("DWI"), and Bumble Bee Foods, LLC ("Bumble Bee"), Lion Capital LLP ("Lion Capital"), Lion Capital (Americas), Inc. ("Lion America"), and Big Catch Cayman LP ("Big Catch") participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Packaged Tuna products at an artificially high level in violation of antitrust and unfair competition laws.

- On July 30, 2019, the District Court certified a class of all persons and entities who reside in the states of Arizona, Arkansas, California, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin (referred to as the "Commercial Food Preparer Plaintiffs" or "CFPs") who indirectly purchased packaged tuna products produced in packages of 40 ounces or more that were manufactured by any Defendant (or any current or former subsidiary or any affiliate thereof) and that were purchased directly from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco (other than inter-company purchases among these distributors) from June 2011 through December 2016 (the "Class Period"). On April 8, 2022, the Ninth Circuit Court of Appeals affirmed the District Court's order certifying a class for litigation (the "Litigation Class"). On November 14, 2022, the United States Supreme Court denied StarKist's petition to appeal the Ninth Circuit's decision, allowing the District Court's order certifying the Class to stand.

- The Court has not decided whether Defendants alleged wrongdoing had any impact on the CFPs. Defendants deny the CFPs' allegations and have asserted defenses to the CFPs' claims.

- COSI settled with the CFPs to avoid litigation risks, costs, and inconvenience. Notice about the COSI Settlement was already issued. This notice update has a dual purpose: to inform CFP Class members about the certification of the Litigation Class pursuing claims against the Non-Settling Defendants and of their opportunity to opt out of that class, if they choose to do so, and also to inform COSI Settlement Class members that the claims process for the COSI Settlement is beginning now.

- Bumble Bee filed for bankruptcy protection. The litigation is continuing with StarKist, DWI, Lion Capital, Lion America, and Big Catch (the "Non-Settling Defendants"). The Court has indicated that it intends to set dates for the trial in the near future. Payments for the COSI Settlement will be distributed *after* the trial with Non-Settling Defendants.

- Your legal rights are affected whether you act or don't act. Please read this notice carefully.

Questions? Visit www.PackagedSeafoodAntitrustCFPClass.com
or call toll-free at 1-833-927-0821

| YOUR LEGAL RIGHTS AND OPTIONS IN THE PENDING CLASS ACTION LITIGATION | | |
|---|---|---|
| **DO NOTHING** | • Stay in the Litigation Class and await the outcome.<br>• You will receive no payment from the COSI Settlement if you do not file a claim in the COSI Settlement and were not sent a postcard showing your purchase values.<br>• Give up your right to sue or continue to sue the Defendants on your own for your claims in this case. | |
| **FILE A COSI SETTLEMENT CLAIM** | • If you want to participate in the COSI Settlement, and have not received a postcard indicating your qualifying purchase values found in transactional data of DOT Foods and/or US Foods, you must file a claim by [DATE XX, 2023]<br>• If you file a valid and timely claim in the COSI Settlement, your payment will be distributed AFTER the litigation with the Non-Settling Defendants is resolved. Please be patient. | Online or Postmarked by<br>**Month xx, 2023** |
| **ASK TO BE EXCLUDED FROM THE LITIGATION CLASS**<br>**("OPT OUT")** | • Remove yourself from the Litigation Class.<br>• Keep your right to sue or continue to sue the Non-Settling Defendants for the claims in this case on your own.<br>• Receive no payment from the litigation with the Non-Settling Defendants.<br>• If you already opted out of the COSI Settlement, and do not want to participate in the Litigation Class or any future settlements or recoveries, you DO need to file another opt-out. | Postmarked by<br>**Month xx, 2023** |

- Your rights and options—**and the deadlines to exercise them**—are explained in this notice. The deadlines may be moved, canceled, or otherwise modified, so please check the case website, www.PackagedSeafoodAntitrustCFPClass.com, regularly for updates and further details.

2

Questions? Visit www.PackagedSeafoodAntitrustCFPClass.com
or call toll-free at 1-833-927-0821

# <u>What this Notice Contains</u>

**Basic Information** ...................................................................................................................... **4**

   1.  Why is there a notice?............................................................................................. 4

   2.  What is a class action and who is involved? ......................................................... 4

   3.  Why is this lawsuit a class action? ....................................................................... 4

**Who is Affected?** ...................................................................................................................... **5**

   4.  Am I part of the Class? .......................................................................................... 5

   5.  What if I am still not sure if I am included? .........................................................5

**The Claims in the Lawsuit** ....................................................................................................... **5**

   6.  What is the lawsuit about? ...................................................................................... 5

   7.  How do Defendants respond? ................................................................................ 5

   8.  Has the Court decided who is right? ...................................................................... 6

   9.  What are the CFPs asking for? .............................................................................. 6

  10.  Is there money available now? .............................................................................. 6

**Excluding Yourself from the Class** ......................................................................................... **6**

  11.  What does it mean if I exclude myself from the Class?.......................................... 6

  12.  If I don't exclude myself from the Class, can I sue Defendants for the same  thing later?.......................7

  13.  What am I giving up by staying in the Class? ........................................................ 7

  14.  How do I exclude myself from the Class? .............................................................. 7

  15.  What if I already filed an opt-out in the COSI Settlement?.................................... 7

**The Lawyers Representing You** ............................................................................................... **8**

  16.  Do I have a lawyer in this case?............................................................................. 8

  17.  How will the lawyers be paid? .............................................................................. 8

**The Trial** .................................................................................................................................. **8**

  18.  How and when will the Court decide who is right?................................................ 8

  19.  Do I have to come to the trial?............................................................................... 8

  20.  Will I get money after the trial? ............................................................................ 9

**If You Do Nothing** .................................................................................................................... **9**

  21.  What happens if I do nothing at all?....................................................................... 9

**Getting More Information** ........................................................................................................ **9**

  22.  How do I get more information about the case?...................................................... 9

3

Questions? Visit www.PackagedSeafoodAntitrustCFPClass.com
or call toll-free at 1-833-927-0821

# Basic Information

## 1. Why is there a notice?

This notice is to inform you that the District Court has allowed (or "certified") a class action lawsuit that may affect you. You may be part of a class action lawsuit if you purchased Packaged Tuna in sizes of 40 ounces or greater between June 2011 and December 2016, from DOT Foods, Sysco, US Foods, Sam's Club, Walmart, or Costco. If you are a Class Member, you have legal rights and options you may exercise before the Court holds a trial that will be set in the near future. At the trial, the Court will decide whether the allegations against Defendants on your behalf (as a member of a certified class) are proven to be true. The trial will be held in the United States District Court for the Southern District of California. The lawsuit is known as *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 DMS (MDD).

Those who sued are called the Commercial Food Preparer Plaintiffs or CFPs. The companies they sued are called the Defendants. The Defendants include COSI, StarKist and its parent company, DWI, and Bumble Bee and its parent companies, Lion Capital, Lion America and Big Catch.

The CFPs have already reached a settlement (the "COSI Settlement") with COSI (the "Settling Defendants"). The COSI Settlement notice has already been issued. To file a claim in the COSI Settlement you need to act by the Claim Form deadline of [DATE XX, 2023]. Bumble Bee filed for bankruptcy protection. The litigation is continuing with StarKist, DWI, Lion Capital, Lion America, and Big Catch (the "Non-Settling Defendants"). This notice explains the lawsuit, certification of the Litigation Class by the Court, and your legal rights and options.

## 2. What is a class action and who is involved?

In a class action lawsuit, one or more people or businesses called class representatives sue on behalf of others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action or be bound by the judgment in the class action. One court resolves the issues for everyone in the class, except for those who exclude themselves from the class ("opt out").

## 3. Why is this lawsuit a class action?

The District Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the District Court found that:

- There are factual and legal questions that are common to each of the members of the Litigation Class;
- The CFPs' claims are typical of the claims of the rest of the Litigation Class;
- The CFPs and the lawyers representing the Litigation Class will fairly and adequately represent the Litigation Class interests;
- The common legal questions and facts predominate over questions that affect only individuals; and
- This class action will be more efficient than having many individual lawsuits.

# Who Is Affected?

## 4. Am I part of the Litigation Class?

The Litigation Class includes all persons and entities who resided in Arizona, Arkansas, California, Florida, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Hampshire, New

Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, indirectly purchased packaged tuna products produced in packages of 40 ounces or more that were manufactured by any Defendant (or any current or former subsidiary or any affiliate thereof) and that were purchased directly from DOT Foods, Sysco, US Foods, Sam's Club, Wal-Mart, or Costco (other than inter-company purchases among these distributors) from June 2011 through December 2016 (the "Class Period"). The Litigation Class excludes the Court.

| 5.   What if I am still not sure if I am included? |
| --- |

If you are still not sure whether you are included, you can visit www.PackagedSeafoodAntitrustCFPClass.com, or call toll-free at 1-833-927-0821.

# The Claims in the Lawsuit

| 6.   What is this lawsuit about? |
| --- |

Commercial Food Preparer Plaintiffs allege that from June 2011 through December 2016, Defendants participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Packaged Tuna products at an artificially high level in violation of antitrust and unfair competition laws.

On July 30, 2019, the District Court certified the Class and selected Cuneo Gilbert & DeLuca, LLP to act as Class Counsel; however, on April 6, 2021, a three-judge panel of the Ninth Circuit Court of Appeals vacated the District Court's order and remanded the case to the District Court for further consideration. On August 3, 2021, following a vote of non-recused active judges, the Court of Appeals vacated the April 6, 2021 decision, ordering that an eleven-judge panel rehear the case. On April 8, 2022, the Ninth Circuit Court of Appeals upheld the District Court's decision to certify the Class. On August 8, 2022, StarKist filed a petition with the United States Supreme Court to appeal the Ninth Circuit's decision upholding the District Court's decision to certify the Class. On November 14, 2022, the United States Supreme Court denied StarKist's petition, allowing the District Court's order certifying the Class to stand. The Court has indicated that it intends to set dates for the trial in the near future.

On November 10, 2021, the Court issued an order granting in part and denying in part plaintiffs' motion for summary judgment.

The CFPs agreed to settle with COSI. On January 26, 2022, the Court preliminarily approved the COSI Settlement, and notice was disseminated. On August 22, 2022, the Court granted final approval of the COSI Settlement and certified the Settlement Class. Payments for the COSI Settlement will be distributed after the trial or settlement with Non-Settling Defendants.

| 7.   How do Defendants respond? |
| --- |

Defendants deny the CFPs' allegations and have asserted defenses to the CFPs' claims. As noted above, StarKist filed a petition in the United States Supreme Court to appeal the Class Order on August 8, 2022; however, that petition was denied. The Court has indicated that it intends to set dates for the trial in the near future.

COSI settled with the CFPs to avoid litigation risks, costs, and inconvenience. Payments for the COSI Settlement will be distributed *after* the trial or settlement with the Non-Settling Defendants.

| 8.   Has the Court decided who is right? |
| --- |

The Court has not decided whether the CFPs or Defendants are correct as to the extent of Defendants' conduct, or the impact of that conduct, if any, on the CFPs. By establishing the Class and issuing this Notice, the Court

is not suggesting that the CFPs will win or lose this case.  The CFPs must prove their claims at trial.

### 9.   What are the CFPs asking for?

The CFPs are asking that the Non-Settling Defendants provide monetary damages to Class Members. Plaintiffs will also seek attorneys' fees and costs incurred in connection with the prosecution of this action.

As part of the COSI Settlement, COSI agreed to pay $6.50 million to a Settlement Fund.  A portion of the Settlement Fund will be used by the claims administrator to administer notice and claims in the COSI Settlement.  Any monies remaining, after the costs of notice and claims administration as well as court-approved attorney fees, costs, and class representative incentive awards in the COSI Settlement are paid, will be distributed pro rata to valid qualifying CFP Class Members who filed a claim. Settlement Class Counsel requested, and the Court awarded, a distribution to cover litigation costs and class representative incentive awards.  The approved motion for costs and incentive awards and the Court's Order can be viewed on the Settlement website.

### 10. Is there money available now?

If you have not received a postcard indicating your qualifying purchase values found in transactional data of DOT Foods and/or US Foods, then you must file a claim in order to receive money from the COSI Settlement. No money or benefits are available at this time from Non-Settling Defendants because the Court has not yet decided on the impact of the Non-Settling Defendants' alleged wrongdoing or whether Class Members are entitled to money or other benefits.  There is no guarantee that additional money or benefits will be obtained. If they are, you will be notified about how to seek money or other benefits from the Non-Settling Defendants' lawsuit.

Money is available to Class Members who file a claim in the COSI Settlement.  COSI Settlement Class Members who timely submitted a valid, approved claim are entitled to be treated equally and receive Settlement compensation on a *pro rata* basis such that the Settlement Fund is exhausted.  The claims administrator will not distribute any money until all remaining claims against Non-Settling Defendants are resolved.  Please be patient.  If your address has changed, please inform the claims administrator to ensure any communications are sent to your current address.

## Excluding Yourself from the Litigation Class

### 11. What does it mean if I exclude myself from the Litigation Class?

If you exclude yourself from the Litigation Class—which means to remove yourself from the Litigation Class, and is sometimes called "opting out" of the Class—you will not get any future money or benefits recovered in this lawsuit or from Non-Settling Defendants, even if the CFPs obtain them as a result of the trial.  However, you may then be able to sue or continue to sue Non-Settling Defendants on your own regarding the claims in this matter.  If you exclude yourself, you will not be legally bound by the Court's judgments in this class action as it pertains to the Non-Settling Defendants.

If you start your own lawsuit against Non-Settling Defendants regarding the same claims in this matter after you exclude yourself, you will have to hire and pay your own lawyer for that lawsuit, and you will have to prove your claims.

The exclusion period for the COSI Settlement has passed.  If you did not opt out of the COSI Settlement, you will continue to be bound by the Court's approval of the Settlement and its terms even if you opt out of the Litigation Class.  If you did exclude yourself from the COSI Settlement, you still must exclude yourself again if you do not want to be included in the Litigation Class.

**12. If I don't exclude myself from the Litigation Class, can I sue Non-Settling Defendants for the same thing later?**

No.  Unless you exclude yourself from the Litigation Class, you give up the right to sue Non-Settling Defendants for the legal claims in this case.  All Court orders relating to legal claims against Defendants will apply to you and legally bind you. If you have your own pending lawsuit against any of the Defendants, speak to your lawyer in that lawsuit immediately to determine whether you must exclude yourself from the Litigation Class in order to continue your own lawsuit against Non-Settling Defendants.

**13. What am I giving up by staying in the Litigation Class?**

Unless you exclude yourself from the Litigation Class, you remain a Litigation Class Member.  By staying in the Litigation Class, all Court orders relating to legal claims against Non-Settling Defendants will apply to you and legally bind you.

**14. How do I exclude myself from the Litigation Class?**

To exclude yourself or opt out from the Litigation Class, you must complete and mail to the claims administrator a written request for exclusion.

The request to opt out of the Litigation Class must include:

- Your full name, current address, and telephone number;
- A statement saying that you want to be excluded from the **CFP CLASS** in the *In Re: Packaged Seafood Products Antitrust Litigation,* No. 15-MD-2670 DMS (MDD); and
- Your signature.

You must mail your exclusion request, postmarked by **Month x, 2023** to:

Packaged Seafood Antitrust - CFP Class – EXCLUSION REQUEST
c/o Kroll Settlement Administration
P.O. BOX 5324
New York, NY 10150-5324

 If you do not include the required information or timely submit your request for exclusion, you will remain a Litigation Class Member and you will be bound by the orders of the Court.

**15. What if I already filed an opt-out or a claim in the COSI Settlement?**

If you already opted out of the COSI Settlement, you DO need to file another opt-out in order to opt out of the Litigation Class.

# The Lawyers Representing You

**16. Do I have a lawyer in this case?**

Yes. The Court has appointed the law firm of Cuneo Gilbert & LaDuca, LLP as Class Counsel on behalf of the Commercial Food Preparer Plaintiffs and Class Members.  Contact information for Class Counsel is below:

7

Questions? Visit www.PackagedSeafoodAntitrustCFPClass.com
or call toll-free at 1-833-927-0821

Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Avenue, NW - Suite 200
Washington, DC 20016

Attn:  Blaine Finley

If you wish to remain a Litigation Class Member, you do not need to hire your own lawyer because Class Counsel is working on your behalf. If you wish to pursue your own case separate from this one, or if you exclude yourself from the Litigation Class, Class Counsel will no longer represent you.  You may need to hire your own lawyer if you wish to pursue your own lawsuit against any of the Defendants.

## 17. How will the lawyers be paid?

You will not have to pay any fees or costs out-of-pocket.  Class Counsel reserve the right to seek an award of additional litigation costs and attorney fees, subject to Court approval, from any funds recovered from the Non-Settling Defendants through settlement, trial, or judgment.  Class Counsel further reserves the right to base, in part, any such request on the benefit obtained in the COSI Settlement.

# The Trial

## 18. How and when will the Court decide who is right?

Class Counsel will have to prove the CFPs' allegations at a trial.  No trial date has been set at this time.  At the trial, a jury and the Judge will hear all of the evidence to help them reach a decision about whether the CFPs or Non-Settling Defendants are right.  There is no guarantee the CFPs will win or that they will get any money for all or some members of the Litigation Class.

## 19. Do I have to come to the trial?

No.  You do not need to attend the trial.  Class Counsel will present the case for the CFPs, and lawyers for the Non-Settling Defendants will present on their behalf.  However, you or your own lawyer are welcome to come at your own expense.

## 20. Will I get money after the trial?

If you did not exclude yourself from the Litigation Class and if the CFPs obtain money or benefits as a result of the lawsuit, you will be notified about how to collect any money or benefits that are owed to you.  In addition, if you filed a valid and timely claim in the COSI Settlement, your payment will be distributed *after* the trial is resolved.  We do not know how long this will take, so please be patient.

# If You Do Nothing

## 21. What happens if I do nothing at all?

You do not have to do anything now if you want to remain in the Litigation Class.  If you want to get money or benefits from the COSI Settlement or lawsuit with the Non-Settling Defendants, you MUST file a claim by MONTH DATE, YEAR, unless you have already received a postcard indicating your qualifying purchase values found in transactional data of DOT Foods and/or US Foods.  If you stay in the Litigation Class and the CFPs win, you will be notified.  Keep in mind that if you do nothing, regardless of whether the CFPs win or lose the trial, you will not be able to sue or continue to sue Defendants as part of any other lawsuit about the same legal claims that are the subject of this lawsuit.  You will also be legally bound by the Orders the Court issues and judgments the Court makes in this class action.

# Getting More Information

| **22. How do I get more information about the case?** |
|---|

This notice summarizes the case. Visit www.PackagedSeafoodAntitrustCFPClass.com for more detailed information. You can also contact the claims administrator:

Packaged Seafood Antitrust - CFP Class
c/o Kroll Settlement Administration
**P.O. Box 5324, New York, NY 10150-5324**
or
1-833-927-0821

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**
