# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15md2670 DMS(MDD)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The Court is in receipt of Plaintiffs' objection to Magistrate Judge Dembin's January 26, 2023 Order denying Plaintiffs' ex parte application to take limited depositions. Defendants shall file a consolidated response to Plaintiffs' objection on or before February 24, 2023. Unless the Court orders otherwise, no reply briefs will be accepted.

**IT IS SO ORDERED**.

Dated: February 10, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court