UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15md2670 DMS(MDD)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

     The Court is in receipt of Defendant Christopher Lischewski's request for production of private label purchase data under Rules 26 and 34. The Court construes this request as an objection to Magistrate Judge Dembin's January 31, 2023 Order denying Lischewski's motion for reconsideration. Plaintiffs shall file a consolidated response to Lischewski's objection on or before March 3, 2023. Unless the Court orders otherwise, no reply briefs will be accepted.

     **IT IS SO ORDERED**.

Dated: February 17, 2023

_____

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28