# EXHIBIT A

 **KENNY NACHWALTER**


Received
APR 06 2022
by JNDLA

FOUR SEASONS TOWER
1441 BRICKELL AVENUE
SUITE 1100
MIAMI, FLORIDA 33131
TELEPHONE: 305.373.1000
FACSIMILE: 305.372.1861
WWW.KNPA.COM

Direct Dial: (305) 381-7472
E-mail: wblechman@knpa.com

March 31, 2022

### *Via Certified Mail - R/R/R*

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
Post Office Box 91241
Seattle, Washington 98111

> Re: *In Re: Packaged Seafood Products Antitrust Litigation*
> No. 3:15-md-02670-JLS-MDD (S.D. Ca)

Dear Sir or Madam:

We represent The Kroger Co. ("Kroger), Albertsons Companies, Inc. ("Albertsons"), Hy-Vee Inc. ("Hy-Vee"), H.E. Butt Grocery Company ("HEB"), Ahold U.S.A., Inc. ("Ahold"), Delhaize America, LLC ("Delhaize") (collectively the "Opt-Out Entities"), in the above-referenced matter. We hereby request that each of these companies, and their respective current and former predecessors, successors, subsidiaries, affiliates which each controls (if any), partnerships in which each has a majority interest (if any), trade names, banners and divisions under which each does business, and assignors (if any) including all their subsidiaries and affiliates listed on Exhibits 1-5, be excluded from the proposed Direct Purchaser Settlement Class in the *In Re Packaged Seafood Products Antitrust Litigation* (the "Litigation").

The Opt-Out Entities have previously filed separate, individual actions against the packaged seafood manufacturers which further evidences their intention to be excluded from the referenced Settlement Class.

We do not know how the Opt-Out Entities are identified in the information sources being used by the Claims Administrator to identify firms in the referenced Settlement Class. As such, we reserve the right to supplement the information in the Exhibits accompanying this letter, although we believe the "catch-all" language in this letter suitably and appropriately identifies all of the Opt-Out Entities and otherwise conforms to the request for information in the Notice. The Exhibits to this letter may be over-inclusive of corporate names in the interest of ensuring that a given Opt-Out Entity has excluded from the Chicken of the Sea/Thai Union Settlement Class all of its "family" of companies which might otherwise be a part of the Settlement Class.

Please accept this letter as our notice of exclusion from the referenced Settlement Class pursuant to Rule 23 of the Federal Rules of Civil Procedure. Please remove the foregoing Opt-

TEXAS OFFICE:
2630 EXPOSITION BLVD., SUITE 203A
AUSTIN, TEXAS 78703
TELEPHONE: 512.480.8023
FACSIMILE: 512.480.8037

WASHINGTON SATELLITE OFFICE:
1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE: 202.756.4373
FACSIMILE: 202.756.7323

Out Entities from any settlement class list that you have compiled or that you compile in the future regarding the Chicken of the Sea/Thai Union Settlement Class (as well as any litigation class that may be certified in the Litigation).

If you have any questions about this exclusion notice, please call us at the telephone number in the letterhead.

Thank you for your assistance.

Very truly yours,

William J. Blechman
*Counsel for the Opt-Out Entities*

WJB:mb

cc:    Bonny Sweeney, Esquire
       John Roberti, Esquire
       Christopher Yates, Esquire
       Adam Paris, Esquire

       (with enclosures)

Enclosures

644820.2



Received
APR 06 2022
by JNDLA

**EXHIBIT 1**

*In re Packaged Seafood Antitrust Litigation*

<u>**Request to be Excluded from Chicken**</u>
<u>**of the Sea/Thai Union Settlement Class**</u>

## <u>THE KROGER CO.</u>

| | |
|---|---|
| Kroger | Harris Teeter, Inc. |
| The Kroger Co. | Harris Teeter, LLC |
| Kroger Limited Partnership I | Healthy Options, Inc. |
| KRGP Inc. | Jay C Food Stores |
| Kroger Texas L.P. | Junior Food Stores of West Florida, Inc. |
| The Kroger Co. of Michigan | Kessel |
| Baker's | Kessel Food Markets, Inc. |
| City Market | King Soopers |
| Copps Food Center | Mariano's Fresh Market |
| Dillon | Metro Market |
| Dillon Companies, Inc. | Owen's |
| FMJ, Inc. | Pick 'n Save |
| Food 4 Less | Pay Less Super Markets |
| Food 4 Less Holdings, Inc. | QFC |
| Fred Meyer | Ralphs |
| Fred Meyer, Inc. | Ralphs Grocery Company |
| Fred Meyer Jewelers, Inc. | Roundy's Inc. |
| Fred Meyer Stores, Inc. | Ruler Foods |
| Fry's | Smith's |
| Gerbes | Smith's Food & Drug Centers, Inc. |
| Harris Teeter | |

# EXHIBIT 2

Received

APR 06 2022

by JNDLA

*In re Packaged Seafood Antitrust Litigation*

**Request to be Excluded from Chicken
of the Sea/Thai Union Settlement Class**

## ALBERTSONS COMPANIES, INC.

Albertsons

Albertson's, Inc.

Albertsons LLC

Albertsons Companies LLC

Albertsons Companies, Inc.

Acme Markets, Inc.

American Stores Company

American Drug Stores Company

Jewel Foods

Jewel Foods, Inc.

Jewel Food Stores

Lucerne Foods, Inc.

New Albertson's Inc.

Shaw's Supermarkets, Inc.

Star Market

Safeway

Safeway Inc.

Safeway Food & Drug

Carr-Gottstein Foods Co.

Dominick's

Dominick's Finer Foods, LLC

Extreme Value

Extreme Value Centers

Genuardi'

Genuardi's Family Markets LP

Jerseymaid Milk Products

Pak 'N Save Foods

Pavilions

Pavilions Place

Randall's

Randall's Food & Drugs LP

Simon David

The Vons Companies, Inc.

Tom Thumb Food & Drugs

United Supermarkets, LLC

Vons

Vons Grocery Company

Received
APR 06 2022
by JNDLA

**EXHIBIT 3**

*In re Packaged Seafood Antitrust Litigation*

**Request to be Excluded from Chicken
of the Sea/Thai Union Settlement Class**

**HY-VEE, INC.**

Hy-Vee

Hy-Vee, Inc.

Perishable Distributors of Iowa, Ltd.

Packaged seafood purchases by Topco Associates LLC or Topco Associates, Inc. (collectively "Topco"), and any of their predecessors or affiliates whom either controls, that Topco purchased from one or more Defendants and their co-conspirators and ever sold to Hy-Vee.

Received
APR 06 2022
by JNDLA

## EXHIBIT 4

*In re Packaged Seafood Antitrust Litigation*

**Request to be Excluded from Chicken
of the Sea/Thai Union Settlement Class**

### H.E. BUTT GROCERY COMPANY

H-E-B

H.E. Butt Grocery Company

H.E. Butt Grocery Company L.P.

Central Market

Received
APR 0 6 2022
by JNDLA

**EXHIBIT 5**

*In re Packaged Seafood Antitrust Litigation*

**Request to be Excluded from Chicken
of the Sea/Thai Union Settlement Class**

## AHOLD U.S.A., INC. & DELHAIZE AMERICA LLC

Ahold

Delhaize

Ahold Delhaize

Ahold Delhaize America Holding, Inc.

Ahold Delhaize USA, Inc.

Ahold USA, Inc.

Bottom Dollar Food Northeast, LLC

Delhaize America, LLC

Delhaize America Distribution, LLC

Food Lion, LLC

Giant Brands, LLC

Giant Food, LLC

Giant Food Stores, LLC

Retail Business Services, LLC

Retained Subsidiary One, LLC

FreshDirect LLC

Giant of Maryland, LLC

Giant Martin's

Hannaford Brothers Co.

Hannaford Supermarkets

Peapod, LLC

Stop & Shop Supermarket Co. LLC

Packaged seafood purchases by C&S Wholesalers Inc. ("C&S"), and any of its predecessors or affiliates whom it controls, that C&S purchased from one or more Defendants and their co-conspirators and ever sold to Ahold or Delhaize.



NEOPOST
03/11/2022
US POSTAGE $008.16⁰

FIRST CLASS MAIL

ZIP 33131
041M11294511

## First Class Mail

7016 0910 0000 5585 4762

**KN KENNY NACHWALTER**

FOUR SEASONS TOWER · 1441 BRICKELL AVENUE, SUITE 1100 · MIAMI, FLORIDA 33131

TO:

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
Post Office Box 91241
Seattle, Washington 98111

APR 06 2022

# ⫽⫽⫽. **STUEVE SIEGEL HANSON**

March 29, 2022

**Via U.S. Mail**
Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, Washington 98111

> Received
> APR 06 2022
> by JNDLA

> **Re:** **Opt-Out for Associated Wholesale Grocers, Inc. and related companies and subsidiaries from the Direct Purchasers Chicken of the Sea / Thai Union Group Settlement in the *In re Packaged Seafood Antitrust Litigation*, Case No. 15-md-02670-DMS-MDD.**

Dear Claims Administrator:

We represent Associated Wholesale Grocers, Inc. and its subsidiaries and related companies. We, hereby request that we be excluded from the Proposed Settlement Direct Purchaser Class in the *In re Packaged Seafood Products Antitrust Litigation*.

**Entities:**
Associated Wholesale Grocers, Inc. (AWG), 5000 Kansas Avenue, Kansas City, KS 66106.

Value Merchandisers Company, 5000 Kansas Avenue, Kansas City, KS 66106, AWG's wholly owned subsidiary.

If you have any questions or require any additional information, please let me know.

Respectfully,

Stephen N. Six

cc: PackagedTuna@Hausfeld.com
stein@hausfeld.com
JRoberti@CohenGresser.com

Steve N. Six | (816) 714-7190 | six@stuevesiegel.com

(816) 714-7100 | stuevesiegel.com | 460 Nichols Road. Suite 200 | Kansas City, MO 64112

STUEVE SIEGEL HANSON
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

KANSAS CITY 640
29 MAR 2022PM 6 L

APR 0 6 20

APR 0 6 2022

Via U.S. Mail
Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, Washington 98111



quadient
FIRST-CLASS MAIL
IMI
$000.53
03/29/2022 ZIP 64112
043M30227239

US POSTAGE



Direct Dial: (305) 381-7472
E-mail: wblechman@knpa.com

Received
APR 06 2022
by JNDLA

FOUR SEASONS TOWER
1441 BRICKELL AVENUE
SUITE 1100
MIAMI, FLORIDA 33131
TELEPHONE: 305.373.1000
FACSIMILE: 305.372.1861
WWW.KNPA.COM

March 31, 2022

### *Via Certified Mail - R/R/R*

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
Post Office Box 91241
Seattle, Washington  98111

      Re:     *In Re: Packaged Seafood Products Antitrust Litigation*
              No. 3:15-md-02670-JLS-MDD (S.D. Ca)

Dear Sir or Madam:

We represent The Great Atlantic & Pacific Tea Company ("A&P"), Dot Foods, Inc. ("Dot Foods"), Walgreen Company ("Walgreens") and C&S Wholesale Grocers, Inc. ("C&S"), (collectively the "Opt-Out Entities"), in the above-referenced matter.  We hereby request that each of these companies, and their respective current and former predecessors, successors, subsidiaries, affiliates which each controls (if any), partnerships in which each has a majority interest (if any), trade names, banners and divisions under which each does business, and assignors (if any) including all their subsidiaries and affiliates listed on Exhibits 1-4, be excluded from the proposed Direct Purchaser Settlement Class in the *In Re Packaged Seafood Products Antitrust Litigation* (the "Litigation").

The Opt-Out Entities have previously filed separate, individual actions against the packaged seafood manufacturers which further evidences their intention to be excluded from the referenced Settlement Class.

We do not know how the Opt-Out Entities are identified in the information sources being used by the Claims Administrator to identify firms in the referenced Settlement Class.  As such, we reserve the right to supplement the information in the Exhibits accompanying this letter, although we believe the "catch-all" language in this letter suitably and appropriately identifies all of the Opt-Out Entities and otherwise conforms to the request for information in the Notice. The Exhibits to this letter may be over-inclusive of corporate names in the interest of ensuring that a given Opt-Out Entity has excluded from the Chicken of the Sea/Thai Union Settlement Class all of its "family" of companies which might otherwise be a part of the Settlement Class.

Please accept this letter as our notice of exclusion from the referenced Settlement Class pursuant to Rule 23 of the Federal Rules of Civil Procedure.  Please remove the foregoing Opt-

---

**TEXAS OFFICE:**
2630 EXPOSITION BLVD., SUITE 203A
AUSTIN, TEXAS 78703
TELEPHONE: 512.480.8023
FACSIMILE: 512.480.8037

**WASHINGTON SATELLITE OFFICE:**
1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE: 202.756.4573
FACSIMILE: 202.756.7323

**Tuna Direct Purchaser Case — EXCLUSIONS**
**Page 2**

March 31, 2022

Out Entities from any settlement class list that you have compiled or that you compile in the future regarding the Chicken of the Sea/Thai Union Settlement Class.

     If you have any questions about this exclusion notice, please call us at the telephone number in the letterhead.

     Thank you for your assistance.

Very truly yours,

William J. Blechman
*Counsel for the Opt-Out Entities*

WJB:mb

cc:    Bonny Sweeney, Esquire
       John Roberti, Esquire
       Christopher Yates, Esquire
       Adam Paris, Esquire

       (with enclosures)

Enclosures

644879.2





**EXHIBIT 1**

*In re Packaged Seafood Antitrust Litigation*

**Request to be Excluded from Chicken of the Sea/Thai Union Settlement Class**

### THE GREAT ATLANTIC & PACIFIC TEA COMPANY (A&P)

A & P

The Great Atlantic & Pacific Tea Company, Inc.

Farmer Jack

Food Basics

Pathmark

Pathmark Stores, Inc.

Sav-A-Center

Super Fresh

The Food Emporium

Waldbaum's

Packaged seafood purchases by C&S Wholesalers Inc. ("C&S"), and any of its predecessors or affiliates whom it controls, that C&S purchased from one or more Defendants and their co-conspirators and ever sold to A&P.

**EXHIBIT 2**

Received

APR 0 6 2022

by JNDLA

*In re Packaged Seafood Antitrust Litigation*

**Request to be Excluded from Chicken of the Sea/Thai Union Settlement Class**

## DOT FOODS, INC.

Dot Foods

Dot Foods, Inc.

ShopHero Inc.,

Marketwest Food Group Limited Partnership,

Grabber Construction Products, Inc.

Received

APR 06 2022

by JNDLA

## EXHIBIT 3

*In re Packaged Seafood Antitrust Litigation*

## Request to be Excluded from Chicken of the Sea/Thai Union Settlement Class

### WALGREEN COMPANY

Walgreen

Walgreens

Walgreen Co.

Duane Reade

Duane Reade, Inc.

Received

APR 06 2022

by JNDLA

**EXHIBIT 4**

*In re Packaged Seafood Antitrust Litigation*

**Request to be Excluded from Chicken
of the Sea/Thai Union Settlement Class**

**C&S WHOLESALE GROCERS, INC.**

C&S

C&S Wholesale Grocers, Inc.

Grocers Supply Co., Inc.

Piggly Wiggly Carolina Co.

**Entities that are not subject to this opt out notice are as follows:**

- **Piggly Wiggly Alabama Distributing Co.**
- **Olean Wholesale Grocery Cooperative, Inc.**

**Additionally, any purchases by C&S that were resold to BI-LO, LLC dba Southeastern
Grocers, Ahold, Delhaize, The Great Atlantic & Pacific Tea Company, Inc., or
Allegiance Retail Services, LLC have been assigned to those companies and those
claims are not controlled by C&S.**



NEOPOST
03/01/2022
US POSTAGE $008.16⁹
ZIP 33131
041M11294541

First Class Mail

CERTIFIED MAIL

7011 0710 0000 5565 4779

**KN** KENNY
NACHWALTER

FOUR SEASONS TOWER, 1441 BRICKELL AVENUE, SUITE 1100, MIAMI, FLORIDA 33131

TO:

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
Post Office Box 91241
Seattle, Washington 98111

APR 0 8 2022

 **Seyfarth**

Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
T (617) 946-4800
F (617) 946-4801

bbigelow@seyfarth.com
T (617) 946-4929

www.seyfarth.com

Received
APR 15 2022
by JNDLA

April 12, 2022

**VIA EXPRESS MAIL**

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

**Re:** *In re Packaged Seafood Products Antitrust Litigation*

Dear Settlement Administrator,

I represent ALDI Inc., 1200 N Kirk Rd., Batavia, IL 60510. My client hereby requests that it be excluded from the Proposed Settlement Direct Purchaser Class in the In re Packaged Seafood Products Antitrust Litigation.

Please direct any questions to me.

Sincerely,

Brandon L. Bigelow
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210



# HAYNSWORTH
# SINKLER BOYD



Received
APR 18 2022
by JNDLA

HAYNSWORTH SINKLER BOYD, P.A.
1201 MAIN STREET, 22ND FLOOR
P.O. BOX 11889 (29211)
COLUMBIA, SOUTH CAROLINA 29201
MAIN  803.779.3080
FAX  803.765.1243
www.hsblawfirm.com

**ELIZABETH H. BLACK**
DIRECT 803.540.7753
eblack@hsblawfirm.com

April 13, 2022

**Via First Class Mail**

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

Re:   *In re Packaged Seafood Antitrust Litigation*, Case No. 3:15-md-02670
      Proposed Direct Purchaser Settlement

Dear Settlement Administrator,

This Firm represents the entities identified below.  Each of the entities identified below hereby requests that it be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re Packaged Seafood Products Antitrust Litigation*, and have authorized the undersigned, as their attorneys, to sign this exclusion request on their behalf.

| Entity<br>[Subsidiaries/Affiliates Identified in Brackets] | Business Address |
|---|---|
| W. Lee Flowers & Co., Inc. [Floco Foods, Inc., KJ Pharmacy, Inc. (d/b/a KJ PHARMACY – LAKE CITY and KJ PHARMACY – CLAUSSEN), TB Foods, Inc., F&T Foods, Inc. (d/b/a Kingstree IGA), Sumter Foods, Inc. (d/b/a Sumter IGA – Pinewood and Sumter IGA – Wesmark) and Bowman Foods, Inc. (d/b/a Bowman IGA and Barnwell IGA)] | 127 E. W. Lee Flowers Road, Scranton, SC 29591 |
| KJ 2019 Holdings, LLC | PO Box 4006<br>Florence, SC 29502 |

HSB 7197362 v.1

**HAYNSWORTH
SINKLER BOYD**

Tuna Direct Purchaser Case - EXCLUSIONS
April 13, 2022
Page 2

Please direct any questions to us.

Sincerely yours,

Elizabeth H. Black

HAYNSWORTH
SINKLER BOYD

P.O. BOX 11889
COLUMBIA, SOUTH CAROLINA 29211-1889

APR 18 2022

COLUMBIA SC 290

13 APR 2022 PM 2



US POSTAGE PITNEY BOWES

ZIP 29201
02 4W
0000355817 APR 13 2022

$ 000.53°

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

# Valle Makoff LLP

11777 San Vicente Blvd., Suite 890, Los Angeles, CA 90049
Telephone (310) 476-0300  Facsimile (310) 476-0333
www.vallemakoff.com

jvalle@vallemakoff.com

Received
APR 18 2022
by JNDLA

April 12, 2022

**VIA U.S. MAIL**

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

Dear Settlement Administrator,

We represent Trader Joe's, 800 S. Shamrock Ave, Monrovia, CA 91016.  Our client hereby requests that it be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re Packaged Seafood Products Antitrust Litigation.*

Please direct any questions to us.

Sincerely,

Jennifer Laser
Valle Makoff LLP
11777 San Vicente Blvd,
Suite 890
Los Angeles, CA 90049
jlaser@vallemakoff.com

Valle Makoff LLP

11777 San Vicente Blvd., Suite 890, Los Angeles, CA 90049

APR 1 8 2022

LOS ANGELES CA 900

13 APR 2022 PM 8 L

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

98111-934141



$0.53 0
US POSTAGE
FIRST-CLASS
062S00056461$
FROM 90049

B32591.05

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

Received
APR 25 2022
by JNDLA

April 12, 2022

Dear Settlement Administrator,

We represent Wegmans Food Markets, Inc., 1500 Brooks Avenue, P.O. Box 30844, Rochester, NY 14603-0844.  Our client hereby requests that it be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re Packaged Seafood Products Antitrust Litigation*.

Please direct any questions to us.

Sincerely,

Linda P. Nussbaum
Nussbaum Law Group, P.C
1211 Avenue of the Americas,40th Floor,
New York,
NY 10036
lnussbaum@nussbaumpc.com

Stephen R. Van Arsdale, Esq.
Senior Vice President, General Counsel & Secretary
Wegmans Food Markets, Inc.
1500 Brooks Avenue,
P.O. Box 30844,
Rochester, NY 14603-0844
steve.vanarsdale@wegmans.com

Nussbaum Law Group, PC
1211 6th Ave, 40th Floor
New York, NY 10036

APR 2 5 2022

98111-934141

Tuna Direct Purchaser Case- EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

NEW YORK NY 100

20 APR 2022 PM 11 L



B51977.21
$0.530
US POSTAGE
FIRST-CLASS
062S0009180088
10036
stamps

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

Received
APR 2 5 2022
by JNDLA

April 12, 2022

Dear Settlement Administrator,

We represent Krasdale Foods, 65 West Red Oak Lane, White Plains, NY 10604.  Our client hereby requests that it be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re Packaged Seafood Products Antitrust Litigation.*

Please direct any questions to us.

Sincerely,

Linda P. Nussbaum
Nussbaum Law Group, P.C
1211 Avenue of the Americas,40th Floor,
New York,
NY 10036
lnussbaum@nussbaumpc.com

Howard Jacobs, Esq.
Vice President and Chief Legal Officer
Krasdale Foods
65 West Red Oak Lane
White Plains, NY 10604
HowardJ@krasdalefoods.com

...sbrun Law Group, PC
111 6th Ave, 40th Floor
New York, NY 10036

APR 2 5 2022

NEW YORK NY 100
20 APR 2022 PM 13 L

98111-934141

Tuna Direct Purchaser Case- EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111



B51977.11

$0.530
US POSTAGE
FIRST-CLASS
062S0009180088
10036

MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

Received

APR 28 2022

by JNDLA

April 25, 2022

Writer's Direct Contact
(415) 512-4060
(415) 512-6960 FAX
Nicholas.Fram@mto.com

**Via U.S. Mail**

Tuna Direct Purchaser Case - EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

      Re:    Exclusion of Costco from COSI/TUG Direct Purchaser Settlement Class

Dear Settlement Administrator:

      We represent Costco Wholesale ("Costco"), 999 Lake Dr., Issaquah, WA 98027. Costco hereby requests that it be excluded from the **Proposed Direct Purchaser Settlement Class** for the settlement with Chicken of the Sea International ("COSI") and Thai Union Group PLC ("TUG") preliminarily certified on January 26, 2022 at docket number 2733 in the *In re Packaged Seafood Products Antitrust Litigation*, Case No. 15-md-2670 ("Action") only. For the avoidance of doubt, this notice does not apply to any other class or putative class or as to any other defendant in the Action.

      Please direct any questions to us.

          Sincerely,

          Nicholas D. Fram

CC (via email):

      John Roberti (JRoberti@CohenGresser.com)
      Kyle Mach (kyle.mach@mto.com)

MUNGER, TOLLES & OLSON

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2

APR 2 8 2022

CERTIFIED MAIL

7016 0750 0000 5081 4129

SAN FRANCISCO CA 940
26 APR 2022 PM 6 L

FIRST-CLASS

US POSTAGE AND PITNEY BOWES

ZIP 94105
02 7H
000605319 3

$ 004.28⁰

APR 25 2022

Tuna Direct Purchaser Case - EXCLUSIONS
C/O JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

98111-9384141

TWN
3

Received
APR 28 2022
by JNDLA

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

April 26, 2022

Dear Settlement Administrator,

International Sales & Marketing, Inc. hereby requests that it be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re Packaged Seafood Products Antitrust Litigation*.  Please note that our request to be excluded applies only to International Sales & Marketing, Inc., and not to any other entity, including A. Sebra Foods, El Condor, Del Maximo, Family Foods, or Montalvan's.

Sincerely,



Anthony Montoya
International Sales and Marketing, Inc.
TonyM@intlsm.com
858-699-3286

**INTERNATIONAL**
SALES & MARKETING, INC.

Please note that our request to be excluded applies only to International Sales & Marketing, Inc., and not to any other entity.

     Unique ID: DXHMFT7UEY
     Access Code: 1260
     INTERNAT'L SALES & MKTG

## Other Entities

Unique ID: D9KCANP3XR
Access Code: 9384
DEL MAXIMO

Unique ID: DLESHF9AG5
Access Code: 7455
EL CONDOR

Unique ID: DUXQ4JCM8D
Access Code: 0786
MONTALVANS SALES

Unique ID: DGBSN9X5EC
Access Code: 4568
FAMILY FOOD DISTRIBUTORS

Unique ID: DYWBK3MCSP
Access Code: 5218
A SEABRA FOODS

**PRIORITY MAIL FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

APR 28 2022

U.S. POSTAGE PAID
PM 2-Day
LAS VEGAS, NV
891
APR 26, 22
AMOUNT
**$8.95**
R2305M144980-28

1006                    98111

UNITED STATES POSTAL SERVICE

ISM, Inc.
8734 Abbey Ridge Ave.
Las Vegas, NV 89149

EXPECTED DELIVERY DAY: 04/29/22

USPS TRACKING® #

9505 5100 4843 2116 3229 24

For international shipments, the maximum weight is 4 lbs.

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

EP14H August 2020 Outer Dimension: 10 × 5



Received
MAY 0 2 2022
by JNDLA



Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

April 28, 2022

**Re:**   ***In re: Packaged Seafood Products Antitrust Litigation,***
**No. 15-MD-2670 DMS (MDD), MDL No. 2670**

Dear Claims Administrator:

This letter serves as request by U.S. Foods Holding Corporation and US Foods, Inc. to opt out and be excluded from the Proposed Settlement Direct Purchaser Class in the *In re: Packaged Seafood Products Antitrust Litigation.*

Sincerely,

Andrew Johnstone
Associate General Counsel – Litigation, Employment & Risk Management
9399 West Higgins Road, Suite 100
Rosemont, Illinois 60018
andrew.johnstone@usfoods.com



SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880

32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330

RYAN CAUGHEY
DIRECT DIAL (713) 653-7823

E-MAIL RCAUGHEY@SUSMANGODFREY.COM

Received
MAY 02 2022
by JNDLA

April 27, 2022

VIA EMAIL AND CERTIFIED MAIL

Tuna Direct Purchaser Case—EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

Re:    *In re Packaged Seafood Products Antitrust Litigation*: Request for
       Exclusion from Chicken of the Sea Settlement

To Whom it May Concern:

Walmart and all its subsidiaries and related companies including but not limited to
Walmart Inc., Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Wal-Mart
Stores Arkansas, LLC; Wal-Mart Stores East LP; Sam's West, Inc.; and Sam's
East, Inc. (collectively, "Walmart") hereby exclude themselves from Direct
Purchaser Plaintiffs' putative class settlement with Tri-Union Seafoods LLC d/b/a
Chicken of the Sea and Thai Union Group PCL (collectively, "Chicken of the Sea").

As directed by the class notice, this letter serves as a written request to the
Settlement Administrator stating Walmart's intent to exclude itself from the
Chicken of the Sea settlement.

This Exclusion Request includes the following information:

  (a)  your name, including the name of your business which purchased Pork
       products, and address:

       Walmart and all its subsidiaries and related companies (as defined above)
       including but not limited to Walmart Inc., Wal-Mart Stores Texas, LLC;
       Wal-Mart Louisiana, LLC; Wal-Mart Stores Arkansas, LLC; Wal-Mart
       Stores East LP; Sam's West, Inc.; and Sam's East, Inc. Walmart can be
       contacted at the following address:

April 27, 2022
Page 2

        Walmart Inc.
        c/o Ross Higman
        Lead Counsel
        Legal Department
        702 S.W. 8th St., Mail Stop 0215
        Bentonville, Arkansas 72716-0215

    (b)   A statement that you want to be excluded from the Settlement with Chicken of the Sea in *In re Packaged Seafood Products Antitrust Litigation*:

          Walmart hereby requests that it be excluded from the Proposed Settlement Direct Purchaser Class in the *In re Packaged Seafood Products Antitrust Litigation*.

Sincerely,

Ryan Caughey
Attorney

  cc:   Neal Manne [Firm]
        Shawn Rabin [Firm]

US POSTAGE PITNEY BOWES

ZIP 77002 $ 007.33
02 4W
0000378354 APR 27 2022

NORTH HOUSTON TX 773

07 APR 2022 PM 8

9414 7266 9904 2157 2498 01

RETURN RECEIPT REQUESTED

Tuna Direct Purchaser Case—EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

98111-934141

SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096

MAY 0 2 2022

C    FOLD AND T

Thank you for using Return Receipt Service

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

Thank you for using Return Receipt Service



Received

APR 29 2022

by JNDLA

David P. Germaine
dgermaine@sperling-law.com
DL +1 312 224 1505

April 26, 2022

**VIA CERTIFIED MAIL**

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

Re:   <em>In re: Packaged Seafood Products Antitrust Litigation</em> (MDL No. 2670)<br>      <strong>Exclusion Request from Proposed Settlement Direct Purchaser Class</strong>

To Whom it May Concern:

Our firm represents Super Store Industries ("SSI") located at 16888 McKinley Ave., Lathrop, CA 95330. This letter shall serve as SSI's request that SSI and its affiliates, as direct purchasers of Packaged Tuna Products, be excluded from the Proposed Settlement Direct Purchaser Class in the *In re: Packaged Seafood Products Antitrust Litigation*, as described in the Settlement Administrator's notice of Proposed Settlement Direct Purchaser Class.

Accordingly, I hereby request that SSI, in its own right and as assignee of The Save Mart Companies, 1800 Standiford Ave., Modesto, CA 95350, and all their subsidiaries, affiliates and related companies, be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re: Packaged Seafood Products Antitrust Litigation.*

In your review of this matter, please do not hesitate to contact me should you have any questions.

Very truly yours,

David P. Germaine

Sperling & Slater, P.C.
55 West Monroe Street, 32nd Floor | Chicago, Illinois 60603 | 312.641.3200 | www.sperling-law.com



Sperling & Slater

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603

APR 29 2022

7020 2450 0001 4656 0374

FIRST-CLASS

$ 007.33
MAILED FROM ZIP CODE 606

Tuna Direct Purchase Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

# Sperling & Slater

Received
APR 29 2022
by JNDLA

David P. Germaine
dgermaine@sperling-law.com
DL +1 312 224 1505

April 26, 2022

**VIA CERTIFIED MAIL**

Tuna Direct Purchaser Case - EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

       Re:    *In re: Packaged Seafood Products Antitrust Litigation* (MDL No. 2670)
                **Exclusion Request from Proposed Settlement Direct Purchaser Class**

To Whom it May Concern:

       Our firm represents Meijer, Inc. and Meijer Distribution, Inc. ("Meijer") located at 2929 Walker Ave., NW, Grand Rapids, MI 49544. This letter shall serve as Meijer's request that Meijer and its affiliates, as direct purchasers of Packaged Tuna Products, be excluded from the Proposed Settlement Direct Purchaser Class in the *In re: Packaged Seafood Products Antitrust Litigation*, as described in the Settlement Administrator's notice of Proposed Settlement Direct Purchaser Class.

       Accordingly, I hereby request that Meijer and all its subsidiaries, affiliates and related companies, be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re: Packaged Seafood Products Antitrust Litigation*.

       In your review of this matter, please do not hesitate to contact me should you have any questions.

                Very truly yours,

                David P. Germaine

Sperling & Slater, P.C.
55 West Monroe Street, 32nd Floor | Chicago, Illinois 60603 | 312.641.3200 | www.sperling-law.com



Sperling &
Slater

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603

APR 2 9 2022

7020 2450 0001 4656 0343

S SUBURBAN IL 604

26 APR 2022

FIRST-CLASS

US POSTAGE
$ 007.33
0001151454
021P
APR 26 2022
MAILED FROM ZIP CODE 606

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

98111-934141

Tuna Direct Purchase Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111



**Sperling & Slater**

Received
APR 29 2022
by JNDLA

David P. Germaine
dgermaine@sperling-law.com
DL +1 312 224 1505

April 26, 2022

**VIA CERTIFIED MAIL**

Tuna Direct Purchaser Case - EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

Re:     *In re: Packaged Seafood Products Antitrust Litigation* (MDL No. 2670)
        **Exclusion Request from Proposed Settlement Direct Purchaser Class**

To Whom it May Concern:

Our firm represents Publix Super Markets, Inc. This letter shall serve as Publix's request that Publix and its affiliates, as direct purchasers of Packaged Tuna Products, be excluded from the Proposed Settlement Direct Purchaser Class in the *In re: Packaged Seafood Products Antitrust Litigation,* as described in the Settlement Administrator's notice of Proposed Settlement Direct Purchaser Class.

Accordingly, I hereby request that Publix Super Markets, Inc., 3300 Publix Corporate Parkway, Lakeland, Florida 33811, and all its subsidiaries, affiliates and related companies, including, but not limited to, Morning Song LLC and GreenWise Market, located at the same address as Publix, be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re: Packaged Seafood Products Antitrust Litigation.*

In your review of this matter, please do not hesitate to contact me should you have any questions.

Very truly yours,

David P. Germaine



Sperling &
Slater

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603

APR 29 2022

7020 2450 0001 4656 0350

CERTIFIED MAIL

FIRST-CLASS

Tuna Direct Purchase Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

98111-9341 41

US POSTAGE
$ 007.33°
02 1P
0001151454   APR 26 2022
MAILED FROM ZIP CODE 60603




Received
APR 29 2022
by JNDLA

David P. Germaine
dgermaine@sperling-law.com
DL +1 312 224 1505

April 26, 2022

**VIA CERTIFIED MAIL**

Tuna Direct Purchaser Case - EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

Re:   *In re: Packaged Seafood Products Antitrust Litigation* (MDL No. 2670)
**Exclusion Request from Proposed Settlement Direct Purchaser Class**

To Whom it May Concern:

Our firm represents Wakefern Food Corp. ("Wakefern"), located at 5000 Riverside Dr., Keasbey, NJ 08832. This letter shall serve as Wakefern's request that Wakefern and its affiliates, as direct purchasers of Packaged Tuna Products, be excluded from the Proposed Settlement Direct Purchaser Class in the *In re: Packaged Seafood Products Antitrust Litigation*, as described in the Settlement Administrator's notice of Proposed Settlement Direct Purchaser Class.

Accordingly, I hereby request that Wakefern and all of its subsidiaries, affiliates, banners, and related companies including, but not limited to, Price Rite, ShopRite, The Fresh Grocer and the Dearborn Market, be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re: Packaged Seafood Products Antitrust Litigation.*

In your review of this matter, please do not hesitate to contact me should you have any questions.

Very truly yours,

David P. Germaine



Sperling & Slater
55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603

APR 29 2022

7020 2450 0001 4656 0398

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Tuna Direct Purchase Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

98111-934141

S SUBURBAN IL 604
26 APR 2022 PM 5 L

FIRST-CLASS

US POSTAGE
$ 007.33°
MAILED FROM ZIP CODE 6060

02 1P
0001151454   APR 26 2022



Received
APR 29 2022
by JNDLA

David P. Germaine
dgermaine@sperling-law.com
DI.+1 312 224 1505

April 26, 2022

**VIA CERTIFIED MAIL**

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

Re:   *In re: Packaged Seafood Products Antitrust Litigation* (MDL No. 2670)
      **Exclusion Request from Proposed Settlement Direct Purchaser Class**

To Whom it May Concern:

Our firm represents Dollar General Corporation and Dolgencorp, LLC ("Dollar General") located at 100 Mission Ridge, Goodlettsville, TN 37072. This letter shall serve as Dollar General's request that Dollar General and its affiliates, as direct purchasers of Packaged Tuna Products, be excluded from the Proposed Settlement Direct Purchaser Class in the *In re: Packaged Seafood Products Antitrust Litigation*, as described in the Settlement Administrator's notice of Proposed Settlement Direct Purchaser Class.

Accordingly, I hereby request that Dollar General, and all its subsidiaries, affiliates and related companies, be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re: Packaged Seafood Products Antitrust Litigation.*

In your review of this matter, please do not hesitate to contact me should you have any questions.

Very truly yours,

David P. Germaine



**Sperling & Slater**

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603

APR 29 2022

7020 2450 0001 4656 0367

Tuna Direct Purchase Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

98111-994141

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®



S SUBURBAN IL 604
26 APR 2022

FIRST-CLASS



PITNEY BOWES

02 1P        $ 007.330
0001151454   APR 26 2022
MAILED FROM ZIP CODE 60603

US POSTAGE





David P. Germaine
dgermaine@sperling-law.com
DL +1 312 224 1505

April 26, 2022

**VIA CERTIFIED MAIL**

Tuna Direct Purchaser Case - EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

      Re:    *In re: Packaged Seafood Products Antitrust Litigation* (MDL No. 2670)
            **Exclusion Request from Proposed Settlement Direct Purchaser Class**

To Whom it May Concern:

      Our firm represents Moran Foods, LLC d/b/a Save-A-Lot, Ltd. ("SAL") located at 400 Northwest Plaza Drive, St. Ann, MO 63074. This letter shall serve as SAL's request that SAL and its affiliates, as direct purchasers of Packaged Tuna Products, be excluded from the Proposed Settlement Direct Purchaser Class in the *In re: Packaged Seafood Products Antitrust Litigation*, as described in the Settlement Administrator's notice of Proposed Settlement Direct Purchaser Class.

      Accordingly, I hereby request that SAL and all its subsidiaries, affiliates and related companies, be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re: Packaged Seafood Products Antitrust Litigation.*

      In your review of this matter, please do not hesitate to contact me should you have any questions.

                    Very truly yours,

                    David P. Germaine

## Sperling & Slater

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603

APR 2 9 2022

FIRST-CLASS

7020 2450 0001 4656 0336

98111-934141

Tuna Direct Purchase Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111





Received
APR 29 2022
by JNDLA

David P. Germaine
dgermaine@sperling-law.com
DL +1 312 224 1505

April 26, 2022

**VIA CERTIFIED MAIL**

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

      Re:    *In re: Packaged Seafood Products Antitrust Litigation* (MDL No. 2670)
             **Exclusion Request from Proposed Settlement Direct Purchaser Class**

To Whom it May Concern:

      Our firm represents Supervalu, Inc. ("Supervalu"), Unified Grocers, Inc. ("Unified") and Associated Grocers of Florida, Inc. ("AGF"). This letter shall serve as Supervalu's, Unified's and AGF's request that they and their affiliates, as direct purchasers of Packaged Tuna Products, be excluded from the Proposed Settlement Direct Purchaser Class in the *In re: Packaged Seafood Products Antitrust Litigation*, as described in the Settlement Administrator's notice of Proposed Settlement Direct Purchaser Class.

      Accordingly, I hereby request that 1) Supervalu, Inc., 7075 Flying Cloud Drive, Eden Prairie, MN 55344; 2) Unified Grocers, Inc., 5200 Sheila St. Commerce, CA 90040; and 3) Associated Grocers of Florida, Inc., 1141 SW 12th Avenue Pompano, FL 33069, and all their subsidiaries, affiliates, banners and related companies including, but not limited to, those identified in the attached **Exhibit A**, be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re: Packaged Seafood Products Antitrust Litigation*.

      In your review of this matter, please do not hesitate to contact me should you have any questions.

                  Very truly yours,

                  David P. Germaine

# Exhibit A

## Examples of Supervalu, Inc.'s
## Subsidiaries, Affiliates, Banners & Related Companies

| |
|---|
| Supervalu, Inc. |
| Unified Grocers, Inc. |
| Associated Grocers of Florida, Inc. |
| Acme Markets, Inc. *(until March 21, 2013)* |
| Albertson's, Inc. *(until March 21, 2013)* |
| Advantage Logistics - Southeast, Inc. |
| Advantage Logistics Southwest, Inc. |
| Advantage Logistics USA East L.L.C. |
| Advantage Logistics USA West L.L.C. |
| American Commerce Centers, Inc. |
| American Drug Stores, Inc. *(until March 21, 2013)* |
| American Drug Stores LLC *(until March 21, 2013)* |
| American Procurement and Logistics Company LLC *(until March 21, 2013)* |
| American Stores Company *(until March 21, 2013)* |
| Arden Hills 2003 LLC |
| Associated Grocers Acquisition Company |
| Billings Distribution Company, LLC |
| Billings Equipment Company, Inc. |
| Billings Operations Company, LLC |
| Bismarck Distribution Company, LLC |
| Bismarck Equipment Company, Inc. |
| Bismarck Operations Company, LLC |
| Blaine North 1996 L.L.C. |
| Bloomington 1998 L.L.C. |
| Blue Nile Advertising, Inc. |
| Bristol Farms *(until March 21, 2013)* |
| Burnsville 1998 L.L.C. |
| Butson Enterprises of Vermont, Inc. |
| Butson's Enterprises of Massachusetts, Inc. |
| Butson's Enterprises, Inc. |
| Cambridge 2006 L.L.C. |
| Centralia Holdings, LLC |
| Champaign Distribution Company, LLC |
| Champaign Equipment Company, Inc. |
| Champaign Operations Company, LLC |

| |
|---|
| Champlin 2005 L.L.C. |
| Coon Rapids 2002 L.L.C. |
| Crown Grocers, Inc. |
| Cub Foods, Inc. |
| Cub Stores, LLC |
| Eagan 2008 L.L.C. |
| Eagan 2014 L.L.C. |
| Eastern Beverages, Inc. |
| Eastern Region Management, LLC |
| Fargo Distribution Company, LLC |
| Fargo Equipment Company, Inc. |
| Fargo Operations Company, LLC |
| FF Acquisition, L.L.C. |
| Foodarama LLC |
| Forest Lake 2000 L.L.C. |
| Fridley 1998 L.L.C. |
| Grocers Capital Company |
| Hastings 2002 L.L.C. |
| Hazelwood Distribution Company, Inc. |
| Hazelwood Distribution Company Holdings, Inc. |
| Hopkins Distribution Company, LLC |
| Hopkins Equipment Company, Inc. |
| Hopkins Operations Company, LLC |
| Hombacher's, Inc. |
| International Distributors Grand Bahama Limited |
| Inver Grove Heights 2001 L.L.C. |
| Jewel Foods, Inc. *(until March 21, 2013)* |
| Jewel Food Stores *(until March 21, 2013)* |
| Keatherly, Inc. |
| Keltsch Bros., Inc. |
| Lakeville 2014 L.L.C. |
| Lithia Springs Holdings, LLC |
| Maplewood East 1996 L.L.C. |
| Market Company, Ltd. |
| Market Improvement Company |
| Monticello 1998 L.L.C. |
| NAFTA Industries Consolidated, Inc. |
| NAFTA Industries, Ltd. |

1

| | |
|---|---|
| NC&T Supermarkets, Inc. | SUPERVALU Holdings PA Equipment Company, Inc. |
| Nevada Bond Investment Corp. | SUPERVALU Holdings PA Operations Company, LLC |
| New Albertson's, Inc. *(until March 21, 2013)* | SUPERVALU Holdings, Inc. |
| Northfield 2002 L.L.C. | SUPERVALU Holdings-PA LLC |
| Oglesby Distribution Company, LLC | SUPERVALU India, Inc. |
| Oglesby Equipment Company, Inc. | SUPERVALU Licensing, LLC |
| Oglesby Operations Company, LLC | SUPERVALU Merger Sub, Inc. |
| Plymouth 1998 L.L.C. | SUPERVALU Penn Equipment Company, Inc. |
| Preferred Products, Inc. | SUPERVALU Penn Operations Company, LLC |
| Richfood, Inc. | SUPERVALU Penn, LLC |
| Savage 2002 L.L.C. | SUPERVALU Pharmacies, Inc. |
| SFW Holding Corp. | SUPERVALU Receivables Funding Corp. |
| Shakopee 1997 L.L.C. | SUPERVALU Services USA, Inc. |
| Shaws Supermarkets, Inc. *(until March 21, 2013)* | SUPERVALU Transportation, Inc. |
| Shop 'N Save East Prop, LLC | SUPERVALU TTSJ, LLC |
| Shop 'N Save East, LLC | SUPERVALU WA, L.L.C. |
| Shop 'N Save Prop, LLC | SUPERVALU Wholesale Equipment Company, Inc. |
| Shop 'N Save St. Louis, Inc. | SUPERVALU Wholesale Holdings, Inc. |
| Shop 'N Save Warehouse Foods, Inc. | SUPERVALU Wholesale Operations, Inc. |
| Shoppers Food Warehouse Corp. | SUPERVALU Wholesale, Inc. |
| Shorewood 2001 L.L.C. | SV Markets, Inc. |
| Silver Lake 1996 L.L.C. | SVU Legacy, LLC |
| Southstar LLC | TC TTSJ Aviation, Inc. |
| Stevens Point Distribution Company, LLC | TC Michigan LLC |
| Stevens Point Equipment Company, Inc. | TTSJ Aviation, Inc. |
| Stevens Point Operations Company, LLC | Ultra Foods, Inc. |
| Sunflower Markets, LLC | Unified International, Inc. |
| SuperMarket Operators of America, Inc. | Unified Natural Foods West, Inc. |
| Super Rite Foods Equipment Company, Inc. | Unified Natural Trading, LLC |
| Super Rite Foods Operations Comp., LLC | Valu Ventures 2, Inc. |
| Super Rite Foods, Inc. | W. Newell & Co. |
| SUPERVALU ASSIST, Inc. | W. Newell & Co. Equipment Company, Inc. |
| SUPERVALU Enterprise Services, Inc. | W. Newell & Co., LLC |
| SUPERVALU Enterprises, Inc. | Wetterau Insurance Co. Ltd. |
| SUPERVALU Foundation | Woodford Square Assoc. Ltd. Partnership |
| SUPERVALU Gold, LLC | WSI Satellite, Inc. |
| SUPERVALU Holdco, Inc. | |
| SUPERVALU Holdings Equip. Comp., Inc. | |
| SUPERVALU Holdings Operations Company, LLC | |

2



Sperling & Slater

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603

APR 2 9 2022

7020 2450 0001 4656 0381

S SUBURBAN IL 604
25 APR 2022

FIRST-CLASS

Tuna Direct Purchase Case – EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

98111-934141

US POSTAGE
$ 007.33⁰
PITNEY BOWES
02 1P
0001151454      APR 26 2022
MAILED FROM ZIP CODE 60603

CERTIFIED MAIL





Received
MAY 0 2 2022
by JNDLA

Direct: (612) 696-1464
Email: daniel.c.moore@target.com

April 26, 2022

**VIA U.S. MAIL**

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

April 26, 2022

Dear Settlement Administrator,

I'm writing on behalf of Target, Corporation, 1000 Nicollet Mall, TPS-3193, Minneapolis, MN 55403.  Target Corporation hereby requests that it be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re Packaged Seafood Products Antitrust Litigation*.

Please direct any questions to me or counsel below.

Sincerely,

Daniel C. Moore,
Director Counsel – Litigation
Target Corporation
1000 Nicollet Mall, TPS-3193
Minneapolis, MN 55403
Daniel.C.Moore@Target.com

Andrew Michaelson
King & Spalding LLP
1185 Avenue of the Americas 34th Floor
New York, NY  10036
amichaelson@kslaw.com

/dcm

DM #

FIRST-CLASS MAIL

MINNEAPOLIS MN 553 POST

27 APR 2022 PM 4 L

US POSTAGE $000.53⁰

04/27/2022

ZIP 55403
041M11290970

TARGET
D. Moore
1000 Nicollet Mall, TPS-3155
Minneapolis, MN 55403

MAY 0 2 2022

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

98111-934141

LC: 9003900

**COHEN & GRESSER LLP**

John Roberti
2001 Pennsylvania Avenue NW
Suite 300
Washington, DC 20006
Direct   +1 202 851 2073
Email    jroberti@cohengresser.com

Received

MAY 0 2 2022

by JNDLA

April 28, 2022

**VIA U.S. MAIL**

Tuna Direct Purchaser Case - EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

Dear Sir or Madam —

Enclosed please find documents indicating an intention to opt out among certain putative class members:

- A letter from Performance Food Group, Inc. to class counsel asking to be excluded from the class; and
- Complaint brought by Sysco in the MDL.

Please do not hesitate to contact me if you have any questions.


Sincerely,

/s/ *John Roberti*

John Roberti

cc:  Christopher Lebsock (via email)
     Samantha Stein (via email)

Enclosures

**VIA EMAIL**

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Samantha Stein
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111

mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com
stein@hausfeld.com

February 9, 2021

> Re: *In Re: Packaged Seafood Products Antitrust Litigation,*
> 3:15-md-02670-JLS-MDD (S.D. Ca).

Dear Counsel,

I represent Performance Food Group, Inc. in the above-referenced matter.  I hereby request Performance Food Group, Inc. be excluded from the proposed Direct Purchaser Settlement Class in the In Re Packaged Seafood Products Antitrust Litigation.  Please accept this letter as our notice of exclusion from the class pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Sincerely,

Roxann E. Henry
Henry.Roxann@me.com

Cc: E. Eakin




PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

www.usps.com

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

PEEL FROM THIS CORNER

UNITED STATES
POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
WASHINGTON, DC
20036
MAY 02 22
AMOUNT
$26.95
R2305K139228-8

FROM: John Roberti, Cohen & Gresser
2001 Pennsylvania Ave NW, Suite 300
Washington, DC 20006
PHONE (202) 851-2013

TO: Tuna Direct Purchaser Case Exclusions
c/o JND Legal Administration
PO Box 91241
Seattle, WA
98111

MAY 02

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.



Received
MAY 0 3 2022
by JNDLA

Ahern & Associates, P.C.
Willoughby Tower
8 South Michigan Avenue – Suite 3600
Chicago, IL 60603
www.ahernandassociatespc.com

Patrick J. Ahern
(312) 404-3760
patrick.ahern@ahernandassociatespc.com

**DESIGNATED FOR CONFIDENTIAL TREATMENT, INCLUDING UNDER OPERATIVE PROTECTIVE ORDER(S)**

April 28, 2022

**VIA CERTIFIED MAIL**

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

Re: *In re Packaged Seafood Antitrust Litigation*
**Winn-Dixie Stores, Inc., Bi-Lo Holding, LLC, and Southeastern Grocers, LLC Exclusion Request (Chicken of the Sea Settlement Class)**

Dear Claims Administrator:

We write on behalf of Winn-Dixie Stores, Inc., Bi-Lo Holding, LLC, and Southeastern Grocers, LLC (collectively, "Winn-Dixie") to let you know that they, together with all current and former parents, predecessors, successors, subsidiaries, agents, affiliates, partnerships in which it has a majority interest, acquisitions, divisions, departments and offices, however designated, including but not limited to the entities listed on the attached list (collectively "Winn-Dixie"), request exclusion from and intend to opt out of the Chicken of the Sea Direct Purchaser Settlement Class described in the Notice of Class Action Settlement in *In re Packaged Seafood Antitrust Litigation*. Since we do not know for certain how a given Defendant identifies our clients in its customer files, we reserve the right to supplement this list.

This opt-out letter is not intended for any purpose other than to effect Winn-Dixie's intention to opt out of the Chicken of the Sea Settlement and the Settlement Class.

Please remove the foregoing entities from the Chicken of the Sea Settlement Class lists that you have compiled or will compile.

If you have any questions about this exclusion notice, please call me.  Thank you for your assistance in this matter.

Sincerely,

Patrick J. Ahern

Counsel for Winn-Dixie Stores, Inc., Bi-Lo Holding LLC, and Southeastern Grocers, Inc.

**Non-Exhaustive Schedule of Winn-Dixie Stores, Inc., Bi-Lo Holding, LLC, and Southeastern Grocers, LLC Subsidiaries and Affiliates**

1. Southeastern Grocers LLC
2. Southeastern Grocers LLC (as assignee of C&S Wholesale Grocers, Inc.)
3. Winn-Dixie Stores, Inc.
4. Winn-Dixie Stores, Inc. (as assignee of C&S Wholesale Grocers, Inc.)
5. Winn-Dixie Procurement, Inc.
6. Harveys
7. Sweet Bay
8. Fresco Y Mas
9. Save-Rite
10. Bi-Lo
11. Bi-Lo Holding LLC
12. Bi-Lo Holding LLC (as assignee of C&S Wholesale Grocers, Inc.)
13. Bi-Lo LLC
14. Bi-Lo LLC (as assignee of C&S Wholesale Grocers, Inc.)
15. Superbrand
16. J.H. Harvey Co., LLC
17. Bi-Lo Holding Finance LLC
18. Bi-Lo, LLC
19. Bi-Lo, LLC (as assignee of C&S Wholesale Grocers, Inc.)
20. Samson Merger Sub, LLC
21. Winn-Dixie Logistics, Inc.
22. Winn-Dixie Corporation
23. Bruno's Supermarkets Incorporated
24. C&S Wholesale Grocers, Inc. (as assignor to Southeastern Grocers, LLC, Winn-Dixie Stores, Inc., Bi-Lo Holding LLC and Bi-Lo LLC, and all of their current and former parents, predecessors, successors, subsidiaries, agents, affiliates, partnerships in which it has a majority interest, acquisitions, divisions, departments and offices, however designated).



Ahern and Assoc. P.C
8 S. Michigan Ave
ste 3600
Chicago, IL 60604

MAY 03 2022

7017 2680 0000 0414 4789

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LETTER
OAK LAWN,IL
60453
APR 28 '22
$7.55
R2304Y123155-88

28 APR

98111

1000

Tuna Direct Purchaser Case - EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

98111-9241



Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com



Received
MAY 09 2022
by JNDLA

April 28, 2022

**Via Certified Mail & Email**
Tuna Direct Purchaser Case - EXCLUSIONS
c/o JND Legal Administration
P.O. Box 91241
Seattle, Washington 98111
info@TunaDirectPurchaserCase.com

Re:     *In re Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670, MDL
No. 2670 (S.D. Cal.): Exclusion Requests for Proposed Direct Purchaser Plaintiff
Class Settlement with Tri-Union Seafoods LLC d/b/a Chicken of the Sea and Thai
Union Group PCL

Dear Sir or Madam:

        We write on behalf of the entities identified below.  Each of the entities identified below
hereby excludes itself and any and all of its parent companies, subsidiaries, or affiliates, including
those entities identified in brackets, from the Settlement Class with respect to the proposed direct
purchaser plaintiff class settlement with Tri-Union Seafoods LLC d/b/a Chicken of the Sea and
Thai Union Group PCL in *In re Packaged Seafood Products Antitrust Litigation*, No. 15-MD-
2670, MDL No. 2670 (S.D. Cal.) and have authorized the undersigned, as their attorneys, to sign
this exclusion request on their behalf.

| Entity<br>[Parent Companies/Subsidiaries/Affiliates Identified in Brackets] | Business Address |
| --- | --- |
| 99 Cents Only Stores, LLC | 4000 Union Pacific Avenue<br>City of Commerce, CA 90023 |
| Affiliated Foods, Inc. | 1401 W. Farmers Avenue, Amarillo, TX 79118 |
| Alex Lee, Inc. and Merchants Distributors, LLC [Lowe's Food Stores, Inc.] | 120 Fourth Street SW, Hickory, NC 28602 |
| Associated Food Stores, Inc. | 1850 West 2100 South, Salt Lake City, UT 84119 |
| Associated Grocers, Inc. | 8600 Anselmo Lane, Baton Rouge, LA 70810 |
| Associated Grocers of New England, Inc. | 11 Cooperative Way, P.O. Box 6000, Pembroke, NH 03275 |



JND Legal Administration
April 28, 2022
Page 2

| Entity [Parent Companies/Subsidiaries/Affiliates Identified in Brackets] | Business Address |
|---|---|
| Bashas' Inc. [AJ's Fine Foods, Bashas' Dine, Food City, Eddie's Country Store] | 22402 S. Basha Road, Chandler, AZ 85248 |
| Big Y Foods, Inc. [Big Y Express, Fresh Acres Market, Table & Vine] | 2145 Roosevelt Ave., P.O. Box 7840, Springfield, MA 01102 |
| Brookshire Grocery Company [Super 1 Foods, Spring Market, Fresh by Brookshire's] | 1600 West Southwest Loop 323, Tyler, TX 75701 |
| Certco, Inc. | 5321 Verona Road, Fitchburg, WI 53711 |
| Fareway Stores, Inc. | 715 Eighth Street, Boone, IA 50036 |
| Giant Eagle, Inc. [and its affiliates Riser Foods, Inc. and The Tamarkin Company, as well as all divisions/trade names of those entities, including OK Grocery, American Seaway Foods, Fresh Foods Manufacturing, Butler Refrigerated Meats, ASF Meat, Cranberry Great Lakes Cold Storage, and Great Lakes Cold Storage] | 101 Kappa Dr., Pittsburgh, PA 15238 |
| The Golub Corporation [Market 32, Market Bistro, Price Chopper Supermarkets] | 461 Nott St, Schenectady, NY 12308 |
| Schnuck Markets, Inc | 11420 Lackland Road St. Louis, MO 63146 |
| URM Stores, Inc. | 7511 N. Froya St., Spokane, WA 99217 |
| Woodman's Food Market, Inc. | 2631 Liberty Lane, Janesville, WI 53545 |
| Brookshire Brothers, Inc. [David's Supermarkets, Inc.] | 1201 Ellen Trout, Lufkin, TX 75904 |
| SpartanNash Company [Spartan Stores, Inc., Nash-Finch Company, and Spartan Stores Distribution, LLC] | 850 76th Street SW, Byron Center, MI 49315 |
| Dollar Tree Distribution, Inc. [a wholly-owned subsidiary of Dollar Tree, Inc.] | 500 Volvo Parkway Chesapeake, VA 23320 |
| Family Dollar Stores, Inc. [a wholly-owned subsidiary of Dollar Tree, Inc.] | 500 Volvo Parkway Chesapeake, VA 23320 |
| Kmart Corporation | 3333 Beverly Road, B6-349B Hoffman Estates, IL 60179 |
| K-VA-T Food Stores, Inc. | 201 Trigg Street Abingdon, VA 24212 |
| Marc Glassman, Inc. | 5841 W. 130th Street Cleveland, OH 44130 |
| McLane Company, Inc. | 4747 McLane Parkway Temple, TX 76504 |
| Meadowbrook Meat Company, Inc. | 2641 Meadowbrook Rd. Rocky Mount, NC 27801 |



JND Legal Administration
April 28, 2022
Page 3

| Entity [Parent Companies/Subsidiaries/Affiliates Identified in Brackets] | Business Address |
|---|---|
| Western Family Foods, Inc. [c/o Western Family Holding Company] | 45 82nd Drive, Suite 49 Gladstone, OR 97027 |
| Greenbrier International, Inc. [a wholly-owned subsidiary of Dollar Tree, Inc.] | 500 Volvo Parkway Chesapeake, VA 23320 |
| Family Dollar Services, LLC, f/k/a Family Dollar Services, Inc. [a wholly-owned subsidiary of Family Dollar Stores, Inc.] | 500 Volvo Parkway Chesapeake, VA 23320 |
| CVS Pharmacies, Inc. | One CVS Drive Woonsocket, RI 02895 |

Please contact one of the undersigned should you have any questions.

Sincerely yours,

*/s/ Robert N. Kaplan*
Robert N. Kaplan, Kaplan Fox & Kilsheimer LLP

*/s/ Richard L. Coffman*
Richard L. Coffman, The Coffman Law Firm

*/s/ Eric R. Lifvendahl*
Eric R. Lifvendahl, L&G Law Group, LLP

*/s/ Erin G. Allen*
Erin G. Allen, Marcus & Shapira, LLP

*/s/ Valarie C. Williams*
Valarie C. Williams, Alston & Bird, LLP



**KAPLANFOX**

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022

MAY 0 9 2022

CERTIFIED MAIL®

7019 2970 0001 8210 2272

Tuna Direct Purchaser Case - EXCLUSIONS
PO BOX 91241
SEATTLE WA 98111-9341





US POSTAGE
FIRST-CLASS
FROM 10022
04/28/2022
stamps
endicia

$7.330

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



**LEGAL DEPARTMENT**
**LITIGATION & CLAIMS**
4900 E DUBLIN GRANVILLE RD.
COLUMBUS, OHIO 43081
PHONE: (888) 244-5687

Tuna Direct Purchaser Case – EXCLUSIONS
c/o JND Legal Administration
PO Box 91241
Seattle, WA 98111

April 12, 2022

Dear Settlement Administrator,

I represent Big Lots Management, LLC, 4900 E. Dublin Granville Rd. Columbus, Ohio 43081-7651.  My client hereby requests that it be excluded from the **Proposed Settlement Direct Purchaser Class** in the *In re Packaged Seafood Products Antitrust Litigation*.

Please direct any questions to me.

Sincerely,

Amber O. Dove
Litigation & Claims Counsel
614-278-4953

LESHELL L. DUNCAN
Notary Public, State of Ohio
My Commission Expires 12-21-2023