# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MDD<br>MDL No. 2670<br>**ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS FOR THE CLASS REPRESENTATIVES IN CONJUNCTION WITH THE COSI/TUG SETTLEMENT**<br>**RE: ECF No. 2785** |
| This filing relates to the Direct Purchaser Plaintiff Class Action Track | |

Pending before the Court is the Direct Purchaser Plaintiffs ("DPPs") motion for the Court for an award of costs and attorneys' fees for Class Counsel made in connection with the class action settlement between the DPPs and Defendants Tri-Union Seafoods LLC d/b/a Chicken of the Sea ("COSI") and its parent company, Thai Union Group ("TUG"). ECF No. 2785. The DPPs also seek modest incentive awards of $5,000 for the each of the Class Representatives from the settlement fund for their service in this case.

Having considered the DPPs' motion, the record in this case, and the supporting papers, including the arbitration decision on fees and costs issued by former federal Judge Layn Phillips, who presided over that contested arbitration between the DPPs and COSI/TUG on June 22, 2021, the Court hereby GRANTS the DPPs' motion, as follows:

1. The Class Representatives shall each receive an incentive award in the amount of $5,000.

2. As to the attorneys' fees and costs, the Court adopts the findings of former federal Judge Layn Phillips as set forth in Exhibit B to the Stein Declaration submitted with the DPPs' motion. *See* Fed. R. Civ. P. 23(h)(4). Accordingly, Class Counsel are awarded $4,410,636.71 in past out-of-pocket expenses and fees of $1,539,363.29, for a total of $5.95 million. This fee and costs award in no way reduces or limits the funds owed to the Settlement Class as part of the DPPs' Settlement with COSI and TUG.

3. The fees and expenses shall be allocated among Class Counsel by the DPPs' Lead Counsel (Hausfeld LLP) in a manner that, in the Lead Counsel's goodfaith judgment, reflects each firm's contribution to the institution, prosecution, and resolution of the litigation.

4. This order shall be entered of this date pursuant to Rule 54(b) and (d) of the Federal Rules of Civil Procedure, the Court finding that there is no just reason for delay.

**IT IS SO ORDERED.**

Dated: March 7, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court