UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.:  15md2670 DMS(MDD)<br><br>**ORDER OVERRULING PLAINTIFFS' OBJECTION TO DISCOVERY ORDER** |

    This case comes before the Court on Plaintiffs' objection to Magistrate Judge Mitchell Dembin's January 26, 2023 Order denying Plaintiffs' ex parte application to take limited depositions.  Defendants StarKist Co, Dongwon Industries Co., Ltd., Lion Capital LLP, Lion Capital (Americas), Inc. and Big Catch Cayman LP filed a joint opposition to the objection.  After reviewing these briefs, the Magistrate Judge's Order and the relevant case law, the Court overrules Plaintiffs' objection.

    A magistrate judge's decision on a nondispositive issue is reviewed by the district court under the "clearly erroneous or contrary to law" standard.  28 U.S.C. § 636(b)(1)(A); *United States v. Raddatz*, 447 U.S. 667, 673 (1980); *Bhan v. NME Hospitals, Inc.*, 929 F.2d 1404, 1414 (9th Cir. 1991).  "A finding is 'clearly erroneous' when although there is evidence to support it, the reviewing court on the entire record is left with the definite and firm conviction that a mistake has been committed." *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948).  In contrast, the "contrary to law" standard permits

independent review of purely legal determinations by a magistrate judge. *See e.g., Haines v. Liggetts Group, Inc.*, 975 F.2d 81, 91 (3d Cir. 1992); *Medical Imaging Centers of America, Inc. v. Lichtenstein*, 917 F.Supp. 717, 719 (S.D. Cal. 1996). Thus, the district court should exercise its independent judgment with respect to a magistrate judge's legal conclusions. *Gandee v. Glaser*, 785 F.Supp. 684, 686 (S.D. Ohio 1992).

Plaintiffs' objection to the Magistrate Judge's Order does not establish that the Magistrate Judge's ruling was either clearly erroneous or contrary to law. Accordingly, the Court overrules Plaintiffs' objection to the Magistrate Judge's Order.

**IT IS SO ORDERED**.

Dated: March 20, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court