BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
ALEX J. TRAMONTANO (276666)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Class Counsel for the End Payer Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:15-md-02670-DMS-MDD<br>MDL No. 2670<br><br>**DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO LION ENTITIES'** *EX PARTE* **APPLICATION FOR ORDER GRANTING LEAVE TO EXCEED PAGE LIMITATIONS**<br><br>Re: ECF No. 3035<br><br>JUDGE:   Hon. Dana M. Sabraw |

I, Alex J. Tramontano, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), Class Counsel for End Payer Plaintiffs ("EPPs"). I submit this declaration in support of Plaintiffs jointly filed response in opposition to the *Ex Parte* Application for Order Granting Leave to Exceed Page Limitations filed by Defendants Lion Capital LLP, Lion Capital (Americas), Inc., and Big Catch Cayman LP (together, "Lion"). ECF No. 3035 ("App." or "Application"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On March 16, 2023, counsel for Lion reached out to Plaintiffs for the first time to request a meet and confer regarding page limits, and Lion also shared its proposal contemplating 50 pages for the summary judgment motion and response, and 30 pages for reply.

3. On March 17, 2023, counsel met and conferred to discuss Lion's purported need for an enlarged brief. Later that day, Plaintiffs communicated their view that the Order's clear language setting a 25-page limit rendered Lion's proposal inappropriate.

4. On the afternoon of March 23, 2023, counsel for Lion wrote to Plaintiffs' counsel: "while we understand Plaintiffs will not consent, would Plaintiffs oppose an application by the Lion Companies for a modification of the Scheduling Order to permit the additional pages we discussed last Friday?" I received the email at 3:09 p.m. and forwarded the request to all Plaintiffs' counsel.

5. On the evening of March 23, 2023, at 6:10 p.m., I responded that Plaintiffs' counsel had not reached a collective position as to Lion's application. Counsel for Lion acknowledged receipt that same evening.

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of March 2023 at San Diego, California.

>        */s/ Alex J. Tramontano*
>        ALEX J. TRAMONTANO

DECL. OF ALEX J. TRAMONTANO ISO PLS.' OPP. TO LION'S EX PARTE APP.
CASE NO. 15-MD-2670-DMS-MDD

2