LATHAM & WATKINS LLP
　　Christopher S. Yates (CA 161273)
　　Belinda S Lee (CA 199635)
　　Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
*chris.yates@lw.com*
*belinda.lee@lw.com*
*ashley.bauer@lw.com*

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

(Additional Counsel on Signature Pages)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MDD<br><br>MDL No. 2670<br><br>**JOINT MOTION TO SET BRIEFING SCHEDULE** |
| This Document Relates To:<br><br>ALL ACTIONS | Hon. Dana M. Sabraw |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOT. TO SET
BRIEFING SCHEDULE
3:15-md-02670-DMS-MDD

Pursuant to Local Rule 7.2, Direct Purchaser Plaintiffs, End Payer Plaintiffs, and Commercial Food Preparer Plaintiffs (together, "Plaintiffs") and Defendants StarKist Co. ("StarKist") and Dongwon Industries Co., Ltd. ("DWI") (together, "Defendants") hereby stipulate to the following and, based thereon, respectfully jointly move this Court for an order approving this stipulation and granting the schedule for briefing set forth herein:

WHEREAS, on March 15, 2023, the Parties filed a Joint Motion to Clarify Order (ECF No. 3028), requesting that the Court clarify its February 27, 2023 Order Following Hearing (ECF No. 3007), in which the Court denied as moot the 2019 Motion to Strike Adoria Lim's Second Expert Report and Portions of Marianne DeMario's Expert Reports ("Motion to Strike") (ECF No. 1984).

WHEREAS, in the Parties' Joint Motion to Clarify Order, the Parties agreed that if the Court ordered the Parties to refile any arguments from the Motion to Strike and responsive briefing, the Parties would meet and confer regarding the appropriate deadlines for those submissions. ECF No. 3028 at 3 n.2.

WHEREAS, on March 17, 2023, the Court granted the Parties' Joint Motion to Clarify Order and ordered the Parties to refile any arguments from the Motion to Strike and responsive briefing that pertain to StarKist and/or DWI. ECF No. 3032.

WHEREAS, following the Court's Order, the Parties met and conferred regarding the appropriate deadlines for refiling the arguments from the Motion to Strike and responsive briefing that pertain to StarKist and/or DWI.

THEREFORE, the parties hereby agree and STIPULATE that:

1. Defendants shall refile the portions of the Motion to Strike that pertain to StarKist and/or DWI by May 8, 2023.
2. Plaintiffs shall refile the portions of the Opposition to Defendants' Motion to Strike (ECF No. 2126) that pertain to StarKist and/or DWI by May 22, 2023.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOT. TO SET
BRIEFING SCHEDULE
3:15-md-02670-DMS-MDD

3. Defendants shall refile the portions of the Reply in Support of Defendants' Motion to Strike (ECF No. 2181) that pertain to StarKist and/or DWI by June 5, 2023.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 5, 2023 | LATHAM & WATKINS LLP |
| | By: s/ Christopher S. Yates |
| | Christopher S. Yates (CA 161273) |
| | Belinda S Lee (CA 199635) |
| | Ashley M. Bauer (CA 231626) |
| | 505 Montgomery Street |
| | Suite 2000 |
| | San Francisco, CA 94111 |
| | Telephone: 415-391-0600 |
| | Facsimile: 415-395-8095 |
| | Email: chris.yates@lw.com |
| | Email: belinda.lee@lw.com |
| | Email: ashley.bauer@lw.com |
| | |
| | *Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.* |
| | |
| | CUNEO GILBERT & LADUCA LLP |
| | |
| | By: s/ Blaine Finley |
| | Blaine Finley, Esquire |
| | Jonathan W. Cuneo, Esquire |
| | Joel Davidow, Esquire |
| | 4725 Wisconsin Avenue, N.W. |
| | Suite 200 |
| | Washington, D.C. 20016 |
| | Tel: (202) 789-3960 |
| | Fax: (202) 589-1813 |
| | bfinley@cuneolaw.com |
| | jonc@cuneolaw.com |
| | joel@cuneolaw.com |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT MOT. TO SET
BRIEFING SCHEDULE
3:15-md-02670-DMS-MDD

*Counsel for Commercial Food Preparer Plaintiffs*

HAUSFELD LLP

By: s/ Christopher L. Lebsock
Christopher L. Lebsock, Esquire
(Cal. Bar No. 184546)
Michael P. Lehmann, Esquire
(Cal. Bar No. 77152)
Debashish Bakshi, Esquire
(Cal. Bar No. 311115)
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-Mail: clebsock@hausfeld.com
mlehmann@hausfeld.com
dbakshi@hausfeld.com

Michael D. Hausfeld (*pro hoc vice*)
Brittany L. Nyovanie (*pro hac vice*)
888 16th Street NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
E-Mail: mhausfeld@hausfeld.com
bnieves@hausfeld.com

*Counsel for the Direct Purchaser Plaintiffs*

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: s/ Betsy C. Manifold
Betsy C. Manifold, Esquire
(Cal. Bar No. 182450)
Rachele R. Byrd, Esquire
(Cal. Bar No. 190634)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT MOT. TO SET
BRIEFING SCHEDULE
3:15-md-02670-DMS-MDD

Alex J. Tramontano, Esquire
(Cal. Bar No. 276666)
Symphony Towers
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599
E-mail: manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

Thomas H. Burt, Esquire
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
E-mail: burt@whafh.com

Carl Malstrom, Esquire
111 West Jackson, Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (312) 212-4401
E-mail: malstrom@whafh.com

*Counsel for End Purchaser Payer Plaintiffs*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT MOT. TO SET
BRIEFING SCHEDULE
3:15-md-02670-DMS-MDD

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: April 5, 2023         s/ Christopher S. Yates
                                                               Christopher S Yates

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT MOT. TO SET
BRIEFING SCHEDULE
3:15-md-02670-DMS-MDD