1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MDD <br><br> MDL No. 2670 <br><br> **ORDER GRANTING PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE** |
|---|---|
| This Document Relates To: <br><br> ALL ACTIONS | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING JOINT MOT. TO
SET BRIEFING SCHEDULE
3:15-md-02670-DMS-MDD

The Court, having considered the Parties' Joint Motion to Set Briefing Schedule, and good cause appearing, hereby **GRANTS** the Parties' Joint Motion.

It is hereby **ORDERED:**

1. Defendants shall refile the portions of the Motion to Strike Adoria Lim's Second Expert Report and Portions of Marianne DeMario's Expert Reports (ECF No. 1984) that pertain to StarKist and/or DWI by May 8, 2023.

2. Plaintiffs shall refile the portions of the Opposition to Defendants' Motion to Strike (ECF No. 2126) that pertain to StarKist and/or DWI by May 22, 2023.

3. Defendants shall refile the portions of the Reply in Support of Defendants' Motion to Strike (ECF No. 2181) that pertain to StarKist and/or DWI by June 5, 2023.

**IT IS SO ORDERED**.

Dated: April 20, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING JOINT MOT. TO
SET BRIEFING SCHEDULE
3:15-md-02670-DMS-MDD