# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 DMS (MDD) |
| This Document Relates To: | **ORDER RE: ORAL ARGUMENT** |
| ALL ACTIONS | |

Lion Capital (Americas), Inc., Lion Capital LLP and Big Catch Cayman LP's motion for summary judgment and motion to exclude testimony of Adoria Lim and Marianne Demario are currently scheduled for hearing on May 19, 2023. The Court finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the May 19, 2023 hearing is vacated.

**IT IS SO ORDERED**.

Dated: May 16, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court