# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.: 15-MD-2670 DMS (MDD) |
| This Document Relates To: | **ORDER RE: ORAL ARGUMENT** |
| ALL ACTIONS | |

Associated Wholesale Grocers, Inc. and Affiliated Foods Midwest Cooperative's motion for reconsideration of this Court's April 21, 2023 Order on the StarKist Defendants' motion for summary judgment is currently scheduled for hearing on June 23, 2023. The Court has reviewed the parties' briefs and finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the June 23, 2023 hearing is vacated.

**IT IS SO ORDERED.**

Dated: June 16, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court