Michael P. Lehmann (#77152)
Christopher L. Lebsock (#184546)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: clebsock@hausfeld.com

Michael D. Hausfeld. (*pro hac vice*)
Brittany L. Nyovanie (*pro hac vice*)
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, DC 20006
Tel:   (202) 540-7200
Fax:   (202) 540-7201
E-mail: mhausfeld@hausfeld.com
E-mail: bnieves@hausfeld.com

*Class Counsel for the Direct Purchaser Class*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All Direct Purchaser Plaintiff Actions | Case No. 3:15-md-02670-DMS-MSB<br>MDL No. 2670<br><br>**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**<br><br>JUDGE:   Dana M. Sabraw<br>CTRM:    13A |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** pursuant to Rule 83.3(f)(3) of the Local Rules of the United States District Court for the Southern District of California, and relying upon the declaration submitted herewith, the undersigned attorneys hereby move to withdraw Debashish Bakshi ("Bakshi"), formerly of Hausfeld LLP, as counsel for Direct Purchaser Plaintiffs ("DPPs"). Hausfeld LLP will continue to represent DPPs.

Plaintiffs respectfully request that this Court grant the Motion to Withdraw Appearance of Counsel and remove Mr. Bakshi's name from the docket and the CM/ECF electronic service list.

A Proposed Order is being emailed separately, pursuant to Section 2(h) of the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Dated: June 26, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HAUSFELD LLP

　　　　　　　　　　　　　　　　　　　　*s/ Brittany L. Nyovanie*
　　　　　　　　　　　　　　　　　　　　Michael D. Hausfeld (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Brittany L. Nyovanie (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　HAUSFELD LLP
　　　　　　　　　　　　　　　　　　　　888 16th Street NW, Suite 300
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Tel: (202) 540-7200
　　　　　　　　　　　　　　　　　　　　Fax: (202) 540-7201
　　　　　　　　　　　　　　　　　　　　E-mail: mhausfeld@hausfeld.com
　　　　　　　　　　　　　　　　　　　　E-mail: bnieves@hausfeld.com

　　　　　　　　　　　　　　　　　　　　Christopher L. Lebsock, Esquire
　　　　　　　　　　　　　　　　　　　　(Cal. Bar No. 184546)
　　　　　　　　　　　　　　　　　　　　Michael P. Lehmann, Esquire
　　　　　　　　　　　　　　　　　　　　(Cal. Bar No. 77152)

600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: clebsock@hausfeld.com
E-mail: mlehmann@hausfeld.com

***Lead Counsel for Direct Purchaser Plaintiffs***

## **CERTIFICATE OF SERVICE**

I certify that on June 26, 2023, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

*/s Brittany L. Nyovanie*
Brittany L. Nyovanie