# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br><br>*All Direct Purchaser Plaintiff Actions* | Case No.: 15-MD-2670 DMS (MDD)<br><br>**CLASS ACTION**<br><br>***AMENDED* ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR ORDER PERMITTING AND CONFIRMING UPDATED OPT-OUT REPORT** |

On July 27, 2023, this Court entered an order granting the Direct Purchaser Plaintiffs' ("DPPs") motion permitting and confirming an updated opt-out report. DPPs filed the motion without first requesting a hearing date, and with one exception, it appeared the parties were in agreement on updating the opt-out report. Based thereon, the Court granted the motion and issued the requested order. After the order issued, StarKist and Dongwon filed a response to the motion addressing the exceptional issue, and DPPs filed a response.

      The exceptional issue concerns Ingles Markets, Inc. According to StarKist, Ingles Markets executed a settlement agreement with StarKist and Dongwon in which it released all claims against them related to this case. Based on that settlement agreement, StarKist and Dongwon request that Ingles Markets also be included on the opt-out report. DPPs respond that they have not received a copy of the settlement agreement, but even if they had, Ingles Markets did not file a request to be excluded from the Litigation Class.

      The Court has considered the parties' arguments, and orders that Ingles Markets be added to the opt-out report. Ingles Markets is similarly situated to Sysco, which entered into a settlement agreement with StarKist and Dongwon but did not file an exclusion request. DPPs agreed to add Sysco to the opt-out report, and offer no reason why Ingles Markets should not also be added. Accordingly, the Court amends its July 27, 2023 Order to include Ingles Markets as an additional opt-out as to StarKist and Dongwon only. StarKist and Dongwon's request for additional relief is denied.

      **IT IS SO ORDERED**.

Dated: August 18, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court