1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: PACKAGED SEAFOOD
PRODUCTS ANTITRUST LITIGATION

This Document Relates To:

*All Actions*

Case No.:  15md2670 DMS(MSB)

**ORDER RE: TRIAL STRUCTURE AND SCHEDULING**

A status conference was held on September 22, 2023.  After hearing the parties' positions on the trial structure and scheduling, the Court adopts in large part Defendants' proposed two-trial structure.  Specifically, the Court will proceed first with a trial involving all of the Classes and all of the Defendants, followed by a trial involving all of the non-class, individual DAPs whose cases remain in this District and the Lion Defendants.  The Court intends to set the second trial approximately six weeks after the conclusion of the first trial.  Related dates and deadlines for the second trial will be set in due course.  In accordance with this structure, the Court sets the following dates and deadlines in anticipation of the first trial:

1.      To the extent the parties wish to file any additional Daubert motions, those motions shall be filed on or before **March 22, 2024**.  Consistent with the Court's comments

at the status counsel, the Court urges counsel to be deliberate and focused with respect to these motions, to the extent they are necessary.  If any additional Daubert motions are filed, all opposition briefs shall be filed on or before **April 5, 2024**, and all reply briefs shall be filed on or before **April 12, 2024**.  These motions, if any, shall be heard on **April 19, 2024**, at **1:30 p.m.**

2.     Each side (Plaintiffs and Defendants) may file up to five (5) motions in limine, with one (1) additional motion for each party-group (DPPs, EPPs, CFPs, StarKist Defendants and Lion Defendants), for a total of fifteen (15) possible motions in limine. The parties are admonished, however, to meet and confer to try and resolve their disputes before filing motions in limine.  The parties shall file and serve their motions in limine on or before **May 3, 2024**.  Oppositions to motions in limine shall be filed on or before **May 10, 2024**.  Each motion and opposition brief shall be no more than five (5) pages.  A hearing on the parties' motions in limine shall be held on **May 17, 2024**, at **1:30 p.m.**

3.     Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) by **May 17, 2024**.

4.     Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **May 17, 2024**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

5.     Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **May 24, 2024**.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment.  The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

6.     Counsel for Plaintiffs will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  By **May 31, 2024**,

Plaintiffs' counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with Plaintiffs' attorney concerning any objections to form or content of the pretrial order, and all parties shall attempt promptly to resolve their differences, if any, concerning the order.

7. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **June 7, 2024**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

8. The final Pretrial Conference is scheduled on the calendar of the **Honorable Dana M. Sabraw** on **June 14, 2024** at **10:30 a.m.**. The trial is scheduled to start on **July 15, 2024** at **9:00 a.m**.

9. To promote the efficient administration of justice, provide for an orderly presentation of the evidence, and accommodate the parties' time estimates and Court's schedule, the Court orders reasonable time limits of forty (40) hours per side, Plaintiffs and Defendants. In making these time limits, the Court is familiar with the issues in the case and the parties' estimates for trial. The time limits encompass all phases of the trial except jury selection, i.e., opening statements, presentation of evidence, side-bar and jury instruction conferences, and closing argument. The time limits are subject to revision for good cause shown and may be revised in the event of any settlements, but the parties should exercise diligence in efficiently presenting the case. The Courtroom Deputy Clerk will provide a summary of the time used at the conclusion of each trial day.

**IT IS SO ORDERED**.

Dated: September 29, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court

15md2670 DMS(MSB)