UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Commercial Food Preparer Plaintiffs' Action* | Case No.:  15md2670-DMS (MSB)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

On January 5, 2024, the Court held a Settlement Conference with the Commercial Food Preparer Plaintiffs ("CFPs"), Defendant StarKist Co. ("StarKist"), and Defendant Dongwon Industries Co., Ltd. ("DWI").  The parties settled the case, subject to district court approval.  Considering the settlement, the parties are **ORDERED** to file a motion for preliminary approval of class settlement no later than **February 2, 2024**.  A proposed order granting the motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

**If the motion for preliminary approval of class settlement is not filed by February 2, 2024**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **February 6, 2024** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file a motion for preliminary approval of class settlement on or before **February 2, 2024**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file a motion for preliminary approval of class settlement in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: January 5, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge