UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Commercial Food Preparer Plaintiffs' Action* | Case No.:  15md2670-DMS (MSB)<br><br>**ORDER:**<br>**(1) CONFIRMING SETTLEMENT BETWEEN CFPS AND LION COMPANIES;**<br><br>**(2) RESETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; AND**<br><br>**(3) RESETTING SETTLEMENT DISPOSITION CONFERENCE** |

On January 23, 2024, following a series of settlement talks with the Court, the Commercial Food Preparer Plaintiffs ("CFPs") and Defendants Lion Capital (Americas), Inc., Lion Capital LLP, and Big Catch Cayman LP (collectively, the "Lion Companies") settled their case.  (See ECF No. 3142.)  Previously, on January 5, 2024, the CFPs settled their case with Defendant StarKist Co. ("StarKist") and Defendant Dongwon Industries Co., Ltd. ("DWI").  (See ECF Nos. 3138–39.)  Considering both settlements, the Court **RESETS** the deadline for the CFPs and relevant Defendants to file a motion for preliminary approval of class settlement from February 2, 2024, to **March 6, 2024**.  A

proposed order granting the motion must be e-mailed to the assigned district judge's chambers[1] on the same day.  Further, the Court **RESETS** the Settlement Disposition Conference ("SDC") from February 6, 2024, to **March 12, 2024** at **1:30 p.m.**

**If the motion for preliminary approval of class settlement is not filed by March 6, 2024**, then **all counsel of record and unrepresented parties are required to appear in person** for the SDC on **March 12, 2024** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file a motion for preliminary approval of class settlement on or before **March 6, 2024**, the SDC will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the SDC, or the parties fail to file a motion for preliminary approval of class settlement in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  January 23, 2024

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.