UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Commercial Food Preparer Plaintiff Actions* | Case No.: 15md2670-DMS (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR 30-DAY EXTENSION OF TIME TO FILE PRELIMINARY APPROVAL SETTLEMENT MOTIONS [ECF NO. 3147]** |

Presently before the Court is a Joint Motion by Defendants StarKist Co. and Dongwon Industries Co., Ltd., Defendants Lion Capital (Americas), Inc., Lion Capital LLP, and Big Catch Cayman LP, and the Commercial Food Preparer Plaintiff Class ("CFPs") to reset deadlines for CFPs to submit motions for preliminary approval of settlement. (See ECF No. 3147). Good cause appearing, the Court **RESETS** the motion deadline for CFPs to file motions for preliminary approval to **April 5, 2024**, and **RESETS** the Settlement Disposition Conference to **April 11, 2024**, at **1:30 p.m.**

**IT IS SO ORDERED**.

Dated: March 1, 2024

Honorable Michael S. Berg
United States Magistrate Judge