UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Case No.: 15md2670 DMS(MSB)<br><br>**ORDER SETTING STATUS CONFERENCE** |

A telephonic status conference shall be held on **April 17, 2024**, at **2:00 p.m.** The dial in number for the conference is (571) 353-2301, and the meeting ID number is 059168667. Counsel should be prepared to discuss the upcoming trial date and related dates and deadlines.

**IT IS SO ORDERED**.

Dated: April 9, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court