LATHAM & WATKINS LLP
　Alfred C. Pfeiffer (CA 120965)
　Christopher S. Yates (CA 161273)
　Belinda S Lee (CA 199635)
　Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  415-391-0600
Facsimile:  415-395-8095
*al.pfeiffer@lw.com*
*chris.yates@lw.com*
*belinda.lee@lw.com*
*ashley.bauer@lw.com*

LATHAM & WATKINS LLP
　Jason M. Ohta (CA 211107)
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  858-523-5400
Facsimile:  858-523-5450
*jason.ohta@lw.com*

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MSB<br><br>MDL No. 2670<br><br>**DECLARATION OF ASHLEY M. BAUER IN SUPPORT OF DEFENDANTS' OPPOSITION TO END PAYER PLAINTIFFS', DIRECT PURCHASER PLAINTIFFS', AND ASSOCIATED WHOLESALE GROCERS PLAINTIFFS' MOTION FOR LEAVE TO REVIEW GRAND JURY TRANSCRIPTS**<br><br>**Hearing**:<br><br>Date:  April 26, 2024<br>Time:  1:30 p.m.<br>Place:  Courtroom 13A<br>Judge:  Hon. Dana M. Sabraw |
| This Document Relates To:<br><br>(1) End Payer Plaintiffs<br><br>(2) Direct Purchaser Plaintiffs<br><br>(3) *Associated Wholesale Grocers, Inc. v. Bumble Bee Foods LLC, et al.*, Case No. 3:18-cv-01014 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF A. BAUER ISO DEFS.' OPP'N TO PLS.'
MOT. FOR LEAVE TO REVIEW GJ TRANSCRIPTS
3:15-md-02670-DMS-MSB

I, Ashley M. Bauer, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted before this Court. I am a partner at Latham & Watkins LLP, counsel of record for Defendants StarKist Co. and Dongwon Industries Co., Ltd. in the above-captioned action. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. I make this declaration in support of Defendants' Opposition to End Payer Plaintiffs', Direct Purchaser Plaintiffs', and Associated Wholesale Grocers ("AWG") Plaintiffs' Motion for Leave to Review Grand Jury Transcripts.

3. Michael White, a former employee at Tri-Union Seafoods LLC d/b/a Chicken of the Sea, was deposed in Los Angeles, CA on December 6, 2018 in the above-captioned action. He testified for approximately five hours and ten minutes.

4. Shue Wing Chan, a former employee at Tri-Union Seafoods LLC d/b/a Chicken of the Sea, was deposed in Los Angeles, CA on December 10, 2018 in the above-captioned action. He testified for approximately six hours and seventeen minutes.

5. Stephen Hodge, a former employee at StarKist Co., was deposed remotely on October 13, 2021 in *State of Washington v. StarKist Co. et al.*, Case No. 20-2-09491-9 SEA (Wash. Super. Ct.). He testified for approximately three hours and thirty-seven minutes. On October 26, 2021, counsel for StarKist sent a copy of the deposition transcript to Steve N. Six of Stueve Siegel Hanson LLP, who represents AWG. A copy of this transcript was also marked as Exhibit 2888 during Mr. Hodge's deposition in the above captioned litigation on January 27, 2023 and thereby made available to counsel for all other Plaintiffs.

6. Walter Scott Cameron, a former employee at Bumble Bee Foods LLC, was deposed in New York, NY on December 7, 2022 in the above-captioned action. He testified for approximately six hours and fifty-five minutes.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    DECL. OF A. BAUER ISO DEFS.' OPP'N TO PLS.'
     MOT. FOR LEAVE TO REVIEW GJ TRANSCRIPTS
     3:15-md-02670-DMS-MSB

7. Kenneth Worsham, a former employee at Bumble Bee Foods LLC, was deposed in San Diego, CA on January 24, 2023 in the above-captioned action. He testified for approximately six hours and fifty minutes.

8. Stephen Hodge, a former employee at Defendant StarKist Co., was deposed in Charleston, SC on January 27, 2023 in the above-captioned action. He testified for approximately six hours and forty-three minutes.

9. Plaintiffs have not yet sent their witness list to Defendants. Under the scheduling order in this case, ECF No. 3124, pretrial disclosures are due on May 17, 2024.

10. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the sentencing hearing of Stephen Hodge, dated January 13, 2021.

11. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the sentencing hearing of Walter Scott Cameron, dated April 28, 2021.

12. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the sentencing hearing of Kenneth Worsham, dated April 28, 2021.

13. On February 2, 2023, *pro se* litigant Christopher Lischewski emailed the full service list in the above captioned matter to inform counsel for all parties that the grand jury transcripts he produced during Mr. Hodge's January 27, 2023 deposition are subject to a federal protective order and cannot be used in any civil proceedings. His email included a communication from the United States Department of Justice ("DOJ") requesting that all copies of the protected grand jury materials be returned or destroyed. In February 2023, Latham & Watkins LLP searched for and destroyed all copies of the grand jury transcripts that it found in its possession per DOJ's request.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF A. BAUER ISO DEFS.' OPP'N TO PLS.'
MOT. FOR LEAVE TO REVIEW GJ TRANSCRIPTS
3:15-md-02670-DMS-MSB

1  I declare under penalty of perjury that the foregoing is true and correct, and
2  that this Declaration was executed on this 12th day of April 2024, in San Francisco,
3  California.

By: /s/ Ashley M. Bauer
Ashley M. Bauer

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF A. BAUER ISO DEFS.' OPP'N TO PLS.'
MOT. FOR LEAVE TO REVIEW GJ TRANSCRIPTS
3:15-md-02670-DMS-MSB