1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: PACKAGED SEAFOOD
PRODUCTS ANTITRUST LITIGATION

This Document Relates To:

*All Actions*

Case No.:  15md2670 DMS(MSB)

**ORDER FOLLOWING STATUS
CONFERENCE**

A telephonic status conference was held on April 17, 2024.  After conferring with counsel, IT IS HEREBY ORDERED:

1.      The April 26, 2024 hearing on the EPPs' motion for leave to review grand jury transcripts and the May 10, 2024 hearing on the EPPs' motion to conditionally admit certain proposed exhibits are continued to **May 22, 2024**, at **1:30 p.m.**  The briefing on those motions shall continue to be based on the original motion hearing dates.

2.      On or before **May 31, 2024**, jury instructions must be submitted to the Court in the following format:

a.      The parties are required jointly to submit one set of agreed upon instructions. To this end, the parties are required to serve their proposed instructions upon each other at least ten days before May 31, 2024.  The parties then should meet, confer, and submit to the Court one complete set of agreed upon instructions.  The Court prefers to use standard

1

1  pattern instructions, such as the Ninth Circuit Model Jury Instructions, Civil, the Judicial

2  Council of California Civil Jury Instructions, or other pattern instructions from other states,

3  if applicable.

4        b.      If the parties cannot agree upon one complete set of instructions, they are

5  required to submit one set of instructions to which they have agreed, and two sets (one for

6  each party) of supplemental instructions to which they have not agreed.

7        c.      The joint instructions and supplemental instructions must be presented to the

8  Court on May 31, 2024, along with any objections to the supplemental instructions.  All

9  objections shall be in writing, set forth the challenged jury instruction in its entirety,

10  identify the objectionable language, and contain citation to authority explaining why the

11  instruction is improper.  Where applicable, the objecting party shall submit an alternative

12  instruction.

13        d.      The parties are required to submit the proposed joint set of instructions and

14  proposed supplemental instructions in the following format:

15              i.      Two copies of each instruction should be provided.

16              ii.     The first copy should indicate the number of the proposed instruction,

17  the instruction, and the authority supporting the instruction.

18              iii.    The second copy should contain only the proposed instructions on plain

19  paper, that is, not on pleading paper.  No other marks or writings should be present.  This

20  copy also should be emailed to efile_Sabraw@casd.uscourts.gov in Word format (any

21  version).

22        e.      All instructions should be short, concise, and neutral statements of law.  Avoid

23  argumentative instructions as they will not be given.

24        f.      Any modification to a standard instruction must be identified by specifying

25  the modification to the original instruction and the authority supporting the modification.

26        Counsel should be prepared to discuss the jury instructions at the pretrial conference.

27  3.      The trial date is continued one day from July 15 to **July 16, 2024**, at **9:00 a.m.**

28

15md2670 DMS(MSB)

1  4.     All other dates are confirmed.

2         **IT IS SO ORDERED**.

3  Dated:  April 18, 2024

4  _____
   Hon. Dana M. Sabraw, Chief Judge

5  United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3