UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Commercial Food Preparer Plaintiffs Class Track | Case No.: 15md2670 DMS (MSB)<br><br>**ORDER RE: PRELIMINARY APPROVAL HEARING** |

The CFP Class's motions for preliminary approval of their settlements with StarKist and Dongwon and Lion Capital and Big Catch Cayman are scheduled for hearing on May 3, 2024. The hearing on these motions shall be held telephonically only. No personal appearances are necessary. The dial in number for the conference is (571) 353-2301, and the meeting ID number is 059168667.

**IT IS SO ORDERED**.

Dated: April 30, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court