BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
ALEX J. TRAMONTANO (276666)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Class Counsel for the End Payer Plaintiff Class*
[Additional counsel listed below]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>(1) Direct Purchaser Plaintiffs Class<br><br>(2) End Payer Plaintiffs Class | Case No. 3:15-md-02670-DMS (MSB)<br>MDL No. 2670<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITON TO DEFENDANTS' MOTION IN LIMINE NO. 6 (ECF NO. 3204)**<br><br>DATE:   May 22, 2024<br>TIME:    1:30 p.m.<br>JUDGE: Hon. Dana M. Sabraw<br>CTRM:  13A |

1 Defendants' Motion *in Limine* No. 6 seeks to exclude evidence of the amounts of the criminal fines imposed on StarKist and Bumble Bee following their guilty pleas and convictions. Plaintiffs do not oppose the motion, provided that Defendants agree not to disclose or refer to the amounts of the fines themselves and that the jury is instructed as follows:

> The court in the criminal case imposed substantial fines on StarKist and Bumble Bee commensurate with the seriousness of the crime. You need not be concerned with the amounts of the fines because they were not paid to any victims of the criminal conspiracy and are not to be part of your deliberation.

Plaintiffs proposed the terms of their non-opposition to Defendants on May 8, 2024. As of this filing, Defendants have neither accepted nor rejected it, and they have not responded to Plaintiffs' request for a jury instruction.

Plaintiffs disagree that the amounts of the fines imposed on StarKist and Bumble Bee are unfairly prejudicial. They are indicative of the seriousness and magnitude of the offense committed. What may be prejudicial is that, without a proper instruction, the jury could be confused by the imposition of the criminal fines, misunderstanding that they represent compensation to the victims of the conspiracy. Therefore, if the fines are disclosed to the jury, they should be instructed that the fines were not paid as compensation to any victims of the price-fixing conspiracy and should be disregarded when the jury computes damages to the Classes.

Dated: May 10, 2024                                     Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Betsy C. Manifold*
      Betsy C. Manifold

Rachele R. Byrd
Alex J. Tramontano
750 B Street, Suite 1820
San Diego, CA 92101

PLAINTIFFS' NON-OPPOSITION TO                CASE NO. 15-MD-2670-DMS (MSB)
DEFENDANTS' MOTION IN LIMINE NO. 6
- 1 -

|   |   |
|---|---|
| 1 | Telephone: 619/239 4599 |
|   | Facsimile:  619/234 4599 |
| 2 | manifold@whafh.com |
|   | byrd@whafh.com |
| 3 | tramontano@whafh.com |

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Mark C. Rifkin
Thomas H. Burt
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653
rifkin@whafh.com
burt@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Carl Malmstrom
111 West Jackson, Suite 1700
Chicago, IL 60604
Telephone: 312/984-0000
Facsimile:   312/212-4401
malmstrom@whafh.com

*Lead Counsel for the Indirect Purchaser End Payer Plaintiff Class*

**HAUSFELD LLP**
Christopher L. Lebsock (#184546)
Michael P. Lehmann (#77152)
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:    (415) 633-1908
Fax:    (415) 358-4980
E-mail: clebsock@hausfeld.com
mlehmann@hausfeld.com

**HAUSFELD LLP**
Erika A. Inwald (*pro hac vice*)
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel:    (202) 540-7200
Fax:    (202) 540-7201
E-mail: einwald@hausfeld.com

*Class Counsel for the Direct Purchaser Class*

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2024, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

*/s/ Betsy C. Manifold*
Betsy C. Manifold