MICHAEL P. LEHMANN (77152)
CHRISTOPHER L. LEBSOCK (184546)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:   (415) 633-1908
Fax:  (415) 358-4980
E-mail: mlehmann@hausfeld.com
E-mail: clebsock@hausfeld.com

*Class Counsel for the Direct Purchaser Class*

BETSY C. MANIFOLD (182450)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
Telephone: 619/239-4599
Fax: 619/234-4599
E-mail: manifold@whafh.com
E-mail: tramontano@whafh.com

*Class Counsel for End Payer Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br>Direct Purchaser Plaintiff Class<br>End Payer Plaintiff Class | Case No. 3:15-md-02670-DMS (MSB)<br>MDL No. 2670<br><br>**CLASS ACTION**<br><br>**NOTICE OF LODGMENT OF PROPOSED PRETRIAL ORDER**<br><br>DATE:   June 14, 2024<br>TIME:   10:30 a.m.<br>JUDGE: Hon. Dana M. Sabraw<br>CTRM: 13A<br><br>Trial Date: July 16, 2024<br><br>**JURY TRIAL DEMANDED** |

1  Pursuant to CivLR 16.1(f)(6), the Direct Purchaser Plaintiffs ("DPPs"), End Payer Plaintiffs ("Consumer Plaintiffs"), and defendant Lion Capital (Americas), Inc. ("Lion Americas") and specially appearing defendant Lion Capital LLP ("Lion LLP" and, with Lion Americas, the "Lion Companies"), jointly lodge and submit the proposed Pretrial Order.

Along with the proposed Pretrial Order the parties jointly lodge the following:

- A list of the State Law Claims in the Sixth Amended Complaint (ECF No. 1461) is lodged with the Pretrial Order as **Exhibit A**.
- A list of the exhibits that Plaintiffs expect to offer at trial is lodged with the proposed Pretrial Order as Section 1 in **Exhibit B**.
- A list of the exhibits that the Lion Companies' expect to offer at trial is lodged with the proposed Pretrial Order as Section 1 in **Exhibit C**.
- A list of the exhibits that Plaintiffs do not expect to offer at trial but reserve the right to offer if necessary is lodged with the proposed Pretrial Order as Section 2 in **Exhibit B**.
- A list of the exhibits that the Lion Companies do not expect to offer at trial but reserve the right to offer if necessary is lodged with the proposed Pretrial Order as Section 2 in **Exhibit C**.
- Facts to which the Parties stipulate are lodged with the proposed Pretrial Order as **Exhibit D**.
- The Parties expect to offer at trial the designated portions of the deposition transcripts attached to this proposed Pretrial Order as **Exhibit E**, per the Court's guidance at the May 22, 2024 hearing.

///
///
///

- The Parties have served and filed proposed jury instructions (ECF No. 3252 and 3253) in accordance with the Court's April 18, 2024 Order (ECF No. 3172).

Dated: June 14, 2024

Respectfully submitted,

**HAUSFELD LLP**

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock
Michael P. Lehmann
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel:   (415) 633-1908
Fax:   (415) 358-4980
E-mail: clebsock@hausfeld.com
mlehmann@hausfeld.com

Erika A. Inwald (*pro hac vice*)
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel:   (646) 357-1100
Fax:   (212) 202-4322
E-mail: einwald@hausfeld.com

*Class Counsel for the Direct Purchaser Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

*/s/ Betsy C. Manifold*
Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
Symphony Towers
750 B Street, Suite 1820
San Diego, CA  92101
Tel: (619) 239-4599
Fax: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

Mark C. Rifkin
Thomas H. Burt
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
rifkin@whafh.com
burt@whafh.com

| | |
|---|---|
| 1 | *Lead Counsel for the Indirect Purchaser End Payer Plaintiff Class* |
| 2 | |
| 3 | **SULLIVAN & CROMWELL LLP** |
| 4 | */s/ Adam S. Paris* |
| 5 | Adam S. Paris (SBN 190693)<br>parisa@sullcrom.com |
| 6 | Brandon T. Wallace (SBN 323471)<br>wallaceb@sullcrom.com |
| 7 | 1888 Century Park East, Suite 2100<br>Los Angeles, California 90067 |
| 8 | Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800 |
| 9 | Paul H. Lazarow (SBN 311496) |
| 10 | lazarowp@sullcrom.com<br>550 Hamilton Avenue |
| 11 | Palo Alto, California 94301<br>Telephone: (650) 461-5685 |
| 12 | Facsimile: (650) 461-5700 |
| 13 | *Attorneys for Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendant Lion Capital LLP* |
| 14 | |

# CERTIFICATE OF SERVICE

I certify that on June 14, 2024, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

*/s/ Betsy C. Manifold*
Betsy C. Manifold