Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Brandon T. Wallace (SBN 323471)
wallaceb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

Paul H. Lazarow (SBN 311496)
lazarowp@sullcrom.com
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California  94301
Telephone:  (650) 461-5685
Facsimile:   (650) 461-5700

*Attorneys for Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendant Lion Capital LLP*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>─────────────────────<br><br>This Document Relates to:<br>(1) Direct Purchaser Plaintiffs<br>(2) End Payer Plaintiffs | Case No. 3:15-md-2670-DMS-MSB<br><br>MDL No. 2670<br><br>**LION CAPITAL LLP AND LION CAPITAL (AMERICAS), INC.'S NOTICE OF LODGEMENT OF OBJECTIONS TO PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3) PRETRIAL DISCLOSURES**<br><br>Judge:  Hon. Dana M. Sabraw<br>Courtroom: 13A |

1   PLEASE TAKE NOTICE that on June 14, 2024, pursuant to the Court's Order Re: Trial Structure and Scheduling (ECF No. 3124, as modified by ECF No. 3259), defendant Lion Capital (Americas), Inc. and specially appearing defendant Lion Capital LLP lodged their objections to Plaintiffs' Federal Rule of Civil Procedure Rule 26(a)(3) pretrial disclosures with the Court and served a copy to counsel for the Direct Purchaser Plaintiff and End Payer Plaintiff Classes via electronic mail.

Dated:    June 17, 2024              Respectfully submitted,

/s/ Adam S. Paris

Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Brandon T. Wallace (SBN 323471)
wallaceb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

Paul H. Lazarow (SBN 311496)
lazarowp@sullcrom.com
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California  94301
Telephone:  (650) 461-5685
Facsimile:   (650) 461-5700

*Attorneys for Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendant Lion Capital LLP*

| | |
|---|---|
| 1 | <div align="center">**CERTIFICATE OF SERVICE**</div> |
| 2 | I certify that on June 17, 2024 I filed the foregoing document with the |
| 3 | Clerk of the Court for the United States District Court, Southern District of |
| 4 | California, by using the Court's CM/ECF system. |
| 5 | /s/ *Adam S. Paris* |
| 6 | Adam S. Paris |