UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*End Payer Plaintiff Class*<br><br>*Direct Purchaser Plaintiff Class* | Case No.:  15md2670-DMS (MSB)<br><br>**ORDER:**<br><br>**(1) CONFIRMING SETTLEMENTS BETWEEN THE EPPs, DPPs, DEFENDANT STARKIST, AND DEFENDANT LION COMPANIES;**<br><br>**(2) SETTING DEADLINE TO FILE MOTIONS FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Following a series of settlement talks with the undersigned, the End Payer Plaintiff Class ("EPPs") and Direct Purchaser Plaintiff Class ("DPPs") settled their respective cases with (1) Defendants StarKist Co. and Dongwon Industries Co., Ltd. (collectively, "StarKist") and (2) Defendants Lion Capital (Americas), Inc. and Lion Capital LLP (collectively, the "Lion Companies").  (See ECF Nos. 3243, 3245, 3248, 3249, 3256, 3267.)  Considering the settlements, the EPPs and DPPs are **ORDERED** to file their motions for preliminary approval of class settlement no later than **July 25, 2024**.  A proposed order granting each motion must be e-mailed to the assigned district judge's

chambers on the same day.[1]

**If the parties fail to file their motions for preliminary approval of class settlement by July 25, 2024**, then **all counsel of record will be required to appear in person** for a Settlement Disposition Conference ("SDC") on **August 1, 2024** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file their motions for preliminary approval of class settlement on or before **July 25, 2024**, the SDC will be **VACATED without further court order**.  If counsel of record fails to appear at the SDC, or the parties fail to file their motions for preliminary approval of class settlement in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  June 25, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.