UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*End Payer Plaintiff Class*<br><br>*Direct Purchaser Plaintiff Class* | Case No.:  15md2670-DMS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE PRELIMINARY APPROVAL PAPERS [ECF NO. 3272]** |

Presently before the Court is a Joint Motion by Defendants StarKist Co. ("StarKist") and Dongwon Industries Co., Ltd. ("DWI"); Defendants Lion Capital (Americas), Inc. and specially appearing Defendants Lion Capital LLP and Big Catch Cayman LP (collectively, the "Lion Companies"); End Payer Plaintiffs ("EPPs"); and Direct Purchaser Plaintiffs ("DPPs") to continue the deadline for the EPPs and DPPs to file their preliminary approval papers from July 25, 2024 to August 1, 2024.  Good cause appearing, the Court **GRANTS** the Joint Motion as follows:

1. The deadline for the EPPs and DPPs to file their preliminary approval papers is **CONTINUED** to **August 1, 2024**.

2. The Settlement Disposition Conference is **CONTINUED** to <u>**August 8, 2024**</u>, at <u>**1:30 p.m.**</u>

**IT IS SO ORDERED**.

Dated: July 24, 2024

_____
Honorable Michael S. Berg
United States Magistrate Judge