UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Direct Actions Involving AWG and AFMC* | Case No.: 15md2670-DMS (MSB)<br><br>**ORDER:**<br><br>**(1) CONFIRMING SETTLEMENT BETWEEN AWG, AFMC, AND STARKIST;**<br><br>**(2) SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS; AND**<br><br>**(3) SETTING SETTLEMENT DISPOSITION CONFERENCE** |

On April 23, 2024, the Court held a settlement conference with Direct Action Plaintiffs ("DAPs") Associated Wholesale Grocers, Inc. ("AWG") and Affiliated Foods Midwest Cooperative Inc. ("AFMC") and Defendants StarKist Co. and Dongwon Industries Co., Ltd. (collectively, "StarKist"). (See ECF No. 3175.) Following a series of follow-up settlement discussions with the undersigned, the parties settled their case. Considering the settlement, the parties are **ORDERED** to file their joint motion to dismiss this case, signed by counsel of record and any unrepresented parties, no later than **August 30, 2024**. A proposed order granting the joint motion must be e-mailed to the

///

assigned district judge's chambers[1] on the same day.

**If the fully executed joint motion to dismiss is not filed by August 30, 2024**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **September 12, 2024** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg. If the parties file their joint motion to dismiss on or before **August 30, 2024**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion to dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: July 31, 2024

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.