LATHAM & WATKINS LLP
Alfred C. Pfeiffer (CA 120965)
Christopher S. Yates (CA 161273)
Belinda S Lee (CA 199635)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
ashley.bauer@lw.com

LATHAM & WATKINS LLP
Jason M. Ohta (CA 211107)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450
jason.ohta@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

[Additional counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MSB<br><br>MDL No. 2670<br><br>**JOINT MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE PRELIMINARY APPROVAL PAPERS**<br><br>Date:      August 15, 2024<br>Time:      1:30 PM<br>Judge:    Hon. Michael S. Berg<br>Courtroom: 2C (2nd Floor) |
| This Document Relates To:<br><br>(1) Direct Purchaser Plaintiffs<br>(2) End Payer Plaintiffs | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

Pursuant to Civil Rule 7.2 of the Local Rules of the United States District Court for the Southern District of California, Defendants, StarKist Co. ("StarKist") and Dongwon Industries Co., Ltd. ("DWI"), Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendants Lion Capital LLP and Big Catch Cayman LP (collectively, the "Lion Companies"), Direct Purchaser Plaintiffs ("DPPs"), and End Payer Plaintiffs ("EPPs") hereby stipulate to the following and, based thereon, respectfully jointly move this Court for an order approving this stipulation:

WHEREAS, on June 25, 2024, this Court issued an Order confirming settlements between EPPs, DPPs, Defendants StarKist, DWI, and the Lion Companies and ordering the EPPs and DPPs to file their motions for preliminary approval of class settlements no later than July 25, 2024 (ECF No. 3269);

WHEREAS, on July 24, 2024, this Court issued an Order extending the deadline for EPPs and DPPs to file their motions for preliminary approval of class settlements to August 1, 2024 (ECF No. 3273);

WHEREAS, the Parties are continuing to work on finalizing their settlement agreements and Plaintiffs are working to file a motion seeking the Court's preliminary approval of the settlement;

WHEREAS, in light of the agreement in principle and the efforts to finalize the settlements, the Parties believe it is prudent to preserve judicial resources as well as the Parties' own resources by requesting an extension of time on Plaintiffs' motions seeking the Court's preliminary approval.

Therefore, StarKist, DWI, Lion Companies, EPPs, and DPPs hereby agree and STIPULATE that

1. The deadline for EPPs' and DPPs' filing of preliminary approval papers shall be moved from August 1, 2024 to August 9, 2024.
2. The deadline for the Settlement Disposition Conference shall be reset from August 8, 2024 at 1:30 pm to August 15, 2024 at 1:30 pm.

**IT IS SO STIPULATED.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 1, 2024 | LATHAM & WATKINS LLP |
| 3 | | By: _s/ Christopher S. Yates_ |
| | | Alfred C. Pfeiffer (CA 120965) |
| 4 | | Christopher S. Yates (CA 161273) |
| | | Belinda S Lee (CA 199635) |
| 5 | | Ashley M. Bauer (CA 231626) |
| | | 505 Montgomery Street, Suite 2000 |
| 6 | | San Francisco, CA 94111-6538 |
| | | Telephone: 415-391-0600 |
| 7 | | Facsimile: 415-395-8095 |
| | | Email:  al.pfeiffer@lw.com |
| 8 | |              chris.yates@lw.com |
| | |              belinda.lee@lw.com |
| 9 | |              ashley.bauer@lw.com |
| 10 | | Jason M. Ohta (CA 211107) |
| | | 12670 High Bluff Drive |
| 11 | | San Diego, CA 92130 |
| | | Telephone: 858-523-5400 |
| 12 | | Facsimile: 858-523-5450 |
| | | Email: jason.ohta@lw.com |
| 13 | | |
| 14 | | *Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.* |
| 15 | | |
| 16 | Dated: August 1, 2024 | SULLIVAN & CROMWELL LLP |
| 17 | | By: _s/ Adam S. Paris_ |
| 18 | | Adam S. Paris (CA 190693) |
| 19 | | Brandon T. Wallace (CA 323471) |
| 20 | | 1888 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 21 | | Telephone: 310-712-6600 |
| 22 | | Facsimile: 310-712-8800 |
| | | Email: parisa@sullcrom.com |
| 23 | |              wallaceb@sullcrom.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

| | |
|---|---|
| 1 | Paul Lazarow (CA 311496) |
| 2 | 550 Hamilton Avenue |
| | Palo Alto, CA 94301 |
| 3 | Telephone: 650-461-5685 |
| 4 | Facsimile: 650-461-5700 |
| | Email: lazarowp@sullcrom.com |
| 5 | |
| 6 | *Counsel for Defendant Lion Capital* |
| | *(Americas), Inc. and Specially Appearing* |
| 7 | *Defendants Lion Capital LLP and Big Catch* |
| 8 | *Cayman LP* |

| | | |
|---|---|---|
| 12 | Dated: August 1, 2024 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 14 | | By:   *s/ Betsy C. Manifold* |
| 15 | | Betsy C. Manifold |
| | | Rachele R. Byrd |
| 16 | | Alex J. Tramontano |
| | | Symphony Towers |
| 17 | | 750 B Street, Suite 2770 |
| | | San Diego, CA  92101 |
| 18 | | Tel: (619) 239-4599 |
| | | Fax: (619) 234-4599 |
| 19 | | E-mail: manifold@whafh.com |
| | | byrd@whafh.com |
| | | tramontano@whafh.com |
| 20 | | |
| 21 | | Mark C. Rifkin |
| | | Thomas H. Burt |
| 22 | | 270 Madison Avenue |
| | | New York, NY 10016 |
| 23 | | Tel: (212) 545-4600 |
| | | Fax: (212) 686-0114 |
| 24 | | E-mail: rifkin@whafh.com |
| | | burt@whafh.com |
| 25 | | *Counsel for the End Payer Plaintiffs and the End Payer Plaintiff Class* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

| | |
|---|---|
| Dated: August 1, 2024 | HAUSFELD LLP |
| | By:    *s/ Christopher L. Lebsock* |
| | Michael P. Lehmann |
| | Christopher L. Lebsock |
| | 600 Montgomery Street, Suite 3200 |
| | San Francisco, CA 94111 |
| | Phone: (415) 633-1908 |
| | Fax: (415) 358-4980 |
| | Email: mlehmann@hausfeld.com |
| | clebsock@hausfeld.com |
| | |
| | Michael D. Hausfeld |
| | 888 16th Street NW, Suite 300 |
| | Washington, D.C. 20006 |
| | Phone: (202) 540-7200 |
| | Fax: (202) 540-7201 |
| | Email: mhausfeld@hausfeld.com |
| | |
| | Erika A. Inwald |
| | 33 Whitehall Street, 14th Floor |
| | New York, NY 10004 |
| | Phone: (646) 357-1100 |
| | Fax: (212) 202-4322 |
| | Email: einwald@hausfeld.com |
| | |
| | *Class Counsel for the Direct Purchaser Plaintiffs* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: August 1, 2024   By: *s/ Christopher S. Yates*
Christopher S. Yates

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5   JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB