UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*End Payer Plaintiffs*<br><br>*Direct Purchaser Plaintiffs* | Case No.: 15md2670-DMS (MSB)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE PRELIMINARY APPROVAL PAPERS**<br>**[ECF NO. 3275]** |
|---|---|

    Presently before the Court is a Joint Motion by Defendants StarKist Co. ("StarKist") and Dongwon Industries Co., Ltd. ("DWI"); Defendants Lion Capital (Americas), Inc. and specially appearing Defendants Lion Capital LLP and Big Catch Cayman LP (collectively, the "Lion Companies"); End Payer Plaintiffs ("EPPs"); and Direct Purchaser Plaintiffs ("DPPs") asking to continue the deadline for the EPPs and DPPs to file their preliminary approval papers from August 1, 2024, to August 9, 2024. (ECF No. 3275.) The Court previously granted a one-week extension on July 24, 2024. (ECF No. 3273.) Good cause appearing, the Court **GRANTS** the Joint Motion as follows:

    1. The deadline for the EPPs and DPPs to file their preliminary approval papers is

CONTINUED to **August 9, 2024**.

2. The Settlement Disposition Conference is **CONTINUED** from August 8, 2024, to **August 20, 2024**, at **1:30 p.m.**

**IT IS SO ORDERED**.

Dated:  August 1, 2024

Honorable Michael S. Berg
United States Magistrate Judge