LATHAM & WATKINS LLP
Alfred C. Pfeiffer (CA 120965)
Christopher S. Yates (CA 161273)
Belinda S Lee (CA 199635)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
al.pfeiffer@lw.com
chris.yates@lw.com
belinda.lee@lw.com
ashley.bauer@lw.com

LATHAM & WATKINS LLP
Jason M. Ohta (CA 211107)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450
jason.ohta@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

[Additional counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br>(1) Direct Purchaser Plaintiffs<br>(2) End Payer Plaintiffs | Case No. 3:15-md-02670-DMS-MSB<br><br>MDL No. 2670<br><br>**JOINT MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE PRELIMINARY APPROVAL PAPERS**<br><br>Date:    August 20, 2024<br>Time:    1:30 PM<br>Judge:   Hon. Michael S. Berg<br>Courtroom: 2C (2nd Floor) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

Pursuant to Civil Rule 7.2 of the Local Rules of the United States District Court for the Southern District of California, Defendants, StarKist Co. ("StarKist") and Dongwon Industries Co., Ltd. ("DWI"), Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendants Lion Capital LLP and Big Catch Cayman LP (collectively, the "Lion Companies"), Direct Purchaser Plaintiffs ("DPPs"), and End Payer Plaintiffs ("EPPs") hereby stipulate to the following and, based thereon, respectfully jointly move this Court for an order approving this stipulation:

WHEREAS, on June 25, 2024, this Court issued an Order confirming settlements between EPPs, DPPs, Defendants StarKist, DWI, and the Lion Companies and ordering the EPPs and DPPs to file their motions for preliminary approval of class settlements no later than July 25, 2024 (ECF No. 3269);

WHEREAS, on July 24, 2024, this Court issued an Order extending the deadline for EPPs and DPPs to file their motions for preliminary approval of class settlements to August 1, 2024 (ECF No. 3273);

WHEREAS, on August 1, 2024, this Court issued an Order extending the deadline for EPPs and DPPs to file their motions for preliminary approval of class settlements to August 9, 2024 (ECF No. 3276);

WHEREAS, the Parties are continuing to work on finalizing their settlement agreements and Plaintiffs are working to file a motion seeking the Court's preliminary approval of the settlement;

WHEREAS, in light of the agreement in principle and the efforts to finalize the settlements, the Parties believe it is prudent to preserve judicial resources as well as the Parties' own resources by requesting an extension of time on Plaintiffs' motions seeking the Court's preliminary approval.

Therefore, StarKist, DWI, Lion Companies, EPPs, and DPPs hereby agree and STIPULATE that

1. The deadline for EPPs' and DPPs' filing of preliminary approval papers shall be moved from August 9, 2024 to August 13, 2024.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

1

2. The deadline for the Settlement Disposition Conference shall not be continued and remains August 20, 2024 at 1:30 pm.

**IT IS SO STIPULATED.**

Dated: August 8, 2024       LATHAM & WATKINS LLP

By: *s/ Christopher S. Yates*
Alfred C. Pfeiffer (CA 120965)
Christopher S. Yates (CA 161273)
Belinda S Lee (CA 199635)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email:  al.pfeiffer@lw.com
        chris.yates@lw.com
        belinda.lee@lw.com
        ashley.bauer@lw.com

Jason M. Ohta (CA 211107)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858-523-5400
Facsimile: 858-523-5450
Email: jason.ohta@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

Dated: August 8, 2024       SULLIVAN & CROMWELL LLP

By: *s/ Adam S. Paris*

Adam S. Paris (CA 190693)
Brandon T. Wallace (CA 323471)
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-712-6600
Facsimile: 310-712-8800
Email: parisa@sullcrom.com
       wallaceb@sullcrom.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

Paul Lazarow (CA 311496)
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: 650-461-5685
Facsimile: 650-461-5700
Email: lazarowp@sullcrom.com

*Counsel for Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendants Lion Capital LLP and Big Catch Cayman LP*

Dated: August 8, 2024

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: ___s/ Betsy C. Manifold___
Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
Symphony Towers
750 B Street, Suite 2770
San Diego, CA  92101
Tel: (619) 239-4599
Fax: (619) 234-4599
E-mail: manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

Mark C. Rifkin
Thomas H. Burt
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
E-mail: rifkin@whafh.com
burt@whafh.com

*Counsel for the End Payer Plaintiffs and the End Payer Plaintiff Class*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

Dated: August 8, 2024

HAUSFELD LLP

By:   s/ *Christopher L. Lebsock*
Michael P. Lehmann
Christopher L. Lebsock
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeld.com
clebsock@hausfeld.com

Michael D. Hausfeld
888 16th Street NW, Suite 300
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
Email: mhausfeld@hausfeld.com

Erika A. Inwald
33 Whitehall Street, 14th Floor
New York, NY 10004
Phone: (646) 357-1100
Fax: (212) 202-4322
Email: einwald@hausfeld.com

*Class Counsel for the Direct Purchaser Plaintiffs*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT MOTION TO CONTINUE PLAINTIFFS'
DEADLINE TO FILE PRELIM. APPROVAL PAPERS
3:15-md-02670-DMS-MSB

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: August 8, 2024

By: *s/ Christopher S. Yates*
Christopher S. Yates

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*