UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Plaintiffs*<br><br>*End Payer Plaintiffs* | Case No.:  15md2670-DMS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE PRELIMINARY APPROVAL PAPERS [ECF NO. 3277]** |

Presently before the Court is a Joint Motion by Defendants StarKist Co. ("StarKist") and Dongwon Industries Co., Ltd. ("DWI"); Defendant Lion Capital (Americas), Inc. and specially appearing Defendants Lion Capital LLP and Big Catch Cayman LP (collectively, the "Lion Companies"); Direct Purchaser Plaintiffs ("DPPs"); and End Payer Plaintiffs ("EPPs") asking to continue the deadline for the DPPs and EPPs to file their preliminary approval papers from August 9, 2024, to August 13, 2024.  (ECF No. 3277.)  Good cause appearing, the Court **GRANTS** the Joint Motion as follows:

1. The deadline for the DPPs and EPPs to file their preliminary approval papers is **CONTINUED** to **August 13, 2024**.

2. The Settlement Disposition Conference remains **August 20, 2024**, at **1:30 p.m.**

   **IT IS SO ORDERED**.

Dated:  August 9, 2024

Honorable Michael S. Berg
United States Magistrate Judge