# Exhibit F

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>The Direct Purchaser Plaintiff Class Action Track | Case No. 15-MD-2670 JLS (MSB) |

ADDENDUM EXPERT REPORT OF DR. ANDRES V. LERNER

May 21, 2024

HIGHLY CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**TABLE OF CONTENTS**

I. INTRODUCTION ...................................................................................................................1

    A. QUALIFICATIONS ......................................................................................................1

    B. BACKGROUND AND ASSIGNMENT.............................................................................2

    C. SUMMARY OF FINDINGS ..........................................................................................4

II. CORRECTIONS TO DR. MANGUM'S ANALYSIS OF OVERCHARGES TO DPPS......................5

    A. OVERVIEW ...............................................................................................................5

    B. DR. MANGUM'S "SINGLE OVERCHARGE" REGRESSION MODEL .......................8

    C. DR. MANGUM'S SEPARATE "BY-DEFENDANT" REGRESSION MODELS ...........11

    D. DR. MANGUM'S REGRESSION MODEL OF THAI UNION GROUP .......................14

III. MY REGRESSION MODEL CONTINUES TO SHOW LITTLE (IF ANY) OVERCHARGES FROM THE ALLEGED CONSPIRACY ................................................................................15

    A. OVERVIEW .............................................................................................................15

    B. RESULTS EXCLUDING OPT-OUTS ..........................................................................16

    C. RESULTS FOR THE SUMMARY JUDGMENT PERIOD...............................................19

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**Table 13: Alleged Damages Estimates**
**Summary Judgment Period**

| DPP Specification | StarKist | Bumble Bee | COSI | Total |
|---|---|---|---|---|
| Including All Direct Purchasers in Overcharge and Damages | $10,223,516 | $8,276,151 | $7,384,079 | $25,883,746 |
| Including All Direct Purchasers in Overcharge & Excluding All Opt-Outs in Damages | $1,071,098 | $1,389,919 | $1,851,780 | $4,312,797 |
| Excluding All Opt-Outs in Overcharge and Damages | $625,235 | $811,341 | $1,080,944 | $2,517,520 |

Andres V. Lerner, Ph.D.
May 21, 2024

# Appendix C3

**Mangum Addendum: DPP Class Members**
**Bumble Bee, COSI, and Starkist**

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| 4 U CATALOG | 4 U CATALOG | Y | - |
| A&D SUPPLIES | A&D SUPPLIES | Y | - |
| A&R FOOD DISTRIBUTORS | A&R FOOD DISTRIBUTORS | Y | - |
| A&T ITALIAN FOODS | A&T ITALIAN FOODS | Y | - |
| AA PASTOSA | AA PASTOSA | Y | - |
| ACE ENDICO | ACE ENDICO | Y | - |
| ACME FOOD PRODUCTS | ACME FOOD PRODUCTS | Y | - |
| ACME FOOD SALES | ACME FOOD SALES | Y | - |
| ADAMS WHOLESALE COMPANY | ADAMS WHOLESALE COMPANY | Y | - |
| ADVANTAGE WEBCO DODGE HAWAII | ADVANTAGE WEBCO DODGE HAWAII | Y | - |
| AFI FOOD SERV DIST CO | PERFORMANCE FOOD SERVICE | - | Y |
| AKAMAI PACIFIC LLC | AKAMAI PACIFIC LLC | Y | - |
| ALANRIC FOOD DISTRIBUTORS | ALANRIC FOOD DISTRIBUTORS | Y | - |
| ALASKAN EXPRESS | ALASKAN EXPRESS | Y | - |
| ALDI | ALDI | - | Y |
| ALFA RESTAURANT | ALFA RESTAURANT | Y | - |
| ALL AMERICAN FOODS | ALL AMERICAN FOODS | Y | - |
| ALLISON'S GOURMET KITCHEN | ALLISON'S GOURMET KITCHEN | Y | - |
| ALMACEN BAYAMON | B FERNANDEZ Y HNOS | Y | - |
| ALMACEN BAYAMON | ECONO | Y | - |
| ALMACEN BAYAMON | JF MONTALVO INC | Y | - |
| ALMACEN BAYAMON | JOSE A VELEZ ROSADO | Y | - |
| ALMACEN BAYAMON | MR SPECIAL | Y | - |
| ALMACEN BAYAMON | RALPHS | Y | - |
| ALMACEN BAYAMON | SELECTOS | Y | - |
| ALMACEN BAYAMON | WALMART | Y | - |
| ALMAR | ALMAR | Y | - |
| ALPENA WHOLESALE | GREAT NORTH FOODS | Y | - |
| AMAZON | AMAZON | Y | - |
| AMELIAS GROCERY OUTLET | AMELIAS GROCERY | Y | - |
| AMERICAN FINE FOOD CORP | AMERICAN FINE FOOD CORP | Y | - |
| AMERICAN FOODS | AMERICAN FOODS | Y | - |
| ANGIES WHOLESALE GROCERIES INC | ANGIES WHOLESALE GROCERIES INC | Y | - |
| ASIA TRANS & CO | ASIA TRANS & CO | Y | - |
| ASM CONSOLIDATED | ROOSEVELT CAPITAL | Y | - |
| ASM CONSOLIDATED | STAR SNACKS | Y | - |
| ASM CONSOLIDATED | VERNON SALES | Y | - |
| ASSOC GROCERS AL | ASSOC GROCERS AL | Y | - |
| ASSOC GROCERS AL | ASSOC GROCERS SOUTH | Y | - |
| BADGER MURPHY FOODSERVICE | BADGER MURPHY FOODSERVICE | Y | - |
| BAGEL PLACE INC | BAGEL PLACE INC | Y | - |
| BAKEMARK | BAKEMARK | Y | - |
| BANNER WHOLESALE GROCERS | BANNER WHOLESALE GROCERS | Y | - |
| BARGAIN BARN | BARGAIN BARN | Y | - |
| BARGAIN WHOLESALE | 99 CENTS ONLY | Y | - |
| BARGAIN WHOLESALE | BARGAIN WHOLESALE | Y | - |
| BARTELL DRUG CO | BARTELL DRUG CO | Y | - |
| BATTAGLIA DISTRIBUTION CORP | BATTAGLIA DISTRIBUTION CORP | Y | - |
| BEAVER STREET FISHERIES | BEAVER STREET FISHERIES | Y | - |
| BEDESSE IMPORTS INC | BEDESSE IMPORTS INC | Y | - |
| BELL WHOLESALE GROC CO INC | BELL WHOLESALE GROC CO INC | Y | - |
| BEN E KEITH COMPANY, INC | BEN E KEITH COMPANY, INC | Y | - |
| BENJAMIN FOODS | BENJAMIN FOODS | Y | - |
| BEST DEAL FOOD COMPANY | BEST DEAL FOOD COMPANY | Y | - |
| BETHEL-ECKERT ENTERPRISES | BETHEL-ECKERT ENTERPRISES | Y | - |
| BIG APPLE DELI PRODUCTS INC | BIG APPLE DELI PRODUCTS INC | Y | - |
| BI-MART | BI-MART | Y | - |
| BJ'S WHOLESALE CLUB | BJ'S WHOLESALE CLUB | Y | - |
| BODEGA LATINA CORPORATION | EL SUPER | Y | - |
| BOZZUTOS | BOZZUTOS | Y | - |
| BOZZUTOS | MARS SUPERMARKETS INC | Y | - |
| BRENHAM WHOLESALE GROCERY | BRENHAM WHOLESALE GROCERY | Y | - |
| BRUEGGERS BAGELS | BRUEGGERS BAGELS | Y | - |
| BUEHLERS | BUEHLERS | Y | - |
| BURRIS LOGISTICS | BURRIS LOGISTICS | Y | - |
| BUST THE MOVE OF NY INC | BUST THE MOVE OF NY INC | Y | - |
| BUTTERFIELD FOODS | BUTTERFIELD FOODS | Y | - |

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| BUY THE CASE LLC | BUY THE CASE LLC | Y | - |
| C & D TRADING INC | C & D TRADING INC | Y | - |
| CA CURTZE | CA CURTZE | Y | - |
| CACCIATORE BROTHERS | CACCIATORE BROTHERS | Y | - |
| CALIFORNIA SUPERMARKETS | CALIFORNIA SUPERMARKETS | Y | - |
| CANTORO ITALIAN MARKET | CANTORO ITALIAN MARKET | Y | - |
| CAPITAL SALES COMPANY | CAPITAL SALES COMPANY | Y | - |
| CARAMAGNO FOODS | CARAMAGNO FOODS | Y | - |
| CARMELA FOODS, INC | CARMELA FOOD DISTRIBUTING | Y | - |
| CASA IMPORTS, INC | CASA IMPORTS, INC | Y | - |
| CEDAR FARMS COMPANY INC | CEDAR FARMS COMPANY INC | Y | - |
| CENTO FOODS | CENTO FINE FOODS, INC | Y | - |
| CENTRAL GROCERS COOP | CAPUTOS | Y | - |
| CENTRAL GROCERS COOP | CENTRAL GROCERS COOP | Y | - |
| CENTRAL GROCERS COOP | STRACK & VAN TIL | Y | - |
| CHEFS CHOICE CASH & CARRY FOOD DIST | CHEFS CHOICE CASH & CARRY FOOD DIST | Y | - |
| CHENEY BROTHERS INC | CHENEY BROTHERS INC | Y | - |
| CHICAGO HUB | SVT, LLC | Y | - |
| CHICAGO HUB | TONYS FINER FOODS | Y | - |
| CHICAGO HUB | WALTS FOODS | Y | - |
| CHIHADE | CHIHADE | Y | - |
| CHOICE YIELD | CHOICE YIELD | Y | - |
| CHRIST PANOS FOOD | CHRIST PANOS FOOD | Y | - |
| CLARO'S ITALIAN MKTS INC | CLARO'S ITALIAN MKTS INC | Y | - |
| COASTAL PACIFIC FOOD | COASTAL PACIFIC FOOD | Y | - |
| COBORNS | COBORNS | Y | - |
| COLORADO INDEPENDENT GROCERS | COLORADO INDEPENDENT GROCERS | Y | - |
| COMMUNITY FOOD BANK | COMMUNITY FOOD BANK OF NEW JERSEY | Y | - |
| COMPASS GROUP | COMPASS GROUP | Y | - |
| CONAGRA FOODS | CONAGRA FOODS | Y | - |
| CONCA DORO IMPORTERS INC | CONCA DORO IMPORTERS INC | Y | - |
| CONSOLIDATED SERVICE DISTRIBUTORS | CONSOLIDATED SERVICE DISTRIBUTORS | Y | - |
| COOPER BOOTH WHOLESALE COOP | COOPER BOOTH WHOLESALE COOP | Y | - |
| CORE-MARK | CORE-MARK | - | Y |
| CORE-MARK | FORREST CITY GROCERY | - | Y |
| COSI SAMPLES & DONATIONS | COS SAMPLES-FDS | Y | - |
| COSI SAMPLES & DONATIONS | COS SAMPLES-RET | Y | - |
| COSI SAMPLES & DONATIONS | COS SAMPLES-SMK | Y | - |
| COSI SAMPLES & DONATIONS | COSI SAMPLES & DONATIONS | Y | - |
| COSTCO | COSTCO | - | Y |
| COST-U-LESS | COST-U-LESS | Y | - |
| COUNTRY KITCHEN | COUNTRY KITCHEN | Y | - |
| COUNTRY MAID INC | COUNTRY MAID INC | Y | - |
| CREST DISCOUNT FOODS | CREST DISCOUNT FOODS | Y | - |
| CUMBERLAND FARMS INC | CUMBERLAND FARMS INC | Y | - |
| CUSTOMIZED DISTRIBUTION | CUSTOMIZED DISTRIBUTION | Y | - |
| CW DUNNETT | CW DUNNETT | Y | - |
| D COLUCCIO & SONS | D COLUCCIO & SONS | Y | - |
| D&B GROCERS | D&B GROCERS | Y | - |
| DAVID ROSEN BAKERY SUPPLY CO | DAVID ROSEN BAKERY SUPPLY CO | Y | - |
| DAWNS FOODS | DAWNS FOODS | Y | - |
| DEARBORN WHOLESALE GROCERS | DEARBORN WHOLESALE GROCERS | Y | - |
| DEISS SALES CO INC | DEISS SALES CO INC | Y | - |
| DEMOULAS SUPER MARKETS | DEMOULAS SUPER MARKETS | Y | - |
| DEMOULAS SUPER MARKETS | M & B DISTRIBUTOR/DEMOULAS | Y | - |
| DENNIS WHOLESALE FOOD INC | DENNIS WHOLESALE FOOD INC | Y | - |
| DERSTINES INC | DERSTINES | Y | - |
| DHX - FREIGHT TERMINAL | DHX - FREIGHT TERMINAL | Y | - |
| DIAL INDUSTRIES | DIAL INDUSTRIES | Y | - |
| DIERBERG'S MARKETS INC | DIERBERG'S MARKETS INC | Y | - |
| DIERKS WAUKESHA | DIERKS WAUKESHA | Y | - |
| DISCOUNT DRUG MART INC | DISCOUNT DRUG MART INC | Y | - |
| DON QUIJOTE | DON QUIJOTE | Y | - |
| DONAHUE BROTHERS INC | DONAHUE BROTHERS INC | Y | - |
| DORIGNACS FOOD CENTER | DORIGNACS FOOD CENTER | Y | - |
| DOS AMIGOS DISTRIBUTORS | DOS AMIGOS DISTRIBUTORS | Y | - |
| DOWNEY WHOLESALE | DOWNEY WHOLESALE | Y | - |
| DRISCOLL FOODS | METROPOLITAN FOODS | Y | - |
| DUCKWALL ALCO STORES INC | DUCKWALL ALCO STORES INC | Y | - |

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| E & S | E & S | Y | - |
| EA PA AO (DOT) | SYSCO | Y | - |
| EBY BROWN CO | EBY BROWN CO | - | Y |
| ECONOMY CASH & CARRY | ECONOMY CASH & CARRY | Y | - |
| ECONOMY WHOLESALE CO | ECONOMY WHOLESALE CO | Y | - |
| EINSTEIN & NOAH CORP | EINSTEIN BROS | Y | - |
| ELK INTERNATIONAL | ELK INTERNATIONAL | Y | - |
| ELKHORN MOUNTAIN | ELKHORN MOUNTAIN RESOURCES | Y | - |
| EMPIRE SEAFOODS | EMPIRE SEAFOODS | Y | - |
| FEEDING AMERICA | COMMUNITY FOOD BANK | Y | - |
| FEEDING AMERICA | COMMUNITY FOOD BANK OF NEW JERSEY | Y | - |
| FEEDING AMERICA | CONNECTICUT FOOD BANK | Y | - |
| FEEDING AMERICA | FEEDING AMERICA | Y | - |
| FEEDING AMERICA | FOOD BANK OF CENTRAL NEW YORK | Y | - |
| FEEDING AMERICA | FOOD BANK OF WESTERN MA | Y | - |
| FEEDING AMERICA | FOODLINK | Y | - |
| FEEDING AMERICA | GOOD SHEPARD FOOD BANK | Y | - |
| FEEDING AMERICA | GREATER CHICAGO FOOD | Y | - |
| FEEDING AMERICA | HARVESTERS-THE COMMUNITY | Y | - |
| FEEDING AMERICA | MERRIMACK VALLEY FOOD BANK | Y | - |
| FEEDING AMERICA | NORTHERN ILLINOIS FOOD BANK | Y | - |
| FEEDING AMERICA | SECOND HARVEST | Y | - |
| FEEDING AMERICA | SECOND HARVEST HEARTLAND | Y | - |
| FEEDING AMERICA | THE GREATER BOSTON FOOD BANK | Y | - |
| FERRARINI GOURMET EMPORIO | FERRARINI GOURMET EMPORIO | Y | - |
| FISCHER FOODS | FISCHER FOODS | Y | - |
| FISHERMANS LANDING CORP | FISHERMAN'S CANNING CORP | Y | - |
| FLORIDA FOOD SERVICE | FLORIDA FOOD SERVICE | Y | - |
| FOCASTLE FARM COUNTRY STORE | FOCASTLE FARM COUNTRY STORE | Y | - |
| FOOD BANK NYC | FOOD BANK NYC | Y | - |
| FOOD MARKETING | FOOD MARKETING CORP | Y | - |
| FOOD MARKETING | SUPERVALU | Y | - |
| FOOD MAXX | FOODMAXX SAVE MART | Y | - |
| FOOD SOURCE | FOOD SOURCE | Y | - |
| FOODCO DISTRIBUTORS | FOODCO DISTRIBUTORS | Y | - |
| FOODS GALORE INC | FOODS GALORE INC | Y | - |
| FORREST CITY GROCERY | FORREST CITY GROCERY | Y | - |
| FORTHS FOOD INC | FORTHS FOOD INC | Y | - |
| FREDS INC DOLLAR | FREDS INC DOLLAR | Y | - |
| FRENCH GOURMET | FRENCH GOURMET | Y | - |
| FRESH & EASY FENM INC | FRESH & EASY | Y | - |
| FRESH ENCOUNTERS | FRESH ENCOUNTER | Y | - |
| FRESH GRILL LLC | FRESH GRILL LLC | Y | - |
| FRIENDLY MARKET CENTER | FRIENDLY MARKET CENTER | Y | - |
| FRISCH'S RESTAURANTS, INC | FRISCH'S COMMISARY | Y | - |
| FUJI FOOD PRODUCTS INC | FUJI FOOD PRODUCTS INC | Y | - |
| FUTURE FOOD LTD | SANTA BARBARA BAY FOODS | Y | - |
| GA FOOD SERVICE | GA FOOD SERVICE | Y | - |
| GALOT INC | GALOT INC | Y | - |
| GARBER BROTHERS INC | GARBER BROTHERS INC | Y | - |
| GELSON MARKET | GELSON MARKET | Y | - |
| GENERAL MILLS | GENERAL MILLS | Y | - |
| GENERAL TRADING CO | GENERAL TRADING CO | Y | - |
| GENERE FOOD CORP | GENERE FOOD CORP | Y | - |
| GEORGE DELALLO CO | GEORGE DELALLO CO | Y | - |
| GEORGE W GROETSCH INC | GROETSCH WHLSLE GROCERS | Y | - |
| GIANCOLA BROS INC | GIANCOLA BROS INC | Y | - |
| GIUNTAS WAREHOUSE INC | GIUNTAS WAREHOUSE INC | Y | - |
| GLOBAL FOODS INC | NORTH TEXAS FOOD BANK | Y | - |
| GLOBAL PRODUCT & LOGISTIC SERVICES | GLOBAL PRODUCT & LOGISTIC SERVICES | Y | - |
| GLOBAL PRODUCT DISTRIBUTION INC | GLOBAL PRODUCT DISTRIBUTION INC | Y | - |
| GNGS FOODS | GNGS FOODS | Y | - |
| GOLD COAST SALADS | GOLD COAST SALADS | Y | - |
| GOLDBERG & SOLOVY FOODS | GOLDBERG & SOLOVY FOODS | Y | - |
| GOLDEN BAY FOODS | GOLDEN BAY FOODS | Y | - |
| GOLDEN CUISINE LLC | GOLDEN CUISINE LLC | Y | - |
| GOLDEN STATE CARE PACKAGES INC | GOLDEN STATE CARE PACKAGES INC | Y | - |
| GONGCO FOODS | FOOD 4 LESS | Y | - |
| GOOD SOURCE DOLLAR | FOOD BANK NYC | Y | - |

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| GOOD SOURCE SOLUTIONS | OREGON FOOD BANK | Y | - |
| GOURMET FOODS INTERNATIONAL | GOURMET FOODS INTERNATIONAL | Y | - |
| GRAND AVE FOOD SUPPLY INC | GRAND AVE FOOD SUPPLY INC | Y | - |
| GRAYS WHOLESALE INC | GRAYS WHOLESALE INC | Y | - |
| GREAT NORTH FOODS | GREAT NORTH FOODS | Y | - |
| GRECO & SONS | GRECO & SONS | Y | - |
| GREEN CUISINE INC | GREEN CUISINE INC | Y | - |
| GROCERY OUTLET | AMELIAS GROCERY | Y | - |
| GROCERY OUTLET | GROCERY OUTLET | Y | - |
| H SCHRIER & CO INC | H SCHRIER & CO INC | Y | - |
| HADDON HOUSE | HADDON HOUSE | Y | - |
| HANS KISSLE COMPANY LLC | HANS KISSLE COMPANY LLC | Y | - |
| HARBOR TRADING COMPANY | HARBOR TRADING COMPANY | Y | - |
| HARBOR WHOLESALE GROCERY | HARBOR WHOLESALE GROCERY | Y | - |
| HAROLD LEVINSON ASSOCIATES | HAROLD LEVINSON ASSOCIATES | Y | - |
| HAWAII KTA/FOODLAND | FOODLAND | Y | - |
| HAWAII KTA/FOODLAND | HAWAII KTA/FOODLAND | Y | - |
| HAWAII KTA/FOODLAND | SACK N SAVE | Y | - |
| HEINENS | BELL WHOLESALE GROC CO INC | Y | - |
| HEINENS | FISHER FOODS MARKETING INC | Y | - |
| HEINENS | HEINENS | Y | - |
| HEINZ | HEINZ | Y | - |
| HEINZ | HEINZ FROZEN FOOD COMPANY | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | AMERICAN BOUNTY | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | AMERICAN PRESIDENT LINES | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | AMERIQUAL PACKAGING | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | BAKAKERS SPECIALTY FOODS, INC | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | COASTAL PACIFIC FOOD | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | EAT'N PARK | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | EMPIRE WAREHOUSE | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | FRIENDLY ICE CREAM | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | GEORGIA WHOLESALE | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | GP - PEACHTREE LOGISTICS LLC | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | HEINZ NORTH AMERICA 57 CENTER | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | HJ HEINZ COMPANY | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | KEEFE SUPPLY CO | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | M5-GENCO SOUTHERN CALIFORNIA | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | SANTA BARBARA BAY FOODS | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | SHIP SIDE FOOD SERVICE | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | SKUS SAMPLE CUSTOMER | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | SOPAKCO INC | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | SUMA TRADING | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | SYGMA | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | SYSCO | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | THE WORNICK COMPANY | Y | - |
| HEINZ NORTH AMERICA 57 CENTER | US FOODS | Y | - |
| HERRIS GOURMET INC | HERRIS GOURMET INC | Y | - |
| HILLERS SHOPPING CENTER MARKET | HILLERS SHOPPING CENTER MARKET | Y | - |
| HILO RICE MILL CO LTD | HILO RICE MILL CO LTD | Y | - |
| HOMELAND STORES | HOMELAND STORES | Y | - |
| HOOPLE COUNTRY KITCHENS | HOOPLE COUNTRY KITCHENS | Y | - |
| HOSTESS BRANDS | LOU MISTERLY FOOD SALES INC | Y | - |
| HOSTESS BRANDS | SERVICE WAREHOUSE CORP | Y | - |
| HT HACKNEY | HT HACKNEY | Y | - |
| IMPORTADORA RICAMAR SA | IMPORTADORA RICAMAR SA | Y | - |
| INDIVIDUAL FOODSERVICE | INDIVIDUAL FOODSERVICE | Y | - |
| INFANT AND NUTRIONAL PRODUCTS  INC | INFANT AND NUTRIONAL PRODUCTS INC | Y | - |
| INGARDIA BROS | INGARDIA BROS | Y | - |
| INGLES MARKETS INC | INGLES MARKETS INC | - | Y |
| INLAND SEAFOOD | INLAND SEAFOOD | Y | - |
| INNER WORKINGS | INNER WORKINGS CINCINNATI | Y | - |
| INSTITUTIONAL FOOD HOUSE | INSTITUTIONAL FOOD HOUSE | Y | - |
| INTERNATIONAL WHOLESALE | INTERNATIONAL WHOLESALE | Y | - |
| INTERNAT'L SALES & MKTG | A SEABRA FOODS | Y | - |
| INTERNAT'L SALES & MKTG | C&S WHOLESALE GROCERS | Y | - |
| INTERNAT'L SALES & MKTG | DEL MAXIMO | Y | - |
| INTERNAT'L SALES & MKTG | EL CONDOR | Y | - |
| INTERNAT'L SALES & MKTG | FAMILY FOOD DISTRIBUTORS | Y | - |
| INTERNAT'L SALES & MKTG | GROCERY OUTLET | Y | - |

4

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| INTERNAT'L SALES & MKTG | INTERNAT'L SALES & MKTG | Y | - |
| INTERNAT'L SALES & MKTG | MONTALVANS SALES | Y | - |
| IRA HIGDON GROCERY CO | IRA HIGDON GROCERY CO | Y | - |
| ISHIHARA MARKET LTD | ISHIHARA MARKET LTD | Y | - |
| ITALFOODS, INC | ITALFOODS, INC | Y | - |
| J & D FOODSERVICE | J & D FOODSERVICE | Y | - |
| J HARA STORE INC | J HARA STORE INC | Y | - |
| J POLEP DISTRIBUTION SERVICES | J POLEP DISTRIBUTION SERVICES | Y | - |
| J T DAVENPORT & SONS | J T DAVENPORT & SONS | Y | - |
| J WINKLER AND SONS, INC | J WINKLER AND SONS, INC | Y | - |
| JA FOODSERVICE | JA FOODSERVICE | Y | - |
| JETRO CASH & CARRY | JETRO CASH & CARRY | Y | - |
| JOHN ACCARDI FOOD PRODUCT | ACCARDI FOODS INC | Y | - |
| JOHN F GREER & ASSOCIATES INC | JOHN F GREER & ASSOCIATES INC | Y | - |
| JOS ANTOGNOLI & CO | JOS ANTOGNOLI & CO | Y | - |
| JOSE' SANTIAGO, INC | JOSE' SANTIAGO, INC | Y | - |
| JOZEV PRODUCTS INC | JOZEV PRODUCTS INC | Y | - |
| JT DAVENPORT & SONS | JT DAVENPORT & SONS | Y | - |
| JUST RIGHT PACKAGES | JUST RIGHT PACKAGES | Y | - |
| K BRAND INC | K BRAND INC | Y | - |
| KB SPECIALTY FOODS | KB SPECIALTY FOODS | Y | - |
| KEHE FOOD DISTRIBUTORS INC | KEHE FOOD DISTRIBUTORS INC | Y | - |
| KELLOGG SUPPLY INC | KELLOGG SUPPLY INC | Y | - |
| KEY FOOD STORES | ALMONTE HEIGHTS FOOD CORP | Y | - |
| KEY FOOD STORES | ALMONTE LANDS FOOD CORP | Y | - |
| KEY FOOD STORES | FOOD UNIVERSE | Y | - |
| KEY FOOD STORES | KEY FOOD STORES | Y | - |
| KEY FOOD STORES | WAVERLY MARKET | Y | - |
| KING FISH INC | KING FISH INC | Y | - |
| KINGS SEAFOOD | KINGS SEAFOOD | Y | - |
| KINNEY DRUG CO | KINNEY DRUG CO | Y | - |
| KOSHER PROVISIONS INC | KOSHER PROVISIONS INC | Y | - |
| KRAFT FOOD | KRAFT FOOD | Y | - |
| KTA | KTA SUPER STORES | Y | - |
| KV MART CO | KV MART CO | Y | - |
| KWONG YET LUNG CO | KWONG YET LUNG CO | Y | - |
| L & K DISTRIBUTORS INC | L & K DISTRIBUTORS INC | Y | - |
| LA FOODS | LA FOODS | Y | - |
| LA INDEPENDENTS | EL SUPER | Y | - |
| LA INDEPENDENTS | EL TAPATIO | Y | - |
| LA INDEPENDENTS | KV MART CO | Y | - |
| LA INDEPENDENTS | NORTHGATE MARKETS | Y | - |
| LA INDEPENDENTS | PROS RANCH MARKET | Y | - |
| LA INDEPENDENTS | SUPERIOR DISTRIBUTION CENTER | Y | - |
| LAUREL GROCERY CO | HEINENS | Y | - |
| LAUREL GROCERY CO | LAUREL GROCERY CO | Y | - |
| LEWIS GROCER | LEWIS GROCER | Y | - |
| LEWISCO HOLDINGS | LEWISCO HOLDINGS | Y | - |
| LIBERTY INTERNATIONAL WHOLESALE | LIBERTY INTERNATIONAL WHOLESALE | Y | - |
| LIBERTY USA | LIBERTY USA | Y | - |
| LIPARI FOODS INC | LIPARI FOODS INC | Y | - |
| LONG ISLAND CARES INC | LONG ISLAND CARES | Y | - |
| LONGS DRUG STORES INC | LONGS DRUG STORES INC | Y | - |
| LUNDS MITCHELL ROAD | LUNDS MITCHELL ROAD | Y | - |
| LYONS SPECIALITY CO LLC | LYONS SPECIALITY CO LLC | Y | - |
| M & R FROSTED FOODS CO INC | M & R FROSTED FOODS CO INC | Y | - |
| M BERNSTEIN & SONS | M BERNSTEIN & SONS | Y | - |
| M R WILLIAMS IN | M R WILLIAMS IN | Y | - |
| M ZUKERMAN & CO | M ZUKERMAN & CO | Y | - |
| MACKOUL DISTRIBUTORS INC | MACKOUL DISTRIBUTORS INC | Y | - |
| MAJESTIC SALES | MAJESTIC SALES | Y | - |
| MALONE MEAT & POULTRY INC | MALONE MEAT & POULTRY INC | Y | - |
| MARS SUPERMARKETS INC | MARS SUPERMARKETS INC | Y | - |
| MARSH SUPERMARKETS | MARSH SUPERMARKETS | Y | - |
| MARUKAI WHOLESALE | MARUKAI WHOLESALE | Y | - |
| MARUKAI WHOLESALE MART | MARUKAI WHOLESALE | Y | - |
| MASON BROS COMPANY, INC | MASON BROS COMPANY, INC | Y | - |
| MATTOON RURAL KING SUPPLY INC | MATTOON RURAL KING SUPPLY INC | Y | - |
| MAXIMUM QUALITY FOODS INC | MAXIMUM QUALITY FOODS INC | Y | - |

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| MBM CORP | MBM CORP | Y | - |
| MCFARLING FOODS | MCFARLING FOODS | Y | - |
| MED-DIET LABORATORIES INC | MED-DIET LABORATORIES INC | Y | - |
| MENDEZ & CO | HATILLO CASH CARRY, INC | Y | - |
| MENDEZ & CO | MENDEZ & CO SALMON | Y | - |
| MENDEZ & CO | PEREZ CASH & CARRY | Y | - |
| MENDEZ & CO | PONCE C & C - MORELL CAMPOS | Y | - |
| MENDEZ & CO | S/M SELECTO INC-CTRO DIST | Y | - |
| MENDEZ & CO | SUPERMERCADO MAXIMO, INC | Y | - |
| MENDEZ & CO | SUPERMERCADOS ECONO | Y | - |
| MENDEZ & CO | SUPERMERCADOS MR SPECIAL INC | Y | - |
| MENDEZ & CO | WALMART | Y | - |
| MERCHANTS EXPORT | MERCHANT'S EXPORT INC | Y | - |
| MERIT FOODS LLC | MERIT FOODS LLC | Y | - |
| MERRIDIAN DISTRIBUTORS INC | MERRIDIAN DISTRIBUTORS INC | Y | - |
| MIAMI WHOLESALERS | ASSOCIATED GROCERS | Y | - |
| MIAMI WHOLESALERS | PRESIDENTE | Y | - |
| MIAMI WHOLESALERS | REX DISCOUNT CASH & CARRY | Y | - |
| MIAMI WHOLESALERS | SOUTHEAST WHOLESALE FOODS | Y | - |
| MIAMI WHOLESALERS | THE BOYS FARMERS MARKET INC | Y | - |
| MID MOUNTAIN FOODS | FOOD CITY | Y | - |
| MIDDENDORF QUALITY FOODS | PERFRMANCE FDSV MIDDNDORF | Y | - |
| MINERS | MINERS | Y | - |
| MISAKIS INC | MISAKIS INC | Y | - |
| MITCHELL GROCERY | MITCHELL GROCERY | Y | - |
| MIVILA | MIVILA | Y | - |
| MONTE CARLO - ITALIA FOOD | MONTE CARLO - ITALIA FOOD | Y | - |
| MOTHERS NUTRITIONAL CNTR | MOTHERS NUTRITIONAL CNTR | Y | - |
| NAARCISS INTERNATIONAL | MIEL FOODS | Y | - |
| NATIONAL FOOD GROUP | BATEMAN SENIOR | Y | - |
| NATIONAL FOOD GROUP | NATIONAL FOOD GROUP | Y | - |
| NATIONAL SALES GROUP | NATIONAL SALES GROUP | Y | - |
| NELLIES PROVISIONS | NELLIES PROVISIONS | Y | - |
| NICOLAS VILLALBA | NORTH & SOUTH | Y | - |
| NORTHGATE MARKETS | NORTHGATE MARKETS | Y | - |
| NUGGET MARKET | NUGGET MARKET | Y | - |
| NUTRICION FUNDAMENTAL | NUTRICION FUNDAMENTAL | Y | - |
| NY WHOLESALE GROCERS | NY WHOLESALE GROCERS | Y | - |
| NYC FOOD BANK | FOOD BANK NYC | Y | - |
| OCEAN VIEW MARKET | OCEAN VIEW MARKET | Y | - |
| OCTOBER INC | OCTOBER INC | Y | - |
| OHIO FARMERS | OHIO FARMERS | Y | - |
| OKIMOTO | OKIMOTO | Y | - |
| OLEAN WHOLESALE GROCERY | OLEAN WHOLESALE GROCERY | Y | - |
| OLINDOS IMPORTED FDS | OLINDOS IMPORTED FDS | Y | - |
| ORLANDO GRECO & SONS | ORLANDO GRECO & SONS | Y | - |
| PACIFIC FOODS NY CORP | PACIFIC FOODS NY CORP | Y | - |
| PACIFIC SEAFOOD | PACIFIC SEAFOOD | Y | - |
| PAK-RITE INDUSTRIES INC | PAK-RITE INDUSTRIES INC | Y | - |
| PALMIER DELI | PALMIER DELI | Y | - |
| PASTENE CO LTD | PASTENE CO LTD | Y | - |
| PENNSYLVANIA MACARONI CO | PENNSYLVANIA MACARONI CO | Y | - |
| PERFORMANCE FOOD GROUP | PERFORMANCE FOOD GROUP | - | Y |
| PETERSON COMPANY | PETERSON COMPANY | Y | - |
| PIGGLY WIGGLY | PIGGLY WIGGLY | Y | - |
| PITCO FOODS | PITCO | Y | - |
| PLATINUM DISTRIBUTION | PLATINUM DISTRIBUTION | Y | - |
| PON FOOD CORPORATION | PON FOOD CORPORATION | Y | - |
| PORT ROYAL SALES | PORT ROYAL SALES | Y | - |
| PQ NEW YORK | PQ NEW YORK | Y | - |
| PREMIUM FOODS | PREMIUM FOODS | Y | - |
| PRICESMART | PRICESMART | Y | - |
| PRO GROUP | PRO GROUP | Y | - |
| PROJECT OPEN HAND | PROJECT OPEN HAND | Y | - |
| PROS RANCH MARKET | PROS RANCH MARKET | Y | - |
| PUKALANI MARKET | PUKALANI MARKET | Y | - |
| PUNA PLANTATION | KTA SUPER STORES | Y | - |
| QUAKER SUGAR | QUAKER SUGAR | Y | - |
| QUALITY FOOD PRODUCTS | QUALITY FOOD PRODUCTS | Y | - |

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| QUALITY GROCERIES INC | QUALITY GROCERIES INC | Y | - |
| QUALITY NATURALLY FOODS | QUALITY NATURALLY FOODS | Y | - |
| QUINN SUPERS | AMAYOSHI | Y | - |
| QUINN SUPERS | AS DISTRIBUTION | Y | - |
| R F OWENS | R F OWENS | Y | - |
| R N MARKET | R N MARKET | Y | - |
| RAMPART MARKETING | RAMPART MARKETING | Y | - |
| RED APPLE | RED APPLE | Y | - |
| REDNERS MARKETS | GWR DC | Y | - |
| REDNERS MARKETS | REDNERS MARKETS | Y | - |
| REINHART | REINHART | Y | - |
| REMA FOODS | REMA FOODS | Y | - |
| REMKE MARKETS | REMKE MARKETS | Y | - |
| RENZI FOODSERVICE | RENZI FOODSERVICE | Y | - |
| RESTAURANT DEPOT | RESTAURANT DEPOT | Y | - |
| RF OWENS | RF OWENS | Y | - |
| RH RENY | RH RENY | Y | - |
| RITE AID | RITE AID | Y | - |
| R-N MARKET INC | TKJ TRUCKING | Y | - |
| ROADTOWN WHOLESALE | ROADTOWN WHOLESALE | Y | - |
| ROBINSON ENTERPRISE | ROBINSON ENTERPRISE | Y | - |
| ROSA FOOD PRODUCTS | ROSA FOOD PRODUCTS | Y | - |
| ROSSELI FOODS | ROSSELI FOODS | Y | - |
| ROTHSTEIN CORP | ROTHSTEIN CORP | Y | - |
| RUBINELLI | RUBINELLI | Y | - |
| RUBINO'S ITALIAN FOODS | RUBINO'S ITALIAN FOODS | Y | - |
| S ABRAHAM & SONS | S ABRAHAM & SONS | Y | - |
| S F I CORPORATION | SMART & FINAL | Y | - |
| SAJ USA DRUG | SAJ USA DRUG | Y | - |
| SALADINOS INC | SALADINOS INC | Y | - |
| SAN DIEGO FOODBANK | SAN DIEGO FOOD BANK | Y | - |
| SARAU DISTRIBUTORS | SARAU DISTRIBUTORS | Y | - |
| SCHIESS DISTRIBUTORS INC | SCHIESS DISTRIBUTORS INC | Y | - |
| SECOND HARVEST | SECOND HARVEST | Y | - |
| SECOND HARVEST HEARTLAND | SECOND HARVEST HEARTLAND | Y | - |
| SENDIKS FOOD MARKETS | SENDIKS FOOD MARKETS | Y | - |
| SHAKER VALLEY FOODS | SHAKER VALLEY FOODS | Y | - |
| SHAMROCK FOODS | SHAMROCK FOODS | Y | - |
| SHAVER FOODS | SHAVER FOODS | Y | - |
| SHERMS THUNDERBIRD MARKET | SHERMS THUNDERBIRD MARKET | Y | - |
| SHIMAS MARKET | SHIMAS MARKET | Y | - |
| SHIMAYA SHOTEN | SHIMAYA SHOTEN | Y | - |
| SHIP SIDE FOOD SERVICE | SHIP SIDE FOOD SERVICE | Y | - |
| SHOP RITE | KLEINS | Y | - |
| SHOPKO | SHOPKO | Y | - |
| SIDARIS ITALIAN FOODS | SIDARIS ITALIAN FOODS | Y | - |
| SKUS SAMPLE CUSTOMER | SKUS SAMPLE CUSTOMER | Y | - |
| SMART & FINAL | SMART & FINAL | Y | - |
| SODEXO | SODEXO | Y | - |
| SODEXO | UNIVERSAL OGDN | Y | - |
| SONOCO CORRFLEX | SONOCO CORRFLEX | Y | - |
| SOUTH PACIFIC WHOLESALERS IMPORTS | SOUTH PACIFIC WHOLESALERS IMPORTS | Y | - |
| SOUTHCO DISTRIBUTING COMPANY | SOUTHCO DISTRIBUTING COMPANY | Y | - |
| SOUTHEAST FOODS | PRESIDENT SUPERMARKET | Y | - |
| SOUTHEAST FOODS | SOUTHEAST WHOLESALE FOODS | Y | - |
| SOUTHEAST WHOLESALE FOODS | SOUTHEAST WHOLESALE FOODS | Y | - |
| SOUTHWEST TRADERS | SOUTHWEST TRADERS | Y | - |
| SPARTAN NASH | SUPER FOODS | Y | - |
| SPECIALTY FOOD | SPECIALTY FOOD | Y | - |
| SPRINGFIELD GROCER COMPANY | SPRINGFIELD GROCER COMPANY | Y | - |
| STANS COFFEE | STANS COFFEE | Y | - |
| STATER BROS | STATER BROS | Y | - |
| STEERFORTH TRADING INC | STEERFORTH TRADING INC | Y | - |
| STEPHEN L LA FRANCE | USA DRUG | Y | - |
| STERLING INT'L MERCANTILE, INC. | STERLING INTERNATIONAL MERC | Y | - |
| STEVES GROCERY | STEVES GROCERY | Y | - |
| STEWARTS PROCESSING CORP | STEWARTS PROCESSING CORP | Y | - |
| STRAUBS MARKET | STRAUBS MARKET | Y | - |
| SUEOKA STORE | SUEOKA STORE | Y | - |

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| SUPER CENTER CONCEPTS INC | SUPER CENTER CONCEPTS INC | Y | - |
| SUPER CENTER CONCEPTS INC | SUPERIOR SUPER WAREHOUSE | Y | - |
| SUPERMERCADO ECONO | SUPERMERCADO ECONO | Y | - |
| SYSCO | CNC NUTRITION CENTER | - | Y |
| SYSCO | DOC FOOD PRODUCTION | - | Y |
| SYSCO | SYGMA | - | Y |
| SYSCO | SYSCO | - | Y |
| SYSCO | US FOODS | - | Y |
| T HARA & COMPANY | T HARA & COMPANY | Y | - |
| T TAKATA STORE INC | T TAKATA STORE INC | Y | - |
| TAKIS ROYAL FOODS | TAKIS ROYAL FOODS | Y | - |
| TAMURAS | TAMURAS | Y | - |
| TAYLOR FARMS | JACK & JILL ICE CREAM | Y | - |
| TAYLOR FARMS | TAYLOR FARMS | Y | - |
| TEITEL BROTHERS | TEITEL BROTHERS | Y | - |
| TERI NICHOLS | TERI NICHOLS INSTITUTIONAL FOOD | Y | - |
| TESCO | FRESH & EASY | Y | - |
| THE FOOD EXCHANGE | THE FOOD EXCHANGE | Y | - |
| THE MANISCHEWITZ CO | THE MANISCHEWITZ CO | Y | - |
| THE MERCHANTS COMPANY | MERCHANTS COMPANY | - | Y |
| THE STRIVE GROUP | THE STRIVE GROUP | Y | - |
| THOMS PROESTLER | PERFORMANCE FOOD GROUP | - | Y |
| TIENDAS SINDICALES | TIENDAS SINDICALES | Y | - |
| TIM HORTONS USA | SYGMA | Y | - |
| TIMES SUPERMARKET | TIMES SUPERMARKET | Y | - |
| TONY'S FINE FOODS | TONY'S FINE FOODS | Y | - |
| TONY'S FISH & SEAFOOD | TONY'S FISH & SEAFOOD | Y | - |
| TOP GENERAL MERCHANDISE | TOP GENERAL MERCHANDISE | Y | - |
| TOPCO | AFFILIATED FOODS | Y | - |
| TOPCO | ASSOCIATED GROCERS | Y | - |
| TOPCO | BIG Y FOODS INC | Y | - |
| TOPCO | BROOKSHIRE BROTHERS | Y | - |
| TOPCO | C&S WHOLESALE GROCERS | Y | - |
| TOPCO | CERTCO | Y | - |
| TOPCO | FRED W ALBRECHT | Y | - |
| TOPCO | K-VA-T FOOD STORES | Y | - |
| TOPCO | MDI INC | Y | - |
| TOPCO | MITCHELL GROCERY | Y | - |
| TOPCO | PIGGLY WIGGLY | Y | - |
| TOPCO | PS ACQUISITIONS | Y | - |
| TOPCO | ROCHE BROS | Y | - |
| TOPCO | RYDER | Y | - |
| TOPCO | SPARTAN STORES | Y | - |
| TOPCO | TOPCO | Y | - |
| TOPCO | UNITED SUPERMARKETS | Y | - |
| TOPCO | W LEE FLOWERS | Y | - |
| TOWN & COUNTRY | TOWN & COUNTRY | Y | - |
| TRADEWELL DISTRIBUTORS | TRADEWELL DISTRIBUTORS | Y | - |
| TREPCO IMPORTS & DISTRIBUTION | TREPCO - WEST | Y | - |
| TRIPI FOODS INC | TRIPI FOODS INC | Y | - |
| TSN WEST | TSN EAST | Y | - |
| TSN WEST | TSN WEST | Y | - |
| UNICOR | UNICOR | Y | - |
| UNITED SALES & DISTRIBUTORS | UNITED SALES & DISTRIBUTORS | Y | - |
| UNITED WESTERN GROCERS | EL SUPER | Y | - |
| UNITED WESTERN GROCERS | EL TAPATIO | Y | - |
| UNITED WESTERN GROCERS | NORTHGATE MARKETS | Y | - |
| UNITED WESTERN GROCERS | SUPER A FOODS | Y | - |
| UNITED WESTERN GROCERS | SUPER KING MARKETS | Y | - |
| UNITED WESTERN GROCERS | UNIFIED WESTERN GROCERS | Y | - |
| UNITED WESTERN GROCERS | UNITED GROCERS | Y | - |
| UNITED WESTERN GROCERS | VALLARTA WAREHOUSE | Y | - |
| UNIVERSITY OF NOTRE DAME | UNIVERSITY OF NOTRE DAME | Y | - |
| US TUNA CORP | US TUNA CORP | Y | - |
| USDA | CENTRAL STORAGE & WAREHOUSE | Y | - |
| USDA | GENEVA LAKES COLD STORAGE | Y | - |
| UTAH BISHOP'S CENTRAL STORE HOUSE | UTAH BISHOP'S CENTRAL STORE HOUSE | Y | - |
| VALUE INC | VALUE WHOLESALE | Y | - |
| VALUE WHOLESALE | VALUE WHOLESALE | Y | - |

| Corporate Name | Customer Name | Class Member with respect to All Defendants | Class Member with respect to BB and COSI Only |
|---|---|---|---|
| VARIETY WHOLESALE | VARIETY WHOLESALE | Y | - |
| VEND SERVICE INC | VEND SERVICE INC | Y | - |
| VERNON SALES | VERNON SALES | Y | - |
| VERSA FOODS INC | VERSA FOODS INC | Y | - |
| VINCE & JOES FRUIT MRKT | VINCE & JOES FRUIT MRKT | Y | - |
| VINCE'S SHELLFISH | VINCE'S SHELLFISH | Y | - |
| VINEGAR FACTORY | VINEGAR FACTORY | Y | - |
| VIOLA FOODS | BUTTERFIELD FOODS | Y | - |
| VISTAR | VISTAR | - | Y |
| VITCO DISTRIBUTORS INC | VITCO DISTRIBUTORS INC | Y | - |
| WAREHOUSE MARKET | WAREHOUSE MARKET | Y | - |
| WAWA INC | WAWA INC | Y | - |
| WEIS | WEIS | - | Y |
| WESTERN BEEF | WESTERN BEEF | Y | - |
| WINCO | WINCO | Y | - |
| WINKLER | WINKLER | Y | - |
| WONDER FOODS | WONDER FOODS | Y | - |
| Y HATA & CO LTD | Y HATA & CO LTD | Y | - |
| ZUMA & SONS | ZUMA & SONS | Y | - |

Note:  Corporate Name corresponds to the field "harmcorpname" and Customer Name corresponds to the field "harmcustname" in the Mangum Merits Report backup.

9

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Mangum Addendum: DPP Class Members**
Thai Union Group (TUG)

| Customer Name | Customer Name (Ship-to) | Customer Name (Bill-to) |
| --- | --- | --- |
| ACME FOOD SALES, INC. | ACME FOOD SALES, INC. | ACME FOOD SALES, INC. |
| ATALANTA CORPORATION | ATALANTA CORPORATION | ATALANTA CORPORATION |
| CALKINS AND BURKE LTD. | CB MAGNUM INC. | CALKINS AND BURKE LTD. |
| CHAMPACA COMPANY LIMITED. | CAMERICAN INTERNATIONAL INC. | CAMERICAN INTERNATIONAL INC. |
| CHAMPACA COMPANY LIMITED. | LIMSON TRADING | LIMSON TRADING |
| CIAN FOOD PRODUCTS CO., LTD | DS INTERNATIONAL TRADERS LLC | DS INTERNATIONAL TRADERS LLC |
| GOLDEN BASKET INC. | GOLDEN BASKET INC. | GOLDEN BASKET INC. |
| J.M.B. INTERNATIONAL CO., LTD. | ATALANTA CORPORATION | ATALANTA CORPORATION |
| J.M.B. INTERNATIONAL CO., LTD. | C.PACIFIC | C.PACIFIC |
| J.M.B. INTERNATIONAL CO., LTD. | J.A. KIRSCH CORP. | J.A. KIRSCH CORP. |
| J.M.B. INTERNATIONAL CO., LTD. | NORTHEAST MARKETING CO. | NORTHEAST MARKETING CO. |
| J.M.B. INTERNATIONAL CO., LTD. | SAMPCO INC. | SAMPCO INC. |
| J.M.B. INTERNATIONAL CO., LTD. | SCHREIBER FOODS INTERNATIONAL, INC. | SCHREIBER FOODS INTERNATIONAL, INC. |
| J.M.B. INTERNATIONAL CO., LTD. | SEVILLE IMPORTS | SEVILLE IMPORTS |
| KAWASHO FOODS(THAILAND)CO.,LTD | JFE SHOJI TRADE AMERICA,INC | JFE SHOJI TRADE AMERICA,INC |
| KYOWA SHOJI CO.,LTD. | KYOWA SHOJI CO.,LTD. | KYOWA SHOJI CO.,LTD. |
| MILKY WAY INTERNATIONAL TRADING | MILKY WAY INTERNATIONAL TRADING | MILKY WAY INTERNATIONAL TRADING |
| MITSUBISHI CORPORATION(THAILAND) | NBK CORPORATION | MITSUBISHI CORPORATION |
| MITSUI & CO.(THAILAND) LTD. | MITSUI FOODS INC | MITSUI FOODS INC |
| NIPPON SUISAN KAISHA.,LTD. | NIPPON SUISAN KAISHA LTD. | NIPPON SUISAN KAISHA LTD. |
| REMA FOODS, INC. | REMA FOODS, INC. | REMA FOODS, INC. |
| SEVEN KINGDOM TRADING COMPANY | ATLANTIC BEVERAGE COMPANY | ATLANTIC BEVERAGE COMPANY |
| SEVEN KINGDOM TRADING COMPANY | GOLDEN SEA INC. | GOLDEN SEA INC. |
| SEVEN KINGDOM TRADING COMPANY | MONACO FOODS INC. | MONACO FOODS INC. |
| SILVERSEA INTERNATIONAL, INC. | SILVERSEA INTERNATIONAL, INC. | SILVERSEA INTERNATIONAL, INC. |
| T.G.A. CORPORATION CO.,LTD. | J.A. KIRSCH CORP. | J.A. KIRSCH CORP. |
| T.G.A. CORPORATION CO.,LTD. | PORT ROYAL SALES LTD. | PORT ROYAL SALES LTD. |
| THE FOOD MASTERS LTD | NORTHEAST MARKETING CO. | NORTHEAST MARKETING CO. |
| THE FOOD MASTERS LTD | ROYAL FOOD IMPORT CORPORATION | ROYAL FOOD IMPORT CORPORATION |
| THE FOOD MASTERS LTD | SEVILLE IMPORTS | SEVILLE IMPORTS |
| TRI-MARINE INTERNATIONAL(PTE)LTD | THE TUNA STORE LLC. | TRI-MARINE INTERNATIONAL(PTE)LTD |
| TRI-MARINE INTERNATIONAL,INC. | ROBINSON CRUSOE SEAFOOD INC. | TRI-MARINE INTERNATIONAL(PTE)LTD |
| VIMPEX INTERNATIONAL CORPORATION | VIMPEX INTERNATIONAL CORPORATION | VIMPEX INTERNATIONAL CORPORATION |
| VIMPEX INTERNATIONAL CORPORATION | WALMART STORES,INC. | VIMPEX INTERNATIONAL CORPORATION |

Note: Customer Name, Customer Name (Ship-to), and Customer Name (Ship-to) correspond to the fields "buyer", "shiptoparty", and "billtoparty" respectively in the Mangum Merits Report backup.