1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**SOUTHERN DISTRICT OF CALIFORNIA**

11

12
13
14

IN RE: PACKAGED SEAFOOD
PRODUCTS ANTITRUST
LITIGATION

15
16
17
18

This document relates to:
DIRECT PURCHASER CLASS
PLAINTIFFS TRACK

Case No. 15-md-2670 DMS (MSB)

MDL No. 2670

**DECLARATION OF GINA M.
INTREPIDO-BOWDEN
REGARDING PROPOSED
NOTICE PLAN FOR THE
DIRECT PURCHASER
PLAINTIFFS' NOTICE OF
SETTLEMENT WITH STARKIST
CO., DONGWON INDUSTRIES
CO., LTD., LION CAPITAL LLP,
LION CAPITAL (AMERICAS),
INC., AND BIG CATCH CAYMAN
LP**

19
20
21
22
23
24
25
26
27
28

I, Gina M. Intrepido-Bowden, declare and state as follows:

1.     I am a Vice President at JND Legal Administration LLC ("JND"). I am a nationally recognized legal notice expert with more than 20 years of experience designing and implementing class action legal notice programs. I have been involved in many of the largest and most complex class action notice programs, including all aspects of notice dissemination.

2.     I previously submitted a Declaration Regarding Proposed Notice Plan for the Direct Purchaser Plaintiffs' Notice of Settlement with Tri-Union Seafoods LLC d/b/a Chicken of the Sea and Thai Union Group PCL ("COSI/TUG Settlement"), dated December 1, 2021 (ECF No. 2674-6). JND's background and experience was included in that Declaration. On October 28, 2022, Bronyn Heubach, Assistant Director at JND, filed a Supplemental Declaration Regarding Notice Administration ("Bronyn Declaration") (ECF No. 2928-1) that supplemented JND's Supplemental Declaration of Jennifer M. Keough Regarding Notice Administration, filed September 6, 2022 (ECF No. 2911-2).

3.     On November 8, 2022, this Court authorized supplemental notice in the COSI/TUG Settlement as proposed in the Bronyn Declaration, and the claim filing deadline was extended to January 6, 2023 for eligible Settlement Class Members.

4.     On November 14, 2022, the Ninth Circuit denied non-settling Defendant StarKist Co.'s ("StarKist") petition for a *writ of certiorari*. At the request of Counsel, I submitted a Declaration on January 15, 2023 describing our proposed Notice Plan to inform Settlement Class Members about the certification of the Class and the ongoing litigation between Direct Purchaser Plaintiffs ("DPPs") and non-settling Defendants StarKist, Dongwon Industries Co. Ltd.

("DWI"), and Lion Capital LLP, Lion Capital (Americas), Inc., and Big Catch Cayman LP (collectively, the "Lion Companies") (ECF No. 2969-1).

5.      As of June 2024, StarKist, DWI, and the Lion Companies have reached agreements in principle to settle with DPPs, which were reduced to written agreements in August 2024. JND has been asked by Counsel to prepare a Notice Plan to reach Settlement Class Members and inform them about their rights and options in these recently proposed Settlements.

6.      I submit this Declaration based on my personal knowledge, as well as upon information provided to me by experienced JND employees and Counsel to describe the proposed Notice Plan for the DPPs and address why it is consistent with other class notice plans that courts have determined satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Due Process Clause of the United States Constitution, and any other applicable statute, law or rule, as well as the Federal Judicial Center ("FJC") guidelines for best practicable due process notice.

## DPP SETTLEMENT CLASS OVERVIEW

7.      The DPP Settlement Class consists of all persons and entities that directly purchased Packaged Tuna Products (excluding tuna salad kits and cups and salvage purchases) within the United States, its territories, and the District of Columbia from any Defendant at any time between June 1, 2011 and July 31, 2015. Excluded from the DPP Settlement Class are all governmental entities; Defendants and any parent, subsidiary, or affiliate thereof; Defendants' officers, directors, employees, and immediate families; and any federal judges or their staffs. Also excluded from the class is any person or entity that was excluded from the class, in whole or in part, pursuant to the Court's Order in this Action at ECF No. 3097, which incorporates the list of entities at ECF No. 3095-1. Packaged Tuna Products

INTREPIDO-BOWDEN DECL.                                    CASE NO. 15-MD-2670-DMS (MSB)

means shelf-stable tuna sold for human consumption and packaged in either cans or pouches.

8.     Contact information is available for substantially the entire DPP Settlement Class. Accordingly, JND designed a Notice Plan that will effectively reach the DPP Settlement Class through a direct notice effort that will be supplemented by the distribution of a nationwide press release.

## NOTICE PLAN SUMMARY

9.     The proposed Notice Plan has been designed to provide the best notice practicable, consistent with the methods and tools employed in other court-approved notice programs. The FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* considers a notice plan with a 70%-95% reach effective.[1]

   a.     **Direct Individual Notice**:  A reasonably current list of addresses is available for the entire DPP Settlement Class. As a result, mailed notice will be sent to all Settlement Class Members. In addition, an email notice will be sent to any Settlement Class Member for whom a valid email address is available.

   b.     **Press Release**:  A press release will be distributed nationwide to supplement the direct notice effort.

   c.     **Case Website**:  JND will update the existing case website, www.TunaDirectPurchaserCase.com, with information about the proposed Settlements, as well as copies of relevant case documentation, including but not

---

[1] Reach is the percentage of a specific population group exposed to a media vehicle or a combination of media vehicles containing a notice at least once over the course of a campaign. Reach factors out duplication, representing total different net persons.

INTREPIDO-BOWDEN DECL.                          CASE NO. 15-MD-2670-DMS (MSB)

limited to the Class Settlement Agreements, the Preliminary Approval Motion, the Long Form Notice, any proposed Preliminary Approval Order, the Motion for Attorneys' Fees and Costs, and any proposed Final Approval Order and Judgment.

        d.    **Dedicated Toll-Free Number and Contact Center**: JND will also continue to maintain the case toll-free telephone number and update the Interactive Voice Recording ("IVR") system so that Settlement Class Members may call to obtain more information about the proposed Settlements, as well as leave a message for a return call.

10. Based on my experience in developing and implementing class notice programs, I believe the proposed Notice Plan will meet the standards for providing the best practicable notice in class action settlements.

11. The sections below explain in greater detail the Notice Plan efforts.

## DIRECT INDIVIDUAL NOTICE

12. An adequate notice program needs to satisfy "due process" when reaching a class. The United States Supreme Court, in the seminal case of *Eisen v. Carlisle & Jacqueline*, 417 U.S. 156 (1974), stated that direct notice (when possible) is the preferred method for reaching a class. In addition, Rule 23(c)(2) of the Federal Rules of Civil Procedure requires that "the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The notice may be by one or more of the following: United States mail, electronic means, or other appropriate means."

13. As with the COSI/TUG Settlement, JND will send direct individual notice to all members of the DPP Settlement Class for whom contact information is available. A reasonably current list of postal addresses is available for the entire

DPP Settlement Class. JND will mail a Long Form Notice, attached as **Exhibit A**, to all Settlement Class Members.

14.    Using the Settlement Class Member data from the COSI/TUG Settlement administration and information obtained through the COSI/TUG Settlement claim process, JND will load the information into a unique database for these Settlements. Prior to mailing, JND will update all addresses using the United States Postal Services' ("USPS") National Change of Address ("NCOA") database.[2]

15.    JND will track all Notices returned as undeliverable by the USPS and will promptly re-mail any Notices returned with a forwarding address. For Notices returned without a forwarding address, JND will also take reasonable efforts to research and determine a better mailing address through a sophisticated advanced address search and will re-mail to any reliable updated address that is obtained.

16.    The mailed notice effort alone is expected to reach more than 95% of Settlement Class Members.

17.    In addition to the mailed notice, an Email Notice will be sent to all available Settlement Class Member email addresses, including those we previously filed a claim in the COSI/TUG settlement. The Email Notice to Settlement Class Members and COSI/TUG Claimants are both attached as **Exhibit B**. JND worked with Counsel to craft the Email Notice to avoid spam language and improve deliverability. This process includes running the email through spam testing

---

[2] The NCOA database is the official United States Postal Service ("USPS") technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained on the database for 48 months.

software DKIM for sender identification and authorization, as well as hostname evaluation.[3] Additionally, we will check the send domain against the 25 most common IPv4 blacklists.[4]

18.     JND's Data Team is staffed with email and software solution experts to maximize email deliverability, to provide individualized support during the program, and to manage our sender reputation with Internet Service Providers ("ISPs"). We will analyze the program's data and monitor the ongoing effectiveness of the notification campaign, adjusting the campaign as needed. These actions ensure the highest possible deliverability of the email campaign so that more potential Settlement Class Members receive notice of the proposed Settlements. As part of JND's standard email notification process, JND will utilize a verification program to eliminate invalid email addresses and spam traps that would otherwise negatively impact deliverability. We will then clean the list by looking for formatting issues and incomplete addresses to further identify all invalid email addresses.

19.     To ensure readability of the Email Notice, our team will review and format the body content into a structure that is applicable to all email platforms. The email content will be formatted and structured in a way that receiving servers expect, allowing the email to pass easily to the recipient. Before commencing the email notice campaign, we will send a test email to multiple ISPs and open the email on multiple devices (iPhones, Android phones, desktop computers, tablets,

---

[3] DomainKeys Identified Mail, or DKIM, is a technical standard that helps protect email senders and recipients from spam, spoofing, and phishing.

[4] IPv4 address blacklisting is a common practice. To ensure that the addresses being used are not blacklisted, a verification is performed against well-known IP blacklist databases. A blacklisted address affects the reputation of a company and could cause any acquired IP addresses to be blocked.

etc.) to ensure the email opens and reads as expected. Additionally, JND will include an "unsubscribe" link at the bottom of the Email Notice to allow Settlement Class Members to opt out of any additional email notices from JND. This step is essential to maintain JND's good reputation among the ISPs and reduce complaints related to the email campaign.

20.     Emails that are returned to JND are generally characterized as either "Soft Bounces" or "Hard Bounces." A Hard Bounce occurs when the ISP rejects the email due to a permanent reason such as the email account is no longer active. A Soft Bounce occurs when the email is rejected for temporary reasons, such as the recipient's email address inbox is full. When an email is returned due to a Soft Bounce, JND will attempt to re-send the Email Notice up to three additional times to secure deliverability. The email is considered undeliverable if a Hard Bounce is returned or a Soft Bounce is returned after a third re-send.

21.     After an initial round of notice, JND will send another notice to Settlement Class Members via United States mail and email to remind them to place an order for StarKist Products before the deadline to place an order is set to expire.

## **PRESS RELEASE**

22.     To supplement the direct notice effort, JND will cause a press release, attached as **Exhibit C**, to be distributed at the launch of the campaign that will assist in publicizing the case and the proposed Settlements. The Press Release will be distributed to over 5,000 media outlets nationwide. This case has been the subject of regular and significant news coverage, which should assist with distribution of notice of the proposed Settlements as well. The Press Release specifically directs readers to the case website and clearly identifies Counsel.

## CASE WEBSITE

23.    JND will update the case website to allow Settlement Class Members to obtain up-to-date information about the Settlements. The case website has an easy-to-navigate format to emphasize important information regarding Settlement Class Member rights, deadlines to act, and answers to frequently asked questions. The case website will host copies of relevant Settlement documents including the Long Form Notice and will include an online claim form, as well as a printable Claim Form, attached as **Exhibit D**, as further detailed below.

24.    The case website is optimized for mobile visitors so that information loads quickly across all mobile devices and is designed to maximize search engine optimization through Google and other search engines.

## CASE TOLL-FREE NUMBER AND POST OFFICE BOX

25.    JND will maintain the case toll-free telephone number and update the IVR so that callers may receive up-to-date information related to the proposed Settlements. Callers will also be able to leave a voicemail message to request a return call. The telephone line will be available 24 hours a day, seven (7) days a week.

26.    JND will also maintain the dedicated Post Office Box where Settlement Class Members may send inquiries, paper claims, and exclusion requests.

## NOTICE DESIGN AND CONTENT

27.    All notice documents have been written in plain language and comply with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Due Process Clause of the United States Constitution, and the FJC's guidelines for class action notices. Each of the notice documents contain summaries of the case, the Settlements, and the options that are available to Settlement Class Members.

Additionally, the notice documents provide instructions on how to obtain more information about the Settlements.

## CLAIMS PROCESS & DISTRIBUTION

28.    During the course of the COSI/TUG Settlement administration, JND received a total of 104 valid claims from Settlement Class Members, representing approximately 65% of total Class commerce. Settlement Class Members who filed claims in the COSI/TUG Settlement are not required to file new claims.

29.    Settlement Class Members who have previously released claims against one or more of the Settling Defendants are not entitled to benefits from the proposed Settlement Agreements to the extent consistent with the scope of the release and may not file claims.

30.    JND understands the Parties intend to provide another opportunity for Settlement Class Members who did not previously file to make claims for their pro rata share of the Settlements.

31.    JND will establish a secure online portal on the case website where Settlement Class Members can review and verify their volume of commerce. If they believe a different amount of commerce is correct, Settlement Class Members can dispute that amount, in which case their claim will be subject to an audit. This plan will ease the verification process for Settlement Class Members and reduce the burden on them.

32.    Settlement benefits will be distributed after final approval is granted, the claim filing deadline has passed, and claim validation is completed. Settlement Class Members can place an order for any StarKist-branded products on StarKist's national price list in effect on the date that they place their order to redeem their pro rata share of StarKist Products. Settlement Class Members can redeem their pro rata share of the Product benefit for 3 years following the Final Approval of the

INTREPIDO-BOWDEN DECL.                    CASE NO. 15-MD-2670-DMS (MSB)

StarKist and DWI Settlement or following ninety (90) days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Settlement Class Members must place their first order for StarKist Products within 180 days after the Final Approval of the StarKist and DWI Settlement or 90 days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Any Settlement Class Member whose allocation of StarKist Products is valued at less than $113,000.00 must redeem all of its StarKist Products in one order. There is no limit on the number of orders that Settlement Class Members whose allocations of StarKist Products are valued at or above $113,000.00 may place. StarKist Products will be delivered FOB destination point to each Settlement Class Member who makes a claim and places an order, freight pre-paid to a single agreed shipping address within the continental United States for that claimant, provided that the claimant shall pay the standard shipping costs for any shipments that are made in less than full truckloads if more than one order for StarKist Products is placed for its allocated share of the Product Component. StarKist will pay full trucking costs on all full truckload shipments. StarKist will promptly ship the agreed upon StarKist Products subject to availability. In the event of a product allocation, StarKist will treat the orders of Settlement Class Members as it treats all other orders in determining order fulfillment. StarKist will annually provide the Claims Administrator and Settlement Class Counsel with an accounting of the StarKist Products benefit, including a list of the StarKist Products claimed during each preceding calendar year, and the dollar value of such orders (valued at the national list price in effect as of the order date). Any claimant may elect to transfer its share of StarKist Products to a designated food bank, hot meal program, or other 501(c)(3) cy pres recipient to be agreed by the Parties by informing

StarKist in writing of its desire to transfer. The orders for StarKist Products by Settlement Class Members will be subject to StarKist's standard terms and conditions for product orders. Relatedly, JND will provide regular reports to Counsel.

<u>**CONCLUSION**</u>

33.    JND believes that the Notice Plan as described herein provides the best notice practicable under the circumstances and is consistent with other similar court-approved best notice practicable notice programs, Rule 23 of the Federal Rules of Civil Procedure, and the FJC's guidelines for Best Practicable Due Process notice. The Notice Program is designed to reach as many Settlement Class Members as practicable and provide them with the opportunity to review a plain language notice, with the ability to easily take the next step and learn more about the proposed Settlements.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 9th day of August 2024, at Stone Harbor, New Jersey.

GINA INTREPIDO-BOWDEN

# - EXHIBIT A -

# If you purchased Packaged Tuna products directly from Bumble Bee, Chicken of the Sea, StarKist, or Thai Union Group between June 1, 2011 and July 31, 2015, you could be affected by a class action settlement.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

**PLEASE READ THIS NOTICE CAREFULLY. YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR DON'T ACT.**

You or your company have been identified as a member of a proposed settlement class. This Notice is to provide information regarding:

- Proposed Settlements with Defendants StarKist Co. ("StarKist"), Dongwon Industries Co., Ltd. ("DWI"), Lion Capital LLP, Lion Capital (Americas), Inc., and Big Catch Cayman LP (collectively "Settling Defendants");
- A process and deadline for objecting to the Settlements; and
- An update regarding available settlement benefits for eligible Settlement Class Members who have already submitted claims in the previously reached settlement with Defendants Tri Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL ("COSI/TUG Settlement"); or who now choose to submit a claim. Benefits include a cash payment and StarKist Products that will be redeemed over the course of a three-year period. Settlement Class Members may place an order for any StarKist-branded products on StarKist's national price list in effect on the date that they place their order to redeem their pro rata share of StarKist Products ("Product Component"). Settlement Class Members must place their first order for StarKist Products within 180 days after the Final Approval of the proposed Settlement with StarKist and DWI  ("StarKist and DWI Settlement") or 90 days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later.

Your legal rights and options are summarized in this Notice. If you are uncertain about how to proceed, you should promptly contact the Claims Administrator to discuss your options.

| YOUR LEGAL RIGHTS AND OPTIONS | | |
|---|---|---|
| **You May** | **Explanation** | **Deadline** |
| **File a Claim** | • Receive Settlement benefits<br>• Give up your right to separately sue or continue to sue Settling Defendants for the claims in this case<br>• Be bound by the proposed Settlement<br>• **If you already submitted a claim in the COSI/TUG Settlement, you are not required to submit another claim** | **Postmarked by [date]** |
| **Object** | • Stay in the Settlement Class, but tell the Court what you do not like about the proposed Settlement—you will still be bound by the proposed Settlement unless you opt out of the Settlement Class | **Postmarked by [date]** |
| **Attend the Hearing** | • Ask to speak in Court about the proposed Settlement by providing Notice of Intention to Appear<br>• **If you want your own attorney to represent you, you must pay for that attorney** | **Postmarked by [date]** |

Questions? Visit www.TunaDirectPurchaserCase.com or call toll-free at 1-866-615-0970

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ................................................................................................................ 3

    1. Why did I receive this Notice?

    2. What is this lawsuit about?

    3. What is a class action, and who is involved?

    4. Why are there proposed settlements in this case?

    5. Am I part of the Settlement Class?

    6. I'm still not sure if I'm included.

    7. Do I have a lawyer in this case?

    8. How will the lawyers be paid?

**YOUR OPTIONS** ...................................................................................................................... 5

    9. What do the proposed Settlements provide?

    10. What are the settlement benefits being used for?

    11. Do I have to file a claim now to receive benefits?

    12. How do I file a claim?

    13. When will I get my cash payment?

    14. How does the StarKist Products benefit work?

    15. What happens if I do nothing at all?

    16. How do I tell the Court that I don't like the proposed Settlements?

    17. When and where is the Court's Fairness Hearing?

    18. Do I have to come to the hearing?

    19. May I speak at the hearing?

**GETTING MORE INFORMATION** .............................................................................................. 9

    20. How do I get more information?

# Basic Information

## 1.   Why did I receive this Notice?

You received this Notice because your business may have purchased Packaged Tuna (canned or pouched tuna) directly from one or more of the Defendants from June 1, 2011 through July 31, 2015. You have the right to know about your rights and options in the proposed Settlement.[1]

The Court in charge of this case is the United States District Court for the Southern District of California (the "Court").  The case is called *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-md-2670 DMS (MSB), MDL No. 2670.

Certain Direct Purchaser Plaintiffs—the named Class Representatives: Olean Wholesale Grocery Cooperative, Inc., Pacific Groservice Inc. d/b/a PITCO Foods, Piggly Wiggly Alabama Distributing Co., Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., Trepco Imports and Distribution Ltd., and Benjamin Foods LLC—sued on behalf of a certified class. The companies they sued are called the Defendants and include Tri Union Seafoods LLC d/b/a Chicken of the Sea International ("COSI") and Thai Union Group PCL ("TUG"), Bumble Bee Foods LLC ("Bumble Bee"), StarKist and DWI, and Lion Capital LLP, Lion Capital (Americas), Inc., and Big Catch Cayman LP (collectively, "Lion").

Proposed Settlements have been reached with StarKist, DWI, and Lion. A settlement was also reached previously with COSI and TUG ("COSI/TUG Settlement"). Bumble Bee went bankrupt.

This Notice explains that:

- ✓ The Class is affected by proposed Settlements with Settling Defendants.

- ✓ You have legal rights and options that you may exercise before the Court decides whether to approve the Settlements.

## 2.   What is this lawsuit about?

Direct Purchaser Plaintiffs allege that Defendants conspired to fix, raise, and maintain the prices that direct purchasers paid for Packaged Tuna and that, as a result, members of the Class paid more than they otherwise would have.  Defendants have denied all liability for this conduct and/or assert that their conduct was lawful or exempt from the antitrust laws, or that their conduct did not cause injury, among other defenses. The Court has not decided who is right.

The Direct Purchaser Plaintiffs previously reached a settlement with COSI and TUG. That settlement is now final. Bumble Bee went bankrupt. Proposed Settlements have been reached with the remaining Defendants. While the Settling Defendants deny all allegations, they have agreed to settle this action to avoid the uncertainties and risks of further litigation.

## 3.   What is a class action, and who is involved?

In a class action lawsuit, one or more persons or businesses called class representatives sue on behalf of others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action settlement or be bound by the judgment in the class action. One court resolves the issues for everyone in the class.

---

[1] This lawsuit is only on behalf of direct purchasers of Packaged Tuna, that is, entities such as retailers, wholesalers, and distributors that bought Packaged Tuna directly from one or more of the Defendants. There are separate class actions brought on behalf of indirect purchasers (i.e., persons who did not purchase directly from the Defendants), including consumers and commercial food preparers.

**4.   Why are there proposed settlements in this case?**

The Court did not decide in favor of either Direct Purchaser Plaintiffs or the Settling Defendants. Trials involve risks to both sides; therefore, Direct Purchaser Plaintiffs and the Settling Defendants have agreed to settle the case. The proposed Settlements require Settling Defendants to pay money into a Settlement Fund and requires StarKist to provide Packaged Tuna Products or other StarKist-branded products. The Settlement Fund and allocated StarKist Products will be distributed to Settlement Class Members with valid claims.  Direct Purchaser Plaintiffs and their attorneys believe the Settlements are in the best interests of the Settlement Class.

**5.   Am I part of the Settlement Class?**

You are a Settlement Class Member if you or your company directly purchased Packaged Tuna Products (excluding tuna salad kits and cups and salvage purchases) within the United States, its territories and the District of Columbia from any Defendant at any time between June 1, 2011 and July 31, 2015.  Packaged Tuna Products means shelf-stable tuna sold for human consumption and packaged in either cans or pouches. Excluded from the Settlement Class are all governmental entities; Defendants and any parent, subsidiary, or affiliate thereof; Defendants' officers, directors, employees, and immediate families; and any federal judges or their staffs. Also excluded from the Class is any person or entity who previously requested exclusion. Also excluded from the class is any person or entity that was excluded from the class, in whole or in part, pursuant to the Court's Order in this Action at ECF No. 3097, which incorporates the list of entities at ECF No. 3095-1. ECF Nos. 3095-1 and 3097 will be posted on the Settlement Website, www.TunaDirectPurchaserCase.com.

If you are a Settlement Class Member and have not previously released your claim against one or more of the Settling Defendants, you will be eligible to participate in benefit distributions to qualified Settlement Class Members if you submit a valid claim. By filing a claim, you will be bound by the results of the proposed Settlements. If you are an eligible Settlement Class Member and you previously submitted a claim in connection with the COSI/TUG Settlement, you do not need to submit another claim. Your prior claim submission will be used to calculate your benefits with respect to benefits from these Settlements.

**6.   I'm still not sure if I'm included.**

If you are still not sure if you are included in the Settlement Class, please review the detailed case information at www.TunaDirectPurchaserCase.com. You may also call the Claims Administrator at 1-866-615-0970.

**7.   Do I have a lawyer in this case?**

The Court has appointed Hausfeld LLP as Class Counsel. Their contact information is provided below. You do not need to hire your own lawyer because Class Counsel is working on your behalf.

**8.   How will the lawyers be paid?**

You will not have to pay any attorneys' fees or costs out of pocket. Under the Settlements, attorneys' fees and litigation expenses will be paid out of the Settlement Fund. This amount is subject to approval by the Court. Class Counsel's motion for approval of their fees and costs will be posted at www.TunaDirectPurchaserCase.com prior to [the deadline for objections].

Questions? Visit www.TunaDirectPurchaserCase.com or call toll-free at 1-866-615-0970

4

# Your Options

| **9.   What do the proposed Settlements provide?** |
|---|

If the proposed Settlements are approved, the Settling Defendants will pay a total of $38,650,000 in cash, and StarKist will also provide StarKist-branded products on StarKist's national price list in effect on the date that an order is placed valued at $26,100,000 (based on StarKist's national list prices as of the date the product is ordered) for distribution to Class Members with valid claims. Settlement Class Members with valid claims will receive both a cash payment and a right to order their pro rata share of products contained on StarKist's then current national price list, which will allow you to order Packaged Tuna Products or any other product that is then available on that price list. You must place your first order for StarKist Products within 180 days after the Final Approval of the StarKist and DWI Settlement or 90 days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. The period in which to use your full product allocation is 3 years following Final Approval of the StarKist and DWI Settlement or following ninety (90) days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Your portion of the allocation may not be transferred to another party prior to product delivery to your warehouse. All orders of StarKist Products will be subject to StarKist's standard terms and conditions for product orders. Finally, you must order product in truck-sized orders, or take the entirety of your product allocation (if less than a truckload of product remains available to you) in order to qualify for free shipping and handling. Any claimant may elect to donate its share of StarKist Products to a designated food bank, hot meal program, or other 501(c)(3) cy pres recipient to be agreed by the Parties by informing StarKist in writing of its desire to exercise this option.

| **10. What are the settlement benefits being used for?** |
|---|

Settlement Class Members with valid claims will be entitled to receive cash and Packaged Tuna Products (or other StarKist-branded products), with the actual amount depending on the number of valid claims and the volume of commerce represented in those claims. Using an online portal, Settlement Class Members will be able to check their commerce, and in the event that their own data suggests that a different claimed volume of commerce is appropriate, they can provide that information, and it will be considered by the Claims Administrator, subject to audit. **Settlement Class Members who previously submitted claims during the COSI/TUG Settlement are not required to file a new claim**.

Settlement Class Members who previously released claims against one or more of the Settling Defendants are not entitled to benefits from the proposed Settlement Agreements to the extent of their prior release.

Additionally, a portion of the Settlement Amounts may be used by the Claims Administrator to administer notice and to administer the distribution of settlement proceeds, as well as to pay Service Awards to the named Class Representatives for their work in the case. Class Counsel intend to ask the Court to approve Service Awards in the amount of $12,500.00 for each of the Class Representatives.

To the extent there are any undistributed funds following distribution to Settlement Class Members, the Claims Administrator, upon the recommendation of Class Counsel and approval by the Court, will either make subsequent distributions to eligible Settlement Class Members, or, if it is infeasible to do so in light of the amount of undistributed funds and the costs of administration, will distribute those funds to the Center for Public Interest Law at the University of San Diego School of Law, or similar program at another law school. Any unclaimed product will be distributed to various food banks, hot meal programs, or other charities.

Questions? Visit www.TunaDirectPurchaserCase.com or call toll-free at 1-866-615-0970

5

## 11. Do I have to file a claim now to receive benefits?

If you are an eligible Settlement Class Member and you did *not* previously file a claim in the COSI/TUG Settlement, you must file a claim now to receive benefits. **The deadline to file claims is [date]**. If you are an eligible Settlement Class Member and you previously filed a claim in the COSI/TUG Settlement, you do not have to file a new claim.

If you did not receive a Notice in the mail but you believe you qualify as a Settlement Class Member, you may file a claim by mail with documentation that shows your direct purchases from Defendants during the Class Period. If you sufficiently prove qualifying direct purchases of Packaged Tuna Products, you may be eligible to receive benefits.

## 12. How do I file a claim?

To file a claim online, visit www.TunaDirectPurchaserCase.com and enter the Unique ID and PIN that were printed on the Notice that was mailed to you. If you do not have the Notice with you, you may call the Claims Administrator for your Unique ID and PIN. When you log in to the online claim portal, you will be able to view the commerce attributed to you for purchases from each Defendant. If you disagree with any of the commerce values, you may dispute them. All disputes must be supported by documentation. Claims are subject to verification, and the Claims Administrator may reach out to you for additional information to validate your claim. Individual awards will be based on the number of valid claims and will be calculated pro rata based on the total commerce attributed to you.

If you did not receive a Notice but you believe you qualify as a Settlement Class Member, you may file a claim by mail. The Claim Form is available for download at www.TunaDirectPurchaserCase.com. You may also email or call the Claims Administrator at info@TunaDirectPurchaserCase.com or 1-866-615-0970 to request a Claim Form be sent to you.

**The deadline to file a claim is [date]**. If you do not submit a claim on or before this date, your claim may not be considered.

## 13. When will I get my cash payment?

Payments will be issued to qualifying Settlement Class Members after the Settlement Effective Dates and after all claims have been validated. StarKist Products are available for three years following Final Approval of the StarKist and DWI Settlement or following ninety (90) days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Settlement Class Members must place their first order for StarKist Products within 180 days after the Final Approval of the StarKist and DWI Settlement or 90 days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later.

## 14. How does the StarKist Products benefit work?

Settlement Class Members with valid claims will be awarded a combination of benefits that includes a cash payment and an award of StarKist Products. After all claims have been reviewed and final claim determinations have been made, eligible Class Members will be mailed a check and instructions on how to redeem the Product benefits. Settlement Class Members can redeem their pro rata share of the Product benefit for 3 years following Final Approval of the StarKist and DWI Settlement or following ninety (90) days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Class Members can place an order for any StarKist-branded products on StarKist's national price list in effect on the date that they place their order to redeem their pro rata share of StarKist Products. Settlement Class Members must place their first order for StarKist Products within 180 days after the Final Approval of the

Questions? Visit www.TunaDirectPurchaserCase.com or call toll-free at 1-866-615-0970

6

StarKist and DWI Settlement or 90 days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later.

Any Settlement Class Member whose allocation of StarKist Products is valued at less than $113,000.00 must redeem all of its StarKist Products in one order. There is no limit on the number of orders that Settlement Class Members whose allocations of StarKist Products are valued at or above $113,000.00 may place. StarKist Products will be delivered FOB destination point to each Settlement Class Member who makes a claim and places an order, freight pre-paid to a single agreed shipping address within the continental United States for that claimant, provided that the claimant shall pay the standard shipping costs for any shipments that are made in less than full truckloads if more than one order for StarKist Products is placed for its allocated share of the Product Component. StarKist will pay full trucking costs on all full truckload shipments. StarKist will promptly ship the agreed upon StarKist Products subject to availability. In the event of a product allocation, StarKist will treat the orders of Settlement Class Members as it treats all other orders in determining order fulfillment. StarKist will annually provide the Claims Administrator and Settlement Class Counsel with an accounting of the StarKist Products benefit, including a list of the StarKist Products claimed during each preceding calendar year, and the dollar value of such orders (valued at the national list price in effect as of the order date). Any claimant may elect to donate its share of StarKist Products to a designated food bank, hot meal program, or other 501(c)(3) cy pres recipient to be agreed by the Parties by informing StarKist in writing of its desire to transfer. The orders for StarKist Products by Settlement Class Members will be subject to StarKist's standard terms and conditions for product orders.

## 15. What happens if I do nothing at all?

If you do nothing, you will remain a member of the Settlement Class, but unless you already submitted a valid claim in the COSI/TUG Settlement, you will not receive any settlement benefits. Settlement Class Members who submitted claims in the COSI/TUG Settlement who do nothing will receive a cash payment and StarKist Products, except to the extent that they previously released claims against one or more of the Settling Defendants. To check on the status of your claim, you may email or call the Claims Administrator at info@TunaDirectPurchaserCase.com or 1-866-615-0970.

## 16. How do I tell the Court that I don't like the proposed Settlements?

If you are part of the Settlement Class, you can object to the proposed Settlements if you don't like part or all of them. The Court will consider your views.

To object to the Settlements, you must send a written objection that includes your Notice of Intention to Appear; proof of membership in the Settlement Class; and the specific grounds for the objection and any reasons why you desire to appear and be heard, as well as all documents or writings that you desire the Court to consider.

Your written objection must be filed with the Court and mailed to Class Counsel and the Settling Defendants' counsel at the addresses below. Your objection must be postmarked (or mailed by overnight delivery) no later than **[date]**.

**The Court:**
United States District Court Judge,
The Honorable Dana M. Sabraw
James M. Carter and Judith N.
Keep United States Courthouse
Courtroom 13A
333 West Broadway
San Diego, CA 92101

**Class Counsel:**
Michael P. Lehmann
Christopher L. Lebsock
Erika A. Inwald
Hausfeld LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
415-633-1908

**Settling Defendants' Counsel:**
Adam S. Paris
Brandon T. Wallace
Paul Lazarow
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
310-712-6600

PackagedTuna@Hausfeld.com        parisa@sullcrom.com

Alfred C. Pfeiffer
Christopher S. Yates
Belinda S Lee
Ashley M. Bauer
Jason M. Ohta
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
415-391-0600
chris.yates@lw.com

## 17. When and where is the Court's Fairness Hearing?

The Court will hold a Fairness Hearing on the Settlements at __:__ a.m./p.m. PT on **[date]** at the United States District Court for the Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Courtroom #13A. At the hearing, the Court will consider (i) whether the proposed Settlements should be approved as fair, reasonable, and adequate to Settlement Class Members, and whether the judgment should be entered dismissing the claims of Direct Purchaser Plaintiffs and all Settlement Class Members against Settling Defendants on the merits and with prejudice; and (ii) whether to approve any application by Class Counsel for an award of attorneys' fees and payment of costs and expenses, and any Service Awards to the named Class Representatives.

If there are objections, the Court will consider them. You may attend and ask to speak at the Fairness Hearing if you filed an objection as instructed in Question 19, but you don't have to. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long the Court will take to decide. The date of the hearing may change without further notice to the Class, so please check the case website regularly for updates.

## 18. Do I have to come to the hearing?

No. Class Counsel will answer any questions the Court may have. However, you are welcome to come at your own expense. If you send an objection to the proposed Settlements, you do not have to come to the Fairness Hearing to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend the hearing or trial, but it's not necessary.

## 19. May I speak at the hearing?

Yes. If you did not request exclusion from the Settlements, you may ask permission for you or your own attorney to speak at the Fairness Hearing, at your own expense. To do so, you must submit a written objection as instructed in Question 19. Your Notice of Intention to Appear must be postmarked no later than **[date]**, and it must be sent to the Court, Class Counsel, and the Settling Defendants' counsel at the addresses provided in Question 19.

Questions? Visit www.TunaDirectPurchaserCase.com or call toll-free at 1-866-615-0970

8

# Getting More Information

| **20. How do I get more information?** |
| --- |

For more detailed information about the case, visit the www.TunaDirectPurchaserCase.com, call 1-866-615-0970, or speak with Class Counsel directly at PackagedTuna@Hausfeld.com or 415-633-1908.


**PLEASE DO NOT CONTACT THE COURT FOR INFORMATION.**

**If you have _any_ questions about this Notice, please do not hesitate to call 1-866-615-0970 or email Class Counsel directly at PackagedTuna@Hausfeld.com.**


Dated: [date]                                    The Honorable Dana M. Sabraw

# - EXHIBIT B -

From: info@TunaDirectPurchaserCase.com
To: [Settlement Class Member email address]
Subject: Notice Update – DPP Packaged Tuna Settlement

---

### If you purchased Packaged Tuna products directly from Bumble Bee, Chicken of the Sea, StarKist, or Thai Union Group between June 1, 2011 and July 31, 2015, you could be affected by a class action settlement.

You received this notice because your business may have purchased Packaged Tuna (canned or pouched tuna) directly from one or more of the Defendants from June 1, 2011 through July 31, 2015. You have the right to know about your rights or options in the proposed Settlements. The case is called in *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 DMS (MSB), MDL No. 2670. The Court in charge of this case is the United States District Court for the Southern District of California (the "Court").

Certain Direct Purchaser Plaintiffs—the named Class Representatives: Olean Wholesale Grocery Cooperative, Inc., Pacific Groservice Inc. d/b/a PITCO Foods, Piggly Wiggly Alabama Distributing Co., Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., Trepco Imports and Distribution Ltd., and Benjamin Foods LLC—sued on behalf of a certified class. The companies they sued are called the Defendants and include Tri Union Seafoods LLC d/b/a Chicken of the Sea International ("COSI") and Thai Union Group PCL ("TUG"), Bumble Bee Foods LLC ("Bumble Bee"), StarKist Co. ("StarKist"), Dongwon Industries Co. Ltd. ("DWI"), and Lion Capital LLP, Lion Capital (Americas), Inc., and Big Catch Cayman LP (collectively, the "Lion Companies"). COSI, TUG, Bumble Bee, StarKist, DWI, and the Lion Companies shall collectively be referred to as "Defendants."

Proposed Settlements have been reached with StarKist, DWI, and the Lion Companies (collectively "Settling Defendants"). While these Settling Defendants deny all allegations, they have agreed to settle to avoid the uncertainties and risks of further litigation. A settlement was also reached previously with Chicken of the Sea and Thai Union ("COSI/TUG Settlement"). Bumble Bee Foods LLC went bankrupt.

#### Who is part of the Settlement Class?

Settlement Class Members include individuals or companies who *directly* purchased Packaged Tuna Products (excluding tuna salad kits and cups and salvage purchases) within the United States, its territories and the District of Columbia from any Defendant at any time between June 1, 2011 and July 31, 2015. Excluded from the class are all governmental entities; Defendants and any parent, subsidiary or affiliate thereof; Defendants' officers, directors, employees, and immediate families; any federal judges or their staffs; purchases of tuna salad kits or cups; and salvage purchases. Also excluded from the class is any person or entity that was excluded from the class, in whole or in part, pursuant to the Court's Order in this Action at ECF No. 3097, which incorporates the list of entities at ECF No. 3095-1. Packaged Tuna Products means shelf-stable tuna sold for human consumption and packaged in either cans or pouches.

#### What is this case about?

Direct Purchaser Plaintiffs allege that Defendants conspired to fix, raise, and maintain the prices that direct purchasers paid for Packaged Tuna and that, as a result, members of the Class paid more

than they otherwise would have. Defendants have denied all liability for this conduct and/or assert that their conduct was lawful or exempt from the antitrust laws, or that their conduct did not cause injury, among other defenses. The Court has not decided who is right.

**What do the proposed Settlements provide?**

If the proposed Settlements are approved, Settling Defendants will pay a total of $38,650,000 in cash, and StarKist will also provide Packaged Tuna Products/other products valued at $26,100,000 for distribution to Settlement Class Members with valid claims. Go to www.TunaDirectPurchaserCase.com for more details.

**What are the settlement benefits being used for?**

Settlement Class Members with valid claims will be entitled to receive cash and Packaged Tuna Products, with the actual amount depending on the number of valid claims and the volume of commerce represented in those claims. Additionally, a portion of the Settlement Amounts may be used by the Claims Administrator to administer notice and distribute the settlement proceeds, as well as to pay Service Awards to the named Class Representatives for their work in the case ($12,500 for each of the Class Representatives).

Any undistributed funds will be used to make subsequent distributions to eligible Settlement Class Members, or, if it is infeasible to do so, will be distributed to the Center for Public Interest Law at the University of San Diego School of Law, or similar program at another law school, subject to the Court's approval. Any unclaimed product will be distributed to various food banks, hot meal programs, or other charities, subject to the Court's approval.

**How do I file a claim?**

Eligible Settlement Class Members must file a claim to receive benefits **by [date]**. **If you previously filed a claim in the COSI/TUG Settlement, you do not have to file a new claim.** To file a claim online, go to www.TunaDirectPurchaserCase.com and enter your Unique ID and PIN:

| YOUR UNIQUE ID: | YOUR PIN: |
|---|---|
| <<Unique_ID>> | XXXXXXXX |

When you log in to the online claim portal, you will be able to view the commerce attributed to you for purchases from each Defendant. If you disagree with any of the commerce values, you may dispute them with supported documentation. Claims are subject to verification. Individual awards will be based on the number of valid claims and will be calculated pro rata based on the total commerce attributed to you.

You may also file a claim by mail. The Claim Form is available for download at www.TunaDirectPurchaserCase.com, or you may request one by email at info@TunaDirectPurchaserCase.com or by phone at 1-866-615-0970.

You will not be eligible for a pro rata distribution to the extent that you previously released your claim against a specific Settling Defendant(s).

Once all claims have been reviewed and final claim determinations have been made, eligible Settlement Class Members will be mailed a check and instructions on how to redeem the StarKist Product benefits. Class Members can place an order for any StarKist-branded products on

StarKist's national price list in effect on the date that they place their order to redeem their pro rata share of StarKist Products. Settlement Class Members can redeem their pro rata share of the Product benefit for 3 years following Final Approval of the proposed Settlement with StarKist and DWI ("StarKist and DWI Settlement") or following ninety (90) days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Settlement Class Members must place their first order for StarKist Products within 180 days after the Final Approval of the StarKist and DWI Settlement or 90 days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later.

**Do I have a lawyer and how will they be paid?**

The Court has appointed Hausfeld LLP as Class Counsel. You will not have to pay any attorneys' fees or out of pocket. Under the Settlements, attorneys' fees and litigation expenses will be paid out of the Settlement Fund. This amount is subject to approval by the Court. Class Counsel's motion for approval of their fees and costs will be posted at www.TunaDirectPurchaserCase.com prior to [the deadline for objections].

**What are my rights and options?**

DO NOTHING. You will remain a member of the Settlement Class, but unless you already submitted a valid claim in the COSI/TUG Settlement, you will **not** receive any settlement benefits. Settlement Class Members who submitted claims in the COSI/TUG Settlement who do nothing will receive a cash payment and Packaged Tuna Products, except to the extent that they previously released claims against one or more of these Settling Defendants.

OBJECT TO THE PROPOSED SETTLEMENT. If you are part of the Settlement Class, you may tell the Court what you do not like about the proposed Settlements. You will still be bound by the proposed Settlements. Go to www.TunaDirectPurchaserCase.com for details on how to file an objection. Objections must be postmarked by **Month x, 2024**.

FILE A CLAIM. If you did not previously submit a claim in the COSI/TUG Settlement and you did not previously opt out of the litigation class against the Settling Defendants, as explained above, you may now file a claim. You may file a claim regardless of whether you file timely objections. As explained above, your claim must be filed by **Month x, 2024**

**Fairness Hearing**

The Court will hold a Fairness Hearing at __:__ a.m./p.m. PT on **[date]**. At the hearing, the Court will consider (1) whether the proposed Settlements should be approved as fair, reasonable, and adequate and whether judgment should be entered dismissing the claims of Direct Purchaser Plaintiffs and all Settlement Class Members against Settling Defendants on the merits and with prejudice; and (2) whether to approve any application by Class Counsel for an award of attorneys' fees and payment of costs and expenses, and any Service Awards to the named Class Representatives. If there are objections, the Court will consider them. You may attend and ask to speak at the Fairness Hearing, but you don't have to. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long the Court will take to decide. Please check www.TunaDirectPurchaserCase.com regularly for updates.

**Questions?**

Visit www.TunaDirectPurchaserCase.com, call toll-free 1-866-615-0970, or contact Class Counsel directly at PackagedTuna@Hausfeld.com or 415-633-1908.

**Please do not contact the Court.**

To unsubscribe, please click on the following link: <u>unsubscribe</u>

**From: info@TunaDirectPurchaserCase.com**
**To: [Claimant email address]**
**Subject: Notice Update – DPP Packaged Tuna Settlements**

---

# NOTICE UPDATE
## Regarding the Direct Purchaser Plaintiffs
## Packaged Tuna Class Action Settlements

Records indicate that you filed a claim in in *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-MD-2670 DMS (MSB), MDL No. 2670. This Notice is to provide you with an update regarding additional proposed Settlements and your rights and options. If your mailing address or email address has changed since you filed your claim, please send your update to the Claims Administrator by mail or email to ensure that you receive any communications about your claim.

The Court approved the Settlement that was reached between the Direct Purchaser Plaintiffs and Tri Union Seafoods LLC d/b/a Chicken of the Sea International and Thai Union Group PCL (the "COSI/TUG Settlement"). Bumble Bee Foods LLC went bankrupt. Proposed Settlements have now been reached with the remaining Defendants— StarKist Co. ("StarKist"), Dongwon Industries Co. Ltd. ("DWI"), and Lion Capital LLP, Lion Capital (Americas), Inc. and Big Catch Cayman LP (collectively, "Lion") (together all collectively "Settling Defendants"). Tri Union Seafoods LLC, Thai Union Group PCL, StarKist, DWI, Lion, and Bumble Bee Foods LLC shall collectively be referred to herein as the "Defendants".

### Who is part of the Settlement Class?

Settlement Class Members include individuals or companies who *directly* purchased Packaged Tuna Products (excluding tuna salad kits and cups and salvage purchases) within the United States, its territories and the District of Columbia from any Defendant at any time between June 1, 2011 and July 31, 2015. Excluded from the class are all governmental entities; Defendants and any parent, subsidiary or affiliate thereof; Defendants' officers, directors, employees, and immediate families; any federal judges or their staffs; purchases of tuna salad kits or cups; and salvage purchases. Also excluded from the class is any person or entity that was excluded from the class, in whole or in part, pursuant to the Court's Order in this Action at ECF No. 3097, which incorporates the list of entities at ECF No. 3095-1. Packaged Tuna Products means shelf-stable tuna sold for human consumption and packaged in either cans or pouches.

### What is this case about?

Direct Purchaser Plaintiffs allege that Defendants conspired to fix, raise, and maintain the prices that direct purchasers paid for Packaged Tuna and that, as a result, members of the Class paid more than they otherwise would have. Defendants have denied all liability for this conduct and/or assert that their conduct was lawful or exempt from the antitrust laws, or that their conduct did not cause injury, among other defenses. The Court has not decided who is right.

### What do the proposed Settlements provide?

If the proposed Settlements are approved, Settling Defendants will pay a total of $38,650,000 in cash, and StarKist will also provide Packaged Tuna Products/other products valued at $26,100,000 for distribution to Settlement Class Members with valid claims. Settlement Class Members can place an order for any StarKist-branded products on StarKist's national price list in effect on the date that they place their order to redeem their pro rata share of StarKist Products. Settlement Class Members can redeem their pro rata share of the Product benefit for 3 years following Final Approval of the proposed Settlement with StarKist and DWI ("StarKist and DWI Settlement") or following ninety (90) days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Settlement Class Members must place their first order for StarKist Products within 180 days after the Final Approval of the StarKist and DWI Settlement or 90 days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Go to www.TunaDirectPurchaserCase.com for more details.

**What are the settlement benefits being used for?**

Settlement Class Members with valid claims will be entitled to receive cash and Packaged Tuna Products, with the actual amount depending on the number of valid claims and the volume of commerce represented in those claims. Additionally, a portion of the Settlement Amounts may be used by the Claims Administrator to administer notice and distribute the settlement proceeds, as well as to pay Service Awards to the named Class Representatives for their work in the case ($12,500 for each of the Class Representatives).

Any undistributed funds will be used to make subsequent distributions to eligible Settlement Class Members, or, if it is infeasible to do so, will be distributed to the Center for Public Interest Law at the University of San Diego School of Law, or similar program at another law school, subject to the Court's approval. Any unclaimed product will be distributed to various food banks, hot meal programs, or other charities, subject to the Court's approval.

**What are my rights and options?**

- DO NOTHING. **Records indicate that you submitted a claim in the COSI/TUG Settlement; therefore, you are not required to submit another claim**. By doing nothing, you will remain a member of the Settlement Class, and you will receive a cash payment and StarKist Products, except to the extent that you previously released claims against one or more of the Settling Defendants.

- OBJECT TO THE PROPOSED SETTLEMENT. You may tell the Court what you do not like about the proposed Settlements. You will still be bound by the proposed Settlements, and you will still receive a cash payment and Packaged Tuna Products. Go to www.TunaDirectPurchaserCase.com for details on how to file an objection. Objections must be postmarked by **Month x, 2024**.

**Do I have a lawyer and how will they be paid?**

The Court has appointed Hausfeld LLP as Class Counsel. You will not have to pay any attorneys' fees or out-of-pocket litigation expenses. Under the Settlements, attorneys' fees and litigation expenses will be paid out of the Settlement Fund. This amount is subject to approval by the Court. Class Counsel's motion for approval of their fees and costs will be posted at www.TunaDirectPurchaserCase.com prior to [**the deadline for objections**].

**Fairness Hearing**

The Court will hold a Fairness Hearing at __:__ a.m./p.m. PT on **[date]**. At the hearing, the Court will consider (1) whether the proposed Settlements should be approved as fair, reasonable, and adequate and whether judgment should be entered dismissing the claims of Direct Purchaser Plaintiffs and all Settlement Class Members against Settling Defendants on the merits and with prejudice; and (2) whether to approve any application by Class Counsel for an award of attorneys' fees and payment of costs and expenses, and any Service Awards to the named Class Representatives. If there are objections, the Court will consider them. You may attend and ask to speak at the Fairness Hearing at your own expense, but you don't have to. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long the Court will take to decide. Please check www.TunaDirectPurchaserCase.com regularly for updates.

**Questions?**

Visit www.TunaDirectPurchaserCase.com, call toll-free 1-866-615-0970, or contact Class Counsel directly at PackagedTuna@Hausfeld.com or 415-633-1908.

**Please do not contact the Court.**

To unsubscribe, please click on the following link: unsubscribe

# - EXHIBIT C -

**If you purchased Packaged Tuna products directly from Bumble Bee, Chicken of the Sea, StarKist, or Thai Union Group between June 1, 2011 and July 31, 2015, you could be affected by a class action settlement.**

SEATTLE, Month x, 2024/  JND Legal Administration

Proposed Settlements have been reached in *In Re: Packaged Seafood Products Antitrust Litigation*, No. 15-md-2670 DMS (MSB), MDL No. 2670, in the United States District Court for the Southern District of California (the "Court").

Certain Direct Purchaser Plaintiffs—the named Class Representatives: Olean Wholesale Grocery Cooperative, Inc., Pacific Groservice Inc. d/b/a PITCO Foods, Piggly Wiggly Alabama Distributing Co., Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., Trepco Imports and Distribution Ltd., and Benjamin Foods LLC—sued on behalf of a certified class. The companies they sued are called the Defendants and include Tri Union Seafoods LLC d/b/a Chicken of the Sea International ("COSI") and Thai Union Group PCL ("TUG"), Bumble Bee Foods LLC ("Bumble Bee"), StarKist Co. ("StarKist"), Dongwon Industries Co., Ltd. ("DWI"), and Lion Capital LLP, Lion Capital (Americas), Inc., and Big Catch Cayman LP (collectively, the "Lion Companies").

Proposed Settlements have been reached with StarKist, DWI, and the Lion Companies (collectively "Settling Defendants"). While these Settling Defendants deny all allegations, they have agreed to settle to avoid the uncertainties and risks of further litigation. A settlement was also reached previously with COSI and TUG ("COSI/TUG Settlement"). Bumble Bee Foods LLC went bankrupt.

## Who is part of the Settlement Class?

Settlement Class Members include individuals or companies who *directly* purchased Packaged Tuna Products (excluding tuna salad kits and cups and salvage purchases) within the United States, its territories and the District of Columbia from any Defendant at any time between June 1, 2011 and July 31, 2015. Excluded from the class are all governmental entities; Defendants and any parent, subsidiary or affiliate thereof; Defendants' officers, directors, employees, and immediate families; any federal judges or their staffs; purchases of tuna salad kits or cups; and salvage purchases. Also excluded from the class is any person or entity that was excluded from the class, in whole or in part, pursuant to the Court's Order in this Action at ECF No. 3097, which incorporates the list of entities at ECF No. 3095-1. Packaged Tuna Products means shelf-stable tuna sold for human consumption and packaged in either cans or pouches.

## What is this case about?

Direct Purchaser Plaintiffs allege that Defendants conspired to fix, raise, and maintain the prices that direct purchasers paid for Packaged Tuna and that, as a result, members of the Class paid more than they otherwise would have. Defendants have denied all liability for this conduct and/or assert that their conduct was lawful or exempt from the antitrust laws, or that their conduct did not cause injury, among other defenses. The Court has not decided who is right.

## What do the proposed Settlements provide?

If the proposed Settlements are approved, Settling Defendants will pay a total of $38,650,000 in cash, and StarKist will also provide Packaged Tuna Products/other products valued at $26,100,000 for distribution to Settlement Class Members with valid claims. Go to www.TunaDirectPurchaserCase.com for more details.

## What are the settlement benefits being used for?

Settlement Class Members with valid claims will be entitled to receive cash and Packaged Tuna Products, with the actual amount depending on the number of valid claims and the volume of commerce represented in those claims. Additionally, a portion of the Settlement Amounts may be used by the Claims Administrator to

administer notice and distribute the settlement proceeds, as well as to pay Service Awards to the named Class Representatives for their work in the case ($12,500 for each of the Class Representatives).

Any undistributed funds will be used to make subsequent distributions to eligible Settlement Class Members, or, if it is infeasible to do so, will be distributed to the Center for Public Interest Law at the University of San Diego School of Law, or similar program at another law school. Any unclaimed product will be distributed to various food banks, hot meal programs, or other charities.

## How do I file a claim?

Eligible Settlement Class Members must file a claim to receive benefits **by [date]**. **If you previously filed a claim in the COSI/TUG Settlement, you do not have to file a new claim**. To file a claim online, go to www.TunaDirectPurchaserCase.com and enter the Unique ID and PIN printed on the Notice that was mailed to you. If you do not have the Notice, call 1-866-615-0970. When you log into the online claim portal, you will be able to view the commerce attributed to you for purchases from each Defendant. If you disagree with any of the commerce values, you may dispute them with supported documentation. Claims are subject to verification. Individual awards will be based on the number of valid claims and will be calculated pro rata based on the total commerce attributed to you.

You may also file a claim by mail. The Claim Form is available for download at www.TunaDirectPurchaserCase.com, or you may request one by email at info@TunaDirectPurchaserCase.com or by phone at 1-866-615-0970.

Once all claims have been reviewed and final claim determinations have been made, eligible Settlement Class Members will be mailed a check and instructions on how to redeem the StarKist Product benefits. Settlement Class Members can place an order for any StarKist-branded products on StarKist's national price list in effect on the date that they place their order to redeem their pro rata share of StarKist Products. Settlement Class Members can redeem their pro rata share of the Product benefit for 3 years following Final Approval of the proposed Settlement with StarKist and DWI ("StarKist and DWI Settlement") or following ninety (90) days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later. Settlement Class Members must place their first order for StarKist Products within 180 days after the Final Approval of the StarKist and DWI Settlement or 90 days after the Claims Administrator provides StarKist with the pro rata allocation of the Product Component of the Settlement, whichever is later.

## Do I have a lawyer and how will they be paid?

The Court has appointed Hausfeld LLP as Class Counsel. You will not have to pay any attorneys' fees or costs out of pocket. Under the Settlement, attorneys' fees and litigation expenses will be paid out of the Settlement Fund. This amount is subject to approval by the Court. Class Counsel's motion for approval of their fees and costs will be posted at www.TunaDirectPurchaserCase.com prior to [the deadline for objections].

## What are my rights and options?

DO NOTHING. You will remain a member of the Settlement Class, but unless you already submitted a valid claim in the COSI/TUG Settlement, you will **not** receive any settlement benefits. Settlement Class Members who submitted a valid claim in the COSI/TUG Settlement who do nothing will receive a cash payment and Packaged Tuna Products, except to the extent that they previously released claims against these Settling Defendants.

OBJECT TO THE PROPOSED SETTLEMENT. If you are part of the Settlement Class, you may tell the Court what you do not like about the proposed Settlements. You will still be bound by the proposed Settlements. Go www.TunaDirectPurchaserCase.com for details on how to file an objection. Objections must by **Month x, 2024**.

FILE A CLAIM. If you did not previously submit a claim in the COSI/TUG Settlement and you did not previously opt out of the litigation class against the Settling Defendants, as explained above, you may now file a claim. You may file a claim regardless of whether you file timely objections.  As explained above, your claim must be filed by **Month x, 2024**

**Fairness Hearing**

The Court will hold a Fairness Hearing at __:__ a.m./p.m. PT on **[date]**. At the hearing, the Court will consider (1) whether the proposed Settlements should be approved as fair, reasonable, and adequate and whether judgment should be entered dismissing the claims of Direct Purchaser Plaintiffs and all Settlement Class Members against Settling Defendants on the merits and with prejudice; and (2) whether to approve any application by Class Counsel for an award of attorneys' fees and payment of costs and expenses, and any Service Awards to the named Class Representatives. If there are objections, the Court will consider them. You may attend and ask to speak at the Fairness Hearing, but you don't have to. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlements. We do not know how long the Court will take to decide. Please check www.TunaDirectPurchaserCase.com regularly for updates.

**Questions?**

Visit www.TunaDirectPurchaserCase.com, call toll-free 1-866-615-0970, or contact Class Counsel directly at PackagedTuna@Hausfeld.com or 415-633-1908.

**Please do not contact the Court.**

# - EXHIBIT D -

# TUNA DIRECT PURCHASER CASE
# CLAIM FORM

If you are a member of the Settlement Class in this action and you did **not** previously submit a claim in the COSI/TUG Settlement, you must complete this Claim Form to make your claim for a pro rata share of the Settlements.  If you are a Settlement Class Member and you previously submitted a claim in the COSI/TUG Settlement, you are **not** required to submit this Claim Form to receive settlement benefits.

Settlement Class Members that make a valid claim will be entitled to receive both a cash payment and an award of StarKist Co. Products, unless the Settling Class Member previously settled with StarKist Co., Dongwon Industries Co. Ltd., Lion Capital LLP, Lion Capital (Americas), Inc. or Big Catch Cayman LP, with the actual amount received depending on the total number of valid claims received and the volume of commerce represented in those claims.  **Your claim must be submitted by [date], or it will not be considered.**

Please visit the "File a Claim" section of **www.TunaDirectPurchaserCase.com** and review the net purchase values attributed to your company for direct purchases of Packaged Tuna Products from each Defendant between June 1, 2011 and July 31, 2015.

If you disagree with the volume of commerce, you may submit your own documentation that supports your claimed volume of commerce.  Your claim will be subject to audit by the Claims Administrator.  You may complete your claim online at www.TunaDirectPurchaserCase.com, or you may submit this Claim Form and any supporting documentation by email to info@TunaDirectPurchaserCase.com or by mail to:

Tuna Direct Purchaser Case
c/o JND Legal Administration
P.O. Box 91241
Seattle, WA 98111

## SECTION A: CLASS MEMBER INFORMATION

Enter your company's name and contact information below.  It is your responsibility to notify the Claims Administrator of any changes to your contact information after the submission of your claim.

Company Name:

Contact Name:

Title:

Address Line One:

Address Line Two (optional):

City:          State:          Zip code:

Email:

---

## SECTION B: REVIEW NET PURCHASES

---

After reviewing your commerce values at the case website, if your own data suggest that a different commerce value is appropriate, enter the values shown by your data below.  If you enter your own commerce values, you must provide supporting documentation such as receipts, invoices, or other payment documents naming the payee and payor.  If you would like to provide structured transactional data from your business records that supplies dates, vendors, and payment information, please contact the Claims Administrator at info@TunaDirectPurchaserCase.com or 1-866-615-0970.

<u>If you agree with the values of net purchases, you do not need to enter any amounts below, nor do you need to provide supporting documentation</u>.  Simply sign and date this Claim Form and return it to the Claims Administrator on or before [**date**].

**Updated Net Purchases**

| Bumble Bee | Chicken of the Sea | StarKist | Thai Union Group |
|------------|--------------------|----------|------------------|
|            |                    |          |                  |

---

## SECTION C: CERTIFICATION

---

By signing below, I certify that the above and foregoing information is true and correct, and I warrant that I am duly authorized and have the legal capacity to sign this Claim Form on behalf of the direct purchaser Settlement Class Member.

**Signature:** | **Date:**

2