BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
ALEX J. TRAMONTANO (276666)
tramontano@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Settlement Class Counsel for the End Payer Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION<br>_____<br>This Document Relates To:<br>End Payer Plaintiff Class Track | Case No. 15-MD-2670 DMS (MSB)<br>**NOTICE OF WITHDRAWAL OF DOCUMENT AT ECF NO. 3285** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that End Payer Plaintiffs hereby withdraw End Payer Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlements Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed at ECF Nos. 3285 as filed in error. End Payer Plaintiffs have filed the corrected Notice of Motion and Motion at ECF No. 3286.

DATED: August 14, 2024

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Betsy C. Manifold*
BETSY C. MANIFOLD

RACHELE R. BYRD
ALEX J. TRAMONTANO
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com