# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15md2670 DMS(MSB) |
| This Document Relates To:<br><br>All Commercial Food Preparer Plaintiff Actions | **ORDER GRANTING COMMERCIAL FOOD PREPARER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Presently before the Court is the Commercial Food Preparer Plaintiffs' ("CFPs") Motion for Attorneys' Fees and Costs. Counsel for the CFPs now request a 29% fee award of $3,008,750 and reimbursement of prior litigation costs and expenses of $514,886.31. Counsel did not collect any interim fee awards in connection with the prior settlement in this case. Counsel also request costs associated with class notice and settlement administration for all settlements of $396,838.08 and additional modest service awards of $2,000 for each of the class representatives, who received $5,000 awards with the prior settlement.

Having considered the CFPs' motion, the accompanying memorandum, the declarations of Lead Counsel Michael J. Flannery and Class Counsel, and the record in this case, the Court hereby GRANTS the CFPs motion as follows:

1. As to attorneys' fees and costs, the Court has considered the relevant case law and authority and finds that awards of attorneys' fees and reimbursement of expenses to Lead Counsel and co-counsel are appropriate under Federal Rules of Civil Procedure 23(h) and 54(d)(2). Accordingly, Lead Counsel are awarded $514,886.31 in past out-of-pocket expenses and fees of $3,008,750 for a total of $3,523,636.31.

2. The fees and expenses shall be allocated among co-counsel for the CFPs by Lead Counsel Cuneo Gilbert & LaDuca LLP in a manner that, in the Lead Counsel's good faith judgment, reflects each firm's contribution to the institution, prosecution, and resolution of the litigation.

3. Kroll Settlement Administration is awarded $237,035.63 in past expenses and $159,802.45 in future expected expense, for a total of $396,838.08. These awards do not exceed the amount provided for in the settlement agreements.

4. The class representatives shall each receive an incentive award in the amount of $2,000 for a total of $36,000.

   **IT IS SO ORDERED.**

Dated: November 15, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court