Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Brandon T. Wallace (SBN 323471)
wallaceb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Paul H. Lazarow (SBN 311496)
lazarowp@sullcrom.com
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, CA  94301
Telephone:   (650) 461-5685
Facsimile:    (650) 461-5700

*Attorneys for Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendant Lion Capital LLP*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-2670-DMS-MSB<br><br>MDL No. 2670<br><br>**JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE**<br><br>JUDGE: Hon. Dana M. Sabraw<br>CTRM:  13A |
| This Document Relates to:<br><br>*Winn-Dixie Stores, Inc. et al.* v. *Bumble Bee Foods, LLC et al.*, Case No. 3:16-cv-00017 | |

|   |   |
|---|---|
| 1 | Specially appearing Defendants Lion Capital LLP, Lion Capital (Americas), Inc. and Plaintiffs Bi-Lo Holding, LLC and Winn-Dixie Stores, Inc. have conferred by and through their counsel, and subject to the Court's approval, hereby stipulate as follows: |

Specially appearing Defendants Lion Capital LLP, Lion Capital (Americas), Inc. and Plaintiffs Bi-Lo Holding, LLC and Winn-Dixie Stores, Inc. have conferred by and through their counsel, and subject to the Court's approval, hereby stipulate as follows:

WHEREAS, on January 17, 2025, the Court held a telephonic status conference in the above-captioned action to discuss the progress of settlement discussions;

WHEREAS, on January 17, 2025, the Court ordered the Parties to contact Magistrate Judge Berg's chambers to schedule a further settlement conference, and ordered a further telephonic status conference for March 21, 2025 (ECF No. 3446);

WHEREAS, the Parties have conferred and agree that more time would be beneficial to allow the Parties to arrange for an in-person settlement conference before Magistrate Judge Berg that includes the key principals from all Parties.

Accordingly, IT IS HEREBY STIPULATED, by and between Defendants and Plaintiffs, through their respective counsel, that, subject to the Court's approval and availability, the telephonic status conference scheduled for March 21, 2025 is hereby continued by 90 days to June 19, 2025, or the next earliest date that the Court is available.

Dated:  March 17, 2025                     Respectfully submitted,

/s/ Adam S. Paris

Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Brandon T. Wallace (SBN 323471)
wallaceb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

| | |
|---|---|
| 1 | Paul H. Lazarow (SBN 311496) |
| 2 | lazarowp@sullcrom.com |
|   | **SULLIVAN & CROMWELL LLP** |
|   | 550 Hamilton Avenue |
| 3 | Palo Alto, CA 94301 |
|   | Telephone: (650) 461-5685 |
| 4 | Facsimile: (650) 461-5700 |
| 5 | *Attorneys for Defendant Lion Capital (Americas), Inc. and Specially Appearing Defendant Lion Capital LLP* |
| 6 | |
| 7 | |
| 8 | /s/ Patrick J. Ahern |
| 9 | Patrick J. Ahern, Esquire |
|   | **AHERN AND ASSOCIATES, P.C.** |
| 10 | 8 South Michigan Avenue |
|   | Suite 3600 |
| 11 | Chicago, IL  60602 |
|   | Tel: 312-404-3760 |
| 12 | patrick.ahern@ahernandassociatespc.com |
| 13 | *Attorney for Plaintiffs Bi-Lo Holding, LLC and Winn-Dixie Stores, Inc.* |