1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206243)
2  1999 Harrison Street, Suite 1501
   Oakland, CA 94612
3  Telephone:    415.772.4700
   Facsimile:    415.772.4707
4  Email:    lking@kaplanfox.com

5  **KAPLAN FOX & KILSHEIMER LLP**
   Robert N. Kaplan (admitted *pro hac vice*)
6  Elana Katcher (admitted *pro hac vice*)
   Gregory K. Arenson (admitted *pro hac vice*)
7  800 Third Avenue, 38th Floor
   New York, NY 10022
8  Telephone: (212) 687-1980
   Email:    rkaplan@kaplanfox.com
9            ekatcher@kaplanfox.com
              garenson@kaplanfox.com
10
   **KAPLAN FOX & KILSHEIMER LLP**
11 Justin B. Farar (SBN 211556)
   12400 Wilshire Boulevard, Suite 910
12 Los Angeles, CA 90025
   Telephone: (310) 575-8604
13 Email:    jfarar@kaplanfox.com

14 *Attorneys for Affiliated Foods Plaintiffs*

15

16                    **UNITED STATES DISTRICT COURT**
                      **SOUTHERN DISTRICT OF CALIFORNIA**
17                              **SAN DIEGO DIVISION**

18

| | |
|---|---|
| IN RE PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 3:15-md-02670-DMS-MSB <br><br> <u>Class Action</u> <br><br> **NOTICE OF CHANGE OF ADDRESS (SUITE NUMBER ONLY) FOR THE CALIFORNIA OFFICE OF KAPLAN FOX & KILSHEIMER LLP** <br><br> Chief District Judge: Hon. Dana M. Sabraw |
| This Document Relates to: <br><br> *Lee Inc. et al, v. Lion Capital LLP et al,* No. 3:22-cv-01694-DMS-MSB | |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT, effective immediately, Kaplan Fox & Kilsheimer LLP's

3  Oakland office has changed suite numbers. The updated address information is:

Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612

6      All other contact information, the telephone number, facsimile number, and email address

7  for Laurence D. King remains the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: October 9, 2025       By: /s/ Laurence D. King
                                                          Laurence D. King

Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
Elana Katcher (admitted *pro hac vice*)
Gregory K. Arenson (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
       ekatcher@kaplanfox.com
       garenson@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 910
Los Angeles, CA 90025
Telephone: (310) 575-8604
Email: jfarar@kaplanfox.com

*Attorneys for Affiliated Foods Plaintiffs*

**PROOF OF SERVICE**

I, Laurence D. King, here by certify that I caused the aforementioned document entitled *Notice of Change of Firm Address (Suite Number Only)* to be filed with the Court's CM/ECF system that provides registered counsel of record e-service of the filed document.

In addition, the following parties were served *via U.S. First Class mail*, at the addresses indicated below:

| | |
|---|---|
| Alyson Louise Oliver<br>Oliver Law Group P.C.<br>363 West Big Beaver Road, Suite 200<br>Troy, MI 48084 | Amelia F. Burroughs<br>Janssen Malloy LLP<br>730 Fifth Street<br>Eureka, CA 95501 |
| Andrew John Dressel<br>Napoli Shkolnik PLLC<br>360 Lexington Ave., 11th Floor<br>New York, NY 10017 | Anthony Thomas Greene<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
| Barak Bassman<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | Chad Saunders<br>Crosner Legal P.C.<br>9440 Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210 |
| Christopher D. Lischewski<br>PO Box 9460<br>Rancho Santa Fe, CA 92067 | Craig S Coleman<br>Faegre Baker Daniels LLP<br>90 S 7th St, Suite 2200<br>Minneapolis, MN 55402-3901 |
| David E. Pontius<br>Andrews & Pontius<br>4810 State Road<br>PO Box 10<br>Ashtabula, OH 44005 | David L. Zifkin<br>Boies, Schiller and Flexner LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401 |
| Dewitt M. Lovelace<br>Lovelace Law Firm, P.A.<br>12870 US Highway 98 West, Suite 200<br>Miramar Beach, FL 32550 | Eric P. Tuttle<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036 |
| Erik Raven-Hansen<br>Allen & Overy LLP<br>1101 New York Ave, NW<br>Washington, DC 20005 | Erin Gibson Allen<br>Fisher & Phillips<br>Six PPG Place, Suite 830<br>Pittsburgh, PA 15222 |
| Gary McKay Yarborough, Jr<br>Yarborough Law Firm | Harold Timothy Gillis<br>Gillis Way & Campbell, LLP |

| | |
|---|---|
| 845 Highway 90, Suite B<br>Bay Saint Louis, MS 39520 | 1022 Park Street, Suite 308<br>Jacksonville, FL 33204-6476 |
| Jalaine Garcia<br>Kenny Nachwalter<br>Seymour Arnold<br>Critchlow and Spector<br>201 South Biscayne Boulevard, Suite 1100<br>Miami, FL 33131 | James Cash<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309 |
| Jason L. Fairchild<br>Andrews & Pontius<br>4810 State Road<br>PO Box 10<br>Ashtabula, OH 44005 | Jeffrey A. Ford<br>Andrews & Pontius<br>4810 State Road<br>PO Box 10<br>Ashtabula, OH 44005 |
| Jeffrey Michael Goldman<br>Troutman Pepper Hamilton Sanders LLP<br>4 Park Plaza, Suite 1200<br>Irvine, CA 92614 | Joel Davidow<br>Cuneo Gilbert & LaDuca LLP<br>507 C Street, NE<br>Washington, DC 20002 |
| Johnny K Merritt<br>Mullin Hoard and Brown<br>500 South Taylor Street, Suite 800<br>Amarillo, TX 79101-1656 | Jonathan Riley Myers<br>Simpson Thacher & Bartlett LLP<br>900 G Street NW, 9th Floor<br>Washington, DC 20001 |
| Joseph N. Kiefer<br>Quinn Emanuel Urqhart Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Katherine E. Charonk<br>Bailey Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301 |
| Shylah Renee Alfonso<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 | Mark I. Labaton<br>Motley Rice LLP<br>1801 Century Park East, Suite 475<br>Los Angeles, CA 90067 |
| Maxwell M Blecher<br>Blecher and Collins<br>515 South Figueroa Street, Suite 1750<br>Los Angeles, CA 90017-3334 | Nancy A. Kulesa<br>Levi & Korsinsky, LLP<br>30 Broad Street, 24th Floor<br>New York, NY 1004 |
| Nathan Andrew Holcomb<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | |

1 2 3 4    I am informed of my firm's practice for the service of documents *via U.S. First Class mail* that that practice is that the documents are enclosed in sealed envelopes, with the postage prepaid thereon, addressed as indicated above, and deposited for pickup with the United States Postal Service in the ordinary course of business on the same date as this Proof of Service.

5 6    I declare the foregoing is true and correct.  Executed this 9th day of October, at Oakland, California.

7 8
                         *Laurence D. King*
                          Laurence D. King