BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

*Class Counsel for the End Payer Plaintiffs*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 DMS (MSB) |
| | **NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT** |
| This Document Relates to: | DATE:        July 31, 2026<br>TIME:        1:30 p.m.<br>JUDGE:     Hon. Dana M. Sabraw<br>COURT:     13A (13th Floor) |
| End Payer Plaintiffs Class Track | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 31, 2026, at 1:30 P.M., Lead Counsel Wolf Haldenstein Adler Freeman & Herz LLP ("Settlement Class Counsel") will, and hereby does, move for an Order approving the final distribution plan and directing distribution of the net settlement fund as described herein.

Settlement Class Counsel respectfully requests that the Court: (i) approve the administrative determinations of the Claims Administrator, JND Legal Administration ("JND" or "Claims Administrator") regarding the acceptance and denial of Claims received; (ii) approve the processing of 310 Late Claims which are claims received after the Claims Cut-Off Date (December 31, 2024), but filed within an 120 day grace period after the Claims Cut-Off Date; (iii) direct the distribution of the net settlement fund to Settlement Class Members with eligible claims ("Authorized Claimants"), as described herein and in the Declaration of Lara Jarjoura filed in support of this Motion ("Jarjoura (JND) Declaration"); (iv) authorizing an additional payment to the Claims Administrator in the amount of $628,209.58 for claims administration services undertaken to date; (v) authorizing a reserve of $925,000 to cover the anticipated costs of distribution of the net settlement fund; and (vi) approving the proposed schedule for distribution of the net settlement fund.

This Motion is based upon: (i) the accompanying Memorandum of Points and Authorities; (ii) the Declaration of Betsy C Manifold  ("Manifold Declaration"); (iii) the Jarjoura (JND) Declaration; (iv) the Court's Orders, the applicable Settlement Agreements, pleadings, and other records on file in this Action, and (v) other such matters as the Court may consider at the hearing of the Motion.

Dated: June 18, 2026        By:      /s/ Betsy C. Manifold
                                          BETSY C. MANIFOLD

                                          **WOLF HALDENSTEIN ADLER
                                          FREEMAN & HERZ LLP**
                                          BETSY C. MANIFOLD

NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF
CLASS ACTION SETTLEMENT
No. 15-MD-2670 DMS (MSB)

1

RACHELE R. BYRD
750 B Street, Suite 1820
San Diego, CA 92101
Telephone:   619/239-4599
Facsimile:   619/234-4599
manifold@whafh.com
byrd@whafh.com

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
MARK C. RIFKIN
THOMAS H. BURT
270 Madison Avenue
New York, New York 10016
Telephone:  212/545-4600
Facsimile:   212/545-4653
rifkin@whafh.com
burt@whafh.com

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC**
CARL MALMSTROM
111 West Jackson, Suite 1700
Chicago, IL 60604
Telephone: 312/984-0000
Facsimile:   312/212-4401
malmstrom@whafh.com

*Class Counsel for the End Payer Plaintiffs*

NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF
CLASS ACTION SETTLEMENT
No. 15-MD-2670 DMS (MSB)

2