BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. BYRD (190634)
byrd@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Class Counsel for the End Payer Plaintiffs*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No. 15-MD-2670 DMS (MSB) |
| | **SECOND NOTICE OF SETTLEMENT ADMINISTRATION UPDATE** |
| | Hon. Dana M. Sabraw |
| This Document Relates to: End Payer Plaintiffs Class Track | |

As Class Counsel for the End User Settlement Class ("Class Counsel") advised the Court on September 16, 2026, Class Counsel, JND Administration ("JND"), the Claims Administrator for the End User Settlement Class, and BankUnited, the depository bank for the End User Settlement Class distribution, learned that approximately 22,850 checks (out of approximately 408,000 checks mailed to End User Settlement Class Claimants) presented for payment were improperly dishonored by BankUnited. *See* Dkt.3442 at 1. Those checks should have been paid and there are sufficient funds in the distribution account to pay the checks. *Id*. However, the checks were misidentified by BankUnited's fraud prevention protocols and could not be released for payment in sufficient time to prevent them from being dishonored. *Id*. The reason for the occurrence remains under investigation. No settlement funds have been affected. *Id*.

Class Counsel, JND and BankUnited took immediate remedial steps *See* Dkt. 3442 at 1 (outlined in the Notice to the Court).

As a result of these remedial steps:

(1) On September 28, 2026, Replacement Checks were mailed to 20,998 affected End User Settlement Class Members. The Replacement Checks included an additional $20 to help offset bank fees incurred.

(2) The remaining approximately 1,800 affected Class Members were subject to other restrictions and exceptions beyond the Bank processing issue. JND is working with these affected Class members to resolve all outstanding issues.

(3) JND also informed all affected End User Settlement Class Members that they may submit a claim for any additional fees or charges imposed by their banks as a result of the event.

(4) JND updated the settlement website, to provide the same information. *See* https://www.tunaendpurchasersettlement.com/.

(5) JND updated the automated telephone service to provide the same information on that platform as well.

The occurrence did not affect any settlement claims paid by electronic payment or the majority of settlement payments made by check.

The occurrence did not affect the timing or amount of payments made to all other End User Settlement Class Members.

Class Counsel will timely provide further updated information to the Court, as necessary.

Dated: September 30, 2026

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: *<u>/s/ Betsy C. Manifold</u>*
BETSY C. MANIFOLD
RACHELE R. BYRD
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN
THOMAS H. BURT
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653
rifkin@whafh.com
burt@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
CARL MALMSTROM
111 West Jackson, Suite 1700

Chicago, IL 60604
Telephone: 312/984-0000
Facsimile: 312/212-4401
malmstrom@whafh.com

*Class Counsel for the End Payer Plaintiffs*